# Exhibit 1



# Developer Portal

Enhance Your Applications With Automated Content Recognition



**Welcome** | Testing & Evaluation | Intel® INDE

**Navigation**

- Shopping cart

**User login**

Username *

Password *

- Create new account
- Request new password

[Log in]

# Welcome

**Welcome to the Audible Magic Developer Portal!**

If you are interested in enhancing your applications with Automated Content Recognition (ACR) then you have come to the right place! Audible Magic's ACR technology is supported on iOS, OSX, Android, Linux (32 & 64 bit), and Windows (32 bit).

To purchase a subscription please create an account on this site and login. With account creation you also get free access to Audible Magic's SDKs, API, Documentation, Sample Apps, Audini, Content Registration Information, and FAQs.

[REGISTER NOW]

**Use Cases include:**

**Interactive TV & Advertising**


Identify live TV, movies, music, or advertisements in Apps, on smart TVs, smart phones, set-top boxes, or other CE devices. Identify and synchronize events to media as it's viewed.

**Copyright Compliance**


Identify music, movies and television shows from pre-registered content. Create cloud-based, scan & match services or create UGC services that respect copyright ownership.

**Audience Measurement**


Design solutions to track media usage and gauge consumer viewing habits.

**Broadcast Monitoring**


Detect targeted content as it is broadcasted. Create solutions for interactive advertising, ad monitoring, or for music licensing.

**Custom Use Cases**


Talk to us if you have a use case not listed. Our SmartID technology is unique in its ability to adapt to the needs of almost any use case.

Home | Company | Contact | Terms of Service

Audible Magic, CopySense, Global Rights Registry, and RepliCheck are all trademarks or registered trademarks of the Audible Magic Corporation.

©2014 Audible Magic Corporation, All Rights Reserved