# Exhibit 2



USE CASES   PRODUCTS & SERVICES   ABOUT   DEVELOPERS   SUPPORT   CONTACT

Latest News

Search this website…

# Audible Magic and Related Content Database, Inc. Team to Offer Enhanced Smart Device Solution for Online Social and Commerce Applications

January 5, 2012



LOS GATOS, CA, January 5, 2012 – Audible Magic, the leader in automated content recognition (ACR) technology and Related Content Database, Inc. (RCDb), the leader in related content syndication, today announced a partnership under which RCDb will integrate, resell and enhance Audible Magic's solutions for smart TVs, smart phones, tablets, set-top boxes, and other smart device applications with digital fingerprinting. As part of the agreement, RCDb will offer content owners, programmers, application developers and others the ability to create real-time solutions that deepen customer engagement and spur e-commerce, synchronizing multi-screen experiences to the main television screen.

RCDb's Watchwith Service Delivery Platform™ enhances the multi-screen viewer experience with rich, frame-by-frame, time-based metadata powered by the Related Content Database™. Adding to the power of the platform is Audible Magic's patented SmartSync ACR solution, which can recognize the particular show or movie someone watches and—with precise, frame-to-frame accuracy—identify the point the viewer is at in the presentation. Since SmartSync keeps the media in sync with the application, smart device suppliers don't need to worry if users pause, rewind, or fast-forward a presentation. Everything stays synchronized.

This integrated solution has broad consumer and commercial implications. For example, social TV applications can provide more engaging and satisfying user experiences by displaying information about actors, scenes, locations, and products shown in particular scenes in real time from the Related Content Database. This solution also makes a variety of related consumer engagement experiences possible. If viewers wish, for example, they can buy products connected to actual content in a TV show or movies. Or, they can opt for another screen to come up, taking them to a site that offers additional information about the show or movie they are watching, audience reviews, and related products, from books to clothes worn by favorite actors in the shows.

"Knowing the exact moment in a viewer experience is a requirement for defining new user experiences and business models around multi-screen video delivery," said Zane Vella, chief executive of RCDb. "When used with Audible Magic's SmartSync ACR technology, our frame-level metadata transforms the viewing experience and helps content owners unlock the in their content. Together we offer a powerful solution that delivers added value to content owners, programmers and distribution partners."

"We're delighted to partner with RCDb and to help leverage its highly innovative and advanced solutions," added Audible Magic's CEO Vance Ikezoye. "This is definitely a case of how, together, we can provide a solution that's greater than the sum of its parts. Our resources complement each other in a way that provides real value to consumers with their needs for social connections and passionate interest in movies and television and to retailers who want to capitalize on emerging online commerce opportunities."

NOTE: Audible Magic, SmartID and SmartSync are either trademarks or registered trademarks of Audible Magic Corporation. All other trademarks are properties of their respective owners.

Filed Under: Press Releases