Case 6:15-cv-00584-RWS-CMC Document 133-3 Filed 06/24/15 Page 1 of 72 PageID #: 727
Case 6:12-cv-00499-RWS-CMC Document 1957-3 *SEALED* Filed 09/18/15 Page 1 of 72
PageID #: 28530

# EXHIBIT 1

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF TEXAS
 2                       TYLER DIVISION
 3     BLUE SPIKE, LLC,                §
                                       §
 4          Plaintiff,                 §  CIVIL ACTION NO.
                                       §
 5     VS.                             §  6:12-CV-00499-MHS
                                       §
 6     TEXAS INSTRUMENTS, INC.         §
                                       §
 7          Defendant.                 §
 8
       BLUE SPIKE, INC.,               §
 9                                     §
            Plaintiff,                 §
10                                     §
       VS.                             §
11                                     §
       AUDIBLE MAGIC CORPORATION,      §
12     FACEBOOK, INC., MYSPACE, LLC,   §
       SPECIFIC MEDIA, LLC,            §
13     PHOTOBUCKET.COM, INC.,          §  CIVIL ACTION NO.
       DAILYMOTION, INC., DAILYMOTION  §
14     S.A., SOUNDCLOUD INC.,          §  6:12-CV-00576-MHS
       SOUNDCLOUD LTD., MYXER, INC.,   §
15     QLIPSO, INC, QLIPSO MEDIA       §
       NETWORKS, LTS, YAP.TV, INC.,    §
16     GOMISO, INC., IMESH, INC.,      §
       METACAFE, INC., BOODABEE        §
17     TECHNOLOGIES INC., TUNECORE,    §
       INC., ZEDGE HOLDINGS, INC.      §
18     BRIGHTCOVE INC., COINCIDENT.    §
       TV INC., ACCEDO BROADBAND       §
19     NORTH AMERICA, INC., ACCEDO     §
       BROADBAND AB, and MEDIAFIRE,    §
20     LLC,                            §
                                       §
21          Defendants.                §
22          CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
23           ORAL AND VIDEOTAPED DEPOSITION OF
                       SCOTT MOSKOWITZ
24                  December 9th, 2014
                        VOLUME 1
25                Pages 1 through 297
```

Electronically signed by Daniel J. Skur (101-371-132-7809)                4ff45bb8-e566-4e37-a8da-64024f467343

Case 6:15-cv-00584-RWS-CMC   Document 135-7   Filed 06/24/15   Page 3 of 72 PageID #: 729
Case 6:12-cv-00499-RWS-CMC   Document 1957-3   *SEALED*   Filed 05/18/15   Page 3 of 72
PageID #:  28532

Page 2

1           ORAL AND VIDEOTAPED DEPOSITION OF SCOTT

2      MOSKOWITZ, produced as a witness at the instance of

3      the Defendant Audible Magic, and duly sworn, was

4      taken in the above-styled and numbered cause on the

5      9th of December, 2014, from 8:48 a.m. to 5:42 p.m.,

6      before Daniel J. Skur, Notary Public and Certified

7      Shorthand Reporter in and for the State of Texas,

8      reported by stenographic means, at the offices of

9      Garteiser Honea, 218 North College Avenue, Tyler

10     Texas, pursuant to the Federal Rules of Civil

11     Procedure.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Electronically signed by Daniel J. Skur (101-371-132-7809)                    4ff45bb8-e566-4e37-a8da-64024f467343

Case 6:15-cv-00584-RWS-CMC   Document 133-5 Filed 06/24/15   Page 4 of 72 PageID #: 780
Case 6:12-cv-00499-RWS-CMC   Document 1987-3 *SEALED*   Filed 05/18/15   Page 4 of 72
PageID #: 28533

Page 3

```
 1                  A P P E A R A N C E S

 2      FOR PLAINTIFF:

 3              Randall Garteiser, Esq.
                Peter Brasher, Esq.
 4              Garteiser Honea
                218 North College Avenue
 5              Tyler, Texas 75702
                P 415.785.3762 | F 415.785.3805
 6              rgarteiser@ghiplaw.com
                pbrasher@ghiplaw.com
 7

 8      FOR DEFENDANT AUDIBLE MAGIC:

 9              Gabriel M. Ramsey, Esq.
                Orrick, Herrington & Sutcliffe LLP
10              The Orrick Building
                405 Howard Street
11              San Francisco, California 94105-2669
                P 415.773.5535 | F 415.773.5759
12              gramsey@orrick.com

13      AND

14              Alyssa M. Caridis, Esq.
                Orrick, Herrington & Sutcliffe, LLP
15              777 South Figueroa Street
                Suite 3200
16              Los Angeles, California 90017-5855
                P 213.612.2372 | F 213.612.2499
17              acaridis@orrick.com

18      AND

19              Christopher J. Higgins, Esq.
                Orrick, Herrington & Sutcliffe, LLP
20              1152 15th Street, NW
                Washington, D.C. 20005-1706
21              P 202.339.8418 | F 202.3398500
                chiggins@orrick.com
22
        AND
23

24

25
```

Electronically signed by Daniel J. Skur (101-371-132-7809)                    4ff45bb8-e566-4e37-a8da-64024f467343

Case 6:15-cv-00591-RWS-CMC Document 13-5 Filed 06/24/15 Page 5 of 72 PageID #: 781
Case 6:12-cv-00499-RWS-CMC Document 1967-3 *SEALED* Filed 05/18/15 Page 5 of 72
PageID #: 28534

Page 4

```
 1              A P P E A R A N C E S (continued)
 2          Walter W. Lackey, Jr., Esq.
            Findlay Craft
 3          102 North College Avenue
            Suite 900
 4          Tyler, Texas 75702
            903.534.1100 | 903.534.1137
 5          wlackey@findlaycraft.com
 6
        FOR THE MORPHO DEFENDANTS:
 7
            Corey R. Houmand, Esq.
 8          Morgan, Lewis & Bockius LLP
            2 Palo Alto Square
 9          3000 El Camino Real
            Suite 700
10          Palo Alto, California 94306
            P 650.843.7524 | F 650.843.4001
11          choumand@morganlewis.com
12
        FOR DEFENDANT CBS:
13
            Edward R. Reines, Esq.
14          Weil, Gotshal & Manges LLP
            201 Redwood Shores Parkway
15          Redwood Shores, California 94065
            800.802.3000
16          edward.reines@weil.com
17

18
        ALSO PRESENT:    Mr. Mike Mart, Videographer
19

20

21

22

23

24

25
```

Deposition Resources, Inc.
800.295.4109

Electronically signed by Daniel J. Skur (101-371-132-7809)                    4ff45bb8-e566-4e37-a8da-64024f467343

Case 6:15-cv-00584-RWS-CMC Document 133-7 Filed 06/24/15 Page 6 of 72 PageID #: 732
Case 6:12-cv-00499-RWS-CMC Document 1957-3 *SEALED* Filed 05/18/15 Page 6 of 72
PageID #: 28535

Page 5

1                          I N D E X
     1.   Appearances.............................    3

2
     2.   The Witness: SCOTT MOSKOWITZ
3
          Examination by Mr. Ramsey............. ^ x
4
          Examination by Mr. Houmand........... ^ x
5
     3.   Signature Page........................ ^ x
6
     4.   Reporter's Certificate................ ^ x
7

8                    DEPOSITION EXHIBITS
                       SCOTT MOSKOWITZ
9                     December 9th, 2014

10     Number              Description              Page

11     Exhibit 1   United States Patent Number        60
                   7,346,472
12                 Bates No. BLU000001 through 000014

13     Exhibit 2   United States Patent 7,660,700     60
                   Bates No. BLU000015 through 000027
14
       Exhibit 3   United States Patent 7,949,494     61
15                 Bates No. BLU000028 through 000044

16     Exhibit 4   United States Patent 8,214,175     61
                   Bates No. BLU000045 through 000059
17
       Exhibit 5   Blue Spike LLC V Texas            137
18                 Instruments, Inc. Et Al.
                   Plaintiff's Privilege Log
19                 9 pages

20     Exhibit 6   10/28/1998 AndiX Email to Scott   175
                   Regarding Watermarking Business
21                 Partnership
                   Bates No. BLU0118867 through
22                 0118870

23

24

25

Electronically signed by Daniel J. Skur (101-371-132-7809)                    4ff45bb8-e566-4e37-a8da-64024f467343

Case 6:15-cv-00504-RWS-CMC   Document 13-7   Filed 06/24/15   Page 7 of 72 PageID #: 733
Case 6:12-cv-00499-RWS-CMC   Document 1987-3 *SEALED*   Filed 03/18/15   Page 7 of 72
PageID #:  28536

Page 120

1       A.      Again, as I previously responded, the

2   first action from the patent office on the merits

3   indicated allowable subject matter, so from the very

4   beginning it was patentable over any what you call

5   prior art or references of note.

6   BY MR. RAMSEY:

7       Q.      All right.  So because the patent office

8   issued a first notice of allowance, it's your

9   position that what you claimed in the '472 patent is

10  different from prior art fingerprinting systems.

11              MR. GARTEISER:  Objection, form.

12      A.      I'm neither a patent attorney nor a

13  patent agent, but a patent is presumed valid under

14  American law, so yes, I believe that I created a

15  pioneering technology called signal abstracts.

16  BY MR. RAMSEY:

17      Q.      Okay.  How would you describe to the

18  jury what is a signal abstract?

19              MR. GARTEISER:  Objection, form.

20      A.      I -- I don't know what I'm going to say

21  in front of the jury.

22  BY MR. RAMSEY:

23      Q.      Okay.  Well, sitting here today, what is

24  your -- what is your definition of what a signal

25  abstract is?

Electronically signed by Daniel J. Skur (101-371-132-7809)                                                    4ff45bb8-e566-4e37-a8da-64024f467343

Case 6:15-cv-00584-RWS-CMC   Document 137-5   Filed 06/24/15   Page 8 of 72 PageID #: 784
Case 6:12-cv-00499-RWS-CMC   Document 1937-3   *SEALED*   Filed 05/18/15   Page 8 of 72
PageID #:  28537

Page 121

1   A.   I believe the term comes up at least 40

2   plus times in this particular application, and as I

3   would again refer you to the specification and the

4   prosecution history in addition to the court's claim

5   construction which was just done in October 1st,

6   that definition is suitable.

7   Q.   How -- I'd like to understand how one

8   would build a system that creates signal abstracts.

9   Describe for me what -- how such a system would

10  operate.

11          MR. GARTEISER:  Objection, form.

12  A.   The patent instrument is a form of

13  public notice and a way of describing how an

14  invention can be practiced.  This instrument teaches

15  you how to make a signal abstract system.

16  BY MR. RAMSEY:

17  Q.   All right.  So would your -- according

18  to the teachings of your patents, would a system for

19  creating signal abstracts analyze a signal, for

20  example, of a song to be represented by a signal

21  abstract?  Is that one feature?

22          MR. GARTEISER:  Objection, form.

23  A.   Again, I believe you've asked that

24  before, and I answered it.

25  BY MR. RAMSEY:

Electronically signed by Daniel J. Skur (101-371-132-7809)                    4ff45bb8-e566-4e37-a8da-64024f467343

Case 6:15-cv-00584-RWS-CMC   Document 133-7 Filed 06/24/15   Page 9 of 72 PageID #: 785
Case 6:12-cv-00499-RWS-CMC   Document 1987-3 *SEALED*   Filed 05/18/15   Page 9 of 72
PageID #: 28538

Page 217

1    reasons that you're already stated regarding how

2    your signal abstracting system is different than

3    prior art systems that identified content based on

4    the content itself, what other features were

5    different?

6         A.    I --

7              MR. GARTEISER:  Object to the form.

8         A.    I will rely on the specification,

9    prosecution history, and claim construction and know

10   them very well, and be prepared to answer questions

11   in front of the jury.

12   BY MR. RAMSEY:

13        Q.    Okay.  But you're -- beyond the three

14   reasons that you've stated --

15        A.    I'm sure I can find more.

16        Q.    But you're -- so tell me what other

17   reasons beyond the three reasons that you've stated

18   that your signal abstracting was distinguished over

19   the prior art.

20        A.    Show me the prosecution history.

21        Q.    Well, you clearly have some ideas in

22   mind that you're going to tell the jury.  I'd like

23   to hear them today.

24        A.    Okay.

25              MR. GARTEISER:  He's asked for the

Electronically signed by Daniel J. Skur (101-371-132-7809)                          4ff45bb8-e566-4e37-a8da-64024f467343

Case 6:15-cv-00584-RWS-CMC Document 133-7 Filed 06/24/15 Page 10 of 72 PageID #: 736
Case 6:12-cv-00499-RWS-CMC Document 1957-5 *SEALED* Filed 03/18/15 Page 10 of 72 PageID #: 28539

Page 296

1                    REPORTER'S CERTIFICATION

2          I, DANIEL J. SKUR, CSR and Notary Public in
   and for the State of Texas, hereby certify that the
3  witness was duly sworn and that this transcript is a
   true record of the testimony given by the witness;

4
           That pursuant to Rule 30 of the Federal Rules
5  of Civil Procedure, signature of the witness was
   reserved by the witness or other party before the
6  conclusion of the deposition;

7
           I further certify that I am neither counsel
8  for, related to, nor employed by any of the parties
   or attorneys in the action in which this proceeding
9  was taken.  Further, I am not a relative or employee
   of any attorney of record in this cause, nor am I
10 financially or otherwise interested in the outcome
   of the action.

11

12         Subscribed and sworn to by me this day, the
   _____ day of December, 2014.

13

14

15

16

17 _____
   Daniel J. Skur
18 Notary Public, State of Texas
   My Commission Expires 7/7/2018

19

20

21

22

23

24

25

Deposition Resources, Inc.
800.295.4109

Electronically signed by Daniel J. Skur (101-371-132-7809)                    4ff45bb8-e566-4e37-a8da-64024f467343

Case 6:15-cv-00584-RWS-CMC Document 13-7 Filed 06/24/15 Page 11 of 72 PageID #: 737
Case 6:12-cv-00499-RWS-CMC Document 1957-5 *SEALED* Filed 05/18/15 Page 11 of 72
PageID #: 28540

Page 298

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF TEXAS
 2                        TYLER DIVISION
 3      BLUE SPIKE, LLC,               §
                                       §
 4           Plaintiff,               § CIVIL ACTION NO.
                                       §
 5      VS.                            § 6:12-CV-00499-MHS
                                       §
 6      TEXAS INSTRUMENTS, INC.        §
                                       §
 7           Defendant.               §
 8
        BLUE SPIKE, INC.,              §
 9                                     §
             Plaintiff,               §
10                                     §
        VS.                            §
11                                     §
        AUDIBLE MAGIC CORPORATION,     §
12      FACEBOOK, INC., MYSPACE, LLC,  §
        SPECIFIC MEDIA, LLC,           §
13      PHOTOBUCKET.COM, INC.,         §  CIVIL ACTION NO.
        DAILYMOTION, INC., DAILYMOTION §
14      S.A., SOUNDCLOUD INC.,         §  6:12-CV-00576-MHS
        SOUNDCLOUD LTD., MYXER, INC.,  §
15      QLIPSO, INC, QLIPSO MEDIA      §
        NETWORKS, LTS, YAP.TV, INC.,   §
16      GOMISO, INC., IMESH, INC.,     §
        METACAFE, INC., BOODABEE       §
17      TECHNOLOGIES INC., TUNECORE,   §
        INC., ZEDGE HOLDINGS, INC.     §
18      BRIGHTCOVE INC., COINCIDENT.   §
        TV INC., ACCEDO BROADBAND      §
19      NORTH AMERICA, INC., ACCEDO    §
        BROADBAND AB, and MEDIAFIRE,   §
20      LLC,                           §
                                       §
21           Defendants.              §
22          CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
23          ORAL AND VIDEOTAPED DEPOSITION OF
                         SCOTT MOSKOWITZ
24              December 10th, 2014
                       VOLUME 2
25              Pages 298 through 638
```

