# EXHIBIT 2

# In The Matter Of:

*BLUE SPIKE, LLC*

*v.*

*TEXAS INSTRUMENTS, et al.*

_____

*MICHAEL W. BERRY - Vol. 1*

*February 10, 2015*

_____

# *CONFIDENTIAL*
# *UNDER THE PROTECTIVE ORDER*

**MERRILL CORPORATION**
LegaLink, Inc.

27 Maiden Lane
Suite 300
San Francisco, CA 94108
Phone: 415.357.4300
Fax: 415.357.4301

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

|  |  |
|---|---|
| BLUE SPIKE, LLC, | ) |
|  | ) |
| Plaintiffs, | ) |
| vs. | ) NO. 6:12-cv-576 MHS |
| TEXAS INSTRUMENTS, et al., | ) |
| Defendants. | ) |

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION
OF:
MICHAEL W. BERRY

1221 2nd Avenue, Suite 500

Seattle, Washington

\* \* \* \* \* \*

CONFIDENTIAL - UNDER THE PROTECTIVE ORDER

DATE: February 10, 2015

REPORTED BY: Tia Reidt
              CCR #2798, RPR

SF-021137

CONFIDENTIAL - UNDER THE PROTECTIVE ORDER
MICHAEL W. BERRY - 2/10/2015

Page 2

```
 1                     APPEARANCES
 2
 3   On behalf of the Plaintiff Blue Spike:
 4            GARTEISER HONEA
 5            RANDALL GARTEISER
 6            119 West Ferguson
 7            Tyler, TX 75702
 8            (903) 705-7420
 9            RGarteiser@GHIPLaw.com
10
11   On behalf of the Defendant Audible Magic:
12            ORRICK, HERRINGTON & SUTCLIFFE
13            GABRIEL M. RAMSEY
14            405 Howard Street
15            San Francisco, CA 94105
16            (415) 773-5535
17            GRamsey@Orrick.com
18
19   On behalf of the Defendant CBS Interactive and Last.fm:
20            WEIL, GOTSHAL & MANGES
21            ANDREW L. PERITO
22            201 Redwood Shores Parkway
23            Redwood Shores, CA 94065
24            (650) 802-3993
25            Andrew.Perito@Weil.com
```

CONFIDENTIAL - UNDER THE PROTECTIVE ORDER
MICHAEL W. BERRY - 2/10/2015

Page 3

```
 1                    APPEARANCES CONTINUED
 2
 3    On behalf of the Defendant Adobe:
 4              FARELLA, BRAUN & MARTEL
 5              EUGENE Y. MAR
 6              235 Montgomery Street
 7              San Francisco, CA 94104
 8              (415) 954-4400
 9              EMar@FBM.com
10
11    On behalf of the third-party witness:
12              HILLIS, CLARK, MARTIN & PETERSON
13              ERIC D. LANSVERK
14              MICHAEL R. SCOTT
15              1221 2nd Avenue, Suite 500
16              Seattle, WA 98101
17              (206) 470-7634
18              EDL@HCMP.com
19              MRS@HCMP.COM
20
21
22
23
24
25
```

Case 6:15-cv-00584-RWS-CMC Document 13-4 Filed 06/24/15 Page 6 of 11 PageID #: 804
Case 6:12-cv-00499-RWS-CMC Document 1957-4 *SEALED* Filed 05/18/15 Page 6 of 11
PageID #: 28607

CONFIDENTIAL - UNDER THE PROTECTIVE ORDER
MICHAEL W. BERRY - 2/10/2015

Page 4

```
 1                  APPEARANCES CONTINUED
 2
 3   On behalf of the Defendant Morpho Trust USA, L-1 Identity
 4   Solutions, Morpho Track, Inc., and Safran USA
 5            MORGAN LEWIS
 6            LINDSEY M. SHINN
 7            2 Palo Alto Square
 8            3000 El Camino Real, Suite 700
 9            Palo Alto, CA 94306
10            (650) 843-7240
11            LShinn@MorganLewis.com
12
13   ALSO PRESENT:
14
15   NICK MARTINI,
16   Adobe inhouse counsel
17
18   NICHOLAS RAPP,
19   Videographer
20
21
22
23
24
25
```

