# EXHIBIT 10

# Ramsey, Gabriel M.

| | |
|---|---|
| **From:** | cjensen@ghiplaw.com |
| **Sent:** | Friday, April 04, 2014 7:13 PM |
| **To:** | bluespike@ghiplaw.com; Colin Jensen |
| **Cc:** | Caridis, Alyssa; de Blank, Bas; Higgins, Christopher J.; Ottenweller, Chris R.; Ramsey, Gabriel M.; nchaterjee@orrick.com; Eric Findlay; wlackey@findlaycraft.com |
| **Subject:** | Re: Blue Spike v. Audible Magic - Preliminary Election of Asserted Claims |

CORRECTED.  PLEASE DISREGARD PREVIOUS SELECTION.

Counsel,

Pursuant to the Court's March 6, 2014 Scheduling and Discovery Orders (Dkt. Nos. 1331 and 1332), Blue Spike makes the following preliminary election of asserted claims:

U.S. Patent No. 8,214,175 – Claims 8, 11-13, 15-17
U.S. Patent No. 7,346,472 – Claims 3-4, 8, 11
U.S. Patent No. 7,949,494 – Claims 1, 4-5, 11, 17-18, 20-22, 29
U.S. Patent No. 7,660,700 – Claims 1, 6-8, 10-11, 40, 49-51



**Colin Jensen**
888.908.4400 x103 / cjensen@ghiplaw.com
218 N College Ave, Tyler, TX 75702
44 N San Pedro, San Rafael, CA 94903
http://www.ghiplaw.com

This e-mail message may contain confidential information or information protected by attorney-client privilege, the doctrine of attorney work product or other applicable privileges and protections, and is intended solely for use by the intended recipient. Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. If you are not the intended recipient, please destroy all copies of this message, including your original copy, and contact the sender immediately. We also advise that any federal tax advice provided in this communication is not intended or written to be used, and cannot be used by the recipient or any other taxpayer for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or in promoting, marketing or recommending to another party any transaction or matter addressed herein.

