Case 6:15-cv-00584-RWS-CMC Document 21-2 Filed 06/24/15 Page 1 of 26 PageID #: 1516
Case 6:12-cv-00499-RWS-CMC Document 1973-2 *SEALED* Filed 06/14/15 Page 1 of 26
PageID #: 30303

# Exhibit 1

Case 6:15-cv-00584-RWS-CMC Document 21-3 Filed 06/24/15 Page 2 of 26 PageID #: 1517
Case 6:12-cv-00499-RWS-CMC Document 1973-1 *SEALED* Filed 06/01/15 Page 2 of 26
PageID #: 30304

Page 639

1        IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF TEXAS

2             TYLER DIVISION

3  BLUE SPIKE, LLC,             §
                           §

4      Plaintiff,         § CIVIL ACTION NO.
                           §

5  VS.                  § 6:12-CV-00499-MHS
                           §

6  TEXAS INSTRUMENTS, INC.      §
                           §

7        Defendant.        §

8

  BLUE SPIKE, INC.,           §

9                           §
        Plaintiff,         §

10                         §
  VS.                  §

11                         §
  AUDIBLE MAGIC CORPORATION,    §

12  FACEBOOK, INC., MYSPACE, LLC,  §
  SPECIFIC MEDIA, LLC,        §

13  PHOTOBUCKET.COM, INC.,      §  CIVIL ACTION NO.
  DAILYMOTION, INC., DAILYMOTION  §

14  S.A., SOUNDCLOUD INC.,      §  6:12-CV-00576-MHS
  SOUNDCLOUD LTD., MYXER, INC.,  §

15  QLIPSO, INC, QLIPSO MEDIA     §
  NETWORKS, LTS, YAP.TV, INC.,   §

16  GOMISO, INC., IMESH, INC.,    §
  METACAFE, INC., BOODABEE      §

17  TECHNOLOGIES INC., TUNECORE,   §
  INC., ZEDGE HOLDINGS, INC.    §

18  BRIGHTCOVE INC., COINCIDENT.   §
  TV INC., ACCEDO BROADBAND    §

19  NORTH AMERICA, INC., ACCEDO    §
  BROADBAND AB, and MEDIAFIRE,   §

20  LLC,                  §
                           §

21      Defendants.        §

22     CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

23      ORAL AND VIDEOTAPED DEPOSITION OF
            SCOTT MOSKOWITZ

24        December 11th, 2014
             VOLUME 3

25       Pages 639 through 822

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)
Electronically signed by Daniel J. Shull (401-387-221-3091)
2d653f7f-4fd3-4527-8174-57886f46d259

Case 6:15-cv-00584-RWS-CMC Document 21-23 Filed 06/24/15 Page 3 of 26 PageID #: 1518
Case 6:12-cv-00499-RWS-CMC Document 1973-5 *SEALED* Filed 06/11/15 Page 3 of 26
PageID #: 30305

Page 640

1         ORAL AND VIDEOTAPED DEPOSITION OF SCOTT

2    MOSKOWITZ, produced as a witness at the instance of

3    the Defendant Audible Magic, and duly sworn, was

4    taken in the above-styled and numbered cause on the

5    11th of December, 2014, from 8:45 a.m. to 2:29 p.m.,

6    before Daniel J. Skur, Notary Public and Certified

7    Shorthand Reporter in and for the State of Texas,

8    reported by stenographic means, at the offices of

9    Garteiser Honea, 218 North College Avenue, Tyler

10    Texas, pursuant to the Federal Rules of Civil

11    Procedure.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)
Electronically signed by Daniel J. Skur (401-357-452-2309)

Case 6:15-cv-00584-RWS-CMC Document 21 Filed 06/24/15 Page 4 of 26 PageID #: 1519
Case 6:12-cv-00499-RWS-CMC Document 1973-5 *SEALED* Filed 06/11/15 Page 4 of 26
PageID #: 30306

1    sheet is where we got that.  Thank you.

2                    MR. GARTEISER:  Sure.

3                    MR. RAMSEY:  Let's go off the record

4    and take a quick break.  I'd like to get back.

5                    VIDEOGRAPHER:  This is the end of

6    tape number 1 to be continued on tape number 2.

7    We're off the record at 9:31 a.m.

8                    (Recess held.)

