# Exhibit 2

Case 6:15-cv-00584-RWS-CMC   Document 21-3   Filed 06/24/15   Page 2 of 8 PageID #: 1543
Case 6:12-cv-00499-RWS-CMC   Document 1973-3 *SEALED*   Filed 06/11/15   Page 2 of 8
PageID #: 30330

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § | |
| *Plaintiff*, | § § | CASE NO. 6:12-cv-499-MHS-CMC |
| v. | § § | LEAD CASE |
| Texas Instruments, Inc., et al., | § § | Jury Trial Demanded |
| *Defendants*. | § § § | |

**TECHNICAL EXPERT REPORT
OF AHMED H. TEWFIK, PH.D.
REGARDING INFRINGEMENT**

```
A: The higher score would be a better match.

Q: How does the Audible Magic technology determine
that one fingerprint is a match to another
fingerprint?

A: A fingerprint is a set of numbers that represent
changes in the audio at different frequencies that
happen over time. And so you have a list of numbers
that tell you how the audio was changing and the high
frequencies and the low frequencies, that kind of
thing. That's a lot of numbers. So when you have an
unknown fingerprint come in, you have to compare its
numbers to all the numbers in your database.

But it's basically like what I was saying with the
ping pong ball analogy. That's like an XY grid, two
numbers, with a bunch of numbers over here.

Well, this might be a ''10-dimensional space,'' the
mathematicians call it. You've got XYZ coordinates and
you've got all these other numbers. And you can
imagine that if you were to put the ping pong ball
where that meets, it's way out here in some
mathematical space.

And so when an unknown signature comes in, we
compute—we look at where it is, and if it's really
close to that one, and by ''really close,'' I mean
mathematically. It doesn't have to be exact. We don't
have to see exactly the same set of numbers, but it's
very close, within some numerical value. And there's
no other balls that are that close.

Then we go through that process and say, ''That's a
match.''

Maybe it's a little bit off because, uh, you know,
there are a variety of things that can happen.[95]
```

_____

Finally, I have reviewed the Audible Magic source code subroutine, MF_Signature.h.[96] In particular, I note that the MF_Signature.h subroutine contains the following comment:

"***Compare two signature files and write results to output file.***" [97]

3.  **"wherein a match indicates the query signal is a version of at least one of the reference signals"**

---

[95] Wheaton 156:20-158:12
[96] AUDMAG02626974 through 2626985.
[97] AUDMAG02626984, line 458 (emphasis added).

37

Technical Expert Report of
Ahmed Tewfik, Ph.D.
Regarding Infringement

The Audible Magic slide below depicts a Metadata tag, called AMItemID or GUID, is added to the MFCC.[98] This Metadata tag provides the mechanism through which Audible Magic's software effects the *differentiation* between versions of a song by different artists.




Several Audible Magic documents demonstrate that a customer provides metadata, including "Teaming Up With Audible Magic: Content Registration".[99] In particular:

> Our preferred format for metadata submission is XML. Metadata that is stored in a database should be exported into XML for submission to Audible Magic.
>
> As a content owner, you supply Audible Magic with a comprehensive list of your catalog of works; each entry in the list contains the metadata for the song, movie, or video work and the globally unique identifier that will correspond to the audio or video media work being fingerprinted. This globally unique identifier [GUID] is used to tie the fingerprint to the metadata, as described above.

This same Audible Magic document goes on to explain how the content owner's XML is incorporated into Audible Magic's own Master Database:

> Using the submitted metadata in the XML data, Audible Magic extracts and adds the metadata into our existing master database of movie/video or audio content as appropriate. *Each track is automatically assigned a unique Audible Magic Item Identifier (called an AMItemID for short)*. A media file that contains multiple audio tracks will result in multiple fingerprints, each with its own identifier. It is possible that you will supply some metadata that already exists in the master database; Audible Magic's

---

[98] AUDMAG00064317 at slide 6.
[99] AUDMAG00103772 at page 6.

Technical Expert Report of
Ahmed Tewfik, Ph.D.
Regarding Infringement

metadata intake process will resolve any conflicts.

> When running the amSigGen tool, you specify the name of an XML file containing the metadata. In addition to creating fingerprints, the amSigGen software creates an output file called a manifest file. The manifest file lists the metadata file, signature files, and AMItemIDs, among other information. This way, Audible Magic's intake process can automatically load the metadata applicable to a given fingerprint when loading the fingerprint into Audible Magic's database.
>
> See Appendix B for sample metadata files.[100] [101]

The deposition testimony from Audible Magic's employees is similarly supportive:

> Q: Okay. And the next line, 78, **AM item ID**, can you explain to me what that is?
>
> A: That's typically something we generate, and, again, it's often in the form of a **GUID**. So it's one of those 32 characters internally separated by some hyphens, and it's a unique identifier that we can refer to perhaps when we do a lookup or when we found a match we can say: This was the AI (sic) item ID of the unknown and this is the AM item ID of the reference that it matched.[102]
>
> An ID request is what a client application generates for — it embeds that unknown signature in something we call an ID request, which also includes a bunch of other information besides the signature itself.
>
> . . .
>
> We will send things like the customer code, the various GUIDs. . . . [The customer code] is typically a six-digit code, although it could also be a three-digit code that uniquely — it's one of the elements that uniquely identifies a customer.
>
> . . .
>
> ***There's a kind of standard format for GUIDs that's***

---

[100] *Id.* at page 7 (emphasis added); referenced Appendix B at page 19. See also AUDMAG00106704 (XML Data Dictionary).

