# EXHIBIT C

# In The Matter Of:

*BLUE SPIKE, LLC*
*v.*
*TEXAS INSTRUMENTS, et al.*

_____

*AHMED TEWFIK, Ph.D. - Vol. 1*

*June 15, 2015*

_____

**CONFIDENTIAL**
***ATTORNEYS' EYES ONLY***

**MERRILL CORPORATION**
LegaLink, Inc.
27 Maiden Lane
Suite 300
San Francisco, CA 94108
Phone: 415.357.4300
Fax: 415.357.4301

```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF TEXAS
                       TYLER DIVISION

BLUE SPIKE, LLC,              §
                              §
VS.                           §   CASE NO.
                              §   6:12-CV-00499-MHS-CMC
TEXAS INSTRUMENTS, INC.,      §
et al.                        §
         Defendants.          §
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF

AHMED TEWFIK, Ph.D

JUNE 15, 2015

CONFIDENTIAL - ATTORNEYS' EYES ONLY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF AHMED TEWFIK, Ph.D, produced as a witness at the instance of the Defendant, and duly sworn, was taken in the above-styled and numbered cause on the 15th day of June 2015, from 9:03 a.m. to 4:41 p.m., before Caroline Chapman, CSR in and for the State of Texas, reported by Computerized Stenotype Machine, Computer-Assisted Transcription, at the Law Offices of Vinson & Elkins LLP, 2801 Via Fortuna, Suite 100, Austin, Texas, pursuant to the Federal Rules of Civil Procedure.
SF-043369

CONFIDENTIAL - ATTORNEYS' EYES ONLY
AHMED TEWFIK, Ph.D. - 6/15/2015

Page 2

```
 1                    A P P E A R A N C E S

 2     COUNSEL FOR PLAINTIFF:

 3            GARTEISER HONEA
              RANDALL GARTEISER, ESQ.
 4            KIRK ANDERSON, ESQ.
              MOLLY JONES, ESQ.
 5            CHRISTOPHER HONEA, ESQ.
              218 North College Avenue
 6            Tyler, Texas 75702
              (888) 908-4400
 7            kanderson@ghiplaw.com
              chonea@ghiplaw.com
 8

 9     COUNSEL FOR AUDIBLE MAGIC:

10            ORRICK, HERRINGTON & SUTCLIFFE
              GABRIEL M. RAMSEY, ESQ.
11            ALYSSA M. CARIDIS, ESQ.
              The Orrick Building
12            405 Howard Street
              San Francisco, California 94105-2669
13            (415) 773-5700 Fax (415) 773-5759
              gramsey@orrick.com
14            acaridis@orrick.com

15
       Also Present:  Reporter Caroline Chapman, CSR No. 467
16                    Videographer Taylor Willis

17

18

19

20

21

22

23

24

25
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY
AHMED TEWFIK, Ph.D. - 6/15/2015

Page 3

```
 1                      I N D E X

 2   Appearances . . . . . . . . . . . .          2

 3   AHMED TEWFIK, Ph.D

 4                                              PAGE
     Examination by Mr. Ramsey   . . . . . .       4
 5   Reporter's Certificate  . . . . . . .       244

 6
                        E X H I B I T S
 7
     NO. DESCRIPTION                            PAGE
 8   Exhibit 72    Declaration of Ahmed Tewfik, Ph.D.,    13
                   Regarding Claim Construction
 9
     Exhibit 73    Technical Expert Report of             14
10                 Ahmed Tewfik, Ph.D.,
                   Regarding Infringement
11
     Exhibit 74    Metadata of the presentation           67
12                 entitled, "How Audible Magic
                   Does It."
13
     Exhibit 75    How Audible Magic Does It,             71
14                 AUDMAG00064317 through 64333

15   Exhibit 76    U.S. Patent No. 7,660,700              75

16   Exhibit 80    Practical Cryptography,               113
                   BLU0456425 through 429
17
     Exhibit 81    Highly Confidential                   121
18                 Rebuttal Expert Report of
                   John Strawn, Ph.D.
19
                   (Exhibit numbering skips from 76 to 80.)
20

21

22

23

24

25
```

| | | |
|---|---|---|
| 1 | Q. Okay. And beyond MFCCs, you don't point to any | 10:38 |
| 2 | other structure as being the alleged abstract in Audible | 10:38 |
| 3 | Magic's products, correct? | 10:38 |
| 4 | A. That is my recollection. | 10:38 |
| 5 | Q. Okay. | 10:38 |
| 6 | A. Now I am trying to remember, because there were | 10:38 |
| 7 | other characteristics mentioned -- in some of the | 10:39 |
| 8 | literature I had reviewed. But again, without going | 10:39 |
| 9 | through reading the whole report, which is probably not | 10:39 |
| 10 | what you want me to do at this point, I think that the | 10:39 |
| 11 | MFCC was the main aspect I focused on. | 10:39 |
| 12 | Q. All right. Do you believe that there is | 10:39 |
| 13 | anything inventive about Blue Spike's patents, do you | 10:39 |
| 14 | have a view of a topic? | 10:39 |
| 15 | A. Well, again, I answered this question in the | 10:39 |
| 16 | previous hour, meaning that, when I produced this report | 10:39 |
| 17 | I presumed that the inventions were valid. And I did | 10:39 |
| 18 | not take the time to look at whether there were -- there | 10:39 |
| 19 | was prior art that existed that replicated this | 10:39 |
| 20 | invention or there exited prior art that we put together | 10:39 |
| 21 | to come -- where it was obvious for someone skilled in | 10:39 |
| 22 | the art to understand this. So that's not something | 10:40 |
| 23 | that I opined on. And I did not take the time to look | 10:40 |
| 24 | at where the state of the art was back at the time that | 10:40 |
| 25 | the patents were filed and issued. | 10:40 |