# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, § <br> *Plaintiff* § <br> v. § <br> AUDIBLE MAGIC CORPORATION § <br> *Defendant* § <br> § <br> AUDIBLE MAGIC CORPORATION, § <br> *Counterclaim Plaintiff* § <br> v. § <br> BLUE SPIKE, LLC, BLUE SPIKE, INC. § <br> and SCOTT A. MOSKOWITZ § <br> *Counterclaim Defendants* § | Civil Action No. 6:15-CV-00584-RWS-CMC |

## ORDER GRANTING AUDIBLE MAGIC CORPORATION'S MOTION FOR RECONSIDERATION TO MAGISTRATE JUDGE CRAVEN'S REJECTION OF *DAUBERT* LETTER BRIEFS

On this day came on to be considered Audible Magic Corporation's Motion for Reconsideration to Magistrate Judge Craven's Rejection of *Daubert* Letter Briefs and the Court is of the opinion that the Motion should be GRANTED, it is therefore,

ORDERED, ADJUDGED AND DECREED Audible Magic may file *Daubert* Motions regarding Dr. Ahmed Tewfik's and Dr. Papakonstantinou's Expert Reports.