UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| | § | |
| *Plaintiff*, | § | Case No. 6:15-cv-584 |
| | § | |
| v. | § | Lead Case |
| | § | |
| Audible Magic Corporation, | § | |
| | § | |
| *Defendant*. | § | |

**ORDER DENYING AUDIBLE MAGIC'S MOTION FOR RECONSIDERATION**

This matter came before the undersigned on Defendant Audible Magic Corp.'s Motion for Reconsideration and Objections to Magistrate Judge Craven's Rejection of *Daubert* Letter Briefs (Dkt. No. 30). Based on the record of this case and the parties' briefing, IT IS HEREBY ORDERED that:

Audible Magic Corp.'s Motion for Reconsideration is DENIED; and

Defendant's objections are OVERRULED

It is FURTHER ORDERED that Magistrate Judge Craven's Order is in full effect, and accordingly Audible Magic may not file *Daubert* motions as to the expert reports of Dr. Tewfik and Dr. Papakonstantinou.