IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
|     *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 6:15-cv-584-RWS-CMC |
| | § | |
| AUDIBLE MAGIC CORPORATION | § | |
|     *Defendant.* | § | |

## ORDER SETTING HEARING

The Court has the above case set for an initial pretrial conference October 19, 2015 and for jury selection and trial the week of November 9, 2015. The Court finds a hearing on the following motions would be beneficial and sets these for hearing in Texarkana August 25, 2015:

(1) Audible Magic Corporation's and its Customers' Motion for Partial Summary Judgment Based on License (Docket Entry # 11);

(2) Audible Magic Corporation's Motion for Voluntary Dismissal Without Prejudice or in the Alternative Amend its Infringement Contentions (Docket Entry # 12);

(3) Audible Magic Corporation's Motion for Summary Judgment of Noninfringement (Docket Entry # 13); and

(4) Blue Spike, LLC, Blue Spike, Inc., and Scott Moskowitz's Motion for Summary Judgment on Audible Magic Counterclaims 9-13 (Docket Entry #14).

Each side is limited to two hours for oral argument at the hearing. This includes presentation of all three motions and any responses or replies thereto. Based on the foregoing, it is

**ORDERED** the above-referenced summary judgment motions are hereby scheduled for hearing before the undersigned at **10:00 a.m** on August 25, 2015 at the United States District Court, 500 N. Stateline, Fourth Floor Courtroom, Texarkana Texas.

**IT IS SO ORDERED.**

**SIGNED this 4th day of August, 2015.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE