IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, <br><br> *Plaintiff* <br><br> v. <br><br> AUDIBLE MAGIC CORPORATION <br><br> *Defendant* <br><br>―――――――――――――――― <br><br> AUDIBLE MAGIC CORPORATION, <br><br> *Counterclaim Plaintiff* <br><br> v. <br><br> BLUE SPIKE, LLC, BLUE SPIKE, INC. and SCOTT A. MOSKOWITZ <br><br> *Counterclaim Defendants* | § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 6:15-CV-00584-RWS-CMC <br><br><br> **FILED UNDER SEAL** |

**DECLARATION OF ERIC H. FINDLAY IN SUPPORT OF
AUDIBLE MAGIC CORPORATION'S NOTICE OF
SUPPLEMENTAL EXHIBIT**

I, Eric H. Findlay, declare as follows:

1. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so competently.

2. I am an attorney with the law firm of Findlay Craft, P.C. and represent the Defendant Audible Magic Corporation in the above referenced action.

3. I am a member in good standing with the State Bar of Texas.

4. Attached as Exhibit D is a true and correct copy of the transcript of the deposition of Yannis Papakonstantinou, Ph.D. taken on July 8, 2015.

- 1 -

- 2 -

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 10th day of August, 2015.

*/s/ Eric H. Findlay*
Eric H. Findlay
