# In The Matter Of:

*BLUE SPIKE, LLC*
*v.*
*AUDIBLE MAGIC CORPORATION*

*YANNIS PAPAKONSTANTINOU, PH.D. - Vol. 1*

*July 8, 2015*

# ***HIGHLY CONFIDENTIAL***
# ***OUTSIDE COUNSEL EYES ONLY***



27 Maiden Lane, Suite 300, San Francisco, CA 94108
Phone: 415.357.4300 - Fax: 415.357.4301

```
                    UNITED STATES DISTRICT COURT

                     EASTERN DISTRICT OF TEXAS

                         TYLER DIVISION


    BLUE SPIKE, LLC                    )
                                       )
            Plaintiff                  )
                                       ) Case No.
       v.                              ) 6:15-cv-584-RWS-CMC
                                       )
    AUDIBLE MAGIC CORPORATION          )
                                       )
            Defendants.                )




         HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY



       VIDEOTAPED DEPOSITION OF:

              YANNIS PAPAKONSTANTINOU, PH.D.

              WEDNESDAY, JULY 8, 2015

              9:15 A.M.




       Reported by:  PAULA A. PYBURN
                    CSR 7304, RPR, CLR   (SF-043371)
```

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
YANNIS PAPAKONSTANTINOU, PH.D. - 7/8/2015

Page 220

| | | |
|---|---|---|
| 1 |       MR. GARTEISER:  Objection.  Form. | 16:28:49 |
| 2 |       THE WITNESS:  And I understand that the | 16:28:50 |
| 3 | MFCCs were also listed in the '223 patent. | 16:28:53 |
| 4 | BY MR. RAMSEY: | 16:28:59 |
| 5 |   Q   Do you -- do you have any opinions about | 16:28:59 |
| 6 | Muscle Fish's use of MFCCs?  Or not? | 16:29:02 |
| 7 |   A   No. | 16:29:07 |
| 8 |   Q   Do you -- do you agree -- | 16:29:07 |
| 9 |   A   Well, if you give me a more precise | 16:29:10 |
| 10 | question.  Opinion about what?  Because this is the | 16:29:13 |
| 11 | kind of question that I can talk further on, two | 16:29:15 |
| 12 | hours; so if you give me a more precise question, I | 16:29:18 |
| 13 | will -- | 16:29:22 |
| 14 |   Q   Do you believe that Muscle Fish's feature | 16:29:22 |
| 15 | vectors containing MFCC values anticipate the | 16:29:24 |
| 16 | abstract element of the Blue Spike patents? | 16:29:28 |
| 17 |       MR. GARTEISER:  Objection.  Form. | 16:29:32 |
| 18 |       THE WITNESS:  No, I don't believe this. | 16:29:35 |
| 19 | 'Cause, again, you have -- so you're basically | 16:29:40 |
| 20 | saying take a vector, but not just any vector; | 16:29:43 |
| 21 | put -- take a vector with MFCC, and then, surely | 16:29:47 |
| 22 | enough, you can judge -- you can judge distance | 16:29:57 |
| 23 | based on it. | 16:30:02 |
| 24 |       And the proponents of the MFCC said that, | 16:30:02 |
| 25 | hey, this distance is closer to the -- to the human | 16:30:05 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
YANNIS PAPAKONSTANTINOU, PH.D. - 7/8/2015

Page 221

| | | |
|---|---|---|
| 1 | ear response to frequencies than just counting | 16:30:10 |
| 2 | numbers about frequencies.  And that is -- that is | 16:30:15 |
| 3 | true. | 16:30:18 |
| 4 | But then, again, this is mixing aspects | 16:30:19 |
| 5 | that are being discussed in the patents in suit that | 16:30:26 |
| 6 | basically say on the abstract, I'm trying to make a | 16:30:30 |
| 7 | data-reduced -- a data-reduced representation -- and | 16:30:33 |
| 8 | that ties also to the specification quotes that you | 16:30:39 |
| 9 | pointed to me before, the one over 10,000 and so | 16:30:42 |
| 10 | on -- a data-reduced representation, where the goal | 16:30:46 |
| 11 | is to make this abstract in such a way that the | 16:30:49 |
| 12 | identical can be discerned and the different can be | 16:30:55 |
| 13 | differentiated. | 16:31:02 |
| 14 | So, once you get into this, you're | 16:31:03 |
| 15 | basically getting into plenty of -- of other things | 16:31:05 |
| 16 | that you can also -- beyond what SoundFisher had | 16:31:11 |
| 17 | done at that time. | 16:31:18 |
| 18 | THE REPORTER:  What SoundFisher what? | 16:31:18 |
| 19 | THE WITNESS:  Before -- beyond what | 16:31:20 |
| 20 | SoundFisher had done -- | 16:31:21 |
| 21 | THE REPORTER:  At that time? | 16:31:21 |
| 22 | THE WITNESS:  -- at that time. | 16:31:30 |
| 23 | BY MR. RAMSEY: | 16:31:30 |
| 24 | Q   So do you understand that Scott Moskowitz | 16:31:31 |
| 25 | and Michael Berry are the two named inventors of the | 16:31:33 |

DTI Court Reporting Solutions - San Francisco
800-869-9132                                www.deposition.com