UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, | § |
| *Plaintiff,* | § |
| v. | § CASE NO. 6:15-cv-584-RWS-CMC |
| AUDIBLE MAGIC CORPORATION, | § |
| *Defendant.* | § |

**CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL**

Pursuant to Local Rule CV-5(a)(7)A), I certify that this document is being filed under seal as it contains information designated as confidential under the parties' protective order.

Respectfully Submitted,

/s/ Randall T. Garteiser
Randall Garteiser
Christopher A. Honea
Kirk J. Anderson
**GARTEISER HONEA PLLC**
119 W Ferguson, Tyler, TX 75702
(888) 908-4400 phone and fax
rgarteiser@ghiplaw.com
chonea@ghiplaw.com
kanderson@ghiplaw.com

*Counsel for Plaintiff*
*Blue Spike LLC*

1