IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

JUDGE CAROLINE M. CRAVEN
LAW CLERK JENNIFER ORGERON
COURTROOM DEPUTY LYNN SIEBEL
COURT REPORTER SHAWNA GAUNTT-HICKS

| | |
|---|---|
| BLUE SPIKE, LLC § § | |
| v. § § | CASE NO. 6:15cv584 |
| AUDIBLE MAGIC CORPORATION § | |

COUNSEL FOR PLAINTIFF: See sign-in sheet
COUNSEL FOR DEFENDANTS: See sign-in sheet

08/25/15

On this day, came the parties by their attorneys, the following proceedings were held in Texarkana, TX:

| TIME | MINUTES |
|---|---|
| 10:00 am | Matter called for hearing on : <br><br> **Audible Magic Corporation's and its Customers' Motion for Partial Summary Judgment Based on License (#11)** <br><br> **Audible Magic Corporation's Motion for Voluntary Dismissal Without Prejudice or in the Alternative Amend its Infringement Contentions (#12)** <br><br> **Audible Magic Corporation's Motion for Summary Judgment of Noninfringement (#13)** <br><br> **Blue Spike, LLC, Blue Spike, Inc., and Scott Moskowitz's Motion for Summary Judgment on Audible Magic Counterclaims 9 - 13 (#14)** |
| | Attorney announcements. |
| | Mr. Chris Honea presents **Blue Spike, LLC, Blue Spike, Inc., and Scott Moskowitz's Motion for Summary Judgment on Audible Magic Counterclaims 9 - 13 (#14)** |

| 10:05 | Mr. Gabe Ramsey responds on behalf of Defendant and presents **Audible Magic Corporation's Motion for Voluntary Dismissal Without Prejudice or in the Alternative Amend its Infringement Contentions (#12)** |
|---|---|
| 10:37 | Mr. Honea replies. |
| 10:39 | Mr. Kirk Anderson responds to **Audible Magic Corporation's Motion for Voluntary Dismissal Without Prejudice or in the Alternative Amend its Infringement Contentions (#12)**. |
| 10:50 | Mr. Ramsey responds. |
| 10:57 | Mr. Anderson replies. |
| 10:58 | Break |
| 11:10 | Reconvene. Mr. Ramsey presents **Audible Magic Corporation's Motion for Summary Judgment of Noninfringement (#13)** |
| 11:50 | Mr. Anderson responds. |
|  | Mr. Anderson refers to page 780 line 18 of deposition of Moscowitz |
|  | Court asks Mr. Anderson to address testimony of Moscowitz on 25. |
|  | Mr. Anderson responds. |
| 12:13 | Mr. Ramsey replies. |
| 12:21 | Mr. Anderson responds.   (Reads pages 4, 6 of Exhibit 2) |
| 12:26 | Mr. Ramsey replies. |
| 12:29 | Break |
| 12:55 | Reconvene. Mr. Chris Higgins presents **Audible Magic Corporation's and its Customers' Motion for Partial Summary Judgment Based on License (#11)**. |
| 1:18 | Mr. Honea responds. |
| 1:20 | Mr. Higgins replies. |
| 1:22 | Mr. Honea responds. |
| 1:23 | Order within next 3 weeks. |
| 1:24 | Adjourn. |

# SIGN IN SHEET

6:15CV584
BLUE SPIKE, LLC V AUDIBLE MAGIC CORPORATION

## 08/24/15
## MOTION HEARING

| ATTORNEY | CLIENT |
|---|---|
| Eric Findlay | Audible Majic |
| Gabe Ramsey | |
| Chris Higgins | |
| ALYSSA CARIDIS | |
| | |
| | |
| Chris Honea | BLUE SPIKE |
| Kirk Anderson | |