# Exhibit 1

```
 1        A.     I believe so.
 2        Q.     Okay.  Thank you for that.
 3               If you could please turn back to
 4   Exhibit 1, the '472 patent.  Exhibit 1, the '472
 5   patent, relates to your signal abstracting
 6   inventions, correct?
 7               MR. GARTEISER:  Objection, form.
 8        A.     Yes.
 9   BY MR. RAMSEY:
10        Q.     In fact, your signal abstracting system
11   is an invention that you claim in the claims of the
12   '472 patent, right?
13               MR. GARTEISER:  Objection, form.
14        A.     Yes.
15   BY MR. RAMSEY:
16        Q.     Okay.  When we were talking a while ago,
17   you explained to me that one difference between your
18   signal abstracting product or technology and
19   fingerprinting technology is the ability to
20   differentiate between different versions of the same
21   data object.  Do you recall that?
22               MR. GARTEISER:  Objection, form.
23        A.     I do.
24   BY MR. RAMSEY:
25        Q.     Okay.  And you explained that that
```

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)
Electronically signed by Daniel J. Skut (101-371-132-7869)

```
 1     ability to differentiate between different versions
 2     of the same data object is described in your patent;
 3     isn't that right?
 4                    MR. GARTEISER:  Objection, form.
 5          A.    I'm not sure what you're trying to ask,
 6     actually.
 7     BY MR. RAMSEY:
 8          Q.    All right.  I just want to know that
 9     it's your position that the ability to differentiate
10     between different versions of the same data object
11     is a feature of your signal abstracting that is
12     described in the specification of your asserted
13     patents, correct?
14                    MR. GARTEISER:  Objection, form.
15          A.    I believe so.
16     BY MR. RAMSEY:
17          Q.    Also just a quick -- quick question.
18     It's your understanding, correct, that the
19     specification between the four patents in Exhibits
20     1, 2, 3, and 4 are all the same, right?
21                    MR. GARTEISER:  Objection, form.
22          A.    They're not exactly the same.
23     BY MR. RAMSEY:
24          Q.    What are the differences that you know
25     of between the specifications of Exhibits 1, 2, 3,
```

Electronically signed by Daniel J. Skur (101-371-132-7809)   4f45bb8-e3b6-4e37-a8da-64024f467343

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)