# Exhibit 2

1    Exhibit 1, and point to me, if you are able, where

2    the specification talks about differentiating

3    between different versions of the same data object.

4              MR. GARTEISER:  Objection, form.

5         A.    As to what -- would you like to rephrase

6    the question?  I'm not sure what you're asking on

7    that.

8    BY MR. RAMSEY:

9         Q.    All right.  Earlier in this deposition,

10   you explained to me that your signal abstracting

11   technology enables differentiation between different

12   versions of the same data object, correct?

13             MR. GARTEISER:  Objection, form.

14        A.    Different versions of the same data

15   object, yes.

16   BY MR. RAMSEY:

17        Q.    And you stated during your testimony

18   earlier that the signal abstracting invention's

19   ability to differentiate between different versions

20   of the same data object is what makes your signal

21   abstracting different from prior art fingerprinting,

22   correct?

23             MR. GARTEISER:  Objection, form.

24        A.    I don't know what prior art means in the

25   context you're asking, so I'm not sure what you're

Deposition Resources, Inc.
800.295.4109

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

1        comparing the question to.

2        BY MR. RAMSEY:

3            Q.     Okay.  You testified earlier that the

4        ability of your signal abstracting invention to

5        differentiate between different versions of the same

6        data object distinguished your signal abstracting

7        from fingerprinting technology, correct?

8                        MR. GARTEISER:  Objection, form.

9            A.     You asked the question -- that

10       particular question in three different ways.  What I

11       said was those are three features which are

12       different and pioneering in the art.  I don't know

13       how they relate to the other part of your question.

14       BY MR. RAMSEY:

15           Q.     All right.  So one of the features of

16       your signal abstracting that you contend is

17       different and pioneering in the art is the ability

18       of signal abstracts to differentiate between

19       different versions of the same data object, true?

20                        MR. GARTEISER:  Objection, form.

21           A.     Yes.

22       BY MR. RAMSEY:

23           Q.     Okay.  And where in the '472 patent can

24       you point me to that -- where your patent discusses

25       signal abstract's ability to differentiate between

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.noyapdf.com)

Electronically signed by Daniel J. Skut (101-371-132-7809)