# Exhibit 4

```
 1          A.      The references.

 2          Q.      So it's your contention that the prior

 3     art prior to your signal abstracting patent were

 4     unable to distinguish between versions of a

 5     particular song, for example?

 6                    MR. GARTEISER:  Objection, form.

 7          A.      Again, I consider what you're trying to

 8     characterize as being a reference, not a prior art.

 9     BY MR. RAMSEY:

10          Q.      What do you mean by that?  Why is what

11     I'm trying to characterize as a reference not prior

12     art?

13          A.      Became it's incapable of carrying out

14     the three benefits of what a signal abstract does.

15          Q.      So the three benefits, to be clear, that

16     characterize your signal abstracts are the ability

17     to differentiate versions, the ability to anticipate

18     unknown works, and the ability -- the ability to

19     replicate the original signal without penalty?

20          A.      The ability to prevent the replication

21     of the original signal.

22          Q.      What do you mean the ability -- your

23     abstracts prevent the ability to replicate the

24     original signal without penalty?

25          A.      They're noninvertible.
```

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)