# Exhibit 6

CONFIDENTIAL - ATTORNEYS' EYES ONLY
AHMED TEWFIK, Ph.D. - 6/15/2015

Page 64

| | | |
|---|---|---|
| 1 | processing, they had been used for other purposes in | 10:35 |
| 2 | other applications related to speech recognition.  You | 10:35 |
| 3 | know, this is material that, you know, many of our | 10:36 |
| 4 | students get exposed to when they take their signal | 10:36 |
| 5 | processing courses.  So I didn't really spend much time | 10:36 |
| 6 | on trying to understand when Muscle Fish used this | 10:36 |
| 7 | particular feature in their audio content-based | 10:36 |
| 8 | retrieval system. | 10:36 |
| 9 | Q.   Okay. | 10:36 |
| 10 | A.   Or how they stumbled on it, or -- | 10:36 |
| 11 | Q.   Okay.  It is not your view that Blue Spike and | 10:36 |
| 12 | Mr. Moskowitz created MFCCs, right? | 10:36 |
| 13 | A.   As I mentioned, MFCCs are like many other basic | 10:36 |
| 14 | operations and elements that people use in signal | 10:36 |
| 15 | processing and have been known for a long time. | 10:36 |
| 16 | Q.   Okay.  So Mr. Moskowitz didn't invent the | 10:36 |
| 17 | concept of MFCCs, correct? | 10:36 |
| 18 | A.   No.  He did not invent the content of an MFCC, | 10:36 |
| 19 | nor did Muscle Fish for that matter. | 10:36 |
| 20 | Q.   Please turn to Page 19 of your report. | 10:36 |
| 21 | On Page 19 of your report, you state your | 10:37 |
| 22 | opinion that, Audible Magic's accused technology meets | 10:37 |
| 23 | the abstract claim limitation by, and I quote, "Its use | 10:37 |
| 24 | of previously known Mel-frequency Cepstral Coefficient, | 10:37 |
| 25 | MFCC technology, do you see that? | 10:37 |