# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>   *Plaintiff*<br><br>v.<br><br>AUDIBLE MAGIC CORPORATION<br><br>   *Defendant*<br><br>___<br><br>AUDIBLE MAGIC CORPORATION,<br><br>   *Counterclaim Plaintiff*<br><br>v.<br><br>BLUE SPIKE, LLC, BLUE SPIKE, INC.<br>and SCOTT A. MOSKOWITZ<br><br>   *Counterclaim Defendants* | Civil Action No. 6:15-CV-00584-RWS-CMC |

## AUDIBLE MAGIC CORPORATION'S NOTICE OF REQUEST FOR
## DAILY TRANSCRIPTS OR REALTIME REPORTING OF COURT PROCEEDINGS

Pursuant to the Trial Preparation Order, Dkt. No. 25, entered in this action, Defendant and Counterclaim Plaintiff Audible Magic Corporation hereby requests Daily Transcripts and Real Time Reporting of all pretrial hearings or conferences, jury selection, and trial proceedings.

Dated: September 1, 2015

By:

                          */s/ Eric H. Findlay*
                          Eric H. Findlay (Texas Bar No. 00789886)
                          Walter W. Lackey, Jr. (Texas Bar No. 24050901)
                          FINDLAY CRAFT, P.C.
                          102 N. College Ave, Suite 900
                          Tyler, TX 75702
                          Telephone: (903) 534-1100
                          Facsimile: (903) 534-1137
                          efindlay@findlaycraft.com

wlackey@findlaycraft.com

I. Neel Chatterjee
Gabriel M. Ramsey – *LEAD ATTORNEY*
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401
gramsey@orrick.com
nchatterjee@orrick.com

Alyssa M. Caridis
ORRICK, HERRINGTON & SUTCLIFFE, LLP
777 S. Figueroa St.
Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499
acaridis@orrick.com

Christopher J. Higgins
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1152 15th Street, N.W.
Washington, DC 20005-1706
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
chiggins@orrick.com

Attorneys for Defendant Audible Magic, Corp.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on September 1, 2015, with a copy of this document *via* the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Eric H. Findlay*
Eric H. Findlay