UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § | Case No. 6:15-cv-584 |
| v. | § § | Lead Case |
| Audible Magic Corporation, | § § § | Jury Trial Demanded |
| *Defendant*. | § § | |

**BLUE SPIKE, LLC, BLUE SPIKE, INC., AND SCOTT A. MOSKOWITZ'S REQUEST FOR DAILY TRANSCRIPTS AND REALTIME REPORTING OF TRIAL PROCEEDINGS**

Plaintiff Blue Spike, LLC and Counterclaim Defendants Blue Spike, LLC, Blue Spike, Inc. and Scott A. Moskowitz file this notice in accordance with the Trial Preparation Order, Dkt. No. 25. The Plaintiff and Counterclaim Defendants hereby request Daily Transcripts and Realtime Reporting of all proceedings leading up to and including trial proceedings.

Dated: September 1, 2015

Respectfully submitted,
  /s/ Randall Garteiser
Randall T. Garteiser
 Lead Attorney
 Texas Bar No. 24038912
 rgarteiser@ghiplaw.com
Christopher A. Honea
 Texas Bar No. 24059967
 chonea@ghiplaw.com
Christopher S. Johns
 Texas Bar No. 24044849
Kirk J. Anderson
 California Bar No. 289043
Molly A. Jones
 California Bar No. 301419
GARTEISER HONEA, P.C.
119 W. Ferguson Street
Tyler, Texas 75702
(903) 705-7420
(888) 908-4400 fax

*Attorneys for Blue Spike, LLC*

1

2

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

    /s/ Randall Garteiser
Randall T. Garteiser