# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| *Plaintiff* | § § | |
| v. | § § | |
| AUDIBLE MAGIC CORPORATION | § § | Civil Action No. 6:15-CV-00584-RWS-CMC |
| *Defendant* | § § § | |
| AUDIBLE MAGIC CORPORATION, | § § § | |
| *Counterclaim Plaintiff* | § § § | |
| v. | § § | |
| BLUE SPIKE, LLC, BLUE SPIKE, INC. and SCOTT A. MOSKOWITZ | § § § | |
| *Counterclaim Defendants* | § § § | |

## AUDIBLE MAGIC CORPORATION'S NOTICE OF COMPLIANCE

Pursuant to Fed. R. Civ. P. 26(a)(3)(B) and this Court's Trial Preparation Order (Dkt. No. 25), Defendant and Counter-Claim Plaintiff Audible Magic Corporation hereby notifies the Court that on September 1, 2015, it served its objections to Plaintiffs' pre-trial disclosures (Plaintiffs' Exhibit List) *via* electronic mail on Plaintiff's counsel of record.

Dated: September 2, 2015

*/s/ Eric H. Findlay*
Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, P.C.
102 N. College Ave., Suite 900
Tyler, TX 75702
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

I. Neel Chatterjee (admitted E.D. Texas)

        Gabriel M. Ramsey (admitted E.D. Texas)
        ORRICK, HERRINGTON & SUTCLIFFE, LLP
        1000 Marsh Road
        Menlo Park, CA 94025
        Telephone:  (650) 614-7400
        Facsimile:  (650) 614-7401
        gramsey@orrick.com
        nchatterjee@orrick.com

        Alyssa M. Caridis (admitted E.D. Texas)
        ORRICK, HERRINGTON & SUTCLIFFE, LLP
        777 S. Figueroa St.
        Suite 3200
        Los Angeles, CA 90017
        Telephone:  (213) 629-2020
        Facsimile:  (213) 612-2499
        acaridis@orrick.com

        Christopher J. Higgins
        ORRICK, HERRINGTON & SUTCLIFFE, LLP
        1152 15th Street, N.W.
        Washington, DC 20005-1706
        Telephone:  (202) 339-8400
        Facsimile:  (202) 339-8500
        chiggins@orrick.com

        *Counsel for Defendant Audible Magic, Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2015, I electronically filed the foregoing filing with the Clerk of Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of records.

        */s/ Eric H. Findlay*
        Eric H. Findlay