IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC § | |
| § | |
| v. § | Case No. 6:15-cv-584 |
| § | |
| AUDIBLE MAGIC CORPORATION § | |

### ORDER

The above-referenced case was referred to the undersigned United States Magistrate Judge for pre-trial purposes in accordance with 28 U.S.C. § 636. The following pending motion is before the Court:

**Blue Spike's Motion for Clarification (Docket Entry # 51).**

The Court will not redesignate Audible Magic's motion to strike and for sanctions as an opposition to Blue Spike's supplemental surreply. The Court orders the following expedited briefing schedule. It is

**ORDERED** that on or before September 4, 2015, Blue Spike shall file a response to Audible Magic's Motion to Strike Blue Spike's Supplemental Surreply and "Declaration of Scott Moskowitz" and Motion for Sanctions (Docket Entry #47). Audible Magic shall file its reply on or before September 8, and Blue Spike shall file its surreply on or before September 11, 2015. It is further

**ORDERED** the parties are advised the Court intends to issue Report and Recommendations on the dispositive motions on or before September 25, 2015. It is further

**ORDERED** the September 25, 2015 deadline for the parties to file pretrial materials is extended to October 5, 2015.

**SIGNED this 2nd day of September, 2015.**

*Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE