UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| *Plaintiff*, | § § § | Case No. 6:15-cv-584 |
| v. | § § | Lead Case |
| Audible Magic Corporation, | § § | Jury Trial Demanded |
| *Defendant*. | § | |

**ORDER DENYING AUDIBLE MAGIC'S MOTION TO STRIKE BLUE SPIKE'S SUPPLEMENTAL SUR-REPLY AND "DECLARATION OF SCOTT MOSKOWITZ" AND MOTION FOR SANCTIONS**

This matter came before the undersigned on Defendant Audible Magic Corp.'s Motion to Strike Blue Spike's Supplemental Sur-reply and "Declaration of Scott Moskowitz" and Motion for Sanctions (Dkt. No. 47). Based on the record of this case and the parties' briefing, IT IS HEREBY ORDERED that:

Audible Magic Corp.'s Motion to Strike Blue Spike's Supplemental Sur-reply and Declaration of Scott Moskowitz is DENIED; and

Audible Magic Corp.'s Motion for Sanctions is DENIED

It is FURTHER ORDERED that the Court finds no fraud on the Court.