# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, <br>     *Plaintiff*, <br> v. <br> AUDIBLE MAGIC CORPORATION, <br>     *Defendant*. | § § § § § § § § § § | Civil Action No. 6:15-cv-00584-RWS-CMC |

## REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

Pursuant to Rule CV-11(f), James V. Fazio, III of San Diego IP Law Group LLP respectfully requests that the Clerk of this Court remove his name from the list of persons authorized to receive electronic notices in this matter.

Dated:  September 16, 2015  

*/s/James V. Fazio, III*  
James V. Fazio, III (CSB No. 183353)  
San Diego IP Law Group LLP  
12526 High Bluff Drive, Suite 300  
San Diego, CA 92130  
Tel. (858) 792-3446  
Fax (858) 792-3501  
jamesfazio@sandiegoiplaw.com  
**Attorneys for**  
**ImageWare Systems, Inc.**

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on this 16th day of September, 2015.

/s/James V. Fazio, III
James V. Fazio, III