UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| *Plaintiff*, | § § | CASE NO. 6:15-cv-584 |
| v. | § § | Jury Trial Demanded |
| AUDIBLE MAGIC CORPORATION, | § § § | |
| *Defendant*. | § § § | |

**ORDER GRANTING BLUE SPIKE'S MOTION FOR RECONSIDERATION OF MAGISTRATE JUDGE CRAVEN'S ORDER GRANTING AUDIBLE MAGIC'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT**

BEFORE THE COURT is Blue Spike, LLC's Motion for Reconsideration of Magistrate Judge Craven's Order Granting Audible Magic's Motion for Summary Judgment of Noninfringement. The Court is of the opinion that Blue Spike's motion should be GRANTED. The Court DENIES Audible Magic's Summary Judgment of Noninfringement.

IT IS SO ORDERED.