# Exhibit B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**BLUE SPIKE, LLC**,

    Plaintiff,

  v.

**GOOGLE INC.**,

    Defendant.

Case No. 14-cv-01650-YGR

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 75

In light of the Court's Order granting judgment on the pleadings as to all asserted claims other than disputed claim 30 of U.S. Patent No. 8,712,728 (Dkt. No. 75 at 1 n.1), the parties are hereby **ORDERED TO SHOW CAUSE** why that claim should not be held invalid on the same grounds as the other asserted claims. If any party objects to that outcome, the party shall file a brief of no more than five (5) pages by **September 14, 2015**, presenting argument for why that claim should not be treated similarly. A non-objecting party may file a five (5) page response to an objection by **September 16, 2015**.

    **IT IS SO ORDERED.**

Dated: September 8, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**