# Exhibit C

Randall T. Garteiser (CBN 231821)
rgarteiser@ghiplaw.com
Christopher A. Honea (CBN 232473)
chonea@ghiplaw.com
Ian N. Ramage (CBN 224881)
iramage@ghiplaw.com
Kirk J. Anderson (CBN 289043)
kanderson@ghiplaw.com
Molly A. Jones (CBN 301419)
mjones@ghiplaw.com
GARTEISER HONEA, P.C.
119 W Ferguson St.
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (888) 908-4400

Attorneys for Plaintiff
BLUE SPIKE, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| BLUE SPIKE, LLC<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.<br><br>Defendant. | Civil Case No.: 4:14-cv-01650-YGR<br><br>**BLUE SPIKE, LLC'S UNOPPOSED STATEMENT OF NON-OBJECTION TO THE COURT'S ORDER TO SHOW CAUSE**<br><br>Hon. Yvonne Gonzalez Rogers |

Blue Spike, LLC ("Blue Spike") hereby informs the Court that the parties do not dispute that Claim 30 of U.S. Patent No. 8,712,728 would be held invalid under the Court's reasoning as to the

1  other asserted claims in its Order Granting Motion for Judgment on the Pleadings (Dkt. No. 75).
2  Blue Spike discussed its intention to not object to the Order to Show Cause with Defendant Google
3  Inc. ("Google"). Google does not oppose Blue Spike's Statement of Non-Objection. Blue Spike
4  reserves the right to appeal the Court's decision as to all of the claims of the patents-in-suit asserted
5  against Google regardless of the Court's resolution of this disputed claim.

Dated:   September 14, 2015                    Respectfully submitted,

/s/ Randall T. Garteiser
Randall T. Garteiser
  California Bar No. 231821
  rgarteiser@ghiplaw.com
Christopher A. Honea
  California Bar No. 232473
  chonea@ghiplaw.com
Ian N. Ramage
  California Bar No. 224881
  iramage@ghiplaw.com
Kirk J. Anderson
  California Bar No. 289043
  kanderson@ghiplaw.com
Molly A. Jones
  California Bar No. 301419
  mjones@ghiplaw.com
**GARTEISER HONEA, P.C.**
119 W Ferguson St..
Tyler, Texas 75702
Telephone:  (903) 705-7420
Facsimile:  (888) 908-4400

***Counsel for Blue Spike, LLC***

# CERTIFICATE OF SERVICE

I hereby certify that, on September 14, 2015 all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's ECF system. Local Rule CV-5(a)(3).

/s/ Randall Garteiser
Randall T. Garteiser