IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC § | |
| § | |
| v. § | Case No. 6:15-cv-584 |
| § | |
| AUDIBLE MAGIC CORPORATION § | |

## ORDER

The above-referenced case was referred to the undersigned United States Magistrate Judge for pre-trial purposes in accordance with 28 U.S.C. § 636.  The following pending motion is before the Court:

**Blue Spike's Emergency Motion to Stay Proceedings or in the Alternative to Extend the Time to File Pretrial Materials (Docket Entry # 65).**

The Court, having reviewed the emergency motion, orders the following expedited briefing schedule.  It is

**ORDERED** that on or before October 7, 2015 at 5:00 p.m., Audible Magic Corporation shall file a response to Blue Spike's Emergency Motion to Stay Proceedings or in the Alternative to Extend the Time to File Pretrial Materials (Docket Entry # 65).  It is further

**ORDERED** that Blue Spike, LLC shall file its reply on or before October 8, 2015 at 5:00 p.m., and Audible Magic shall file its surreply on or before October 9, 2015 at 8:30 a.m.  It is further

**ORDERED** the October 5, 2015 deadline for the parties to file pretrial materials is continued until further notice.

**SIGNED this 5th day of October, 2015.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE