IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC § | |
|        Plaintiff § | |
| § | |
| V. § | No.  6:15CV584-RWS-CMC |
| § | |
| AUDIBLE MAGIC CORPORATION § | |
|        Defendant § | |

## ORDER

The above-referenced case was referred to the undersigned United States Magistrate Judge for pre-trial purposes in accordance with 28 U.S.C. § 636.  The following pending motion is before the Court:

> **Blue Spike's Motion for Leave to File a Reply in Support of Blue Spike's Objections to Magistrate Judge Craven's Report and Recommendation Granting Audible Magic's Motion for Summary Judgment (Docket Entry # 67).**

The Court, having reviewed the motion and noting Audible Magic opposes the motion, is of the opinion the motion should be **GRANTED**.  Therefore, it is

    **ORDERED** that Blue Spike is granted leave to file a reply brief of no more than three substantive pages in support of its objections.  Audible Magic is also granted leave to file a surreply brief of no more than three substantive pages.

    **SIGNED this 6th day of October, 2015.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE