IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **BLUE SPIKE, LLC,** § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> **AUDIBLE MAGIC CORPORATION** § <br> *Defendant.* § <br> § <br> **AUDIBLE MAGIC CORPORATION** § <br> *Counterclaim Plaintiff,* § <br> § <br> v. § <br> § <br> **BLUE SPIKE, LLC, BLUE SPIKE, INC.** § <br> **and SCOTT A. MOSKOWITZ** § <br> *Counterclaim Defendants.* § | Case No. 6:15-cv-584 |

## ORDER

The above-entitled and numbered cause of action was referred to the undersigned United States Magistrate Judge for pre-trial purposes in accordance with 28 U.S.C. § 636. The following pending motion is before the Court:

**Emergency Motion to Stay Proceedings or in the Alternative to Extend the Time to File Pretrial Materials (Docket Entry # 65).**

The Court, having carefully reviewed the relevant briefing, **DENIES** Plaintiff's motion to stay these proceedings pending the appeal of a judgment of invalidity in the Northern District of California. However, the Court **CONTINUES** the October 19, 2015 pretrial conference and the November 9, 2015 jury selection and trial until further notice of the Court.

IT IS SO ORDERED.
SIGNED this 14th day of October, 2015.

*[signature]*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE