# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, <br><br> *Plaintiff* <br><br> v. <br><br> AUDIBLE MAGIC CORPORATION <br><br> *Defendant* <br><br><br> AUDIBLE MAGIC CORPORATION, <br><br> *Counterclaim Plaintiff* <br><br> v. <br><br> BLUE SPIKE, LLC, BLUE SPIKE, INC. and SCOTT A. MOSKOWITZ <br><br> *Counterclaim Defendants* | Civil Action No. 6:15-CV-00584-RWS-CMC |

## NOTICE OF DESIGNATION OF LEAD COUNSEL

Notice is hereby given that Gabriel M. Ramsey, of the law firm Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025, Telephone 650-614-7400, Fax 650-614-7401, E-mail: gramsey@orrick.com, shall be designated as lead attorney for discovery and lead trial counsel for Defendant Audible Magic Corporation ("Audible Magic"), in the above-styled and numbered causes.

Dated:  March 1, 2016         Respectfully submitted,

By: */s/ Gabriel M. Ramsey*
Gabriel M. Ramsey
Orrick Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025
650/614-7400

Fax: 650/614-7401  
Email: gramsey@orrick.com

*Attorney for Defendant Audible Magic Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2016, I electronically filed the foregoing filing with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Gabriel M. Ramsey*  
Gabriel M. Ramsey