UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § | Case No. 6:15-cv-584-RWS |
| v. | § § § | |
| Audible Magic Corporation, | § § | Jury Trial Demanded |
| *Defendant*. | § § | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO REPORTS AND RECOMMENDATIONS**

Plaintiff Blue Spike, LLC ("Blue Spike") respectfully moves the Court for an extension of time to file its objections to the Court's Reports and Recommendations, issued February 26, 2016. (Dkt. Nos. 77, 78.) Magistrate Judge Craven's Reports and Recommendations are 42 pages in length and address multiple counterclaims. Blue Spike believes it has good cause to respond to the recommendations but requires additional time to properly address the issues.

Blue Spike's current deadline to file its objections to the Court's Reports and Recommendations is March 11, 2016. Blue Spike seeks a one-week extension to March 18, 2016. Counsel for Blue Spike has conferred with counsel for Defendant, and Defendant does not oppose this request for an extension of time.

Accordingly, Blue Spike respectfully requests that the Court extend the deadline for Blue Spike to file its objections to the Court's Report and Recommendations to March 18, 2016.

2

Dated: March 11, 2016                           Respectfully submitted,

/s/ Randall T. Garteiser
Randall T. Garteiser
  Lead Attorney
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com
GARTEISER HONEA, P.C.
119 W. Ferguson Street
Tyler, Texas 75702
(888) 908-4400
(888) 908-4400 fax

Kirk J. Anderson
  California Bar No. 289043
  kanderson@ghiplaw.com
Molly A. Jones
  California Bar No. 301419
  mjones@ghiplaw.com
GARTEISER HONEA, P.C.
44 North San Pedro Road
San Rafael, California 94903
(415) 785-3762
(415) 785-3805 fax

*Counsel for Blue Spike, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed and served electronically via the Court's Electronic Filing System on March 11, 2016 in compliance with Local Rule CV-5(a)(3)(A). As such, this document was served on all counsel who are deemed to have consented to electronic service. *See* Local Rule CV-5(a)(2)(A).

    /s/ Randall Garteiser
    Randall Garteiser

## CERTIFICATE OF CONFERENCE

The undersigned certifies that the parties have discussed the subject matter of this Motion. Counsel for Blue Spike emailed counsel for Defendant to determine whether Defendant would oppose Blue Spike's motion to extend the deadline to file its objections to the Court's Report and Recommendations. Counsel for Defendant promptly emailed back that his client did not have any opposition to the requested relief. Accordingly, counsel for Blue Spike files this motion for a one-week extension as "unopposed."

    /s/ Randall Garteiser
    Randall Garteiser