UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § | Case No. 6:15-cv-584-RWS |
| v. | § § | |
| Audible Magic Corporation, | § § | Jury Trial Demanded |
| *Defendant*. | § § | |

**ORDER GRANTING BLUE SPIKE, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO REPORTS AND RECOMMENDATIONS**

BEFORE THE COURT is Plaintiff Blue Spike, LLC's Motion for Extension of Time to File Objections to Magistrate Judge Craven's Reports and Recommendations denying Blue Spike's Motion for Summary Judgment on Audible Magic's Counterclaims 9-13 and granting Audible Magic's Motion for Voluntary Dismissal. The Court, having carefully considered the Motion, and noting that the Motion is unopposed, is of the opinion that the Motion should be GRANTED.

IT IS ORDERED that Blue Spike's March 11, 2016 deadline is hereby extended to March 18, 2016.

1