UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| *Plaintiff*, | § § | No. 6:15-cv-584-RWS-CMC |
| v. | § § | |
| Audible Magic Corporation, | § § § | |
| *Defendant*. | § | |

### ORDER GRANTING BLUE SPIKE, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO REPORTS AND RECOMMENDATIONS

BEFORE THE COURT is Plaintiff Blue Spike, LLC's Unopposed Motion for Extension of Time to File Objections to Magistrate Judge Craven's Reports and Recommendations denying Blue Spike's Motion for Summary Judgment on Audible Magic's Counterclaims 9-13 and granting Audible Magic's Motion for Voluntary Dismissal (Docket Entry # 80). The Court, having carefully considered the motion, and noting the motion is unopposed, is of the opinion the motion should be **GRANTED**.

IT IS ORDERED that Blue Spike's March 11, 2016 deadline is hereby extended to March 18, 2016. Any response to objections shall be filed on or before March 23, 2016.

**SIGNED this 15th day of March, 2016.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE

1