UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § | |
| *Plaintiff*, | § § | Case No. 6:15-cv-584-RWS-CMC |
| v. | § § | |
| Audible Magic Corporation, | § § | Jury Trial Demanded |
| *Defendant*. | § § | |

### ORDER REGARDING BLUE SPIKE, LLC'S OBJECTIONS TO REPORT AND RECOMMENDATION DENYING MOTION FOR SUMMARY JUDGMENT ON AUDIBLE MAGIC'S COUNTERCLAIMS 9-13

This matter came before the undersigned on Plaintiff Blue Spike, LLC's Objections to Report and Recommendation Denying Motion for Summary Judgment on Audible Magic's Counterclaims 9-13. Having reviewed the entire record of this case and the briefing by the Parties, IT IS HEREBY ORDERED that:

Plaintiff's Objections are SUSTAINED.

IT IS FURTHER ORDERED that Audible Magic's counterclaims 9, 10, 11, and 13 are hereby DISMISSED WITH PREJUDICE.