UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| | § | |
| *Plaintiff*, | § | Case No. 6:15-cv-584-RWS-CMC |
| | § | |
| v. | § | |
| | § | |
| Audible Magic Corporation, | § | Jury Trial Demanded |
| | § | |
| *Defendant*. | § | |

**ORDER REGARDING BLUE SPIKE, LLC'S OBJECTIONS TO REPORT AND
RECOMMENDATION GRANTING AUDIBLE MAGIC'S MOTION FOR
VOLUNTARY DISMISSAL**

This matter came before the undersigned on Plaintiff Blue Spike, LLC's Objections to Report and Recommendation Granting Audible Magic's Motion for Voluntary Dismissal. Having reviewed the entire record of this case and the briefing by the Parties, IT IS HEREBY ORDERED that:

Plaintiff's Objections are SUSTAINED.

IT IS FURTHER ORDERED that Audible Magic's counterclaim 12 is hereby DISMISSED WITH PREJUDICE.