IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>AUDIBLE MAGIC CORPORATION,<br><br>   Defendant.<br>AUDIBLE MAGIC CORPORATION,<br><br>   Counterclaim Plaintiff,<br><br> v.<br><br>BLUE SPIKE, LLC, BLUE SPIKE, INC.,<br>and SCOTT A. MOSKOWITZ,<br><br>   Counterclaim Defendants. | Civil Action No. 6:15-cv-00584-RWS-CMC |

## NOTICE OF APPEARANCE OF COUNSEL

  Proposed Intervenor Electronic Frontier Foundation hereby notifies the Court that Alexandra H. Moss of the firm Durie Tangri LLP, 217 Leidesdorff Street, San Francisco, California 94111, 415-362-6666 (phone), 415-236- 6300 (fax), amoss@durietangri.com, California Bar Number 302641, has entered this action as counsel to be noticed on its behalf.  In connection with this notice, Ms. Moss requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on her at the above address and contact information.

1

Dated: March 29, 2016 By: */s/ Alexandra H. Moss*
Alexandra H. Moss (admitted E.D. Tex.)
(CA Bar No. 302641)
DURIE TANGRI, LLP
217 Leidesdorff Street
San Francisco, CA 94111
Phone: (415) 362-6666
Email: amoss@durietangri.com

Attorney for Proposed Intervenor
Electronic Frontier Foundation

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 29, 2016 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

                                            */s/ Alexandra H. Moss*
                                             Alexandra H. Moss