IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AUDIBLE MAGIC CORPORATION, <br><br> Defendant. <br> AUDIBLE MAGIC CORPORATION, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> BLUE SPIKE, LLC, BLUE SPIKE, INC., and SCOTT A. MOSKOWITZ, <br><br> Counterclaim Defendants. | Civil Action No. 6:15-cv-00584-RWS-CMC |

## NOTICE OF APPEARANCE OF COUNSEL

Proposed Intervenor Electronic Frontier Foundation hereby notifies the Court that Vera Ranieri of the Electronic Frontier Foundation, 825 Eddy Street, San Francisco, California 94109, 415-436-9333 (phone), 415-436-9993 (fax), vera@eff.org, California Bar Number 271594, has entered this action as counsel to be noticed on its behalf.  In connection with this notice, Ms. Ranieri requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on her at the above address and contact information.

Notice is hereby given that the undersigned attorney, Vera Ranieri, enters her appearance in this matter as counsel for Proposed Intervenor Electronic Frontier Foundation for purposes of receiving notices and orders from the Court.

Dated:  March 29, 2016  By:          */s/ Vera Ranieri*
                                                Vera Ranieri (admitted E.D. Tex.)
                                                (CA Bar No. 271594)
                                                ELECTRONIC FRONTIER FOUNDATION
                                                815 Eddy Street
                                                San Francisco, CA 94109
                                                Phone: (415) 436-9333
                                                Fax:  (415) 436-9993
                                                Email: vera@eff.org

                                                Attorney for Proposed Intervenor
                                                Electronic Frontier Foundation

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 29, 2016 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Vera Ranieri*
Vera Ranieri
