# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>AUDIBLE MAGIC CORPORATION,<br><br>          Defendant. | Civil Action No. 6:15-cv-00584-RWS-CMC |
| AUDIBLE MAGIC CORPORATION,<br><br>          Counterclaim Plaintiff,<br><br>     v.<br><br>BLUE SPIKE, LLC, BLUE SPIKE, INC.,<br>and SCOTT A. MOSKOWITZ,<br><br>          Counterclaim Defendants. | |

**PROPOSED INTERVENOR ELECTRONIC FRONTIER FOUNDATION CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Proposed Intervenor Electronic Frontier Foundation states that it is a donor-funded, non-profit civil liberties organization. The Electronic Frontier Foundation has no parent corporation and no publicly held corporation owns 10% more of its stock.

Dated:  March 29, 2016         By:        */s/ Alexandra H. Moss*
                                     Alexandra H. Moss (admitted E.D. Tex.)
                                     (CA Bar No. 302641)
                                     DURIE TANGRI LLP
                                     217 Leidesdorff Street
                                     San Francisco, CA 94111
                                     Phone: (415) 362-6666
                                     Email: amoss@durietangri.com

1

Vera Ranieri (admitted E.D. Tex.)
(CA Bar No. 271594)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Phone: (415) 436-9333
Email: vera@eff.org

Attorneys for Proposed Intervenor
Electronic Frontier Foundation

3

**CERTIFICATE OF SERVICE**

   I, Alexandra H. Moss, hereby certify that on March 29, 2016 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

                       */s/ Alexandra H. Moss*
                       Alexandra H. Moss