# EXHIBIT 2

NEIFELD REF/CLIENT REF: SCOT0017-8
US 111 application, US 111 filing date: Filed Herewith
USPTO CONF. NO: Unknown
First Inventor/Applicant/Assignee: Moskowitz/BLUE SPIKE LLC
Title: Method and device for monitoring and analyzing signals
Examiner/ArtUnit: Unknown
ENTITY STATUS: LARGE
Application benefits and priorities claim chain, with publications: This application is a continuation of application No. 14/094,987, filed December 3, 2013, which is a continuation of application No. 13/802,384, filed March 13, 2013, now Pat. No. 8,712,728, which is a continuation of application No. 13/487,119, filed June 1, 2012, now abandoned, which is a continuation of application No. 13/035,964, filed February 26, 2011, now Pat. No. 8,214,175, which is a continuation of application No. 12/655,357, filed December 22, 2009, now Pat. No. 7,949,494, which is a continuation of application No. 12/005,229, filed December 26, 2007, now Pat. No. 7,660,700, which is a continuation of application No. 09/657,181, filed September 7, 2000, now Pat. No. 7,346,472. The previously identified patents and/or patent applications are hereby incorporated by reference, in their entireties, as if fully stated herein.

1. **37 CFR 1.25(b) SELECTED AUTHORIZATION TO CHARGE UNDERPAYMENT AND REFUND OVERPAYMENTS TO DEPOSIT ACCOUNT 50-2106.** The undersigned is an authorized signor for deposit account 50-2106 and authorizes charges for applications filed by Neifeld IP Law, PC, specified in 37 CFR 1.16 (national filing, search, exam fees); in 37 CFR 1.17 (processing, including petition fees); and 37 CFR 1.18 (post allowance, including issue fees) *except that*: the undersigned does not authorize charges for invention claims (specified in 1.16(h); (I); and (k)). The undersigned authorizes charges for a 35 USC 371 national stage entry of a PCT international application identified in 37 CFR 1.492(a)-(c) and (h)-(j), but not (d)-(g) (all fees other than invention claims fees).

2. **THE COMMISSIONER IS HEREBY AUTHORIZED TO CHARGE ANY FEES WHICH MAY BE REQUIRED, OR CREDIT ANY OVERPAYMENT, TO DEPOSIT ACCOUNT NUMBER 50-2106.**

3. **FEES (PAID HEREWITH BY EFS CREDIT CARD SUBMISSION) $: 1,600**
1011 1.16(a)(1) Basic filing fee - Utility 280
1111 1.16(k) Utility Search Fee 600
1311 1.16(o) Utility Examination Fee 720

4. **THE FOLLOWING DOCUMENTS ARE SUBMITTED HEREWITH:**

**Transmittal_ApplicationFiling_SCOT0017-8_5-22-2015c.pdf**
37 CFR 1.7(c) FILING RECEIPT AND TRANSMITTAL LETTER WITH AUTHORIZATION TO CHARGE DEPOSIT ACCOUNT (2 pages)

**PreliminaryAmendment_SCOT0017-8_5-22-2015c.pdf**
Preliminary Amendment Claims (3 pages)

**SpecificationClaimsAbstract_SCOT0017-8_5-22-2015c.pdf**

    Specification (25 pages)
    Claims (16 page)
    Abstract (1 page)

**ExecutedDeclaration_SCOT0017-8_6-1-2015c.pdf**
    Inventor's Declaration (1 page)

**ExecutedSubstituteStatement_SCOT0017-8_6-1-2015c.pdf**
    Substitute Statement (2 pages)

**aia0014_SCOT0017-8-5-30-2015.pdf**
    Application Data Sheet 37 CFR 1.76 (8 pages)

5.    **FOR INTERNAL NEIFELD IP LAW, PC USE ONLY**
Disbursements: BankAcct#6, G/L 5010, check, amount, and entry date: 2261, 1740 [a credit will be issued for the $140 billed for submission of the declaration], 5/22/2015
PClaw billing matter: [SCOT0001]
$400/BTM/5/22/2015/Firm charge for paying gov. fees for Application Filing

INITIALS OF PERSON WHO *ENTERED* ACCOUNTING DATA: BTM
ATTORNEY SIGNATURE (AUTHORIZING DEPOSIT ACCOUNT)
**DATE**: 6/2/2015     **SIGNATURE**: /BruceMargulies#64175/
Printed: June 2, 2015 (9:44am)     Bruce Margulies, Reg. No. 64,175
Y:\Clients\SCOT Scott A Moskowitz and Wistaria Trading, Inc\SCOT0017-8\Drafts\ApplicationFiling_SCOT0017-8_5-22-2015.wpd