# EXHIBIT 3

 

# IP Friendly

  

Tyler serves as headquarters to the Eastern District of Texas federal court, a popular venue for patent cases due to its judicial expertise, plaintiff-friendly local rules, speedy dispositions, and principled jurors who understand the value of Intellectual Property (or "IP").

## East Texas Federal Court Jurisdiction

1. Tyler serves as headquarters to the East District of Texas Federal Court Jurisdiction.
2. East Texas courts are known for their speedy dispositions to resolve legal uncertainties
3. Tyler has a network of local attorneys skilled in patent litigation and IP matters.
4. Principled jurors in East Texas show a propensity for understanding the true value of Intellectual Property and have awarded IP owners appropriately.

- I4i v. Microsoft $200M (May 2009)
- VirnetX v. Microsoft $105.8 M (March 2010)
- Mirror Worlds v. Apple $208.5M (Oct 2010)
- Fractus v. Samsung $23M (May 2011)
- VirnetX v. Apple $368.2 M (Nov 2012)
- Ericsson v. D-Link, Gateway, Dell, Toshiba, Belkin, Netgear, $8M (June 2013)
- Retractable Technologies v. Becton Dickerson $114M (Sept 2013)

Site Sections

INFRASTRUCTURE
FINANCIAL INCENTIVES
IP FRIENDLY
LIFESTYLE
PRIVACY
TERMS OF USE

Get to know us

ABOUT US
CONTACT US
COMMITTEE
GALLERY
RESOURCES
SPONSORS

Connect

FACEBOOK
TWITTER

©Tyler4Tech 2014

 

# Tyler4Tech Committee

Here's a listing of some of Tyler's outstanding citizens who are working together to make Tyler a great city for technology companies. You'll find some really good friends and neighbors if you move to Tyler!

## Executive Committee

Joshua Ebright - Chairman: Solocron Group, LLC
Beth Womack: ABS Telecom
Bob Westbrook, WR Ventures
Craig Wheeler: Pico Technology
Drew Camps: TACC – IT Dept
J Bennett White: JBW Law Firm
John David Carrasco: John David Global
Michael Butler: Butler Architectural

Phil Burks: Corporate Green / Gencore
Regina Swearington: Suddenlink
Roya Stanley: Strategic Office Networks
Scott Moskowitz: Blue Spike
Tommy Martin: Tyler Vault

## Site Sections
INFRASTRUCTURE
FINANCIAL INCENTIVES
IP FRIENDLY
LIFESTYLE
PRIVACY
TERMS OF USE

## Get to know us
ABOUT US
CONTACT US
COMMITTEE
GALLERY
RESOURCES
SPONSORS

©Tyler4Tech 2014

## Connect
FACEBOOK
TWITTER