# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC<br><br>        Plaintiff,<br><br>  v.<br><br>AUDIBLE MAGIC CORPORATION<br><br>        Defendant. | Civil Action No. 6:15-cv-00584-RWS-CMC |
| AUDIBLE MAGIC CORPORATION<br><br>        Counterclaim Plaintiff,<br><br>  v.<br><br>BLUE SPIKE, LLC<br><br>        Counterclaim Defendant. | |

**NOTICE OF APPEARANCE OF COUNSEL**

Proposed Intervenor Electronic Frontier Foundation hereby notifies the Court that Mark A. Lemley of the firm Durie Tangri LLP, 217 Leidesdorff Street, San Francisco, California 94111, 415-362-6666 (phone), 415-236- 6300 (fax), mlemley@durietangri.com, California Bar Number 155830, has entered this action as counsel to be noticed on its behalf.  In connection with this notice, Mr. Lemley requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: April 6, 2016                    DURIE TANGRI LLP

                                        By:    */s/ Mark A. Lemley*
                                               Mark A. Lemley

                                        Mark A. Lemley (admitted E.D. Tex.)
                                        (CA Bar No. 155830)
                                        DURIE TANGRI, LLP
                                        217 Leidesdorff Street
                                        San Francisco, CA 94111
                                        Phone: (415) 362-6666
                                        Email: mlemley@durietangri.com

                                        Attorneys for Intervenor
                                        Electronic Frontier Foundation

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2016 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

>                                        */s/ Mark A Lemley*
>                                         Mark A. Lemley