UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| *Plaintiff*, | § | Case No. 6:15-cv-584-RWS-CMC |
| v. | § | |
| Audible Magic Corporation, | § | Jury Trial Demanded |
| *Defendant*. | § | |

## PLAINTIFF BLUE SPIKE LLC'S UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Plaintiff Blue Spike, LLC ("Blue Spike") hereby respectfully requests that Molly A. Jones be permitted to withdraw as counsel of record for Blue Spike in this matter and, pursuant to Local Rule CV-11(f), requests that the Clerk of the Court remove her name from the list of persons authorized to receive electronic notices in this case.

This motion does not affect any other representations in this action, and Blue Spike continues to be represented by the law firm of Garteiser Honea, PC in this matter. Consequently, the withdrawal of Ms. Jones will not delay this proceeding, and no prejudice will result to any party. This motion is unopposed by the defendant.

Dated: April 11, 2016

Respectfully submitted,

/s/ Molly A. Jones
Molly A. Jones
 California Bar No. 301419
 mjones@ghiplaw.com

Randall T. Garteiser
 Texas Bar No. 24038912
 rgarteiser@ghiplaw.com
Christopher A. Honea
 Texas Bar No. 24059967

1

chonea@ghiplaw.com
**GARTEISER HONEA, P.C.**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (888) 908-4400
Facsimile: (888) 908-4400

Kirk J. Anderson
 California Bar No. 289043
 kanderson@ghiplaw.com
**GARTEISER HONEA, P.C.**
44 North San Pedro Road
San Rafael, California 94903
Telephone: (415) 785-3762
Facsimile: (415) 785-3805

*Counsel for Blue Spike, LLC*

2

3

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed and served electronically via the Court's Electronic Filing System on April 11, 2016 in compliance with Local Rule CV-5(a)(3)(A). As such, this document was served on all counsel who are deemed to have consented to electronic service. *See* Local Rule CV-5(a)(2)(A).

                                                                             /s/ Molly A. Jones
                                                                              Molly A. Jones


**CERTIFICATE OF CONFERENCE**

      Counsel for Blue Spike notified the Defendant in this action to determine whether the relief requested herein would be opposed. Defendant Audible Magic Corporation confirmed that it does not oppose this motion, so no meet and confer was required. Blue Spike therefore files this motion as "unopposed."

                                                                             /s/ Molly A. Jones
                                                                              Molly A. Jones