UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § § | |
|     *Plaintiff*, | § § § | Case No. 6:15-cv-584-RWS-CMC |
| v. | § § | |
| Audible Magic Corporation, | § § | Jury Trial Demanded |
|     *Defendant*. | § § | |

**ORDER GRANTING PLAINTIFF BLUE SPIKE, LLC'S UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

Having considered Plaintiff Blue Spike, LLC's Unopposed Motion for Withdrawal of Counsel, the Court hereby GRANTS the Motion and instructs the Clerk of the Court to remove Molly A. Jones from the list of persons authorized to receive electronic notices in this case.

1