UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| *Plaintiff,* | § § § | Case No. 6:15-cv-584-RWS |
| v. | § § | |
| Audible Magic Corporation, | § § | Jury Trial Demanded |
| *Defendant.* | § § | |

**ORDER DENYING MOTION TO INTERVENE
AND TO UNSEAL COURT DOCUMENTS**

BEFORE THE COURT is Putative Intervenor Electronic Frontier Foundation's ("EFF's") Motion to Intervene and to Unseal Court Documents. The Court, having carefully considered the combined motion for dual relief and the parties' briefing is of the opinion that the Motion should be DENIED. EFF does not have proper standing to intervene, and its request to unseal documents is untimely and prejudicial to the parties.

IT IS ORDERED that EFF is not permitted to intervene.

IT IS FUTHER ORDERED that the sealed documents on the docket for this case shall remained sealed.