# Exhibit 1

SEPTEMBER 30, 2014 | BY DANIEL NAZER

# Serial Litigant Blue Spike Wins September's Stupid Patent of the Month

Blue Spike LLC is a patent litigation factory. At one point, it filed over 45 cases in two weeks. It has sued a who's who of technology companies, ranging from giants to startups, Adobe to Zeitera. Blue Spike claims not to be a troll, but any legitimate business it has pales in comparison to its patent litigation. It says it owns a "revolutionary technology" it refers to as "signal abstracting." On close inspection, however, its patents[1] turn out to be nothing more than a nebulous wish list. Blue Spike's massive litigation campaign is a perfect example of how vague and abstract software patents tax innovation.



The basic idea behind Blue Spike's patents is creating a digital fingerprint (which the patents refer to as an "abstract") of a file that allows it to be compared to other files (e.g. comparing audio files to see if they are the same song). In very general terms, the patents describe creating a "reference generator," an "object locator," a "feature selector," a "comparing device," and a "recorder." You will be amazed to learn that these five elements "may be implemented with software." That task, however, is left for the reader.

Even worse, Blue Spike has *refused* to define the key term in its patents: "abstract." In a recent filing, it wrote that even though the term "abstract" is "a central component to each of the patents," a single definition of this term is "impossible to achieve." This is a remarkable admission. How are defendants (or the public, for that matter) supposed to know if they infringe a patent when the central claim term is impossible to define? This is a perfect illustration of a major problem with software patents: vague and abstract claim language that fails to inform the public about patent scope.

Admitting that the key claim term in your patent is "impossible" to define is probably not a great litigation strategy. And the defendants in some of Blue Spike's cases have already protested that this means the patents are invalid. The defendants should win this argument (especially since a recent Supreme Court decision tightened the standards applied to vague and ambiguous patents). Though regardless of whether the defendants prevail, Blue Spike's litigation campaign has already imposed massive costs.

Blue Spike's patents illustrate another major problem with software patents: vague descriptions of the "invention" that provide no practical help for someone trying to build a useful implementation. This is why many software engineers hold patents in low regard. As one programmer told *This American Life,* even his own patents were little more than "mumbo jumbo, which nobody understands, and which makes no sense from an engineering standpoint." You can judge for yourself, but we contend that Blue Spike's patents consist similarly of little more than legalese and hand waving.

**Donate to EFF**

**Stay in Touch**

Email Address

Postal Code (optional)

SIGN UP NOW

**NSA Spying**



eff.org/nsa-spying

EFF is leading the fight against the NSA's illegal mass surveillance program. Learn more about what the program is, how it works, and what you can do.

**Follow EFF**

Breaking: Victory! The California bill to undermine smartphone encryption just died in committee. Thanks to everyone who spoke out.
APR 12 @ 5:06PM

Stop the Burr–Feinstein anti-encryption proposal: https://act.eff.org/action/te...
APR 12 @ 4:39PM

Intel chief's call for agencies to reduce the amount of information that is classified could be a game changer: https://www.eff.org/deeplinks
APR 12 @ 11:51AM

Twitter    Facebook    Identi.ca

**Projects**

Bloggers' Rights

Coders' Rights

Real products take hard work. A commercially successful product like the Shazam app (one of Blue Spike's many targets) is likely to consist of tens of thousands lines of code. Actually writing and debugging that code can require months of effort from dozens of engineers (not to mention the fundraising, marketing, and other tasks that go into making a real-world product successful). In contrast, it's easy to suggest that someone create a "comparison device" that "may be implemented with software."

Last month, we selected a bizarre patent to illustrate that the Patent Office conducts a cursory review of applications. In contrast, this month's winner is not so unusual. In fact, Blue Spike's patents are typical of the kind of software patent that we see in litigation. That such a low-quality patent family could fuel over 100 cases is a stark illustration of the problem with software patents.

**Dishonorable mentions:**

US 8,838,476 *Systems and methods to provide information and connect people for real time communications* (a patent on presenting an advertisement at the outset of a "telephonic connection")

US 8,838,479 *System and method for enabling an advertisement to follow the user to additional web pages* (Lots of patentese that says put an ad in a frame and keep the frame constant as the rest of the page changes. Awesome.)

US 8,818,932 *Method and apparatus for creating a predictive model* (this patent claims to apply the "scientific method" to "the problem of predicting and preventing violence against U.S. and friendly forces" and includes hopelessly vague claim language such as "verifying causal links" and "utilizing the social models to … predict future behavior")

---

1. Blue Spike owns a family of four patents – US 7,346,472, US 7,660,700, US 7,949,494, and US 8,214,175 – all titled "Method and Device for Monitoring and Analyzing Signals." These patents share the same specification which means they describe the same supposed invention but include slightly different patent claims. We award the entire patent family our Stupid Patent of the Month prize.

