# Exhibit 2

**ELECTRONIC FRONTIER FOUNDATION**
DEFENDING YOUR RIGHTS IN THE DIGITAL WORLD

SEARCH

MARCH 30, 2016 | BY VERA RANIERI

## Patent Lawsuits Should Not Be Shrouded in Secrecy

### EFF Moves To Unseal Important Rulings Regarding Repeat Litigant Blue Spike

The public has a First Amendment right to access court records, and that right is generally only curtailed when there is "good cause" to do so. Unfortunately, when it comes to patent cases, courts routinely allow [PDF] parties to file entire documents under seal, without any public-redacted version being made available.

That's why EFF, with the assistance of Durie Tangri, has filed a motion [PDF] to intervene and unseal documents in a patent case, Blue Spike v. Audible Magic. The court has allowed the parties in this case to keep more than half of the docket under seal, including *the court's own rulings*, making it impossible to fully understand and evaluate both the parties' arguments and the court's decisions. As we explain in our filing, this degree of sealing is improper, especially in light of the public's interest in the case.

Blue Spike is a repeat patent litigation player. Lex Machina (a service that collects patent litigation filings from across the country) indicates there are over 100 lawsuits involving Blue Spike and its patents. Unsurprisingly then, Blue Spike's campaign has garnered press attention. We've written about Blue Spike and its patents in connection with our "Stupid Patent of the Month" series. Others have written about Blue Spike too.

Blue Spike claims to own patents relating to "forensic watermarking, signal abstracts, data security, software watermarks, product license keys, ASLR, deep packet inspection, [and] license code for authorized software to bandwidth securitization." It maintains a website that implies that it makes and sells products that practice the patents.

But the transcript [PDF] of the hearing on the parties' various motions filed in the case (one of the few public documents available) raises serious questions about both the scope of Blue Spike's patents and its claims to be an operating company that actually practices its patents. From the transcript, it appears that Blue Spike owner and inventor Scott Moskowitz made statements under oath that limited the scope of the patents. The transcript also suggests that Blue Spike did not write a single line of code for one of the products it purportedly marketed. But we can't tell for sure without the underlying documents. The public's incomplete picture of the hearing and the documents that led up to it creates uncertainty for anyone wishing to avoid a Blue Spike lawsuit.

This case is just one example of excessive secrecy in patent cases. Parties in patent litigation—both plaintiffs and defendants—seal entire docket entries to an alarming degree. This prevents the public from understanding how patents are being enforced and how our judicial system is deciding important questions of infringement and invalidity.

To its credit, when we contacted Audible Magic to ask them to file public-redacted versions of docket entries, they agreed to do so (although they haven't done so yet). Blue Spike, however, refused, meaning if the public wants to know more, we (or anyone else) would have to go through the time-consuming and expensive process of moving to intervene.

---

**Donate to EFF**

### Stay in Touch

Email Address

Postal Code (optional)

**SIGN UP NOW**

### NSA Spying



eff.org/nsa-spying

EFF is leading the fight against the NSA's illegal mass surveillance program. Learn more about what the program is, how it works, and what you can do.

### Follow EFF

Breaking: Victory! The California bill to undermine smartphone encryption just died in committee. Thanks to everyone who spoke out.

APR 12 @ 5:06PM

Stop the Burr-Feinstein anti-encryption proposal: https://act.eff.org/action/te...

APR 12 @ 4:39PM

Intel chief's call for agencies to reduce the amount of information that is classified could be a game changer: https://www.eff.org/deepli...

APR 12 @ 11:51AM

Twitter   Facebook   Identi... 

### Projects

Bloggers' Rights

Coders' Rights

That's not the way things should be done. We hope that in filing this motion to intervene and unseal, we can help the public learn more about Blue Spike's litigation campaign and that we can bring awareness to the problematic sealing of patent cases.

