# EXHIBIT 2

## Ramsey, Gabriel M.

| | |
|---|---|
| From: | Ramsey, Gabriel M. |
| Sent: | Tuesday, March 29, 2016 5:07 PM |
| To: | 'Alexandra Moss'; 'Randall Garteiser'; chonea@ghiplaw.com |
| Subject: | EFF's imminent motion re public filing of orders |
| Attachments: | Activity in Case 6:15-cv-00584-RWS-CMC Blue Spike, LLC  v. Audible Magic Corporation Notice of Attorney Appearance; Activity in Case 6:15-cv-00584-RWS-CMC Blue Spike, LLC  v. Audible Magic Corporation Notice of Attorney Appearance |

Counsel,

I am writing to suggest that we all get on the phone and try to resolve EFF's issue regarding the public filing of court orders in our matter.  I find it hard to believe that we couldn't all come to some sort of resolution regarding appropriate redactions of our clients' respective confidential information and, on that basis, prepare redacted versions of the subject orders for filing on the public docket.  This would avoid burdening the court.

Please let me know if there is a time we could meet/confer this week about this.

Best,

Gabe



**GABRIEL M. RAMSEY**
*Partner*
ORRICK, HERRINGTON & SUTCLIFFE LLP
THE ORRICK BUILDING
405 HOWARD STREET
SAN FRANCISCO, CA 94105-2669
*tel* 415-773-5535
*fax* 415-773-5759
*email* gramsey@orrick.com
www.orrick.com

Intellectual Property Group
Cybersecurity and Data Privacy Group