IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § § § § § § § § § | |
| *Plaintiff*, | | Case No. 6:15-cv-584-RWS-CMC |
| v. | | JURY TRIAL DEMANDED |
| AUDIBLE MAGIC CORPORATION, | | |
| *Defendant*. | | |

**PLAINTIFF BLUE SPIKE LLC'S UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

Plaintiff Blue Spike, LLC hereby respectfully requests that Christopher S. Johns be permitted to withdraw as counsel of record for Blue Spike in this matter and, pursuant to Local Rule CV-1 l(f), requests that the Clerk of the Court remove his name from the list of persons authorized to receive electronic notices in this case. Mr. Johns was previously of counsel with the law firm of Garteiser Honea, PC, but is no longer associated with that firm

This motion does not affect any other representations in this action, and Blue Spike continues to be represented by Garteiser Honea, PC in this matter. Consequently, the withdrawal of Mr. Johns will not delay this proceeding, and no prejudice will result to any party. This motion is unopposed by the defendant.

Respectfully submitted,

 /s/ Christopher S. Johns
Christopher S. Johns
Texas Bar No. 24044849
Johns Marrs Ellis & Hodge LLP
805 West 10th Street, Suite 400
Austin, Texas 78701
(512) 215-4078
(512) 628-7169 fax
cjohns@jmehlaw.com

*Counsel for Blue Spike LLC*

## CERTIFICATE OF CONFERENCE

On April 20, 2016, I communicated with counsel for all parties, and all parties indicated that they are unopposed to this motion and the relief sought in it.

/s/ Christopher S. Johns

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed and served electronically via the Court's Electronic Filing System on April 25, 2016 in compliance with Local Rule CV-5(a)(3)(A). As such, this document was served on all counsel who are deemed to have consented to electronic service. *See* Local Rule CV-5(a)(2)(A).

/s/ Christopher S. Johns