# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

### TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| *Plaintiff,* | § § § | **Case No. 6:15-cv-584-RWS-CMC** |
| **v.** | § § | |
| **AUDIBLE MAGIC CORPORATION,** | § § § | **JURY TRIAL DEMANDED** |
| *Defendant.* | § § § § | |

### [PROPOSED] ORDER GRANTING PLAINTIFF BLUE SPIKE LLC'S UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Having considered Plaintiff Blue Spike, LLC's Unopposed Motion for Withdrawal of Counsel, the Court hereby GRANTS the Motion and instructs the Clerk of the Court to remove Christopher S. Johns from the list of persons authorized to receive electronic notices in this case.

**IT IS SO ORDERED.**

DATE: _____, 2016

_____

The Honorable Robert W. Schroeder, III
United States District Judge