IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| *Plaintiff*, | § § | Case No. 6:15-cv-584-RWS-CMC |
| v. | § § | JURY TRIAL DEMANDED |
| AUDIBLE MAGIC CORPORATION, | § § § | |
| *Defendant*. | § § | |

### ORDER GRANTING PLAINTIFF BLUE SPIKE LLC'S UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Having considered Plaintiff Blue Spike, LLC's Unopposed Motion for Withdrawal of Counsel, the Court hereby GRANTS the Motion and instructs the Clerk of the Court to remove Christopher S. Johns from the list of persons authorized to receive electronic notices in this case.

**IT IS SO ORDERED.**

SIGNED this 26th day of April, 2016.

*/s/ Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE