UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| *Plaintiff*, | § § § | Case No. 6:15-cv-584-RWS |
| v. | § § | |
| Audible Magic Corporation, | § § | Jury Trial Demanded |
| *Defendant*. | § | |

**ORDER DENYING MOTION TO UNSEAL COURT DOCUMENTS**

BEFORE THE COURT is Intervenor Electronic Frontier Foundation's ("EFF's") Motion to Unseal Court Documents. The Court, having carefully considered the motion and the parties' briefing is of the opinion that the Motion should be DENIED.

IT IS ORDERED that the sealed documents shall remained sealed.