# Exhibit 1

# ELECTRONIC FRONTIER FOUNDATION
## DEFENDING YOUR RIGHTS IN THE DIGITAL WORLD

SEARCH

SEPTEMBER 30, 2014 | BY DANIEL NAZER

## Serial Litigant Blue Spike Wins September's Stupid Patent of the Month



Blue Spike LLC is a patent litigation factory. At one point, it filed over 45 cases in two weeks. It has sued a who's who of technology companies, ranging from giants to startups, Adobe to Zeitera. Blue Spike claims not to be a troll, but any legitimate business it has pales in comparison to its patent litigation. It says it owns a "revolutionary technology" it refers to as "signal abstracting." On close inspection, however, its patents[1] turn out to be nothing more than a nebulous wish list. Blue Spike's massive litigation campaign is a perfect example of how vague and abstract software patents tax innovation.

The basic idea behind Blue Spike's patents is creating a digital fingerprint (which the patents refer to as an "abstract") of a file that allows it to be compared to other files (e.g. comparing audio files to see if they are the same song). In very general terms, the patents describe creating a "reference generator," an "object locator," a "feature selector," a "comparing device," and a "recorder." You will be amazed to learn that these five elements "may be implemented with software." That task, however, is left for the reader.

Even worse, Blue Spike has *refused* to define the key term in its patents: "abstract." In a recent filing, it wrote that even though the term "abstract" is "a central component to each of the patents," a single definition of this term is "impossible to achieve." This is a remarkable admission. How are defendants (or the public, for that matter) supposed to know if they infringe a patent when the central claim term is impossible to define? This is a perfect illustration of a major problem with software patents: vague and abstract claim language that fails to inform the public about patent scope.

Admitting that the key claim term in your patent is "impossible" to define is probably not a great litigation strategy. And the defendants in some of Blue Spike's cases have already protested that this means the patents are invalid. The defendants should win this argument (especially since a recent Supreme Court decision tightened the standards applied to vague and ambiguous patents). Though regardless of whether the defendants prevail, Blue Spike's litigation campaign has already imposed massive costs.

Blue Spike's patents illustrate another major problem with software patents: vague descriptions of the "invention" that provide no practical help for someone trying to build a useful implementation. This is why many software engineers hold patents in low regard. As one programmer told *This American Life*, even his own patents were little more than "mumbo jumbo, which nobody understands, and which makes no sense from an engineering standpoint." You can judge for yourself, but we contend that Blue Spike's patents consist similarly of little more than legalese and hand waving.

---

### Donate to EFF

**Stay in Touch**

Email Address

Postal Code (optional)

SIGN UP NOW

**NSA Spying**

 eff.org/nsa-spying

EFF is leading the fight against the NSA's illegal mass surveillance program. Learn more about what the program is, how it works, and what you can do.

**Follow EFF**

Breaking: Victory! The California bill to undermine smartphone encryption just died in committee. Thanks to everyone who spoke out.
APR 12 @ 5:06PM

Stop the Burr–Feinstein anti-encryption proposal: https://act.eff.org/action/te...
APR 12 @ 4:39PM

Intel chief's call for agencies to reduce the amount of information that is classified could be a game changer: https://www.eff.org/deeplinks
APR 12 @ 11:51AM

Twitter   Facebook   Identi.ca

**Projects**

Bloggers' Rights

Coders' Rights

Real products take hard work. A commercially successful product like the Shazam app (one of Blue Spike's many targets) is likely to consist of tens of thousands lines of code. Actually writing and debugging that code can require months of effort from dozens of engineers (not to mention the fundraising, marketing, and other tasks that go into making a real-world product successful). In contrast, it's easy to suggest that someone create a "comparison device" that "may be implemented with software."

Last month, we selected a bizarre patent to illustrate that the Patent Office conducts a cursory review of applications. In contrast, this month's winner is not so unusual. In fact, Blue Spike's patents are typical of the kind of software patent that we see in litigation. That such a low-quality patent family could fuel over 100 cases is a stark illustration of the problem with software patents.

**Dishonorable mentions:**

US 8,838,476 *Systems and methods to provide information and connect people for real time communications* (a patent on presenting an advertisement at the outset of a "telephonic connection")

US 8,838,479 *System and method for enabling an advertisement to follow the user to additional web pages* (Lots of patentese that says put an ad in a frame and keep the frame constant as the rest of the page changes. Awesome.)

US 8,818,932 *Method and apparatus for creating a predictive model* (this patent claims to apply the "scientific method" to "the problem of predicting and preventing violence against U.S. and friendly forces" and includes hopelessly vague claim language such as "verifying causal links" and "utilizing the social models to … predict future behavior")

---

1. Blue Spike owns a family of four patents – US 7,346,472, US 7,660,700, US 7,949,494, and US 8,214,175 – all titled "Method and Device for Monitoring and Analyzing Signals." These patents share the same specification which means they describe the same supposed invention but include slightly different patent claims. We award the entire patent family our Stupid Patent of the Month prize.

