UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
|   *Plaintiff*, | § § § | Case No. 6:15-cv-584-RWS |
| v. | § § | |
| Audible Magic Corporation, | § § | |
|   *Defendant*. | § | |

**BLUE SPIKE LLC'S NOTICE OF REQUEST FOR
DAILY TRANSCRIPTS OF REALTIME REPORTING OF COURT PROCEEDINGS**

Pursuant to the Order Regarding Amended Pretrial Deadlines, Dkt. No. 76, entered in this action, Counterclaim Plaintiff Audible Magic Corporation hereby requests Daily Transcripts and Real Time Reporting of all pretrial hearings or conferences, jury selection, and trial proceedings.

Dated: June 1, 2016

                Respectfully submitted,

                /s/ Randall T. Garteiser
                Randall T. Garteiser
                 Lead Attorney
                 Texas Bar No. 24038912
                 rgarteiser@ghiplaw.com
                Christopher A. Honea
                 Texas Bar No. 24059967
                 chonea@ghiplaw.com
                GARTEISER HONEA, P.C.
                119 W. Ferguson Street
                Tyler, Texas 75702
                (888) 908-4400
                (888) 908-4400 fax

                Kirk J. Anderson
                 California Bar No. 289043
                 kanderson@ghiplaw.com
                GARTEISER HONEA, P.C.

44 North San Pedro Road
San Rafael, California 94903
(415) 785-3762
(415) 785-3805 fax

*Counsel for Blue Spike, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed and served electronically via the Court's Electronic Filing System on June 1, 2016 in compliance with Local Rule CV-5(a)(3)(A). As such, this document was served on all counsel who are deemed to have consented to electronic service. *See* Local Rule CV-5(a)(2)(A).

   /s/ Randall Garteiser
Randall Garteiser