UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
| *Plaintiff*, | § § § | Case No. 6:15-cv-584-RWS |
| v. | § § § | |
| Audible Magic Corporation, | § § | |
| *Defendant*. | § | |

BLUE SPIKE LLC'S NOTICE OF REQUEST FOR
DAILY TRANSCRIPTS OF REALTIME REPORTING OF COURT PROCEEDINGS

Pursuant to the Order Regarding Amended Pretrial Deadlines, Dkt. No. 76, entered in this action, Plaintiff Blue Spike, LLC hereby requests Daily Transcripts and Real Time Reporting of all pretrial hearings or conferences, jury selection, and trial proceedings.

Dated: June 1, 2016

Respectfully submitted,

/s/ Randall T. Garteiser
Randall T. Garteiser
  Lead Attorney
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com
GARTEISER HONEA, P.C.
119 W. Ferguson Street
Tyler, Texas 75702
(888) 908-4400
(888) 908-4400 fax

Kirk J. Anderson
  California Bar No. 289043
  kanderson@ghiplaw.com
GARTEISER HONEA, P.C.

1

44 North San Pedro Road  
San Rafael, California 94903  
(415) 785-3762  
(415) 785-3805 fax  

*Counsel for Blue Spike, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed and served electronically via the Court's Electronic Filing System on June 1, 2016 in compliance with Local Rule CV-5(a)(3)(A). As such, this document was served on all counsel who are deemed to have consented to electronic service. *See* Local Rule CV-5(a)(2)(A).

   /s/ Randall Garteiser  
Randall Garteiser

2