UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | |
|    *Plaintiff*, | § § § | Case No. 6:15-cv-584-RWS |
| v. | § § § | |
| Audible Magic Corporation, | § § | |
|    *Defendant*. | § | |

### BLUE SPIKE LLC'S NOTICE TO THE COURT CONCERNING THE COURT'S ORDER DATED MAY 17, 2016

Pursuant to the Court's Order, (Dkt. 106) Blue Spike has no additional redactions beyond those stated by Audible Magic in its filing at Dkt. 108.  Blue Spike does not have redactions outside the scope of those to protect Audible Magic's identified confidential material under the Protective Order in the case with respect to the Electronic Court Filing No. identified by the Court as follows:  13, 21, 22, 27, 42, 37, 46, 47, 54, 55, 57, 56, 62, 64, 70, 71, 82, 83, 84, and 85.

Blue Spike filed its moving papers included in the list above due to confidential information designated by Audible Magic being included or being discussed, as required under the protective order.  As such, if Audible Magic does no longer wants certain information designated, it can self-de-designate as it appears it has done with its recent submissions to the Court.  Also, Blue Spike does not have any redactions to make to any of the Court's rulings.

Respectfully, Blue Spike has always had genuine issue with EFF intervening instead of Google, whom Blue Spike believes is the real party in interest behind this request.

Respectfully submitted,

/s/ Randall T. Garteiser
Randall T. Garteiser
  Lead Attorney
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com
GARTEISER HONEA, PLLC
119 W. Ferguson Street
Tyler, Texas 75702
(888) 908-4400
(888) 908-4400 fax

Kirk J. Anderson
  California Bar No. 289043
  kanderson@ghiplaw.com
GARTEISER HONEA, P.C.
44 North San Pedro Road
San Rafael, California 94903
(415) 785-3762
(415) 785-3805 fax

*Counsel for Blue Spike, LLC*

**CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing document was filed and served electronically via the Court's Electronic Filing System on June 3, 2016 in compliance with Local Rule CV-5(a)(3)(A). As such, this document was served on all counsel who are deemed to have consented to electronic service. *See* Local Rule CV-5(a)(2)(A).

  /s/ Randall Garteiser
Randall Garteiser
