**APPENDIX 1**

**FRANCIS E. MCGOVERN**
401 WEST ALABAMA
HOUSTON, TEXAS 77006

TEL: 202-721-0954                                                                                               FAX: 202-797-3619

November 12, 2015

The Honorable Caroline M. Craven
United States Courthouse and Post Office
500 North State Line Ave, Room 401
P O Box 2090
Texarkana, TX 75504

      RE: Blue Spike, LLC v. Texas Instruments, Inc.

Dear Judge Craven:

      In accordance with the order of appointment, I am enclosing herewith my itemized statement and summary statement for time and expenses relating to my services on the Blue Spike matter for September 2015 totaling $6,822.48. Please have payment remitted to:

            Francis E. McGovern
            401 West Alabama St.
            Houston, TX  77006

Please call me if you have any questions.

                                  Sincerely,

                                  Francis E. McGovern

Enclosures
jr

FRANCIS E. MCGOVERN
Statement for Services
Blue Spike, LLC v. Texas Instruments, Inc.

September 2015

| Date | Description | Hours |
|---|---|---|
| 9/3 0 | Telephone conference with Court; reading material from counsel | 0.50 |
| 9/4 | Telephone conference with Court; reading material from | 1.25 |
| 9/11 | Telephone conference with Court; reading material from counsel | 1.00 |
| 9/18 | Reading material from counsel; telephone conference with counsel | 2.00 |
| 9/21 | Reading material from counsel; telephone conference with counsel | 1.50 |
| 9/22 | Reading material from counsel; telephone conference with counsel; telephone conference with Court | 1.00 |
| 9/23 | Reading material from counsel; telephone conference with counsel; telephone conference with Court | 1.25 |
| | Total hours | 8.50 |

## Francis E. McGovern
## Statement for Expenses
### Blue Spike, LLC v. Texas Instruments, Inc.

September 2015

| | | |
|---|---|---|
| Other out of pocket expenses including long distance, deliveries and photocopying | $ | 21.37 |

## FRANCIS E. MCGOVERN
## Summary
### Blue Spike, LLC v. Texas Instruments, Inc.

September 2015

| | |
|---|---:|
| Total Hours | 8.50 |
| Total Hours @ $800 per hour | $ 6,800.00 |
| Total Expenses | 21.37 |
| Total amount due | $ 6,821.37 |

Approved for Disbursement

_____
CAROLINE M. CRAVEN
UNITED STATES ~~DISTRICT~~ JUDGE
*Magistrate*

**FRANCIS E. MCGOVERN**
**401 WEST ALABAMA**
**HOUSTON, TEXAS 77006**

TEL: 202-721-0954                                                                                           FAX: 202-797-3619

January 4, 2016

The Honorable Caroline M. Craven
United States Courthouse and Post Office
500 North State Line Ave, Room 401
P O Box 2090
Texarkana, TX 75504

     RE:  Blue Spike, LLC v. Texas Instruments, Inc.

Dear Judge Craven:

     In accordance with the order of appointment, I am enclosing herewith my itemized statements and summary statements for time and expenses relating to my services on the Blue Spike matter for October 2015 in the amount of $9,642.08 and November 2015 in the amount of $3,413.80 totaling $13,055.88.  Please have payment remitted to:

                        Francis E. McGovern
                        401 West Alabama St.
                        Houston, TX  77006

Please call me if you have any questions.

Sincerely,

*/s/ Francis E. McGovern*
Francis E. McGovern

Enclosures
jr

FRANCIS E. MCGOVERN
Statement for Services
Blue Spike, LLC v.Texas Instruments, Inc.

October 2015

| | | |
|---|---|---|
| 10/2 | Telephone conference with counsel; reading material from counsel; telephone conference with Court | 1.25 |
| 10/5 | Telephone conference with counsel; reading material from counsel; telephone conference with Court | 2.75 |
| 10/6 | Telephone conference with counsel; reading material from | 1.50 |
| 10/7 | Telephone conference with counsel | 0.75 |
| 10/12 | Telephone conference with counsel | 0.50 |
| 10/13 | Telephone conference with counsel; reading material from counsel; telephone conference with Court | 1.75 |
| 10/16 | Telephone conference with counsel; reading material from counsel; telephone conference with Court | 1.50 |
| 10/19 | Telephone conference with counsel; reading material from counsel; telephone conference with Court | 2.00 |
| | Total hours | 12.00 |

FRANCIS E. MCGOVERN
Statement for Expenses
Blue Spike, LLC v. Texas Instruments, Inc.

October 2015
_____

| | | |
|---|---|---|
| Other out of pocket expenses including long distance, deliveries and photocopying | $ | 42.08 |

## Francis E. McGovern
### Summary
### Blue Spike, LLC v. Texas Instruments, Inc.

October 2015

| | |
|---|---|
| Total Hours | 12.00 |
| Total Hours @ $800 per hour | $ 9,600.00 |
| Total Expenses | 42.08 |
| Total amount due | $ 9,642.08 |

Approved for Disbursement

_____
CAROLINE M. CRAVEN
UNITED STATES ~~DISTRICT~~ JUDGE
*Magistrate*

FRANCIS E. MCGOVERN
Statement for Services
Blue Spike, LLC v. Texas Instruments, Inc.

