# EXHIBIT 7

# Ramsey, Gabriel M.

| | |
|---|---|
| **Subject:** | BS M&C |
| **Location:** | 888-908-4400, 6, x104, 1188# |
| **Start:** | Fri 9/25/2015 10:00 AM |
| **End:** | Fri 9/25/2015 10:30 AM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |
| **Organizer:** | Caridis, Alyssa |
| **Required Attendees:** | Ramsey, Gabriel M. |