UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| *Plaintiff*, | § § | Case No. 6:15-cv-584-MHS |
| v. | § § § | |
| AUDIBLE MAGIC CORPORATION, | § § | Jury Trial Demanded |
| *Defendant*. | § § § | |
| AUDIBLE MAGIC CORPORATION, | § § | |
| *Counterclaim Plaintiff* | § § § | |
| v. | § § | |
| BLUE SPIKE, LLC, BLUE SPIKE, INC. and SCOTT A. MOSKOWITZ | § § § § | |
| *Counterclaim Defendants.* | § | |

### ORDER DENYING BLUE SPIKE LLC'S, BLUE SPIKE INC.'S AND SCOTT A. MOSKOWITZ' MOTIONS IN LIMINE

On this day, the Court considered counterclaim defendants Scott Moskowitz, Blue Spike, LLC, or Blue Spike, Inc. (collectively "Blue Spike"), Motions in Limine.  After careful consideration, the Court has determined that each of Blue Spike's Motions in Limine should be, and are hereby DENIED.