# EXHIBIT B

INTERNET ARCHIVE WayBack Machine
http://durietangri.com/attorneys/alex-h-moss  Go
7 captures
15 Nov 14 – 25 Mar 16
SEP **MAR** APR
◀ **16** ▶
2015 **2016** 2017
Close
Help

# Durie Tangri

- home
- our approach
- practice areas
- **attorneys**
  - Benjamin B. Au
  - Adam R. Brausa
  - Johanna Calabria
  - Zac Cox
  - Daralyn J. Durie
  - Michael A. Feldman
  - Joseph C. Gratz
  - Ryan M. Kent
  - Mark A. Lemley
  - Joshua H. Lerner
  - Sonali D. Maitra
  - David F. McGowan
  - Sonal N. Mehta
  - Laura E. Miller
  - **Alex H. Moss**
  - Michael H. Page
  - Andrew L. Perito
  - Clement S. Roberts
  - Robert S. J. Rogoyski
  - Tim Saulsbury
  - Ragesh K. Tangri
  - James S. Tsuei
- staff
- what's new
- contact

## Alex H. Moss

✉ Email Alex    📇 Download vCard    ☎ 415-362-6666



A.B., Harvard College, 2005
J.D., Stanford Law School, 2013

Alex litigates complex commercial cases with a focus on intellectual property and patent litigation.  She has represented clients in a range of copyright, patent, and contract cases with experience arguing motions in federal district court, examining witnesses in deposition and at trial, and writing trial court motions as well as appellate and amicus briefs to the Federal Circuit, Court of Appeals for the District of Columbia, and U.S. Supreme Court.  She also advises clients on technology licensing and policy matters.

Before joining Durie Tangri, Alex served as a law clerk to the Honorable Timothy B. Dyk of the U.S. Court of Appeals for the Federal Circuit, which hears appeals from patent cases before district courts and the Patent Trial and Appeal Board as well as cases before the International Trade Commission, Court of International Trade, and Court of Federal Claims. Judge Dyk also sits by designation in the Eastern District of Texas and on the Court of Appeals for the First Circuit.

Alex received her law degree from Stanford, where she served as Co-President of the Stanford Law and Technology Association, an Editor of the Stanford Technology Law Review, and a Vice-President of the Stanford Mock Trial team. During law school, she was a legal intern at Mozilla, a legal extern at the Electronic Frontier Foundation, and a summer associate for Covington and Burling as well as Fenwick and West.

After graduating from Harvard with honors in government, Alex worked in the independent music industry, including at an independent record label, Rough Trade America, before moving to California to work in artist management for industry icon, Alan McGee. Alex grew up in New York City, where she lived in downtown Manhattan and attended Saint Ann's School in Brooklyn.

Publications include: More deference, more evidence, Daily Journal (Jan. 23, 2015), Clarifying standards for covered business method review, Daily Journal (Feb. 19, 2015) (with Clement Roberts), High-Octane Fee Awards in Patent Cases, ABTL Report, Northern California, Vol. 24 No. 1 (Summer 2015) (with Ragesh Tangri), http://www.abtl.org/report/nc/abtlnorcalvol24no1.pdf.

217 Leidesdorff Street
San Francisco, California 94111
P 415-362-6666 F 415-236-6300