IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC<br><br>        Plaintiff,<br><br>v.<br><br>AUDIBLE MAGIC CORPORATION<br><br>        Defendant<br><br>and ELECTRONIC FRONTIER FOUNDATION<br><br>        Intervenor | Civil Action No. 6:15-cv-00584-RWS-CMC |

**DECLARATION OF STEPHEN RODRIGUEZ**

I, Stephen Rodriguez, declare as follows:

1. I am the billing coordinator at Durie Tangri LLP, counsel for Intervenor Electronic Frontier Foundation ("Intervenor") in this matter. I make this declaration from personal knowledge, and if called to testify, I could and would testify competently thereto.

2. Attached hereto as Exhibit C is a true and correct copy of Durie Tangri's Invoice to Electronic Frontier Foundation for services for the month of March 2016 totaling the amount of $21,015.00.

3. Attached hereto as Exhibit D is a true and correct copy of Durie Tangri's Invoice to Electronic Frontier Foundation for services for the month of April 2016 totaling the amount of $3,145.00.

4. Attached hereto as Exhibit E is a true and correct copy of Durie Tangri's Invoice to Electronic Frontier Foundation for services for the month of May 2016 totaling the amount of $14,945.00.

5. Attached hereto as Exhibit F is a true and correct copy of Durie Tangri's Invoice to Electronic Frontier Foundation for services for the month of June 2016 totaling the amount of $2,595.00.

6. Each of these bills reflects hours billed by Durie Tangri staff at their ordinary and customary hourly rates.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed June 27, 2016, at San Francisco, California.

_____
Stephen Rodriguez