# EXHIBIT C

# Durie Tangri

217 Leidesdorff Street
San Francisco, CA 94111

TEL: 415-362-6666
FAX: 415-236-6300
Fed. Tax ID: 26-4153640

**Attn: Vera Ranieri**  
Electronic Frontier Foundation  
815 Eddy Street  
San Francisco, CA  94109  

SEAL  
Invoice Date: 04/01/2016  
Invoice No.     117834  
Account No.    737.001  
Page No.              1  

RE: Blue Spike, LLC v. Audible Magic Corporation  
Case No. 6:15-cv-00584-RWS-CMC (E.D. of Tex.)

**Professional Services through 03/31/2016**

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 03/07/2016 | AHM | Investigate docket containing sealed entries. | 350.00 | 2.20 | 770.00 |
| 03/10/2016 | AHM | Communicate with party counsel regarding motion to intervene and unseal. | 350.00 | 0.70 | 245.00 |
| 03/11/2016 | AHM | Communicate with party counsel regarding motion to intervene/unseal and related meet and confer. | 350.00 | 1.90 | 665.00 |
| 03/14/2016 | AHM | Communicate with client and party counsel regarding meet and confer/appearance of attorneys. | 350.00 | 1.30 | 455.00 |
| 03/15/2016 | AHM | Communicate with client re: motion/strategy/meet and confer dispute with party counsel. | 350.00 | 1.40 | 490.00 |
| 03/17/2016 | AHM | Revise motion to intervene and unseal. | 350.00 | 2.20 | 770.00 |
| 03/19/2016 | AHM | Revise motion to intervene/unseal. | 350.00 | 8.50 | 2,975.00 |
| 03/20/2016 | AHM | Revise motion to intervene/unseal. | 350.00 | 4.50 | 1,575.00 |
| 03/21/2016 | AHM | Revise/integration motions to intervene and unseal. | 350.00 | 9.70 | 3,395.00 |
| 03/22/2016 | AHM | Discuss response to party counsel with client and firm. | 350.00 | 0.50 | 175.00 |
| | MAL | Correspond with team re: meet and confer. | 900.00 | 0.20 | 180.00 |
| 03/23/2016 | AHM | Communicate internally and with client regarding correspondence with counsel for Blue Spike. | 350.00 | 1.40 | 490.00 |
| | AHM | Draft/revise motion to intervene and unseal. | 350.00 | 1.70 | 595.00 |
| | MAL | Correspond with team re: meet & confer. | 900.00 | 0.20 | 180.00 |
| 03/24/2016 | AHM | Revise motion to intervene/unseal. | 350.00 | 2.20 | 770.00 |

Electronic Frontier Foundation
RE: Blue Spike, LLC v. Audible Magic Corporation
Case No. 6:15-cv-00584-RWS-CMC (E.D. of Tex.)

Invoice Date: 04/01/2016
Invoice No.   117834
Account No.   737.001
Page No.          2

|            |     |                                                                                                              | Rate   | Hours |           |
|------------|-----|--------------------------------------------------------------------------------------------------------------|--------|-------|-----------|
| 03/25/2016 | KMM | Begin cite-checking brief re: EFF's motion to intervene and unseal documents.                                | 170.00 | 2.20  | 374.00    |
| 03/27/2016 | KMM | Continue cite-checking brief re: EFF's motion to intervene and unseal documents.                             | 170.00 | 2.60  | 442.00    |
| 03/28/2016 | AHM | Revise/review motion to intervene/unseal following cite check for filing.                                    | 350.00 | 3.30  | 1,155.00  |
|            | KMM | Continue cite-checking brief re: EFF's motion to intervene and unseal documents.                             | 170.00 | 2.90  | 493.00    |
|            | MAL | Review and revise motion to intervene and unseal.                                                            | 900.00 | 2.10  | 1,890.00  |
| 03/29/2016 | AHM | Revise motion and accompanying documents/prepare for filing/manage filing.                                   | 350.00 | 4.80  | 1,680.00  |
|            | KMM | Prepare documents for filing re: EFF's motion to intervene and unseal documents.                             | 170.00 | 2.90  | 493.00    |
|            | KMM | Review, edit, and finalize attorney declaration re: EFF's motion to intervene and unseal documents.          | 170.00 | 1.30  | 221.00    |
|            | KMM | Review, edit, and finalize brief re: EFF's motion to intervene and unseal documents.                         | 170.00 | 1.60  | 272.00    |
|            | KMM | Review, edit, and finalize proposed complaint in intervention re: EFF's motion to intervene and unseal documents. | 170.00 | 0.50  | 85.00     |
|            | MAL | Work on filing; correspond with Ranieri & Moss re: consent.                                                  | 900.00 | 0.20  | 180.00    |
|            |     | **For Current Services Rendered**                                                                            |        | 63.00 | 21,015.00 |

Summary of Fees

| Timekeeper       | Hours | Rate     | Total      |
|------------------|-------|----------|------------|
| Mark A. Lemley   | 2.70  | $900.00  | $2,430.00  |
| Alex H. Moss     | 46.30 | 350.00   | 16,205.00  |
| Kevin M. Metti   | 14.00 | 170.00   | 2,380.00   |

|            |     |                          |        |           |
|------------|-----|--------------------------|--------|-----------|
| 03/31/2016 | MAL | Pro bono credit          | 900.00 | -21,015.00 |
|            |     | **Total Credits for Fees** |        | -21,015.00 |

**Balance Due**                                                                                                                                            $0.00

**Please make checks payable to Durie Tangri LLP**