# EXHIBIT D

# Durie Tangri

217 Leidesdorff Street
San Francisco, CA 94111

TEL: 415-362-6666
FAX: 415-236-6300
Fed. Tax ID: 26-4153640

**Attn: Vera Ranieri**                    **SEAL**
Electronic Frontier Foundation       Invoice Date: 05/01/2016
815 Eddy Street                      Invoice No.    117958
San Francisco, CA 94109            Account No.    737.001
                                                     Page No.          1

RE: Blue Spike, LLC v. Audible Magic Corporation
      Case No. 6:15-cv-00584-RWS-CMC (E.D. of Tex.)

**Professional Services through 04/30/2016**

| Date | TK | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 04/05/2016 | MAL | Appear in ED Tex. | 900.00 | 0.20 | 180.00 |
| 04/06/2016 | AHM | Draft/revise email to Blue Spike counsel in response to Audible counsel email proposing meet and confer. | 350.00 | 0.60 | 210.00 |
| 04/15/2016 | AHM | Review opposition filed by blue spike; discuss stategy for reply. | 350.00 | 0.80 | 280.00 |
| 04/16/2016 | AHM | Review ED Tex rules regarding reply. | 350.00 | 1.10 | 385.00 |
|  | MAL | Review opposition to motion to unseal; correspond with team re: reply. | 900.00 | 0.30 | 270.00 |
| 04/18/2016 | AHM | Discuss with Lemley and client re: next steps following order granting leave to intervene. | 350.00 | 0.50 | 175.00 |
|  | AHM | Draft/revise draft order regarding sealing. | 350.00 | 0.30 | 105.00 |
|  | MAL | Work on reply brief; correspond with Ranieri & Moss re: same; review Audible Mgic filing; review court order; telephone conference with Ranieri, Nazer, & Moss. | 900.00 | 1.20 | 1,080.00 |
| 04/22/2016 | AHM | Discuss/strategize response to email inquiry from Blue Spike's counsel. | 350.00 | 0.80 | 280.00 |
|  | MAL | Legal research; correspond with Ranieri & Moss re: supplemental submission. | 900.00 | 0.20 | 180.00 |
|  |  | **For Current Services Rendered** |  | 6.00 | 3,145.00 |

**Summary of Fees**

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Mark A. Lemley | 1.90 | $900.00 | $1,710.00 |
| Alex H. Moss | 4.10 | 350.00 | 1,435.00 |

| Date | TK | Description | Rate |  | Amount |
|---|---|---|---:|---:|---:|
| 04/30/2016 | MAL | Pro bono credit | 900.00 |  | -3,145.00 |
|  |  | **Total Credits for Fees** |  |  | -3,145.00 |

Electronic Frontier Foundation  
RE: Blue Spike, LLC v. Audible Magic Corporation  
Case No. 6:15-cv-00584-RWS-CMC (E.D. of Tex.)

SEAL  
Invoice Date: 05/01/2016  
Invoice No. 117958  
Account No. 737.001  
Page No. 2

**Balance Due** $0.00

**Please make checks payable to Durie Tangri LLP**