# EXHIBIT E

# Durie Tangri

217 Leidesdorff Street
San Francisco, CA 94111

TEL: 415-362-6666
FAX: 415-236-6300
Fed. Tax ID: 26-4153640

**Attn: Vera Ranieri**  
Electronic Frontier Foundation  
815 Eddy Street  
San Francisco, CA   94109  

SEAL  
Invoice Date: 05/01/2016  
Invoice No.     903323  
Account No.     737.001  
Page No.                1  

RE: Blue Spike, LLC v. Audible Magic Corporation  
Case No. 6:15-cv-00584-RWS-CMC (E.D. of Tex.)

**Professional Services through 05/31/2016**

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 05/02/2016 | MAL | Review opposition and proposed order. | 900.00 | 0.20 | 180.00 |
| 05/03/2016 | AHM | Review opposition; resarch cases; draft outline for reply motion to seal. | 350.00 | 4.00 | 1,400.00 |
| 05/04/2016 | AHM | Draft outline reply to unealing motion. | 350.00 | 4.00 | 1,400.00 |
| 05/05/2016 | MAL | Work on reply brief; correspond with team re: same. | 900.00 | 0.50 | 450.00 |
| 05/06/2016 | AHM | Draft reply motion. | 350.00 | 0.60 | 210.00 |
|  | MAL | Work on reply brief. | 900.00 | 0.40 | 360.00 |
| 05/07/2016 | AHM | Draft and circulate reply motion. | 350.00 | 6.70 | 2,345.00 |
| 05/09/2016 | AHM | Revise/circulate/revise/discuss draft reply motion to unseal. | 350.00 | 2.30 | 805.00 |
| 05/10/2016 | AHM | Revise/review/transmit clean and redline versions of reply for review; communicate with team regarding cite check logistics. | 350.00 | 1.40 | 490.00 |
| 05/11/2016 | AHM | Manage/organize cite check and filing logistics. | 350.00 | 1.10 | 385.00 |
|  | AHM | Research electronic filing requirements. | 350.00 | 0.70 | 245.00 |
|  | KMM | Confer with Moss re: EFF's reply brief in support of motion to unseal. | 170.00 | 0.20 | 34.00 |
|  | KMM | Cite check EFF's reply brief in support of motion to unseal. | 170.00 | 3.80 | 646.00 |
| 05/12/2016 | AHM | Manage filing of reply draft. | 350.00 | 1.50 | 525.00 |
|  | AHM | Review/finalize reply following cite check;. | 350.00 | 3.50 | 1,225.00 |
|  | AHM | Research and investigate requirements for intervention for purposes of unsealing. | 350.00 | 0.60 | 210.00 |
|  | KMM | Continue and complete cite check of EFF's reply brief in support of motion to unseal. | 170.00 | 3.00 | 510.00 |
|  | MAL | Review and revise brief for filing; work on docketing issues. | 900.00 | 0.30 | 270.00 |

RE: Blue Spike, LLC v. Audible Magic Corporation
    Case No. 6:15-cv-00584-RWS-CMC (E.D. of Tex.)

Invoice Date: 05/01/2016
Invoice No. 903323
Account No. 737.001
Page No. 2

| Date | TK | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/13/2016 | AHM | Revise reply motion to unseal in compliance with page limits for non-dispositive motion. | 350.00 | 2.80 | 980.00 |
| | AHM | Manage filing/staff/logistics of filing/revisions to reply motion. | 350.00 | 1.90 | 665.00 |
| | MAL | Work on revised reply brief. | 900.00 | 0.20 | 180.00 |
| 05/16/2016 | AHM | Review district court order adopting magistrate R&R on dismissal of counterclaims; communicate with Lemley and client regarding response/strategy. | 350.00 | 0.70 | 245.00 |
| | MAL | Review order adopting report and recommendations; correspond with team re: sur-reply. | 900.00 | 0.20 | 180.00 |
| 05/17/2016 | MAL | Review opinion; correspond with team re: next steps and fees. | 900.00 | 0.30 | 270.00 |
| 05/18/2016 | AHM | Review law governing fees motions. | 350.00 | 0.80 | 280.00 |
| | AHM | Research BS patent-related filings with the PTO via PTOPAIR. | 350.00 | 0.80 | 280.00 |
| 05/31/2016 | AHM | Review legal authority and requirements for fees award. | 350.00 | 0.50 | 175.00 |
| | | **For Current Services Rendered** | | 43.00 | 14,945.00 |

Summary of Fees

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Mark A. Lemley | 2.10 | $900.00 | $1,890.00 |
| Alex H. Moss | 33.90 | 350.00 | 11,865.00 |
| Kevin M. Metti | 7.00 | 170.00 | 1,190.00 |

| Date | TK | Description | Rate | | Amount |
|---|---|---|---|---|---|
| 05/31/2016 | MAL | Pro bono credit | 900.00 | | -14,945.00 |
| | | **Total Credits for Fees** | | | -14,945.00 |

**Balance Due**      $0.00

**Please make checks payable to Durie Tangri LLP**