# EXHIBIT F

# Durie Tangri

217 Leidesdorff Street
San Francisco, CA 94111

TEL: 415-362-6666
FAX: 415-236-6300
Fed. Tax ID: 26-4153640

**Attn: Vera Ranieri**
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA   94109

SEAL
Invoice Date:  06/01/2016
Invoice No.    903324
Account No.    737.001
Page No.              1

RE: Blue Spike, LLC v. Audible Magic Corporation
    Case No. 6:15-cv-00584-RWS-CMC (E.D. of Tex.)

**Professional Services through 06/30/2016**

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| 06/01/2016 | MAL | Correspond with team re: redactions and fees. | 900.00 | 0.40 | 360.00 |
|  | AHM | Communicate with Durie Tangri team, client, opposing counsel regarding Audible Magic's filing and potential review by EFF. | 350.00 | 0.50 | 175.00 |
| 06/03/2016 | MAL | Correspond with team re: fees motion. | 900.00 | 0.10 | 90.00 |
| 06/06/2016 | MAL | Review redacted briefs and opinions; correspond with team re: same. | 900.00 | 0.40 | 360.00 |
| 06/09/2016 | MAL | Review and revise meet and confer letter re: fees. | 900.00 | 0.10 | 90.00 |
|  | AHM | Communicate with client and Lemley regarding response to garteiser email about meet and confer on attorney fee motion. | 350.00 | 0.70 | 245.00 |
|  | AHM | Discuss and strategize meet and confer email regarding fees motion and arguments for motion with client. | 350.00 | 0.30 | 105.00 |
| 06/12/2016 | MAL | Correspond with team re: meet and confer over fees. | 900.00 | 0.20 | 180.00 |
| 06/19/2016 | MAL | Correspond with team re: new filings under seal. | 900.00 | 0.20 | 180.00 |
| 06/20/2016 | MAL | Correspond with team re: fee motion settlement proposal. | 900.00 | 0.20 | 180.00 |
| 06/21/2016 | MAL | Review redacted public filings. | 900.00 | 0.30 | 270.00 |
| 06/22/2016 | MAL | Correspond with Ranieri re: orders remaining sealed. | 900.00 | 0.10 | 90.00 |
| 06/23/2016 | MAL | Correspond with Ranieri re: unsealing. | 900.00 | 0.10 | 90.00 |
|  | MAL | Prepare billing records for fee motion. | 900.00 | 0.20 | 180.00 |

**Electronic Frontier Foundation** SEAL
RE: Blue Spike, LLC v. Audible Magic Corporation
   Case No. 6:15-cv-00584-RWS-CMC (E.D. of Tex.)

Invoice Date: 06/01/2016
Invoice No. 903324
Account No. 737.001
Page No. 2

| | | | | Rate | Hours | |
|---|---|---|---|---|---|---|
| | **For Current Services Rendered** | | | | 3.80 | 2,595.00 |

Summary of Fees

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Mark A. Lemley | 2.30 | $900.00 | $2,070.00 |
| Alex H. Moss | 1.50 | 350.00 | 525.00 |

| 06/30/2016 | MAL | Pro bono credit | 900.00 | -2,595.00 |
|---|---|---|---|---|
| | | **Total Credits for Fees** | | -2,595.00 |

**Balance Due** $0.00

**Please make checks payable to Durie Tangri LLP**