IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC<br><br>  Plaintiff,<br><br>v.<br><br>AUDIBLE MAGIC CORPORATION<br><br>  Defendant.<br><br>and ELECTRONIC FRONTIER FOUNDATION<br><br>  Intervenor. | Civil Action No. 6:15-cv-00584-RWS-CMC |

**[PROPOSED] ORDER GRANTING MOTION OF THE ELECTRONIC FRONTIER FOUNDATION FOR SANCTIONS PURSUANT TO 28 U.S.C. § 1927 AND THE COURT'S INHERENT AUTHORITY**

On this day, the Court considered the Electronic Frontier Foundation's ("EFF") Motion for Sanctions pursuant to 28 U.S.C. § 1927 and the Court's Inherent Authority.

Having considered the motion, any opposition, and the facts known to the Court,

The Court hereby GRANTS EFF's motion, and sanctions Blue Spike and Garteiser Honea P.C., jointly and severally pursuant to the Court's inherent authority, and Garteiser Honea P.C., pursuant to 28 U.S.C. § 1927.

The Court ORDERS Blue Spike and Garteiser Honea P.C. to pay EFF its attorneys' fees incurred in bringing its Motion to Intervene and Unseal, in the amount detailed in Exhibits C-F to the Declaration of Stephen Rodriguez.