# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| *Plaintiff,* | § | Case No. 6:15-cv-584-MHS |
| v. | § | |
| AUDIBLE MAGIC CORPORATION, | § | Jury Trial Demanded |
| *Defendant.* | § | |
| AUDIBLE MAGIC CORPORATION, | § | |
| *Counterclaim Plaintiff* | § | |
| v. | § | |
| BLUE SPIKE, LLC, BLUE SPIKE, INC. and SCOTT A. MOSKOWITZ | § | |
| *Counterclaim Defendants.* | § | |

## **ORDER**

The Court having considered Defendant Audible Magic Corp.'s Motion for Leave to File Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c), finds good cause having been shown and being of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED, AND DECREED that Defendant Audible Magic Corp.'s Motion for Leave to File Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c) is hereby GRANTED.