**Exhibit 2**



United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments on the Web** > **Patent Query**

# Patent Assignment Details

**NOTE: Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.**

| | | |
|---|---|---|
| **Reel/Frame:** 028725/0058 | | **Pages:** 8 |
| | **Recorded:** 08/05/2012 | |
| **Attorney Dkt #:** SCOT0001 | | |
| **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | | |

**Total properties:** 5

| # | Patent #: | Issue Dt: | Application #: | Filing Dt: |
|---|---|---|---|---|
| 1 | 7346472 | 03/18/2008 | 09657181 | 09/07/2000 |
| | **Title:** METHOD AND DEVICE FOR MONITORING AND ANALYZING SIGNALS | | | |
| 2 | 7660700 | 02/09/2010 | 12005229 | 12/26/2007 |
| | **Publication #:** US20080109417  **Pub Dt:** 05/08/2008 | | | |
| | **Title:** METHOD AND DEVICE FOR MONITORING AND ANALYZING SIGNALS | | | |
| 3 | 7949494 | 05/24/2011 | 12655357 | 12/22/2009 |
| | **Publication #:** US20100106736  **Pub Dt:** 04/29/2010 | | | |
| | **Title:** METHOD AND DEVICE FOR MONITORING AND ANALYZING SIGNALS | | | |
| 4 | 8214175 | 07/03/2012 | 13035964 | 02/26/2011 |
| | **Publication #:** US20110179069  **Pub Dt:** 07/21/2011 | | | |
| | **Title:** METHOD AND DEVICE FOR MONITORING AND ANALYZING SIGNALS | | | |
| 5 | NONE | | 13487119 | 06/01/2012 |
| | **Publication #:** US20120239686  **Pub Dt:** 09/20/2012 | | | |
| | **Title:** Method and device for monitoring and analyzing signals | | | |

**Assignor**
1   BLUE SPIKE, INC.                                                                 **Exec Dt:** 08/04/2012

**Assignee**
1   BLUE SPIKE LLC
    1820 SHILOH ROAD, STE 1201C
    TYLER, TEXAS 75703

**Correspondence name and address**
    BRUCE T. MARGULIES
    4813-B EISENHOWER AVE.
    ALEXANDRIA, VA 22304

Search Results as of: 02/12/2013 05:09 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3.2
Web interface last modified: July 10, 2012 v.2.3.2

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |