# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, <br><br>　　*Plaintiff* <br><br> v. <br><br> AUDIBLE MAGIC CORPORATION <br><br>　　*Defendant* | § § § § § § § § § § | Civil Action No. 6:15-CV-00584-RWS-CMC |
| AUDIBLE MAGIC CORPORATION, <br><br>　　*Counterclaim Plaintiff* <br><br> v. <br><br> BLUE SPIKE, LLC, BLUE SPIKE, INC. and SCOTT A. MOSKOWITZ <br><br>　　*Counterclaim Defendants* | § § § § § § § § § § | |
| BLUE SPIKE, LLC, <br><br>　　*Plaintiff* <br><br> v. <br><br> WIOFFER LLC, FACEBOOK INC., MYSPACE LLC, SPECIFIC MEDIA LLC, PHOTOBUCKET.COM INC., DAILYMOTION INC., DAILYMOTION S.A., SOUNDCLOUD INC., SOUNDCLOUD LTD., MYXER INC., QLIPSO INC., QLIPSO MEDIA NETWORKS LTD., YAP.TV INC., GOMISO INC., IMESH INC., METACAFE INC., BOODABEE TECHNOLOGIES INC., TUNECORE INC., ZEDGE HOLDINGS INC., HARMONIX MUSIC SYSTEMS INC., BRIGHTCOVE INC., COINCIDENT.TV INC., ACCEDO BROADBAND NORTH AMERICA INC., ACCEDO BROADBAND AB, MEDIAFIRE LLC. <br><br>　　*Defendants* | § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 6:15-CV-00585-RWS-CMC |

## **STIPULATED DISMISSAL**

WHEREAS, Plaintiff, Blue Spike LLC, Counter-Defendants Blue Spike Inc., and Scott A. Moskowitz ("Blue Spike entities") and Defendants Audible Magic Corp., on behalf of itself and on behalf of its customers WiOffer LLC, Facebook Inc., Myspace LLC, Specific Media LLC, Photobucket.com Inc., Dailymotion Inc., Dailymotion S.A., Soundcloud Inc., Soundcloud Ltd., Myxer Inc., Qlipso Inc., Qlipso Media Networks Ltd., Yap.tv Inc., GoMiso Inc., Imesh Inc., Metacafe Inc., Boodabee Technologies Inc., Zedge Holdings Inc., Harmonix Music Systems Inc., Brightcove Inc., Coincident.tv Inc., Accedo Broadband North America Inc., Accedo Broadband AB and MediaFire LLC (the "Defendants") (collectively the foregoing are the "Parties"), have agreed to resolve this litigation and have agreed to stipulated dismissal of the claims, counterclaims and causes of action between them;

WHEREAS, the Blue Spike entities and its heirs and assigns agree not to sue Audible Magic again or its customers for making, using, selling, offering for sale or importing an Audible Magic product or service;

WHEREAS, pursuant to this stipulation, Audible Magic's products and services do not and have not infringed any patents owned or controlled by the Blue Spike entities, including but not limited to U.S. Patent Nos. 7,346,472; 7,660,700; 7,949,494; and 8,214,175;

WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Blue Spike LLC stipulates to dismissal with prejudice of its patent infringement claims against each and all of the Defendants;

WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Audible Magic stipulates to dismissal with prejudice of its counterclaims against each and all of Blue Spike LLC, Blue Spike Inc., and Scott A. Moskowitz;

WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Defendants

stipulate to dismissal without prejudice of their declaratory judgment counterclaims in this litigation, if any, against Blue Spike LLC;

