IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC<br><br>      Plaintiff,<br><br>v.<br><br>AUDIBLE MAGIC CORPORATION<br><br>      Defendant.<br><br>and ELECTRONIC FRONTIER FOUNDATION<br><br>      Intervenor | Civil Action No. 6:15-cv-00584-RWS-CMC |

**INTERVENOR ELECTRONIC FRONTIER FOUNDATION'S NOTICE REGARDING CONTINUED PENDENCY OF MOTION FOR SANCTIONS**

Intervenor Electronic Frontier Foundation ("EFF") respectfully submits this notice to clarify that EFF is not a party to any settlement and to advise the court that its Motion for Sanctions, Dkt. 136 and associated filings, remains pending and has not been resolved by any settlement.

EFF submits this clarification in light of Plaintiffs-Counterclaim Defendants and Defendant-Counterclaim Plaintiff's (collectively, the "Settling Parties") Notice of Settlement. Dkt. 140. EFF objects to the Settling Parties' settlement and proposed order, *see* Dkt. 140-2, to the extent it would purport to moot or otherwise resolve EFF's pending motion.

Dated: July 2, 2016

                By:    */s/ Vera Ranieri*
                      Vera Ranieri

                   Vera Ranieri (admitted E.D. Tex.)
                   (CA Bar No. 271594)
                   ELECTRONIC FRONTIER FOUNDATION

    815 Eddy Street
San Francisco, CA 94109
Phone: (415) 436-9333
Email: vera@eff.org

Mark A. Lemley (admitted E.D. Tex.)
(CA Bar No. 155830)
DURIE TANGRI, LLP
217 Leidesdorff Street
San Francisco, CA 94111
Phone: (415) 362-6666
Email: mlemley@durietangri.com

Attorneys for Intervenor
Electronic Frontier Foundation

## CERTIFICATE OF SERVICE

I, Vera Ranieri, hereby certify that on July 2, 2016 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

    */s/ Vera Ranieri*
    Vera Ranieri