**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| *Plaintiff* | § § | |
| v. | § § | |
| AUDIBLE MAGIC CORPORATION | § § | Civil Action No. 6:15-CV-00584-RWS-CMC |
| *Defendant* | § § § | |
| | § § | |
| AUDIBLE MAGIC CORPORATION, | § § | |
| *Counterclaim Plaintiff* | § § | |
| v. | § § | |
| BLUE SPIKE, LLC, BLUE SPIKE, INC. and SCOTT A. MOSKOWITZ | § § § | |
| *Counterclaim Defendants* | § § § § | |

**JOINT NOTICE OF COMPLIANCE OF COURT'S ORDER AND FILING PUBLIC**
**REDACTED VERSION OF PROPOSED JOINT FINAL PRETRIAL ORDER**

Counterclaim Plaintiff, Audible Magic Corp. ("Audible Magic") and Counterclaim

defendants Blue Spike, LLC, Blue Spike, Inc. and Scott A. Moskowitz (collectively "Blue Spike"),

respectfully submit this joint notice of compliance with the Court's Order, Dkt. No. 128, and

hereby files a public redacted version of the Proposed Joint Final Pretrial Order which was filed

under seal on June 17, 2016 as Dkt. No. 117.

| | |
|---|---|
| DATED:  July 5, 2016 | Respectfully submitted, |
| By: */s/ Randall Garteiser* | By: */s/ Eric H. Findlay* |
| Randall T. Garteiser | Eric H. Findlay |
| Lead Attorney | Texas Bar No. 00789886 |
| Texas Bar No. 24038912 | efindlay@findlaycraft.com |
| rgarteiser@ghiplaw.com | Walter W. Lackey, Jr. |

Christopher A. Honea
Texas Bar No. 24059967
 chonea@ghiplaw.com
Christopher S. Johns
 Texas Bar No. 24044849
Kirk J. Anderson
 California Bar No. 289043
 kanderson@ghiplaw.com
Molly A. Jones
 California Bar No. 301419
 mjones@ghiplaw.com
Garteiser Honea, P.C.
119 W. Ferguson Street
Tyler, Texas 75702
(903) 705-7420
(888) 908-4400 fax

*Attorneys for Blue Spike, LLC, Blue Spike, Inc. and Scott A. Moskowitz*

 Texas Bar No. 24050901
 efindlay@findlaycraft.com
Findlay Craft, P.C.
102 N. College Ave, Suite 900
Tyler, Texas 75702
(903) 534-1100
(903) 534-1137 fax

Gabriel M. Ramsey
 Lead Attorney
 California Bar No. 209218, admitted
E.D. Texas
 gramsey@orrick.com
I. Neel Chatterjee
 California Bar No. 173985, admitted
E.D. Texas
 nchatterjee@orrick.com
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, California 94025
(650) 614-7400
(650) 614-7401 fax

Alyssa M. Caridis
 California Bar No. 260103, admitted
E.D. Texas
 acaridis@orrick.com
Orrick, Herrington & Sutcliffe LLP
777 S. Figueroa St., Suite 3200
Los Angeles, California 90017
(213) 629-2020
(213) 612-2499 fax

Christopher J. Higgins
 Washington D.C. Bar No. 498165,
admitted pro hac vice
 chiggins@orrick.com
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N.W.
Washington, D.C. 20005-1706
(202) 339-8400
(202) 339-8500

*Attorneys for Audible Magic Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

/s/ *Eric H. Findlay*
 Eric H. Findlay