# EXHIBIT A-1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, §<br>§<br>*Plaintiff* §<br>§<br>v. §<br>§<br>AUDIBLE MAGIC CORPORATION §<br>§<br>*Defendant* §<br>§<br>§<br>§<br>AUDIBLE MAGIC CORPORATION, §<br>§<br>*Counterclaim Plaintiff* §<br>§<br>v. §<br>§<br>BLUE SPIKE, LLC, BLUE SPIKE, INC. §<br>and SCOTT A. MOSKOWITZ §<br>§<br>*Counterclaim Defendants* §<br>§ | Civil Action No. 6:15-CV-00584-RWS-CMC |

# **AUDIBLE MAGIC'S TRIAL EXHIBIT LIST**

United States District Court
Eastern District of Texas
*Blue Spike LLC v. Audible Magic Corp.* – Case No. 6:15-cv-584-RWS-CMC
Defendant and Counterclaim Plaintiff's Trial Exhibit List

| Def. Ex. No.[1] | Date Offered | Admitted | Description | Document Date | Bates Number | Designation |
|---|---|---|---|---|---|---|
| DTX-1 | | | U.S. Patent No. 7,346,472 – Moskowitz, Berry | 3/18/2008[2] | BLU000001-14 | Public |
| DTX-2 | | | U.S. Patent No. 7,660,700 – Moskowitz, Berry | 2/9/2010 | BLU000015-27 | Public |
| DTX-3 | | | U.S. Patent No. 7,949,494 – Moskowitz, Berry | 5/24/2011 | BLU000028-44 | Public |
| DTX-4 | | | U.S. Patent No. 8,214,175 – Moskowitz, Berry | 7/3/2012 | BLU000045-59 | Public |
| DTX-5 | | | U.S. Patent No. 7,346,472 File History | N/A | BLU0000060-630 | Public |
| DTX-6 | | | U.S. Patent No. 7,660,700 File History | N/A | BLU0000631-1239 | Public |
| DTX-7 | | | U.S. Patent No. 7,949,494 File History | N/A | BLU0001240-1785 | Public |
| DTX-8 | | | U.S. Patent No. 8,214,175 File History | N/A | BLU0001956-2260 | Public |
| DTX-9 | | | Demo computer, Dell Precision T3400 Intel Core2 Duo CPU, 2.66 GHz 3.25 GB of RAM, running Windows XP Professional, Version 2002, Service Pack 3 | 2002 | N/A | Public |
| DTX-10 | | | Demo computer, a Dell D610 laptop, Intel Pentium M, 1.86 GHz .99 GB of RAM, running Windows XP Professional, Version 2002, Service Pack 3 and Ubuntu 10.04 in VirtualBox | 2002 | N/A | Public |
| DTX-11 | | | Demo computer, ASUS Eee PC laptop, Intel Atom, 1.60GHz, .99 GB of RAM, running Windows XP Home Edition, Version 2002, Service Pack 3 | 2002 | N/A | Public |
| DTX-12 | | | Demo computer, Windows 2000 5.00.2195, Service Pack 4, running as a guest in a VirtualBox 4.3.14 virtual machine, on a MacBook Pro laptop, 2.5 GHz Intel Core I5, 8 GB RAM | 2000 | N/A | Public |
| DTX-13 | | | SoundFisher 0.90 | 8/17/2000 | Demo computer and Quackenbush Materials Considered | Public |
| DTX-14 | | | SoundFisher 0.85 | 7/25/2000 | Demo computer and Quackenbush Materials Considered | Public |
| DTX-15 | | | [REDACTED] | 1997-2000 | Demo computer, a Dell D610 laptop | Highly Confidential |
| DTX-16 | | | U.S. Patent No. 5,437,050 | 7/25/1995 | IC-000592-617 | Public |
| DTX-17 | | | U.S. Patent No. 7,194,752 | 3/20/2007 | IC-000001-34 | Public |
| DTX-18 | | | [REDACTED] | 7/1999 | AUDMAG01067957-980 | Highly Confidential |
| DTX-19 | | | [REDACTED] | 8/28/2000 | BLU0376218 | Highly Confidential |
| DTX-20 | | | [REDACTED] | 9/7/2000 | BLU0136636- | Highly |

---

[1] This exhibit list contains exhibits relevant to Audible Magic's counterclaims of derivation and joint inventorship, unjust enrichment, inequitable conduct, Lanham Act violations and unfair competition, in view of the Court's Report and Recommendation to grant summary judgment of non-infringement to Audible Magic, and in view of the fact that such moots Audible Magic's substantive invalidity counterclaims, which may be disposed of provisionally, pending appeal. *See e.g. Nystrom v. Trex Co.*, 339 F.3d 1347 (Fed. Cir. 2003). Audible Magic fully reserves its right to supplement and amend this exhibit list (and to seek to increase the number of permitted exhibits) pending any further development in this case.

[2] For patents listed in this exhibit list, the "Date" reflected are the patents' issue date. These dates are not meant to reflect the patents' priority dates and are not an admission or waiver, whatsoever, of any issue regarding a patent's date of priority, invention, conception or reduction to practice.

