# EXHIBIT A-2

**Blue Spike, LLC's Objections to Audible Magic Corp.'s Exhibit List**

| # | Description | Blue Spike's Objection |
|---|---|---|
| DTX-1 | U.S. Patent 7,345,472 | No objections |
| DTX-2 | U.S. Patent 7,660,700 | No objections |
| DTX-3 | U.S. Patent 7,949,494 | No objections |
| DTX-4 | U.S. Patent 8,214,175 | No objections |
| DTX-5 | U.S. Patent 7,345,472 – Prosecution History | No objections |
| DTX-6 | U.S. Patent 7,660,700 – Prosecution History | No objections |
| DTX-7 | U.S. Patent 7,949,494 – Prosecution History | No objections |
| DTX-8 | U.S. Patent 8,214,175 – Prosecution History | No objections |
| DTX-9 | Demo Computer, Dell Precision T3400 | Blue Spike requires inspection of this demo computer at least 1 month before trial in Tyler, Texas; FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| DTX-10 | Demo Computer, Dell D610 laptop | Blue Spike requires inspection of this demo computer at least 1 month before trial in Tyler, Texas; FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| DTX-11 | Demo Computer, ASUS Eee PC laptop | Blue Spike requires inspection of this demo computer at least 1 month before trial in Tyler, Texas; FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| DTX-12 | Demo Computer, MacBook Pro laptop | Blue Spike requires inspection of this demo computer at least 1 month before trial in Tyler, Texas; FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| DTX-13 – DTX-21 | | FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| DTX-22 – DTX-25 | URLs | Blue Spike will move in limine to strike as Audible Magic untimely produced these four URLs months after the close of discovery and on the eve of trial. Highly prejudicial to Blue Spike; FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| DTX-26 – DTX250 | | FRE 401, 402, 403, 602, 901a, 611a, 1002 |