# EXHIBIT B-1

United States District Court for the Eastern District of Texas
Blue Spike LLC v. Audible Magic Corp. – 6:15-cv-584-RWS-CMC
Plaintiff's Trial Exhibit List

| | Plaintiff's Exhibit List | Prior Exhibit List Number | Description | BATES Number | Date | Bates Number |
|---|---|---|---|---|---|---|
| 130 | PX-1 | PX-1 | (Publications regarding MFCCs) | | | |
| 272 | PX-2 | 5 | Air Datablade Module User's Guide | AUDMAG01289363 | 12/01/97 | AUDMAG01289363 |
| 201 | PX-3 | 6 | Air Datablade Source Code ( ) | | | |
| 204 | PX-4 | 7 | Air Datablade Source Code ( ) | | | |
| 205 | PX-5 | 8 | Air Datablade Source Code ( ) | | | |
| 203 | PX-6 | 9 | Air Datablade Source Code ( ) | | | |
| 202 | PX-7 | 10 | Air Datablade Source Code ( ) | | | |
| 206 | PX-8 | 11 | Air Datablade Source Code ( ) | | | |
| 207 | PX-9 | 12 | Air Datablade Source Code ( ) | | | |
| 208 | PX-10 | 13 | Air Datablade Source Code ( ) | | | |
| 210 | PX-11 | 14 | Air Datablade Source Code ( ) | | | |
| 249 | PX-12 | 15 | | AUDMAG01764580-AUDMAG01764609 | 09/22/00 | AUDMAG01764580-AUDMAG01764609 |
| 173 | PX-13 | 16 | | AUDMAG02626529-AUDMAG026226530 | | AUDMAG02626529-AUDMAG026226530 |
| 276 | PX-14 | 20 | API Document Re CBR Library | AUDMAG01097026-AUDMAG01097032 | 06/20/05 | AUDMAG01097026-AUDMAG01097032 |
| 254 | PX-15 | 22 | Attachment I, Dr. Strawn Noninfringement Report (Source Code Analysis (final)) | | | |
| 246 | PX-16 | 23 | Audible Magic Bug Fixes | AUDMAG02629958-AUDMAG02630047 | | AUDMAG02629958-AUDMAG02630047 |
| 248 | PX-17 | 24 | Audible Magic Business Overview Slides | AUDMAG00051181 | | AUDMAG00051181 |
| 40 | PX-18 | 25 | | AUDMAG02627847-AUDMAG02627882 | 05/15/08 | AUDMAG02627847-AUDMAG02627882 |
| 39 | PX-19 | 26 | | AUDMAG02627797-AUDMAG02627846 | 11/30/08 | AUDMAG02627797-AUDMAG02627846 |
| 41 | PX-20 | 27 | | AUDMAG02627883-AUDMAG02627946 | 11/30/09 | AUDMAG02627883-AUDMAG02627946 |
| 307 | PX-21 | 28 | Audible Magic Computer Asset Records | AUDMAG02627348-AUDMAG02627676 | | AUDMAG02627348-AUDMAG02627676 |
| 200 | PX-22 | 29 | Audible Magic Current Code | AUDMAG02626508-AUDMAG02627347 | | AUDMAG02626508-AUDMAG02627347 |
| 322 | PX-23 | 30 | Audible Magic news article (Case 499, Dkt. No. 14, Ex. 2) | | | |
| 168 | PX-24 | 31 | Audible Magic OEM Application Programming Guide | AUDMAG00076019-AUDMAG00076145 | | AUDMAG00076019-AUDMAG00076145 |
| 309 | PX-25 | 32 | Audible Magic OEM Application Programming Guide | AUDMAG00386925-AUDMAG00386979 | | AUDMAG00386925-AUDMAG00386979 |
| 43 | PX-26 | 33 | Audible Magic Order, Billings, and Revenue Summary | AUDMAG02630564 | | AUDMAG02630564 |
| 166 | PX-27 | 34 | Audible Magic Overview PPT | AUDMAG00099923-AUDMAG00099940 | | AUDMAG00099923-AUDMAG00099940 |
| 42 | PX-28 | 35 | Audible Magic Revenue by Product &c. | AUDMAG02630563 | | AUDMAG02630563 |
| 310 | PX-29 | 36 | Audible Magic SDK License | AUDMAG00075986-AUDMAG00076012 | | AUDMAG00075986-AUDMAG00076012 |
