# EXHIBIT B-2

| New # | Old # | Description | Date | Bates | Audible Magic Objection |
|---|---|---|---|---|---|
| | | Audible Magic's Objections To Blue Spike's Exhibit List | | | |
| 1 | 1 | (Publications regarding MFCCs) | | | Insufficient Description, Not Produced |
| 2 | 5 | Air Datablade Module User's Guide | 12/1/1997 | AUDMAG01289363 | - |
| 3 | 6 | Air Datablade Source Code ( ) | | | - |
| 4 | 7 | Air Datablade Source Code ( ) | | | - |
| 5 | 8 | Air Datablade Source Code ( ) | | | - |
| 6 | 9 | Air Datablade Source Code ( ) | | | - |
| 7 | 10 | Air Datablade Source Code ( ) | | | - |
| 8 | 11 | Air Datablade Source Code ( ) | | | - |
| 9 | 12 | Air Datablade Source Code ( ) | | | - |
| 10 | 13 | Air Datablade Source Code ( ) | | | - |
| 11 | 14 | Air Datablade Source Code ( ) | | | - |
| 12 | 15 | | 9/22/2000 | AUDMAG01764580-AUDMAG01764609 | 402, 403 |
| 13 | 16 | | | AUDMAG02626529-AUDMAG026226530 | - |
| 14 | 20 | API Document Re CBR Library | 6/20/2005 | AUDMAG01097026-AUDMAG01097032 | - |
| 15 | 22 | Attachment I, Dr. Strawn Noninfringement Report (Source Code Analysis (final)) | | | 402, 403, Not Evidence |
| 16 | 23 | Audible Magic Bug Fixes | | AUDMAG02629958-AUDMAG02630047 | 402, 403, Description does not match documents, Multiple unrelated documents |
| 17 | 24 | Audible Magic Business Overview Slides | | AUDMAG00051181 | 402, 403 |
| 18 | 25 | | 5/15/2008 | AUDMAG02627847-AUDMAG02627882 | 402, 403, 802, 901 |
| 19 | 26 | | 11/30/2008 | AUDMAG02627797-AUDMAG02627846 | 402, 403, 802, 901 |
| 20 | 27 | | 11/30/2009 | AUDMAG02627883-AUDMAG02627946 | 402, 403, 802, 901 |
| 21 | 28 | Audible Magic Computer Asset Records | | AUDMAG02627348-AUDMAG02627676 | |
| 22 | 29 | Audible Magic Current Code | | AUDMAG02626508-AUDMAG02627347 | 402, 403, Insufficient Description |
| 23 | 30 | Audible Magic news article (Case 499, Dkt. No. 14, Ex. 2) | | | Description does not match document |
| 24 | 31 | Audible Magic OEM Application Programming Guide | | AUDMAG00076019-AUDMAG00076145 | 402, 403 |
| 25 | 32 | Audible Magic OEM Application Programming Guide | | AUDMAG00386925-AUDMAG00386979 | 402, 403 |
| 26 | 33 | Audible Magic Order, Billings, and Revenue Summary | | AUDMAG02630564 | 402, 403 |
| 27 | 34 | Audible Magic Overview PPT | | AUDMAG00099923-AUDMAG00099940 | 402, 403 |
| 28 | 35 | Audible Magic Revenue by Product &c. | | AUDMAG02630563 | 402, 403 |
| 29 | 36 | Audible Magic SDK License | | AUDMAG00075986-AUDMAG00076012 | 402, 403 |
| 30 | 37 | Audible Magic's CopySense Appliance | | AUDMAG00150682-AUDMAG00150683 | 402, 403 |
| 31 | 38 | Audible Magic's Developer Portal (Case 499, Dkt. No. 14, Ex. 1) | | | 402, 403, Description does not match document |
| 32 | 39 | Audible Magic's Infringement Contentions, '308 Patent | | | 402, 403, Not Evidence |
| 33 | 40 | Audible Magic's Invalidity Contentions | | | 402, 403, Not Evidence |
| 34 | 41 | | | AUDMAG00103772 | 402, 403 |
| 35 | 42 | Audible Magic's Responses to Blue Spike ROGs | | | 402, 403, Not Evidence |