Electronically signed by Daniel J. Skur (101-371-132-7809)                    ab9f348c-3c7d-4bba-9821-fa50c865fe83

Case 6:15-cv-00584-RWS-CMC   Document 133-7 Filed 06/24/15   Page 12 of 72 PageID #: 738
Case 6:12-cv-00499-RWS-CMC   Document 1957-5   *SEALED*   Filed 03/18/15   Page 12 of 72
PageID #:  28541

Page 299

1         ORAL AND VIDEOTAPED DEPOSITION OF SCOTT

2  MOSKOWITZ, produced as a witness at the instance of

3  the Defendant Audible Magic, and duly sworn, was

4  taken in the above-styled and numbered cause on the

5  10th of December, 2014, from 8:40 a.m. to 6:57 p.m.,

6  before Daniel J. Skur, Notary Public and Certified

7  Shorthand Reporter in and for the State of Texas,

8  reported by stenographic means, at the offices of

9  Garteiser Honea, 218 North College Avenue, Tyler

10  Texas, pursuant to the Federal Rules of Civil

11  Procedure.

Electronically signed by Daniel J. Skur (101-371-132-7809)                                    ab9f348c-3c7d-4bba-9821-fa50c865fe83

Case 6:15-cv-00584-RWS-CMC Document 133-7 Filed 06/24/15 Page 13 of 72 PageID #: 729
Case 6:12-cv-00499-RWS-CMC Document 1957-5 *SEALED* Filed 05/18/15 Page 13 of 72 PageID #: 28542

Page 300

1                    A P P E A R A N C E S

2

3       FOR PLAINTIFF:

4            Randall Garteiser, Esq.
             Peter Brasher, Esq.
5            Garteiser Honea
             218 North College Avenue
6            Tyler, Texas 75702
             P 415.785.3762 | F 415.785.3805
7            rgarteiser@ghiplaw.com
             pbrasher@ghiplaw.com
8

9       FOR DEFENDANT AUDIBLE MAGIC:

10           Gabriel M. Ramsey, Esq.
             Orrick, Herrington & Sutcliffe LLP
11           The Orrick Building
             405 Howard Street
12           San Francisco, California 94105-2669
             P 415.773.5535 | F 415.773.5759
13           gramsey@orrick.com

14      AND

15           Alyssa M. Caridis, Esq.
             Orrick, Herrington & Sutcliffe, LLP
16           777 South Figueroa Street
             Suite 3200
17           Los Angeles, California 90017-5855
             P 213.612.2372 | F 213.612.2499
18           acaridis@orrick.com

19      AND

20           Christopher J. Higgins, Esq.
             Orrick, Herrington & Sutcliffe, LLP
21           1152 15th Street, NW
             Washington, D.C. 20005-1706
22           P 202.339.8418 | F 202.3398500
             chiggins@orrick.com
23
        AND
24

25

Electronically signed by Daniel J. Skur (101-371-132-7809)                    ab9f348c-3c7d-4bba-9821-fa50c865fe83

Case 6:15-cv-00584-RWS-CMC  Document 135-7 Filed 06/24/15  Page 14 of 72 PageID #:
Case 6:12-cv-00499-RWS-CMC  Document 1957-5 *SEALED*  Filed 05/18/15  Page 14 of 72
PageID #:  28543

Page 301

```
 1              A P P E A R A N C E S (continued)
 2         Walter W. Lackey, Jr., Esq.
           Eric H. Findlay, Esq.
 3         Findlay Craft
           102 North College Avenue
 4         Suite 900
           Tyler, Texas 75702
 5         903.534.1100 | 903.534.1137
           wlackey@findlaycraft.com
 6         efindlay@findlaycraft.com
 7
      FOR THE MORPHO DEFENDANTS:
 8
           Corey R. Houmand, Esq.
 9         Morgan, Lewis & Bockius LLP
           2 Palo Alto Square
10         3000 El Camino Real
           Suite 700
11         Palo Alto, California 94306
           P 650.843.7524 | F 650.843.4001
12         choumand@morganlewis.com
13
14
15    ALSO PRESENT:   Mr. Mike Mart, Videographer
16
17
18
19
20
21
22
23
24
25
```

Deposition Resources, Inc.
800.295.4109

Case 6:15-cv-00584-RWS-CMC Document 135-7 Filed 06/24/15 Page 15 of 72 PageID #: 741
Case 6:12-cv-00499-RWS-CMC Document 1997-5 SEALED Filed 03/18/15 Page 15 of 72 PageID #: 28544

Page 302

```
 1                    I N D E X
 2    1.  Appearances........................... 300
      2.  The Witness:  SCOTT MOSKOWITZ
 3
            Examination by Mr. Houmand........... 303
 4
            Examination by Mr. Ramsey............ 385
 5    3.  Acknowledgement....................... 636
      4.  Reporter's Certificate................ 637
 6    5.  Errata................................ 638
 7                DEPOSITION EXHIBITS
                    SCOTT MOSKOWITZ
 8                December 10th, 2014
 9    Number             Description              Page
10    Exhibit 7    9/6/2000 Moskowitz Email to Silpe   349
                   and Gregg Moskowitz Regarding
11                 FedEx Sent to You
                   Bates No. BLU369978
12
      Exhibit 8    12/5/2000 Moskowitz Email to Gregg  377
13                 Moskowitz, Bury, and Cassidy
                   Regarding Bambino
14                 Bates No. BLU0152989
15    Exhibit 9    6/30/1997 Blum Email to Moskowitz   423
                   and Others Regarding Consulting on
16                 CODECs
                   Bates No. BLU0230166
17
      Exhibit 10   6/30/1997 Moskowitz Email to        433
18                 inquiries@musclefish.com Regarding
                   Consulting on CODECs
19                 Bates No. BLU013491
20    Exhibit 11   8/5/1997 Moskowitz Email to Blum    471
                   Regarding Argent-Related
21                 Bates No. BLU013499
22    Exhibit 12   5/28/1998 Bop Email to Bop          535
                   Regarding Music For New Media,
23                 Newsletter June 1998, Issue 14
                   Bates No. BLU0136697 through
24                 0136701
25
```

Deposition Resources, Inc.
800.295.4109

Electronically signed by Daniel J. Skur (101-371-132-7809)                    ab9f348c-3c7d-4bba-9821-fa50c865fe83

Case 6:15-cv-00584-RWS-CMC Document 138-7 Filed 06/24/15 Page 16 of 72 PageID #: 742
Case 6:12-cv-00499-RWS-CMC Document 1957-5 SEALED Filed 05/18/15 Page 16 of 72
PageID #: 28545

Page 603

1    is the entity that offered for sale the Giovanni

2    abstraction machine?

3                    MR. BRASHER:  Objection, form.

4         A.     Again, I'm not trying -- I'm not trying

5    to be difficult about this, but as I mentioned

6    previously, I happen to be the president -- the sole

7    president of Blue Spike, the sole director of Blue

8    Spike, the sole employee of Blue Spike, and with

9    regards to Blue Spike LLC, it's a sole member LLC

10   currently of which I, of course, am the only member

11   and manager of that entity.  So yeah, there's a lot

12   of hats.  They might conflict, but the shareholders

13   have agreed with it.

14   BY MR. RAMSEY:

15        Q.     All right.  Well, I understand that any

16   processing of the offer for sale of the Giovanni

17   abstraction machine would have been processed by

18   Blue Spike LLC.  My question is which entity was

19   actually offering it for sale, Blue Spike, Inc. or

20   Blue Spike LLC?

21                   MR. BRASHER:  Objection, form.

22        A.     Again, I'm not really understanding the

23   stipulation.  I mean, we try to go off the name Blue

24   Spike.  What comes after Blue Spike, Inc., LLC,

25   Limited, International Holdings, whatever, it's not

Electronically signed by Daniel J. Skur (101-371-132-7809)                    ab9f348c-3c7d-4bba-9821-fa50c865fe83

Case 6:15-cv-00584-RWS-CMC Document 13-7 Filed 06/24/15 Page 17 of 72 PageID #: 743
Case 6:12-cv-00499-RWS-CMC Document 1597-5 SEALED Filed 05/18/15 Page 17 of 72
PageID #: 28546

Page 637

```
 1                    REPORTER'S CERTIFICATION

 2          I, DANIEL J. SKUR, CSR and Notary Public in
      and for the State of Texas, hereby certify that the
 3    witness was duly sworn and that this transcript is a
      true record of the testimony given by the witness;
 4
            That pursuant to Rule 30 of the Federal Rules
 5    of Civil Procedure, signature of the witness was
      reserved by the witness or other party before the
 6    conclusion of the deposition;

 7
            I further certify that I am neither counsel
 8    for, related to, nor employed by any of the parties
      or attorneys in the action in which this proceeding
 9    was taken.  Further, I am not a relative or employee
      of any attorney of record in this cause, nor am I
10    financially or otherwise interested in the outcome
      of the action.

11

12          Subscribed and sworn to by me this day, the
      _____ day of December, 2014.

13

14

15

16

17    _____
      Daniel J. Skur
18    Notary Public, State of Texas
      My Commission Expires 7/7/2018

19

20

21

22

23

24

25
```