Case 6:15-cv-00584-RWS-CMC Document 134-7 Filed 06/24/15 Page 7 of 11 PageID #: 805
Case 6:12-cv-00499-RWS-CMC Document 1957-4 *SEALED* Filed 05/18/15 Page 7 of 11
PageID #: 28608

CONFIDENTIAL - UNDER THE PROTECTIVE ORDER
MICHAEL W. BERRY - 2/10/2015

Page 5

```
 1                    EXAMINATION INDEX
 2
 3    EXAMINATION BY                           PAGE
 4    Mr. Ramsey                                 8
 5                                              106
 6                                              151
 7    Ms. Shinn                                  73
 8    Mr. Perito                                 94
 9    Mr. Garteiser                             138
10
11                      EXHIBIT INDEX
12
13    EXHIBIT     DESCRIPTION                  PAGE
14    EXHIBIT 40  Document entitled Exhibit 6,  96
15                Computer Vision for Music
16                Identification.
17    EXHIBIT 41  Computer Vision for Music     97
18                Identification Abstract.
19    EXHIBIT 42  E-mail re: Pricing for SDMI and 131
20                Sony.
21
22
23
24
25
```

Case 6:15-cv-00584-RWS-CMC Document 134-7 Filed 06/24/15 Page 8 of 11 PageID #: 806
Case 6:12-cv-00499-RWS-CMC Document 1957-4 *SEALED* Filed 05/18/15 Page 8 of 11
PageID #: 28609

CONFIDENTIAL - UNDER THE PROTECTIVE ORDER
MICHAEL W. BERRY - 2/10/2015

Page 107

| | | |
|---|---|---|
| 1 | individuals? | 02:35:30 |
| 2 | A. They were all members of Muscle Fish, which is | 02:35:30 |
| 3 | a contract -- software contracting company that I | 02:35:35 |
| 4 | subcontracted for starting in 1997. | 02:35:40 |
| 5 | Q. Okay. If you could please turn to Column 3 - | 02:35:43 |
| 6 | it will be labeled at the top "Column 3" - of Exhibit 18 | 02:35:49 |
| 7 | and let me know when you're there. | 02:35:53 |
| 8 | A. Column 3. | 02:36:06 |
| 9 | Q. Okay. If you can just take a moment and look | 02:36:07 |
| 10 | at Column 3 lines 4 through 21, just that paragraph, and | 02:36:10 |
| 11 | let me know when you have had a chance to review that | 02:36:15 |
| 12 | briefly. | 02:36:18 |
| 13 | A. (Witness peruses document.) | 02:36:21 |
| 14 | Okay. | 02:36:58 |
| 15 | Q. Okay. So first of all, I'm going ask you: | 02:36:58 |
| 16 | Column 3 lines 5 through 21 of the -223 patent describes | 02:37:03 |
| 17 | the creation of a feature vector containing MFCC values. | 02:37:08 |
| 18 | Do you see that? | 02:37:13 |
| 19 | A. Yes. | 02:37:14 |
| 20 | Q. So if you could turn quickly to the front of | 02:37:18 |
| 21 | Exhibit 18, the -223 patent. | 02:37:21 |
| 22 | You see that the -223 patent issued in June of | 02:37:23 |
| 23 | 1999; correct? | 02:37:26 |
| 24 | A. Yes. | 02:37:27 |
| 25 | Q. So when you filed your signal abstracting | 02:37:28 |

Merrill Corporation - San Francisco
(800) 869-9132                    www.merrillcorp.com/law

Case 6:15-cv-00584-RWS-CMC Document 13-4 Filed 06/24/15 Page 9 of 11 PageID #: 807
Case 6:12-cv-00499-RWS-CMC Document 1957-4 *SEALED* Filed 05/18/15 Page 9 of 11
PageID #: 28610