9                    VIDEOGRAPHER:  This is the beginning

10   of tape number 2 in the continued deposition of

11   Scott Moskowitz taken on December 11th, 2014.  We're

12   on the record at 9:47 a.m.

13                   MR. RAMSEY:  All right.  This is

14   Gabe Ramsey for Audible Magic.  For the record, we

15   are now leaving the 30(b)(6) testimony of Blue Spike

16   LLC and continuing that to another day, and at this

17   point on the record, we resume the 30(b)(1)

18   testimony and deposition of Scott Moskowitz.

19                   Please mark this as Exhibit 17,

20   please.

21                   (Deposition Exhibit 17 marked.)

22                   MR. BRASHER:  Counsel, could we have

23   a copy.

24                   MR. RAMSEY:  I'm sorry.  Of course.

25                   MR. BRASHER:  Thank you.

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)
Electronically Signed by Daniel J. Shin (101-317-312-309)                                    2d653f7f4fd3b319-4527-8174-57886f46d259

Case 6:15-cv-00584-RWS-CMC Document 121-3 Filed 06/24/15 Page 5 of 26 PageID #: 4520
Case 6:12-cv-00499-RWS-CMC Document 1973-5 SEALED Filed 06/11/15 Page 5 of 26
PageID #: 30307

Page 770

1    BY MR. RAMSEY:

2        Q.    Figures 2 through 13.

3        A.    Oh, pardon me.  I'm sorry.  Figures 2

4    through 13.  Okay.

5        Q.    All right.  Mr. Moskowitz, isn't it true

6    that the process described in Figures 2 through 13

7    of the '223 patent described the process of creating

8    abstracts in your signal abstracting patents?

9        A.    No.

10        Q.    Isn't that true?

11        A.    No, it's not true at all.

12        Q.    Do you -- you must admit that the

13    process described between Figures 2 through 13 of

14    the '223 patent anticipates the creating of

15    abstracts in your '472 patent.

16            MR. GARTEISER:  Objection, form.

17    BY MR. RAMSEY:

18        Q.    Correct?

19            MR. GARTEISER:  Objection, form.

20        A.    "Anticipate" means what?

21    BY MR. RAMSEY:

22        Q.    Isn't it true that the process of

23    creating abstracts in the claims of your asserted

24    patents is reflected in Figures 2 through 13 of the

25    '223 patent?

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Electronically Signed by Daniel J. Shull (101-574-272-3091)                    2d653f7f4fd3-4527-8174-57886f46d259

Case 6:15-cv-00584-RWS-CMC Document 121-3 Filed 06/24/15 Page 6 of 26 PageID #: 1581
Case 6:12-cv-00499-RWS-CMC Document 1973-5 *SEALED* Filed 06/11/15 Page 6 of 26
PageID #: 30308

1      A.    No, it's not true at all, and I can

2    refer actually -- we can start at Figure 2 if you

3    would like.

4      Q.    Please.  Tell me why that's not so.

5      A.    In Figure 2 of the '223 patent, step 200

6    at the top says, open sound file, read header

7    information.

8      Q.    Okay.  What is the import of that fact?

9      A.    We're not concerned with header

10    information.

11      Q.    All right.  Are there any other reasons

12    why Figures 2 through 13 do not anticipate the

13    process of creating abstracts in your patent?

14      A.    Again, I'm not going to follow your

15    definition of what "anticipates" means because the

16    patent office has already said that it doesn't

17    anticipate, but I'll go page to page.

18              In Figure 3, starting from the top,

19    prepare file for reading, read one frame of samples

20    from sound file into sample array.  Did we read a

21    full frame?

22              Then skipping down below that,

23    compute FFT of this frame and convert to magnitude

24    spectrum and store in array mag, I believe that

25    says, it's hard to read, with a corresponding array

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)
Electronically Signed by Daniel J. Shih (401-370-259-309)                2d653f7f4fd3-4527-8174-57886f46d259

Case 6:15-cv-00584-RWS-CMC Document 21-2 Filed 06/24/15 Page 7 of 26 PageID #: 1582
Case 6:12-cv-00499-RWS-CMC Document 1973-5 *SEALED* Filed 06/11/15 Page 7 of 26
PageID #: 30309

Page 772

 1    of the frequencies of each bin in frequency, and

 2    there's no reference there.  However, when it says

 3    did we read a full frame in Figure 3 and the answer

 4    is no, then we get into pitch trajectory cleanup in

 5    addition to statistics computation referred to in

 6    Figure 13.

 7              Next would be Figure 5.  Starting

 8    with -- well, I mean, again, all of these things can

 9    have references to descriptions within the

10    specification itself, so I'm only reading what's

11    written here, and I would like the opportunity to

12    actually refer to the actual terminology as well as

13    description that is in the specification, but if

14    yes, if fund equals minus 1, fund C and frequency

15    candidateCount equals fund.  Compute score.