[101] See also AUDMAG00103772 at page 31. ("Note the Audible Magic unique identifier in the returned XML. additional information onto your OwnerItemID, and we call that the AMItemID. Specifically, we have added a reference to the audio stream number (this will always be _a00 for submitted content submissions) and your SupplierID (in this example, _XXX, but yours will be different). Thus, on a related note, when issuing identification (ID) requests against your submitted content database, you will only get the AMItemID returned in the response XML. To map the AMItemID back to your original OwnerItemID, you will need to strip off this additional data.")

[102] Blum 177:25-178:11 (emphasis added).

Technical Expert Report of
Ahmed Tewfik, Ph.D.
Regarding Infringement

> *used across the whole industry.* I think it's like 32 characters or something like that. And they come in groups of characters, separated by dashes.[103]
>
> _____
>
> Q   So the software around recognizing the unique identifier isn't related to the fingerprint generation or fingerprint recognition?
>
> A   Not directly.  The only reason we would know a unique identifier means that that set of data is, let's say, Santana's album, is because at one point in time, we saw all the audio, we analyzed it, fingerprinted it, and said, "Yes.  That's Santana's album."  Therefore, every time we see that unique identifier, we're very confident that that's what it is without having to refingerprint it and reanalyze it.[104]

That these GUIDs or Metadata tags provide Audible Magic with the ability to effect the differentiation between versions of songs is evidenced in a Sony database that Audible Magic produced. Following is a screen shot of a small portion of the Sony database:

---

[103] Blum 174:19-175:22

[104] Wheaton 91: 4 – 14.



In lines 13 -18 of this Sony spreadsheet, the song "The Final Countdown" is listed six times with five entries reflecting "Europe" as the artist with the sixth entry reflecting "Various" as the artist (in the second column).[105]  Similarly, in this same spreadsheet at lines 20 – 23, the song "Unchained Melody" reflects "The Righteous Brothers" as the artist as well as two entries for "Various" as the artist.  Because each of these entries is assigned a unique AM item ID (column four), the Audible Magic software is capable of differentiating between the same song performed by different artists, *i.e.*, versions of the same song.

Not only is the Audible Magic software capable of *differentiating* versions, it does differentiate.  As evidenced in the following screenshot from Audible Magic's website, different versions of "I Am A Man Of Constant Sorrow" sung by different artists is provided at Tracks 5 and 7:

---

[105]  AUDMAG00364206 (excerpt).  I reserve the right to provide additional screen shots of other song examples at trial from this Audible-Magic produced spreadsheet.

41

Technical Expert Report of
Ahmed Tewfik, Ph.D.
Regarding Infringement

**The RepliCheck™ Software Generates Detailed Anti-Piracy Reports**

When the process is complete, users can generate a Media Anti-Piracy Report verifying detailed content information for each copyrighted track on a CD.

| File/Track | Status | Title / Artist | Releasing Label | Copyright Date |
|---|---|---|---|---|
| Track01.cda | Found | Po Lazarus / James Carter & The Prisoners | Mercury | 2000 |
| Track02.cda | Found | Big Rock Candy Mountain / Harry McLintock | Mercury Nashville | 2000 |
| Track03.cda | Found | You Are My Sunshine / Norman Blake | Mercury | 2000 |
| Track04.cda | Found | Down In The River To Pray / Alison Krauss | Mercury Nashville | 2000 |
| Track05.cda | Found | I Am A Man Of Constant Sorrow / The Soggy Bottom Boys | Mercury | 2000 |
| Track06.cda | Found | Hard Time Killing Floor Blues / Chris Thomas King | Mercury Nashville | 2000 |
| Track07.cda | Found | I Am A Man Of Constant Sorrow / Norman Blake | Mercury | 2000 |

(RepliCheck Media Anti-Piracy Report — Run Date: 18-Jun-2002 05:26 PM; Source Folder/CD: D:\; Entry Count: 19)

Additionally, the Audible Magic source code subroutine MF.signature.c line reflects aMItemID as a value in the signature/abstract.[106]

---

[106] AUDMAG02626988, AUDMAG02626529 through AUDMAG026226530.

Technical Expert Report of
Ahmed Tewfik, Ph.D.
Regarding Infringement