# Files

- blue_spike_v_texas_instruments_complaint.pdf
- blue_spike_claim_construction_brief.pdf
- blue_skpike_defs_msj_on_invalidity.pdf

Patents | Patent Trolls | Stupid Patent of the Month | Innovation

## MORE DEEPLINKS POSTS LIKE THIS

MARCH 2016
Patent Lawsuits Should Not Be Shrouded in Secrecy

APRIL 2015
Stupid Patent of the Month: Eclipse IP Casts A Shadow Over Innovation

MARCH 2013
Texas Court Confirms You Can't Patent Math

FEBRUARY 2016
Stupid Patent of the Month: Phoenix Licensing Trolls Marketers

SEPTEMBER 2011

## RECENT DEEPLINKS POSTS

APR 12, 2016
EFF Supports Rep. Goodlatte's Manager's Amendment to The Email Privacy Act (H.R. 699)

APR 11, 2016
Save Comcast!

APR 11, 2016
Court of Appeals Vacates Injunction Against Mississippi Attorney General in Case Against Google

APR 11, 2016
Obama Should Reject Anti-Encryption Legislation and Protect Digital Security

---

Free Speech Weak Links

Global Chokepoints

HTTPS Everywhere

Manila Principles

Medical Privacy Project

Open Wireless Movement

Patent Busting

Privacy Badger

Student Activism

Student Privacy

Surveillance Self-Defense

Takedown Hall of Shame

Teaching Copyright

Transparency Project

Trolling Effects

Ways To Help

A Trio of Post-Biski Cases Fail to Clearly Define the Meaning of "Abstract"

Here are 79 California Surveillance Tech Policies. But Where Are the Other 90?

## DEEPLINKS TOPICS

Fair Use and Intellectual Property: Defending the Balance
Free Speech
Innovation
International
Know Your Rights
Privacy
Trade Agreements and Digital Rights
Security
State-Sponsored Malware
Abortion Reporting
Analog Hole
Anonymity
Anti-Counterfeiting Trade Agreement
Biometrics
Bloggers' Rights
Broadcast Flag
Broadcasting Treaty
CALEA
Cell Tracking
Coders' Rights Project
Computer Fraud And Abuse Act Reform
Content Blocking
Copyright Trolls
Council of Europe
Cyber Security Legislation
CyberSLAPP
Defend Your Right to Repair!
Development Agenda
Digital Books
Digital Radio
Digital Video
DMCA
DMCA Rulemaking
Do Not Track

DRM
E-Voting Rights
EFF Europe
Electronic Frontier Alliance
Encrypting the Web
Export Controls
FAQs for Lodsys Targets
File Sharing
Fixing Copyright? The 2013-2016 Copyright Review Process
FTAA
Genetic Information Privacy
Hollywood v. DVD
How Patents Hinder Innovation (Graphic)
ICANN
International Privacy Standards
Internet Governance Forum
Law Enforcement Access
Legislative Solutions for Patent Reform
Locational Privacy
Mandatory Data Retention
Mandatory National IDs and Biometric Databases
Mass Surveillance Technologies
Medical Privacy
National Security and Medical Information
National Security Letters
Net Neutrality
No Downtime for Free Speech
NSA Spying
OECD
Offline : Imprisoned Bloggers and Technologists
Online Behavioral Tracking
Open Access
Open Wireless
Patent Busting Project

Patent Trolls
Patents
PATRIOT Act
Pen Trap
Policy Analysis
Printers
Public Health Reporting and Hospital Discharge Data
Reading Accessibility
Real ID
RFID
Search Engines
Search Incident to Arrest
Section 230 of the Communications Decency Act
Social Networks
SOPA/PIPA: Internet Blacklist Legislation
Student Privacy
Stupid Patent of the Month
Surveillance and Human Rights
Surveillance Drones
Terms Of (Ab)Use
Test Your ISP
The "Six Strikes" Copyright Surveillance Machine
The Global Network Initiative
The Law and Medical Privacy
TPP's Copyright Trap
Trans-Pacific Partnership Agreement
Travel Screening
TRIPS
Trusted Computing
Video Games
Wikileaks
WIPO
Transparency
Uncategorized



Thanks | RSS Feeds | Copyright Policy | Privacy Policy | Contact EFF