## Files

- EFF Motion to Intervene and Unseal
- Declaration in Support of Motion to Intervene and Unseal
- Exhibit 1 to Declaration in Support of Motion to Intervene and Unseal
- Exhibit 2 to Declaration in Support of Motion to Intervene and Unseal
- Exhibit 3 to Declaration in Support of Motion to Intervene and Unseal
- Exhibit 4 to Declaration in Support of Motion to Intervene and Unseal

Fair Use and Intellectual Property: Defending the Balance | Patents | Stupid Patent of the Month | Innovation | Transparency

### MORE DEEPLINKS POSTS LIKE THIS

AUGUST 2014
UNSEALED: The US Sought Permission To Change The Historical Record Of A Public Court Proceeding

DECEMBER 2014
EFF Asks Court to Shine Light on Patent Troll's Claims

APRIL 2016
Over a Year Later, EFF Granted Leave to Intervene in Patent Case

SEPTEMBER 2014
Serial Litigant Blue Spike Wins September's Stupid Patent of the Month

MAY 2013
Disappointing Unsealing Decision in Aaron Swartz Case

### RECENT DEEPLINKS POSTS

APR 12, 2016
EFF Supports Rep. Goodlatte's Manager's Amendment to The Email Privacy Act (H.R. 699)

APR 11, 2016
Save Comcast!

APR 11, 2016
Court of Appeals Vacates Injunction Against Mississippi Attorney General in Case Against Google

APR 11, 2016
Obama Should Reject Anti-Encryption Legislation and Protect Digital Security

APR 11, 2016
Here are 79 California Surveillance Tech Policies. But Where Are the Other 90?

- Free Speech Weak Links
- Global Chokepoints
- HTTPS Everywhere
- Manila Principles
- Medical Privacy Project
- Open Wireless Movement
- Patent Busting
- Privacy Badger
- Student Activism
- Student Privacy
- Surveillance Self-Defense
- Takedown Hall of Shame
- Teaching Copyright
- Transparency Project
- Trolling Effects
- Ways To Help

### DEEPLINKS TOPICS

- Fair Use and Intellectual Property: Defending the Balance
- Free Speech
- Innovation
- International
- Know Your Rights
- Privacy
- Trade Agreements and Digital Rights
- Security
- State-Sponsored Malware
- Abortion Reporting
- Analog Hole
- Anonymity
- Anti-Counterfeiting Trade Agreement
- Biometrics
- Bloggers' Rights
- Broadcast Flag

- DRM
- E-Voting Rights
- EFF Europe
- Electronic Frontier Alliance
- Encrypting the Web
- Export Controls
- FAQs for Lodsys Targets
- File Sharing
- Fixing Copyright? The 2013-2016 Copyright Review Process
- FTAA
- Genetic Information Privacy
- Hollywood v. DVD
- How Patents Hinder Innovation (Graphic)
- ICANN
- International Privacy Standards
- Internet Governance Forum
- Law Enforcement Access

- Patent Trolls
- Patents
- PATRIOT Act
- Pen Trap
- Policy Analysis
- Printers
- Public Health Reporting and Hospital Discharge Data
- Reading Accessibility
- Real ID
- RFID
- Search Engines
- Search Incident to Arrest
- Section 230 of the Communications Decency Act
- Social Networks
- SOPA/PIPA: Internet Blacklist Legislation
- Student Privacy

Broadcasting Treaty
CALEA
Cell Tracking
Coders' Rights Project
Computer Fraud And Abuse Act Reform
Content Blocking
Copyright Trolls
Council of Europe
Cyber Security Legislation
CyberSLAPP
Defend Your Right to Repair!
Development Agenda
Digital Books
Digital Radio
Digital Video
DMCA
DMCA Rulemaking
Do Not Track

Legislative Solutions for Patent Reform
Locational Privacy
Mandatory Data Retention
Mandatory National IDs and Biometric Databases
Mass Surveillance Technologies
Medical Privacy
National Security and Medical Information
National Security Letters
Net Neutrality
No Downtime for Free Speech
NSA Spying
OECD
Offline : Imprisoned Bloggers and Technologists
Online Behavioral Tracking
Open Access
Open Wireless
Patent Busting Project

Stupid Patent of the Month
Surveillance and Human Rights
Surveillance Drones
Terms Of (Ab)Use
Test Your ISP
The "Six Strikes" Copyright Surveillance Machine
The Global Network Initiative
The Law and Medical Privacy
TPP's Copyright Trap
Trans-Pacific Partnership Agreement
Travel Screening
TRIPS
Trusted Computing
Video Games
Wikileaks
WIPO
Transparency
Uncategorized



Thanks | RSS Feeds | Copyright Policy | Privacy Policy | Contact EFF