## Files

- blue_spike_v_texas_instruments_complaint.pdf
- blue_spike_claim_construction_brief.pdf
- blue_skpike_defs_msj_on_invalidity.pdf

Patents | Patent Trolls | Stupid Patent of the Month | Innovation

---

**MORE DEEPLINKS POSTS LIKE THIS**

MARCH 2016
Patent Lawsuits Should Not Be Shrouded in Secrecy

APRIL 2015
Stupid Patent of the Month: Eclipse IP Casts A Shadow Over Innovation

MARCH 2013
Texas Court Confirms You Can't Patent Math

FEBRUARY 2016
Stupid Patent of the Month: Phoenix Licensing Trolls Marketers

SEPTEMBER 2011

**RECENT DEEPLINKS POSTS**

APR 12, 2016
EFF Supports Rep. Goodlatte's Manager's Amendment to The Email Privacy Act (H.R. 699)

APR 11, 2016
Save Comcast!

APR 11, 2016
Court of Appeals Vacates Injunction Against Mississippi Attorney General in Case Against Google

APR 11, 2016
Obama Should Reject Anti-Encryption Legislation and Protect Digital Security

---

Free Speech Weak Links
Global Chokepoints
HTTPS Everywhere
Manila Principles
Medical Privacy Project
Open Wireless Movement
Patent Busting
Privacy Badger
Student Activism
Student Privacy
Surveillance Self-Defense
Takedown Hall of Shame
Teaching Copyright
Transparency Project
Trolling Effects
Ways To Help

A Troubling Post-*Bush* Cases Path to Clearly Define the Meaning of "Abstract"

Here are 79 California Surveillance Tech Policies. But Where Are the Other 90?

## DEEPLINKS TOPICS

- Fair Use and Intellectual Property: Defending the Balance
- Free Speech
- Innovation
- International
- Know Your Rights
- Privacy
- Trade Agreements and Digital Rights
- Security
- State-Sponsored Malware
- Abortion Reporting
- Analog Hole
- Anonymity
- Anti-Counterfeiting Trade Agreement
- Biometrics
- Bloggers' Rights
- Broadcast Flag
- Broadcasting Treaty
- CALEA
- Cell Tracking
- Coders' Rights Project
- Computer Fraud And Abuse Act Reform
- Content Blocking
- Copyright Trolls
- Council of Europe
- Cyber Security Legislation
- CyberSLAPP
- Defend Your Right to Repair!
- Development Agenda
- Digital Books
- Digital Radio
- Digital Video
- DMCA
- DMCA Rulemaking
- Do Not Track
- DRM
- E-Voting Rights
- EFF Europe
- Electronic Frontier Alliance
- Encrypting the Web
- Export Controls
- FAQs for Lodsys Targets
- File Sharing
- Fixing Copyright? The 2013-2016 Copyright Review Process
- FTAA
- Genetic Information Privacy
- Hollywood v. DVD
- How Patents Hinder Innovation (Graphic)
- ICANN
- International Privacy Standards
- Internet Governance Forum
- Law Enforcement Access
- Legislative Solutions for Patent Reform
- Locational Privacy
- Mandatory Data Retention
- Mandatory National IDs and Biometric Databases
- Mass Surveillance Technologies
- Medical Privacy
- National Security and Medical Information
- National Security Letters
- Net Neutrality
- No Downtime for Free Speech
- NSA Spying
- OECD
- Offline : Imprisoned Bloggers and Technologists
- Online Behavioral Tracking
- Open Access
- Open Wireless
- Patent Busting Project
- Patent Trolls
- Patents
- PATRIOT Act
- Pen Trap
- Policy Analysis
- Printers
- Public Health Reporting and Hospital Discharge Data
- Reading Accessibility
- Real ID
- RFID
- Search Engines
- Search Incident to Arrest
- Section 230 of the Communications Decency Act
- Social Networks
- SOPA/PIPA: Internet Blacklist Legislation
- Student Privacy
- Stupid Patent of the Month
- Surveillance and Human Rights
- Surveillance Drones
- Terms Of (Ab)Use
- Test Your ISP
- The "Six Strikes" Copyright Surveillance Machine
- The Global Network Initiative
- The Law and Medical Privacy
- TPP's Copyright Trap
- Trans-Pacific Partnership Agreement
- Travel Screening
- TRIPS
- Trusted Computing
- Video Games
- Wikileaks
- WIPO
- Transparency
- Uncategorized