November 2015

| Date | Description | Hours |
|---|---|---|
| 11/4 | Telephone conference with counsel; reading material from counsel; telephone conference with Court | 1.25 |
| 11/5 | Telephone conference | 0.25 |
| 11/6 | Telephone conference | 0.25 |
| 11/10 | Telephone conference with counsel | 0.25 |
| 11/30 | Telephone conference with counsel; reading material from counsel; telephone conference with Court | 2.25 |
| | Total hours | 4.25 |

# Francis E. McGovern
## Statement for Expenses
### Blue Spike, LLC v. Texas Instruments, Inc.

November 2015

| | | |
|---|---|---|
| Other out of pocket expenses including long distance, deliveries and photocopying | $ | 13.80 |

## Francis E. McGovern
## Summary
### Blue Spike, LLC v. Texas Instruments, Inc.

November 2015

| | | |
|---|---|---|
| Total Hours | | 4.25 |
| Total Hours @ $800 per hour | $ | 3,400.00 |
| Total Expenses | | 13.80 |
| Total amount due | $ | 3,413.80 |

Approved for Disbursement

_Caroline M. Craven_
CAROLINE M. CRAVEN
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

**FRANCIS E. MCGOVERN**
401 WEST ALABAMA
HOUSTON, TEXAS 77006

TEL: 202-721-0954                                                                FAX: 202-797-3619

January 28, 2016

The Honorable Caroline M. Craven
United States Courthouse and Post Office
500 North State Line Ave, Room 401
P O Box 2090
Texarkana, TX 75504

    RE: Blue Spike, LLC v. Texas Instruments, Inc.

Dear Judge Craven:

    In accordance with the order of appointment, I am enclosing herewith my itemized statements and summary statements for time and expenses relating to my services on the Blue Spike matter for December 2015 in the amount of $5,620. Please have payment remitted to:

        Francis E. McGovern
        401 West Alabama St.
        Houston, TX 77006

Please call me if you have any questions.

        Sincerely,

        Francis E. McGovern

Enclosures
jr

FRANCIS E. MCGOVERN
Statement for Services
Blue Spike, LLC v. Texas Instruments, Inc.

'December 2015

| | | |
|---|---|---:|
| 12/1 | Telephone conferences with counsel | 0.50 |
| 12/2 | Telephone conferences with counsel | 0.25 |
| 12/7 | Telephone conferences with counsel | 0.75 |
| 12/9 | Telephone conferences with counsel; drafting proposal | 3.25 |
| 12/10 | Telephone conference with counsel | 0.50 |
| 12/11 | Telephone conference with counsel; reading material from | 1.50 |
| 12/17 | Telephone conference with counsel; reading material from | 0.25 |
| | Total hours | 7.00 |

FRANCIS E. MCGOVERN
Statement for Expenses
Blue Spike, LLC v. Texas Instruments, Inc.

'December 2015

| | | |
|---|---|---|
| Other out of pocket expenses including long distance, deliveries and photocopying | $ | 20.46 |

## Francis E. McGovern
## Summary
### Blue Spike, LLC v. Texas Instruments, Inc.

December 2015

| | |
|---|---:|
| Total Hours | 7.00 |
| Total Hours @ $800 per hour | $ 5,600.00 |
| Total Expenses | 20.46 |
| Total amount due | $ 5,620.46 |

Approved for Disbursement

_/s/ Caroline M. Craven_

CAROLINE M. CRAVEN
UNITED STATES ~~DISTRICT~~ JUDGE
_Magistrate_

**FRANCIS E. MCGOVERN**
401 WEST ALABAMA
HOUSTON, TEXAS 77006

TEL: 202-721-0954  FAX: 202-797-3619

February 28, 2016

The Honorable Caroline M. Craven
United States Courthouse and Post Office
500 North State Line Ave, Room 401
P O Box 2090
Texarkana, TX 75504

    RE: Blue Spike, LLC v. Texas Instruments, Inc.

Dear Judge Craven:

    In accordance with the order of appointment, I am enclosing herewith my itemized statements and summary statements for time and expenses relating to my services on the Blue Spike matter for January 2016 in the amount of $3,412.73. Please have payment remitted to:

        Francis E. McGovern
        401 West Alabama St.
        Houston, TX 77006

Please call me if you have any questions.

        Sincerely,

        Francis E. McGovern

Enclosures
jr

# Francis E. McGovern
## Statement for Services
### Blue Spike, LLC v. Texas Instruments, Inc.

January 2016

| Date | Description | Hours |
|---|---|---|
| 1/5 | Telephone conferences; reading material from counsel | 0.50 |
| 1/8 | Telephone conferences; reading material from counsel; telephone conference with Court | 0.75 |
| 1/11 | Telephone conference; reading material from counsel | 0.75 |
| 1/13 | Telephone conference; reading material from counsel | 1.00 |
| 1/14 | Telephone conference; reading material from counsel | 0.50 |
| 1/19 | Telephone conference; reading material from counsel | 0.50 |
| 1/25 | Reading material from counsel | 0.25 |
| | Total hours | 4.25 |

FRANCIS E. MCGOVERN
Statement for Expenses
Blue Spike, LLC v. Texas Instruments, Inc.

January 2016

| | | |
|---|---|---|
| Other out of pocket expenses including long distance, deliveries and photocopying | $ | 12.73 |

## Francis E. McGovern
### Summary
#### Blue Spike, LLC v. Texas Instruments, Inc.

January 2016

| | | |
|---|---|---|
| Total Hours | | 4.25 |
| Total Hours @ $800 per hour | $ | 3,400.00 |
| Total Expenses | | 12.73 |
| Total amount due | $ | 3,412.73 |

Approved for Disbursement

_____
CAROLINE M. CRAVEN
UNITED STATES ~~DISTRICT~~ JUDGE
*Magistrate*