WHEREAS, notwithstanding the foregoing, Blue Spike LLC, Blue Spike Inc., Scott A. Moskowitz, on behalf of themselves and their heirs and assigns, and Facebook Inc. expressly agree and stipulate that (1) neither the entry of the stipulated dismissal of Blue Spike LLC's infringement claims nor the dismissal of any of the Defendants' counterclaims or defenses in the above-captioned case shall in any way waive any right of Facebook Inc. or its affiliates, subsidiaries or successors-in-interest (hereafter collectively referred to as "Facebook") to assert the same or similar counterclaims or defenses or to assert any other claim, counterclaims or defenses, in any other litigation between Blue Spike LLC, Blue Spike Inc., Scott A. Moskowitz (or their heirs and assigns) and Facebook, (2) the claim construction order in this case is not binding in any way on Facebook (under the doctrine of claim preclusion, issues preclusion, or any other legal or equitable doctrine) in any other litigation between Blue Spike LLC, Blue Spike Inc., Scott A. Moskowitz (or their heirs and assigns) and Facebook, and (3) the instant dismissal in this case shall have no res judicata or collateral estoppel effect as to any claim, counterclaim, or defense of Facebook in any other litigation between Blue Spike LLC, Blue Spike Inc., Scott A. Moskowitz (or their heirs and assigns) and Facebook;

WHEREAS, the parties shall bear their own attorneys' fees, expenses and costs;

WHEREAS, in view of this stipulated dismissal, the parties agree to dismissal of the claims and counterclaims on the terms herein, agree to entry of the Proposed Order of Dismissal attached hereto as **Exhibit 1** and agree that the Clerk of the Court be ordered to close the following cases:

- *Blue Spike LLC v. Audible Magic Corp. et al.*, 6:15-cv-584-RWS-CMC, and
- *Blue Spike LLC v. WiOffer, LLC et al.*, 6:15-cv-585-RWS-CMC

Dated:  July 1, 2016
By:

| */s/ Randall T. Garteiser* | */s/ Eric H. Findlay* |
|---|---|
| Randall T. Garteiser – *LEAD ATTORNEY* (Texas Bar No. 24038912) Christopher A. Honea (Texas Bar No. 24059967) Kirk J. Anderson (California Bar No. 289043) GARTEISER HONEA, P.C. 119 W. Ferguson Street Tyler, Texas 75702 Telephone:  (903) 705-0828 Facsimile:  (888) 908-4400 rgarteiser@ghiplaw.com chonea@ghiplaw.com kanderson@ghiplaw.com  Attorneys for Blue Spike LLC, Blue Spike Inc., and Scott A. Moskowitz | Eric H. Findlay (Texas Bar No. 00789886) Walter W. Lackey, Jr. (Texas Bar No. 24050901) FINDLAY CRAFT, P.C. 102 N. College Ave, Suite 900 Tyler, TX 75702 Telephone:  (903) 534-1100 Facsimile:  (903) 534-1137 efindlay@findlaycraft.com wlackey@findlaycraft.com  Gabriel M. Ramsey – *LEAD ATTORNEY* I. Neel Chatterjee ORRICK, HERRINGTON & SUTCLIFFE, LLP 1000 Marsh Road Menlo Park, CA 94025 Telephone:  (650) 614-7400 Facsimile:  (650) 614-7401 gramsey@orrick.com nchatterjee@orrick.com  Alyssa M. Caridis ORRICK, HERRINGTON & SUTCLIFFE, LLP 777 S. Figueroa St. Suite 3200 Los Angeles, CA 90017 Telephone:  (213) 629-2020 Facsimile:  (213) 612-2499 acaridis@orrick.com  Christopher J. Higgins ORRICK, HERRINGTON & SUTCLIFFE, LLP 1152 15th Street, N.W. Washington, DC 20005-1706 Telephone:  (202) 339-8400 Facsimile:  (202) 339-8500 chiggins@orrick.com  Attorneys for Audible Magic, Corp., WiOffer LLC, Facebook Inc., Myspace LLC, Specific Media LLC, Photobucket.com Inc., Dailymotion Inc., Dailymotion S.A., Soundcloud Inc., Soundcloud Ltd., Myxer Inc., Qlipso Inc., Qlipso Media Networks Ltd., Yap.tv Inc., GoMiso Inc., Imesh Inc., Metacafe Inc., Boodabee |

Technologies Inc., Zedge Holdings Inc., Harmonix Music Systems Inc., Brightcove Inc., Coincident.tv Inc., Accedo Broadband North America Inc., Accedo Broadband AB and MediaFire LLC

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document, *via* electronic mail on this the 1st day of July, 2016.

*/s/ Eric H. Findlay*
Eric H. Findlay