United States District Court
Eastern District of Texas
*Blue Spike LLC v. Audible Magic Corp.* – Case No. 6:15-cv-584-RWS-CMC
Defendant and Counterclaim Plaintiff's Trial Exhibit List

| Def. Ex. No.[1] | Date Offered | Admitted | Description | Document Date | Bates Number | Designation |
|---|---|---|---|---|---|---|
| | | | ■■■■■■■■■ | | BLU0136637 | Confidential |
| DTX-21 | | | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | 8/18/2000 | BLU0238095 | Highly Confidential |
| DTX-22 | | | https//web.archive.org/web/19991013145637/http//musclefish.com/frameset.html | 10/13/1999 | N/A | Public |
| DTX-23 | | | https//web.archive.org/web/20000830173916/http//www.musclefish.com/whatsnew.html | 8/30/2000 | N/A | Public |
| DTX-24 | | | https//web.archive.org/web/20000301122056/http//www.musclefish.com/frameset.html | 3/1/2000 | N/A | Public |
| DTX-25 | | | https//web.archive.org/web/19991127074553/http//www.soundfisher.com | 11/27/1999 | N/A | Public |
| DTX-26 | | | AIR DataBlade User Guide release 1.3, June 1997 | 6/1997 | AUDMAG01092688-763 | Public |
| DTX-27 | | | Audio Information Retrieval (AIR) DataBlade Module – From Informix and Muscle Fish | 3/1997 | AUDMAG00064676-77 | Public |
| DTX-28 | | | Audio Signature Project Plans and Rationale | 3/27/1994 | AUDMAG00064271-AUDMAG00064272 | Highly Confidential |
| DTX-29 | | | ■■■■■■■■■■■■■■■ | 6/24/1994 | AUDMAG01625420 | Highly Confidential |
| DTX-30 | | | ■■■■■■■■■■■■■■■ | 6/24/1994 | AUDMAG00698236; AUDMAG00413516 | Highly Confidential |
| DTX-31 | | | ■■■■■■■■■■■■■■■■■■ | 7/27/1994 | AUDMAG00064261-AUDMAG00064265 | Highly Confidential |
| DTX-32 | | | ■■■■■■■■■■■■■■■■■■■■■■■■ | 10/31/1994 | AUDMAG00413460-AUDMAG00413465 | Highly Confidential |
| DTX-33 | | | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■t | 3/2/1995 | AUDMAG00406610-614 | Highly Confidential |
| DTX-34 | | | ■■■■■■■■■■■■■■■ | 9/8/1994 | AUDMAG00064266-AUDMAG00064269 | Highly Confidential |
| DTX-35 | | | ■■■■■■■■■■■■■■■ | 8/9/1994 | AUDMAG01625443 | Highly Confidential |
| DTX-36 | | | ■■■■■■■■■■■■■■■ | 9/14/1994 | AUDMAG01683078-AUDMAG01683081 | |
| DTX-37 | | | SoundFisher Preliminary Feature Summary | 5/11/1999 | AUDMAG00064845 | Highly Confidential |
| DTX-38 | | | Muscle Fish release: "Muscle Fish Delivering Audio Information Retrieval Datablade Module For Informix-Universal Server" | 2/25/1997 | AUDMAG00405152-AUDMAG00405154 | Public |
| DTX-39 | | | Audio Information Retrieval (AIR) DataBlade Module From Muscle Fish | 10/7/1997 | AUDMAG01093630-AUDMAG01093634 | Public |
| DTX-40 | | | Audio Information Retrieval (AIR) DataBlade Module From Informix and Muscle Fish | 1997 | AUDMAG00405165-AUDMAG00405169 | Public |
| DTX-41 | | | ■■■■■■■■■■■■■■■■■■■■ | 4/7/1989 | IHMBLUE0000130 | Highly |

2

United States District Court
Eastern District of Texas
*Blue Spike LLC v. Audible Magic Corp.* – Case No. 6:15-cv-584-RWS-CMC
Defendant and Counterclaim Plaintiff's Trial Exhibit List

| Def. Ex. No.[1] | Date Offered | Admitted | Description | Document Date | Bates Number | Designation |
|---|---|---|---|---|---|---|
| | | | | | | Confidential |
| DTX-42 | | | ███████████████████ | 9/21/1989 | IHMBLUE0000131-132 | Highly Confidential |
| DTX-43 | | | ███████████████████ | 5/19/1989 | IHMBLUE0000135-216 | Highly Confidential |
| DTX-44 | | | ████████ | 00/00/2012 | BLU0456517-BLU0456523 | Highly Confidential |
| DTX-45 | | | ████████████ | 6/30/1997 | BLU013491 | Highly Confidential |
| DTX-46 | | | ████████████ | 8/5/1997 | BLU013499 | Highly Confidential |
| DTX-47 | | | MUSIC for NEW MEDIA Newsletter, Felix Bopp | 5/28/1998 | BLU0136697-701 Moskowitz Depo. Ex. 12 | Highly Confidential |
| DTX-48 | | | ████████████ | 6/11/1999 | BLU013428 | Highly Confidential |
| DTX-49 | | | ███████████████████████. | 09/16/2000 | BLU0138508-BLU0138509 | Highly Confidential |
| DTX-50 | | | ████████████████ | 11/25/1997 | BLU0141381-BLU0141391 | Highly Confidential |
| DTX-51 | | | ██████ | 11/00/1999 | BLU0142048-BLU0142157 | Highly Confidential |
| DTX-52 | | | █████████████. | 09/30/1999 | BLU0142379-BLU0142385 | Highly Confidential |
| DTX-53 | | | ████████████y. | 08/00/1997 | BLU0142392-BLU0142397 | Highly Confidential |
| DTX-54 | | | █████████████. | 04/11/2001 | BLU0271062 | Highly Confidential |
| DTX-55 | | | ███████████████████ | 08/30/2000 | BLU0376220 | Highly Confidential |
| DTX-56 | | | ████████████████ | 02/14/2001 | AUDMAG00394346-AUDMAG00394348 | Highly Confidential |
| DTX-57 | | | ████████████████ | 04/28/2000 | AUDMAG00394349-AUDMAG00394350 | Highly Confidential |
| DTX-58 | | | ██████████████ | 01/08/1999 | AUDMAG00406038 | Highly Confidential |
| DTX-59 | | | ██████████████. | 12/15/1997 | AUDMAG00406051-AUDMAG00406062 | Highly Confidential |