| 311 | PX-30 | 37 | Audible Magic's CopySense Appliance | AUDMAG00150682-AUDMAG00150683 | | AUDMAG00150682-AUDMAG00150683 |
| 321 | PX-31 | 38 | Audible Magic's Developer Portal (Case 499, Dkt. No. 14, Ex. 1) | | | |
| 349 | PX-32 | 39 | Audible Magic's Infringement Contentions, '308 Patent | | | |
| 348 | PX-33 | 40 | Audible Magic's Invalidity Contentions | | | |
| 152 | PX-34 | 41 | | AUDMAG00103772 | | AUDMAG00103772 |
| 347 | PX-35 | 42 | Audible Magic's Responses to Blue Spike ROGs | | | |
| 352 | PX-36 | 43 | Audible Magic's web site (www.audiblemagic.com) | | | |
| 149 | PX-37 | 44 | Audio Databases with Content-Based Retrieval, Blum (https://www.audiblemagic.com/wp-content/uploads/2014/02/AM_Copyright_Compliance_Data_Sheet.pdf) | | 04/03/14 | |
| 191 | PX-38 | 45 | Audio Databases with Content-Based Retrieval, Blum (IC-005405-5420) | | | |
| 260 | PX-39 | 46 | | AUDMAG01764575 | | AUDMAG01764575 |
| 350 | PX-40 | 60 | | BLU0205584-BLU0205593 | | BLU0205584-BLU0205593 |
| 351 | PX-41 | 61 | | BLU0205987-BLU0206003 | | BLU0205987-BLU0206003 |
| 123 | PX-42 | 62 | Blue Spike's Infringement Contentions (Dec. 12, 2014) | | | |
| 286 | PX-43 | 75 | | AUDMAG01090613-AUDMAG01090623 | | AUDMAG01090613-AUDMAG01090623 |
| 174 | PX-44 | 76 | Business Development Summit | AUDMAG00074787-AUDMAG00074848 | | AUDMAG00074787-AUDMAG00074848 |
| 256 | PX-45 | 77 | Calvin_Harris.mp3.request.xml.pdf (Attachment M, Dr. Strawn Noninfringement Report) | | | |
| 257 | PX-46 | 78 | Calvin_Harris.mp3.response.xml.pdf (Attachment N, Dr. Strawn Noninfringement Report) | | | |
| 140 | PX-47 | 79 | Case No. 499, Dkt. 1400, Blue Spike's First Amended Complaint against Audible Magic | | | |

United States District Court for the Eastern District of Texas
Blue Spike LLC v. Audible Magic Corp. – 6:15-cv-584-RWS-CMC
Plaintiff's Trial Exhibit List

| Plaintiff's Exhibit List | Prior Exhibit List Number | Description | Bates Number | Date | Bates Number |
|---|---|---|---|---|---|
| 122 | PX-48 | 80 | Case No. 499, Dkt. No. 1831, Claim Construction Order | | | |
| 212 | PX-49 | 81 | CBR Source Code ( ) | | | |
| 213 | PX-50 | 82 | CBR Source Code ( ) | | | |
| 214 | PX-51 | 83 | CBR Source Code ( ) | | | |
| 215 | PX-52 | 84 | CBR Source Code ( ) | | | |
| 216 | PX-53 | 85 | CBR Source Code ( ) | | | |
| 217 | PX-54 | 86 | CBR Source Code | | | |
| 262 | PX-55 | 87 | | AUDMAG01765056 | | AUDMAG01765056 |
| 251 | PX-56 | 90 | Clango - Amadeus - Wired Air Infringement Contentions | | | |
| 218 | PX-57 | 91 | Clango Source Code ( ) | | | |
| 219 | PX-58 | 92 | Clango Source Code ( ) | | | |
| 221 | PX-59 | 93 | Clango Source Code ( ) | | | |
| 220 | PX-60 | 94 | Clango Source Code ( ) | | | |
| 342 | PX-61 | 95 | Clango Tester Newsletter | AUDMAG00041801 | | AUDMAG00041801 |
| 312 | PX-62 | 96 | Client API SDK Programmer's Overview | AUDMAG00105786-AUDMAG00105791 | | AUDMAG00105786-AUDMAG00105791 |
| 82 | PX-63 | 97 | Settlement | BLU002426-445 | 05/21/13 | BLU002426-445 |