| 36 | 43 | Audible Magic's web site (www.audiblemagic.com) | | | 402, 403, Insufficient Description |

| | | | | | |
|---|---|---|---|---|---|
| 37 | 44 | Audio Databases with Content-Based Retrieval, Blum (https://www.audiblemagic.com/wp-content/uploads/2014/02/AM_Copyright_Compliance_Data_Sheet.pdf) | 4/3/2014 | | 402, 403 |
| 38 | 45 | Audio Databases with Content-Based Retrieval, Blum | | IC-05405-5420 | - |
| 39 | 46 | | | AUDMAG01764575 | 402, 403 |
| 40 | 60 | ████████████ | | BLU0205584-BLU0205593 | - |
| 41 | 61 | | | BLU0205987-BLU0206003 | - |
| 42 | 62 | Blue Spike's Infringement Contentions (Dec. 12, 2014) | | | 402, 403, Not Evidence |
| 43 | 75 | | | AUDMAG01090613-AUDMAG01090623 | - |
| 44 | 76 | Business Development Summit | | AUDMAG00074787-AUDMAG00074848 | 402, 403 |
| 45 | 77 | Calvin_Harris.mp3.request.xml.pdf (Attachment M, Dr. Strawn Noninfringement Report) | | | 402, 403 |
| 46 | 78 | Calvin_Harris.mp3.response.xml.pdf (Attachment N, Dr. Strawn Noninfringement Report) | | | 402, 403 |
| 47 | 79 | Case No. 499, Dkt. 1400, Blue Spike's First Amended Complaint against Audible Magic | | | 402, 403, Not Evidence |
| 48 | 80 | Case No. 499, Dkt. No. 1831, Claim Construction Order | | | Not Evidence |
| 49 | 81 | CBR Source Code (████████) | | | - |
| 50 | 82 | CBR Source Code (██████████████) | | | - |
| 51 | 83 | CBR Source Code (████████) | | | - |
| 52 | 84 | CBR Source Code (██████████) | | | - |
| 53 | 85 | CBR Source Code (████████) | | | - |
| 54 | 86 | CBR Source Code (██████) | | | - |
| 55 | 87 | ███████████████████████ | | AUDMAG01765056 | 402, 403 |
| 56 | 90 | Clango-Amadeus-Wired Air Infringement Contentions | | | 402, 403, Not Evidence |
| 57 | 91 | Clango Source Code (██████████) | | | - |
| 58 | 92 | Clango Source Code (████████████) | | | - |
| 59 | 93 | Clango Source Code (██████) | | | - |
| 60 | 94 | Clango Source Code (██████████) | | | - |
| 61 | 95 | Clango Tester Newsletter | | AUDMAG00041801 | - |
| 62 | 96 | Client API SDK Programmer's Overview | | AUDMAG00105786-AUDMAG00105791 | 402, 403 |
| 63 | 97 | ██████████████████████ Settlement | 5/21/2013 | BLU002426-445 | - |
| 64 | 98 | Comparisons of Different Implementations of MFCC | | BLU0456425-BLU0456429 | 402, 403, 802, 901 |
| 65 | 99 | Content ID Services and Procedure | | AUDMAG00065187 | 402, 403, Incomplete document |
| 66 | 100 | Content Ingestion Release 3 Manual | | AUDMAG00106912-AUDMAG00106933 | 402, 403 |
| 67 | 101 | Content-based retrieval API | 6/21/2005 | AUDMAG01147871-AUDMAG01147877 | |
| 68 | 102 | contentingenstion_release3_manual.pdf (Attachment L, Dr. Strawn Noninfringement Report) | | | 402, 403 |
| 69 | 103 | █ Code Snippets | | AUDMAG00064313-AUDMAG00064316 | - |
| 70 | 104 | █ Draft Development Agreement | | AUDMAG00064291-AUDMAG00064304 | - |
| 71 | 105 | █ Email | | AUDMAG00403857 | - |
| 72 | 106 | █ Source Code (████████) | | | - |
| 73 | 107 | █ Source Code (██████████) | | | - |
| 74 | 108 | █ Source Code (██████████) | | | - |

| # | No. | Description | Date | Bates | Objections |