Deposition Resources, Inc.
800.295.4109

Electronically signed by Daniel J. Skur (101-371-132-7809)                              ab9f348c-3c7d-4bba-9821-fa50c865fe83

```
 1              IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF TEXAS
 2                      TYLER DIVISION
 3    BLUE SPIKE, LLC,                §
                                      §
 4          Plaintiff,                § CIVIL ACTION NO.
                                      §
 5    VS.                             § 6:12-CV-00499-MHS
                                      §
 6    TEXAS INSTRUMENTS, INC.         §
                                      §
 7          Defendant.                §
 8
      BLUE SPIKE, INC.,               §
 9                                    §
            Plaintiff,                §
10                                    §
      VS.                             §
11                                    §
      AUDIBLE MAGIC CORPORATION,      §
12    FACEBOOK, INC., MYSPACE, LLC,   §
      SPECIFIC MEDIA, LLC,            §
13    PHOTOBUCKET.COM, INC.,          §  CIVIL ACTION NO.
      DAILYMOTION, INC., DAILYMOTION  §
14    S.A., SOUNDCLOUD INC.,          §  6:12-CV-00576-MHS
      SOUNDCLOUD LTD., MYXER, INC.,   §
15    QLIPSO, INC, QLIPSO MEDIA       §
      NETWORKS, LTS, YAP.TV, INC.,    §
16    GOMISO, INC., IMESH, INC.,      §
      METACAFE, INC., BOODABEE        §
17    TECHNOLOGIES INC., TUNECORE,    §
      INC., ZEDGE HOLDINGS, INC.      §
18    BRIGHTCOVE INC., COINCIDENT.    §
      TV INC., ACCEDO BROADBAND       §
19    NORTH AMERICA, INC., ACCEDO     §
      BROADBAND AB, and MEDIAFIRE,    §
20    LLC,                            §
                                      §
21          Defendants.               §
22          CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
23            ORAL AND VIDEOTAPED DEPOSITION OF
                       SCOTT MOSKOWITZ
24                  December 11th, 2014
                         VOLUME 3
25                Pages 639 through 822
```

Electronically signed by Daniel J. Skur (101-371-132-7809)
28238212-c5d6-4527-8174-57886f46d259

Case 6:15-cv-00584-RWS-CMC Document 133-7 Filed 06/24/15 Page 19 of 72 PageID #: 745
Case 6:12-cv-00499-RWS-CMC Document 1957-5 *SEALED* Filed 05/18/15 Page 19 of 72
PageID #: 28548

Page 640

1          ORAL AND VIDEOTAPED DEPOSITION OF SCOTT

2    MOSKOWITZ, produced as a witness at the instance of

3    the Defendant Audible Magic, and duly sworn, was

4    taken in the above-styled and numbered cause on the

5    11th of December, 2014, from 8:45 a.m. to 2:29 p.m.,

6    before Daniel J. Skur, Notary Public and Certified

7    Shorthand Reporter in and for the State of Texas,

8    reported by stenographic means, at the offices of

9    Garteiser Honea, 218 North College Avenue, Tyler

10    Texas, pursuant to the Federal Rules of Civil

11    Procedure.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Electronically signed by Daniel J. Skur (101-371-132-7809)          28238212-c5d6-4527-8174-57886f46d259

Case 6:15-cv-00584-RWS-CMC  Document 133-7 Filed 06/24/15  Page 20 of 72 PageID #: 746
Case 6:12-cv-00499-RWS-CMC  Document 1997-5 *SEALED*  Filed 03/18/15  Page 20 of 72
PageID #: 28549

Page 641

```
1                    A P P E A R A N C E S

2    FOR PLAINTIFF:

3            Randall Garteiser, Esq.
             Peter Brasher, Esq.
4            Garteiser Honea
             218 North College Avenue
5            Tyler, Texas 75702
             P 415.785.3762 | F 415.785.3805
6            rgarteiser@ghiplaw.com
             pbrasher@ghiplaw.com
7

8    FOR DEFENDANT AUDIBLE MAGIC:

9            Gabriel M. Ramsey, Esq.
             Orrick, Herrington & Sutcliffe LLP
10           The Orrick Building
             405 Howard Street
11           San Francisco, California 94105-2669
             P 415.773.5535 | F 415.773.5759
12           gramsey@orrick.com

13   AND

14           Alyssa M. Caridis, Esq.
             Orrick, Herrington & Sutcliffe, LLP
15           777 South Figueroa Street
             Suite 3200
16           Los Angeles, California 90017-5855
             P 213.612.2372 | F 213.612.2499
17           acaridis@orrick.com

18   AND

19           Christopher J. Higgins, Esq.
             Orrick, Herrington & Sutcliffe, LLP
20           1152 15th Street, NW
             Washington, D.C. 20005-1706
21           P 202.339.8418 | F 202.3398500
             chiggins@orrick.com
22

23   AND

24

25
```

Electronically signed by Daniel J. Skur (101-371-132-7809)        28238212-c5d6-4527-8174-57886f46d259

Case 6:15-cv-00584-RWS-CMC Document 133-7 Filed 06/24/15 Page 21 of 72 PageID #: 747
Case 6:12-cv-00499-RWS-CMC Document 1957-5 *SEALED* Filed 05/18/15 Page 21 of 72
PageID #: 28550