CONFIDENTIAL - UNDER THE PROTECTIVE ORDER
MICHAEL W. BERRY - 2/10/2015

Page 108

| | | |
|---|---|---|
| 1 | patent in 2000, is it fair to say it was not your intent | 02:37:32 |
| 2 | to try to cover some prior system -- technique of | 02:37:36 |
| 3 | creating feature vectors containing MFCC values? You | 02:37:41 |
| 4 | weren't trying to claim that, were you? | 02:37:46 |
| 5 |     MR. GARTEISER: Hold on. Object to form. | 02:37:47 |
| 6 | BY MR. RAMSEY: | 02:37:50 |
| 7 |     Q. That was not your intent; right? | 02:37:50 |
| 8 |     A. That was not my intent. | 02:37:50 |
| 9 |     Q. Okay. And is it fair to say that the signal | 02:37:53 |
| 10 | abstracting technique in your later filed -472 patent | 02:37:56 |
| 11 | was a different type of compression technique than is | 02:38:02 |
| 12 | described in paragraph 3? | 02:38:09 |
| 13 |     MR. LANSVERK: Object to form. | 02:38:13 |
| 14 | BY MR. RAMSEY: | 02:38:13 |
| 15 |     Q. That's a horrible question. I'm going to | 02:38:14 |
| 16 | start all over. | 02:38:16 |
| 17 |     Is it fair to say that the signal abstract in | 02:38:17 |
| 18 | your -472 patent just is not a feature vector containing | 02:38:20 |
| 19 | MFCC values? It's something different than that? | 02:38:26 |
| 20 |     MR. LANSVERK: Again, object to the form. | 02:38:28 |
| 21 |     THE WITNESS: The -472 patent is not specific | 02:38:33 |
| 22 | as to the method by which a feature -- you know, a | 02:38:36 |
| 23 | signal abstract would be created. | 02:38:42 |
| 24 | BY MR. RAMSEY: | 02:38:45 |
| 25 |     Q. Okay. So you talked just a moment ago about | 02:38:47 |

Merrill Corporation - San Francisco
(800) 869-9132      www.merrillcorp.com/law

```
                     C E R T I F I C A T E


STATE OF WASHINGTON  )
                     ) ss
COUNTY OF KING       )


        I, the undersigned officer of the Court, under
my commission as a Notary Public in and for the State of
Washington, hereby certify that the foregoing deposition
upon oral examination of the witness named herein was
taken stenographically before me and thereafter
transcribed under my direction;
        That the witness before the examination was first
duly sworn by me to testify truthfully; that the
transcript of the deposition is a full, true and correct
transcript of the testimony, including questions and
answers and all objections, motions, and exceptions of
counsel made and taken at the time of the foregoing
examination;
        That I am neither attorney for nor a relative or
employee of any of the parties to the action; further,
that I am not a relative or employee of any attorney or
counsel employed by the parties hereto, nor financially
interested in its outcome.

        IN WITNESS WHEREOF, I have hereunto set my hand
and seal this    day of       , 2015.




                            _____
                            Tia B. Reidt
                            NOTARY PUBLIC in and for
                            the State of Washington,
                            residing in King County.
                            My commission expires 6-3-18.
```

[Notary seal: TIA B. REIDT, COMMISSION EXPIRES 6-03-18, NOTARY PUBLIC, STATE OF WASHINGTON]

Case 6:15-cv-00584-RWS-CMC Document 134-7 Filed 06/24/15 Page 11 of 11 PageID #: 809
Case 6:12-cv-00499-RWS-CMC Document 1957-4 *SEALED* Filed 05/18/15 Page 11 of 11
PageID #: 28612

# MERRILL CORPORATION

LegaLink, Inc.

27 Maiden Lane, Suite 300
San Francisco, CA 94108 • (415) 357-4300



February 20, 2015

Michael Berry
c/o Eric Lansverk
Hillis, Clark, Martin & Peterson
1221 2nd Avenue, Suite 500
Seattle, WA 98101

*In re: Spike v. Texas Instruments, et al.*

Dear Mr. Berry:

Please be advised that the original transcript of your deposition taken on February 10, 2015 in the above-entitled matter is available for reading and signing. The original will be held at the offices of:

    Merrill Corporation
    27 Maiden Lane, Suite 300
    San Francisco, California 94108
    (415)357-4300

for thirty (30) days in accordance with Federal Rules of Civil Procedure Section 30 (e). If you do not sign your deposition within 30 days from the date of this letter, it may be used as fully as though signed.

If you are represented by counsel in this matter, you may wish to ask your attorney how to proceed. If you are not represented by counsel and wish to review your transcript, please contact our office for a mutually convenient appointment to review your deposition.

Thank you for your cooperation in this matter.

Very truly yours,

Client Services
Merrill Corporation, San Francisco

cc:    Original transcript
        All Counsel