16    CandidateCount -- which then refers to Figure 7.

17    CandidateCount equals candidateCount plus 1, and

18    then finally, pick best candidate, which refers to

19    Figure 8, and compute confidence in Figure 9.

20              Referring now to Figure 7B, I

21    believe it says Figure 7 in an earlier reference,

22    but there is a Figure 7A and a Figure 7B, and in

23    this figure there are several, I guess, harmonic and

24    sums that are being determined, and at the end it

25    says, fund C and Score candidateCount equals

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)
Electronically Signed by Daniel J. Snurt (101-301-432) 309          2d653f7f4fd3b319-4527-8174-57886f46d259

Case 6:15-cv-00584-RWS-CMC Document 121-3 Filed 06/24/15 Page 8 of 26 PageID #: 1523
Case 6:12-cv-00499-RWS-CMC Document 1973-15 SEALED Filed 06/11/15 Page 8 of 26
PageID #: 30310

Page 773

 1    fitSum/FFTNorm, referring to step 726, and then it

 2    says compute score.

 3                    Referring now to Figure 9B, there is

 4    a key to Figure 9B which refer separately to Figure

 5    9A and Figure 9B.  The steps I won't repeat.  They

 6    are as they're written in the document, but the last

 7    piece of this in what is called step 928 says pitch

 8    confidence, parentheses, frame count equals conf

 9    sum/FFT norm and then the following becomes a

10    compute confidence.

11                    Finally -- and again you've asked

12    the question several times about what are called

13    MFCCs, or Mel-spaced overlapping triangle filters,

14    which is the way it's described here, I'd refer to

15    however the term would be described in the

16    specification, but the following steps of

17    normalizing the magnitude spectrum, apply a

18    preemphasis filter, apply mel-spaced overlapping

19    triangular filters, apply cosine transform to obtain

20    cep -- excuse me, cepstral coefficients,

21    parentheses, MFCCs, and the result is MFCC

22    computation.

23                    Finally, below that, as a separate

24    computation I'll read the steps as they occur.  I

25    will do my best to make sure, but reference to the

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Case 6:15-cv-00584-RWS-CMC Document 21 2 Filed 06/24/15 Page 8 of 26 PageID #: 1524
Case 6:12-cv-00499-RWS-CMC Document 1973-5 SEALED Filed 06/11/15 Page 9 of 26
PageID #: 30311

Page 774

1    figure is probably much easier.

2                        For each acoustic attribute

3    trajectory, not feature, or not characteristic,

4    trajectory, compute the corresponding first

5    derivative trajectory, so we're not only not a

6    feature or a characteristic, but we're now an

7    acoustic attribute trajectory corresponding to its

8    first derivative.

9                        The second step is for each

10   trajectory, parentheses, acoustic attributes, and

11   first derivatives compute the amplitude weighted

12   mean.

13                       The next step, without getting into

14   the mathematics that are described here, for each

15   trajectory, parentheses, acoustic attributes and

16   first derivatives, compute the amplitude weighted

17   standard deviation and the result of these steps is

18   a statistics computation.

19        Q.    All right.  So -- thank you.  So is it

20   true that each of the --

21        A.    Now --

22        Q.    -- features that you just described --

23        A.    But --

24        Q.    -- from --

25        A.    I'm sorry.

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Case 6:15-cv-00584-RWS-CMC Document 27-2 *SEALED* Filed 06/24/15 Page 10 of 26 PageID #: 30312
Case 6:11-cv-00455-RWS-CMC Document 1373-2 *SEALED* Filed 06/11/15 Page 10 of 26 PageID #: 5235

Page 775

1    Q.    -- Figures 2 through 13 are -- those are

2    your -- it's your position that each of those

3    independently is a reason why the process set forth

4    in the '223 patent is different from your signal

5    abstracting creation process; is that right?