3

United States District Court
Eastern District of Texas
*Blue Spike LLC v. Audible Magic Corp.* – Case No. 6:15-cv-584-RWS-CMC
Defendant and Counterclaim Plaintiff's Trial Exhibit List

| Def. Ex. No.[1] | Date Offered | Admitted | Description | Document Date | Bates Number | Designation |
|---|---|---|---|---|---|---|
| DTX-60 | | | | 08/04/1997 | AUDMAG00406071-AUDMAG00406072 | Highly Confidential |
| DTX-61 | | | | 08/26/1997 | AUDMAG00406073-AUDMAG00406081 | Highly Confidential |
| DTX-62 | | | | 08/01/1997 | AUDMAG01676202-AUDMAG01676203 | Highly Confidential |
| DTX-63 | | | | 06/30/1997 | AUDMAG01682746-AUDMAG01682751 | Highly Confidential |
| DTX-64 | | | | 06/30/1997 | AUDMAG01682752 | Highly Confidential |
| DTX-65 | | | | 11/01/1997 | AUDMAG01682754 | Highly Confidential |
| DTX-66 | | | | 12/19/1998 | BERRY00001950-BERRY00001960 | Highly Confidential |
| DTX-67 | | | | 12/19/1998 | BERRY00001961-BERRY00001972 | Highly Confidential |
| DTX-68 | | | | 10/28/1998 | BERRY00002062-BERRY00002064 | Highly Confidential |
| DTX-69 | | | | 11/11/1999 | BERRY00003544 | Highly Confidential |
| DTX-70 | | | | 04/07/2000 | BERRY00009491 | Highly Confidential |
| DTX-71 | | | | 05/04/2000 | BERRY00010988 | Highly Confidential |
| DTX-72 | | | | 05/05/2000 | BERRY00011005 | Highly Confidential |
| DTX-73 | | | | 06/15/2000 | BERRY00011452 | Highly Confidential |
| DTX-74 | | | | 06/19/2000 | BERRY00011533 | Highly Confidential |
| DTX-75 | | | | 06/19/2000 | BERRY00011541-BERRY00011543 | Highly Confidential |
| DTX-76 | | | | 07/25/2000 | BERRY00012705-BERRY00012706 | Highly Confidential |
| DTX-77 | | | | 07/26/2000 | BERRY00012721 | Highly Confidential |
| DTX-78 | | | | 07/26/2000 | BERRY00012722 | Highly Confidential |

4

Case 6:15-cv-00584-RWS-CMC   Document 143-2   Filed 07/05/16   Page 7 of 16 PageID #: 8537

United States District Court
Eastern District of Texas
*Blue Spike LLC v. Audible Magic Corp.* – Case No. 6:15-cv-584-RWS-CMC
Defendant and Counterclaim Plaintiff's Trial Exhibit List

| Def. Ex. No.[1] | Date Offered | Admitted | Description of Exhibits | | | |
|---|---|---|---|---|---|---|
| | | | **Description** | **Document Date** | **Bates Number** | **Designation** |
| DTX-79 | | | ■ | 07/26/2000 | BERRY00012730-BERRY00012731 | Highly Confidential |
| DTX-80 | | | ■ | 08/23/2000 | BERRY00012976 | Highly Confidential |
| DTX-81 | | | ■ | 08/23/2000 | BERRY00012980 | Highly Confidential |
| DTX-82 | | | ■ | 08/27/2000 | BERRY00012990-BERRY00012991 | Highly Confidential |
| DTX-83 | | | ■ | 08/28/2000 | BERRY00013001-BERRY00013004 | Highly Confidential |
| DTX-84 | | | ■ | 12/22/2000 | BLU0118624 | Highly Confidential |
| DTX-85 | | | ■ | 01/26/2001 | BLU0118659 | Highly Confidential |
| DTX-86 | | | ■ | 01/29/2001 | BLU0118661-BLU0118663 | Highly Confidential |
| DTX-87 | | | ■ | 07/08/1999 | BLU0118708-BLU0118709 | Highly Confidential |
| DTX-88 | | | ■ | 06/14/2000 | BLU0118735 | Highly Confidential |
| DTX-89 | | | ■ | 12/17/1999 | BLU0126569 | Highly Confidential |
| DTX-90 | | | ■ | 12/18/1999 | BLU0126570-BLU0126571 | Highly Confidential |
| DTX-91 | | | ■ | 11/25/2000 | BLU0130519 | Highly Confidential |
| DTX-92 | | | ■ | 09/13/2000 | BLU0131138-BLU0131139 | Highly Confidential |
| DTX-93 | | | ■ | 09/14/2000 | BLU0131140 | Highly Confidential |
| DTX-94 | | | ■ | 09/13/2000 | BLU0131141-BLU0131143 | Highly Confidential |
| DTX-95 | | | ■ | No Date | BLU0131214-BLU0131223 | Highly Confidential |
| DTX-96 | | | ■ | No Date | BLU0131224-BLU0131229 | Highly Confidential |
| DTX-97 | | | ■ | 05/18/2001 | BLU0131420-BLU0131421 | Highly Confidential |