| 154 | PX-64 | 98 | Comparisons of Different Implementations of MFCC | BLU0456425-BLU0456429 | | BLU0456425-BLU0456429 |
| 345 | PX-65 | 99 | Content ID Services and Procedure | AUDMAG00065187 | | AUDMAG00065187 |
| 313 | PX-66 | 100 | Content Ingestion Release 3 Manual | AUDMAG00106912-AUDMAG00106933 | | AUDMAG00106912-AUDMAG00106933 |
| 274 | PX-67 | 101 | Content-based retrieval API | AUDMAG01147871-AUDMAG01147877 | 06/21/05 | AUDMAG01147871-AUDMAG01147877 |
| 255 | PX-68 | 102 | contentingenstion_release3_manual.pdf (Attachment L, Dr. Strawn Noninfringement Report) | | | |
| 223 | PX-69 | 103 | Code Snippets | AUDMAG00064313-AUDMAG00064316 | | AUDMAG00064313-AUDMAG00064316 |
| 292 | PX-70 | 104 | Draft Development Agreement | AUDMAG00064291-AUDMAG00064304 | | AUDMAG00064291-AUDMAG00064304 |
| 341 | PX-71 | 105 | Email | AUDMAG00403857 | | AUDMAG00403857 |
| 227 | PX-72 | 106 | Source Code | | | |
| 231 | PX-73 | 107 | Source Code ( | | | |
| 226 | PX-74 | 108 | Source Code ( ) | | | |
| 233 | PX-75 | 109 | Source Code | | | |
| 232 | PX-76 | 110 | Source Code | | | |
| 230 | PX-77 | 111 | Source Code ( | | | |
| 234 | PX-78 | 112 | Source Code | | | |
| 225 | PX-79 | 113 | Source Code | | | |
| 229 | PX-80 | 114 | Source Code | | | |
| 228 | PX-81 | 115 | Source Code | | | |
| 224 | PX-82 | 116 | Source Code | | | |
| 314 | PX-83 | 117 | CopySense Appliance Quick Install Guide | | | |
| 316 | PX-84 | 118 | CopySense User Doc 5.2u Supplement | | | |
| 315 | PX-85 | 119 | CopySense User Doc versions 5.27 and 6.17 | | | |
| 172 | PX-86 | 122 | Database Output | AUDMAG00364206 | | AUDMAG00364206 |
| 271 | PX-87 | 123 | Datablade Marketing Document | AUDMAG00064676 | | AUDMAG00064676 |
| 273 | PX-88 | 124 | DataBlade Product Proposal | AUDMAG00063992 | 07/31/97 | AUDMAG00063992 |
| 294 | PX-89 | 137 | | | | |
| 193 | PX-90 | 138 | Source Code | | | |
| 88 | PX-91 | 139 | Settlement | BLU002518-527 | 10/11/13 | BLU002518-527 |
| 346 | PX-92 | 140 | Dr. Quackenbush Deposition, Ex. 83 | | | |
| 278 | PX-93 | 141 | Notes | AUDMAG01091981-AUDMAG01091982 | 10/07/97 | AUDMAG01091981-AUDMAG01091982 |
| 293 | PX-94 | 143 | | AUDMAG01106242-AUDMAG01106243 | 12/31/98 | AUDMAG01106242-AUDMAG01106243 |
| 266 | PX-95 | 144 | Email chain | AUDMAG01774664 | 01/03/01 | AUDMAG01774664 |

United States District Court for the Eastern District of Texas
Blue Spike LLC v. Audible Magic Corp. – 6:15-cv-584-RWS-CMC
Plaintiff's Trial Exhibit List

| | Plaintiff's Exhibit List | Prior Exhibit List Number | Description | Bates Number | Date | Bates Number |
|---|---|---|---|---|---|---|
| 267 | PX-96 | 145 | Email chain | AUDMAG01774697 | 04/12/01 | AUDMAG01774697 |
| 277 | PX-97 | 146 | Email re demo | AUDMAG01680867 | 09/07/97 | AUDMAG01680867 |
| 340 | PX-98 | 147 | Email to Jim Schrempp | AUDMAG00014877 | | AUDMAG00014877 |
| 281 | PX-99 | 148 | Engine for Audio Recall | AUDMAG01680897-AUDMAG01680900 | | AUDMAG01680897-AUDMAG01680900 |