|---|-----|-------------|------|-------|------------|
| 75 | 109 | Source Code (████) | | | - |
| 76 | 110 | Source Code (████) | | | - |
| 77 | 111 | Source Code (████) | | | - |
| 78 | 112 | Source Code (████) | | | - |
| 79 | 113 | Source Code (████) | | | - |
| 80 | 114 | Source Code (████) | | | - |
| 81 | 115 | Source Code (████) | | | - |
| 82 | 116 | Source Code ████ | | | - |
| 83 | 117 | CopySense Appliance Quick Install Guide | | | 402, 403 |
| 84 | 118 | CopySense User Doc 5.2u Supplement | | | 402, 403 |
| 85 | 119 | CopySense User Doc versions 5.27 and 6.17 | | | 402, 403 |
| 86 | 122 | Database Output | | AUDMAG00364206 | 402, 403 |
| 87 | 123 | Datablade Marketing Document | | AUDMAG00064676 | - |
| 88 | 124 | DataBlade Product Proposal | 7/31/1997 | AUDMAG00063992 | - |
| 89 | 137 | | | | |
| 90 | 138 | ████ Source Code | | | Insufficient Description |
| 91 | 139 | ████ Settlement | 10/11/2013 | BLU002518-527 | - |
| 92 | 140 | Dr. Quackenbush Deposition, Ex. 83 | | | - |
| 93 | 141 | ██ Notes | 10/7/1997 | AUDMAG01091981-AUDMAG01091982 | - |
| 94 | 143 | ████ | 12/31/1998 | AUDMAG01106242-AUDMAG01106243 | - |
| 95 | 144 | Email chain | 1/3/2001 | AUDMAG01774664 | 402, 403 |
| 96 | 145 | Email chain | 4/12/2001 | AUDMAG01774697 | 402, 403 |
| 97 | 146 | Email re demo | 9/7/1997 | AUDMAG01680867 | - |
| 98 | 147 | Email to Jim Schrempp | | AUDMAG00014877 | - |
| 99 | 148 | Engine for Audio Recall | | AUDMAG01680897-AUDMAG01680900 | - |
| 100 | 151 | Exceprts of AM's Source Code | | | Insufficient Description |
| 101 | 152 | Feature Extraction Methods | | BLU0456421-BLU0456424 | 402, 403, 802, 901 |
| 102 | 153 | Feature Extraction Methods LPC PLP and MFCC | | BLU0456093-BLU0456097 | 402, 403, 802, 901 |
| 103 | 154 | First Amended Complaint Against AM | 4/4/2014 | | 402, 403, Not Evidence |
| 104 | 155 | ████ | | AUDMAG00064816 | - |
| 105 | 156 | ████ | | AUDMAG01090199 | - |
| 106 | 158 | From Phantoms to Fingerprints and Beyond | | AUDMAG00375625 | - |
| 107 | 161 | George Source Code | | AUDMAG01113239-AUDMAG01113302 | - |
| 108 | 164 | How Audible Magic Does It | | AUDMAG00064317-AUDMAG00064333 | 402, 403 |
| 109 | 165 | http://blogs.wsj.com/cio/2012/05/15/how-big-data-will-disrupt-the-9-billion-music-publishing-rights-business/ | 5/15/2012 | | 402, 403, 802, 901 |
| 110 | 166 | http://blue-spike.myshopify.com/pages/giovanni-digital-watermarking-suite | | BLU0075919-BLU0075920 | 402, 403 |
| 111 | 167 | http://bluespike.com/company/management/ | | BLU0075890 | 402, 403 |
| 112 | 168 | http://irdeto.com/documents/Articles/ov_ird_factsheet_en.pdf | | | 402, 403, 802, 901 |
| 113 | 169 | http://irdeto.com/documents/Collateral/so_business_intelligence_en.pdf | | | 402, 403, 802, 901 |
| 114 | 170 | http://irdeto.com/news-and-events/irdeto-strengthens-piracy-management-portfolio-with-global-launch-of-irdeto-intelligence-services.html | | | 402, 403, 802, 901 |
| 115 | 171 | http://replicheck.com/how_it_works.html | | | 402, 403 |

| | | | | |