Page 642

```
 1            A P P E A R A N C E S (continued)

 2         Walter W. Lackey, Jr., Esq.
           Eric H. Findlay, Esq.
 3         Findlay Craft
           102 North College Avenue
 4         Suite 900
           Tyler, Texas 75702
 5         903.534.1100 | 903.534.1137
           wlackey@findlaycraft.com
 6         efindlay@findlaycraft.com

 7

 8

 9

10    ALSO PRESENT:    Mr. Mike Mart, Videographer

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Deposition Resources, Inc.
800.295.4109

Electronically signed by Daniel J. Skur (101-371-132-7809)                    28238212-c5d6-4527-8174-57886f46d259

Case 6:15-cv-00584-RWS-CMC Document 133-7 Filed 06/24/15 Page 22 of 72 PageID #: 748
Case 6:12-cv-00499-RWS-CMC Document 1957-5 SEALED Filed 05/18/15 Page 22 of 72
PageID #: 28551

Page 643

1                      I N D E X
      1.  Appearances........................... 641
2     2.  The Witness: SCOTT MOSKOWITZ
             Examination by Mr. Ramsey............ 645
3     3.  Acknowledgement....................... 820
      4.  Reporter's Certificate................ 821
4     5.  Errata................................ 822
5                   DEPOSITION EXHIBITS
                     SCOTT MOSKOWITZ
6                  December 11th, 2014
7     Number             Description                Page
8     Exhibit 13  Audible Magic Corporation's Notice  644
                  of Deposition of Blue Spike LLC
9                 Pursuant to 30(B)(6)
                  14 pages
10
      Exhibit 14  Accounting Record Regarding Blue    657
11                Spike LLC Transaction Detail By
                  Account June through December 2013
12                Bates No. BLU0444341
13    Exhibit 15  Accounting Record Regarding Blue    665
                  Spike LLC Transaction Detail By
14                Account January through December
                  2012
15                Bates No. BLU0444336
16    Exhibit 16  List of Dismissed Parties           670
                  1 page
17
      Exhibit 17  IEEE Feature Article Entitled       680
18                Content-Based Classification,
                  Search, and Retrieval of Audio,
19                Wold, Blum, Keislar, Wheaton
                  21 pages
20
      Exhibit 18  United States Patent 5,918,223      768
21                37 pages
22    Exhibit 19  Moskowitz Article Entitled A        786
                  Solution to the Napster
23                Phenomenon:  Why Value Cannot Be
                  Created Absent the Transfer of
24                Subjective Data
                  Bates No. BLU0371300 through
25                0371303

Electronically signed by Daniel J. Skur (101-371-132-7809)                    28238212-c5d6-4527-8174-57886f46d259

Case 6:15-cv-00584-RWS-CMC Document 133-7 Filed 06/24/15 Page 23 of 72 PageID #: 749
Case 6:12-cv-00499-RWS-CMC Document 1957-5 SEALED Filed 05/18/15 Page 23 of 72
PageID #: 28552

1   BY MR. RAMSEY:

2        Q.      Figures 2 through 13.

3        A.      Oh, pardon me.  I'm sorry.  Figures 2

4   through 13.  Okay.

5        Q.      All right.  Mr. Moskowitz, isn't it true

6   that the process described in Figures 2 through 13

7   of the '223 patent described the process of creating

8   abstracts in your signal abstracting patents?

9        A.      No.

10       Q.      Isn't that true?

11       A.      No, it's not true at all.

12       Q.      Do you -- you must admit that the

13  process described between Figures 2 through 13 of

14  the '223 patent anticipates the creating of

15  abstracts in your '472 patent.

16               MR. GARTEISER:  Objection, form.

17  BY MR. RAMSEY:

18       Q.      Correct?

19               MR. GARTEISER:  Objection, form.

20       A.      "Anticipate" means what?

21  BY MR. RAMSEY:

22       Q.      Isn't it true that the process of

23  creating abstracts in the claims of your asserted

24  patents is reflected in Figures 2 through 13 of the

25  '223 patent?

Electronically signed by Daniel J. Skur (101-371-132-7809)          28238212-c5d6-4527-8174-57886f46d259

Case 6:15-cv-00584-RWS-CMC Document 138-7 Filed 06/24/15 Page 24 of 72 PageID #: 750
Case 6:12-cv-00499-RWS-CMC Document 1957-5 *SEALED* Filed 03/18/15 Page 24 of 72 PageID #: 28553

Page 771

1    A.    No, it's not true at all, and I can

2    refer actually -- we can start at Figure 2 if you

3    would like.

4         Q.    Please.  Tell me why that's not so.

5         A.    In Figure 2 of the '223 patent, step 200

6    at the top says, open sound file, read header

7    information.

8         Q.    Okay.  What is the import of that fact?

9         A.    We're not concerned with header

10   information.

11        Q.    All right.  Are there any other reasons

12   why Figures 2 through 13 do not anticipate the

13   process of creating abstracts in your patent?

14        A.    Again, I'm not going to follow your

15   definition of what "anticipates" means because the

16   patent office has already said that it doesn't

17   anticipate, but I'll go page to page.

18             In Figure 3, starting from the top,

19   prepare file for reading, read one frame of samples

20   from sound file into sample array.  Did we read a

21   full frame?

22             Then skipping down below that,

23   compute FFT of this frame and convert to magnitude

24   spectrum and store in array mag, I believe that

25   says, it's hard to read, with a corresponding array

Electronically signed by Daniel J. Skur (101-371-132-7809)                    28238212-c5d6-4527-8174-57886f46d259

Case 6:15-cv-00584-RWS-CMC Document 13-7 Filed 06/24/15 Page 25 of 72 PageID #: 751
Case 6:12-cv-00499-RWS-CMC Document 1957-5 SEALED Filed 05/18/15 Page 25 of 72
PageID #: 28554

Page 772

1    of the frequencies of each bin in frequency, and

2    there's no reference there.  However, when it says

3    did we read a full frame in Figure 3 and the answer

4    is no, then we get into pitch trajectory cleanup in

5    addition to statistics computation referred to in

6    Figure 13.

7                    Next would be Figure 5.  Starting

8    with -- well, I mean, again, all of these things can

9    have references to descriptions within the

10   specification itself, so I'm only reading what's

11   written here, and I would like the opportunity to

12   actually refer to the actual terminology as well as

13   description that is in the specification, but if

14   yes, if fund equals minus 1, fund C and frequency

15   candidateCount equals fund.  Compute score.

16   CandidateCount -- which then refers to Figure 7.

17   CandidateCount equals candidateCount plus 1, and

18   then finally, pick best candidate, which refers to

19   Figure 8, and compute confidence in Figure 9.

20                    Referring now to Figure 7B, I

21   believe it says Figure 7 in an earlier reference,

22   but there is a Figure 7A and a Figure 7B, and in

23   this figure there are several, I guess, harmonic and

24   sums that are being determined, and at the end it

25   says, fund C and Score candidateCount equals

Electronically signed by Daniel J. Skur (101-371-132-7809)                    28238212-c5d6-4527-8174-57886f46d259

1    fitSum/FFTNorm, referring to step 726, and then it

2    says compute score.

3                   Referring now to Figure 9B, there is

4    a key to Figure 9B which refer separately to Figure

5    9A and Figure 9B.  The steps I won't repeat.  They

6    are as they're written in the document, but the last

7    piece of this in what is called step 928 says pitch

8    confidence, parentheses, frame count equals conf

9    sum/FFT norm and then the following becomes a

10   compute confidence.

11                   Finally -- and again you've asked

12   the question several times about what are called

13   MFCCs, or Mel-spaced overlapping triangle filters,

14   which is the way it's described here, I'd refer to

15   however the term would be described in the

16   specification, but the following steps of

17   normalizing the magnitude spectrum, apply a

18   preemphasis filter, apply mel-spaced overlapping

19   triangular filters, apply cosine transform to obtain

20   cep -- excuse me, cepstral coefficients,

21   parentheses, MFCCs, and the result is MFCC

22   computation.

23                   Finally, below that, as a separate

24   computation I'll read the steps as they occur.  I

25   will do my best to make sure, but reference to the

Case 6:15-cv-00584-RWS-CMC Document 108-7 Filed 06/24/15 Page 27 of 72 PageID #: 753
Case 6:12-cv-00499-RWS-CMC Document 1597-5 SEALED Filed 03/18/15 Page 27 of 72
PageID #: 28556

Page 774

1    figure is probably much easier.

2              For each acoustic attribute

3    trajectory, not feature, or not characteristic,

4    trajectory, compute the corresponding first

5    derivative trajectory, so we're not only not a

6    feature or a characteristic, but we're now an

7    acoustic attribute trajectory corresponding to its

8    first derivative.

9              The second step is for each

10   trajectory, parentheses, acoustic attributes, and

11   first derivatives compute the amplitude weighted

12   mean.

13             The next step, without getting into

14   the mathematics that are described here, for each

15   trajectory, parentheses, acoustic attributes and

16   first derivatives, compute the amplitude weighted

17   standard deviation and the result of these steps is

18   a statistics computation.

19        Q.    All right.  So -- thank you.  So is it

20   true that each of the --

21        A.    Now --

22        Q.    -- features that you just described --

23        A.    But --

24        Q.    -- from --

25        A.    I'm sorry.

Electronically signed by Daniel J. Skur (101-371-132-7809)                                    28238212-c5d6-4527-8174-57886f46d259

Case 6:15-cv-00584-RWS-CMC Document 138-7 Filed 06/24/15 Page 28 of 72 PageID #: 754
Case 6:12-cv-00499-RWS-CMC Document 1957-5 SEALED Filed 05/18/15 Page 28 of 72
PageID #: 28557

Page 775

1    Q.    -- Figures 2 through 13 are -- those are

2    your -- it's your position that each of those

3    independently is a reason why the process set forth

4    in the '223 patent is different from your signal

5    abstracting creation process; is that right?

6                    MR. GARTEISER:  Objection, form.

7        A.    That's not what was asked.  What was

8    asked of me is akin to the question you've been

9    asking me several times over the past three days,

10   which is your contention that an MFCC is somehow

11   equivalent with a signal abstract.  I contend that

12   this is not the case.  So as, again, going past the

13   limited figures that you've described, we can also

14   refer to Figure 18, because if we're talking about

15   things like a comparing step, which was hotly

16   contested, if I remember correctly, in the claim

17   construction, it seems to me that not only is it not

18   the same thing, but once again, we get into

19   measuring distances between JF pair of frames, so

20   somehow an analysis of frames of sound.  Somehow

21   those frames are measured in some way, and as we get

22   to the end of this, whether there's a match or a

23   nonmatch, the underlying title of Figure 18 is

24   Comparing Sounds By Matching Trajectories.  Signal

25   abstracts, to the best of my knowledge, are not

Electronically signed by Daniel J. Skur (101-371-132-7809)                    28238212-c5d6-4527-8174-57886f46d259

Case 6:15-cv-00584-RWS-CMC Document 133-7 Filed 06/24/15 Page 29 of 72 PageID #: 755
Case 6:12-cv-00499-RWS-CMC Document 1957-5 SEALED Filed 05/18/15 Page 29 of 72
PageID #: 28558

Page 776

1    comparing sounds by matching trajectories, but I

2    again refer to the specification, prosecution

3    history, as well as the claim construction.

4           Q.    Please turn --

5           A.    And then -- I'm sorry.  Interrupt.

6           Q.    Please turn to Figure 17.

7                 MR. GARTEISER:  Counsel, you didn't

8    let him finish answering your last question.  Are

9    you going to retract that question?

10                MR. RAMSEY:  No.

11                MR. GARTEISER:  Then he needs to

12   have the opportunity to finish answering.

13   BY MR. RAMSEY:

14          Q.    Finish the answer to the question.

15          A.    Then in Figure 19, similarly, measure

16   distance between rhythms where there are values of I

17   including inverse duration, log tempo, what is

18   called pattern 3, and then finally rhythm

19   trajectory.  And in this distance, which again

20   you've asked me several times about, I believe,

21   Euclidean measurements of distances between points

22   in a signal referencing the patents that are at

23   suit, here we see that the result is an overall

24   distance where W is a user-supplied weight, so

25   someone is providing some information about what the

Electronically signed by Daniel J. Skur (101-371-132-7809)                    28238212-c5d6-4527-8174-57886f46d259

Case 6:15-cv-00584-RWS-CMC Document 13-7 Filed 06/24/15 Page 30 of 72 PageID #: 756
Case 6:12-cv-00499-RWS-CMC Document 1997-5 SEALED Filed 05/18/15 Page 30 of 72
PageID #: 28559

Page 779

1          My final response to that is these

2    figures as they exist in this application, I believe

3    it's improper to read simply the figures since

4    entering figures in patents, as I remember it, have

5    to include some description in the detail

6    description in a -- in a -- in an area which we call

7    brief description of the drawings so that we can

8    understand exactly what's meant.  Not simply

9    referring to figures without any type of reference

10   to the actual specification.  And that exists at

11   column 4, which says, brief description of the

12   drawings.

13   BY MR. RAMSEY:

14        Q.    Sir, you cannot disagree -- isn't it

15   true you cannot disagree that a feature vector

16   representing MFCC values is exactly the same as your

17   signal abstract; isn't that right?

18                  MR. GARTEISER:  Objection, form.

19        A.    I can and I will and I have and I'll

20   continue to, and the U.S. Patent and Trademark

21   Office of these United States agrees with me.

22   BY MR. RAMSEY:

23        Q.    So it's your contention that the U.S.

24   Patent and Trademark Office agreed that a feature

25   vector representing MFCC values is not your signal

Electronically signed by Daniel J. Skur (101-371-132-7809)          28238212-c5d6-4527-8174-57886f46d259

Case 6:15-cv-00584-RWS-CMC   Document 133-7   Filed 06/24/15   Page 31 of 72 PageID #: 757
Case 6:12-cv-00499-RWS-CMC   Document 1957-5   SEALED   Filed 05/18/15   Page 31 of 72
PageID #:  28560

Page 781

1    claiming right now so that you could get a definite

2    answer from the patent office, but you and the other

3    defendants failed to do so.

4         Q.     Isn't it true that a feature vector

5    representing MFCCs is exactly the same as your

6    signal abstract?  You can't -- you can't disagree

7    with that proposition.  Correct?

8                   MR. GARTEISER:  Objection, form.

9         A.     Counselor, you telling me what I can and

10   can't agree to sounds very odd in the context of a

11   question.  Would you like to rephrase the question

12   so I can understand it better?

13   BY MR. RAMSEY:

14        Q.     Isn't it true you agree that a feature

15   vector representing MFCC values is exactly the same

16   as the signal abstract described in your asserted

17   patents?

18                   MR. GARTEISER:  Objection, form.

19        A.     Again, I've said it many times, a signal

20   abstract is not the same thing as the MFCCs and,

21   again, the claim construction which you based your

22   arguments was rejected by the court during the

23   Markman hearing, and so if you want further

24   clarification on it, I'm still going to continue to

25   maintain, not only are they not the same, but as per

Electronically signed by Daniel J. Skur (101-371-132-7809)                28238212-c5d6-4527-8174-57886f46d259

1    what you mean by "mathematics."

2    BY MR. RAMSEY:

3         Q.    So you don't understand mathematics as

4    they apply to your patents.  When I ask you what

5    mathematics are applied in the abstract comparison

6    process, you don't understand what that means; is

7    that true?

8              MR. BRASHER:  Objection, form.

9         A.    You've asked a compound question, and I,

10   again, ask you, is this a mathematics quiz, or is

11   this some other endeavor to try and figure out

12   something that I'm not understanding.

13   BY MR. RAMSEY:

14        Q.    I'm trying to understand the inventor's

15   view of what mathematics are used to compare two

16   signal abstracts in the claims of the asserted

17   patents.  Please tell me that.

18              MR. BRASHER:  Objection, form.

19        A.    I believe that I've answered that

20   question and again refer you to the entirety of the

21   specification, the prosecution history, as well as

22   the claim constructions.

23   BY MR. RAMSEY:

24        Q.    What --

25        A.    What I will say is that the mathematics

Deposition Resources, Inc.
800.295.4109

1    of MFCCs are not equivalent with a signal abstract

2    on -- in any way, shape, or form.

3         Q.    Okay.

4              MR. RAMSEY:  All right.  I think

5    we've just hit 2:30.  So we're -- at this moment,

6    this is Gabe Ramsey for Audible Magic.  We are

7    continuing until January the deposition -- the

8    continued deposition of Scott Moskowitz -- Scott

9    Moskowitz, the continued deposition of Blue Spike

10   Inc., and the continued deposition of Blue Spike

11   LLC.  Thank you.

12              VIDEOGRAPHER:  This is the end of

13   tape number 5, and this is the end of the deposition

14   for today.  We're off the record at 2:28 p.m.

15

16

17

18

19

20

21

22

23

24

25

Electronically signed by Daniel J. Skur (101-371-132-7809)                    28238212-c5d6-4527-8174-57886f46d259

Case 6:15-cv-00584-RWS-CMC   Document 133-7   Filed 06/24/15   Page 34 of 72 PageID #: 760
Case 6:12-cv-00499-RWS-CMC   Document 1957-5 *SEALED*   Filed 05/18/15   Page 34 of 72
PageID #: 28563

Page 821

1                   REPORTER'S CERTIFICATION

2          I, DANIEL J. SKUR, CSR and Notary Public in
   and for the State of Texas, hereby certify that the
3  witness was duly sworn and that this transcript is a
   true record of the testimony given by the witness;
4
           That pursuant to Rule 30 of the Federal Rules
5  of Civil Procedure, signature of the witness was
   reserved by the witness or other party before the
6  conclusion of the deposition;

7
           I further certify that I am neither counsel
8  for, related to, nor employed by any of the parties
   or attorneys in the action in which this proceeding
9  was taken.  Further, I am not a relative or employee
   of any attorney of record in this cause, nor am I
10 financially or otherwise interested in the outcome
   of the action.

11

12         Subscribed and sworn to by me this day, the
   _____ day of December, 2014.

13

14

15

16 _____
   Daniel J. Skur
17 Notary Public, State of Texas
   My Commission Expires 7/7/2018

18

19

20

21

22

23

24

25

Electronically signed by Daniel J. Skur (101-371-132-7809)                    28238212-c5d6-4527-8174-57886f46d259

Page 823

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

BLUE SPIKE, LLC,                    §
                                    §
        Plaintiff,                  §  CIVIL ACTION NO.
                                    §
VS.                                 §  6:12-CV-00499-MHS
                                    §
TEXAS INSTRUMENTS, INC.             §
                                    §
        Defendant.                  §


BLUE SPIKE, INC.,                   §
                                    §
        Plaintiff,                  §
                                    §
VS.                                 §
                                    §
AUDIBLE MAGIC CORPORATION,          §
FACEBOOK, INC., MYSPACE, LLC,       §
SPECIFIC MEDIA, LLC,                §
PHOTOBUCKET.COM, INC.,              §  CIVIL ACTION NO.
DAILYMOTION, INC., DAILYMOTION      §
S.A., SOUNDCLOUD INC.,              §  6:12-CV-00576-MHS
SOUNDCLOUD LTD., MYXER, INC.,       §
QLIPSO, INC, QLIPSO MEDIA           §
NETWORKS, LTS, YAP.TV, INC.,        §
GOMISO, INC., IMESH, INC.,          §
METACAFE, INC., BOODABEE            §
TECHNOLOGIES INC., TUNECORE,        §
INC., ZEDGE HOLDINGS, INC.          §
BRIGHTCOVE INC., COINCIDENT.        §
TV INC., ACCEDO BROADBAND           §
NORTH AMERICA, INC., ACCEDO         §
BROADBAND AB, and MEDIAFIRE,        §
LLC,                                §
                                    §
        Defendants.                 §

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
*********************************************

ORAL AND VIDEOTAPED DEPOSITION OF
SCOTT MOSKOWITZ
January 14th, 2015
VOLUME 4
Pages 823 - 1124

Electronically signed by Daniel J. Skur (101-371-132-7809)          0df4ccd0-d8ec-4ee3-9811-60470c34e0ec

 1

 2          ORAL AND VIDEOTAPED DEPOSITION OF SCOTT

 3    MOSKOWITZ, produced as a witness at the instance of

 4    the Defendant Audible Magic, and duly sworn, was

 5    taken in the above-styled and numbered cause on the

 6    14th of January, 2015, from 9:08 a.m. to 7:20 p.m.,

 7    before Daniel J. Skur, Notary Public and Certified

 8    Shorthand Reporter in and for the State of Texas,

 9    reported by stenographic means, at the offices of

10    Garteiser Honea, 218 North College Avenue, Tyler

11    Texas, pursuant to the Federal Rules of Civil

12    Procedure.

13

14

15

16

17

18

19

20

21

22

23

24

25

Electronically signed by Daniel J. Skur (101-371-132-7809)                    0df4ccd0-d8ec-4ee3-9811-60470c34e0ec

Page 825