6                MR. GARTEISER:  Objection, form.

7    A.    That's not what was asked.  What was

8    asked of me is akin to the question you've been

9    asking me several times over the past three days,

10   which is your contention that an MFCC is somehow

11   equivalent with a signal abstract.  I contend that

12   this is not the case.  So as, again, going past the

13   limited figures that you've described, we can also

14   refer to Figure 18, because if we're talking about

15   things like a comparing step, which was hotly

16   contested, if I remember correctly, in the claim

17   construction, it seems to me that not only is it not

18   the same thing, but once again, we get into

19   measuring distances between JF pair of frames, so

20   somehow an analysis of frames of sound.  Somehow

21   those frames are measured in some way, and as we get

22   to the end of this, whether there's a match or a

23   nonmatch, the underlying title of Figure 18 is

24   Comparing Sounds By Matching Trajectories.  Signal

25   abstracts, to the best of my knowledge, are not

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)
Electronically Signed by Daniel J. Shah ( DJS-112-297-309)                                        2d653f7f4fd3-b319-4527-8174-57886f46d259

Case 6:15-cv-00584-RWS-CMC Document 97-2 *SEALED* Filed 06/24/15 Page 11 of 26 PageID #: 26
Case 6:12-cv-00499-RWS-CMC Document 1973-2 *SEALED* Filed 06/11/15 Page 11 of 26
PageID #: 30313

1    comparing sounds by matching trajectories, but I

2    again refer to the specification, prosecution

3    history, as well as the claim construction.

4         Q.    Please turn --

5         A.    And then -- I'm sorry.  Interrupt.

6         Q.    Please turn to Figure 17.

7              MR. GARTEISER:  Counsel, you didn't

8    let him finish answering your last question.  Are

9    you going to retract that question?

10             MR. RAMSEY:  No.

11             MR. GARTEISER:  Then he needs to

12   have the opportunity to finish answering.

13   BY MR. RAMSEY:

14        Q.    Finish the answer to the question.

15        A.    Then in Figure 19, similarly, measure

16   distance between rhythms where there are values of I

17   including inverse duration, log tempo, what is

18   called pattern 3, and then finally rhythm

19   trajectory.  And in this distance, which again

20   you've asked me several times about, I believe,

21   Euclidean measurements of distances between points

22   in a signal referencing the patents that are at

23   suit, here we see that the result is an overall

24   distance where W is a user-supplied weight, so

25   someone is providing some information about what the

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)
Electronically Signed by Daniel J. Shatz (101-307-252-309)    2d653f7f4fd3-b319-4527-8174-57886f46d259

1    weight should be, and norm, I believe that may refer

2    to normalization, is a system defined normalization,

3    oh, it is, for the I figure, and that says comparing

4    rhythms.

5              Finally, in Figure 20, again, we get

6    into computing the distance between two rhythm

7    trajectories.  The last two steps that are included

8    here are find the two smallest values of distance I

9    for I equals zero to LEN, L-E-N, minus 1, and take

10   their average which is computing the distance

11   between two rhythm trajectories.  So once again, I

12   don't think any of this characterizes what a signal

13   abstract is without limitation and reference to the

14   specification, the prosecution history, where plenty

15   of references were proffered by the office and

16   argued, or the claim construction.

17        Q.    Isn't it true that the processes

18   described between Figure 17 and 20 describe the

19   process of comparing abstracts stated in your signal

20   abstracting patents?

21        A.    No.

22        Q.    Tell me what it -- tell me your position

23   about why you think, starting with Figure 17, what

24   in Figure 17 is different than the process of

25   comparing one abstract to another in your patents?