United States District Court
Eastern District of Texas
*Blue Spike LLC v. Audible Magic Corp.* – Case No. 6:15-cv-584-RWS-CMC
Defendant and Counterclaim Plaintiff's Trial Exhibit List

| Def. Ex. No.[1] | Date Offered | Admitted | Description of Exhibits | | | |
|---|---|---|---|---|---|---|
| | | | **Description** | **Document Date** | **Bates Number** | **Designation** |
| DTX-98 | | | ■■■■■■■■■■■■■■■ | No Date | BLU0131429-BLU0131430 | Highly Confidential |
| DTX-99 | | | ■■■■■■■■■■■■■■■ | No Date | BLU0131431-BLU0131433 | Highly Confidential |
| DTX-100 | | | Article entitled "DWS Defines Napster Role as Component Building, not Fingerprinting." | 03/07/2001 | BLU0132961-BLU0132963 | Highly Confidential |
| DTX-101 | | | ■■■■■■■■■■■■■■■ | 11/13/1999 | BLU0133365 | Highly Confidential |
| DTX-102 | | | ■■■■■■■■■■■■■■■. | 03/10/1999 | BLU0133381 | Highly Confidential |
| DTX-103 | | | ■■■■■■■■■■■■■■■ | 04/15/1999 | BLU0133389 | Highly Confidential |
| DTX-104 | | | ■■■■■■■■■■■■■■■. | 04/21/1999 | BLU0133391 | Highly Confidential |
| DTX-105 | | | ■■■■■■■■■■■■■■■. | 05/24/2001 | BLU0133396 | Highly Confidential |
| DTX-106 | | | ■■■■■■■■■■■■■■■ | 01/30/1998 | BLU0133397 | Highly Confidential |
| DTX-107 | | | ■■■■■■■■■■■■■■■. | 03/28/1998 | BLU0133403-BLU0133405 | Highly Confidential |
| DTX-108 | | | ■■■■■■■■■■■■■■■. | 01/24/1998 | BLU0133406-BLU0133407 | Highly Confidential |
| DTX-109 | | | ■■■■■■■■■■■■■■■ | 02/04/1998 | BLU0133409 | Highly Confidential |
| DTX-110 | | | ■■■■■■■■■■■■■■■. | 01/23/1998 | BLU0133411 | Highly Confidential |
| DTX-111 | | | ■■■■■■■■■■■■■■■. | 01/29/1999 | BLU0133438 | Highly Confidential |
| DTX-112 | | | ■■■■■■■■■■■■■■■. | 05/04/1999 | BLU0133456-BLU0133459 | Highly Confidential |
| DTX-113 | | | ■■■■■■■■■■■■■■■. | 05/05/1998 | BLU0133464-BLU0133465 | Highly Confidential |
| DTX-114 | | | ■■■■■■■■■■■■■■■. | 03/28/1998 | BLU0133494-BLU0133497 | Highly Confidential |
| DTX-115 | | | ■■■■■■■■■■■■■■■. | 06/24/1998 | BLU0133504 | Highly Confidential |
| DTX-116 | | | Article entitled "Site places anti-Napster guard on music files." | 00/00/2000 | BLU0133602-BLU0133603 | Highly Confidential |

Case 6:15-cv-00584-RWS-CMC   Document 143-2   Filed 07/05/16   Page 9 of 16 PageID #: 8530

United States District Court
Eastern District of Texas
*Blue Spike LLC v. Audible Magic Corp.* – Case No. 6:15-cv-584-RWS-CMC
Defendant and Counterclaim Plaintiff's Trial Exhibit List