| 131 | PX-100 | 151 | Exceprts of AM's Source Code | | | |
| 157 | PX-101 | 152 | Feature Extraction Methods | BLU0456421-BLU0456424 | | BLU0456421-BLU0456424 |
| 158 | PX-102 | 153 | Feature Extraction Methods LPC PLP and MFCC | BLU0456093-BLU0456097 | | BLU0456093-BLU0456097 |
| 5 | PX-103 | 154 | First Amended Complaint Against AM | | 04/04/14 | |
| 290 | PX-104 | 155 | [redacted] | AUDMAG00064816 | | AUDMAG00064816 |
| 289 | PX-105 | 156 | [redacted] | AUDMAG01090199 | | AUDMAG01090199 |
| 252 | PX-106 | 158 | From Phantoms to Fingerprints and Beyond | AUDMAG00375625 | | AUDMAG00375625 |
| 222 | PX-107 | 161 | [redacted] Source Code | AUDMAG01113239-AUDMAG01113302 | | AUDMAG01113239-AUDMAG01113302 |
| 167 | PX-108 | 164 | How Audible Magic Does It | AUDMAG00064317-AUDMAG00064333 | | AUDMAG00064317-AUDMAG00064333 |
| 34 | PX-109 | 165 | http://blogs.wsj.com/cio/2012/05/15/how-big-data-will-disrupt-the-9-billion-music-publishing-rights-business/ | | 05/15/12 | |
| 11 | PX-110 | 166 | http://blue-spike.myshopify.com/pages/giovanni-digital-watermarking-suite | BLU0075919-BLU0075920 | | BLU0075919-BLU0075920 |
| 7 | PX-111 | 167 | http://bluespike.com/company/management/ | BLU0075890 | | BLU0075890 |
| 36 | PX-112 | 168 | http://irdeto.com/documents/Articles/ov_ird_factsheet_en.pdf | | | |
| 37 | PX-113 | 169 | http://irdeto.com/documents/Collateral/so_business_intelligence_en.pdf | | | |
| 15 | PX-114 | 170 | http://irdeto.com/news-and-events/irdeto-strengthens-piracy-management-portfolio-with-global-launch-of-irdeto-intelligence-services.html | | | |
| 138 | PX-115 | 171 | http://replicheck.com/how_it_works.html | | | |
| 33 | PX-116 | 172 | http://www.americansongwriter.com/2010/09/next-big-nashville-spotlight-landmark-digital-services/ | | 09/13/10 | |
| 139 | PX-117 | 173 | http://www.audiblemagic.com/wp-content/uploads/2015/02/AudibleMagic_CopySenseAppliance_Datasheet-new.pdf | | | |
| 14 | PX-118 | 174 | http://www.bloomberg.com/research/stocks/private/snapshot.asp?privcapid=26421569 | | | |
| 13 | PX-119 | 175 | http://www.bloomberg.com/research/stocks/private/snapshot.asp?privcapId=936050 | | | |
| 9 | PX-120 | 176 | http://www.bluespike.com/science/faq/ | BLU0075901-BLU0075903 | | BLU0075901-BLU0075903 |
| 32 | PX-121 | 177 | http://www.bmi.com/press/entry/534550 | | | |
| 10 | PX-122 | 178 | http://www.mi2n.com/print.php3?id=4746 | | | |
| 141 | PX-123 | 179 | https://audiblemagic.com/about | | | |
| 146 | PX-124 | 180 | https://audiblemagic.com/content-registration (MyRightsView FAQ) | | | |
| 145 | PX-125 | 181 | https://audiblemagic.com/customers | | | |
| 142 | PX-126 | 182 | https://audiblemagic.com/management | | | |
| 148 | PX-127 | 183 | https://audiblemagic.com/media-identification | | | |
| 35 | PX-128 | 184 | https://tunesat.com/tunesatportal/home/faqs | | | |
| 143 | PX-129 | 185 | https://www.audiblemagic.com/2015/02/03/audible-magic-introduces-upgraded-dmca-tool-for-colleges-and-universities/ | | | |