|---|---|---|---|---|
| 116 | 172 | http://www.americansongwriter.com/2010/09/next-big-nashville-spotlig ht-landmark-digital- services/ | 9/13/2010 | | 402, 403, 802, 901 |
| 117 | 173 | http://www.audiblemagic.com/wp-content/uploads/2015/02/AudibleMagic_CopySenseAppliance_Datashee t-new.pdf | | | 402, 403 |
| 118 | 174 | http://www.bloomberg.com/research/stocks/private/snapshot.asp?privc apid=26421569 | | | 402, 403, 802, 901 |
| 119 | 175 | http://www.bloomberg.com/research/stocks/private/snapshot.asp?apId=936050 | | | 402, 403, 802, 901 |
| 120 | 176 | http://www.bluespike.com/science/faq/ | | BLU0075901-BLU0075903 | 402, 403 |
| 121 | 177 | http://www.bmi.com/press/entry/534550 | | | 402, 403, 802, 901 |
| 122 | 178 | http://www.mi2n.com/print.php3?id=4746 | | | 402, 403, 802, 901 |
| 123 | 179 | https://audiblemagic.com/about | | | 402, 403 |
| 124 | 180 | https://audiblemagic.com/content-registration (MyRightsView FAQ) | | | 402, 403 |
| 125 | 181 | https://audiblemagic.com/customers | | | 402, 403 |
| 126 | 182 | https://audiblemagic.com/management | | | 402, 403 |
| 127 | 183 | https://audiblemagic.com/media-identification | | | 402, 403 |
| 128 | 184 | https://tunesat.com/tunesatportal/home/faqs | | | 402, 403, 802, 901 |
| 129 | 185 | https://www.audiblemagic.com/2015/02/03/audible-magic-introduces-upgraded-dmca-tool-for- colleges-and-universities/ | | | 402, 403 |
| 130 | 186 | https://www.audiblemagic.com/2015/02/03/audible-magicintroduces-upgraded-dmca-tool-for-colleges-and-universities/ | 2/3/2015 | | 402, 403 |
| 131 | 187 | https://www.audiblemagic.com/about/ | | | 402, 403 |
| 132 | 188 | https://www.audiblemagic.com/am-developers | | | 402, 403 |
| 133 | 189 | https://www.audiblemagic.com/compliance-service | | | 402, 403 |
| 134 | 190 | https://www.audiblemagic.com/compliance-service/ | | | 402, 403 |
| 135 | 191 | https://www.audiblemagic.com/content-registration/ | | | 402, 403 |
| 136 | 192 | https://www.audiblemagic.com/content-registration/#independent-artist | | | 402, 403 |
| 137 | 193 | https://www.audiblemagic.com/content-registration/#independent-publisher | | | 402, 403 |
| 138 | 194 | https://www.audiblemagic.com/content-registration/#major-media | | | 402, 403 |
| 139 | 195 | https://www.audiblemagic.com/copysense-appliance/ | | | 402, 403 |
| 140 | 196 | https://www.audiblemagic.com/copysense-appliance/#features | | | 402, 403 |
| 141 | 197 | https://www.audiblemagic.com/copysense-appliance/#how-it-works | | | 402, 403 |
| 142 | 198 | https://www.audiblemagic.com/customers/ | | | 402, 403 |
| 143 | 199 | https://www.audiblemagic.com/media-identification/ | | | 402, 403 |
| 144 | 200 | https://www.audiblemagic.com/media-synchronization | | | 402, 403 |
| 145 | 201 | https://www.audiblemagic.com/media-synchronization/ | | | 402, 403 |
| 146 | 202 | https://www.audiblemagic.com/replicheck | | | 402, 403 |
| 147 | 203 | https://www.audiblemagic.com/replicheck/ | | | 402, 403 |
| 148 | 204 | https://www.audiblemagic.com/smart-devices-and-apps/ | | | 402, 403 |