```
 1                 A P P E A R A N C E S
 2   FOR PLAINTIFF:
 3           Randall Garteiser, Esq.
             Peter Brasher, Esq.
 4           Christopher Honea, Esq.
             Garteiser Honea
 5           218 North College Avenue
             Tyler, Texas 75702
 6           P 415.785.3762 | F 415.785.3805
             rgarteiser@ghiplaw.com
 7           pbrasher@ghiplaw.com
             chonea@ghiplaw.com
 8
     FOR DEFENDANT AUDIBLE MAGIC:
 9
             Gabriel M. Ramsey, Esq.
10           Orrick, Herrington & Sutcliffe LLP
             The Orrick Building
11           405 Howard Street
             San Francisco, California 94105-2669
12           P 415.773.5535 | F 415.773.5759
             gramsey@orrick.com
13
     AND
14
             Alyssa M. Caridis, Esq.
15           Orrick, Herrington & Sutcliffe, LLP
             777 South Figueroa Street
16           Suite 3200
             Los Angeles, California 90017-5855
17           P 213.612.2372 | F 213.612.2499
             acaridis@orrick.com
18
     AND
19
             Christopher J. Higgins, Esq.
20           Orrick, Herrington & Sutcliffe, LLP
             1152 15th Street, NW
21           Washington, D.C. 20005-1706
             P 202.339.8418 | F 202.3398500
22           chiggins@orrick.com
23   AND
24
25
```

Deposition Resources, Inc.
800.295.4109

```
 1          A P P E A R A N C E S (continued)

 2          Walter W. Lackey, Jr., Esq.
            Eric H. Findlay, Esq.
 3          Findlay Craft
            102 North College Avenue
 4          Suite 900
            Tyler, Texas 75702
 5          903.534.1100 | 903.534.1137
            wlackey@findlaycraft.com
 6          efindlay@findlaycraft.com

 7

 8   ALSO PRESENT:  Ms. Michelle Berry, Videographer

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Electronically signed by Daniel J. Skur (101-371-132-7809)          0df4ccd0-d8ec-4ee3-9811-60470c34e0ec

Case 6:15-cv-00584-RWS-CMC Document 138-7 Filed 06/24/15 Page 39 of 72 PageID #: 785
Case 6:12-cv-00499-RWS-CMC Document 1597-5 *SEALED* Filed 05/18/15 Page 39 of 72 PageID #: 28568

Page 827

```
 1                    I N D E X
     1.  Appearances............................. 825
 2
     2.  The Witness: SCOTT MOSKOWITZ
 3
          Examination by Mr. Ramsey.............. 830
 4
 5   3.  Acknowledgment......................... 1122
 6   4.  Reporter's Certificate................. 1123
 7
                      DEPOSITION EXHIBITS
 8                     SCOTT MOSKOWITZ
                      January 14th, 2015
 9
                      Previously Marked
10
     Number              Description              Page
11
     Exhibit 1    1 United States Patent Number    830
12                7,346,472
                  Bates No. BLU000001 through 000014
13                14 pages
14   Exhibit 2    United States Patent 7,660,700   876
                  Bates No. BLU000015 through 000027
15
16                  Marked During Volume 4
17   Exhibit 20   Audible Magic Corporation's Notice  894
                  of Deposition of Blue Spike, Inc.
18                Pursuant to 30(b)(6)
19   Exhibit 21   Email String Regarding Ideas     909
                  Bates No. BLU013424 through 013432
20
     Exhibit 22   1/18/1999 Mazer Moskowitz        988
21                Agreement
                  Bates No. BLU0141686 through
22                0141687
23   Exhibit 23   Blue Spike, Inc. Business Plan   1001
                  August 1999
24                Bates No. BLU01610817 through
                  0161066
25
```

Deposition Resources, Inc.
800.295.4109

Case 6:15-cv-00584-RWS-CMC Document 13.7 Filed 06/24/15 Page 40 of 72 PageID #: 766
Case 6:12-cv-00499-RWS-CMC Document 1957-5 *SEALED* Filed 05/18/15 Page 40 of 72
PageID #: 28569

Page 1091

1    on pattern recognition?

2         A.    I don't -- I don't understand what that

3    means, pattern recognition, is that a new term?  Is

4    that content fingerprint?

5         Q.    Well, what is your understanding as

6    pattern recognition and content fingerprint?

7                   MR. GARTEISER:  Hold on.  Objection,

8    form.

9         A.    I -- you know, you're asking me

10   questions.  You're talking about pattern

11   recognition.  I don't understand the context of the

12   question.

13   BY MR. RAMSEY:

14        Q.    Do you believe that you're the first

15   person ever to come up with the idea of looking at a

16   signal, analyzing the attributes of the signal, and

17   creating a fingerprint of the signal based on its

18   attributes?

19                   MR. GARTEISER:  Objection, form.

20        A.    No, I never said that.  I invented

21   signal abstracts with Mike Berry, and yes, we were

22   the first to invent signal abstracts as that term

23   is -- exists in the specification, the claims, the

24   prosecution history and as the court has issued

25   their ruling in the claim construction which, again,

Electronically signed by Daniel J. Skur (101-371-132-7809)                    0df4ccd0-d8ec-4ee3-9811-60470c34e0ec

Page 1092

1    <mark>you and your clients lost.</mark>

2    BY MR. RAMSEY:

3        Q.    All right.  So is it your testimony and

4    belief that before you nobody in all of the field of

5    digital signal processing had ever thought of

6    looking at perceptual qualities of a signal and

7    using those to create a representation of the

8    signal?  Is that your belief?

9                MR. GARTEISER:  Objection, vague.

10       A.    Well, you've asked --

11               MR. GARTEISER:  Sorry, form.

12       A.    You've asked a very vague question that

13   has multiple compounds.  First, do I think about

14   what other people thought?  I have no idea what

15   other people think or could think.  If I had that

16   ability, I wouldn't be sitting here right now.

17   BY MR. RAMSEY:

18       Q.    So do you believe that it is possible

19   that prior to your filing of your patent that

20   somebody in the field of digital signal processing

21   had thought of looking up perceptual -- of looking

22   at perceptual qualities of a signal and using those

23   to create a representation of the signal?

24       A.    Once again, I think you're being

25   pejorative.  I don't know what other people think,

Electronically signed by Daniel J. Skur (101-371-132-7809)                    0df4ccd0-d8ec-4ee3-9811-60470c34e0ec

Case 6:15-cv-00584-RWS-CMC   Document 133-7   Filed 06/24/15   Page 42 of 72 PageID #: 768
Case 6:12-cv-00499-RWS-CMC   Document 1957-5   SEALED   Filed 05/18/15   Page 42 of 72
PageID #: 28571

1              REPORTER'S CERTIFICATION

2          I, DANIEL J. SKUR, CSR and Notary Public in
   and for the State of Texas, hereby certify that the
3  witness was duly sworn and that this transcript is a
   true record of the testimony given by the witness;

4
          That pursuant to Rule 30 of the Federal Rules
5  of Civil Procedure, signature of the witness was
   reserved by the witness or other party before the
6  conclusion of the deposition;

7
          I further certify that I am neither counsel
8  for, related to, nor employed by any of the parties
   or attorneys in the action in which this proceeding
9  was taken.  Further, I am not a relative or employee
   of any attorney of record in this cause, nor am I
10 financially or otherwise interested in the outcome
   of the action.

11

12         Subscribed and sworn to by me this day, the
   _____ day of January, 2015.

13

14

15

16         _____
           Daniel J. Skur
17         Notary Public, State of Texas
           My Commission Expires 7/7/2018

18

19

20

21

22

23

24

25

Deposition Resources, Inc.
800.295.4109

Electronically signed by Daniel J. Skur (101-371-132-7809)                                    0df4ccd0-d8ec-4ee3-9811-60470c34e0ec

Case 6:15-cv-00584-RWS-CMC Document 13-87 Filed 06/24/15 Page 42 of 72 PageID #: 769
Case 6:12-cv-00499-RWS-CMC Document 1957-5 SEALED Filed 05/18/15 Page 43 of 72
PageID #: 28572

Page 1125

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. |
| | § | |
| VS. | § | 6:12-CV-00499-MHS |
| | § | |
| TEXAS INSTRUMENTS, INC. | § | |
| | § | |
| Defendant. | § | |
| | | |
| BLUE SPIKE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | |
| AUDIBLE MAGIC CORPORATION, | § | |
| FACEBOOK, INC., MYSPACE, LLC, | § | |
| SPECIFIC MEDIA, LLC, | § | |
| PHOTOBUCKET.COM, INC., | § | CIVIL ACTION NO. |
| DAILYMOTION, INC., DAILYMOTION | § | |
| S.A., SOUNDCLOUD INC., | § | 6:12-CV-00576-MHS |
| SOUNDCLOUD LTD., MYXER, INC., | § | |
| QLIPSO, INC, QLIPSO MEDIA | § | |
| NETWORKS, LTS, YAP.TV, INC., | § | |
| GOMISO, INC., IMESH, INC., | § | |
| METACAFE, INC., BOODABEE | § | |
| TECHNOLOGIES INC., TUNECORE, | § | |
| INC., ZEDGE HOLDINGS, INC. | § | |
| BRIGHTCOVE INC., COINCIDENT. | § | |
| TV INC., ACCEDO BROADBAND | § | |
| NORTH AMERICA, INC., ACCEDO | § | |
| BROADBAND AB, and MEDIAFIRE, | § | |
| LLC, | § | |
| | § | |
| Defendants. | § | |

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
************************************************
ORAL AND VIDEOTAPED DEPOSITION OF
SCOTT MOSKOWITZ
January 15th, 2015
VOLUME 5
Pages 1125 - 1416

Deposition Resources, Inc.
800.295.4109

Electronically signed by Daniel J. Skur (101-371-132-7809)
Electronically signed by Daniel J. Skur (101-371-132-7809)

848b174b-2a03-457f-b33d-92e8025b449a

Case 6:15-cv-00584-RWS-CMC Document 133-7 Filed 06/24/15 Page 44 of 72 PageID #: 770
Case 6:12-cv-00499-RWS-CMC Document 1957-5 *SEALED* Filed 05/18/15 Page 44 of 72
PageID #: 28573

1           ORAL AND VIDEOTAPED DEPOSITION OF SCOTT

2    MOSKOWITZ, produced as a witness at the instance of

3    the Defendant Audible Magic, and duly sworn, was

4    taken in the above-styled and numbered cause on the

5    15th of January, 2015, from 9:21 a.m. to 8:02 p.m.,

6    before Daniel J. Skur, Notary Public and Certified

7    Shorthand Reporter in and for the State of Texas,

8    reported by stenographic means, at the offices of

9    Garteiser Honea, 218 North College Avenue, Tyler

10    Texas, pursuant to the Federal Rules of Civil

11    Procedure.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Electronically signed by Daniel J. Skur (101-371-132-7809)
Electronically signed by Daniel J. Skur (101-371-132-7809)
848b174b-2a03-457f-b33d-92e8025b449a

Case 6:15-cv-00584-RWS-CMC Document 133-7 Filed 06/24/15 Page 45 of 72 PageID #: 771
Case 6:12-cv-00499-RWS-CMC Document 1997-5 SEALED Filed 05/18/15 Page 45 of 72
PageID #: 28574