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)
Electronically Signed by Daniel J. Shea (401-291-297-3085)                                    2d653f7f-4fd3-4527-8174-57886f46d259

    1        What's your contention?

    2                    MR. GARTEISER:  Objection, form.

    3        A.      Well, for one, as I had mentioned

    4    earlier, not all of the patents include a database,

    5    so for at least the reason that the third step of

    6    Figure 17 says read sample sounds feature vector

    7    from the database, and I also call into question the

    8    term "feature vector" which is not an equivalent

    9    with the signal abstract as being another term, and

   10    the other one would be the fact that measuring

   11    distance from sample sound to each sound in

   12    database, I'm not clear on what that means, but the

   13    last step in comparing sounds says, sort all sounds

   14    by distance and display result to user.  And if I

   15    recall from the earlier testimony and without

   16    limitation and refer to -- prefer to refer to the

   17    testimony regarding Euclidean distances within

   18    signals, that I told you it is not necessary to

   19    include Euclidean distance measurements in creating

   20    a signal abstract, and I still stand by that, and I

   21    will not say anything further that would limit me

   22    from what the specification as well as the

   23    prosecution history and the claim construction went

   24    in, and I will finally -- I'm sorry for the

   25    long-winded answer.

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Electronically signed by Daniel J. Shull (401-319-220-309)                    d2d653f7f4fd3-4527-8174-57886f46d259

Case 6:15-cv-00584-RWS-CMC Document 97-2 *SEALED* Filed 06/24/15 Page 14 of 26 PageID #: 30316
Case 6:12-cv-00499-RWS-CMC Document 1973-2 *SEALED* Filed 06/11/15 Page 14 of 26 PageID #: 15229

Page 779

```
 1                   My final response to that is these

 2       figures as they exist in this application, I believe

 3       it's improper to read simply the figures since

 4       entering figures in patents, as I remember it, have

 5       to include some description in the detail

 6       description in a -- in a -- in an area which we call

 7       brief description of the drawings so that we can

 8       understand exactly what's meant.  Not simply

 9       referring to figures without any type of reference

10       to the actual specification.  And that exists at

11       column 4, which says, brief description of the

12       drawings.

13       BY MR. RAMSEY:

14            Q.    Sir, you cannot disagree -- isn't it

15       true you cannot disagree that a feature vector

16       representing MFCC values is exactly the same as your

17       signal abstract; isn't that right?

18                   MR. GARTEISER:  Objection, form.

19            A.    I can and I will and I have and I'll

20       continue to, and the U.S. Patent and Trademark

21       Office of these United States agrees with me.

22       BY MR. RAMSEY:

23            Q.    So it's your contention that the U.S.

24       Patent and Trademark Office agreed that a feature

25       vector representing MFCC values is not your signal
```

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Electronically signed by Daniel J. Smith (101-301-232-3097)                                    2d653f7f-4fd3-4527-8174-57886f46d259

1    abstract; is that your view?

2              MR. GARTEISER:  Objection, form.

3         A.    That's not what I said.

4    BY MR. RAMSEY:

5         Q.    So you -- so the patent office does

6    agree that feature vectors representing MFCC values

7    is the same as your -- your signal abstract?

8              MR. GARTEISER:  Objection, form.

9    BY MR. RAMSEY:

10        Q.    You agree that it is, right?

11             MR. GARTEISER:  Hold on.  Objection,

12   form.

13        A.    Again, that's not what I said, but this

14   patent was presented to the patent office under my

15   duty to disclose.  It was determined by the patent

16   office however the examiners examined and did

17   searches against that to come to the conclusion that

18   a signal abstract is a pioneering invention, and as

19   I'll remind you as I've responded several times

20   earlier, the original first office action on the

21   merits indicated allowable subject matter from the

22   very beginning, and I'll further supplement the

23   answer by saying even if you think it might be, you

24   had ample opportunity to submit under current patent

25   law an inter partes review claiming whatever you're

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

```
 1     claiming right now so that you could get a definite

 2     answer from the patent office, but you and the other

 3     defendants failed to do so.

 4          Q.    Isn't it true that a feature vector

 5     representing MFCCs is exactly the same as your

 6     signal abstract?  You can't -- you can't disagree

 7     with that proposition.  Correct?

 8                MR. GARTEISER:  Objection, form.

 9          A.    Counselor, you telling me what I can and

10     can't agree to sounds very odd in the context of a

11     question.  Would you like to rephrase the question

12     so I can understand it better?

13     BY MR. RAMSEY:

14          Q.    Isn't it true you agree that a feature

15     vector representing MFCC values is exactly the same

16     as the signal abstract described in your asserted

17     patents?

18                MR. GARTEISER:  Objection, form.

19          A.    Again, I've said it many times, a signal

20     abstract is not the same thing as the MFCCs and,

21     again, the claim construction which you based your

22     arguments was rejected by the court during the

23     Markman hearing, and so if you want further

24     clarification on it, I'm still going to continue to

25     maintain, not only are they not the same, but as per
```

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Electronically Signed by Daniel J. Shull (401-391-913-5638)                                    2d653f7f-4ca5-4527-8174-57886f46d259

1    the title, and again shouldn't only rely on titles

2    of patents, but it says here, method and article of

3    manufacture for content-related analysis, storage,

4    retrieval, and segmentation of audio information.