| Def. Ex. No.[1] | Date Offered | Admitted | Description of Exhibits | | |
|---|---|---|---|---|---|
| | | | **Description** | **Document Date** | **Bates Number** | **Designation** |
| DTX-117 | | | Article entitled "Emusic to track Napster music swaps." | 11/22/2000 | BLU0133604-BLU0133605 | Highly Confidential |
| DTX-118 | | | ▮ | 11/06/1997 | BLU013410-BLU013508 | Highly Confidential |
| DTX-119 | | | ▮ | 03/07/1998 | BLU0136693 | Highly Confidential |
| DTX-120 | | | ▮ | 03/10/1998 | BLU0136696 | Highly Confidential |
| DTX-121 | | | ▮ | No Date | BLU0164690-BLU0164692 | Highly Confidential |
| DTX-122 | | | ▮ | 07/11/2000 | BLU0184601 | Highly Confidential |
| DTX-123 | | | ▮ | 01/22/2001 | BLU0191920-27 | Highly Confidential |
| DTX-124 | | | ▮ | 11/06/2000 | BLU0191943 | Highly Confidential |
| DTX-125 | | | Consulting Agreement between Blue Spike and Musclefish | 12/27/1998 | BLU019988-BLU019991 | Highly Confidential |
| DTX-126 | | | ▮ | No Date | BLU0205584-BLU0205593 | Highly Confidential |
| DTX-127 | | | ▮ | No Date | BLU0205595-BLU0205603 | Highly Confidential |
| DTX-128 | | | ▮ | No Date | BLU0205605-BLU0205609 | Highly Confidential |
| DTX-129 | | | ▮ | 10/00/1999 | BLU0209538-BLU0209588 | Highly Confidential |
| DTX-130 | | | ▮ | 07/29/1997 | BLU0230158-BLU0230164 | Highly Confidential |
| DTX-131 | | | ▮ | 08/26/1997 | BLU0230165 | Highly Confidential |
| DTX-132 | | | ▮ | 11/07/1997 | BLU0230168 | Highly Confidential |
| DTX-133 | | | ▮ | 07/31/1997 | BLU0230169 | Highly Confidential |
| DTX-134 | | | ▮ | /06/1997 | BLU0230172 | Highly Confidential |
| DTX-135 | | | ▮ | 08/26/1997 | BLU0230173 | Highly Confidential |

Case 6:15-cv-00584-RWS-CMC   Document 143-2   Filed 07/05/16   Page 10 of 16 PageID #: 8540

United States District Court
Eastern District of Texas
*Blue Spike LLC v. Audible Magic Corp.* – Case No. 6:15-cv-584-RWS-CMC
Defendant and Counterclaim Plaintiff's Trial Exhibit List

| Def. Ex. No.[1] | Date Offered | Admitted | Description of Exhibits | | | |
|---|---|---|---|---|---|---|
| | | | **Description** | **Document Date** | **Bates Number** | **Designation** |
| DTX-136 | | | ■■■ | 04/21/2001 | BLU0230657-BLU0230659 | Highly Confidential |
| DTX-137 | | | Publication regarding Napster's plan to use better filters | 04/20/2001 | BLU0230698-BLU0230701 | Highly Confidential |
| DTX-138 | | | Publication regarding Napster's acquiring filter technology | 04/10/2001 | BLU0230705-BLU0230707 | Highly Confidential |
| DTX-139 | | | ■■■ | 09/30/1999 | BLU023649-BLU023656 | Highly Confidential |
| DTX-140 | | | ■■■ | 01/22/1998 | BLU0236753 | Highly Confidential |
| DTX-141 | | | Article discussing "First Watermarking and Now fingerpringting?" | 04/23/2001 | BLU0238097-BLU0238098 | Highly Confidential |
| DTX-142 | | | Highlights from various news reports discussing industry news | No Date | BLU0243587-BLU0243591 | Highly Confidential |
| DTX-143 | | | ■■■ | No Date | BLU0243592-BLU0243599 | Highly Confidential |
| DTX-144 | | | ■■■ | 02/26/2001 | BLU0243706 | Highly Confidential |
| DTX-145 | | | ■■■ | 07/17/2000 | BLU0248252 | Highly Confidential |
| DTX-146 | | | ■■■ | No Date | BLU0249700-BLU0249702 | Highly Confidential |
| DTX-147 | | | ■■■ | 09/07/2000 | BLU0151294 | Highly Confidential |
| DTX-148 | | | ■■■ | 07/01/1997 | BLU0151300 | Highly Confidential |
| DTX-149 | | | ■■■ | 01/19/2001 | BLU0151422 | Highly Confidential |
| DTX-150 | | | ■■■ | 05/04/2001 | BLU0151810-BLU0151813 | Highly Confidential |
| DTX-151 | | | ■■■ | 05/07/2001 | BLU0151836-BLU0151839 | Highly Confidential |
| DTX-152 | | | ■■■ | 12/05/2000 | BLU0152988 | Highly Confidential |
| DTX-153 | | | ■■■ | 3/00/01 | BLU0160656-BLU0160704 | Highly Confidential |
| DTX-154 | | | ■■■ | 02/15/2001 | BLU0160755 | Highly Confidential |

Case 6:15-cv-00584-RWS-CMC   Document 143-2   Filed 07/05/16   Page 11 of 16 PageID #: 8541

United States District Court
Eastern District of Texas
*Blue Spike LLC v. Audible Magic Corp.* – Case No. 6:15-cv-584-RWS-CMC
Defendant and Counterclaim Plaintiff's Trial Exhibit List