| 12 | PX-130 | 186 | https://www.audiblemagic.com/2015/02/03/audible-magicintroduces-upgraded-dmca-tool-for-colleges-and-universities/ | | 02/03/15 | |
| 18 | PX-131 | 187 | https://www.audiblemagic.com/about/ | | | |
| 134 | PX-132 | 188 | https://www.audiblemagic.com/am-developers | | | |
| 137 | PX-133 | 189 | https://www.audiblemagic.com/compliance-service | | | |
| 20 | PX-134 | 190 | https://www.audiblemagic.com/compliance-service/ | | | |
| 21 | PX-135 | 191 | https://www.audiblemagic.com/content-registration/ | | | |
| 24 | PX-136 | 192 | https://www.audiblemagic.com/content-registration/#independent-artist | | | |
| 23 | PX-137 | 193 | https://www.audiblemagic.com/content-registration/#independent-publisher | | | |

United States District Court for the Eastern District of Texas
Blue Spike LLC v. Audible Magic Corp. – 6:15-cv-584-RWS-CMC
Plaintiff's Trial Exhibit List

| Plaintiff's Exhibit List | Prior Exhibit List Number | Description | BATES Number | Date | Bates Number |
|---|---|---|---|---|---|
| 22 PX-138 | 194 | https://www.audiblemagic.com/content-registration/#major-media | | | |
| 26 PX-139 | 195 | https://www.audiblemagic.com/copysense-appliance/ | | | |
| 28 PX-140 | 196 | https://www.audiblemagic.com/copysense-appliance/#features | | | |
| 27 PX-141 | 197 | https://www.audiblemagic.com/copysense-appliance/#how-it-works | | | |
| 19 PX-142 | 198 | https://www.audiblemagic.com/customers/ | | | |
| 30 PX-143 | 199 | https://www.audiblemagic.com/media-identification/ | | | |
| 132 PX-144 | 200 | https://www.audiblemagic.com/media-synchronization | | | |
| 29 PX-145 | 201 | https://www.audiblemagic.com/media-synchronization/ | | | |
| 135 PX-146 | 202 | https://www.audiblemagic.com/replicheck | | | |
| 17 PX-147 | 203 | https://www.audiblemagic.com/replicheck/ | | | |
| 31 PX-148 | 204 | https://www.audiblemagic.com/smart-devices-and-apps/ | | | |
| 133 PX-149 | 205 | https://www.audiblemagic.com/wp-content/uploads/2014/02/AudibleMagic_SportsData_Datasheet.pdf | | | |
| 25 PX-150 | 206 | https://www.myrightsview.com/faq.aspx | | | |
| 147 PX-151 | 207 | https://www.myrigtsview.com/faq.aspx | | | |
| 300 PX-152 | 208 | IEEE Article | AUDMAG00394425-AUDMAG00394445 | | AUDMAG00394425-AUDMAG00394445 |
| 258 PX-153 | 210 | International Organization for Standardization | AUDMAG01721340 | | AUDMAG01721340 |
| 38 PX-154 | 211 | Irdeto - The New Technologies for Pay TV Content Security | BLU008930-56 | 12/05/11 | BLU008930-56 |
| 353 PX-155 | 215 | Lamb Patent Thumb Drive | AUDMAG02631630 | | AUDMAG02631630 |
| 282 PX-156 | 216 | | AUDMAG00064273-AUDMAG00064275 | 07/30/97 | AUDMAG00064273-AUDMAG00064275 |
| 304 PX-157 | 219 | | AUDMAG00066845-AUDMAG00066853 | | AUDMAG00066845-AUDMAG00066853 |
| 164 PX-158 | 220 | | AUDMAG00106812-AUDMAG00106819 | | AUDMAG00106812-AUDMAG00106819 |
| 159 PX-159 | 221 | | AUDMAG02626657-AUDMAG02626662 | | AUDMAG02626657-AUDMAG02626662 |
| 169 PX-160 | 222 | | AUDMAG02626813-AUDMAG02626817 | | AUDMAG02626813-AUDMAG02626817 |