| | | | | |
|---|---|---|---|---|
| 149 | 205 | https://www.audiblemagic.com/wp-content/uploads/2014/02/AudibleMagic_SportsData_Datasheet.pdf | | | 402, 403 |
| 150 | 206 | https://www.myrigtsview.com/faq.aspx | | | 402, 403 |
| 151 | 207 | https://www.myrigtsview.com/faq.aspx | | | 402, 403 |
| 152 | 208 | IEEE Article | | AUDMAG00394425-AUDMAG00394445 | - |
| 153 | 210 | International Organization for Standardization | | AUDMAG01721340 | 402, 403 |
| 154 | 211 | Irdeto - The New Technologies for Pay TV Content Security | 12/5/2011 | BLU008930-56 | 402, 403, 802, 901 |
| 155 | 215 | Lamb Patent Thumb Drive | | AUDMAG02631630 | |
| 156 | 216 | ███████ | 7/30/1997 | AUDMAG00064273-AUDMAG00064275 | - |
| 157 | 219 | ███████ | | AUDMAG00066845-AUDMAG00066853 | 402, 403 |
| 158 | 220 | ███████ | | AUDMAG00106812-AUDMAG00106819 | 402, 403 |
| 159 | 221 | ███████ | | AUDMAG02626657-AUDMAG02626662 | 402, 403 |
| 160 | 222 | ███████ | | AUDMAG02626813-AUDMAG02626817 | 402, 403 |
| 161 | 223 | ███████ | | AUDMAG02626988-AUDMAG02626997 | 402, 403 |
| 162 | 224 | ███████ | | AUDMAG02626974-AUDMAG02626985 | 402, 403 |
| 163 | 225 | ███████ | | | 402, 403 |
| 164 | 226 | ███████ | | AUDMAG00403760 | - |
| 165 | 227 | Muscle Fish Email | | AUDMAG01706271 | 402, 403 |
| 166 | 228 | Muscle Fish Presentation | 5/12/1999 | AUDMAG00897984-AUDMAG00897994 | - |
| 167 | 229 | ███████ | 7/1/1999 | AUDMAG01067957-AUDMAG01067980 | - |
| 168 | 230 | Muscle Fish Source Code | | AUDMAG02629896-AUDMAG02629957 | Insufficient Description |
| 169 | 232 | ███████ | 10/1/1996 | AUDMAG00412900-AUDMAG00412902 | - |
| 170 | 233 | ███████ | 7/30/1997 | AUDMAG00412940-AUDMAG00412946 | - |
| 171 | 234 | OEM Application Programming Guide | | AUDMAG02628899-AUDMAG02629025 | 402, 403 |
| 172 | 235 | On Desensitizing the Mel-Cepstrum | | BLU0456098-BLU0456101 | 402, 403, 802, 901 |
| 173 | 236 | Original Complaints Against Irdeto USA and Irdeto B.V. | 8/23/2012 | | 402, 403, Not Evidence |
| 174 | 237 | ███████ | | AUDMAG01765084 | 402, 403 |
| 175 | 238 | Peer to Peer CopySense Users Reference Manual | | AUDMAG00149163-AUDMAG00149290 | 402, 403 |
| 176 | 239 | Practical Cryptography | | AUDMAG00066456 | 402, 403, Description does not match document |
| 177 | 241 | ███████ | 2/10/1999 | AUDMAG01106224-AUDMAG01110626 | - |
| 178 | 242 | ███████ | 1/8/1998 | AUDMAG01091338-AUDMAG01091342 | - |
| 179 | 243 | ███████ | 8/30/1999 | AUDMAG00064305 | - |
| 180 | 244 | Results from Clango run | 7/18/2000 | AUDMAG02107700 | - |
| 181 | 245 | Roll Into Production | 12/1/2000 | AUDMAG01765359 | 402, 403 |
| 182 | 251 | SmartSync Mobile Application Development | | AUDMAG00066916 | 402, 403 |
| 183 | 252 | SmartSync Mobile Application Development | | AUDMAG00106873-AUDMAG00106885 | 402, 403 |
| 184 | 253 | Software Development Report | | AUDMAG02628331 | 402, 403 |
| 185 | 254 | Sound Fisher Business Overview | 8/22/2000 | AUDMAG01723695 | - |
| 186 | 255 | Soundfisher Article | | AUDMAG00000495-AUDMAG00000496 | - |