Page 1127

 1                    A P P E A R A N C E S
 2    FOR PLAINTIFF:
 3            Randall Garteiser, Esq.
              Christopher Honea, Esq.
 4            Garteiser Honea
              218 North College Avenue
 5            Tyler, Texas 75702
              P 415.785.3762 | F 415.785.3805
 6            rgarteiser@ghiplaw.com
              chonea@ghiplaw.com
 7
      FOR DEFENDANT AUDIBLE MAGIC:
 8
              Gabriel M. Ramsey, Esq.
 9            Orrick, Herrington & Sutcliffe LLP
              The Orrick Building
10            405 Howard Street
              San Francisco, California 94105-2669
11            P 415.773.5535 | F 415.773.5759
              gramsey@orrick.com
12
      AND
13
              Alyssa M. Caridis, Esq.
14            Orrick, Herrington & Sutcliffe, LLP
              777 South Figueroa Street
15            Suite 3200
              Los Angeles, California 90017-5855
16            P 213.612.2372 | F 213.612.2499
              acaridis@orrick.com
17
      AND
18
              Christopher J. Higgins, Esq.
19            Orrick, Herrington & Sutcliffe, LLP
              1152 15th Street, NW
20            Washington, D.C. 20005-1706
              P 202.339.8418 | F 202.3398500
21            chiggins@orrick.com
22    AND
23
      ALSO PRESENT:    Ms. Michelle Berry, Videographer
24
25

                    Deposition Resources, Inc.
                         800.295.4109

Electronically signed by Daniel J. Skur (101-371-132-7809)
Electronically signed by Daniel J. Skur (101-371-132-7809)                    848b174b-2a03-457f-b33d-92e8025b449a

Case 6:15-cv-00584-RWS-CMC Document 133-7 Filed 06/24/15 Page 46 of 72 PageID #: 772
Case 6:12-cv-00499-RWS-CMC Document 1597-5 SEALED Filed 05/18/15 Page 46 of 72 PageID #: 28575

Page 1128

1                    I N D E X
    1.  Appearances......................... 1127
2
    2.  The Witness: SCOTT MOSKOWITZ
3
         Examination by Mr. Ramsey............. 1129
4
    3.  Acknowledgment...................... 1414
5
    4.  Reporter's Certificate................ 1415
6

7                    DEPOSITION EXHIBITS
                      SCOTT MOSKOWITZ
8                    January 15th, 2015

9    Number              Description              Page

10                   Previously Marked

11   Exhibit 2    United States Patent 7,660,700    1314
                  Bates No. BLU000015 through
12                000027

13   Exhibit 13   Audible Magic Corporation's       1232
                  Notice of Deposition of Blue
14                Spike LLC Pursuant to 30(b)(6)
                  14 pages
15

16                  Marked During Volume 5

17   Exhibit 27   Blue Spike Corporate Profile      1161
                  August 2000
18                Bates No. BLU0205987 through
                  0206003
19
     Exhibit 28   3/10/1998 Felix Bopp Email to     1174
20                Mr. Moskowitz Regarding Quote
                  Bates No. BLU0136706 through
21                01386707

22   Exhibit 29   Nonexclusive Patent License       1178
                  Agreement
23                Bates No. BLU002690 through 002723

24   Exhibit 30   11/19/2014 Order                  1206
                  1 page
25

Electronically signed by Daniel J. Skur (101-371-132-7809)
Electronically signed by Daniel J. Skur (101-371-132-7809)                    848b174b-2a03-457f-b33d-92e8025b449a

Case 6:15-cv-00584-RWS-CMC   Document 138-7  Filed 06/24/15   Page 47 of 72 PageID #: 773
Case 6:12-cv-00499-RWS-CMC   Document 1957-5  SEALED   Filed 05/18/15   Page 47 of 72
PageID #: 28576

Page 1254

1   any point."

2   BY MR. RAMSEY:

3       Q.      Are you aware of any letter ever sent

4   from Blue Spike LLC to Audible Magic between May --

5   the spring and August of 2012 regarding Blue Spike's

6   patents?

7                MR. GARTEISER:  Object to the form.

8       A.      Again, I don't recall if there was any

9   letter sent to Audible Magic by Blue Spike LLC

10  between May and August of 2012.

11  BY MR. RAMSEY:

12      Q.     All right.  Well, you don't believe that

13  you reached out to Audible Magic before suing them

14  to discuss licensing Blue Spike's patents.  You

15  didn't do that, right?

16               MR. GARTEISER:  Objection, form.

17      A.     I don't think I reached out to Audible

18  Magic at any time for licensing of the patents.

19  BY MR. RAMSEY:

20      Q.     Okay.  Who are the current investors in

21  Blue Spike LLC?

22      A.     Who are the current investors in Blue

23  Spike LLC?  It's a sole member LLC, so I'm the sole

24  investor in Blue Spike LLC, at present.

25      Q.     So none of the investors in Blue Spike,

Deposition Resources, Inc.
800.295.4109

Case 6:15-cv-00584-RWS-CMC Document 133-7 Filed 06/24/15 Page 48 of 72 PageID #: 7774
Case 6:12-cv-00499-RWS-CMC Document 1557-5 *SEALED* Filed 05/18/15 Page 48 of 72
PageID #: 28577

Page 1415

1              REPORTER'S CERTIFICATION

2            I, DANIEL J. SKUR, CSR and Notary Public in
    and for the State of Texas, hereby certify that the
3    witness was duly sworn and that this transcript is a
    true record of the testimony given by the witness;

4
            That pursuant to Rule 30 of the Federal Rules
5    of Civil Procedure, signature of the witness was
    reserved by the witness or other party before the
6    conclusion of the deposition;

7
            I further certify that I am neither counsel
8    for, related to, nor employed by any of the parties
    or attorneys in the action in which this proceeding
9    was taken.  Further, I am not a relative or employee
    of any attorney of record in this cause, nor am I
10   financially or otherwise interested in the outcome
    of the action.

11

12           Subscribed and sworn to by me this day, the
    _____ day of January, 2015.

13

14

15

16   _____
     Daniel J. Skur
17   Notary Public, State of Texas
     My Commission Expires 7/7/2018

18

19

20

21

22

23

24

25

Electronically signed by Daniel J. Skur (101-371-132-7809)
Electronically signed by Daniel J. Skur (101-371-132-7809)

848b174b-2a03-457f-b33d-92e8025b449a

# Deposition Resources, Inc.

## Certified Court Reporting & Video Services

515 N. Church Street • Palestine, TX 75801 • Phone: 903-729-3289 • Fax: 903-723-9102

February 5, 2015

Mr. Gabrial Ramsey

Orrick, Herrington & Sutcliffe, LLP

777 South Figueroa Street, Suite 3200

Los Angeles, California 90017-5855

Mr. Gabrial Ramsey

Via Fax 415-773-5759

RE: Civil Action No. 6:12-CV-00499-MHS
    United States District Court, Eastern District of Texas, Tyler Division.
    Blue Spike,LLC. vs. Texas Instruments, Inc., et al.

Dear Mr. Ramsey:

Please find attached the certificate pages to the oral deposition of Scott Moskowitz, taken on December 9th, 10th, & 11th 2014, indicating the taxable court costs. The original transcript was not returned by the witness by January 23rd 2015, as requested.

Should you have any questions, please do not hesitate to call.

Sincerely,

_ll. Berry_

Michelle Berry
Attachments

cc: Mr. Gabrial Ramsey (via fax)
    Mr. Eric Findley (via fax)
    Mr. Corey R. Houmand (via fax)

02/05/2015  15:34  9037270986                    DEPOSITION RESOURCES                    PAGE  03/08
Case 6:12-cv-00499-RWS-CMC   Document 1587-5 Filed 06/24/15   Page 50 of 72   PageID #: 28579
PageID #: 28579

Page 297

```
 1              ERRATA SHEET FOR THE TRANSCRIPT OF:

 2       CASE NAME:   Blue Spike v Audible Magic

 3       DEP DATE:    December 9th, 2014

 4       DEPONENT:    SCOTT MOSKOWITZ

 5       Pg. Ln.  Now Reads    Should Read    Reason

 6       ___ ___  _____    _____    _____

 7       ___ ___  _____    _____    _____

 8       ___ ___  _____    _____    _____

 9       ___ ___  _____    _____    _____

10       ___ ___  _____    _____    _____

11       ___ ___  _____    _____    _____

12       ___ ___  _____    _____    _____

13       ___ ___  _____    _____    _____

14       ___ ___  _____    _____    _____

15       ___ ___  _____    _____    _____

16       ___ ___  _____    _____    _____

17       ___ ___  _____    _____    _____

18       ___ ___  _____    _____    _____

19       ___ ___  _____    _____    _____

20       ___ ___  _____    _____    _____

21       ___ ___  _____    _____    _____

22       ___ ___  _____    _____    _____

23

24                 _____

25                      SCOTT MOSKOWITZ
```

Electronically signed by Daniel J. Skur (101-371-132-7809)

e0303022-1cde-4f9b-8103-27f118bbaa57

02/05/2015  15:34    9037270986              DEPOSITION RESOURCES              PAGE  04/08
Case 6:12-cv-00499-RWS-CMC  Document 1587-5 Filed 06/24/15  Page 51 of 72
PageID #: 28580

Page 296

1                    REPORTER'S CERTIFICATION

2            I, DANIEL J. SKUR, CSR and Notary Public in
      and for the State of Texas, hereby certify that the
3     witness was duly sworn and that this transcript is a
      true record of the testimony given by the witness;

4
             That pursuant to Rule 30 of the Federal Rules
5     of Civil Procedure, signature of the witness was
      reserved by the witness or other party before the
6     conclusion of the deposition;

7
             I further certify that I am neither counsel
8     for, related to, nor employed by any of the parties
      or attorneys in the action in which this proceeding
9     was taken.  Further, I am not a relative or employee
      of any attorney of record in this cause, nor am I
10    financially or otherwise interested in the outcome
      of the action.

11

12           Subscribed and sworn to by me this day, the
       16   day of December, 2014.

13

14

15

16

17
           Daniel J. Skur
18         Notary Public, State of Texas
           My Commission Expires 7/7/2018

19

20    TAXABLE COURT COSTS: 2,566.25.

21

22

23

24

25

Electronically signed by Daniel J. Skur (101-371-132-7809)              e0303022-1cde-4f9b-8103-27f118bbaa57

1                    REPORTER'S CERTIFICATION

2            I, DANIEL J. SKUR, CSR and Notary Public in
      and for the State of Texas, hereby certify that the
3     witness was duly sworn and that this transcript is a
      true record of the testimony given by the witness;

4
             That pursuant to Rule 30 of the Federal Rules
5     of Civil Procedure, signature of the witness was
      reserved by the witness or other party before the
6     conclusion of the deposition;

7
             I further certify that I am neither counsel
8     for, related to, nor employed by any of the parties
      or attorneys in the action in which this proceeding
9     was taken.  Further, I am not a relative or employee
      of any attorney of record in this cause, nor am I
10    financially or otherwise interested in the outcome
      of the action.

11

12           Subscribed and sworn to by me this day, the
      17. day of December, 2014.

13

14

15

16

17       _____
         Daniel J. Skur
18       Notary Public, State of Texas
         My Commission Expires 7/7/2018

19

20

21    TAXABLE Court Costs: $ 2,890.00

22

23

24

25

Electronically signed by Daniel J. Skur (101-371-132-7809)                    ab9f348c-3c7d-4bba-9821-fa50c865fe83

1 |   ERRATA SHEET FOR THE TRANSCRIPT OF:

2 |   CASE NAME:   Blue Spike v Audible Magic

3 |   DEP DATE:   December 10th, 2014

4 |   DEPONENT:   SCOTT MOSKOWITZ

5 |   Pg.  Ln.   Now Reads     Should Read     Reason

6 |

7 |

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |   SCOTT MOSKOWITZ

Electronically signed by Daniel J. Skur (101-371-132-7809)                     ab9f348c-3c7d-4bba-9821-fa50c865fe83

02/05/2015  15:34     9037270986            DEPOSITION RESOURCES                PAGE  07/08
Case 6:12-cv-00499-RWS-CMC   Document 1587-5 Filed 06/24/15   Page 54 of 72   PageID #: 28583
PageID #: 28583

Page 821

1                     REPORTER'S CERTIFICATION

2              I, DANIEL J. SKUR, CSR and Notary Public in
       and for the State of Texas, hereby certify that the
3      witness was duly sworn and that this transcript is a
       true record of the testimony given by the witness;

4
               That pursuant to Rule 30 of the Federal Rules
5      of Civil Procedure, signature of the witness was
       reserved by the witness or other party before the
6      conclusion of the deposition;

7
               I further certify that I am neither counsel
8      for, related to, nor employed by any of the parties
       or attorneys in the action in which this proceeding
9      was taken.  Further, I am not a relative or employee
       of any attorney of record in this cause, nor am I
10     financially or otherwise interested in the outcome
       of the action.