5    The three features that you asked me to explain how

6    my invention with my co-inventor Mike Berry were

7    different that I mentioned on the first day of these

8    depositions, if we would like to go back over those

9    features, none of those features can be -- can be

10   handled by what's described here in this patent or

11   any other patent, frankly, that existed or any other

12   reference that existed at the time of the invention.

13   BY MR. RAMSEY:

14        Q.    Maybe you misunderstood my question.  My

15   question was particularly, isn't it true that you

16   agree that a feature vector representing MFCC values

17   is exactly the same as the signal abstract described

18   in your patents?

19             MR. GARTEISER:  Objection, form.

20        A.    No, I don't agree with it.  And by the

21   way, I'll supplement the answer, and I'll refer you

22   to column 3 why I think that.

23             MR. GARTEISER:  Column 3 of what?

24        A.    Column 3 of patent 5,918,223 or

25   otherwise known as the '223 patent, between column

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Electronically signed by Daniel J. Shah (401-310-432-3091)    2d653f7f-4fd3-4527-8174-57886f46d259

1    3, line 5, and column -- and 65, it says

2    specifically, and I'll only read a part of it, but

3    I'm again going to give you the opportunity to argue

4    over what is written here, but at the end of column

5    34, starting around line 62, the invention also

6    provides an alternative method for classifying

7    sounds in which the classification is formed using a

8    probability density function based on the analysis

9    frames themselves rather than using the feature

10    vector statistical measurements.  So once again,

11    probably density functions on analysis of frames

12    themselves versus what you just said was the only

13    thing was a feature vector for an MFCC is stark

14    contrast based on a reading of just that single

15    column.

16    BY MR. RAMSEY:

17        Q.    Isn't it true that at column 3, line 4

18    through 21 of the '223 patent, the process of

19    creating a signal abstract as understood in your

20    patents is described?

21        A.    Pardon?

22        Q.    Isn't it true that at column 3, lines 4

23    through 21, the process of creating a signal

24    abstract as understood in your patents is described?

25            MR. GARTEISER:  Objection, form.

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)
Electronically signed by Daniel J. Shull (401-351-032-309)                                    2d653f7f-4fd3-4527-8174-57886f46d259

Case 6:12-cv-00355-RWS-CMC Document 1732 Filed 06/11/15 Page 19 of 26 PageID #: 29504

```
 1     again.  It seems to be a habit of yours.
 2          Q.    Are you -- so you're incapable or
 3     unwilling to describe for me the process of
 4     comparing two abstracts in your asserted patents
 5     without quoting from the patent specification; is
 6     that true?
 7                    MR. GARTEISER:  Objection, form.
 8          A.    I didn't say that.
 9     BY MR. RAMSEY:
10          Q.    Are you capable of describing for me
11     without reading from the patents the process of
12     comparing two abstracts?
13                    MR. GARTEISER:  Objection, form.
14          A.    I'm capable of describing it, but,
15     again, this happens to be, what do you call it, a 30
16     point what?
17     BY MR. RAMSEY:
18          Q.    Right now we're not in the 30(b)(6)
19     deposition.
20          A.    What type of deposition is this?
21          Q.    Right now we're -- right now is the
22     deposition of the inventor Scott Moskowitz.  Please
23     describe for me how the process of comparing two
24     abstracts in your asserted patents works.
25                    MR. GARTEISER:  Object -- objection,
```

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Electronically signed by Daniel J. Shur (401-371-212-308)    2d653f7f-4fd3-4527-8174-57886f46d259

Case 6:15-cv-00584-RWS-CMC Document 97-2 *SEALED* Filed 06/24/15 Page 20 of 26 PageID #: 30322
Case 6:12-cv-00499-RWS-CMC Document 1973-2 *SEALED* Filed 06/11/15 Page 20 of 26 PageID #: 15325

Page 813

1    that what you just said?