| Def. Ex. No.[1] | Date Offered | Admitted | Description of Exhibits | | |
|---|---|---|---|---|---|
| | | | **Description** | **Document Date** | **Bates Number** | **Designation** |
| DTX-155 | | | █████████████ | 02/16/2001 | BLU0160756-BLU0160757 | Highly Confidential |
| DTX-156 | | | █████████████ | 02/05/2001 | BLU0160758 | Highly Confidential |
| DTX-157 | | | █████████████ | 06/01/2001 | BLU0160837 | Highly Confidential |
| DTX-158 | | | █████████████ | 06/01/2001 | BLU0160840 | Highly Confidential |
| DTX-159 | | | █████████████ | 08/13/1999 | BLU0161012 | Highly Confidential |
| DTX-160 | | | █████████████ | 06/11/2001 | BLU0163886 | Highly Confidential |
| DTX-161 | | | █████████████ | 03/17/2001 | BLU0163965-BLU0163967 | Highly Confidential |
| DTX-162 | | | █████████████ | 04/10/2001 | BLU0163985 | Highly Confidential |
| DTX-163 | | | █████████████ | 06/16/2001 | BLU0163996 | Highly Confidential |
| DTX-164 | | | █████████████ | 04/10/2001 | BLU0164044 | Highly Confidential |
| DTX-165 | | | █████████████ | 06/13/2001 | BLU0164194-BLU0164195 | Highly Confidential |
| DTX-166 | | | █████████████ . | 05/01/2001 | BLU0142561-BLU0142565 | Highly Confidential |
| DTX-167 | | | █████████████ r. | 05/01/2000 | BLU0142572-BLU0142575 | Highly Confidential |
| DTX-168 | | | █████████████ | 05/06/2000 | BLU0142602-BLU0142605 | Highly Confidential |
| DTX-169 | | | █████████████ | 12/27/1998 | AUDMAG00406039-AUDMAG00406041 | Confidential |
| DTX-170 | | | █████████████ | 2/16/2000 | BERRY00007362-BERRY00007362 | Confidential |
| DTX-171 | | | █████████████ | 12/22/2000 | BLU0118625-BLU0118625 | Confidential |
| DTX-172 | | | █████████████ | 2001 | BLU0118683-BLU0118697 | Confidential |

9

*Blue Spike LLC v. Audible Magic Corp.* – Case No. 6:15-cv-584-RWS-CMC
Defendant and Counterclaim Plaintiff's Trial Exhibit List

| Def. Ex. No.[1] | Date Offered | Admitted | Description of Exhibits | | | |
|---|---|---|---|---|---|---|
| | | | **Description** | **Document Date** | **Bates Number** | **Designation** |
| DTX-173 | | | ■■■■■■■■■■■■■■■■■ | 6/20/2000 | BLU0118702-BLU0118703 | Confidential |
| DTX-174 | | | ■■■■■■■■■■■■■■■■■ | 7/12/2000 | BLU0118705-BLU0118705 | Confidential |
| DTX-175 | | | ■■■■■■■■■■■■■■■■■ | 7/8/1999 | BLU0118710-BLU0118710 | Confidential |
| DTX-176 | | | ■■■■■■■■■■■■■■■■■ | 7/8/1999 | BLU0118711-BLU0118712 | Confidential |
| DTX-177 | | | ■■■■■■■■■■■■■■■■■ | 12/2/1998 | BLU0118876-BLU0118881 | Confidential |
| DTX-178 | | | ■■■■■■■■■■ | 2000 | BLU0119747-BLU0119747 | Confidential |
| DTX-179 | | | ■■■■■■■■■■■■■■■■■■■■■■■■■ | | BLU0119803-BLU0119809 | Confidential |
| DTX-180 | | | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | | BLU0131240-BLU0131248 | Confidential |
| DTX-181 | | | ■■■■■■■■■■■■■■ | 3/8/1998 | BLU0136704-BLU0136704 | Confidential |
| DTX-182 | | | ■■■■■■■■■■■■■■■■ | 3/10/1998 | BLU0136707-BLU0136707 | Confidential |
| DTX-183 | | | ■■■■■■■■■■■■■■■■■■■■■ | 12/5/2000 | BLU0152985 | Confidential |
| DTX-184 | | | ■■■■■■■■■■■■■■■■■■■■■■■■■ | 2/5/2001 | BLU0160781-83 | Confidential |
| DTX-185 | | | ■■■■■■■■■■■■■■■■■■■■■■ | 6/1/2001 | BLU0160839 | Confidential |
| DTX-186 | | | ■■■■■■■■■■■■■■■■■■■ | 6/11/2001 | BLU0163887-88 | Confidential |
| DTX-187 | | | ■■■■■■■■■■■■■■■■■■ | 4/10/2001 | BLU0163986 | Confidential |
| DTX-188 | | | ■■■■■■■■■■■■■■■■■ | 1/2001 | BLU0191921-27 | Confidential |
| DTX-189 | | | ■■■■■■■■■■■■■■■■■ | 8/2001 | BLU0191934-36 | Confidential |
| DTX-190 | | | ■■■■■■■■■■■■■■■■■ | 11/6/2000 | BLU0191944-47 | Confidential |
| DTX-191 | | | ■■■■■■■■■■■■■■■■■ | 2000 | BLU0249703-05 | Confidential |
| DTX-192 | | | https://web.archive.org/web/19991105142627/http://www.digitalehanse.com/det_data.htm | 11/5/1999 | | Public |
| DTX-193 | | | https://web.archive.org/web/19991105161206/http://www.digitalehanse.com/det_rec.htm | 11/5/1999 | | Public |
| DTX-194 | | | "Giovanni Abstraction Machine" offer for sale at http://www.blue-spike.myshopify.com | 1/27/2013 | AUDMAG02630580-81 | Public |
| DTX-195 | | | ■■■■■■■■■■■■■■■■■■■■■■■■■ | 1/16/2015 | BLU0445056 | Highly Confidential |
| DTX-196 | | | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | 07/21/2000 | AUDMAG00049927-AUDMAG00049958 | Highly Confidential |
| DTX-197 | | | ■■■■■■■■■■■■■■■■■■■■■■■ | No Date | AUDMAG00049965- | Highly |