| 161 PX-161 | 223 | | AUDMAG02626988-AUDMAG02626997 | | AUDMAG02626988-AUDMAG02626997 |
| 170 PX-162 | 224 | | AUDMAG02626974-AUDMAG02626985 | | AUDMAG02626974-AUDMAG02626985 |
| 196 PX-163 | 225 | | | | |
| 339 PX-164 | 226 | | AUDMAG00403760 | | AUDMAG00403760 |
| 343 PX-165 | 227 | Muscle Fish Email | AUDMAG01706271 | | AUDMAG01706271 |
| 284 PX-166 | 228 | Muscle Fish Presentation | AUDMAG00897984-AUDMAG00897994 | 05/12/99 | AUDMAG00897984-AUDMAG00897994 |
| 283 PX-167 | 229 | | AUDMAG01067957-AUDMAG01067980 | 07/01/99 | AUDMAG01067957-AUDMAG01067980 |
| 199 PX-168 | 230 | Muscle Fish Source Code | AUDMAG02629896-AUDMAG02629957 | | AUDMAG02629896-AUDMAG02629957 |
| 279 PX-169 | 232 | | AUDMAG00412900-AUDMAG00412902 | 10/01/96 | AUDMAG00412900-AUDMAG00412902 |
| 280 PX-170 | 233 | | AUDMAG00412940-AUDMAG00412946 | 07/30/97 | AUDMAG00412940-AUDMAG00412946 |
| 247 PX-171 | 234 | OEM Application Programming Guide | AUDMAG02628899-AUDMAG02629025 | | AUDMAG02628899-AUDMAG02629025 |
| 156 PX-172 | 235 | On Desensitizing the Mel-Cepstrum | BLU0456098-BLU0456101 | | BLU0456098-BLU0456101 |
| 6 PX-173 | 236 | Original Complaints Against Irdeto USA and Irdeto B.V. | | 08/23/12 | |
| 263 PX-174 | 237 | | AUDMAG01765084 | | AUDMAG01765084 |
| 318 PX-175 | 238 | Peer to Peer CopySense Users Reference Manual | AUDMAG00149163-AUDMAG00149290 | | AUDMAG00149163-AUDMAG00149290 |
| 153 PX-176 | 239 | Practical Cryptography | AUDMAG00066456 | | AUDMAG00066456 |
| 288 PX-177 | 241 | | AUDMAG01106224-AUDMAG01110626 | 02/10/99 | AUDMAG01106224-AUDMAG01110626 |
| 287 PX-178 | 242 | | AUDMAG01091338-AUDMAG01091342 | 01/08/98 | AUDMAG01091338-AUDMAG01091342 |
| 291 PX-179 | 243 | | AUDMAG00064305 | 08/30/99 | AUDMAG00064305 |
| 268 PX-180 | 244 | Results from Clango run | AUDMAG02107700 | 07/18/00 | AUDMAG02107700 |
| 265 PX-181 | 245 | Roll Into Production | AUDMAG01765359 | 12/01/00 | AUDMAG01765359 |
| 306 PX-182 | 251 | SmartSync Mobile Application Development | AUDMAG00066916 | | AUDMAG00066916 |
| 163 PX-183 | 252 | SmartSync Mobile Application Development | AUDMAG00106873-AUDMAG00106885 | | AUDMAG00106873-AUDMAG00106885 |
| 344 PX-184 | 253 | Software Development Report | AUDMAG02628331 | | AUDMAG02628331 |

United States District Court for the Eastern District of Texas
Blue Spike LLC v. Audible Magic Corp. – 6:15-cv-584-RWS-CMC
Plaintiff's Trial Exhibit List

| Plaintiff's Exhibit List | Prior Exhibit List Number | Description | Bates Number | Date | Bates Number |
|---|---|---|---|---|---|
| 259 PX-185 | 254 | Sound Fisher Business Overview | AUDMAG01723695 | 08/22/00 | AUDMAG01723695 |
| 298 PX-186 | 255 | Soundfisher Article | AUDMAG00000495-AUDMAG00000496 | | AUDMAG00000495-AUDMAG00000496 |
| 299 PX-187 | 256 | Soundfisher Article | AUDMAG01724178 | | AUDMAG01724178 |
| 297 PX-188 | 257 | Soundfisher Evaluation | AUDMAG00064250-AUDMAG00064252 | | AUDMAG00064250-AUDMAG00064252 |