| 187 | 256 | Soundfisher Article | | AUDMAG01724178 | - |
| 188 | 257 | Soundfisher Evaluation | | AUDMAG00064250-AUDMAG00064252 | - |
| 189 | 258 | SoundFisher Screenshots | | AUDMAG00064404-AUDMAG00064421 | - |
| 190 | 259 | Soundfisher Short Description | | AUDMAG00064392 | - |
| 191 | 260 | SoundFisher Sound Browser | | AUDMAG00064425-AUDMAG00064449 | - |

| | | | | | |
|---|---|---|---|---|---|
| 192 | 261 | Soundfisher Source Code ( ███████████ ) | | | - |
| 193 | 262 | Soundfisher Source Code ( ███████ ) | | | - |
| 194 | 263 | Soundfisher Source Code ( ████████ ) | | | - |
| 195 | 264 | Soundfisher Source Code ( █████████████ ) | | | - |
| 196 | 265 | Soundfisher Summary | | AUDMAG00064402-AUDMAG00064403 | - |
| 197 | 267 | Speaker-Independent Isolated Word Recognition | | BLU0456077-BLU0456084 | 402, 403, 901 |
| 198 | 268 | Statement by Vance Ikezoye | 6/5/2007 | BLU20000-BLU20009 | 402, 403 |
| 199 | 269 | Statistical Queries | | AUDMAG00401261-AUDMAG0040188 | - |
| 200 | 270 | Steps to implementing a private label clango | | AUDMAG00285829 | |
| 201 | 271 | Teaming Up with Audible Magic: Content Registration | | AUDMAG00106844 | 402, 403 |
| 202 | 272 | ████████████████ | 8/18/2000 | AUDMAG02113493 | |
| 203 | 275 | TouchTone Developments and Operations | 5/7/1999 | AUDMAG00015598-AUDMAG00015613 | - |
| 204 | 276 | Training Materials Outline | | AUDMAG00063993 | |
| 205 | 279 | U.S. Patent 5,437,050 | 7/25/1995 | IC-000592-617 | - |
| 206 | 280 | U.S. Patent 5,437,050 (Patent Prosecution History) | | | 402, 403, Insufficient Description, Not Produced |
| 207 | 281 | U.S. Patent 5,913,205 | 6/15/1999 | IC-000106-141 | - |
| 208 | 282 | U.S. Patent 5,913,205 (Patent Prosecution History) | | | 402, 403, Insufficient Description, Not Produced |
| 209 | 283 | U.S. Patent 5,918,223 | 6/29/1999 | IC-000142-179 | - |
| 210 | 284 | U.S. Patent 5,918,223 (Patent Prosecution History) | | | 402, 403, Insufficient Description, Not Produced |
| 211 | 285 | U.S. Patent 6,415,280 | 7/2/2002 | IC-002458-2513 | - |
| 212 | 286 | U.S. Patent 6,415,280 (Patent Prosecution History) | | | 402, 403, Insufficient Description, Not Produced |
| 213 | 287 | U.S. Patent 6,834,308 | 12/21/2004 | AUDMAG00000001-AUDMAG00000014 | - |
| 214 | 288 | U.S. Patent 6,834,308 (Patent Prosecution History) | | | 402, 403, Insufficient Description, Not Produced |
| 215 | 289 | U.S. Patent 6,928,442 | 8/9/2005 | IC-002514-2575 | - |
| 216 | 290 | U.S. Patent 6,928,442 (Patent Prosecution History) | | | 402, 403, Insufficient Description, Not Produced |
| 217 | 291 | U.S. Patent 6,968,337 | 1/30/2015 | BLU0455988-BLU0456006 | 402, 403 |
| 218 | 292 | U.S. Patent 6,968,337 (Patent Prosecution History) | | | 402, 403, Insufficient Description, Not Produced |
| 219 | 293 | U.S. Patent 7,194,752 | 3/20/2007 | IC-000001-34 | - |
| 220 | 294 | U.S. Patent 7,194,752 (Patent Prosecution History) | | | 402, 403, Insufficient Description, Not Produced |
| 221 | 295 | U.S. Patent 7,346,472 | 3/18/2008 | BLU000001-14 | - |