11

12             Subscribed and sworn to by me this day, the
       _18_. day of December, 2014.

13

14

15

16     _____
       Daniel J. Skur
17     Notary Public, State of Texas
       My Commission Expires 7/7/2018

18

19

20

21     TAXABLE COURT COSTS: $ 1,638.00

22

23

24

25

Electronically signed by Daniel J. Skur (101-371-132-7809)          28238212-c5d6-4527-8174-57886f46d259

Page 822

```
  1                ERRATA SHEET FOR THE TRANSCRIPT OF:

  2         CASE NAME:   Blue Spike v Audible Magic

  3         DEP DATE:    December 11th, 2014

  4         DEPONENT:    SCOTT MOSKOWITZ

  5         Pg. Ln.  Now Reads     Should Read     Reason

  6         __  __   _____   _____   _____

  7         __  __   _____   _____   _____

  8         __  __   _____   _____   _____

  9         __  __   _____   _____   _____

 10         __  __   _____   _____   _____

 11         __  __   _____   _____   _____

 12         __  __   _____   _____   _____

 13         __  __   _____   _____   _____

 14         __  __   _____   _____   _____

 15         __  __   _____   _____   _____

 16         __  __   _____   _____   _____

 17         __  __   _____   _____   _____

 18         __  __   _____   _____   _____

 19         __  __   _____   _____   _____

 20         __  __   _____   _____   _____

 21         __  __   _____   _____   _____

 22         __  __   _____   _____   _____

 23

 24                  _____

 25                      SCOTT MOSKOWITZ
```

Electronically signed by Daniel J. Skur (101-371-132-7809)          28238212-c5d6-4527-8174-57886f46d259

1          ERRATA SHEET FOR THE TRANSCRIPT OF:

2    CASE NAME:  Blue Spike v Audible Magic

3    DEP DATE:  December 9th, 2014

4    DEPONENT:  SCOTT MOSKOWITZ

5    Pg. Ln.  Now Reads  Should Read  Reason

| Pg. Ln. | Now Reads | Should Read | Reason |
|---|---|---|---|
| 010 06 | water marking | watermarking | |
| 028 20 | trademark. | trademark agent. | |
| 032 11 | a idea | an idea | |
| 034 21 | an obvious | a logical | |
| 035 15 | NNPA | NMPA | |
| 035 16 | writes | writers or rights | |
| 036 09 | 1989 | 1999 | |
| 058 08 | And that's way | And that's why | |
| 076 22 | in toto | en toto | |
| 103 23 | obviously | logically | |
| 107 16 | version is this | version is which | |
| 113 09 | Asked and answered | You previously asked this question and I answered | |
| 146 20 | that's memory serves | that's if memory serves | |
| 148 25 | 1988 -- | | not 1988 |
| 151 | | | digital fingerprint is a hash |
| 163 09 | as memory serves | if memory serves | |
| 169 18 | analysis | analogy | |

SCOTT MOSKOWITZ

Deposition Resources, Inc.
800.295.4109

Electronically stuffed by Daniel J. Skud (10-0877-192-700) You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| | | | | |
|---|---|---|---|---|
| 1 | | ERRATA SHEET FOR THE TRANSCRIPT OF: | | |
| 2 | CASE NAME: | Blue Spike v Audible Magic | | |
| 3 | DEP DATE: | December 9th, 2014 | | |
| 4 | DEPONENT: | SCOTT MOSKOWITZ | | |
| 5 | Pg. Ln. | Now Reads | Should Read | Reason |
| 6 | 184 25 | By 1989, 1990 | Around 1991-'92 | |
| 7 | 188 07 | Cox paper from 1995 | Cox paper from 1995 or 1996 | |
| 8 | 196 23 | in the same time | at the same time | |
| 9 | 236 19 | they debriefed me | they asked me to debrief | |
| 10 | 241 11 | cypher | cipher | |
| 11 | 244 04 | Jerry Sugar Hill | Joey Sugarhill | |
| 12 | 266 19 | but clearly the | but the | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | SCOTT MOSKOWITZ | | |

Deposition Resources, Inc.
800.295.4109

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

1                 ERRATA SHEET FOR THE TRANSCRIPT OF:

2      CASE NAME:   Blue Spike v Audible Magic

3      DEP DATE:    December 10th, 2014

4      DEPONENT:    SCOTT MOSKOWITZ

5

| Pg. | Ln. | Now Reads | Should Read | Reason |
|-----|-----|-----------|-------------|--------|
| 304 | 01 | but then I'd have to kill you | | |
| 324 | 01 | Asked and answered, counselor. | Asked and answered. | |
| 324 | 16 | devises | devices | |
| 361 | 08 | friends | fingerprints | |
| 370 | 02 | Gabe Garteiser | Randall Garteiser | |
| 377 | 16 | September 2nd | September 6th | |
| 389 | 02 | abuse | misuse | |
| 403 | 21 | at current | at present | |
| 418 | 09 | thrown away | put aside | |
| 425 | 25 | 800-318344 | 800-381-8344 | |
| 478 | 19 | 3IFt | IFPI | |
| 482 | 14 | filled | comprehensive | |
| 491 | 07 | focussed | focused | |
| 494 | 12 | Wisteria | Wistaria | |
| 495 | 05 | Mark | Marc | |
| 495 | 11 | Mark | Marc | |
| 496 | | FFT | IFPI | |

23

24

25                      SCOTT MOSKOWITZ

Deposition Resources, Inc.
800.295.4109

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Case 6:15-cv-00584-RWS-CMC  Document 13-87-5 SEALED  Filed 06/24/15  Page 59 of 72
Case 6:12-cv-00499-RWS-CMC  Document 1997-5  Filed 05/18/15  Page 59 of 72  PageID #: 28588
Page 639

1          ERRATA SHEET FOR THE TRANSCRIPT OF:

2     CASE NAME:  Blue Spike v Audible Magic

3     DEP DATE:   December 10th, 2014

4     DEPONENT:   SCOTT MOSKOWITZ

5     Pg. Ln.   Now Reads      Should Read     Reason

6     496 12    MPES           MPRS            _____

7     499 19    Jazz Rack      JASRAC          _____

8     502 06    recalls        serves          _____

9     508 11    cypher         cipher          _____

10    508 11    Marc           Marc            _____

11    508 25    Marc           Marc            _____

12    511 04    FFT            IFPI            _____

13    513 17    Jessup         Jessop          _____

14    513 17    FFT            IFPI            _____

15    514 20    whim           wing            _____

16    516 19    FFT            IFPI            _____

17    522 25    is             was            _____

18    559 19    which the      which to the    _____

19    560 19    1997           2007            _____

20    563 14    Greg           Gregg           _____

21    563 18    Greg           Gregg           _____

22    564 12    Greg           Gregg           _____

23

24    _____

25                    SCOTT MOSKOWITZ

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)
Electronically signed by Daniel J. Skul (101-317-432-1903)                                    6244bfa726-3c7u-4bba-9821-fa50c865fe83

```
 1              ERRATA SHEET FOR THE TRANSCRIPT OF:

 2      CASE NAME:   Blue Spike v Audible Magic

 3      DEP DATE:    December 10th, 2014

 4      DEPONENT:    SCOTT MOSKOWITZ

 5      Pg. Ln.   Now Reads     Should Read     Reason

 6      564 20    Greg          Gregg

 7      565 05    Memory        If memory

 8      567 02    Greg          Gregg

 9      582 08    Wisteria      Wistaria

10      582 09    Wisteria      Wistaria

11      582 17    Wisteria      Wistaria

12      582 20    Wisteria      Wistaria

13      582 22    Wisteria      Wistaria

14      583 02    Wisteria      Wistaria

15      583 06    Wisteria      Wistaria

16      583 12    Wisteria      Wistaria

17      583 16    Wisteria      Wistaria

18      584 04    Wisteria      Wistaria

19      584 07    Wisteria      Wistaria

20      584 12    Wisteria      Wistaria

21      584 13    Wisteria      Wistaria

22      584 15    Wisteria      Wistaria

23

24      _____

25                   SCOTT MOSKOWITZ
```

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Electronically signed by Daniel J. Skaff (101-074-932-303)    4d86-4ec3-07a-4bba-9821-fa50c865fe83

| | | | |
|---|---|---|---|
| 1 | | ERRATA SHEET FOR THE TRANSCRIPT OF: | |
| 2 | CASE NAME: | Blue Spike v Audible Magic | |
| 3 | DEP DATE: | December 10th, 2014 | |
| 4 | DEPONENT: | SCOTT MOSKOWITZ | |

| Pg. Ln. | Now Reads | Should Read | Reason |
|---|---|---|---|
| 584 18 | Wisteria | Wistaria | |
| 584 19 | Wisteria | Wistaria | |
| 584 19 | by dent | by dint | |
| 585 24 | Wisteria | Wistaria | |
| 586 05 | Wisteria | Wistaria | |
| 586 09 | Wisteria | Wistaria | |
| 586 14 | Wisteria | Wistaria | |
| 586 18 | Wisteria | Wistaria | |
| 586 24 | Wisteria | Wistaria | |
| 611 24 | Mark | Marc | |
| 612 03 | Wisteria | Wistaria | |
| 614 25 | Greg | Gregg | |
| 616 25 | due | dual | |
| 617 02 | Rimage | Rimmage | |
| 619 03 | Springer | Sprenger | |
| 625 12 | Springer | Sprenger | |
| 634 25 | Mark | Marc | |
| 635 08 | Mark | Marc | |

SCOTT MOSKOWITZ

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

```
1              ERRATA SHEET FOR THE TRANSCRIPT OF:

2     CASE NAME:   Blue Spike v Audible Magic

3     DEP DATE:    December 11th, 2014

4     DEPONENT:    SCOTT MOSKOWITZ

5     Pg. Ln.   Now Reads      Should Read      Reason
6     646 09    means          mean
7     668 07    in toto        en toto
8     697 22    audit          audio
9     712 24    2 13           2013
10    740 23    Lennox         Linux
11    740 24    Lennox         Linux
12    741 03    Lennox         Linux
13    752 20    the obvious    obvious
14    769 09    1997           2007
15    789 23    DLI            DOI
16    798 24    eliminate      evaluate
17    812 22    claimant       claim
18
19
20
21
22
23
24    _____
25                SCOTT MOSKOWITZ
```

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

# Deposition Resources, Inc.

Certified Court Reporting & Video Services

515 N. Church Street • Palestine, TX 75801 • Phone: 903-729-3289 • Fax: 903-723-9102

March 13, 2015

Mr. Gabriel Ramsey

Orrick, Herrington & Sutcliffe LLP

The Orric Bulding

405 Howard Street

San Francisco, California 94105-2669

Mr. Gabriel Ramsey

Via Fax 415-773-5759

RE: Civil Action No. 6:12-CV-00499-MHS
United States District Court, Eastern District of Texas, Tyler Division.
Blue Spike, LLC. VS. Texas Instruments, Inc., et al.

Dear Mr. Ramsey:

Please find attached the certificate pages to the oral depositions of Scott Moskowitz, taken on January 14th, 15th, & 16th 2015, indicating the taxable court costs. The original transcripts were not returned by the witness by March 2nd 2015, as requested.

Should you have any questions, please do not hesitate to call.

Sincerely,

Michelle Berry
Attachments

cc: Mr. Gabriel Ramsey (via fax)
Mr. Eric Findlay (via fax)

03/13/2015  14:48    9037270986              DEPOSITION RESOURCES                PAGE  03/11
Case 6:12-cv-00499-RWS-CMC  Document 1597-5 Filed 06/24/15  Page 64 of 720 PageID #: 28593

Page 1123

1                           REPORTER'S CERTIFICATION

2              I, DANIEL J. SKUR, CSR and Notary Public in
          and for the State of Texas, hereby certify that the
3         witness was duly sworn and that this transcript is a
          true record of the testimony given by the witness;

4
               That pursuant to Rule 30 of the Federal Rules
5         of Civil Procedure, signature of the witness was
          reserved by the witness or other party before the
6         conclusion of the deposition;

7
               I further certify that I am neither counsel
8         for, related to, nor employed by any of the parties
          or attorneys in the action in which this proceeding
9         was taken.  Further, I am not a relative or employee
          of any attorney of record in this cause, nor am I
10        financially or otherwise interested in the outcome
          of the action.