2                    MR. GARTEISER:  Objection, form.

3          A.     They may produce different results

4    depending on the context of the signal.  For

5    instance, if the signal is in a single dimension

6    such as audio, which I believe that your prior

7    recitation or reference to Deposition Exhibit 17,

8    content-based classification search and retrieval of

9    audio, I'm not sure that I saw anything about root

10   mean square calculations, but I did see something in

11   the -- let's see.  I did see in Exhibit 18 which is

12   U.S. patent to Blum 5,918,223 or what has been

13   referred to previously as the Blum patent or the

14   '223 patent, that -- let's see.  Let's do both of

15   these.

16                    (Witness reviews document.)

17   BY MR. RAMSEY:

18         Q.     Are you done reviewing the document,

19   Mr. Moskowitz?  I have another question.

20         A.     I'm not done reading the document,

21   sorry.

22         Q.     Let's move on.

23         A.     It's lengthy.

24         Q.     I think you've answered my last

25   question.

Deposition Resources, Inc.
800.295.4109

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)
Electronically Signed by Daniel J. Shaft (101-350-012-3030)                    2d653f7f-4fd3-4527-8174-57886f46d259

Case 6:11-cv-00564-RWS-CMC Document 273 Filed 06/11/15 Page 21 of 26 PageID #: 1526

1          A.      Wait.  Wait.  What was your last

2    question?

3          Q.      You stated in response to the question,

4    does the use of different mathematics produce

5    different results in the comparing process in your

6    patent, and you said it may -- that they may produce

7    different results depending on the context of the

8    signal.  So my question to you is, does your --

9          A.      So -- so again, you mentioned root mean

10   square calculations, and the reference in, let's

11   see, Exhibit 1, column 6, refers specifically to

12   watermarking, however, must inherently alter at

13   least one --

14               (Interruption by the reporter.)

15         A.      I'm sorry.  Watermarking, however, must

16   inherently alter at least one data bit of the

17   original signal to represent a minimal change from

18   the original signal's unwatermarked state.  The

19   changes may affect only a bit at the very least or

20   may -- or be dependent on information hiding

21   relating to signal characteristics, such as phase

22   information, differences between digitized samples,

23   root mean square calculations, Z transform analysis,

24   or similar signal characteristic category.

25               So once again, it's -- doesn't

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)
Electronically signed by Daniel J. Shull (401-351-132-3309)                                    2d653f7f4fd3-4527-8174-57886f46d259

Case 6:15-cv-00584-RWS-CMC Document 97-2 *SEALED* Filed 06/24/15 Page 22 of 26 PageID #: 30324
Case 6:12-cv-00499-RWS-CMC Document 1973-2 *SEALED* Filed 08/14/15 Page 22 of 26 PageID #: 15337

1    appear to me that it's a necessary condition, but

2    within the context of your question, I think you're

3    ignoring the entirety of the specification and all

4    of the references made to prior applications

5    incorporated by reference.

6    BY MR. RAMSEY:

7        Q.    So does -- do your asserted patents

8    specify which mathematics should be used in one

9    signal context versus another, for example,

10    one-dimensional signal context versus

11    two-dimensional signal contexts?

12            MR. BRASHER:  Objection, form.

13        A.    Once again, I need to understand what

14    you mean by "mathematics."

15    BY MR. RAMSEY:

16        Q.    Well, what's your understanding of

17    "mathematics"?

18        A.    My understanding of mathematics is that

19    originally it was called philosophy.

20        Q.    All right.  So do your asserted patents

21    specify which mathematics should be used to compare

22    signal abstracts in one signal context versus

23    another, for example, one-dimensional signals versus

24    two-dimensional signals?

25        A.    Well, that's a signal context, but

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)
Electronically Signed by Daniel J. Shin (101-301-152-3091)

Case 6:15-cv-00584-RWS-CMC Document 132-2 *SEALED* Filed 06/24/15 Page 23 of 26 PageID #: 30325
Case 6:12-cv-00499-RWS-CMC Document 1973-2 *SEALED* Filed 06/13/15 Page 23 of 26 PageID #: 15738

1    you're also not referring, as you've repeatedly

2    asked questions, about perceptual features and

3    perceptual characteristics and MFCCs.  Is that what

4    you continue to talk about?  So what do you mean by

5    "signal context" now?