Case 6:15-cv-00584-RWS-CMC   Document 143-2   Filed 07/05/16   Page 13 of 16 PageID #: 8543

United States District Court
Eastern District of Texas
*Blue Spike LLC v. Audible Magic Corp.* – Case No. 6:15-cv-584-RWS-CMC
Defendant and Counterclaim Plaintiff's Trial Exhibit List

| Def. Ex. No.[1] | Date Offered | Admitted | Description of Exhibits | | | |
|---|---|---|---|---|---|---|
| | | | **Description** | **Document Date** | **Bates Number** | **Designation** |
| | | | Corporation | | AUDMAG00049971 | Confidential |
| DTX-198 | | | ▇▇▇▇▇▇▇▇▇▇ | No Date | AUDMAG00050021-AUDMAG00050208 | Highly Confidential |
| DTX-199 | | | ▇▇▇▇▇▇▇▇▇▇ | 10/28/1998 | BLU0118867-70 Moskowitz Ex. 6 | Highly Confidential |
| DTX-200 | | | ▇▇▇▇▇▇▇▇▇▇ | 9/6/2000 | BLU0369978 Moskowitz Ex. 7 | Highly Confidential |
| DTX-201 | | | ▇▇▇▇▇▇▇▇▇▇ | 12/5/2000 | BLU0152989 Moskowitz Ex. 8 | Highly Confidential |
| DTX-202 | | | ▇▇▇▇▇▇▇▇▇▇ | 6/30/1997 | BLU0230166 Moskowitz Ex. 9 | Highly Confidential |
| DTX-203 | | | ▇▇▇▇▇▇▇▇▇▇ | 6/30/1997 | BLU013491 Moskowitz Ex. 10 | Highly Confidential |
| DTX-204 | | | ▇▇▇▇▇▇▇▇▇▇ | 8/5/1997 | BLU013499 Moskowitz Ex. 11 | Highly Confidential |
| DTX-205 | | | ▇▇▇▇▇▇▇▇▇▇ | 3/7/2014 | BLU0444341 Moskowitz Ex. 14 | Highly Confidential |
| DTX-206 | | | ▇▇▇▇▇▇▇▇▇▇ | 4/2/2013 | BLU0444336 Moskowitz Ex. 15 | Highly Confidential |
| DTX-207 | | | IEEE Feature Article Entitled Content-Based Classification, Search, and Retrieval of Audio – Wold, Blum, Keislar and Wheaton (S. Moskowitz Depo Ex. 17) | 1996 | Moskowitz Ex. 17 | Public |
| DTX-208 | | | U.S. Patent No. 5,918,223 – Blum (S. Moskowitz Depo Ex. 18) | 6/29/1999 | Moskowitz Ex. 18 | Public |
| DTX-209 | | | ▇▇▇▇▇▇▇▇▇▇ | 6/2/1999 | BLU013424-32 Moskowitz Ex. 21 | Highly Confidential |
| DTX-210 | | | ▇▇▇▇▇▇▇▇▇▇ | 1/18/1999 | BLU0141686-87 Moskowitz Ex. 22 | Highly Confidential |
| DTX-211 | | | ▇▇▇▇▇▇▇▇▇▇ | 8/1999 | BLU0161017-1066 Moskowitz Ex. 23 | Highly Confidential |
| DTX-212 | | | ▇▇▇▇▇▇▇▇▇▇ 24) | 2/14/2001 | BLU0160754 Moskowitz Ex. 24 | Highly Confidential |
| DTX-213 | | | ▇▇▇▇▇▇▇▇▇▇ | 12/5/2000 | BLU0152986-87 Moskowitz Ex. 25 | Highly Confidential |
| DTX-214 | | | ▇▇▇▇▇▇▇▇▇▇ | 2/18/2001 | BLU0119802-08 Moskowitz Ex. 26 | Highly Confidential |
| DTX-215 | | | ▇▇▇▇▇▇▇▇▇▇ | 8/2000 | BLU0205987-6003 Moskowitz Ex. 27 | Highly Confidential |
| DTX-216 | | | ▇▇▇▇▇▇▇▇▇▇ | 3/10/1998 | BLU0136706-07 Moskowitz Ex. 28 | Highly Confidential |

*Blue Spike LLC v. Audible Magic Corp.* – Case No. 6:15-cv-584-RWS-CMC
Defendant and Counterclaim Plaintiff's Trial Exhibit List