| 303 PX-189 | 258 | SoundFisher Screenshots | AUDMAG00064404-AUDMAG00064421 | | AUDMAG00064404-AUDMAG00064421 |
| 295 PX-190 | 259 | Soundfisher Short Description | AUDMAG00064392 | | AUDMAG00064392 |
| 302 PX-191 | 260 | SoundFisher Sound Browser | AUDMAG00064425-AUDMAG00064449 | | AUDMAG00064425-AUDMAG00064449 |
| 235 PX-192 | 261 | Soundfisher Source Code (█████████) | | | |
| 236 PX-193 | 262 | Soundfisher Source Code (█████) | | | |
| 237 PX-194 | 263 | Soundfisher Source Code (███████████) | | | |
| 238 PX-195 | 264 | Soundfisher Source Code █████████ | | | |
| 296 PX-196 | 265 | Soundfisher Summary | AUDMAG00064402-AUDMAG00064403 | | AUDMAG00064402-AUDMAG00064403 |
| 155 PX-197 | 267 | Speaker-Independent Isolated Word Recognition | BLU0456077-BLU0456084 | | BLU0456077-BLU0456084 |
| 323 PX-198 | 268 | Statement by Vance Ikezoye | BLU20000-BLU20009 | 06/05/07 | BLU20000-BLU20009 |
| 301 PX-199 | 269 | Statistical Queries | AUDMAG00401261-AUDMAG0040188 | | AUDMAG00401261-AUDMAG0040188 |
| 250 PX-200 | 270 | Steps to implementing a private label clango | AUDMAG00285829 | | AUDMAG00285829 |
| 151 PX-201 | 271 | Teaming Up with Audible Magic: Content Registration | AUDMAG00106844 | | AUDMAG00106844 |
| 269 PX-202 | 272 | ████████████ | AUDMAG02113493 | 08/18/00 | AUDMAG02113493 |
| 285 PX-203 | 275 | TouchTone Developments and Operations | AUDMAG00015598-AUDMAG00015613 | 05/07/99 | AUDMAG00015598-AUDMAG00015613 |
| 270 PX-204 | 276 | Training Materials Outline | AUDMAG00063993 | | AUDMAG00063993 |
| 183 PX-205 | 279 | U.S. Patent 5,437,050 | IC-000592-617 | 07/25/95 | IC-000592-617 |
| 330 PX-206 | 280 | U.S. Patent 5,437,050 (Patent Prosecution History) | | | |
| 184 PX-207 | 281 | U.S. Patent 5,913,205 | IC-000106-141 | 06/15/99 | IC-000106-141 |
| 331 PX-208 | 282 | U.S. Patent 5,913,205 (Patent Prosecution History) | | | |
| 120 PX-209 | 283 | U.S. Patent 5,918,223 | IC-000142-179 | 06/29/99 | IC-000142-179 |
| 328 PX-210 | 284 | U.S. Patent 5,918,223 (Patent Prosecution History) | | | |
| 185 PX-211 | 285 | U.S. Patent 6,415,280 | IC-002458-2513 | 07/02/02 | IC-002458-2513 |
| 332 PX-212 | 286 | U.S. Patent 6,415,280 (Patent Prosecution History) | | | |
| 121 PX-213 | 287 | U.S. Patent 6,834,308 | AUDMAG00000001-AUDMAG00000014 | 12/21/04 | AUDMAG00000001-AUDMAG00000014 |
| 329 PX-214 | 288 | U.S. Patent 6,834,308 (Patent Prosecution History) | | | |
| 186 PX-215 | 289 | U.S. Patent 6,928,442 | IC-002514-2575 | 08/09/05 | IC-002514-2575 |
| 333 PX-216 | 290 | U.S. Patent 6,928,442 (Patent Prosecution History) | | | |
| 187 PX-217 | 291 | U.S. Patent 6,968,337 | BLU0455988-BLU0456006 | 01/30/15 | BLU0455988-BLU0456006 |
| 334 PX-218 | 292 | U.S. Patent 6,968,337 (Patent Prosecution History) | | | |
| 188 PX-219 | 293 | U.S. Patent 7,194,752 | IC-000001-34 | 03/20/07 | IC-000001-34 |
| 335 PX-220 | 294 | U.S. Patent 7,194,752 (Patent Prosecution History) | | | |
| 1 PX-221 | 295 | U.S. Patent 7,346,472 | BLU000001-14 | 03/18/08 | BLU000001-14 |