| 222 | 296 | U.S. Patent 7,346,472 (Patent Prosecution History) | | BLU000060-BLU000630 | - |
| 223 | 297 | U.S. Patent 7,660,700 | 2/9/2010 | BLU000015-27 | - |
| 224 | 298 | U.S. Patent 7,660,700 (Patent Prosecution History) | | BLU000631-BLU001239 | - |
| 225 | 299 | U.S. Patent 7,877,438 | | | 402, 403 |
| 226 | 300 | U.S. Patent 7,877,438 (Patent Prosecution History) | | | 402, 403, Insufficient Description, Not Produced |
| 227 | 301 | U.S. Patent 7,949,494 | 5/24/2011 | BLU000028-44 | - |
| 228 | 302 | U.S. Patent 7,949,494 (Patent Prosecution History) | | BLU001240-BLU001903 | - |

| | | | | | |
|---|---|---|---|---|---|
| 229 | 303 | U.S. Patent 8,214,175 | 7/3/2012 | BLU000045-59 | - |
| 230 | 304 | U.S. Patent 8,214,175 (Patent Prosecution History) | | BLU001904-BLU002260 | - |
| 231 | 305 | U.S. Patent Application 2013/0276138 | | | 402, 403, Not Produced |
| 232 | 306 | U.S. Patent Application 2013/0276138 (Patent Prosecution History) | | | 402, 403, Insufficient Description, Not Produced |
| 233 | 308 | User Database Overview List | | AUDMAG01765271 | 402, 403 |
| 234 | 309 | Using the Muscle Fish Audio CBR Library | 1996; 1997 | AUDMAG01089633-AUDMAG01089642 | - |
| 235 | 311 | What is Digital Watermarking?, www.BlueSpike.com | | BLU0075815-BLU0075816 | 402, 403 |
| 236 | 312 | What's New at MuscleFish | | AUDMAG01067954 | |
| 237 | 313 | Why Does Audible Magic Care About IP and Patents | | AUDMAG00394500-AUDMAG00394501 | - |
| 238 | 314 | ███████████ | | AUDMAG00106704-AUDMAG00106710 | 402, 403 |
| 239 | 318 | Dr. Quackenbush Deposition, Ex. 93 -- SoundFisher screenshot | | | - |
| 240 | 319 | Dr. Quackenbush Deposition, Ex. 94 -- SoundFisher screenshot | | | - |
| 241 | 320 | Dr. Quackenbush Deposition, Ex. 95 -- SoundFisher screenshot | | | - |
| 242 | 321 | Dr. Quackenbush Deposition, Ex. 96 -- SoundFisher screenshot | | | - |
| 243 | 322 | Dr. Quackenbush Deposition, Ex. 97 -- SoundFisher screenshot | | | - |
| 244 | 323 | Dr. Quackenbush Deposition, Ex. 98 -- SoundFisher screenshot | | | - |
| 245 | 324 | Dr. Quackenbush Deposition, Ex. 99 -- SoundFisher screenshot | | | - |
| 246 | 325 | Dr. Quackenbush Deposition, Ex. 100 -- SoundFisher screenshot | | | - |
| 247 | 326 | Dr. Quackenbush Deposition, Thumbdrive containing soundfisher code, Clango database, '050 Lamb patent test | | AUDMAG02631630 | Insufficient Description; description does not match document |
| 248 | 327 | Resume of John M. Strawn, Ph.D. | | BLU024238--BLU024250 | 402, 403, 802, 901, Not Evidence |
| | | | | | |
| | | | | | |
| | | Note 1: Audible Magic objects to any e-mails between parties and/or their counsel in this Bates range under FRE 402, 403, 408, 802, and 901.  Audible Magic objects to any draft or unexecuted agreements in this Bates range under FRE 402, 403, 408, and 901.  Audible Magic does not object to the actual excuted license agreement. | | | |
| | | | | | |
| | | Note 2: Audible Magic objects to all deposition designations listed on Blue Spike's exhibit list. | | | |