11

12             Subscribed and sworn to by me this day, the
          27th day of January, 2015.

13

14

15

16
               Daniel J. Skur
17             Notary Public, State of Texas
               My Commission Expires 7/7/2018

18

19

20

21

22

23

24

25

Deposition Resources, Inc.
800.295.4109

Electronically signed by Daniel J. Skur (101-371-132-7809)
Electronically signed by Daniel J. Skur (101-371-132-7809)

833becdf-549f-4561-b93d-d729785cd473

03/13/2015  14:48    9037270986              DEPOSITION RESOURCES                    PAGE  04/11
Case 6:12-cv-00499-RWS-CMC   Document 1357-5 filed 06/24/15   Page 65 of 72   PageID #: 28594
PageID #: 28594

Page 823

```
 1                    IN THE UNITED STATES DISTRICT COURT
                      FOR THE EASTERN DISTRICT OF TEXAS
 2                            TYLER DIVISION
 3        BLUE SPIKE, LLC,                       §
                                                 §
 4              Plaintiff,                        §  CIVIL ACTION NO.
                                                 §
 5        VS.                                     §  6:12-CV-00499-MHS
                                                 §
 6        TEXAS INSTRUMENTS, INC.                 §
                                                 §
 7              Defendant.                        §
 8
          BLUE SPIKE, INC.,                       §
 9                                                §
                Plaintiff,                        §
10                                                §
          VS.                                     §
11                                                §
                                                 §
          AUDIBLE MAGIC CORPORATION,              §
12        FACEBOOK, INC., MYSPACE, LLC,           §
          SPECIFIC MEDIA, LLC,                    §
13        PHOTOBUCKET.COM, INC.,                  §  CIVIL ACTION NO.
          DAILYMOTION, INC., DAILYMOTION          §
14        S.A., SOUNDCLOUD INC.,                  §  6:12-CV-00576-MHS
          SOUNDCLOUD LTD., MYXER, INC.,           §
15        QLIPSO, INC, QLIPSO MEDIA               §
          NETWORKS, LTS, YAP.TV, INC.,            §
16        GOMISO, INC., IMESH, INC.,              §
          METACAFE, INC., BOODABEE                §
17        TECHNOLOGIES INC., TUNECORE,            §
          INC., ZEDGE HOLDINGS, INC.              §
18        BRIGHTCOVE INC., COINCIDENT.            §
          TV INC., ACCEDO BROADBAND               §
19        NORTH AMERICA, INC., ACCEDO             §
          BROADBAND AB, and MEDIAFIRE,            §
20        LLC,                                    §
                                                 §
21              Defendants.                       §
22              CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
          *************************************************
23              ORAL AND VIDEOTAPED DEPOSITION OF
                            SCOTT MOSKOWITZ
24                        January 14th, 2015
                              VOLUME 4
25                        Pages 823 - 1124
```

Electronically signed by Daniel J. Skur (101-371-132-7809)        0df4ccd0-d8ec-4ee3-9811-80470c34e0ec

03/13/2015  14:48    9037270986              DEPOSITION RESOURCES              PAGE  05/11
Case 6:12-cv-00499-RWS-CMC  Document 1597-5 filed 06/24/15 Filed 05/18/15  Page 66 of 72
PageID #: 28595

Page 824

<div style="border">

1

2          ORAL AND VIDEOTAPED DEPOSITION OF SCOTT

3     MOSKOWITZ, produced as a witness at the instance of

4     the Defendant Audible Magic, and duly sworn, was

5     taken in the above-styled and numbered cause on the

6     14th of January, 2015, from 9:08 a.m. to 7:20 p.m.,

7     before Daniel J. Skur, Notary Public and Certified

8     Shorthand Reporter in and for the State of Texas,

9     reported by stenographic means, at the offices of

10    Garteiser Honea, 218 North College Avenue, Tyler

11    Texas, pursuant to the Federal Rules of Civil

12    Procedure.

13

14

15

16

17

18

19

20

21

22

23

24

25

</div>

Electronically signed by Daniel J. Skur (101-371-132-7809)
Electronically signed by Daniel J. Skur (101-371-132-7809)

833becdf-549f-4561-b93d-d729785cd473

1        REPORTER'S CERTIFICATION

2            I, DANIEL J. SKUR, CSR and Notary Public in
     and for the State of Texas, hereby certify that the
3    witness was duly sworn and that this transcript is a
     true record of the testimony given by the witness;

4

5            That pursuant to Rule 30 of the Federal Rules
     of Civil Procedure, signature of the witness was
     reserved by the witness or other party before the
6    conclusion of the deposition;

7

8            I further certify that I am neither counsel
     for, related to, nor employed by any of the parties
     or attorneys in the action in which this proceeding
9    was taken.  Further, I am not a relative or employee
     of any attorney of record in this cause, nor am I
10   financially or otherwise interested in the outcome
     of the action.

11

12           Subscribed and sworn to by me this day, the
     27th day of January, 2015.

13

14

15

16           Daniel J. Skur
17           Notary Public, State of Texas
             My Commission Expires 7/7/2018

18

19

20

21

22

23

24

25

Deposition Resources, Inc.
800.295.4109

Page 1125

```
 1                 IN THE UNITED STATES DISTRICT COURT
                     FOR THE EASTERN DISTRICT OF TEXAS
 2                            TYLER DIVISION
 3      BLUE SPIKE, LLC,                    §
                                            §
 4              Plaintiff,                   §  CIVIL ACTION NO.
                                            §
 5      VS.                                 §  6:12-CV-00499-MHS
                                            §
 6      TEXAS INSTRUMENTS, INC.             §
                                            §
 7              Defendant.                   §
 8
        BLUE SPIKE, INC.,                   §
 9                                          §
                Plaintiff,                   §
10                                          §
        VS.                                 §
11                                          §
        AUDIBLE MAGIC CORPORATION,          §
12      FACEBOOK, INC., MYSPACE, LLC,       §
        SPECIFIC MEDIA, LLC,                §
13      PHOTOBUCKET.COM, INC.,              §  CIVIL ACTION NO.
        DAILYMOTION, INC., DAILYMOTION      §
14      S.A., SOUNDCLOUD INC.,              §  6:12-CV-00576-MHS
        SOUNDCLOUD LTD., MYXER, INC.,       §
15      QLIPSO, INC, QLIPSO MEDIA           §
        NETWORKS, LTS, YAP.TV, INC.,        §
16      GOMISO, INC., IMESH, INC.,          §
        METACAFE, INC., BOODABEE            §
17      TECHNOLOGIES INC., TUNECORE,        §
        INC., ZEDGE HOLDINGS, INC.          §
18      BRIGHTCOVE INC., COINCIDENT.        §
        TV INC., ACCEDO BROADBAND           §
19      NORTH AMERICA, INC., ACCEDO         §
        BROADBAND AB, and MEDIAFIRE,        §
20      LLC,                                §
                                            §
21              Defendants.                  §
22           CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
        *********************************************
23           ORAL AND VIDEOTAPED DEPOSITION OF
                      SCOTT MOSKOWITZ
24                   January 15th, 2015
                        VOLUME 5
25                  Pages 1125 - 1416
```

Deposition Resources, Inc.
800.295.4109

Electronically signed by Daniel J. Skur (101-371-132-7809)
Electronically signed by Daniel J. Skur (101-371-132-7809)

848b174b-2a03-457f-b33d-92e8025b449a

03/13/2015  14:48    9037270986           DEPOSITION RESOURCES            PAGE  08/11

Case 6:12-cv-00499-RWS-CMC  Document 1587-5 Filed 05/26/15  Page 69 of 725
Case 6:12-cv-00499-RWS-CMC  Document 1597-5 Filed 05/18/15  Page 09 of 72
                        PageID #: 28598

                                                                    Page 1126

 1                    ORAL AND VIDEOTAPED DEPOSITION OF SCOTT

 2     MOSKOWITZ, produced as a witness at the instance of

 3     the Defendant Audible Magic, and duly sworn, was

 4     taken in the above-styled and numbered cause on the

 5     15th of January, 2015, from 9:21 a.m. to 8:02 p.m.,

 6     before Daniel J. Skur, Notary Public and Certified

 7     Shorthand Reporter in and for the State of Texas,

 8     reported by stenographic means, at the offices of

 9     Garteiser Honea, 218 North College Avenue, Tyler

10     Texas, pursuant to the Federal Rules of Civil

11     Procedure.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Electronically signed by Daniel J. Skur (101-371-132-7809)
Electronically signed by Daniel J. Skur (101-371-132-7809)                    848b174b-2a03-457f-b33d-92e8025b449a

Page 1566

```
 1                    REPORTER'S CERTIFICATION

 2          I, DANIEL J. SKUR, CSR and Notary Public in
       and for the State of Texas, hereby certify that the
 3     witness was duly sworn and that this transcript is a
       true record of the testimony given by the witness;
 4

 5          That pursuant to Rule 30 of the Federal Rules
       of Civil Procedure, signature of the witness was
 6     reserved by the witness or other party before the
       conclusion of the deposition;
 7

 8          I further certify that I am neither counsel
       for, related to, nor employed by any of the parties
 9     or attorneys in the action in which this proceeding
       was taken.  Further, I am not a relative or employee
10     of any attorney of record in this cause, nor am I
       financially or otherwise interested in the outcome
11     of the action.

12     27th  Subscribed and sworn to by me this day, the
            day of January, 2015.
13

14

15

16
```



```
17        Daniel J. Skur
          Notary Public, State of Texas
18        My Commission Expires 7/7/2018

19

20

21

22

23

24

25
```

Electronically signed by Daniel J. Skur (101-371-132-7809)                    bd7c8918-ddfb-4936-b2f5-7103e1bfddf1

03/13/2015  14:48    9037270986                DEPOSITION RESOURCES                    PAGE  10/11
Case 6:12-cv-00499-RWS-CMC  Document 1957-5 SEAL/EXT5  Filed 05/19/15  Page 71 of 72
PageID #: 28600

Page 1417

```
 1        United States Patent 7,660,700  THE UNITED STATES
                            DISTRICT COURT
 2             FOR THE EASTERN DISTRICT OF TEXAS
                            TYLER DIVISION
 3

          BLUE SPIKE, LLC,                      §
 4                                              §
                    Plaintiff,                  §  CIVIL ACTION NO.
 5                                              §
          VS.                                   §  6:12-CV-00499-MHS
 6                                              §
          TEXAS INSTRUMENTS, INC.               §
 7                                              §
                    Defendant.                  §
 8

 9        BLUE SPIKE, INC.,                     §
                                                §
10                  Plaintiff,                  §
                                                §
11        VS.                                   §
                                                §
                                                §
12        AUDIBLE MAGIC CORPORATION,            §
          FACEBOOK, INC., MYSPACE, LLC,         §
13        SPECIFIC MEDIA, LLC,                  §
          PHOTOBUCKET.COM, INC.,                §  CIVIL ACTION NO.
14        DAILYMOTION, INC., DAILYMOTION        §
          S.A., SOUNDCLOUD INC.,                §  6:12-CV-00576-MHS
15        SOUNDCLOUD LTD., MYXER, INC.,         §
          QLIPSO, INC, QLIPSO MEDIA             §
16        NETWORKS, LTS, YAP.TV, INC.,          §
          GOMISO, INC., IMESH, INC.,            §
17        METACAFE, INC., BOODABEE              §
          TECHNOLOGIES INC., TUNECORE,          §
18        INC., ZEDGE HOLDINGS, INC.            §
          BRIGHTCOVE INC., COINCIDENT.          §
19        TV INC., ACCEDO BROADBAND             §
          NORTH AMERICA, INC., ACCEDO           §
20        BROADBAND AB, and MEDIAFIRE,          §
          LLC,                                  §
21                                              §
                    Defendants.                 §
22
               CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
23        **********************************************
                  ORAL AND VIDEOTAPED DEPOSITION OF
24                          SCOTT MOSKOWITZ
                          January 16th, 2015
25                             VOLUME 6
```

Electronically signed by Daniel J. Skur (101-371-132-7809)                    bd7c6918-ddfb-4935-b2f5-7103e1bfddf1

03/13/2015 14:48    9037270986              DEPOSITION RESOURCES              PAGE 11/11
Case 6:12-cv-00499-RWS-CMC   Document 1597-5 Filed 06/24/15  Page 72 of 72 Filed 05/18/15   Page 72 of 72
PageID #: 28601

Page 1418

1      *********************************************
       ORAL AND VIDEOTAPED DEPOSITION OF SCOTT
2      MOSKOWITZ, produced as a witness at the instance of

3      the Defendant Audible Magic, and duly sworn, was

4      taken in the above-styled and numbered cause on the

5      16th of January, 2015, from 9:22 a.m. to 2:23 p.m.,

6      before Daniel J. Skur, Notary Public and Certified

7      Shorthand Reporter in and for the State of Texas,

8      reported by stenographic means, at the offices of

9      Garteiser Honea, 218 North College Avenue, Tyler

10     Texas, pursuant to the Federal Rules of Civil

11     Procedure.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Deposition Resources, Inc.
800.295.4109