6          Q.     You just stated that different

7    mathematics produce different results depending on

8    the context of the signal in the comparing process.

9    Does your patent describe which mathematics to use

10   in one-dimensional contexts and what mathematics to

11   use in another signal context in order to carry out

12   comparison?

13         A.     I think you're mischaracterizing the

14   response.  It's the context of the monitoring

15   effort.  The sender and the receiver of the signal,

16   the people who are interested in the identification.

17         Q.     Okay.

18         A.     So if I'm in the image business and I

19   want certain types of images to be identified based

20   on the characteristics inherent or features inherent

21   to that image and root mean square calculations may

22   help speed up the ability to compare, then, sure, it

23   may be a feature there.

24         Q.     All right.

25         A.     But the sentence that you are taking out

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)
Electronically signed by Daniel J. Shea (401-355-052-9559)                                                          c82862f22-306-4527-8174-57886f46d259

1    from the specification is talking about watermarking

2    technology which is not the subject of this

3    litigation, and, again, without being very --

4    without getting clarity on what you mean by

5    "context" and what you mean by "mathematics," it's

6    not -- it's not clear to me exactly what you're

7    asking.

8        Q.    All right.  So you're saying that in

9    your patents, your patents say that the sender and

10    receiver must agree on what mathematical techniques

11    are appropriate to carry out a comparing of

12    abstracts in one context versus another.

13             MR. BRASHER:  Objection, form.

14    BY MR. RAMSEY:

15        Q.    It's not limited.  It's the sender and

16    receiver's decision.

17             MR. BRASHER:  Objection, form.

18        A.    I didn't say that.

19    BY MR. RAMSEY:

20        Q.    So -- okay.  In that case, where in your

21    specification of your asserted patents is it

22    specified which mathematics should be used in one

23    signal context versus another?

24             MR. BRASHER:  Objection, form.

25        A.    Once again, I am trying to understand

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Electronically Signed by Daniel J. Shin (103-531-257-309)    2d653f7f-4fd3-4527-8174-57886f46d259

Case 6:15-cv-00584-RWS-CMC Document 132 *SEALED* Filed 06/24/15 Page 25 of 26 PageID #: 30327
Case 6:11-cv-00455-RWS-CMC Document 19732 *SEALED* Filed 08/13/19 Page 25 of 26 PageID #: 30327

Page 818

1    what you mean by "mathematics."

2    BY MR. RAMSEY:

3        Q.    So you don't understand mathematics as

4    they apply to your patents.  When I ask you what

5    mathematics are applied in the abstract comparison

6    process, you don't understand what that means; is

7    that true?

8            MR. BRASHER:  Objection, form.

9        A.    You've asked a compound question, and I,

10   again, ask you, is this a mathematics quiz, or is

11   this some other endeavor to try and figure out

12   something that I'm not understanding.

13   BY MR. RAMSEY:

14       Q.    I'm trying to understand the inventor's

15   view of what mathematics are used to compare two

16   signal abstracts in the claims of the asserted

17   patents.  Please tell me that.

18           MR. BRASHER:  Objection, form.

19       A.    I believe that I've answered that

20   question and again refer you to the entirety of the

21   specification, the prosecution history, as well as

22   the claim constructions.

23   BY MR. RAMSEY:

24       Q.    What --

25       A.    What I will say is that the mathematics

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)
Electronically Signed by Daniel J. Shall ( 105-371-522-3093)                    2d653f7f4fd3b319-4527-8174-57886f46d259

```
1      of MFCCs are not equivalent with a signal abstract

2      on -- in any way, shape, or form.

3           Q.    Okay.

4                 MR. RAMSEY:  All right.  I think

5      we've just hit 2:30.  So we're -- at this moment,

6      this is Gabe Ramsey for Audible Magic.  We are

7      continuing until January the deposition -- the

8      continued deposition of Scott Moskowitz -- Scott

9      Moskowitz, the continued deposition of Blue Spike

10     Inc., and the continued deposition of Blue Spike

11     LLC.  Thank you.

12                VIDEOGRAPHER:  This is the end of

13     tape number 5, and this is the end of the deposition

14     for today.  We're off the record at 2:28 p.m.

15

16

17

18

19

20

21

22

23

24

25
```

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)