| Def. Ex. No.[1] | Date Offered | Admitted | Description of Exhibits | | | |
|---|---|---|---|---|---|---|
| | | | **Description** | **Document Date** | **Bates Number** | **Designation** |
| DTX-217 | | | ███████████████████████████████████ | 12/23/2009 | BLU002690-723 Moskowitz Ex. 29 | Highly Confidential |
| DTX-218 | | | ███████████████████████████████████ | 2014 | BLU0445047-55 Moskowitz Ex. 31 | Highly Confidential |
| DTX-219 | | | Article from bluespike.com entitled "Shazam May Have Graduated From Start-Up to Verb, But Business Patents Threated to Make It Past Tense" (S. Moskowitz Depo Ex. 32) | 9/21/2013 | AUDMAG02630577 Moskowitz Ex. 32 | Public |
| DTX-220 | | | ███████████████████████████████████ | 1/16/2015 | BLU00445056 Moskowitz Ex. 33 | Highly Confidential |
| DTX-221 | | | Shopify Page re Giovanni Abstraction Machine (S. Moskowitz Depo Ex. 34) | 1/27/2013 | Moskowitz Ex. 34 | Public |
| DTX-222 | | | Request For Extension of Time and Amendment/Reply re Appl. No. 12/005,229 (S. Moskowitz Depo Ex. 35) | 10/30/2009 | BLU000993-1020 Moskowitz Ex. 35 | Public |
| DTX-223 | | | ███████████████████████████ | 2/21/2013 | BLU002261-2279 | Highly Confidential |
| DTX-224 | | | ███████████████████████████████████ | 3/2/2015 | N/A | Highly Confidential |
| DTX-225 | | | ███████████████████████████████████ | 3/2/2015 | N/A | Highly Confidential |
| DTX-226 | | | ███████████████████████████████████ | 3/2/2015 | N/A | Highly Confidential |
| DTX-227 | | | Acacia Research Corporation, Form 10-K for the Fiscal Year Ended December 31, 2013 | 12/31/2013 | | Public |
| DTX-228 | | | Acacia Research Corporation, Form 10-K for the Fiscal Year Ended December 31, 2014 | 12/31/2014 | | Public |
| DTX-229 | | | Alabama Law Review, Volume 64, "The Rise of Contingent Fee Representation in Patent Litigation," Schwartz, David L., 2012 | 2012 | | Public |
| DTX-230 | | | Network-1 Security Solutions, Inc., Form 10-K for the Fiscal Year Ended December 31, 2012 | 12/31/2012 | | Public |
| DTX-231 | | | Network-1 Technologies, Inc., Form 10-K for the Fiscal Year Ended December 31, 2013 | 12/31/2013 | | Public |
| DTX-232 | | | Network-1 Technologies, Inc., Form 10-K for the Fiscal Year Ended December 31, 2014 | 12/31/2014 | | Public |
| DTX-233 | | | Washington Lawyers for the Arts, "Contingency Fee Lawyers in Intellectual Property," thewla.org/contingency-fee-lawyers-in-intellectual-property/ | | | Public |
| DTX-234 | | | ███████████████████████████ | 5/19/2000 | BLU023643 Ingalls Ex. 8 | Public |
| DTX-235 | | | ███████████████████████████ | 7/29/1997 | BLU013482-86 | Highly Confidential |
| DTX-236 | | | ███████████████████████████ | 7/31/1997 | BLU013489 | Highly Confidential |
| DTX-237 | | | ███████████████████████████ | 7/31/1997 | BLU013496-97 | Highly Confidential |
| DTX-238 | | | ███████████████████████████ | 8/26/1997 | BLU013495 | Highly Confidential |

United States District Court
Eastern District of Texas
*Blue Spike LLC v. Audible Magic Corp.* – Case No. 6:15-cv-584-RWS-CMC
Defendant and Counterclaim Plaintiff's Trial Exhibit List

| Def. Ex. No.[1] | Date Offered | Admitted | Description | Document Date | Bates Number | Designation |
|---|---|---|---|---|---|---|
| DTX-239 | | | ███████████████████ | 8/26/1997 | BLU013487 | Highly Confidential |
| DTX-240 | | | ███████████████████ | 11/6/1997 | BLU013493 | Highly Confidential |
| DTX-241 | | | ███████████████████ | 11/7/1997 | BLU013490 | Highly Confidential |
| DTX-242 | | | ███████████████████ | 11/6/1997 | BLU013500 | Highly Confidential |
| DTX-243 | | | ███████████████████ | 12/24/1998 | BLU013494 | Highly Confidential |
| DTX-244 | | | ███████████████████ | 5/5/2000 | BLU013479 | Highly Confidential |
| DTX-245 | | | Consulting Agreement between Blue Spike Inc. and Musclefish (not signed) | 5/1/2000 | AUDMAG00406082 | Highly Confidential |
| DTX-246 | | | Muscle Fish – Content-based classification, search and retrieval of audio | | BLU0136697-701 | Highly Confidential |
| DTX-247 | | | ███████████████████ | 7/25/2000 | BLU0374929 | Highly Confidential |
| DTX-248 | | | Email from Keislar to Ashley and Ikezoye | 2/14/2001 | AUDMAG00396433 | Highly Confidential |
| DTX-249 | | | Shazam Has Hit a Spike in the Road (bluespike.com) | 4/4/2013 | AUDMAG02630578 | Public |
| DTX-250 | | | ███████████████████ | 12/19/1998 | BERRY00014148-206 | Highly Confidential |

Dated: May 18, 2016

By:

       */s/ Eric H. Findlay*
Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, P.C.
102 N. College Ave, Suite 900
Tyler, TX 75702
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

I. Neel Chatterjee
Gabriel M. Ramsey – *LEAD ATTORNEY*
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401
gramsey@orrick.com
nchatterjee@orrick.com

Alyssa M. Caridis
ORRICK, HERRINGTON & SUTCLIFFE, LLP
777 S. Figueroa St.
Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499
acaridis@orrick.com

Christopher J. Higgins
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1152 15th Street, N.W.
Washington, DC 20005-1706
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
chiggins@orrick.com

Attorneys for Defendant Audible Magic, Corp.