| 324 PX-222 | 296 | U.S. Patent 7,346,472 (Patent Prosecution History) | BLU000060-BLU000630 | | BLU000060-BLU000630 |
| 2 PX-223 | 297 | U.S. Patent 7,660,700 | BLU000015-27 | 02/09/10 | BLU000015-27 |
| 325 PX-224 | 298 | U.S. Patent 7,660,700 (Patent Prosecution History) | BLU000631-BLU001239 | | BLU000631-BLU001239 |
| 189 PX-225 | 299 | U.S. Patent 7,877,438 | | | |
| 336 PX-226 | 300 | U.S. Patent 7,877,438 (Patent Prosecution History) | | | |
| 3 PX-227 | 301 | U.S. Patent 7,949,494 | BLU000028-44 | 05/24/11 | BLU000028-44 |
| 326 PX-228 | 302 | U.S. Patent 7,949,494 (Patent Prosecution History) | BLU001240-BLU001903 | | BLU001240-BLU001903 |
| 4 PX-229 | 303 | U.S. Patent 8,214,175 | BLU000045-59 | 07/03/12 | BLU000045-59 |
| 327 PX-230 | 304 | U.S. Patent 8,214,175 (Patent Prosecution History) | BLU001904-BLU002260 | | BLU001904-BLU002260 |
| 190 PX-231 | 305 | U.S. Patent Application 2013/0276138 | | | |
| 337 PX-232 | 306 | U.S. Patent Application 2013/0276138 (Patent Prosecution History) | | | |

United States District Court for the Eastern District of Texas
Blue Spike LLC v. Audible Magic Corp. – 6:15-cv-584-RWS-CMC
Plaintiff's Trial Exhibit List

| Plaintiff's Exhibit List | Prior Exhibit List Number | Description | Bates Number | Date | Bates Number |
|---|---|---|---|---|---|
| 264 | PX-233 | 308 | User Database Overview List | AUDMAG01765271 | | AUDMAG01765271 |
| 275 | PX-234 | 309 | Using the Muscle Fish Audio CBR Library | AUDMAG01089633-AUDMAG01089642 | 1996; 1997 | AUDMAG01089633-AUDMAG01089642 |
| 8 | PX-235 | 311 | What is Digital Watermarking?, www.BlueSpike.com | BLU0075815-BLU0075816 | | BLU0075815-BLU0075816 |
| 253 | PX-236 | 312 | What's New at MuscleFish | AUDMAG01067954 | | AUDMAG01067954 |
| 319 | PX-237 | 313 | Why Does Audible Magic Care About IP and Patents | AUDMAG00394500-AUDMAG00394501 | | AUDMAG00394500-AUDMAG00394501 |
| 171 | PX-238 | 314 | ███████████████ | AUDMAG00106704-AUDMAG00106710 | | AUDMAG00106704-AUDMAG00106710 |
| | PX-239 | 318 | Dr. Quackenbush Deposition, Ex. 93 - SoundFisher screenshot | | | |
| | PX-240 | 319 | Dr. Quackenbush Deposition, Ex. 94 - SoundFisher screenshot | | | |
| | PX-241 | 320 | Dr. Quackenbush Deposition, Ex. 95 - SoundFisher screenshot | | | |
| | PX-242 | 321 | Dr. Quackenbush Deposition, Ex. 96 - SoundFisher screenshot | | | |
| | PX-243 | 322 | Dr. Quackenbush Deposition, Ex. 97 - SoundFisher screenshot | | | |
| | PX-244 | 323 | Dr. Quackenbush Deposition, Ex. 98 - SoundFisher screenshot | | | |
| | PX-245 | 324 | Dr. Quackenbush Deposition, Ex. 99 - SoundFisher screenshot | | | |
| | PX-246 | 325 | Dr. Quackenbush Deposition, Ex. 100 - SoundFisher screenshot | | | |
| | PX-247 | 326 | Dr. Quackenbush Deposition, Thumbdrive containing soundfisher code, Clango database, '050 Lamb patent test | AUDMAG02631630 | | AUDMAG02631630 |
| | PX-248 | 327 | Resume of John M. Strawn, Ph.D. | BLU024238-BLU024250 | | BLU024238-BLU024250 |