# EXHIBIT E-1

# In The Matter Of:

*BLUE SPIKE LLC*
*v.*
*TEXAS INSTRUMENTS*

_____

*PETER CASSIDY - Vol. 1*

*April 1, 2015*

_____

# *CONFIDENTIAL*
# *ATTORNEYS' EYES ONLY*

**MERRILL CORPORATION**
**LegaLink, Inc.**

27 Maiden Lane
Suite 300
San Francisco, CA 94108
Phone: 415.357.4300
Fax: 415.357.4301

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

TYLER DIVISION

– – – – – – – – – – – – – – – x

BLUE SPIKE LLC

     Plaintiff

vs.               Case No. 6:12-CV-00499-MHS

TEXAS INSTRUMENTS

Defendant

– – – – – – – – – – – – – – – x

CONFIDENTIAL – ATTORNEYS' EYES ONLY

VIDEO DEPOSITION of PETER CASSIDY

Wednesday, April 1, 2015 – 10:15 a.m.

Proskauer Rose

1 International Place

Boston, Massachusetts


––– Jill K. Ruggieri, RPR, RMR, FCRR, CRR –––

SF-028683

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

```
 1    APPEARANCES:

 2

 3    Garteiser Honea

 4         Kirk Anderson, Esq.  (telephonically)

 5         218 N. College Avenue

 6         Tyler, Texas 75702

 7         888.908.4400

 8         kanderson@ghiplaw.com

 9         Counsel for plaintiff

10

11    Orrick, Herrington & Sutcliffe

12         Gabriel M. Ramsey, Esq.

13         The Orrick Building

14         405 Howard Street

15         San Francisco, California 94105-2669

16         415.773-5700   Fax:  415.773.5759

17         gramsey@orrick.com

18         Counsel for Audible Magic

19

20    Videographer:  Tom Tracy

21

22

23

24
```

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

```
 1                    I N D E X

 2

 3   WITNESS:

 4

 5   PETER CASSIDY

 6

 7        Examination by Mr. Ramsey              6

 8        Examination by Mr. Anderson          143

 9

10

11                  E X H I B I T S

12

13   Exhibit 50          Corporate agreement    9

14   Exhibit 51            Email, June 14, 2002       23

15   Exhibit 52            Blue Spike, Inc. Corporate  27

16                    Profile, August 2000

17   Exhibit 53            Email, August 23, 2000      39

18   Exhibit 54            Email, August 23, 2000      48

19   Exhibit 55            Email, August 22, 2000      55

20   Exhibit 56            Email, August 22, 2000      64

21   Exhibit 57            Email, September 13, 2000   72

22   Exhibit 58            Email, December 5, 2000     87

23   Exhibit 59            Email, December 5, 2000     93

24   Exhibit 60            Email, February 5, 2001    104
```

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 4

```
 1    Exhibit 61          Proposal for ASCAP   114

 2    Exhibit 62          Email, February 15, 2001    116

 3    Exhibit 63          Email, April 21, 2001       125

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 5

| | | |
|---|---|---|
| 1 | P R O C E E D I N G S | 10:09:22 |
| 2 | THE VIDEOGRAPHER:  This begins | 10:21:19 |
| 3 | Tape No. 1 of the videotaped deposition of | 10:21:19 |
| 4 | Peter Cassidy in the case of Blue Spike LLC | 10:21:22 |
| 5 | versus Texas Instruments, in the US District | 10:21:27 |
| 6 | Court for the Eastern District of Texas, | 10:21:29 |
| 7 | Tyler Division, Case No. 6:12-CV-00499-MHS. | 10:21:33 |
| 8 | Today's date is April 1, 2015, | 10:21:44 |
| 9 | and the time on the video monitor is 10:15 a.m. | 10:21:48 |
| 10 | The video operator today is Tom | 10:21:58 |
| 11 | Tracy.  The video deposition is being held at | 10:22:00 |
| 12 | Proskauer Rose in Boston, Massachusetts. | 10:22:05 |
| 13 | Counsel please voice-identify | 10:22:08 |
| 14 | yourself and state whom you represent. | 10:22:10 |
| 15 | MR. RAMSEY:  This is Gabe | 10:22:12 |
| 16 | Ramsey with Orrick, Herrington & Sutcliffe | 10:22:12 |
| 17 | for Audible Magic and its customers. | 10:22:13 |
| 18 | THE VIDEOGRAPHER:  And on the | 10:22:22 |
| 19 | phone? | 10:22:23 |
| 20 | MR. ANDERSON:  This is Kirk | 10:22:23 |
| 21 | Anderson with Garteiser Honea for the | 10:22:24 |
| 22 | plaintiff, Blue Spike. | 10:22:27 |
| 23 | THE VIDEOGRAPHER:  Okay. | 10:22:29 |
| 24 | Thank you. | 10:22:29 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

| | | |
|---|---|---|
| 1 | And would our court reporter, | 10:22:30 |
| 2 | Jill Ruggieri, of Merrill please swear in the | 10:22:32 |
| 3 | witness. | 10:22:35 |
| 4 | | 10:22:35 |
| 5 | PETER CASSIDY, a witness | 10:22:46 |
| 6 | having been duly sworn, on oath deposes and | 10:22:46 |
| 7 | says as follows: | 10:22:46 |
| 8 | | 10:22:46 |
| 9 | EXAMINATION | 10:22:46 |
| 10 | BY MR. RAMSEY: | 10:22:46 |
| 11 | Q    Great. | 10:22:47 |
| 12 | Thanks for being here today, | 10:22:49 |
| 13 | Mr. Cassidy.  The way this is going to go | 10:22:50 |
| 14 | on -- | 10:22:52 |
| 15 | Have you ever had your | 10:22:53 |
| 16 | deposition taken before or no? | 10:22:53 |
| 17 | A    No. | 10:22:54 |
| 18 | Q    Okay. | 10:22:54 |
| 19 | It's -- I'll just ask | 10:22:55 |
| 20 | questions.  It's like a conversation.  So | 10:22:57 |
| 21 | give us as detailed and truthful answers as | 10:23:00 |
| 22 | you can. | 10:23:04 |
| 23 | The most important thing is, | 10:23:04 |
| 24 | we try not to talk over each other.  In | 10:23:05 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

| | | |
|---|---|---|
| 1 | other -- in normal conversation, folks tend | 10:23:07 |
| 2 | to step on each other. | 10:23:10 |
| 3 | A    Q/A. | 10:23:11 |
| 4 | Q    Yes, for her benefit so that she | 10:23:13 |
| 5 | can clearly~-- | 10:23:15 |
| 6 | A    No, I've read transcripts, lots and | 10:23:16 |
| 7 | lots of transcripts. | 10:23:18 |
| 8 | Q    Okay.  Got you. | 10:23:18 |
| 9 | A    Lots of transcripts. | 10:23:18 |
| 10 | MR. RAMSEY:  And, Kirk, I | 10:23:18 |
| 11 | presume you'll want to designate this | 10:23:19 |
| 12 | transcript confidential, attorneys' eyes | 10:23:22 |
| 13 | only, since it will be about Blue Spike's | 10:23:24 |
| 14 | history and information; is that right? | 10:23:27 |
| 15 | MR. ANDERSON:  Yes. | 10:23:29 |
| 16 | MR. RAMSEY:  Okay.  If you can | 10:23:30 |
| 17 | just -- confidential, attorneys' eyes only. | 10:23:31 |
| 18 | All right. | 10:23:33 |
| 19 | BY MR. RAMSEY: | 10:23:33 |
| 20 | Q    So, Mr. Cassidy, when did you first | 10:23:34 |
| 21 | start working with Blue Spike? | 10:23:36 |
| 22 | A    You know, I really don't remember. | 10:23:40 |
| 23 | The late 1990s, early knots, early 1999, 2000 | 10:23:43 |
| 24 | or so. | 10:23:46 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 8

```
 1                        At the time, I was a          10:23:47
 2     journalist covering security, cryptographic      10:23:48
 3     technologies, security -- information            10:23:52
 4     security technologies, and I was the manager     10:23:55
 5     of something called the Digital Commerce         10:23:57
 6     Society of Boston, which was a recent --         10:24:01
 7     which was a discussion group amongst experts     10:24:03
 8     in the field of information technology and       10:24:06
 9     the nascent world of alternative payment         10:24:13
10     systems, like digital bearer certificates and   10:24:16
11     stuff like that.                                 10:24:20
12                        So in the middle of that      10:24:20
13     conversation, I either interviewed              10:24:21
14     Mr. Moskowitz or bumped into a story about      10:24:23
15     him, but we somehow had a conversation, which   10:24:27
16     ended with me going to work for him as a        10:24:29
17     consultant as he began to develop the story     10:24:32
18     of his company, Blue Spike, to animate the      10:24:35
19     patents he was developing at the time and had   10:24:40
20     already established in previous iterations.     10:24:42
21          Q     Okay.                                 10:24:46
22                    MR. RAMSEY:   I'm going to mark   10:24:47
23     a first exhibit.                                 10:24:48
24                    Kirk, do you remember what        10:24:54
```

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 9

| | | |
|---|---|---|
| 1 | exhibit umber we're up to –– and I'll give you | 10:24:55 |
| 2 | the Bates in a moment –– off hand?  We're in the | 10:24:57 |
| 3 | 50s. | 10:25:00 |
| 4 | MR. ANDERSON:  I honestly | 10:25:01 |
| 5 | don't know. | 10:25:01 |
| 6 | MR. RAMSEY:  Why don't we just | 10:25:02 |
| 7 | mark as it 50.  Just –– that should be safe. | 10:25:03 |
| 8 | And, Kirk, this is BLU0142561. | 10:25:06 |
| 9 | (Exhibit 50 marked for | 10:25:12 |
| 10 | identification.) | 10:25:12 |
| 11 | BY MR. RAMSEY: | 10:25:41 |
| 12 | Q    All right. | 10:25:42 |
| 13 | Mr. Cassidy, you've been | 10:25:42 |
| 14 | handed a document marked Exhibit 50.  It's | 10:25:43 |
| 15 | marked BLU0142561. | 10:25:45 |
| 16 | It's labeled Consulting | 10:25:48 |
| 17 | Agreement. | 10:25:50 |
| 18 | A    Good. | 10:25:50 |
| 19 | Q    Do you recognize this?  Take a | 10:25:51 |
| 20 | quick look. | 10:25:54 |
| 21 | A    I am glad you got this, because I | 10:25:55 |
| 22 | need to read this with an attorney to figure | 10:25:57 |
| 23 | out what my obligations are to the Blue Spike | 10:25:58 |
| 24 | thing. | 10:26:03 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 10

| | | | |
|---|---|---|---|
| 1 | Q | Sure. | 10:26:03 |
| 2 | A | Oh, gosh. | 10:26:04 |
| 3 | | (Deponent read document.) | 10:26:09 |
| 4 | A | When was this dated?  It's May | 10:26:22 |
| 5 | 2000.  That's about right. | | 10:26:25 |
| 6 | Q | So -- so is this the first | 10:26:26 |
| 7 | consulting agreement -- this Exhibit 50 the | | 10:26:29 |
| 8 | first consulting agreement you entered into | | 10:26:31 |
| 9 | with Blue Spike? | | 10:26:33 |
| 10 | A | It's the only one. | 10:26:35 |
| 11 | Q | Okay. | 10:26:36 |
| 12 | A | They ran out of money. | 10:26:36 |
| 13 | Q | Okay. | 10:26:37 |
| 14 | | So were you working with Blue | 10:26:38 |
| 15 | Spike before you entered into this agreement | | 10:26:39 |
| 16 | or is this -- | | 10:26:41 |
| 17 | A | No.  I have a feeling I interviewed | 10:26:42 |
| 18 | him about steg.  Steganography, sorry. | | 10:26:44 |
| 19 | Q | All right. | 10:26:48 |
| 20 | | So when you -- when you first | 10:26:48 |
| 21 | were engaged with Audible Magic -- sorry. | | 10:26:50 |
| 22 | | When you were first engaged | 10:26:53 |
| 23 | with Blue Spike in May of 2000, what was your | | 10:26:55 |
| 24 | role at Blue Spike? | | 10:26:57 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 11

| | | |
|---|---|---|
| 1 | What was your job?  What were | 10:26:59 |
| 2 | your responsibilities? | 10:27:01 |
| 3 | A    I was sort of communications | 10:27:03 |
| 4 | officer for what was the early company.  I | 10:27:04 |
| 5 | helped them pull together the story, the | 10:27:10 |
| 6 | narrative of what the company was about, what | 10:27:13 |
| 7 | its innovations were, and a lot to, like, | 10:27:15 |
| 8 | listen to Scott, talk to him about it, just | 10:27:17 |
| 9 | fluidly sometimes about what they had for | 10:27:20 |
| 10 | intellectual property, what they had for | 10:27:22 |
| 11 | product ideas, what there were in terms of | 10:27:23 |
| 12 | opportunities in the market space and places | 10:27:26 |
| 13 | they could map that. | 10:27:28 |
| 14 | So I was sort of | 10:27:29 |
| 15 | communications officer and sound import, to a | 10:27:31 |
| 16 | certain extent, because I had had so much | 10:27:33 |
| 17 | experience with so many security | 10:27:35 |
| 18 | technologies. | 10:27:37 |
| 19 | It was good -- Scott just | 10:27:38 |
| 20 | liked just yawing with me on phone, talking | 10:27:39 |
| 21 | about the stuff, looking for places where his | 10:27:41 |
| 22 | stuff would fit, testing ideas, that kind of | 10:27:43 |
| 23 | thing. | 10:27:46 |
| 24 | Q    Okay. | 10:27:46 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 12

```
 1                        And the time that you got        10:27:46

 2      involved with Blue Spike in May 2000, what         10:27:47

 3      was the principal technology offering that         10:27:50

 4      Blue Spike had?                                    10:27:53

 5           A    Something called Giovanni, which         10:27:54

 6      was a steganographically based technology to       10:27:57

 7      embed discrete and retrievable encrypted data      10:28:02

 8      into audible signals, audio signals, media         10:28:05

 9      signals of all types.                              10:28:10

10                        My fascination with it was at    10:28:12

11      what point does this become a bar code and         10:28:14

12      does that bar code actually enable a               10:28:17

13      completely new market space that is being          10:28:19

14      denied to it at the moment.                        10:28:22

15                        So I kind of had a native        10:28:24

16      interest in seeing that part of it being           10:28:26

17      developed, as well as just steg's cool.  It's      10:28:28

18      interesting.                                       10:28:33

19           Q    And is the technology that you just      10:28:33

20      described also known as digital watermarking?      10:28:35

21           A    Yes, it can be.  Yes, yes, exactly,      10:28:38

22      yes.                                               10:28:40

23           Q    Okay.                                    10:28:40

24           A    For the press, yes.                      10:28:41
```

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 13

| | | |
|---|---|---|
| 1 | Q   So this is a topic I want to -- | 10:28:46 |
| 2 | we'll probably talk about a lot today, but | 10:28:48 |
| 3 | I'm trying to understand at the time that you | 10:28:49 |
| 4 | first got involved with Blue Spike, how -- | 10:28:51 |
| 5 | what was the plan for how digital | 10:28:56 |
| 6 | watermarking was going to compete with other | 10:28:58 |
| 7 | things, particularly digital fingerprinting, | 10:29:00 |
| 8 | as -- | 10:29:02 |
| 9 | A   Can I ask a question? | 10:29:03 |
| 10 | Q   Yes. | 10:29:04 |
| 11 | A   What's the difference between | 10:29:05 |
| 12 | digital watermarking and digital | 10:29:06 |
| 13 | fingerprinting in your convention? | 10:29:08 |
| 14 | Q   Well, so by digital fingerprinting, | 10:29:11 |
| 15 | I mean creating a representation of content | 10:29:13 |
| 16 | based on content itself versus embedding | 10:29:16 |
| 17 | data. | 10:29:19 |
| 18 | A   Oh, right, right, right. | 10:29:20 |
| 19 | And which one of these would | 10:29:22 |
| 20 | you call "quantization"? | 10:29:23 |
| 21 | Q   I don't know what that means. | 10:29:27 |
| 22 | What do you mean by | 10:29:28 |
| 23 | "quantization"? | 10:29:29 |
| 24 | A   Reduction of an analogue signal | 10:29:29 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 14

| | | |
|---|---|---|
| 1 | into a digitally encoded representation of | 10:29:32 |
| 2 | that signal. | 10:29:35 |
| 3 | Q    Well, I think -- so reducing a | 10:29:37 |
| 4 | signal to a discrete representation of it | 10:29:40 |
| 5 | without embedding information is what I mean | 10:29:45 |
| 6 | by digital fingerprinting. | 10:29:47 |
| 7 | Does that make sense? | 10:29:50 |
| 8 | A    Yes, yes.  It's -- yes, it's | 10:29:51 |
| 9 | getting a profile that abstracts.  Yes, sort | 10:29:53 |
| 10 | of like a hash for or backpack function for a | 10:29:57 |
| 11 | signal, yes, okay. | 10:30:02 |
| 12 | Q    So my question is, how -- what was | 10:30:04 |
| 13 | Blue Spike's plan to compete with companies | 10:30:07 |
| 14 | that were offering this kind of digital | 10:30:10 |
| 15 | fingerprinting technology? | 10:30:13 |
| 16 | A    The focus at the time, I have to | 10:30:14 |
| 17 | tell you, was very intense about the | 10:30:16 |
| 18 | trials that the -- was it the RIAA was | 10:30:20 |
| 19 | holding, to see which digital watermarking | 10:30:24 |
| 20 | technique would be used for its convention on | 10:30:28 |
| 21 | digital watermarking. | 10:30:33 |
| 22 | And at the time I worked for | 10:30:37 |
| 23 | them, everything was about that, because it | 10:30:38 |
| 24 | was a moment where Scott thought he could | 10:30:40 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
PETER CASSIDY - 4/1/2015

Page 15

| | | |
|---|---|---|
| 1 | prove the efficacy of the Giovanni technology | 10:30:42 |
| 2 | as being superior in terms of the fidelity | 10:30:46 |
| 3 | that it offered. | 10:30:51 |
| 4 | I remember that was a big part | 10:30:51 |
| 5 | of the conversation.  And he was, what's the | 10:30:54 |
| 6 | word, determined to prove that digital | 10:31:00 |
| 7 | watermarking could be executed without | 10:31:02 |
| 8 | disturbing the fidelity of a signal. | 10:31:05 |
| 9 | Discussions of the difference | 10:31:09 |
| 10 | between watermarking and fingerprinting, it | 10:31:12 |
| 11 | didn't really come up a lot, you know, the | 10:31:15 |
| 12 | way that came up, fidelity. | 10:31:17 |
| 13 | Q    Yes. | 10:31:19 |
| 14 | A    And utility. | 10:31:20 |
| 15 | Q    Did Scott think that digital | 10:31:20 |
| 16 | watermarking was a better solution to, for | 10:31:24 |
| 17 | example, identifying content than | 10:31:28 |
| 18 | fingerprinting, to your knowledge? | 10:31:30 |
| 19 | MR. ANDERSON:  Object to form. | 10:31:35 |
| 20 | A    You know, I can't tell what he | 10:31:36 |
| 21 | thinks. | 10:31:38 |
| 22 | Q    Yes. | 10:31:38 |
| 23 | A    But I can tell -- I can tell he | 10:31:39 |
| 24 | thought the watermark gave discrete | 10:31:43 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 16

| | | |
|---|---|---|
| 1 | association with an agent that had some | 10:31:45 |
| 2 | rights or some interest in the object.  He | 10:31:48 |
| 3 | liked that. | 10:31:51 |
| 4 | He told a story about just | 10:31:52 |
| 5 | being a grade school kid and marking a ruler | 10:31:54 |
| 6 | on the edge where you couldn't see it just | 10:31:58 |
| 7 | with his initials very quietly, and a girl in | 10:32:00 |
| 8 | the class -- this is third grade, Miami Beach | 10:32:04 |
| 9 | or something like that -- told him this guy's | 10:32:07 |
| 10 | got your ruler, if I remember the story | 10:32:09 |
| 11 | right, it's on the website.  And he was able | 10:32:12 |
| 12 | to scout that out and figure it out. | 10:32:15 |
| 13 | So there was something | 10:32:17 |
| 14 | natively fascinating to him to be able to | 10:32:18 |
| 15 | secretly mark something and associate it with | 10:32:23 |
| 16 | a personality or an agent. | 10:32:27 |
| 17 | So I think the watermarking | 10:32:28 |
| 18 | thing was definitely a big part of the story. | 10:32:29 |
| 19 | Q    How and when did fingerprinting | 10:32:33 |
| 20 | become a part of the conversation, to your | 10:32:34 |
| 21 | recollection? | 10:32:36 |
| 22 | A    The fingerprinting thing was | 10:32:38 |
| 23 | technically just part of the overall process, | 10:32:40 |
| 24 | but fingerprinting per se didn't discretely | 10:32:42 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 17

```
 1    come up all the time.                          10:32:45

 2              It was just assumed that you          10:32:46

 3    would have to make an abstraction of the        10:32:48

 4    signal to put something into it.  That's why    10:32:50

 5    I asked about quantization earlier, because     10:32:53

 6    the way it happens is, you know, the analogue   10:32:55

 7    signal is the analogue signal, the tape or      10:32:57

 8    the live performance.                           10:33:00

 9              And what happens it to that           10:33:00

10    signal is it's -- a program, you know,          10:33:03

11    receives that signal and makes decisions on     10:33:08

12    how to break it up into ones and zeros.  And    10:33:11

13    that decision profile is something that can     10:33:14

14    be manipulated to the effect of introducing     10:33:17

15    novel information that can be later retrieved   10:33:22

16    as a human readable and perceivable and         10:33:28

17    interpretable dataset that can be used for      10:33:30

18    different things.                               10:33:35

19              So the abstraction, the               10:33:36

20    profiling, the fingerprinting was just          10:33:38

21    considered part of the overall process.  As     10:33:42

22    an end state, no, that was the beginning of a   10:33:45

23    larger process of associating a signal with     10:33:47

24    an agency, with a person, with convention of    10:33:51
```

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 18

| | | |
|---|---|---|
| 1 | some sort, whatever you want to do, with | 10:33:56 |
| 2 | payment mechanism, sometimes came up. | 10:34:00 |
| 3 |     Q    Do you remember a company called | 10:34:02 |
| 4 | Digitale Hanse, H-A-N-S-E?  Does this ring a | 10:34:03 |
| 5 | bell? | 10:34:07 |
| 6 |     A    No, really. | 10:34:08 |
| 7 |         I mean, I've read history of | 10:34:11 |
| 8 | the Hanseatic League, but Digitale Hanse, no. | 10:34:13 |
| 9 |     Q    So you don't remember Andreas | 10:34:19 |
| 10 | Sappelt, S-A-P-P-E-L-T? | 10:34:20 |
| 11 |     A    No. | 10:34:23 |
| 12 |     Q    Okay. | 10:34:23 |
| 13 |         MR. RAMSEY:  Let's mark this | 10:34:24 |
| 14 | as Exhibit 51.  Actually, you know what, | 10:34:25 |
| 15 | let's skip that for the moment. | 10:34:28 |
| 16 |     Q    Well, do you -- so I am going to | 10:34:32 |
| 17 | ask you -- we'll come to documents.  There's | 10:34:34 |
| 18 | documents about all of this, but I just want | 10:34:35 |
| 19 | to ask you -- | 10:34:37 |
| 20 |     A    Yes, sir. | 10:34:38 |
| 21 |     Q    -- do you remember a company called | 10:34:39 |
| 22 | Tuneprint? | 10:34:40 |
| 23 |     A    No. | 10:34:41 |
| 24 |     Q    No, okay. | 10:34:41 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 19

| | | |
|---|---|---|
| 1 | Do you remember a company | 10:34:42 |
| 2 | called RCS? | 10:34:43 |
| 3 | A    RCS? | 10:34:44 |
| 4 | Q    Uh-huh. | 10:34:45 |
| 5 | A    No. | 10:34:46 |
| 6 | Q    Okay. | 10:34:46 |
| 7 | A company called Cantometrics? | 10:34:49 |
| 8 | A    No. | 10:34:52 |
| 9 | Q    Okay, all right. | 10:34:52 |
| 10 | We'll -- we'll go to documents | 10:34:53 |
| 11 | later, but I was just curious if you remember | 10:34:55 |
| 12 | any of these.  These were all fingerprinting | 10:34:58 |
| 13 | companies at the time. | 10:34:59 |
| 14 | I'm trying to -- I'm trying to | 10:35:00 |
| 15 | understand how fingerprint companies other | 10:35:01 |
| 16 | than Blue Spike fit into the picture at the | 10:35:04 |
| 17 | time. | 10:35:06 |
| 18 | Do you have any recollection | 10:35:09 |
| 19 | of talking about any of those companies? | 10:35:10 |
| 20 | A    No. | 10:35:13 |
| 21 | The companies we talked about | 10:35:13 |
| 22 | are the ones that were involved in the -- I | 10:35:15 |
| 23 | think they were the RIAA trials, audibility | 10:35:17 |
| 24 | trials for watermarking technology. | 10:35:20 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 20

| | | |
|---|---|---|
| 1 | Q    Is that -- are you talking about | 10:35:23 |
| 2 | SDMI?  Is that the standard process? | 10:35:26 |
| 3 | A    Yes, right. | 10:35:29 |
| 4 | Q    So what was Blue Spike's | 10:35:29 |
| 5 | involvement in SDMI? | 10:35:31 |
| 6 | A    They were a proponent of their own | 10:35:34 |
| 7 | Giovanni technology, and they entered into | 10:35:37 |
| 8 | the field tests, and I think they won the | 10:35:41 |
| 9 | audibility, the fidelity test. | 10:35:45 |
| 10 | It was, you know, a big day | 10:35:48 |
| 11 | for Scott, because he had proved you can do | 10:35:49 |
| 12 | useful things without signals without | 10:35:52 |
| 13 | disturbing their fidelity. | 10:35:54 |
| 14 | Q    What -- what ultimately happened | 10:35:57 |
| 15 | with SDMI? | 10:35:58 |
| 16 | A    They took -- they did their tests | 10:36:00 |
| 17 | and nothing really came of it. | 10:36:02 |
| 18 | Q    So did -- in your view, did that | 10:36:06 |
| 19 | standard setting attempt succeed or not | 10:36:11 |
| 20 | succeed? | 10:36:13 |
| 21 | A    It succeeded to the extent that it | 10:36:14 |
| 22 | proved that you can have useful watermarking | 10:36:16 |
| 23 | technologies without destroying its fidelity. | 10:36:20 |
| 24 | I mean, for some engineers, it | 10:36:24 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 21

| | | |
|---|---|---|
| 1 | really doesn't matter that much.  But it | 10:36:25 |
| 2 | brought out the ideas -- many useful ideas in | 10:36:27 |
| 3 | the public domain and in the trade press. | 10:36:31 |
| 4 | And that, it's useful to have a conversation | 10:36:33 |
| 5 | about that staff stuff. | 10:36:36 |
| 6 | In terms of doing what it | 10:36:37 |
| 7 | should have done, which is animate a market | 10:36:39 |
| 8 | that was allowed to lie foul to the extent | 10:36:40 |
| 9 | where people were stealing rather than | 10:36:43 |
| 10 | enjoying opportunities to buy, I think it | 10:36:45 |
| 11 | really didn't do anything at all. | 10:36:47 |
| 12 | But they weren't prepared to | 10:36:49 |
| 13 | fail constructively because they didn't have | 10:36:51 |
| 14 | a zealous innovator or innovators. | 10:36:54 |
| 15 | They had a group of -- it was | 10:36:57 |
| 16 | trade associations.  They're not places for | 10:36:58 |
| 17 | innovation.  At best, they're places for | 10:37:01 |
| 18 | standards adoption.  They needed another | 10:37:02 |
| 19 | piece.  The other piece they needed was | 10:37:06 |
| 20 | payment mechanisms. | 10:37:08 |
| 21 | That's my opinion. | 10:37:09 |
| 22 | Q    Okay. | 10:37:10 |
| 23 | A    That in the room, things might have | 10:37:11 |
| 24 | changed, but it didn't really go anywhere. | 10:37:12 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 22

| | | |
|---|---|---|
| 1 | Q   So do you recall a point at which | 10:37:14 |
| 2 | the SDMI standard-setting process basically | 10:37:16 |
| 3 | did not continue? | 10:37:22 |
| 4 | A   As far as I know, it really ended | 10:37:25 |
| 5 | inconclusively.  But I don't know; I didn't | 10:37:28 |
| 6 | follow up on it. | 10:37:30 |
| 7 | You know, when Blue Spike ran | 10:37:31 |
| 8 | out of money, you know, it was interesting. | 10:37:32 |
| 9 | You know, there were some standards I | 10:37:36 |
| 10 | followed, but there was, like, internet | 10:37:37 |
| 11 | technologies IETF, IEEE.  But the SDMI thing, | 10:37:39 |
| 12 | I don't know if they even kept an | 10:37:45 |
| 13 | organization after. | 10:37:46 |
| 14 | Did they?  I don't know. | 10:37:48 |
| 15 | Q   When do you recall Blue Spike ran | 10:37:50 |
| 16 | out of money?  Was that 2001, approximately? | 10:37:51 |
| 17 | A   It was pretty -- yes, like I | 10:37:55 |
| 18 | didn't -- it was under a year I was helping | 10:37:56 |
| 19 | them out; and then it was sort of like, well, | 10:37:59 |
| 20 | we're closing up or we're looking for new | 10:38:01 |
| 21 | money, whatever. | 10:38:04 |
| 22 | Q   Yes. | 10:38:04 |
| 23 | And I presume no new money was | 10:38:05 |
| 24 | raised at that time and -- | 10:38:07 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 23

| | | |
|---|---|---|
| 1 | A    I don't know.  Occasionally I would | 10:38:10 |
| 2 | see little announcements he had a new patent, | 10:38:12 |
| 3 | so I didn't know if they had gotten new money | 10:38:15 |
| 4 | and were continuing on development of the | 10:38:18 |
| 5 | technology or they were just, you know, | 10:38:20 |
| 6 | building the patent estate for later | 10:38:24 |
| 7 | development. | 10:38:25 |
| 8 | I had no idea.  I didn't | 10:38:26 |
| 9 | really investigate it too far. | 10:38:27 |
| 10 | Q    All right. | 10:38:40 |
| 11 | MR. RAMSEY:  Can we please | 10:38:41 |
| 12 | mark Exhibit 51. | 10:38:42 |
| 13 | (Exhibit 51 marked for | 10:38:43 |
| 14 | identification.) | 10:38:43 |
| 15 | BY MR. RAMSEY: | 10:38:56 |
| 16 | Q    All right. | 10:38:57 |
| 17 | You've been handed a document | 10:38:58 |
| 18 | marked Exhibit 51.  It's labeled BLU0118735. | 10:38:59 |
| 19 | This is an email on June 14, | 10:39:05 |
| 20 | 2000, from Scott Moskowitz to several people, | 10:39:07 |
| 21 | including yourself, and is also to somebody | 10:39:10 |
| 22 | named Andreas Sappelt. | 10:39:17 |
| 23 | Could you take a look at the | 10:39:20 |
| 24 | email for a second and let me know if you | 10:39:21 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 24

| | | |
|---|---|---|
| 1 | remember what was being discussed here? | 10:39:23 |
| 2 | A    Really, it's a note saying I'm | 10:39:28 |
| 3 | traveling, you know what I mean?  It's not | 10:39:28 |
| 4 | saying I named the baby after you.  You know | 10:39:29 |
| 5 | what I mean? | 10:39:32 |
| 6 | Q    Right. | 10:39:33 |
| 7 | So it suggests to me -- this | 10:39:34 |
| 8 | Exhibit 51 suggests that there is some | 10:39:35 |
| 9 | arrangement being contemplated by Blue Spike | 10:39:39 |
| 10 | and Andreas Sappelt. | 10:39:44 |
| 11 | Do you recall what that was? | 10:39:48 |
| 12 | A    No.  If I knew the story, I would | 10:39:49 |
| 13 | help you out, but I don't remember the story | 10:39:51 |
| 14 | that goes with this.  Sappelt -- | 10:39:53 |
| 15 | Q    Name just doesn't -- you just don't | 10:39:56 |
| 16 | remember the name? | 10:39:58 |
| 17 | A    Really.  Swear to God. | 10:39:59 |
| 18 | Q    Okay. | 10:40:00 |
| 19 | A    Okay. | 10:40:01 |
| 20 | Q    So when you -- so what kinds of | 10:40:10 |
| 21 | things did you help Blue Spike do when you | 10:40:13 |
| 22 | were hired? | 10:40:15 |
| 23 | So give me examples of the | 10:40:15 |
| 24 | type of things -- | 10:40:17 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 25

```
 1        A    Write business plans to a certain        10:40:18

 2   extent.  Write corporate profiles for             10:40:19

 3   investors, update them.                           10:40:22

 4                He need a website that would          10:40:26

 5   just talk about the technology plainly,           10:40:27

 6   because, you know, he liked to take it out.       10:40:29

 7   He liked to take it way out, because he was       10:40:32

 8   used to doing that for -- organizing his          10:40:35

 9   patents, you know?                                10:40:38

10                So he just needed help with          10:40:39

11   that.  So basic business planning, basic          10:40:40

12   business plan authoring, basic organization       10:40:43

13   of the website, occasional press releases,        10:40:45

14   stuff like that, communication stuff, and         10:40:47

15   unless, you know, a riff on ideas for the         10:40:49

16   technology.                                       10:40:52

17        Q    Okay.                                   10:40:53

18                Did you ever work on pitches         10:40:55

19   or presentations to potential customers?         10:40:56

20        A    No, because the focus was the SDMI      10:41:01

21   at that time.                                     10:41:04

22        Q    Okay.                                   10:41:04

23                In the summer of 2000, do you        10:41:06

24   recall Blue Spike making a proposal to Warner     10:41:08
```

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

| | | |
|---|---|---|
| 1 | Music regarding its watermarking product? | 10:41:12 |
| 2 | A   I think there was something going | 10:41:18 |
| 3 | on with Warner.  That's a long time ago. | 10:41:19 |
| 4 | It's getting on 15 years. | 10:41:22 |
| 5 | Q   Yes. | 10:41:25 |
| 6 | Do you remember anything about | 10:41:25 |
| 7 | that? | 10:41:26 |
| 8 | A   I think I remember something was | 10:41:26 |
| 9 | going on, but I don't remember the details of | 10:41:27 |
| 10 | it. | 10:41:29 |
| 11 | Q   Okay. | 10:41:29 |
| 12 | A   Yes. | 10:41:30 |
| 13 | Q   Well, so tell me what you do | 10:41:31 |
| 14 | remember about your work on Blue Spike's | 10:41:34 |
| 15 | business plan. | 10:41:37 |
| 16 | A   I remember Scott had lots of ideas. | 10:41:40 |
| 17 | I had to organize them into -- he wanted | 10:41:43 |
| 18 | something different.  He wanted a corporate | 10:41:47 |
| 19 | profile, so I kind of gave him that. | 10:41:49 |
| 20 | It had some parts of just a | 10:41:53 |
| 21 | normal business plan, as I remember, but it | 10:41:55 |
| 22 | was really modeling the -- what the company, | 10:41:56 |
| 23 | you know, is setting out to do rather than a | 10:42:01 |
| 24 | step-by-step, you know, | 10:42:04 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 27

| | | |
|---|---|---|
| 1 | achievement-by-achievement, securing the | 10:42:06 |
| 2 | market space type of, what's it called, | 10:42:09 |
| 3 | business plan. | 10:42:12 |
| 4 | He I think he must have had | 10:42:20 |
| 5 | copies of that stuff.  They might be marked | 10:42:22 |
| 6 | corporate profile, corporate profile summary. | 10:42:24 |
| 7 | Q    Okay.  All right. | 10:42:27 |
| 8 | MR. RAMSEY:  If we could | 10:42:28 |
| 9 | please mark Exhibit 52. | 10:42:29 |
| 10 | (Exhibit 52 marked for | 10:38:43 |
| 11 | identification.) | 10:38:43 |
| 12 | BY MR. RAMSEY: | 10:42:30 |
| 13 | Q    All right. | 10:42:49 |
| 14 | You've been handed Exhibit 52 | 10:42:49 |
| 15 | labeled BLU0205987.  The cover states Blue | 10:42:52 |
| 16 | Spike, Inc. Corporate Profile, August 2000. | 10:42:58 |
| 17 | Do you recognize this | 10:43:01 |
| 18 | document? | 10:43:02 |
| 19 | A    Yes, I'm pretty sure I wrote this. | 10:43:03 |
| 20 | Q    Okay. | 10:43:04 |
| 21 | So what was the purpose of | 10:43:11 |
| 22 | Exhibit 52? | 10:43:12 |
| 23 | A    To track investors, to give them an | 10:43:13 |
| 24 | organized way to think about the opportunity, | 10:43:15 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 28

| | | |
|---|---|---|
| 1 | because all of it was a little new in 2000, | 10:43:17 |
| 2 | unless you were a steg craftsman. | 10:43:21 |
| 3 | Q   So -- so this would have been | 10:43:25 |
| 4 | provided to some -- a potential investor to | 10:43:26 |
| 5 | help them determine -- | 10:43:29 |
| 6 | A   Yes, seed invention. | 10:43:30 |
| 7 | Q   What kind of investment activity | 10:43:32 |
| 8 | was going on that you recall in the summer of | 10:43:33 |
| 9 | 2000? | 10:43:36 |
| 10 | A   He was getting interest from, I | 10:43:37 |
| 11 | think, seed investors.  The AROD [phonetic] | 10:43:39 |
| 12 | hadn't happened yet, and that was fine. | 10:43:41 |
| 13 | It looked like the plan was go | 10:43:44 |
| 14 | into SDMI, make the case for the technology, | 10:43:46 |
| 15 | prove its superiority, and then engage the | 10:43:49 |
| 16 | market space that would organize subsequent | 10:43:53 |
| 17 | to the establishment of standards of | 10:43:55 |
| 18 | watermarking through the SDMI process. | 10:43:59 |
| 19 | So he was, you know flowing | 10:44:01 |
| 20 | into that opportunity. | 10:44:06 |
| 21 | Q   So is it fair to say that most of | 10:44:08 |
| 22 | the company's energies in the spring and | 10:44:10 |
| 23 | summer of 2000 were focused on SDMI or were | 10:44:14 |
| 24 | there other efforts? | 10:44:18 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 29

1      A    It was focused on SDMI.  We had                10:44:19
2    engineering out in Phoenix working all hours,         10:44:21
3    you know, testing, developing, redeveloping,          10:44:23
4    testing.                                              10:44:25
5              You know, Mike was -- was                    10:44:26
6    working it hard.  He had another guy.  It was         10:44:28
7    him and another guy.  It was a small lab, but         10:44:30
8    they were working it hard to -- to -- to make         10:44:32
9    the case.                                             10:44:35
10              You know, you can do all this.              10:44:36
11     You can put a lot of information in there,           10:44:38
12    and you don't have to destroy the fidelity of        10:44:39
13    the final object.                                    10:44:42
14      Q    What do you mean, you can put a lot            10:44:42
15    of information in there?                              10:44:44
16              What do you mean by that?                   10:44:45
17      A    You know, stop -- enough to                    10:44:46
18    identify, you know, agency, owner, you know,         10:44:48
19    copyright, that of thing.                             10:44:51
20      Q    You mean -- when you say put a lot            10:44:54
21    of information in it, do you mean embed a lot        10:44:55
22    of information into a signal to identify it?         10:44:58
23      A    Yes, useful stuff.  Doesn't have to          10:45:00
24    be, like, a single-digit number.  You can put       10:45:02

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 30

1    stuff in there, you know.                          10:45:05

2        Q    You mentioned the name Mike.             10:45:07

3             Did you mean Mike Berry?                  10:45:09

4        A    Yes.                                       10:45:15

5        Q    Mike Berry, B-E-R-R-Y.                    10:45:15

6        A    B-E-R-R-Y.                                 10:45:15

7        Q    Do you recall any Blue Spike              10:45:19

8    customer interactions that you helped with         10:45:21

9    potential sales, for example?                      10:45:24

10       A    No, not at the time, no.                  10:45:29

11   Development.                                        10:45:32

12       Q    In the -- okay.                           10:45:33

13            By the summer of 2000, was               10:45:34

14   there demo or any working version of the           10:45:35

15   watermarking product?                              10:45:39

16       A    Oh, yes, yes, because -- I don't          10:45:40

17   know about the time, but there was at the          10:45:43

18   time of the SDMI trials.  It was beyond a          10:45:45

19   demo.  It was actually functioning.                10:45:48

20            It was functioning for                    10:45:51

21   embedding and demonstrating the technology.        10:45:53

22       Q    Okay.                                      10:45:55

23            Describe for me what -- what              10:45:58

24   you recall about the watermarking demo             10:45:59

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

| | | |
|---|---|---|
| 1 | product. | 10:46:01 |
| 2 | A    I was never there. | 10:46:02 |
| 3 | Q    Okay. | 10:46:03 |
| 4 | A    I was never present during the -- | 10:46:03 |
| 5 | during that thing, but I read the reports | 10:46:05 |
| 6 | that came in from the labs that conducted | 10:46:09 |
| 7 | them for whatever group ran the SDMI. | 10:46:11 |
| 8 | Q    Got it.  Okay. | 10:46:13 |
| 9 | In Exhibit 52, if please turn | 10:46:14 |
| 10 | to the page labeled BLU0205998. | 10:46:18 |
| 11 | A    Okay. | 10:46:26 |
| 12 | Q    On the -- on the page ending in | 10:46:27 |
| 13 | 998, there's a section called Technology | 10:46:30 |
| 14 | Companies. | 10:46:35 |
| 15 | Do you see that? | 10:46:36 |
| 16 | A    Yes. | 10:46:37 |
| 17 | Q    Please read that section and just | 10:46:37 |
| 18 | let me know when you've had a chance to -- to | 10:46:38 |
| 19 | take a look. | 10:46:42 |
| 20 | (Deponent read document.) | 10:46:43 |
| 21 | A    Oh, okay, there they are. | 10:46:44 |
| 22 | (Deponent read document.) | 10:47:08 |
| 23 | █  ████████████████████ | ███ |
| | █  ██████████████████ | ██:10 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 32

5        Q     Yes.                                    10:47:19

               Well, so the page ending in             10:47:20

7    998 in Exhibit 52, and I'll just read it for      10:47:21

8    the record, states

15       A     Mm-hmm.                                  10:47:46

16       Q     Does this help you remember             10:47:47

17   anything about what Blue Spike was doing with      10:47:48

18   Digitale Hanse?                                    10:47:50

19       A     Not really.  I got to tell you, it      10:47:52

20   was a long time ago.  And it might have come       10:47:55

21   from Scott, you know, in an email.  Please         10:47:57

22   include this, you know?                            10:47:58

23       Q     I see.                                  10:47:59

24             Well, it's my impression in             10:48:00

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 33

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 34

```
 1   ████████████████████████████████████        ████████
 2   ████████████████████████████████████        ████████
 3   ████████████████████████                     ████ :59
 4        ██      ██████████████████████          ████████
 5        ████████████████████                    ████████
 6        ██      ████████████████████████        ████████
 7        ████████████████████████████████        ████████
 8        ██████████████████████.                  10:49:16
 9        Q     Sure.                                10:49:17
10            ████████████████████████             ████████
11        ██████████████████████████████████      ████████
12        ██████                                   ████████
13        ██      ████                              10:49:29
```

14        Q     Okay.                                10:49:29

15        A     I wasn't witness to those, you       10:49:31

16   know?  These -- this stuff was probably --     10:49:33

17   was -- since I can't remember ever meeting     10:49:37

18   those people --                                10:49:39

19             I remember people more than          10:49:40

20   stuff.                                          10:49:41

21        Q     Yes.                                 10:49:42

22        A     And people stories more than stuff.  10:49:43

23   This was probably provided by -- by Scott in    10:49:46

24   either an interview or --                       10:49:49

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 35

1        Q      Okay.                                     10:49:51

2                       So in general when you -- how     10:50:01

3    did you go about the process of creating             10:50:04

4    Exhibit 52, Blue Spike's corporate profile?          10:50:06

5

14

10:50:30

10:51:08

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 36

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 37

10:53:14

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 38

1              So, you know, he was --                    10:53:16

2        Q                                                ▇▇▇▇▇▇

▇                ▇▇▇                                      ▇▇▇▇▇▇

▇                          ▇▇▇▇▇▇▇▇▇▇                     ▇▇▇▇▇▇

▇          ▇▇▇▇▇▇▇▇▇▇▇▇▇▇                                 ▇▇▇:22

6   please.                                              10:53:24

7            ▇    ▇▇▇▇▇▇▇▇▇                               ▇▇▇▇▇▇

▇      ▇▇▇▇▇▇▇▇▇▇▇▇                                       ▇▇▇▇▇▇

▇      ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                                  ▇▇▇▇▇▇

▇      ▇▇▇▇▇▇                                             ▇▇▇▇▇▇

▇              ▇▇▇▇▇▇▇▇▇▇                                 ▇▇▇▇▇▇

▇      ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                                    ▇▇▇▇▇▇

▇      ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                                    ▇▇▇▇▇▇

▇      ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                                    ▇▇▇▇▇▇

▇      ▇▇▇▇▇▇▇                                            10:53:43

16           ▇▇▇▇▇▇▇▇▇▇▇                                  ▇▇▇▇▇▇

▇      ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                                   ▇▇▇▇▇▇

▇      ▇▇▇▇▇▇▇▇                                           ▇▇▇▇▇▇

▇        ▇    ▇▇▇▇▇▇▇▇▇                                   ▇▇▇▇▇▇

▇      ▇▇▇▇▇▇▇▇▇▇▇▇▇                                      ▇▇▇▇▇▇

▇        ▇    ▇▇▇▇▇▇▇▇▇                                   ▇▇▇▇▇▇

▇      ▇▇▇▇▇▇▇▇▇▇▇▇                                       ▇▇▇▇▇▇

▇      ▇▇▇▇                                               ▇▇▇▇▇▇

▇            ▇▇▇▇▇▇▇▇▇▇                                   10:53:59

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 39

1    know?                                                        10:54:01

2

11         MR. RAMSEY:  I'm going to                              10:54:23

12   mark, please, Exhibit 53, I think is where we                10:54:23

13   are.                                                         10:54:28

14              (Exhibit 53 marked for                            10:54:29

15   identification.)                                             10:54:29

16   BY MR. RAMSEY:                                               10:54:46

17      Q    All right.                                           10:54:47

18              You've been handed a document                     10:54:47

19   labeled Exhibit 53.  It's an August 23, 2000                 10:54:49

20   email from Gregg Moskowitz to Scott                          10:54:52

21   Moskowitz, Mike Berry and yourself.                          10:54:55

22              Can you take a moment and just                    10:54:57

23   review -- review the document and let me know                10:54:58

24   if you recognize it.                                         10:55:00

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 40

```
 1                    (Deponent read document.)              10:55:01

 2                    MR. ANDERSON:  Gabe, could you          10:55:04

 3    give me the Bates number on that as well?              10:55:04

 4                    MR. RAMSEY:  It's                       10:55:06

 5    BERRY00012976.                                         10:55:06

 6                    MR. ANDERSON:  Thank you.               10:55:20

 7                    (Deponent read document.)               10:55:21

 8    BY MR. RAMSEY:                                         10:55:21

 9         ██    ██████████████████████                      ████

██     ██████████████                                        10:55:24

11         ██    ██████                                       ████

██         ██    ██████████████████████                      ████

██     ████████████████████████                              ████

██     ██████████████████████████                            ████

██     ██████████████████████████████                        ████

██     ██████████████████████████                            ████

██     ████████████████                                      10:55:41

18               ████████████████████                        ████

██     ██████████████████████████████                        ████

██         ██    ████████████████                            ████

██         ██    ██████                                      ████

██         ██    ████████████████                            ████

██     ████████████████████████████████                      ████

██     ██████████████████                                    10:55:55
```

Merrill Corporation – San Francisco
(800) 869-9132                    www.merrillcorp.com/law

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 41

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 42

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 43

| | | |
|---|---|---|
| 1 | competitive reality, I suppose? | 10:57:51 |
| 2 | A   I don't remember it being talked | 10:57:54 |
| 3 | about, per se.  Whatever I talked about was | 10:57:55 |
| 4 | competitors for the SDMI, and I don't | 10:58:00 |
| 5 | remember their names, but I do remember Scott | 10:58:02 |
| 6 | would comment on some aspects of them, you | 10:58:04 |
| 7 | know. | 10:58:07 |
| 8 | And again, the thing I do | 10:58:07 |
| 9 | remember is the emphasis on fidelity.  But I | 10:58:09 |
| 10 | do remember the emphasis, even discussion of | 10:58:15 |
| 11 | competitors, was about fidelity. | 10:58:16 |
| 12 | Q   Who were competitors in the | 10:58:19 |
| 13 | watermarking space that you recall? | 10:58:21 |
| 14 | A   I don't remember.  I mean, it's | 10:58:23 |
| 15 | like the ███████████.  I typed it at one | 10:58:24 |
| 16 | point, but -- | 10:58:26 |
| 17 | Q   Right, okay. | 10:58:27 |
| 18 | I'm going to ask you about the | 10:58:31 |
| 19 | folks listed on Exhibit 53. | 10:58:32 |
| 20 | ███████████████████ | ███ |
| █ | ██████████████ | ███ |
| █ | ██ ██████████ | ███ |
| █ | █████████████████ | ███ |
| █ | ███████████ | 10:58:44 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

10:59:35

23        Q

10:59:41

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 45

1  ███████████████████████████████      ███████

2  ████████                              ███████

3   ██  ███████████████████             ███████

4  ████████████████████████             ███████

5  █████████████████████████            ███████

6  ██████████████████████████           ███████

7  █████████                            ███████

8        ████████████████████           ███████

9  ██████████████████████████          █ 00:01

10 ██████████████████████████           ███████

11 █████████████████                    ███████

12 ████████                             ███████

13      Q    Yes, okay.                        11:00:04

14           Do you remember how you met       11:00:24

15 Scott Moskowitz?  Did you interview with him 11:00:25

16 or --                                        11:00:27

17      A    Yes.                              11:00:29

18      Q    Did you approach them, Blue Spike? 11:00:29

19      A    I forget how I met him, but I went 11:00:31

20 down to Miami to talk him about the stuff.   11:00:34

21 Went to Joe's Stone Crab, all that stuff.    11:00:38

22      Q    And so -- but I mean, do you       11:00:41

23 remember -- did you respond to, like, a job  11:00:42

24 posting or was it --                         11:00:45

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 46

| | | |
|---|---|---|
| 1 | A    No, we just started talking.  I've | 11:00:46 |
| 2 | never done -- responded to a job posting | 11:00:48 |
| 3 | thing. | 11:00:50 |
| 4 | Q    You just met him by conference or | 11:00:51 |
| 5 | something maybe? | 11:00:53 |
| 6 | A    Something like that.  Or | 11:00:53 |
| 7 | interviewed him about steg. | 11:00:55 |
| 8 | Q    Okay. | 11:00:56 |
| 9 | A    Steganography. | 11:00:57 |
| 10 | Q    What's is steganography? | 11:00:59 |
| 11 | A    It's -- it's the embedding of | 11:01:02 |
| 12 | information in a hidden way into other | 11:01:06 |
| 13 | information or object. | 11:01:08 |

14 ██ ████████████████

██ █████████████████████

██ ███████████

██ ██ ██████████████

██ ██ █████████████  11:01:21

19 A ███████████████

██ ███████████

██ ██ █████████████████

██ ████████████████████

██ ████████████████

██ ██████████████  11:01:38

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 47

```
 1        A  ███████████████████████

    ██     █████████████████████████

    ██     ██████████████████████████

    ██     ██████████████████████████

    ██     ███████████████████████████

    ██     ████████████████████████

    ██     ██████████████████████████

    ██     ██████████████████████████                 11:02:07

 9         █   ███████████████████████████

   ███     ████████████████████

   ███     █████████████

   ███     █   ███████████████████████████

   ███     ████████████████████████████

   ███     ████████                                   11:02:29

15         █   ████████████████████████

   ███     ████████████████████████████

   ███     ████████████

   ███     █   █████████████████████

   ███     █████████████████████████

   ███     ████████████████████

   ███     █   ███████████████████data             11:02:47

22         ██████████████████████████████

   ███     ██████████████████████████████

   ███     █████████████                              11:02:56
```

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 48

| | | |
|---|---|---|
| 1 | A     That I don't know.  That part I | 11:02:59 |
| 2 | don't know.  Sorry. | 11:03:01 |
| 3 | MR. RAMSEY:  If we could | 11:03:02 |
| 4 | please mark Exhibit 54. | 11:03:03 |
| 5 | (Exhibit 54 marked for | 11:03:04 |
| 6 | identification.) | 11:03:04 |
| 7 | BY MR. RAMSEY: | 11:03:21 |
| 8 | Q     All right. | 11:03:21 |
| 9 | You've been handed Exhibit 54, | 11:03:22 |
| 10 | which is labeled BERRY00012980. | 11:03:24 |
| 11 | This is an August 23, 2000 | 11:03:31 |
| 12 | email from Scott Moskowitz to you, Mike Berry | 11:03:34 |
| 13 | and Gregg Moskowitz, again, about ███████. | 11:03:36 |
| 14 | And I'll read for the | 11:03:39 |
| 15 | record -- Scott Moskowitz states regarding | 11:03:42 |
| 16 | Image Lock, "It looks like they are talking | 11:03:44 |
| 17 | about fingerprints the same way we do in a | 11:03:46 |
| 18 | patent application we are to file this week.. | 11:03:49 |
| 19 | a signal abstract." | 11:03:54 |
| 20 | A     Yes. | 11:03:58 |
| 21 | Q     Do you remember anything about | 11:03:58 |
| 22 | Scott's signal abstract patent application? | 11:04:00 |
| 23 | No? | 11:04:03 |
| 24 | A     No, I didn't get that inside | 11:04:03 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 49

```
 1    baseball on the patents.                        11:04:05
 2         Q    Okay.                                 11:04:06
 3         A    It was my job to interpret the        11:04:06
 4    stuff for investors.                            11:04:08
 5         Q    So do you recall any conversations    11:04:10
 6    about this -- this word "signal abstract"?      11:04:11
 7         A    Really, no.  We knew the              11:04:18
 8    difference.  I mean, I knew the difference.     11:04:19
 9    That's why he hired me.                         11:04:20
10         █    ██████                                ███████
      █████            █████████████████████          ███████
      █    ███████████████████████████████████        ███████
      █    ███████████████████████████████            ███████
      █    █    ████████████████████████              ███████
      █    ██████████████████████████████████         ███████
      █    ██████████████████████████████             ███████
      █    ██████████████████████████████████         ███████
      █    ██████████████                              11:04:41
19         Q    To the best of your recollection,     11:04:41
20    why was everybody talking in this email about   11:04:44
21    ████████?                                       11:04:46
22              What was the purpose of that?         11:04:48
23         A    I don't know.  I really -- the        11:04:52
24    context and the assumptions of the             11:05:02
```

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 50

```
1    conversation I don't have now.                              11:05:04
2    ███   ██   ████                                             ████████
     ██              ████████                                    ████████
     ██        █████████████████                                 ████████
     ██        ████████████                                      11:05:16
6    ██   ██   ██████████████                                    ████████
     ██   ████                                                   ████████
     ██   ██ ██ ██████████████                                   ████████
     ██        ████████████████████████                          ████████
     ██        ████████████████████████                          ████████
     ██        ████████                                          11:05:31
12   A        ██████████████████████                             ████████
     ██       ███████████████                                    ████████
     ██              ██████████████                              ████████
     ██        █████████████████                                 ████████
     ██        ███████████████████████                           ████████
     ██        ████████████████████████                          ████████
     ██        ████████                                          11:05:48
19   ██   ██   ██████████████████                                ████████
     ██        ███████████████████████                           ████████
     ██        ████████████████████████                          ████████
     ██        ██████████                                        ████████
     ██   ██   ██████████████████                                ████████
     ██        ███████████████████                               11:06:02
```

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 51

1 [redacted]

[redacted]

[redacted]

[redacted]

[redacted]    11:06:14

6 [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]    11:06:42

16 [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]    11:07:06

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 52

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 53

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 54



11:09:15

11:09:39

going about an

23    hour.  Why don't we just take five minutes,

24    just to kind of give us a break every hour.

11:10:05

11:10:06

11:10:08

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 55

| | | |
|---|---|---|
| 1 | A   Can I get a coffee? | 11:10:10 |
| 2 | Q   Yes.  Let's just go off the record | 11:10:12 |
| 3 | a minute, grab a coffee, take five or ten -- | 11:10:13 |
| 4 | A   Am I doing okay?  Is this what you | 11:10:18 |
| 5 | need? | 11:10:19 |
| 6 | Q   Yes. | 11:10:19 |
| 7 | A   I just want to make sure everything | 11:10:20 |
| 8 | is taken care of. | 11:10:21 |
| 9 | Q   Yes. | 11:10:22 |
| 10 | THE VIDEOGRAPHER:  It's | 11:10:23 |
| 11 | 11:03 a.m.  We're off the record end of Tape | 11:10:23 |
| 12 | No. 1. | 11:10:29 |
| 13 | (Recess.) | 11:25:00 |
| 14 | THE VIDEOGRAPHER:  It is | 11:25:51 |
| 15 | 11:19 a.m. We're back on the record on Tape | 11:25:51 |
| 16 | No. 1. | 11:25:55 |
| 17 | MR. RAMSEY:  All right.  If | 11:25:56 |
| 18 | you could please mark Exhibit 55. | 11:25:56 |
| 19 | (Exhibit 55 marked for | 11:25:57 |
| 20 | identification.) | 11:25:57 |
| 21 | BY MR. RAMSEY: | 11:25:58 |
| 22 | Q   All right. | 11:26:16 |
| 23 | You've been handed Exhibit 55 | 11:26:17 |
| 24 | few which have is document labeled | 11:26:20 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 56

```
 1    BERRY00012990.                              11:26:21
 2              This is an email from Scott       11:26:25
 3    Moskowitz to a number of people, including  11:26:26
 4    yourself, dated August 22, 2000.            11:26:27
 5              Could you take just a minute       11:26:30
 6    and just take a look at the document.       11:26:31
 7         A    Yes, sir.                         11:26:34
 8         Q    And let me know when you've had a 11:26:35
 9    chance to do that.                          11:26:36
10              (Deponent read document.)         11:26:37
11         A    Yes.                              11:27:51
12         Q    Okay.                             11:27:52
13              So do you recognize Exhibit 55    11:27:52
14    as a kind of email communication about the 11:27:55
15    business of Blue Spike?  Is that fair?      11:27:58
16         A    Yes.                              11:28:00
17         Q    Okay.                             11:28:00
18              ████████████████████             ████
      ██  ████████████████████████                ████
      ██  █████████████████████████████           ████
      ██          ████████████████████            ████
      ██  █████████                                ████
      ██      ██    ████                           11:28:10
24         Q    Okay.                             11:28:11
```

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 57

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 58

24                    MR. ANDERSON:  Object to form.

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 59

| | | |
|---|---|---|
| 1 | A    Oh, the watermarking, association | 11:30:00 |
| 2 | of a digital object with agency, personality, | 11:30:01 |
| 3 | authority in different ways that would make | 11:30:06 |
| 4 | monitoring more intelligent.  You know, make | 11:30:10 |
| 5 | it possible and make it more intelligent, | 11:30:13 |
| 6 | more useful. | 11:30:15 |
| 7 | Q    Did Blue Spike ever build a content | 11:30:17 |
| 8 | monitoring product, to your knowledge? | 11:30:20 |
| 9 | A    Specifically to monitor?  I don't | 11:30:25 |
| 10 | recall, but I didn't sit with Mike in | 11:30:26 |
| 11 | engineering. | 11:30:31 |
| 12 | Q    But in terms of your role of | 11:30:32 |
| 13 | generating business plans and such, do you | 11:30:34 |
| 14 | recall a Blue Spike monitoring product? | 11:30:37 |
| 15 | A    A specific monitoring product, no. | 11:30:39 |
| 16 | I might be mistaken, but I don't remember one | 11:30:41 |
| 17 | specifically built on that idea. | 11:30:44 |
| 18 | Q    Okay. | 11:30:46 |
| 19 | Continuing on in Exhibit 55 | 11:30:46 |
| 20 | with respect to the monitoring application | 11:30:49 |
| 21 | that ████████████████████████ | ██████ |
| | ████  ████████████████████████ | ██████ |
| | ████  ██████████████████ | ██████ |
| | ████  ████████████████████████ | 11:31:01 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 60

5          MR. ANDERSON:  Object to form.    11:31:14

22          And I can't call those    11:32:21

23  assumptions, you know, an animated    11:32:24

24  conversation about it.  I mean, really most    11:32:27

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 61

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 62

1

2

3

4

5

6

7

8

9

10

11                                                          11:34:00

12        Q     Okay.                                       11:34:03

13              Do you understand Exhibit 55                11:34:04

14   to be a discussion of -- about what is                11:34:05

15

                                                            11:34:37

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 63

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 64

 1      ████████████████████████            ████████

 █   ███████████████████████████████      ████████

 █   █████████████████████████            11:35:39

 4          Q    Okay.  All right.                11:35:43

 5                 MR. RAMSEY:  If we could        11:35:57

 6      please mark Exhibit 56.                    11:35:58

 7                 (Exhibit 56 marked for          11:35:59

 8      identification.)                           11:35:59

 9      BY MR. RAMSEY:                             11:35:59

10          Q    All right.                        11:36:15

11                 You've been landed a document   11:36:16

12      marked Exhibit 56.  It is labeled BLU0376218.   11:36:17

13      It is an August 28, 2000 email from you to      11:36:24

14      Gregg Moskowitz, Scott Moskowitz and Mike       11:36:29

15      Berry.                                          11:36:32

16                 Can you take a minute and            11:36:32

17      review Exhibit 56?                               11:36:33

18          A    Commander Taco.                        11:36:35

19                 (Deponent read document.)            11:36:36

20          A    Yes.                                   11:36:58

21          Q    All right.                             11:36:58

22                 So, first of all, is it your        11:36:59

23      understanding at that Exhibit 56 was kind of   11:37:00

24      an ordinary business communication of Blue     11:37:02

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 65

1

11:37:50

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 66

1        ▮        ████████████████████                                    ████

▮   ██    █████████████████                                               ████

▮   ██    ████████████████████                                           ████

▮   ██    ████████████████████                                           ████

▮   ██    ████████                                                      11:38:00

6        Q     Okay.                                                    11:38:01

7                    And do you believe that you                       11:38:01

8    read about this company, Tuneprint, on                            11:38:06

9    Slashdot in August 2000?                                          11:38:07

10       A     Yes.                                                     11:38:10

11       Q     ██████████████████                                       ████

██   ██████████████████                                                  ████

██   ███████████████                                                   11:38:16

14       ▮     ███████████████████                                      ████

██   ████████████████                                                    ████

██   ██    ████████████████████                                         ████

██   ██████                                                              ████

██           ████████████████                                          ████

██   ██████████████████                                                 ████

██   ████████████                                                       ████

██   ▮   █████                                                          ████

██   ▮   ███████████████████                                           ████

██   ██████████████████                                                 ████

██   ████████████████                                                 11:38:40

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 67

1 █████████████████████████

2 ████████████████████████████████

3 ████████████████████████████████

4 ████████████████████████████████

5 ███████████████████████████

6 ██████████████████████████████

7          █████████████████████████

8      █   ████                          11:39:05

9      █   █████████████████████████

10 ████████████████████████████

11    █   ████

12    █   ███████████████████████

13 ██████████████████████████

14 ████████████████████████████████

15 █████

16    █   ███████████████████████

17 ██████████████████████████████

18 █████████████████████████████

19 ███████████████

20          This -- the fingerprinting was      11:39:30

21    sort of a more book entry style of        11:39:33

22    management.  Blue Spike was more embedded  11:39:36

23    discrete information for retrieval style or 11:39:40

24    architectural approach.                    11:39:44

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 68

1           But we watched it all, you          11:39:45

2    know, because there were arguments to be made    11:39:47

3    for both, you know, architectural approaches.    11:39:48

4        Q

21

11:40:34

:43

1

2

3

4   11:40:53

5

6

7

8           remember anything about   11:41:02

9   this company Tuneprint in particular beyond   11:41:02

10   what's in Exhibit 56?   11:41:04

11        A    No, I mean, a clip, sent the email,   11:41:06

12   forget.   11:41:10

13        Q    So I asked you a while ago whether   11:41:17

14   Blue Spike had a content monitoring product.   11:41:18

15             Do you ever remember a Blue   11:41:21

16   Spike content fingerprinting technology of   11:41:23

17   the nature -- you know, like the Tuneprint   11:41:25

18   system?   11:41:28

19        A    Like that?  No.  Digital   11:41:32

20   watermarking is really what the company was   11:41:34

21   vested in in terms of its architectural   11:41:36

22   approach to management of intellectual   11:41:38

23   property objects like songs.   11:41:41

24        Q    Do you recall conversations about   11:41:45

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 70

1

2

3

4

5

6

7

8

9                                                                    11:42:02

10

11

12

13

14

15                                                                   11:42:12

16

17

18

19

20                                                                   11:42:24

21        Q      Okay.                                               11:42:25

22                    Do you remember any -- I mean,                 11:42:25

23     first of all, do you remember this particular                11:42:29

24     email?                                                        11:42:30

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 71

```
 1              Do you remember sending it now       11:42:31

 2   that you see it?                                11:42:32

 3       A    Not the discrete email per se; but     11:42:33

 4   looking at it, yes, this is kind of the         11:42:36

 5   typical stuff I would say.

                                                     11:42:42

 8

                                                     11:42:50

12                                                   11:42:53

13

20       Q    Yes, okay.                            11:43:09

21              MR. RAMSEY:  If we could             11:43:35

22   please mark Exhibit 57.                         11:43:37

23              (Exhibit 57 marked for               11:43:38

24   identification.)                                11:43:38
```

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 72

| | | |
|---|---|---|
| 1 | BY MR. RAMSEY: | 11:43:38 |
| 2 | Q    All right. | 11:43:56 |
| 3 | You've been handed Exhibit 57, | 11:43:57 |
| 4 | which is an email from Scott Moskowitz to you | 11:43:58 |
| 5 | on September 13, 2000, labeled BLU0131138. | 11:44:00 |
| 6 | If you could take a moment to | 11:44:11 |
| 7 | look at Exhibit 57 and let me know when | 11:44:14 |
| 8 | you've had a chance to do that. | 11:44:17 |
| 9 | (Deponent read document.) | 11:44:32 |
| 10 | A    Yes. | 11:46:39 |
| 11 | Q    So what's your understanding, just | 11:46:39 |
| 12 | having reviewed Exhibit 57, what was | 11:46:41 |
| 13 | happening in this email? | 11:46:43 |
| 14 | A    I don't actually remember the exact | 11:46:45 |
| 15 | context.  Okay. | 11:46:47 |
| 16 | (Deponent read document.) | 11:46:59 |
| 17 | A    I really can't remember what | 11:46:54 |
| 18 | diagram they were talking about.  You got to | 11:47:00 |
| 19 | remember, this was a long time ago. | 11:47:02 |
| 20 | Q    It looks to me the bottom of the | 11:47:06 |
| 21 | first page of Exhibit 57, you're exchanging | 11:47:07 |
| 22 | emails with Scott Moskowitz about -- | 11:47:12 |
| 23 | A    Right. | 11:47:14 |
| 24 | Q    -- how Disney might operate a, | 11:47:14 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 73

| | | |
|---|---|---|
| 1 | quote, Napster-like service. | 11:47:19 |
| 2 | Do you see that? | 11:47:21 |
| 3 | A   Right. | 11:47:22 |
| 4 | Q   Do you remember the work that you | 11:47:23 |
| 5 | were doing with Disney or for Disney at the | 11:47:25 |
| 6 | time? | 11:47:27 |
| 7 | A   No. | 11:47:27 |
| 8 | Q   Okay. | 11:47:29 |
| 9 | Then it appears to me that the | 11:47:31 |
| 10 | top of Exhibit 57, the first page, Scott | 11:47:33 |
| 11 | responds to your discussion of this | 11:47:36 |
| 12 | Napster-like service and says, and I quote, | 11:47:39 |
| 13 | "You can check out Tuneprint.com, for | 11:47:42 |
| 14 | instance, concerning how it would look.  We | 11:47:45 |
| 15 | found a patent on monitoring of signals, | 11:47:46 |
| 16 | which is exactly like this." | 11:47:48 |
| 17 | Do you see that? | 11:47:50 |
| 18 | A   Mm-hmm. | 11:47:51 |
| 19 | Q   So first of all, is Tuneprint | 11:47:52 |
| 20 | referenced here the same Tuneprint, to your | 11:47:57 |
| 21 | understanding, that we mentioned in | 11:48:00 |
| 22 | Exhibit 56? | 11:48:02 |
| 23 | A   Probably, yes. | 11:48:03 |
| 24 | Q   What do you recall about how Blue | 11:48:04 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 74

```
 1      Spike was thinking about Tuneprint-like          11:48:08

 2      business models at this time?                    11:48:12

 3          A      I can't really recall.  I can't       11:48:19

 4      really recall.                                   11:48:21

 5                 This looks like we were having        11:48:22

 6      a discussion about some kind of presentation     11:48:24

 7      materials probably to pitch to an investor or    11:48:26

 8      possibly to pitch to a partner in terms of       11:48:30

 9      the technology.                                  11:48:32

10          Q      Mm-hmm.                               11:48:38

11          A      But the Disney reference I really     11:48:38

12      don't know.  I can't recall now.  I'm sorry.     11:48:40

13          Q      Yes.  No, it's okay.                  11:48:42

14                 I'm trying to understand, you         11:48:43

15      know, what in September 2000 Blue Spike was      11:48:47

16      doing with the signal abstract technology.       11:48:50

17                 Do you have a recollection of         11:48:54

18      what Blue Spike was doing with its signal        11:48:54

19      abstract technology at that time?                11:48:57

20          A      No, I just -- I don't recall any      11:49:01

21      kind of emphasis on that per se compared to      11:49:08

22      all the effort we were putting into              11:49:11

23      watermarking, which was taking all the -- as     11:49:14

24      far as I could tell, all the energies of the     11:49:17
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY
PETER CASSIDY - 4/1/2015

Page 75

| | | |
|---|---|---|
| 1 | company and all the energies of engineering. | 11:49:20 |
| 2 | Q   Okay. | 11:49:22 |
| 3 | But Scott Moskowitz emails | 11:49:23 |
| 4 | you, it's true, in Exhibit 57 and is talking | 11:49:25 |
| 5 | about signal abstracting; is that right? | 11:49:29 |
| 6 | A   Right. | 11:49:32 |
| 7 | Q   What's your understanding of why | 11:49:34 |
| 8 | you and he were exchanging correspondence | 11:49:36 |
| 9 | about signal abstracting at that time? | 11:49:39 |
| 10 | A   Again, the context evades me this | 11:49:43 |
| 11 | far out.  That's the problem with email, you | 11:49:46 |
| 12 | know what I mean?  It doesn't record the | 11:49:48 |
| 13 | whole story. | 11:49:50 |
| 14 | I'd have to look at emails | 11:49:51 |
| 15 | before and after this and -- to get a sense | 11:49:53 |
| 16 | of what the actual assumptions were and the | 11:49:57 |
| 17 | context was. | 11:49:59 |
| 18 | Q   So I'm going to quote again from | 11:50:03 |
| 19 | Exhibit 57. | 11:50:04 |
| 20 | A   Yes, sir. | 11:50:05 |
| 21 | Q   Mr. Moskowitz states, "Abstracts of | 11:50:05 |
| 22 | music or movies based on a massive reduction | 11:50:08 |
| 23 | of the data of the actual signal yields a | 11:50:11 |
| 24 | signal abstract, which is not additive as a | 11:50:14 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 76

| | | |
|---|---|---|
| 1 | watermark is'' -- | 11:50:17 |
| 2 | A   Right. | 11:50:18 |
| 3 | Q   -- "but can be differentiated from | 11:50:18 |
| 4 | other similar recordings based on least | 11:50:20 |
| 5 | significant bit deferences." | 11:50:24 |
| 6 | Is that your understanding of | 11:50:27 |
| 7 | what signal abstracting technology was? | 11:50:28 |
| 8 | A   Yes, that's an eloquent way to | 11:50:31 |
| 9 | compress that definition, yes. | 11:50:35 |
| 10 | Q   What do you recall about at any | 11:50:37 |
| 11 | point in time, really, what Blue Spike's | 11:50:39 |
| 12 | business plans were regarding signal | 11:50:40 |
| 13 | abstracting? | 11:50:43 |
| 14 | A   It wasn't something I was asked to | 11:50:46 |
| 15 | write about discretely, you know, on its own | 11:50:48 |
| 16 | as something we were promoting to our | 11:50:52 |
| 17 | investors. | 11:50:55 |
| 18 | Q   Do you believe that the emphasis on | 11:50:57 |
| 19 | signal abstracting technology was something | 11:50:58 |
| 20 | Scott Moskowitz alone was focused on and not | 11:51:01 |
| 21 | so much the rest of the company? | 11:51:04 |
| 22 | A   I'm sure it's something he took | 11:51:06 |
| 23 | into the -- the larger purview of interest; | 11:51:08 |
| 24 | but in terms of direct development, it was | 11:51:11 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 77

22    A    Mm-hmm.                                        11:52:04

23    Q    I'm trying to understand, is                   11:52:05

24    that -- do you believe that that was a space        11:52:06

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 78

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 79

1

         A      Yes.                                              11:53:18

9        Q      Okay.                                            11:53:25

10

13       A      I did at one point, I guess.                    11:53:33

14       Q      Okay.                                           11:53:34

15

                             recall just in general in,         11:53:54

23  let's say, the year 2000 -- do you recall                   11:53:58

24  that there were more fingerprinting companies               11:54:02

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 80

| | | |
|---|---|---|
| 1 | than there had been before, or anything about | 11:54:04 |
| 2 | that development? | 11:54:07 |
| 3 | A    Not really.  I never kept a count. | 11:54:10 |
| 4 | Q    Well, in general, in the year 2000, | 11:54:14 |
| 5 | do you -- you know, were there lots of | 11:54:19 |
| 6 | companies responding to, for example, the | 11:54:22 |
| 7 | legal problems that Napster was having? | 11:54:25 |
| 8 | MR. ANDERSON:  Object to form. | 11:54:28 |
| 9 | A    Yes, I mean the market space -- | 11:54:30 |
| 10 | there was a failure of the market space to | 11:54:34 |
| 11 | provide market-making mechanisms. | 11:54:37 |
| 12 | So yes, there was a lot of | 11:54:41 |
| 13 | interest.  There was whole websites dedicated | 11:54:43 |
| 14 | to, like, the new music market space until | 11:54:46 |
| 15 | such time as iTunes sort of expanded and sort | 11:54:49 |
| 16 | of captured a lot of that space. | 11:54:53 |
| 17 | Q    Yes. | 11:54:55 |
| 18 | What do you mean by there | 11:54:55 |
| 19 | is -- there is -- you know, creating the | 11:54:56 |
| 20 | market spaces? | 11:55:00 |
| 21 | What do you mean by that at | 11:55:01 |
| 22 | the time? | 11:55:03 |
| 23 | A    Replacing the record store and | 11:55:04 |
| 24 | creating a digital music market space that | 11:55:07 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 81

```
 1    was as rational and as functional as the        11:55:13
 2    physical market space of Tower Records, HMV      11:55:15
 3    Records, that kind of thing.                     11:55:18
 4              It hadn't happened yet.                 11:55:19
 5    iTunes had yet to be developed to the extent     11:55:21
 6    that it has now captured that market space,      11:55:23
 7    developed it and captured it.  So there was a    11:55:25
 8    lot of creativity, a lot of talk, a lot of       11:55:27
 9    let's try this, let's try that.                  11:55:30
10         Q    What kind of solutions do you          11:55:32
11    recall in, let's say, '99 or 2000 to solve       11:55:33
12    ████████████████████████████                     ██████
      ████████████████████                             ██████
        ██  ███████████████████████                    ██████
      ███████████████████████████████                  ██████
      ████████████████████████                         ██████
      ███████████████████████████████                  ██████
      ██████████████                                   ██████
              ██████████████                           ██████
      ████████████████████████████████                 ██████
      █████████████████████████████████                ██████
      █████████████████████████████████                11:56:03
23    ███████████████████████                          ██████
      █████████████████████████████████                11:56:09
```

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 82

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 83

1

15        What do you mean by that?                    11:57:42
                                                        11:57:45
16

                                                        11:58:13

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 84

```
 1  ████████████                    ████████████           ████████████
    ██            ██        ██████                          ████████████
    ██            ██        ████████████                    ████████████
    ██       ████████████████████████████████              ████████████
    ██       ████████████████████████████████████          ████████████
    ██       ██████████████████████████████                ████████████
    ██       ██████████████████████                         ████████████
    ██            ██      ████████████████████████          ████████████
    ██       ████████████████████████████████████          ████████████
    ██     ██████████████████████████████████              ████████████
    ██     ████████                                         11:58:32
```

12        Q     Okay.                                      11:59:04

13              Do you remember a point at                 11:59:05

14   which the SDMI effort had a kind of test to           11:59:07

15   see whether the watermarking solutions at             11:59:16

16   issue could be hacked?                                11:59:19

17        A     Not specifically.  The test I              11:59:24

18   remember we all crowed about was the fidelity         11:59:26

19   test.                                                 11:59:29

20        Q     Okay.                                      11:59:29

21        A     And Blue Spike did very well, and          11:59:30

22   Scott was very proud of it.                           11:59:32

23        Q     Okay.                                      11:59:33

24              So you don't remember a                    11:59:34

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 85

| | | |
|---|---|---|
| 1 | hacking test in the SDMI watermarking -- | 11:59:35 |
| 2 | A    No, not specifically.  I'm bad that | 11:59:40 |
| 3 | way. | 11:59:42 |
| 4 | Q    Okay. | 11:59:42 |
| 5 | Do you remember in 2000 Blue | 11:59:46 |
| 6 | Spike having interaction with a company | 11:59:48 |
| 7 | called ██████████████? | 11:59:52 |
| 8 | A    No, not specifically. | 11:59:57 |
| 9 | Q    Did you ever, like, go to meetings | 12:00:04 |
| 10 | with potential customers or partners of Blue | 12:00:08 |
| 11 | Spike? | 12:00:10 |
| 12 | A    No. | 12:00:12 |
| 13 | Q    Your job was more about writing | 12:00:12 |
| 14 | press releases and public-facing documents? | 12:00:14 |
| 15 | A    Business plans, marketing plans, | 12:00:17 |
| 16 | communications instruments, that kind of | 12:00:18 |
| 17 | thing.  Test work. | 12:00:20 |
| 18 | Q    Okay. | 12:00:26 |
| 19 | ████████████████ | ████ |
|  | ████████████████ | ████ |
|  | ████████████████ | ████ |
|  | ████████████████ | ████ |
|  | ████████████████ | ████ |
|  | ████████████████ | 12:00:37 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 86

| | | |
|---|---|---|
| 1 | ████████████████████████████ | ████ |
| 2 | ██ ███████ | 12:00:41 |
| 3 | Q   Do you remember -- do you remember | 12:00:42 |
| 4 | Blue Spike having business called | 12:00:43 |
| 5 | interactions with █████? | 12:00:45 |
| 6 | A   They might have talked to them. | 12:00:49 |
| 7 | Were they from Boston?  Were they from | 12:00:50 |
| 8 | Allston? | 12:00:53 |
| 9 | Q   I'm not sure. | 12:00:54 |
| 10 | A   Yeah.  Possibly.  I think it might | 12:00:55 |
| 11 | have come up in conversation. | 12:00:56 |
| 12 | Q   Okay. | 12:01:02 |
| 13 | Do you remember Scour being a | 12:01:03 |
| 14 | company somewhat like Napster, in that it -- | 12:01:04 |
| 15 | A   I -- the vibe I get, it helped you | 12:01:07 |
| 16 | find the music you were interested in, and in | 12:01:09 |
| 17 | that way, yes. | 12:01:13 |
| 18 | Q   Do you recall why Blue Spike was | 12:01:14 |
| 19 | having business interactions with Scour? | 12:01:17 |
| 20 | A   You know, if you told me they were, | 12:01:23 |
| 21 | I would not be surprised, because I remember | 12:01:24 |
| 22 | the name.  But I might be conflating | 12:01:26 |
| 23 | remembering the name, remembering their | 12:01:29 |
| 24 | enterprise with actually, you know, Scott | 12:01:30 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 87

| | | |
|---|---|---|
| 1 | and/or Gregg talking. | 12:01:33 |
| 2 | Q    Do you remember a company called | 12:01:39 |
| 3 | eMusic? | 12:01:40 |
| 4 | A    eMusic sounds vaguely familiar. | 12:01:41 |
| 5 | Q    What do you recall about eMusic? | 12:01:43 |
| 6 | A    Nothing.  It could be me | 12:01:44 |
| 7 | remembering because it's just "i" this "e" | 12:01:46 |
| 8 | that, you know, which is attached to every | 12:01:48 |
| 9 | word now.  eChair, eTable, iTable. | 12:01:50 |
| 10 | Q    All right. | 12:01:58 |
| 11 | MR. RAMSEY:  If we could | 12:01:59 |
| 12 | please mark Exhibit 58. | 12:01:59 |
| 13 | (Exhibit 58 marked for | 12:02:02 |
| 14 | identification.) | 12:02:02 |
| 15 | BY MR. RAMSEY: | 12:02:02 |
| 16 | Q    All right. | 12:02:19 |
| 17 | You've been handed Exhibit 58, | 12:02:20 |
| 18 | which is an email dated December 5, 2000, | 12:02:21 |
| 19 | from Scott Moskowitz to Gregg Moskowitz, Mike | 12:02:24 |
| 20 | Berry and you, and it is labeled BLU0152989. | 12:02:26 |
| 21 | If you could take a moment and | 12:02:35 |
| 22 | look at Exhibit 58 and let me know when | 12:02:37 |
| 23 | you've been able to do so. | 12:02:41 |
| 24 | (Deponent read document.) | 12:02:53 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 88

| | | |
|---|---|---|
| 1 | Q   So is Exhibit 58, this December 5, | 12:03:03 |
| 2 | 2000 email -- you know, is this the sort of | 12:03:06 |
| 3 | ordinary day-to-day business communication | 12:03:13 |
| 4 | that you would be having with the team at | 12:03:15 |
| 5 | Blue Spike? | 12:03:17 |
| 6 | A   Yes, yes. | 12:03:18 |
| 7 | Q   I'm going to quote from Exhibit 58 | 12:03:18 |
| 8 | Mr. Moskowitz states, "Just to remind you, | 12:03:21 |
| 9 | watermarking may not be the best technology | 12:03:25 |
| 10 | for monitoring.  Signal abstracts might be | 12:03:27 |
| 11 | far more accurate and easier to implement. | 12:03:30 |
| 12 | We do not have technology to do this, but we | 12:03:32 |
| 13 | have filed two patents, and I have spoken to | 12:03:35 |
| 14 | a number of companies which currently have | 12:03:39 |
| 15 | the technology." | 12:03:41 |
| 16 | What is your recollection of | 12:03:42 |
| 17 | why Mr. Moskowitz and you -- your team was | 12:03:44 |
| 18 | talking about partnering with companies that | 12:03:50 |
| 19 | provide signal abstracting? | 12:03:55 |
| 20 | A   Because that's what they did. | 12:03:58 |
| 21 | Q   Do you have any specific | 12:03:59 |
| 22 | recollection of the companies that were being | 12:04:01 |
| 23 | considered for partnership opportunities? | 12:04:06 |
| 24 | A   Really -- really, no, no, I don't. | 12:04:07 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
PETER CASSIDY - 4/1/2015

Page 89

| | | |
|---|---|---|
| 1 | But he did appreciate the difference.  This | 12:04:09 |
| 2 | was an honest assessment.  This is Scott just | 12:04:14 |
| 3 | being honest, you know, about why our stuff | 12:04:18 |
| 4 | does what it does and why the other stuff | 12:04:20 |
| 5 | does what it does. | 12:04:22 |
| 6 | Q    It appears to me from Exhibit 58 | 12:04:23 |
| 7 | that the company was contemplating combining | 12:04:25 |
| 8 | watermarking and signal abstracting. | 12:04:27 |
| 9 | Do you recall that as an | 12:04:31 |
| 10 | effort? | 12:04:32 |
| 11 | A    I recall Scott being very creative | 12:04:33 |
| 12 | about looking for opportunities to partner, | 12:04:35 |
| 13 | to animate any kind of market space that was | 12:04:38 |
| 14 | sorely needed at the time, and this was | 12:04:42 |
| 15 | pretty typical of discussions we had. | 12:04:44 |
| 16 | What it meant, you know, what | 12:04:47 |
| 17 | was his frame of mind, I have -- you know, I | 12:04:50 |
| 18 | really -- I can't say. | 12:04:52 |
| 19 | But this was pretty typical | 12:04:53 |
| 20 | of, you know, attempts to animate a market | 12:04:57 |
| 21 | space that needed technology to move. | 12:05:01 |
| 22 | Q    So as an occurrence, this type of | 12:05:03 |
| 23 | email in Exhibit 58 suggesting let's partner | 12:05:06 |
| 24 | with other companies for signal abstracting | 12:05:11 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 90

1    was not a uncommon occurrence in the                    12:05:17

2    business?                                               12:05:19

3         A     It wasn't uncommon to have                   12:05:20

4    discussions about partnering for different              12:05:21

5    things.                                                 12:05:23

6         Q     Yes.                                         12:05:23

7         A     Partnering for signal abstraction,          12:05:23

8    I don't know if I can say that, you know,               12:05:26

9    definitively, but this --                               12:05:28

10             But in terms of general                       12:05:30

11   business practice, Scott was alert to                   12:05:31

12   opportunities, and this is one of them.                 12:05:33

13        Q     Okay.                                        12:05:35

14             Do you have any recollection                  12:05:36

15   of how frequently throughout the year 2000              12:05:39

16   and 2001 there were talks about                         12:05:41

17   fingerprinting versus watermarking, for                 12:05:47

18   example?                                                12:05:50

19        A     Not specifically.  We just -- the            12:05:56

20   assumption was, what we do is watermarking,             12:05:57

21   and what we're pursuing right now is that --            12:05:59

22   and it was true, in engineering the entire              12:06:01

23   focus was the watermarking technology.                  12:06:04

24             This is I think representative                12:06:06

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 91

| | | |
|---|---|---|
| 1 | of that.  It didn't mean that there was no | 12:06:07 |
| 2 | interest in it at all, but the focus at the | 12:06:10 |
| 3 | time was completely on watermarking. | 12:06:13 |
| 4 | Q    So why was Blue Spike from time to | 12:06:15 |
| 5 | time talking about partnering with companies | 12:06:17 |
| 6 | that do fingerprinting or signal abstracting? | 12:06:22 |
| 7 | A    Because that's what they full | 12:06:25 |
| 8 | time -- | 12:06:25 |
| 9 | MR. ANDERSON:  Object to form. | 12:06:27 |
| 10 | A    -- and that's where their expertise | 12:06:27 |
| 11 | apparently was. | 12:06:29 |
| 12 | Q    So was the idea to build greater | 12:06:31 |
| 13 | value by combining Blue Spike's watermarking | 12:06:32 |
| 14 | technology with some other fingerprint | 12:06:34 |
| 15 | technology to complement each other? | 12:06:37 |
| 16 | A    Yes, that would be the idea, and he | 12:06:39 |
| 17 | had that kind of imagination. | 12:06:41 |
| 18 | Q    And is that kind of combining of | 12:06:43 |
| 19 | watermarking and fingerprinting to create | 12:06:45 |
| 20 | more value of what is, you believe, | 12:06:47 |
| 21 | contemplated in Exhibit 58? | 12:06:48 |
| 22 | A    Yes.  He had a good technical | 12:06:50 |
| 23 | imagination.  He had a realistic technical | 12:06:53 |
| 24 | imagination as opposed to an engineering | 12:06:57 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 92

| | | |
|---|---|---|
| 1 | imagination, which that would bring you to | 12:06:59 |
| 2 | innovation without a market space need, per | 12:07:00 |
| 3 | se. | 12:07:03 |
| 4 | Q    I'm going to quote further from | 12:07:04 |
| 5 | Exhibit 58 for the record. | 12:07:05 |
| 6 | Mr. Moskowitz states, "I do | 12:07:07 |
| 7 | not have any problem offering both to | 12:07:09 |
| 8 | demonstrate two systems, especially if we can | 12:07:12 |
| 9 | get the technology from elsewhere and spend | 12:07:14 |
| 10 | some time better crafting the technology to | 12:07:18 |
| 11 | the task suggested." | 12:07:21 |
| 12 | Do you see that quote? | 12:07:22 |
| 13 | A    Yes, sir. | 12:07:23 |
| 14 | Q    So when Mr. Moskowitz states | 12:07:27 |
| 15 | "Especially if we can get the technology from | 12:07:29 |
| 16 | elsewhere," do you recall particularly what | 12:07:31 |
| 17 | he was referring to? | 12:07:33 |
| 18 | A    (Shakes head.) | 12:07:37 |
| 19 | Q    No? | 12:07:38 |
| 20 | So you don't remember any | 12:07:38 |
| 21 | companies in the -- in the signal abstracting | 12:07:39 |
| 22 | space at that time? | 12:07:41 |
| 23 | A    Not specifically. | 12:07:42 |
| 24 | Q    All right. | 12:07:47 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 93

| # | | |
|---|---|---|
| 1 | MR. RAMSEY:  If we could | 12:07:58 |
| 2 | please mark Exhibit 59. | 12:07:59 |
| 3 | (Exhibit 59 marked for | 12:08:00 |
| 4 | identification.) | 12:08:00 |
| 5 | BY MR. RAMSEY: | 12:08:01 |
| 6 | Q    All right. | 12:08:18 |
| 7 | You've been handed Exhibit 59, | 12:08:19 |
| 8 | which is a December 5, 2000 email from you to | 12:08:20 |
| 9 | Scott Moskowitz labeled BLU0152986. | 12:08:25 |
| 10 | If you could take a moment and | 12:08:30 |
| 11 | look at the document and let me know when | 12:08:31 |
| 12 | you've had the chance to do so. | 12:08:33 |
| 13 | (Deponent read document.) | 12:08:54 |
| 14 | Q    Have you had a chance to look at | 12:10:53 |
| 15 | Exhibit 59? | 12:10:54 |
| 16 | A    Yes. | 12:10:56 |
| 17 | Q    I think it's easiest to read | 12:10:56 |
| 18 | Exhibit 59 from the back to the front. | 12:10:58 |
| 19 | A    Bottom up, right, right. | 12:10:59 |
| 20 | Q    If you look at the second page of | 12:11:01 |
| 21 | Exhibit 59, it starts with a quotation, "We | 12:11:03 |
| 22 | do not have technology to do this, but we | 12:11:08 |
| 23 | have filed two patents, and I have spoken to | 12:11:10 |
| 24 | a number of companies which currently have | 12:11:12 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 94

1       the technology."                                    12:11:14

2                    Do you see that?                       12:11:15

3            A      Yes.                                     12:11:16

4            Q      And do you believe that that            12:11:17

5       statement is a statement by Scott Moskowitz        12:11:18

6       about signal abstracting technology that we        12:11:20

7       just saw in Exhibit 58?                             12:11:23

8            A      Yes.                                     12:11:25

9            Q      Then it appears that you respond to     12:11:27

10      Mr. Moskowitz's statement about signal              12:11:29

11      abstracting by asking a question, and I             12:11:31

12      quote, "Aren't the data files that are              12:11:33

13      rendered from the signals in Giovanni a kind        12:11:35

14      of abstract?"  And then continues.                  12:11:39

15                   Do you see that?                       12:11:42

16           A      Yes.                                     12:11:42

17           Q      Do you agree that's -- you're           12:11:43

18      asking Scott, don't we already have a kind of      12:11:45

19      signal abstracting technology?                      12:11:48

20           A      Right, yes.                              12:11:50

21           Q      If you could please turn to the         12:11:50

22      first page of 59, Exhibit 59.                       12:11:52

23                   In response to your question           12:11:57

24      about don't we already have a kind of signal        12:11:58

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 95

| | | |
|---|---|---|
| 1 | abstracting technology, it appears that Scott | 12:12:02 |
| 2 | Moskowitz responds "Absolutely not," and then | 12:12:04 |
| 3 | proceeds to describe why he believes that -- | 12:12:07 |
| 4 | that signal abstracting was not part of the | 12:12:11 |
| 5 | watermarking. | 12:12:14 |
| 6 | A    Right. | 12:12:14 |
| 7 | Q    Do you remember this conversation | 12:12:15 |
| 8 | and exchange with him? | 12:12:18 |
| 9 | A    Not specifically, but this was | 12:12:20 |
| 10 | pretty typical of our back-and-forth about | 12:12:21 |
| 11 | how to describe the technology. | 12:12:24 |
| 12 | Q    Okay. | 12:12:28 |
| 13 | So if you see on the first | 12:12:28 |
| 14 | page of Exhibit 59 when Mr. Moskowitz is | 12:12:29 |
| 15 | saying, No, we don't have signal abstracting | 12:12:33 |
| 16 | technology, he -- he continues to talk about | 12:12:36 |
| 17 | some companies doing this, and I quote, | 12:12:38 |
| 18 | ''Some companies doing this include eTantrum, | 12:12:44 |
| 19 | MusicBrainz, Neural Audio, Tuneprints, the | 12:12:49 |
| 20 | new eMusic." | 12:12:53 |
| 21 | Do you see that? | 12:12:56 |
| 22 | A    Yes. | 12:12:57 |
| 23 | Q    Is it your understanding that this | 12:12:57 |
| 24 | in exchange, Mr. Moskowitz is describing | 12:12:58 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 96

| | | |
|---|---|---|
| 1 | other companies doing signal abstracting? | 12:13:00 |
| 2 | A    Yes. | 12:13:02 |
| 3 | Q    Do you remember the names of any of | 12:13:03 |
| 4 | these companies now that you see this? | 12:13:05 |
| 5 | A    Yes.  eMusic sounded, you know, | 12:13:08 |
| 6 | familiar.  Yes, it was a weird time. | 12:13:13 |
| 7 | Everybody was pitching these things. | 12:13:17 |
| 8 | Q    What do you mean by that, it was a | 12:13:19 |
| 9 | weird time, everybody was pitching these | 12:13:20 |
| 10 | things? | 12:13:22 |
| 11 | A    Oh, Napster is going to destroy the | 12:13:22 |
| 12 | industry unless there is a solution, so there | 12:13:25 |
| 13 | were a lot of solutions coming out, you know, | 12:13:27 |
| 14 | people trying stuff.  The market space was | 12:13:29 |
| 15 | responding to a perceived need. | 12:13:31 |
| 16 | Q    So do you believe that there are | 12:13:33 |
| 17 | lots more fingerprinting companies cropping | 12:13:34 |
| 18 | up in 2000 to solve the Napster problem than | 12:13:37 |
| 19 | before? | 12:13:42 |
| 20 | A    Yes, that was their proposal.  You | 12:13:42 |
| 21 | know they had -- that was their architectural | 12:13:43 |
| 22 | approach. | 12:13:45 |
| 23 | Q    Do you recall any of these | 12:13:46 |
| 24 | fingerprint companies in 2000 that made | 12:13:48 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 97

```
 1   particular progress in the market?                      12:13:51

 2        A    Really, no.  I didn't pay too much            12:13:56

 3   attention to it after the company shut to               12:13:59

 4   down or whatever happened to it.                         12:14:03

 5        Q    Do you believe based on Exhibit 59            12:14:06

 6   that Mr. Moskowitz was investigating the                12:14:08

 7   market about fingerprinting technologies that           12:14:11

 8   were out there?                                         12:14:13

 9        A    Do I believe that --                          12:14:15

10        Q    Mr. Moskowitz was investigating the           12:14:17

11   market regarding what fingerprinting                    12:14:18

12   technologies were available?                            12:14:21

13             MR. ANDERSON:  Object to form.                12:14:24

14   ██    █████████████████████████████           ████████

██   ███████████████████████████████████           ████████

██   ███████████████████████████████████           ████████

██   ██    █████████████████████████████           ████████

██   ███████████████████████████████████           ████████

██   ███████████████████████████████████           ████████

██   ██████████████████████████?                   12:14:42

21        A    There was a couple that would              12:14:44

22   follow the SDMI thing, you know, you know,           12:14:46

23   trades like Billboard and stuff like that.          12:14:51

24   And then, you know, online publications --          12:14:55
```

```
1                      ███████████████        ████████

 ██  ████████████████████████████    ████████

 ██  ████████████             ████████

 ██        ██      ██████ W-E-B-N-O-I-Z-E?        12:15:05

 5        A      Yeah, something like that.      12:15:08

 6        Q      What was Webnoize?              12:15:10

 7        A      Cover the emerging digital music  12:15:12

 8    space.  I can remember the building.  It was  12:15:15

 9    on the website.                            12:15:20

10        Q      So would the Webnoize publication  12:15:22

11    routinely discuss companies like these     12:15:24

12    digital fingerprinting and watermarking    12:15:27

13    companies?                                 12:15:29

14        A      It was their sort of editorial   12:15:30

15    profile to cover that kind of thing.       12:15:32

16        Q      Okay.                           12:15:34

17              And was Webnoize available       12:15:34

18    throughout all of 2000, to your knowledge? 12:15:37

19        A    Yes, it was early -- in early and 12:15:41

20    out early, because I think it went out of  12:15:44

21    business -- it just disappeared from my    12:15:47

22    radar, and I don't even know if it's -- it 12:15:50

23    kept going that much longer after I left -- 12:15:52

24    Blue Spike left operations, finished       12:15:54
```

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 99

```
 1    operations.                                          12:15:59
 2         Q    Were there any other publications          12:16:00
 3    other than Webnoize that you remember in,            12:16:02
 4    say, '99, 2000 reading about this type of            12:16:04
 5    technology, fingerprinting, for example?             12:16:07
 6         A    You know, stuff would come up on            12:16:09
 7    ████████, and typically, Slashdot would pick         12:16:10
 8    it up from other trade publications.                 12:16:13
 9              ████████████████████████████████           ████
10    ██  ████████████████████████████████████             ████
11    ██  ████████████████████████████████████████         ████
12    ██  ███████████████████████████████                  ████
13    ██  █████████████████                                ████
14    ██     █  ██████████████████████████                 ████
15    ██  ██████████████████████████████                   ████
16    ██  ██████████████████                               12:16:34
17         A    Yes, clippings.  We sent clips             12:16:35
18    around to each other.                                12:16:38
19         Q    Was that generally -- those types          12:16:41
20    of exchanges of clips from the press                 12:16:43
21    generally among the whole team or --                 12:16:45
22         A    Yes.                                       12:16:47
23              THE VIDEOGRAPHER:  Excuse me,              12:16:52
24    this might be a good time to change the              12:16:52
```

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 100

| | | |
|---|---|---|
| 1 | video. | 12:16:55 |
| 2 | MR. RAMSEY:  Perfect, yes, | 12:16:56 |
| 3 | let's change the tape. | 12:16:56 |
| 4 | Q    We're going to go off the record | 12:16:57 |
| 5 | for just a moment. | 12:16:59 |
| 6 | A    Okay. | 12:17:01 |
| 7 | THE VIDEOGRAPHER:  It is | 12:17:01 |
| 8 | 12:10 p.m.  We're going off the record on | 12:17:02 |
| 9 | Tape No. 1. | 12:17:05 |
| 10 | (Recess.) | 12:20:23 |
| 11 | THE VIDEOGRAPHER:  It is | 12:29:00 |
| 12 | 12:22 p.m.  We're back on the record on Tape | 12:29:01 |
| 13 | No. 2. | 12:29:07 |
| 14 | BY MR. RAMSEY: | 12:29:07 |
| 15 | Q    If you could go back to Exhibit 59 | 12:29:08 |
| 16 | where Mr. Moskowitz is talking about his | 12:29:09 |
| 17 | signal abstracting technology -- | 12:29:11 |
| 18 | A    Mm-hmm. | 12:29:13 |
| 19 | Q    -- there's a discussion where Mr. | 12:29:13 |
| 20 | Moskowitz states -- he's discussing, and I | 12:29:15 |
| 21 | quote, '' ███████████████████████████ | █████ |
| | ██ ███████████████████████████ | █████ |
| | ██ ████████████████████████ | 12:29:24 |
| 24 | information theory is applied, as we | 12:29:28 |

Merrill Corporation – San Francisco
(800) 869-9132                    www.merrillcorp.com/law

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 101

| | | |
|---|---|---|
| 1 | discussed in two patents we filed in this | 12:29:30 |
| 2 | area." | 12:29:31 |
| 3 | Do you know what he was | 12:29:32 |
| 4 | talking about there?  Do you understand what | 12:29:33 |
| 5 | that's about? | 12:29:35 |
| 6 | A    I understand what he's trying to | 12:29:36 |
| 7 | explain.  The specific -- yes, I understand | 12:29:38 |
| 8 | what he's trying to explain, yes, I get it. | 12:29:48 |
| 9 | Q    What's the -- what is -- what is | 12:29:55 |
| 10 | being described regarding differentiating | 12:29:56 |
| 11 | different compression files of the same song? | 12:29:58 |
| 12 | A    Do I understand that? | 12:30:01 |
| 13 | Q    Yes. | 12:30:02 |
| 14 | Can you describe for me what | 12:30:03 |
| 15 | is -- what does that mean, to use signal | 12:30:04 |
| 16 | abstracts to differentiate different | 12:30:09 |
| 17 | compressions of the same song. | 12:30:11 |
| 18 | A    There are many different | 12:30:14 |
| 19 | standards -- not standards.  What would you | 12:30:18 |
| 20 | call them? | 12:30:20 |
| 21 | There are many different | 12:30:21 |
| 22 | programs for reducing an analogue source to a | 12:30:28 |
| 23 | digital file, and you end up with MP3s, oh, | 12:30:33 |
| 24 | gosh, there's a number of them out. | 12:30:41 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 102

| # | | Time |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  WAV. | 12:30:44 |
| 2 | THE DEPONENT:  WAV, yes. | 12:30:46 |
| 3 | THE VIDEOGRAPHER:  AIF. | 12:30:46 |
| 4 | THE DEPONENT:  Right. | 12:30:46 |
| 5 | A    There's a number of them. | 12:30:47 |
| 6 | So what I think he's trying to | 12:30:48 |
| 7 | say here is, no matter what compression | 12:30:50 |
| 8 | algorithm is applied to reduce a source to a | 12:30:52 |
| 9 | digital file, these abstraction -- these | 12:30:55 |
| 10 | systems will be able to detect -- to produce | 12:30:59 |
| 11 | the abstraction of the signal and identify | 12:31:03 |
| 12 | the song no matter what compression algorithm | 12:31:08 |
| 13 | is employed, which is important, because | 12:31:11 |
| 14 | there's so many out -- especially at that | 12:31:14 |
| 15 | time. | 12:31:16 |
| 16 | Q    I see. | 12:31:16 |
| 17 | So -- | |
| | | |
| | | |
| | | |
| | | |
| | | 12:31:32 |
| 23 | A | |
| | | 12:31:37 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 103

| | | |
|---|---|---|
| 1 | that was employed, yes. | 12:31:41 |
| 2 | Q  Okay. | 12:31:42 |
| 3 | A  A good one would not care which | 12:31:42 |
| 4 | one.  It would be accurate and precise in | 12:31:44 |
| 5 | identifying no matter what compression | 12:31:48 |
| 6 | algorithm was employed. | 12:31:50 |
| 7 | Q  And is it your understanding that | 12:31:51 |
| 8 | based on Exhibit 59, that companies like | 12:31:52 |
| 9 | eTantrum, MusicBrainz, Neural Audio, | 12:31:56 |
| 10 | Tuneprints, eMusic were employing technology | 12:32:00 |
| 11 | that could identify a song no matter how it's | 12:32:06 |
| 12 | compressed? | 12:32:12 |
| 13 | A  Yes. | 12:32:13 |
| 14 | Q  Is that what Mr. Moskowitz is | 12:32:14 |
| 15 | saying? | 12:32:15 |
| 16 | A  Right. | 12:32:15 |
| 17 | Q  Do you remember a fellow named Matt | 12:32:23 |
| 18 | Ingalls, I-N-G-A-L-L-S? | 12:32:25 |
| 19 | A  N-A-T was the first name? | 12:32:29 |
| 20 | Q  Matt? | 12:32:31 |
| 21 | A  Matt. | 12:32:32 |
| 22 | Q  M-A-T-T, Matt. | 12:32:32 |
| 23 | A  No. | 12:32:36 |
| 24 | Q  All right. | 12:32:37 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 104

| | | |
|---|---|---|
| 1 | MR. RAMSEY:  If we could | 12:32:51 |
| 2 | please mark Exhibit 60. | 12:32:51 |
| 3 | (Exhibit 60 marked for | 12:32:52 |
| 4 | identification.) | 12:32:52 |
| 5 | BY MR. RAMSEY: | 12:32:52 |
| 6 | Q    All right. | 12:33:09 |
| 7 | You've been handed Exhibit 60, | 12:33:09 |
| 8 | which is a February 5, 2001 email from Scott | 12:33:10 |
| 9 | Moskowitz to Gregg Moskowitz, Mike Berry and | 12:33:14 |
| 10 | yourself, labeled BLU0160758. | 12:33:16 |
| 11 | If you could take a look at | 12:33:22 |
| 12 | this document for a minute and let me know | 12:33:23 |
| 13 | when you've had a chance to review it? | 12:33:26 |
| 14 | A    Sure. | 12:33:28 |
| 15 | (Deponent read document.) | 12:33:29 |
| 16 | A    Varence [phonetic].  I remember | 12:34:51 |
| 17 | them. | 12:34:53 |
| 18 | (Deponent read document.) | 12:35:02 |
| 19 | A    Okay. | 12:46:28 |
| 20 | Q    Okay. | 12:46:28 |
| 21 | So Exhibit 60 is an email | 12:46:28 |
| 22 | dated February 5, 2001 between Scott | 12:46:30 |
| 23 | Moskowitz and you and other members of the | 12:46:35 |
| 24 | team, right? | 12:46:37 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 105

```
 1        A    (Nods.)                              12:46:38

 2        Q    Is this -- is this a kind of normal  12:46:39

 3   business communication of Blue Spike at that   12:46:42

 4   time?                                          12:46:45

 5        A    Yes.                                 12:46:46

 6        Q    Okay.                                12:46:46

 7             So what -- in -- what do             12:46:47

 8   you -- what do you think was -- what is your   12:46:49

 9   description of the email portion of            12:46:52

10   Exhibit 60?                                    12:46:55

11        A    You know, he's just describing       12:47:03

12   lines of business.                             12:47:04

13        Q    And by "he," you mean Scott          12:47:05

14   Moskowitz?                                     12:47:07

15        A    Yes.                                 12:47:07

16        Q    There are a number of companies      12:47:08

17   mentioned in the email at Exhibit 60.          12:47:09

18        A    Mm-hmm.                              12:47:13

19        Q    Were those companies that Blue       12:47:14

20   Spike was considering partnering with at the   12:47:14

21   time?                                          12:47:17

22        A    Some are competitors; some are       12:47:18

23   partners.  You know, there's a lot of          12:47:20

24   different companies discussed.                 12:47:21
```

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 106

| | | |
|---|---|---|
| 1 | Q   Okay. | 12:47:22 |
| 2 | And you notice in Exhibit 60, | 12:47:24 |
| 3 | there's a couple of documents attached to the | 12:47:25 |
| 4 | email, correct? | 12:47:28 |
| 5 | A   Yes. | 12:47:29 |
| 6 | Q   If you turn to the page labeled | 12:47:30 |
| 7 | BLU0160759, the second page in the document. | 12:47:33 |
| 8 | A   What's the last three, 7 -- | 12:47:40 |
| 9 | Q   759. | 12:47:41 |
| 10 | A   I'm here. | 12:47:42 |
| 11 | Q   So your understanding is that that | 12:47:57 |
| 12 | document starting at 759 is an attachment to | 12:48:01 |
| 13 | February 5 email? | 12:48:05 |
| 14 | A   Mm-hmm. | 12:48:07 |
| 15 | Q   And the document beginning at 759, | 12:48:11 |
| 16 | is that a discussion of various business | 12:48:13 |
| 17 | opportunities with respect to major labels | 12:48:16 |
| 18 | and performing rights organizations? | 12:48:19 |
| 19 | A   Mm-hmm. | 12:48:22 |
| 20 | Q   Okay. | 12:48:22 |
| 21 | If you could turn to the page | 12:48:24 |
| 22 | labeled BLU0160760, and let me know when | 12:48:26 |
| 23 | you're there. | 12:48:34 |
| 24 | A   Okay. | 12:48:34 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 107

```
 1        Q    On the page ending 760 in            12:48:35
 2   Exhibit 60, there's a discussion of, quote,    12:48:37
 3   signal monitoring efforts.                     12:48:41
 4                   Do you see that?                12:48:42
 5        A    Mm-hmm.                               12:48:43
 6        Q    What was being discussed here        12:48:43
 7   regarding signal monitoring?                   12:48:46
 8             (Deponent read document.)            12:48:49
 9        A    My unfamiliarity with all of the     12:49:11
10   acronyms really at this distance at this time  12:49:14
11   doesn't give me a lot of -- a lot to go on.    12:49:22
12             It looks like a signal, the          12:49:26
13   development of a signal monitoring product as  12:49:28
14   an opportunity, but a lot of the acronyms      12:49:30
15   right now, I just don't recall them.           12:49:33
16        Q    And by -- you mean the names of      12:49:35
17   companies, for example?                        12:49:37
18        A    Yes.  I don't know if they're        12:49:39
19   companies or -- or technology.  Sometimes      12:49:41
20   like Xerox, Xerography, you know, it gets      12:49:45
21   spelled around.                                12:49:49
22             Compare with ISWC, ISRC, I           12:49:51
23   just -- I can't even begin to parse that, you  12:49:55
24   know, right now, at this distance.             12:49:59
```

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 108

| | | | |
|---|---|---|---|
| 1 | Q | Sure. | 12:50:01 |
| 2 | | If I can turn your attention | 12:50:02 |
| 3 | | to the bottom of the page labeled -- with the | 12:50:04 |
| 4 | | number ending 760, do you -- | 12:50:06 |
| 5 | | Are you at the bottom of that | 12:50:09 |
| 6 | | page? | 12:50:10 |
| 7 | A | Yes. | 12:50:11 |
| 8 | Q | The document states, "████████ | |
| | | ███████████████████████████ | |
| | | ██████████████████████████████ | |
| | | ████████████████████████ | |
| | | ██████████████ | :32 |
| 13 | A | Right. | 12:50:35 |
| 14 | Q | And it goes on. | 12:50:35 |
| 15 | | Do you see that list? | 12:50:36 |
| 16 | A | Yes. | 12:50:37 |
| 17 | Q | ████████████████████████ | |
| | | ██████████████████████ | |
| | | ████████████████████████████ | |
| | | ██ ██████████████████████ | |
| | | ██████ | |
| | | What do you recall about | 12:50:51 |
| 23 | | discussions from this time in spring 2001 | 12:50:52 |
| 24 | | about partnering with companies such as those | 12:50:54 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 109

```
 1    listed here in this ██████████████████
 ██    ████████████                                    12:51:00
 3        A    Specifically?  I don't, at this         12:51:01
 4    distance.                                        12:51:03
 5        Q    At that time, did you have any lead     12:51:04
 6    role in shaping potential partnership?           12:51:05
 7        A    No.                                     12:51:08
 8        Q    Okay.                                   12:51:09
 9        A    No, this is -- you've got more and      12:51:09
10    have access to more of the record, I think,      12:51:13
11    than I do.                                       12:51:16
12             I wasn't there to broker deals          12:51:17
13    for them, not for this stuff.                    12:51:18
14        Q    ████████████████████████████
██    ██████████████████████████████
██    ██████████████████████████████████
██    █████████████████████████████████
██    █████████████████████████          12:51:32
19        A    These were things that my sense,        12:51:34
20    given the conversations and working there,       12:51:37
21    was both Gregg and Scott would have hands in     12:51:40
22    this.  Me, I wouldn't get in front of these      12:51:43
23    kinds of conversations.  I wasn't a music        12:51:46
24    business guy.  Scott was.  He had worked, you    12:51:48
```

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 110

| | | |
|---|---|---|
| 1 | know, for a good long time in this country | 12:51:51 |
| 2 | and overseas. | 12:51:54 |
| 3 | Q    What's your understanding of | 12:51:54 |
| 4 | Mr. Moskowitz's -- Scott Moskowitz's | 12:51:55 |
| 5 | background in the music industry? | 12:51:57 |
| 6 | A    He brokered music through the gray | 12:51:59 |
| 7 | market in Japan, you know, sort of pioneered | 12:52:01 |
| 8 | it in a way, and he understood the marketing | 12:52:07 |
| 9 | of music in conventional channels, so he had | 12:52:12 |
| 10 | an expert's map of the land. | 12:52:14 |
| 11 | So for that, he would do -- he | 12:52:19 |
| 12 | would, you know, lead all the business | 12:52:21 |
| 13 | discussions on this. | 12:52:24 |
| 14 | Q    Was Mr. Moskowitz knowledgeable | 12:52:27 |
| 15 | about music-related technologies developed at | 12:52:29 |
| 16 | the time, 2001, for example? | 12:52:33 |
| 17 | A    Oh, yes, he was expert in both, | 12:52:34 |
| 18 | both of them. | 12:52:36 |
| 19 | Q    There's a particular company in | 12:52:44 |
| 20 | this list on page 760, Muscle Fish. | 12:52:45 |
| 21 | Does that name ring a bell to | 12:52:47 |
| 22 | you? | 12:52:51 |
| 23 | A    No. | 12:52:52 |
| 24 | Q    Okay. | 12:52:56 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 111

1          Looking at page 760, ███████

██   ████████████████████████████████

██   ████████████████████████                    12:53:10

4          (Deponent read document.)              12:53:22

5      ██   ████████████████████████              

██   ████████████████████████████████

██   ████████████████████████████████

██   ██████████                                  12:53:44

9          But eMusic, I recognize.  The          12:53:44

10   rest -- but I got to tell you, it was a busy  12:53:48

11   space at that time.  It was very busy.  It    12:53:52

12   was hard to keep up with them all, even in    12:53:54

13   the midst of the development of Blue Spike.    12:53:57

14      Q    When you say the "space," what do     12:53:59

15   you mean by "space" when you say it was a      12:54:02

16   busy space?                                    12:54:03

17      A    Management of music in an             12:54:04

18   electronic commerce demand.                    12:54:06

19      Q    Okay.                                  12:54:08

20              ████████████████████

██   ████████████████████████████████

██   ███████████████████████

██      ██   ████████

██      ██   ████████████████████████     12:54:14

Merrill Corporation – San Francisco
(800) 869-9132                    www.merrillcorp.com/law

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 112

1  ██████████████████████████        ██████

2  ████████████████████████████      ██████

3  █████████████████                 ██████

4  ██      ████████████████          12:54:25

5        Q     Do you believe these companies were        12:54:29

6  generally well known in the business?        12:54:30

7        A     I think they were generally known        12:54:33

8  in the business.  But the business, you have        12:54:34

9  to understand, was real small at the time.        12:54:37

10  It wasn't -- it was sort of inside baseball.        12:54:39

11                It was an emerging business        12:54:43

12  space, potentially had had enormous        12:54:45

13  opportunity for a lot of different companies        12:54:47

14  at the time before iTunes just sort of        12:54:50

15  enveloped it all.        12:54:53

16                But yes, they were probably        12:54:55

17  well known amongst the insiders that were        12:54:57

18  talking about this kind of stuff and trying        12:55:00

19  to make something out of the opportunity.        12:55:02

20        Q     Okay.        12:55:04

21                Other than -- so just -- you        12:55:04

22  said you recognize the AC Nielsen and        12:55:07

23  Arbitron.        12:55:10

24                What's your understanding of        12:55:11

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 113

1     those companies, what they did?                          12:55:12

2          A     ███████████████████                          ████████

3     ██  ████████████████████                                ████████

4     ██     ██  ████████████████                             ████████

5     ██  ██████████████████████                              ████████

6     ██  ████████████                                        ████████

7     ██     ██  ████████████████                             12:55:27

8     ██  ██████████████████████                              ████████

9     ██  ██████████████                                      ████████

10    ██     ██  ████████████████                             ████████

11    ██  ██████████████████████                              ████████

12    ██  ████████████████                                    12:55:39

13    ██  ████████████████                                    ████████

14    ██     ██  ██████                                       12:55:43

15         Q     And you also notice there is a --            12:55:50

16    starting at page BLU0160762  ████████████               ████████

17    ██  ████████████████████████████████                   ████████

18    ██  ██████?                                             12:56:02

19               Do you see that?                             12:56:04

20         A     Mm-hmm.                                      12:56:04

21         Q     Did you have any involvement in              12:56:05

22    that agreement?                                         12:56:06

23         A     Not at all.                                  12:56:07

24         Q     Do you remember generally why it             12:56:08

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 114

| | | |
|---|---|---|
| 1 | was attached and being discussed to this | 12:56:09 |
| 2 | email? | 12:56:11 |
| 3 | A    Update to the team about deals that | 12:56:12 |
| 4 | were going through. | 12:56:15 |
| 5 | Q    Okay. | 12:56:17 |
| 6 | And is it your understanding | 12:56:18 |
| 7 | that Digitale Hanse –– Hanse had | 12:56:19 |
| 8 | fingerprinting technology that Blue Spike was | 12:56:23 |
| 9 | going to use or some other technology? | 12:56:25 |
| 10 | A    Really, I was not part of this | 12:56:27 |
| 11 | discussion, and I don't remember anything | 12:56:29 |
| 12 | about it. | 12:56:31 |
| 13 | Q    Okay. | 12:56:39 |
| 14 | MR. RAMSEY:  If we could | 12:57:05 |
| 15 | please mark Exhibit 61. | 12:57:07 |
| 16 | (Exhibit 61 marked for | 12:57:08 |
| 17 | identification.) | 12:57:08 |
| 18 | BY MR. RAMSEY: | 12:57:14 |
| 19 | Q    All right. | 12:57:14 |
| 20 | You've been handed Exhibit 61, | 12:57:15 |
| 21 | which is Bates-labeled BLU0131214, and it's | 12:57:16 |
| 22 | entitled Watermarking Services, ▮▮▮▮▮ | |
| | ▮▮ ▮▮▮▮▮▮▮▮ | 12:57:26 |
| 24 | Take a moment and take a look | 12:57:27 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 115

| | | |
|---|---|---|
| 1 | and let me know when you've had a chance to | 12:57:29 |
| 2 | review the document. | 12:57:31 |
| 3 | (Deponent read document.) | 12:57:32 |
| 4 | MR. ANDERSON:  Gabe, can you | 12:58:49 |
| 5 | give me the end range on the Bates numbers | 12:58:49 |
| 6 | for this exhibit? | 12:58:53 |
| 7 | MR. RAMSEY:  Yes, sure, it's | 12:58:54 |
| 8 | BLU0131214 through 1223. | 12:58:55 |
| 9 | MR. ANDERSON:  Thank you. | 12:59:07 |
| 10 | Can you also give me the ranges | 12:59:08 |
| 11 | for Exhibit 60? | 12:59:09 |
| 12 | MR. RAMSEY:  60, yes.  It's | 12:59:11 |
| 13 | 160758 through 160779. | 12:59:14 |
| 14 | MR. ANDERSON:  Great, thank | 12:59:23 |
| 15 | you. | 12:59:23 |
| 16 | (Deponent read document.) | 13:03:15 |
| 17 | A    Okay. | 13:03:40 |
| 18 | Q    All right. | 13:03:41 |
| 19 | So you've had a chance to look | 13:03:41 |
| 20 | at Exhibit 61? | 13:03:43 |
| 21 | A    Mm-hmm. | 13:03:45 |
| 22 | Q    ██████████████████ | ████████ |
| | ██  ██████████████████ | 13:03:47 |
| 24 | Were you involved in this -- | 13:03:52 |

Merrill Corporation – San Francisco
(800) 869-9132                www.merrillcorp.com/law

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 116

| | | |
|---|---|---|
| 1 | this ███████? | 13:03:53 |
| 2 | A    There's a good possibility, yeah. | 13:03:54 |
| 3 | Q    Okay. | 13:03:56 |
| 4 | I'm going to come back to | 13:03:59 |
| 5 | Exhibit 61, but I'd next like to mark Exhibit | 13:04:00 |
| 6 | 62. | 13:04:04 |
| 7 | A    Sure. | 13:04:04 |
| 8 | (Exhibit 62 marked for | 13:04:05 |
| 9 | identification.) | 13:04:05 |
| 10 | BY MR. RAMSEY: | 13:04:05 |
| 11 | Q    Exhibit 2 is labeled -- sorry, | 13:04:05 |
| 12 | Exhibit 62 is labeled BLU0160755. | 13:04:26 |
| 13 | It's an email, February 15, | 13:04:31 |
| 14 | 2001, from Scott Moskowitz to Gregg | 13:04:33 |
| 15 | Moskowitz, Mike Berry and to you. | 13:04:36 |
| 16 | Take just a minute to look at | 13:04:40 |
| 17 | the email and let me know when you've been | 13:04:41 |
| 18 | able to do that. | 13:04:43 |
| 19 | (Deponent read document.) | 13:04:44 |
| 20 | Q    So Exhibit 62 says, and I quote, "█ | |
| | ██  ████████████████████████████ | |
| | ██  ██████████████████████████ | |
| | ██  ████████n." And then it continues. | 13:05:57 |
| 24 | Do you see that? | 13:06:00 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 117

| | | |
|---|---|---|
| 1 | A | Yes. | 13:06:01 |
| 2 | Q | Based on the content of Exhibit 62, | 13:06:01 |
| 3 | do you believe that the █████████████ | █████ |
| █ | ████████████████████████████████████ | ████ |
| █ | ██████ | 13:06:12 |
| 6 | A | It looks like that, yes. | 13:06:12 |
| 7 | Q | Okay. | 13:06:14 |
| 8 | If you could turn back to | 13:06:17 |
| 9 | Exhibit 61, which is the ████████████████. | 13:06:18 |
| 10 | And turn particularly to the | 13:06:26 |
| 11 | page ending in 221 in Exhibit 61. | 13:06:27 |
| 12 | A | Yes. | 13:06:31 |
| 13 | Q | And on the page ending in 221 in | 13:06:31 |
| 14 | Exhibit 61, there's a discussion of ████████ | █████ |
| █ | ████████████████████████████████ | 13:06:39 |
| 16 | Do you see that? | 13:06:41 |
| 17 | A | Signal abstract -- yes, sir. | 13:06:45 |
| 18 | Q | And so it looks to me on page 221 | 13:06:46 |
| 19 | of this ████████████████, ████████████ | █████ |
| █ | ██████████████████████████████████ | █████ |
| █ | ████████████████████████████ | 13:06:56 |
| 22 | A | Mm-hmm. | 13:06:58 |
| 23 | Q | What do you recall about the | 13:06:59 |
| 24 | addition of signal abstract technology to the | 13:07:00 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 118

| | | |
|---|---|---|
| 1 | product offerings that are being made by Blue | 13:07:04 |
| 2 | Spike? | 13:07:07 |
| 3 | A    What do I recall.  Really, I mean, | 13:07:16 |
| 4 | what here looks like a reasonable | 13:07:24 |
| 5 | representation in terms of some discussions | 13:07:27 |
| 6 | we had, but specifically I really don't | 13:07:29 |
| 7 | remember anything per se. | 13:07:31 |
| 8 | Q    Okay. | 13:07:33 |
| 9 | Do you understand it to be | 13:07:34 |
| 10 | true that at some point along the way in | 13:07:36 |
| 11 | 2000, Blue Spike started discussing signal | 13:07:38 |
| 12 | abstracting technology as part of its -- its | 13:07:44 |
| 13 | business proposal? | 13:07:48 |
| 14 | A    Or possibly before. | 13:07:48 |
| 15 | MR. ANDERSON:   Object to form. | 13:07:50 |
| 16 | A    You know, I mean the granularity of | 13:07:51 |
| 17 | my memory at that time is not as great as the | 13:07:58 |
| 18 | record. | 13:08:01 |
| 19 | Q    Well, what do you remember about | 13:08:03 |
| 20 | the -- just in general about signal abstract | 13:08:04 |
| 21 | technology in the context of what Blue Spike | 13:08:07 |
| 22 | was doing as a business? | 13:08:10 |
| 23 | A    It was another approach. | 13:08:11 |
| 24 | MR. ANDERSON:   Sorry, object | 13:08:14 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 119

| | | |
|---|---|---|
| 1 | to form.  Go ahead. | 13:08:15 |
| 2 | A    It was -- our focus was digital | 13:08:18 |
| 3 | watermarking, very specifically being able to | 13:08:20 |
| 4 | identify copy per copy per copy as discrete | 13:08:24 |
| 5 | and distinguishable object was the key | 13:08:30 |
| 6 | differentiator of our architecture to other | 13:08:34 |
| 7 | stuff that was out there and available at the | 13:08:37 |
| 8 | time. | 13:08:40 |
| 9 | That's what we were | 13:08:42 |
| 10 | developing.  This other stuff was other | 13:08:43 |
| 11 | stuff. | 13:08:46 |
| 12 | Q    ███████████████████████ | ████ |
| | ███████████████████████████ | ████ |
| | ████████████████████████ | ████ |
| | ██████████████████████████████ | ████ |
| | ████████████ | 13:08:59 |
| 17 | A    Really, and this is speculating, | 13:09:00 |
| 18 | because I'm not the expert of experts, it | 13:09:02 |
| 19 | probably has to do with speed of | 13:09:05 |
| 20 | interpretation. | 13:09:08 |
| 21 | █    ██████████████████████ | ████ |
| | ██████████████ | 13:09:09 |
| 23 | A    ███████████████████████ | ████ |
| | ███████████████████████████ | 13:09:13 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 120

1  ██████████████████████████████████

2  ████████████████

3          ████████████████████

4  ███████████████████████████████████

5  ███████████████████████████  13:09:24

6          Q    Mm-hmm.  13:09:28

7          A    But it's a different approach for,  13:09:29

8  in a way, a different application to  13:09:31

9  gather -- you know, if you look at both  13:09:33

10  approaches, there's a million things you can  13:09:35

11  do.  You just have to make up your mind  13:09:37

12  what's worth doing.  13:09:40

13          But for this, apparently, it  13:09:41

14  looks like the ██████████████

15  ██████████████████████████████

16  ████████████████████████

17  ██████████████████████████

18  ████████  13:09:52

19          Q    All right.  13:09:52

20          So regardless of the  13:09:53

21  motivation, you believe that this ██████

22  ██████████████████████████████

23  ██████████████████████████████

24  ████████████████  :01

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 121

```
 1        A    Yes.                                        13:10:03

 2        Q    And those approaches were --               13:10:04

 3   watermarking is one approach and signal              13:10:05

 4   abstracting is another?                              13:10:08

 5        A    Yes.                                        13:10:11

 6        Q    On page 221 of Exhibit 61, it is           13:10:15

 7   stated that, "                              ██████

     ██   █████████████████████████████████      ██████

     ██   ██████████  "                                   13:10:27

10                    Do you see that?                    13:10:28

11        A    Yes.                                        13:10:30

12        Q    ██████████████████████████████      ██████

     ██   ████████████████████████████████        ██████

     ██   ████████████████████████████████        ██████

     ██   ████████████████████████████████        ██████

     ██   ██████████                                      13:10:42

17        A    To my knowledge, engineering did           13:10:44

18   not embark on that kind of enterprise.               13:10:46

19        Q    Okay.                                       13:10:49

20                    In the same portion of              13:10:51

21   page 221 in Exhibit 61, it is stated, "  █████  ██████

     ██   ███████████████████████████████       ██████

     ██   ████████████████████████              ██████

     ██   █████████████████████████████████             13:11:03
```

Merrill Corporation – San Francisco

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 122

1 ████████                                               13:11:06

2               ████████████████                         ████

█  ████████████████                                      ████

█     ██  ████████████████████                           ████

█  ████████████████████████                              ████

█  ████████████████████                                  ████

█  ████████████████                                      ████

█  ████████████████████             13:11:30

9        Q    In page 221 where we're looking          13:11:33

10   about signal abstracting, the discussion           13:11:37

11   continues to talk about legacy releases.           13:11:39

12               Do you see that?                        13:11:41

13        A    What graph?  Last graph?                  13:11:42

14        Q    Second paragraph in page 221.            13:11:45

15               (Deponent read document.)              13:11:48

16        A    Yes.                                      13:11:58

17        Q    So explain to me what Exhibit 61 is      13:11:59

18   talking about in terms of why signal               13:12:04

19   abstracting would be used with respect to          13:12:06

20   legacy releases of content?                        13:12:09

21        ██  ████████████████                          ████

██  ████████████████████████                            ████

██  ████████████████████████                            ████

██  ████████████████████                                13:12:23

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 123

1

13:12:54

12

13:13:03

15

13:13:23

| | | |
|---|---|---|
| 1 | Q     Okay. | 13:13:26 |
| 2 | Do you recall presentations | 13:13:32 |
| 3 | such as the ███████████ in Exhibit 61 | 13:13:33 |
| 4 | ████████████████████████████ | ███████ |
| | ██  ████████████████████████ | 13:13:38 |
| 6 | A     Not at this distance. | 13:13:40 |
| 7 | Q     Okay. | 13:14:07 |
| 8 | Do you recall a gentleman | 13:14:08 |
| 9 | named Elliot Mazer, M-A-Z-E-R? | 13:14:09 |
| 10 | A     No. | 13:14:12 |
| 11 | Q     Other than -- than Scott Moskowitz, | 13:14:17 |
| 12 | Gregg Moskowitz and Mike Berry, who else did | 13:14:21 |
| 13 | you have interactions with at Blue Spike? | 13:14:23 |
| 14 | A     This long-suffering engineering | 13:14:26 |
| 15 | assistant out in Phoenix. | 13:14:28 |
| 16 | Q     What was this person's name? | 13:14:31 |
| 17 | A     I forget his name.  He was working | 13:14:32 |
| 18 | all the time. | 13:14:34 |
| 19 | Q     Okay. | 13:14:34 |
| 20 | A     Yes. | 13:14:35 |
| 21 | Q     It was not Mike Berry; it | 13:14:35 |
| 22 | was somebody -- | 13:14:37 |
| 23 | A     It was Mike Berry's assistant. | 13:14:37 |
| 24 | Q     Okay. | 13:14:39 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 125

| | | |
|---|---|---|
| 1 | A     They were both working all the | 13:14:40 |
| 2 | time. | 13:14:41 |
| 3 | Q     Okay. | 13:14:43 |
| 4 | What did you interact with | 13:14:43 |
| 5 | this engineer about? | 13:14:45 |
| 6 | A     Testing. | 13:14:47 |
| 7 | Q     And testing of what? | 13:14:48 |
| 8 | A     The fidelity of the finished -- the | 13:14:51 |
| 9 | finished music after it had been watermarked. | 13:14:59 |
| 10 | It was pretty intensive. | 13:15:03 |
| 11 | This was all during the time | 13:15:04 |
| 12 | of getting ready for the SDMI trials, so | 13:15:05 |
| 13 | those guys didn't sleep. | 13:15:09 |
| 14 | Q     Do you remember a company called | 13:15:15 |
| 15 | Worldtrax, W-O-R-L-D-T-R-A-X? | 13:15:16 |
| 16 | A     Not specifically.  I read about it | 13:15:21 |
| 17 | here in the documentation you've traded, but | 13:15:23 |
| 18 | not specifically. | 13:15:26 |
| 19 | MR. RAMSEY:  All right.  If we | 13:16:05 |
| 20 | could please mark Exhibit 63. | 13:16:06 |
| 21 | (Exhibit 63 marked for | 13:16:08 |
| 22 | identification.) | 13:16:08 |
| 23 | BY MR. RAMSEY: | 13:16:26 |
| 24 | Q     All right. | 13:16:26 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 126

| | | |
|---|---|---|
| 1 | You've been handed Exhibit 63, | 13:16:27 |
| 2 | which is labeled BLU0230657, and it appears | 13:16:28 |
| 3 | to be an email exchange dated April 21, 2001 | 13:16:34 |
| 4 | between you and others. | 13:16:38 |
| 5 | A    Mm-hmm. | 13:16:39 |
| 6 | Q    Take a minute and just look at the | 13:16:40 |
| 7 | document and let me know when you've had a | 13:16:41 |
| 8 | chance to look at it. | 13:16:44 |
| 9 | (Deponent read document.) | 13:16:44 |
| 10 | A    Oh, from Bob. | 13:16:46 |
| 11 | (Deponent read document.) | 13:16:46 |
| 12 | A    Oh, Judge Patel, a personal hero. | 13:18:30 |
| 13 | I wrote a piece about one of her decisions | 13:18:34 |
| 14 | for Wired.  I forget -- but she's a hot | 13:18:36 |
| 15 | ticket.  She did such a beautiful job on a | 13:18:39 |
| 16 | couple of cases. | 13:18:41 |
| 17 | (Deponent read document.) | 13:18:42 |
| 18 | A    Okay. | 13:20:01 |
| 19 | Q    All right. | 13:20:01 |
| 20 | So in Exhibit 63 at the | 13:20:02 |
| 21 | bottom, it appears that somebody forwards to | 13:20:03 |
| 22 | you on April 20, 2001 an article entitled | 13:20:06 |
| 23 | "Napster to Use Fingerprinting Technology." | 13:20:11 |
| 24 | Is that right? | 13:20:14 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 127

1      A    Mm-hmm.                                      13:20:15

2      Q    What's this article about that was          13:20:15

3    forwarded to you on April 20?                      13:20:18

4      A    Oh, it's about Napster adopting             13:20:19

5    Relatable to be able to report out and             13:20:21

6    control the movement of music across its           13:20:26

7    network.                                           13:20:29

8      Q    What was ████████████                       ████████

▮      ▮    ████                                        ████████

██     █    ████████████████████                        13:20:32

11     A    ███████████████████████████████             ████████

██   ███████████████████████████                        13:20:35

13     Q    Okay.                                       13:20:37

14              And is this sort of ██████              ████████

██   ████████████████████████████████████              ████████

██   ████████████████████████████████████              ████████

██   ████████████████████████████                       13:20:44

18     A    You mean digital watermarking               13:20:48

19   technologies?                                      13:20:50

20     Q    ████████████████████████████                ████████

██   █████████████████████████████████████              ████████

██   ████████████████████████                           13:20:55

23     A    ██████████████████████████████              ████████

██   █████████████████████████████████████              13:21:01

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 128

| | | |
|---|---|---|
| 1 | in that way, yes, absolutely. | 13:21:04 |
| 2 | Q    Okay. | 13:21:07 |
| 3 | ███████████████ | ████ |
| █ | ████████████████████████ | ████ |
| █ | ████████████████████████ | ████ |
| █ | ███████████████████ | ████ |
| █ | █  █  ███████ | 13:21:19 |
| 8 | Q    He asked you, "Good news or bad | 13:21:20 |
| 9 | news" about the article, right? | 13:21:21 |
| 10 | A    Right. | 13:21:22 |
| 11 | Q    And you respond "Stupid news," and | 13:21:23 |
| 12 | then describe your reaction, correct? | 13:21:27 |
| 13 | A    Mm-hmm. | 13:21:29 |
| 14 | Q    What was your concern about Napster | 13:21:31 |
| 15 | using fingerprinting technology? | 13:21:34 |
| 16 | A    It wasn't complete. | 13:21:35 |
| 17 | Q    What was not complete about the | 13:21:37 |
| 18 | fingerprinting technology? | 13:21:40 |
| 19 | A    It didn't drill down to the very | 13:21:42 |
| 20 | specific object, copy, context and all that | 13:21:43 |
| 21 | stuff. | 13:21:46 |
| 22 | Q    Okay. | 13:21:47 |
| 23 | Was it your view that | 13:21:47 |
| 24 | watermarking would have been a better | 13:21:48 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 129

| | | |
|---|---|---|
| 1 | solution for the Napster problem than | 13:21:50 |
| 2 | fingerprinting technology? | 13:21:54 |
| 3 | A    It would give you the complete | 13:21:55 |
| 4 | solution, and it would give you a lot of | 13:21:56 |
| 5 | different approaches for different kinds of | 13:21:58 |
| 6 | scenarios. | 13:22:00 |
| 7 | I mean, a lot of the | 13:22:01 |
| 8 | technology was also used for, like, a song. | 13:22:02 |
| 9 | And unfortunately, or fortunately, or just | 13:22:04 |
| 10 | the fact is, a lot of listening doesn't | 13:22:10 |
| 11 | happen at the song level.  A lot of people go | 13:22:11 |
| 12 | home and they put on is Sibelius Symphony No. | 13:22:14 |
| 13 | 2 because they need to walk away from | 13:22:18 |
| 14 | everything else. | 13:22:20 |
| 15 | And I don't know how this | 13:22:21 |
| 16 | stuff would even work there.  Watermarking in | 13:22:22 |
| 17 | those situations will give you much more | 13:22:25 |
| 18 | opportunity to identify, to purchase, to | 13:22:28 |
| 19 | trade, to save, to -- to reference, you know, | 13:22:31 |
| 20 | whereas the abstraction -- the fingerprinting | 13:22:36 |
| 21 | stuff, you know, it only can do one thing. | 13:22:41 |
| 22 | And how well it can do it, I don't know. | 13:22:45 |
| 23 | The gift of watermarking is it | 13:22:49 |
| 24 | can give you a very discrete identifier that | 13:22:51 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 130

```
 1    can do anything you want with it.  You can         13:22:53

 2    use it like a bar code, you can use it like a      13:22:57

 3    phone number.  You can use it like a Social        13:22:59

 4    Security number.                                   13:23:00

 5              You know what I mean?  It's              13:23:02

 6    much more flexible.                                13:23:03

 7         Q    I notice -- so in your email            13:23:05

 8    response where you in Exhibit 63 discuss the       13:23:08

 9    limitations of fingerprinting --                   13:23:11

10         A    Right.                                   13:23:12

11         Q    -- you copy Scott Moskowitz and         13:23:12

12    Mike Berry, right?                                 13:23:14

13         A    Mm-hmm.                                  13:23:15

14         Q    Is this kind of debate about the        13:23:18

15    pros and cons of watermarking versus              13:23:20

16    fingerprinting -- again, was this kind of an       13:23:23

17    ordinary type of conversation that occurred        13:23:25

18    regularly?                                         13:23:28

19         A    Yeah, but I was talking to the          13:23:29

20    choir.                                             13:23:30

21         Q    What do you mean by that?               13:23:31

22         A    We were advocates of watermarking       13:23:32

23    technology, you know.                              13:23:34

24         Q    We've seen a couple of emails today     13:23:42
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY
PETER CASSIDY - 4/1/2015

Page 131

| | | |
|---|---|---|
| 1 | where the team at Blue Spike throughout 2000 | 13:23:44 |
| 2 | and into 2001 are having this debate about | 13:23:47 |
| 3 | watermarking versus fingerprinting, correct? | 13:23:50 |
| 4 | A    Right. | 13:23:52 |
| 5 | Q    Having seen a number of emails | 13:23:56 |
| 6 | having that debate, was that an important | 13:23:58 |
| 7 | part of Blue Spike's business conversation at | 13:24:00 |
| 8 | the time? | 13:24:02 |
| 9 | MR. ANDERSON:   Object to form. | 13:24:05 |
| 10 | A    It was the background.   It was part | 13:24:06 |
| 11 | of how we distinguished ourselves.   It was | 13:24:08 |
| 12 | sort of the assumptions of -- what's it | 13:24:13 |
| 13 | called, the technological architectures that | 13:24:16 |
| 14 | could be applied to the question of how do | 13:24:20 |
| 15 | you manage digital content. | 13:24:22 |
| 16 | Q    And so in 2000 and 2001, is it true | 13:24:24 |
| 17 | that Blue Spike had to understand the | 13:24:29 |
| 18 | benefits and the pros and cons of | 13:24:32 |
| 19 | fingerprinting versus watermarking in order | 13:24:34 |
| 20 | to compete? | 13:24:35 |
| 21 | A    Yes. | 13:24:37 |
| 22 | MR. ANDERSON:   Object to form. | 13:24:39 |
| 23 | Q    Do you recall ever talking with | 13:24:43 |
| 24 | Mike Berry about how one would build a | 13:24:46 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 132

```
 1   fingerprinting technology?                    13:24:50

 2       A    No.                                   13:24:52

 3       Q    Okay.                                 13:24:52

 4            So that was more his technical        13:24:53

 5   domain, not, kind of, your domain as the       13:24:56

 6   media guy?                                     13:25:03

 7       A    Yes, it was really his domain.  And   13:25:04

 8   when we did talk about it, we talked about     13:25:06

 9   the challenges of fidelity.                    13:25:08

10            He is a musician.  I'm a brass        13:25:10

11   player.  So we kind of gravitate towards       13:25:13

12   those kind of aesthetic appreciations.         13:25:16

13       Q    Okay.                                 13:25:18

14            So in the spring of 2001,             13:25:27

15   you're emailing around this article of         13:25:30

16   Napster.                                       13:25:33

17            Was Napster a widely discussed        13:25:34

18   topic in your business, in Blue Spike's        13:25:36

19   business at the time?                          13:25:38

20       A    It wasn't discussed.  It was just     13:25:40

21   assumed -- Napster was a living problem        13:25:42

22   statement.                                     13:25:44

23       Q    What do you mean by that?             13:25:45

24       A    A problem statement.  It's just an    13:25:47
```

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 133

| | | |
|---|---|---|
| 1 | engineering term.  It's the statement that | 13:25:49 |
| 2 | organizes your thinking about engineering a | 13:25:54 |
| 3 | solution. | 13:25:56 |
| 4 | Napster -- instead of saying | 13:25:58 |
| 5 | there is a need for a way to manage digital | 13:26:01 |
| 6 | content so it can be traded in a digital | 13:26:04 |
| 7 | market space, you didn't have to say that. | 13:26:09 |
| 8 | You just pointed to Napster because, it was | 13:26:11 |
| 9 | proof there was the problem.  The market had | 13:26:14 |
| 10 | failed to organize a way to rationally trade, | 13:26:16 |
| 11 | buy and manage digital content. | 13:26:19 |
| 12 | Q    Do you believe that the Napster | 13:26:22 |
| 13 | problem in the year 2000 drove the creation | 13:26:24 |
| 14 | and presence of all these fingerprinting | 13:26:26 |
| 15 | companies? | 13:26:29 |
| 16 | A    Yes, it was a big part of it.  It | 13:26:30 |
| 17 | was the living, breathing problem statement. | 13:26:32 |
| 18 | And you can do calculations of what it was | 13:26:34 |
| 19 | costing your company.  It was perfect. | 13:26:37 |
| 20 | You know, if you can count -- | 13:26:39 |
| 21 | if you could -- let's say you -- I don't know | 13:26:41 |
| 22 | what access they had to their database; but, | 13:26:43 |
| 23 | you know, if I had a fingerprinting company, | 13:26:45 |
| 24 | and they probably all did this, and I could | 13:26:46 |

| 1 | get the whole database, I would grab it, | 13:26:49 |
| 2 | watermark it and figure out which companies | 13:26:50 |
| 3 | those belonged to and say a 99 cents a song, | 13:26:54 |
| 4 | you've just lost $15 million this month, bah, | 13:26:57 |
| 5 | bah, bah. | 13:27:00 |
| 6 | So they were probably doing | 13:27:01 |
| 7 | stuff like that.  It was a problem | 13:27:02 |
| 8 | statement -- a living problem statement that | 13:27:04 |
| 9 | you could point to a solution and therefore | 13:27:05 |
| 10 | savings and come up with a -- any number of | 13:27:08 |
| 11 | scenarios to make it a rational -- the | 13:27:11 |
| 12 | solution rationally priced. | 13:27:15 |
| 13 | Q   Yes. | 13:27:16 |
| 14 | We've talked about a number of | 13:27:17 |
| 15 | companies, Tuneprint, Cantometrics, | 13:27:18 |
| 16 | Relatable, a number of others. | 13:27:21 |
| 17 | Do you believe that Napster | 13:27:25 |
| 18 | and the Napster problem was driving the | 13:27:27 |
| 19 | creation of those types of companies in 2000? | 13:27:29 |
| 20 | A   Yes, yes.  Very much so.  They did | 13:27:31 |
| 21 | us all a favor, and it's just displaying -- | 13:27:38 |
| 22 | unless you organize the market and make it | 13:27:42 |
| 23 | easy for people to pay and participate, this | 13:27:44 |
| 24 | is what happens. | 13:27:46 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 135

| | | |
|---|---|---|
| 1 | Q    When you first looked at Exhibit 63 | 13:27:47 |
| 2 | or reading it, you remarked that -- you | 13:27:50 |
| 3 | recall the order of Judge Patel. | 13:27:52 |
| 4 |                  What did you mean by that? | 13:27:55 |
| 5 | A    She did a great piece on -- it had | 13:27:58 |
| 6 | nothing to do with music.  It had nothing to | 13:28:04 |
| 7 | do with this.  It had something to do with | 13:28:06 |
| 8 | cryptographic export laws, the ITAR, and she | 13:28:09 |
| 9 | did something with comparing something with | 13:28:14 |
| 10 | piano rolls, but it was such an elegant | 13:28:17 |
| 11 | analogy.  I'll have to -- | 13:28:19 |
| 12 | Q    You weren't talking about her | 13:28:22 |
| 13 | Napster -- | 13:28:24 |
| 14 | A    I wasn't talking about Napster.  It | 13:28:25 |
| 15 | was just a beautifully elegant analogy that | 13:28:28 |
| 16 | was just -- just perfect and light and | 13:28:31 |
| 17 | managed with great economy to make the point. | 13:28:32 |
| 18 | Just artistry at work. | 13:28:36 |
| 19 | Q    Nobody says nice things about | 13:28:40 |
| 20 | lawyers, so I want to get it on the record, | 13:28:42 |
| 21 | for a change. | 13:28:43 |
| 22 | A    The Ninth Circuit had authority in | 13:28:44 |
| 23 | those kinds of things. | 13:28:47 |
| 24 | Q    All right. | 13:28:55 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 136

1      ██████████████████████

██████████████████████████████

██████████████████████████

██    ██    ████████████

██    ██    ██████████████

██    ██    ████████████████ who was        13:29:04

7    the vice president of ███████████

██    ████████  whatever that meant at the time.        13:29:07

9        Q      Okay.                                     13:29:10

10                    And what was Gregg Miller's          13:29:10

11    role in relation to Blue Spike?                     13:29:11

12        A      ████████████████                          

██    ████████████████████

██    ████████████                                       13:29:17

15        Q      Okay.                                     13:29:19

16              ████████████████████

██████████████████████████████████

██    ████████████

██    ██  ████████████████████

██████████████████████████████████

██████████████████████████████████

██████████████████████████████

██    ██████████                                         13:29:34

24                    But they needed to keep things       13:29:35

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 137

```
 1   going.  Engineering is always twice as          13:29:38

 2   expensive and takes twice as long as you         13:29:41

 3   would ever expect, so yes.                       13:29:44

 4        Q    Okay.                                  13:29:45

 5                                                     

                                                       

                                                       13:29:50

 8        Q    What happened with his relationship    13:29:51

 9   with the company?                                13:29:52

10        A    I have no idea.  I think he wrote a    13:29:52

11   business plan and shopped it around.             13:29:54

12        Q                                           

                                                       

                                                       13:29:58

15        A    I don't think so, because I           13:29:59

16   remember the -- you know,                        

                                                       

                                                       

                                                       13:30:09

20                   But yes, I think --              

                                                       

                                                       13:30:18

23        Q                                           

                                                       13:30:23
```

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 138

1                      13:30:26

2       A

8                Also, it wasn't clear the   13:30:44

9 market was forming, you know, the way it --   13:30:45

10 everyone had hoped.  We had hoped standards   13:30:47

11 would be established, conventions would be   13:30:50

12 established.  They would choose Blue Spike,   13:30:52

13 you know, for whatever reasons, you know.   13:30:56

14 And the market would form and, you know, we'd   13:30:59

15 have, you know, iTunes or many different   13:31:02

16 market spaces, and it would be a preferred   13:31:07

17 technology, blah, blah, blah, blah, blah.   13:31:10

18                But it didn't happen that way.   13:31:13

19 After SDMI things just kind of stalled out.   13:31:14

20 There was no vast market formation until   13:31:18

21 iTunes sort of expanded to fill the space.   13:31:20

22

                    , is it your   13:31:25

24 understanding that it more or less shut down   13:31:27

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 139

1   operations at that time?                                          13:31:30

2        A    As far as I could tell, yes.                            13:31:31

3        ███ ████████████████████████████████████

   █ ████████████████████████████████████

   █ █████████████████████████████████

   █ ████████████████████████████████████

   █ █████████████████.                                              13:31:43

8        A    He was just -- he was just a funny                     13:31:44

9   guy.                                                              13:31:45

10       Q    What do you mean?                                      13:31:46

11       A    He was just a funny guy.  He was                       13:31:46

12   just the earth-striding God from Netscape,                      13:31:46

13   stuff like that.  Did I tell you about                          13:31:49

14   Netscape?  Oh, sorry.                                           13:31:50

15            I always got this vibe.  He                            13:31:52

16   was always wondering why I was bursting out                     13:31:54

17   laughing around him.  I just got a kick out                     13:31:58

18   of the guy.                                                     13:32:00

19       Q    Okay.                                                  13:32:01

20            Do you know a gentleman named                          13:32:02

21   Brett Fasullo?                                                  13:32:03

22       A    Oh, Fasullo, yeah, that guy, yeah,                     13:32:05

23   he's --                                                         13:32:07

24       Q    Who is Brett Fasullo?                                  13:32:08

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 140

| | | |
|---|---|---|
| 1 | A    He was this funny guy from Allston | 13:32:10 |
| 2 | who talked with his hands over his head all | 13:32:13 |
| 3 | the time.  He worked for I think a digital | 13:32:16 |
| 4 | market space development company of some | 13:32:18 |
| 5 | sort. | 13:32:20 |
| 6 | And -- nice guy, you know, | 13:32:22 |
| 7 | worshiped his wife, which is normal and | 13:32:25 |
| 8 | wholesome.  Let me think.  And he was doing | 13:32:28 |
| 9 | some stuff with Scott, you know, and being | 13:32:33 |
| 10 | very excited about it, but I -- I can't tell | 13:32:37 |
| 11 | you exactly what he did with Scott. | 13:32:39 |
| 12 | Q    Okay. | 13:32:42 |
| 13 | All right.  Do you recall when | 13:32:51 |
| 14 | your last paying work for Blue Spike was, | 13:32:51 |
| 15 | approximately? | 13:32:54 |
| 16 | A    Must have been, like, 2001, if | 13:32:56 |
| 17 | that, really. | 13:33:00 |
| 18 | Q    Yes. | 13:33:00 |
| 19 | Do you think spring-summer | 13:33:01 |
| 20 | 2001, something like that? | 13:33:02 |
| 21 | A    Yes. | 13:33:03 |
| 22 | Q    And what was your last recollection | 13:33:04 |
| 23 | of interactions with the company at that time | 13:33:05 |
| 24 | when you knew, okay, this is kind of ending? | 13:33:07 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 141

| | | |
|---|---|---|
| 1 | What do you recall about that? | 13:33:13 |
| 2 | A    I really don't remember.  I really | 13:33:14 |
| 3 | don't remember.  It just -- you know, it was | 13:33:15 |
| 4 | clear that, you know, my invoices aren't | 13:33:18 |
| 5 | going to be answered and there was nothing | 13:33:21 |
| 6 | left to do, you know. | 13:33:23 |
| 7 | Q    Okay. | 13:33:24 |
| 8 | ████████████████████████ | ████ |
| ██ | ████████████████████████████ | ████ |
| ██ | ████████████████████ | 13:33:31 |
| 11 | MR. ANDERSON:  Object to form. | 13:33:34 |
| 12 | ██  ██████████████████ | ████ |
| ██ | ████████████████████ | ████ |
| ██ | ████████████████ | ████ |
| ██ | ██████████████████████████ | █33:44 |
| ██ | ██████ | █33:46 |
| 17 | Q    Yes. | 13:33:49 |
| 18 | After approximately spring | 13:33:50 |
| 19 | 2001, did you stay in touch with | 13:33:51 |
| 20 | Mr. Moskowitz? | 13:33:53 |
| 21 | A    Not really. | 13:33:54 |
| 22 | Q    Did everybody just go their in | 13:33:57 |
| 23 | separate ways and start new businesses and | 13:33:58 |
| 24 | such? | 13:34:01 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 142

| | | |
|---|---|---|
| 1 | A    As far as I can tell.  I think Mike | 13:34:02 |
| 2 | actually got a new job.  I think around that | 13:34:04 |
| 3 | time I think he communicated with us that he | 13:34:06 |
| 4 | had found some kind of new gig. | 13:34:09 |
| 5 | Q    Okay. | 13:34:11 |
| 6 | And then did you understand | 13:34:12 |
| 7 | that anybody who was working with | 13:34:14 |
| 8 | Mr. Moskowitz stayed on with Blue Spike after | 13:34:16 |
| 9 | that time or do you know? | 13:34:19 |
| 10 | A    I have no idea.  I know Mike needed | 13:34:22 |
| 11 | a new gig and Gregg might have left his name | 13:34:24 |
| 12 | on the masthead of the website.  But as far | 13:34:30 |
| 13 | as I know, you know, engineering development | 13:34:32 |
| 14 | had stopped. | 13:34:36 |
| 15 | Q    Okay. | 13:34:39 |
| 16 | I think that's actually -- | 13:34:40 |
| 17 | that's all I've got today.  So I think | 13:34:42 |
| 18 | Mr. Anderson, who represents Blue Spike, is | 13:34:44 |
| 19 | going probably to ask you some follow-up | 13:34:47 |
| 20 | questions here. | 13:34:48 |
| 21 | A    Yes, sir. | 13:34:49 |
| 22 | MR. RAMSEY:  How are we all | 13:34:49 |
| 23 | doing energywise and tapewise? | 13:34:50 |
| 24 | THE VIDEOGRAPHER:  We're good. | 13:34:53 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 143

| | | |
|---|---|---|
| 1 | We're fine. | 13:34:54 |
| 2 | MR. RAMSEY:  Okay. | 13:34:55 |
| 3 | Kirk, that concludes the | 13:34:55 |
| 4 | questions I have today, so I'm going to hand | 13:34:57 |
| 5 | it over to you. | 13:34:58 |
| 6 | MR. ANDERSON:  Okay, thank | 13:34:59 |
| 7 | you. | 13:35:00 |
| 8 | | 13:35:00 |
| 9 | EXAMINATION | 13:35:00 |
| 10 | BY MR. ANDERSON: | 13:35:00 |
| 11 | Q    Okay. | 13:35:05 |
| 12 | Mr. Cassidy, this is a little | 13:35:07 |
| 13 | awkward over the phone, so let me know, | 13:35:09 |
| 14 | please, if at any time you're not able to | 13:35:12 |
| 15 | hear my question or you have any -- | 13:35:14 |
| 16 | A    Is it possible to get a handset? | 13:35:17 |
| 17 | Because these things, I can't hear. | 13:35:19 |
| 18 | MR. RAMSEY:  Can I just move | 13:35:21 |
| 19 | it closer to you?  Would that help?  Like, we | 13:35:22 |
| 20 | can probably move it right over here. | 13:35:24 |
| 21 | THE DEPONENT:  If you can, | 13:35:27 |
| 22 | let's try that. | 13:35:28 |
| 23 | MR. RAMSEY:  Yes, I think | 13:35:29 |
| 24 | it's -- | 13:35:29 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 144

```
 1              THE VIDEOGRAPHER:  I was just          13:35:30

 2     going to say, you're going to take my mike      13:35:30

 3     away.                                           13:35:32

 4              MR. RAMSEY:  You know, there's         13:35:33

 5     volume on this.                                 13:35:34

 6              THE DEPONENT:  Can you get an          13:35:35

 7     extension with a handset?  I'm much better      13:35:36

 8     with that.                                      13:35:39

 9              MR. RAMSEY:  We can try.               13:35:41

10              THE VIDEOGRAPHER:  I don't             13:35:43

11     know if there's -- we'd have to probably go     13:35:43

12     off the record and see if they have anything    13:35:44

13     like that.                                      13:35:47

14              THE DEPONENT:  Because these           13:35:48

15     things are problematic for me, I've got to      13:35:49

16     tell you.                                       13:35:51

17              THE VIDEOGRAPHER:  Is this --          13:35:52

18     are you just having trouble hearing him?        13:35:53

19              THE DEPONENT:  That's just a           13:35:55

20     microphone.                                     13:35:56

21              THE VIDEOGRAPHER:  This is             13:35:57

22     just a mike?  It doesn't have any -- okay.      13:35:57

23              MR. RAMSEY:  Can we go off the         13:35:59

24     record?  Kirk, I think if we can orchestrate    13:36:00
```

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 145

| | | |
|---|---|---|
| 1 | a way to just get this closer to you, just to | 13:36:02 |
| 2 | try that -- | 13:36:04 |
| 3 | THE DEPONENT:  Just to be | 13:36:05 |
| 4 | respectful to everyone in the process, I got | 13:36:06 |
| 5 | to tell you, those things I can't hear. | 13:36:08 |
| 6 | MR. RAMSEY:  That's fine with | 13:36:10 |
| 7 | me. | 13:36:11 |
| 8 | THE VIDEOGRAPHER:  So let's -- | 13:36:11 |
| 9 | let me go off the record real quick. | 13:36:11 |
| 10 | MR. RAMSEY:  All right.  Hang | 13:36:13 |
| 11 | on, Kirk.  We'll get it set up here soon. | 13:36:13 |
| 12 | MR. ANDERSON:  Okay, no | 13:36:20 |
| 13 | problem.  Sorry about that. | 13:36:20 |
| 14 | THE VIDEOGRAPHER:  It's 1:29. | 13:36:21 |
| 15 | We're off the record on Tape | 13:36:24 |
| 16 | No. 2. | 13:36:24 |
| 17 | (Recess.) | 13:39:17 |
| 18 | THE VIDEOGRAPHER:  It is | 13:39:31 |
| 19 | 1:32 p.m.  We're back on the record on Tape | 13:39:32 |
| 20 | No. 2. | 13:39:34 |
| 21 | BY MR. ANDERSON: | 13:39:36 |
| 22 | Q    Okay. | 13:39:40 |
| 23 | Mr. Cassidy, can you hear me | 13:39:41 |
| 24 | okay? | 13:39:42 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

| | | |
|---|---|---|
| 1 | A    Yes, sir, much better. | 13:39:43 |
| 2 | Q    Great. | 13:39:44 |
| 3 |      Okay.  At any time if you're | 13:39:45 |
| 4 | not able to hear or understand my questions, | 13:39:48 |
| 5 | would you please let me know? | 13:39:50 |
| 6 | A    Yes, sir. | 13:39:51 |
| 7 | Q    So I'll be following up here with | 13:39:55 |
| 8 | some -- with some questions, and I apologize | 13:39:59 |
| 9 | if any of these duplicate with what | 13:40:02 |
| 10 | Mr. Ramsey had asked you.  In part on trim to | 13:40:06 |
| 11 | clarify, make sure that I was hearing | 13:40:09 |
| 12 | everything correctly. | 13:40:11 |
| 13 |      So did you say that you met | 13:40:12 |
| 14 | Scott Moskowitz when you were considering | 13:40:16 |
| 15 | interviewing him? | 13:40:20 |
| 16 | A    Yes.  I'm -- I don't when remember | 13:40:23 |
| 17 | exactly, but it's likely that I met Scott | 13:40:27 |
| 18 | Moskowitz in my work as a technical | 13:40:31 |
| 19 | journalist. | 13:40:34 |
| 20 | Q    Okay. | 13:40:36 |
| 21 |      And did he -- did | 13:40:37 |
| 22 | Mr. Moskowitz then offer you a job during the | 13:40:38 |
| 23 | course of the conversations you had with him | 13:40:41 |
| 24 | about the -- | 13:40:44 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

| | | |
|---|---|---|
| 1 | A    No, no, I don't think it happened | 13:40:45 |
| 2 | immediately.  I think we just had | 13:40:47 |
| 3 | conversations about steganography, you know, | 13:40:49 |
| 4 | the technology.  And over time, once the Blue | 13:40:52 |
| 5 | Spike company was coming together, he offered | 13:40:56 |
| 6 | me a contract relationship to them organize | 13:41:00 |
| 7 | product and company pitches and talk to -- | 13:41:08 |
| 8 | and instruments to talk to investors. | 13:41:09 |
| 9 | Q    And when -- when Scott Moskowitz | 13:41:16 |
| 10 | then sent you that proposal contract, what | 13:41:19 |
| 11 | was it about that proposal that enticed you | 13:41:24 |
| 12 | to accept the job? | 13:41:27 |
| 13 | A    Yes, sorry, you drifted for a | 13:41:30 |
| 14 | second. | 13:41:33 |
| 15 | Q    Oh, I'm sorry.  I can simplify as | 13:41:33 |
| 16 | well. | 13:41:37 |
| 17 | Can you tell me why you | 13:41:38 |
| 18 | accepted Scott Moskowitz's offer for | 13:41:40 |
| 19 | employment? | 13:41:46 |
| 20 | A    Why I accepted it? | 13:41:46 |
| 21 | Q    Yes. | 13:41:48 |
| 22 | A    Fascination with the technologies | 13:41:49 |
| 23 | that would help animate a new market space | 13:41:51 |
| 24 | for digital objects like music and motion | 13:41:53 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 148

| | | |
|---|---|---|
| 1 | pictures. | 13:41:57 |
| 2 | Q    And -- at the time that Scott | 13:42:04 |
| 3 | Moskowitz was talking to you about | 13:42:06 |
| 4 | potentially coming and working for Blue | 13:42:08 |
| 5 | Spike, did he talk to you about the Giovanni | 13:42:09 |
| 6 | watermarking product? | 13:42:13 |
| 7 | A    Did he talk about digital | 13:42:15 |
| 8 | watermarking products? | 13:42:17 |
| 9 | Q    Did he talk about a specific | 13:42:20 |
| 10 | product, such as the Giovanni? | 13:42:21 |
| 11 | A    Yes, he spoke about Giovanni, you | 13:42:23 |
| 12 | know, extensively. | 13:42:26 |
| 13 | Q    As part of -- | 13:42:29 |
| 14 | A    Its development, its virtues, all | 13:42:29 |
| 15 | that stuff, yes -- | 13:42:32 |
| 16 | Q    Okay. | 13:42:38 |
| 17 | And so as part of your | 13:42:39 |
| 18 | employment, then who, would it be your job | 13:42:42 |
| 19 | responsibility or was it your job | 13:42:46 |
| 20 | responsibility to -- to figure out how to | 13:42:48 |
| 21 | market that Giovanni product? | 13:42:53 |
| 22 | A    To figure out how to market the | 13:42:55 |
| 23 | Giovanni product? | 13:42:56 |
| 24 | Q    Yes. | 13:42:58 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 149

| | | |
|---|---|---|
| 1 | A    Yes, yes, it was -- it was part of | 13:42:59 |
| 2 | my job to talk to -- talk with Scott | 13:43:02 |
| 3 | Moskowitz to organize our, you know, market | 13:43:07 |
| 4 | strategies, to organize business plans, | 13:43:12 |
| 5 | describe those marketing strategies to | 13:43:13 |
| 6 | investors. | 13:43:16 |
| 7 | Q    Okay. | 13:43:19 |
| 8 | And so was software | 13:43:20 |
| 9 | development a major aspect of those | 13:43:22 |
| 10 | strategies? | 13:43:25 |
| 11 | A    I'm sorry, I couldn't hear you that | 13:43:26 |
| 12 | time. | 13:43:28 |
| 13 | Q    Was software development a major | 13:43:34 |
| 14 | aspect of those marketing strategies? | 13:43:36 |
| 15 | A    No.  No.  It was assumed that there | 13:43:43 |
| 16 | was -- there was software development | 13:43:50 |
| 17 | happening at the time, and it was assumed | 13:43:53 |
| 18 | that it was in part development that was | 13:43:57 |
| 19 | responding to the SDMI opportunity. | 13:44:03 |
| 20 | Q    Okay. | 13:44:14 |
| 21 | So is it fair to say that the | 13:44:14 |
| 22 | marketing that you focused on was in relation | 13:44:17 |
| 23 | to the creation of one or more digital | 13:44:20 |
| 24 | watermarking products? | 13:44:25 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 150

```
 1        A    Yes.                                    13:44:28

 2        Q    And going back to something you         13:44:37

 3   said earlier, you talked a little bit or          13:44:38

 4   answered some questions about the patent          13:44:42

 5   work, the patent prosecution work that was        13:44:46

 6   going on at Blue Spike.                           13:44:47

 7             Did you say that -- that your           13:44:49

 8   belief is that the patent prosecuting work        13:44:51

 9   was intended to protect those ideas of Blue       13:44:55

10   Spike's?                                          13:45:00

11        A    Yes.  The sense I got was that the      13:45:10

12   market was forming quickly.  A lot of ideas       13:45:13

13   were in the market space, and they were being     13:45:16

14   developed quickly, and that it was an             13:45:20

15   important part of the Blue Spike story that       13:45:22

16   they be able to describe how they were           13:45:26

17   protecting their innovations in helping the       13:45:28

18   market space form and execute rationally in       13:45:32

19   terms of being able to trade and manage           13:45:36

20   digital content.                                  13:45:41

21        Q    Okay.                                   13:45:42

22             So is it your belief that the           13:45:45

23   patents that Blue Spike prosecuted were to        13:45:47

24   protect its technology that it would be           13:45:51
```

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 151

```
 1    attempting to put into product form?              13:45:56

 2        A    Yes.                                      13:46:04

 3                   And we were developing those        13:46:11

 4    technologies at the time I was employed by         13:46:13

 5    Blue Spike as a contractor.                        13:46:17

 6        Q    Okay.                                      13:46:22

 7                   Now, I believe at one point          13:46:23

 8    you said something about not being the expert      13:46:26

 9    of experts.  I just wanted to follow up on         13:46:29

10    that idea.                                          13:46:32

11                   Would you say that you are an        13:46:33

12    expert in fingerprinting technology?               13:46:35

13        A    No, no, I'm -- by trade, I'm not an        13:46:53

14    engineer, and I can't claim expertise in any       13:46:57

15    of these technologies at all.                      13:47:01

16        Q    Okay.                                      13:47:07

17                   So just to be clear then,            13:47:08

18    would you say that you're an expert in             13:47:09

19    digital watermarking technology?                   13:47:10

20        A    No.                                        13:47:14

21                   By trade, I am not an engineer       13:47:16

22    and can't express any claim of expertise in        13:47:17

23    any technology at all.  I am, however,             13:47:26

24    familiar how these technologies can be used        13:47:31
```

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 152

1        in animation of market spaces.                    13:47:34

2            Q    Okay.                                     13:47:42

3                 And are you familiar with the            13:47:45

4        '472 patent, Blue Spike's patent?                 13:47:46

5            A    No, really, off the top of my head.      13:47:55

6            Q    Okay.  And just for the record,          13:48:00

7        that's US Patent 7,346,472.                       13:48:04

8                 And that is one of the patents           13:48:10

9        that deals with the abstract technology, so       13:48:11

10       then to the best of your recollection, you        13:48:17

11       have not reviewed that patent; is that            13:48:20

12       correct?                                          13:48:22

13           A    No, I have not reviewed that             13:48:28

14       patent.                                           13:48:29

15           Q    Okay.                                     13:48:34

16                And having not reviewed that             13:48:34

17       patent that discusses the abstract                13:48:36

18       technology, do you feel that -- well, strike      13:48:38

19       that.  Let me -- let me ask a different           13:48:46

20       question.                                         13:48:48

21                Before there were some                   13:48:49

22       comparisons made between fingerprinting as        13:48:50

23       used in the industry and Blue Spike's             13:48:53

24       abstract patent or technology.                    13:48:56

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 153

| | | |
|---|---|---|
| 1 | Do you feel capable of | 13:49:03 |
| 2 | comparing those two technologies? | 13:49:04 |
| 3 | A   Okay.  Do you mean do I feel | 13:49:14 |
| 4 | capable of comparing two technologies that | 13:49:18 |
| 5 | offer different mechanisms for fingerprinting | 13:49:22 |
| 6 | or abstracting a digital object? | 13:49:28 |
| 7 | Q   Actually, my -- my question is more | 13:49:35 |
| 8 | of do you feel that you are versed enough in | 13:49:37 |
| 9 | Blue Spike's abstract technology to be able | 13:49:42 |
| 10 | to compare or equate that with fingerprinting | 13:49:46 |
| 11 | technology in general? | 13:49:49 |
| 12 | A   Yes, if by abstract technology | 13:50:03 |
| 13 | you're referring to the Giovanni digital | 13:50:06 |
| 14 | watermarking system. | 13:50:09 |
| 15 | Q   And did the Giovanni watermarking | 13:50:14 |
| 16 | system use abstracting technology? | 13:50:17 |
| 17 | A   Only inasmuch that the source data | 13:50:28 |
| 18 | had to be digitally abstracted as it was | 13:50:38 |
| 19 | quanticized, but my appreciation of Giovanni | 13:50:41 |
| 20 | is that its watermarking scheme was a | 13:50:51 |
| 21 | different architectural approach than what is | 13:50:54 |
| 22 | referred to as fingerprinting in this market | 13:50:59 |
| 23 | space at that time.  Period. | 13:51:05 |
| 24 | And yes, I can appreciate that | 13:51:13 |

| | | |
|---|---|---|
| 1 | and compare them in terms of their | 13:51:16 |
| 2 | functionality in animating a market space and | 13:51:18 |
| 3 | auditing it. | 13:51:21 |
| 4 | But again, I'm not an engineer | 13:51:24 |
| 5 | by trade, so my authority is very limited. | 13:51:26 |
| 6 | Q    Okay. | 13:51:33 |
| 7 | When you said that the | 13:51:33 |
| 8 | Giovanni digital when watermarking machine | 13:51:34 |
| 9 | would use this abstracting process, can you | 13:51:39 |
| 10 | describe for me your understanding of how it | 13:51:43 |
| 11 | used the abstracting process? | 13:51:47 |
| 12 | A    Well, the abstracting process I'm | 13:51:50 |
| 13 | talking about here is really reduction of an | 13:51:54 |
| 14 | analogue source to digital representations. | 13:51:59 |
| 15 | Therefore, it's not equivalent | 13:52:07 |
| 16 | to the abstracting that's referred to in this | 13:52:12 |
| 17 | market space to, quote/unquote, fingerprint a | 13:52:18 |
| 18 | song per se. | 13:52:25 |
| 19 | Q    Okay. | 13:52:29 |
| 20 | And just to make sure I heard | 13:52:30 |
| 21 | that correctly, did you say that the | 13:52:32 |
| 22 | abstracting use by Blue Spike is not | 13:52:34 |
| 23 | equivalent to finger-marking in the general | 13:52:39 |
| 24 | marketplace? | 13:52:42 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 155

| | | |
|---|---|---|
| 1 | A    Yes.  I mean, Giovanni wasn't –– as | 13:52:48 |
| 2 | far as I remember in my conversations with | 13:52:51 |
| 3 | Scott specifically about fingerprinting or | 13:52:53 |
| 4 | about fingerprinting, it was really –– | 13:52:56 |
| 5 | I mean, its essential | 13:52:59 |
| 6 | innovation was the manipulation of a source | 13:53:02 |
| 7 | signal as it is being quanticized for digital | 13:53:07 |
| 8 | instantiation in such a way to embed a code | 13:53:12 |
| 9 | or information that would allow for that | 13:53:19 |
| 10 | instantiation to be tracked, audited, | 13:53:22 |
| 11 | identified and otherwise managed. | 13:53:26 |
| 12 | Q    Okay.  Thank you. | 13:53:34 |
| 13 | Do you still have Exhibit 63 | 13:53:37 |
| 14 | in front of you? | 13:53:41 |
| 15 | A    63?  Yes, sir. | 13:53:45 |
| 16 | Q    Now, can you explain again to me | 13:53:52 |
| 17 | what problem it is you're identifying here | 13:53:58 |
| 18 | that Napster's fingerprinting is not | 13:54:01 |
| 19 | addressing? | 13:54:09 |
| 20 | MR. RAMSEY:  Objection, form. | 13:54:10 |
| 21 | A    You can tell with fingerprinting | 13:54:15 |
| 22 | that yes, this is a song which is known by | 13:54:16 |
| 23 | this name and performed by this artist, but | 13:54:29 |
| 24 | it doesn't provide the capacity to identify | 13:54:36 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 156

| | | |
|---|---|---|
| 1 | instantiation by instantiation each copy. | 13:54:48 |
| 2 | Or –– and this might be | 13:54:58 |
| 3 | overinterpreting –– the different | 13:55:01 |
| 4 | performances of the same song by the same | 13:55:08 |
| 5 | artist.  Digital watermarking by its nature | 13:55:10 |
| 6 | gives you a lot more flexibility and | 13:55:18 |
| 7 | identifying each and every instantiation of a | 13:55:23 |
| 8 | work, and that's the larger point I was | 13:55:26 |
| 9 | getting to there. | 13:55:29 |
| 10 | Q    And I believe the terminology you | 13:55:33 |
| 11 | used in the email is you say a version of it | 13:55:36 |
| 12 | even. | 13:55:41 |
| 13 | Is that equivalent to your | 13:55:42 |
| 14 | idea of instantiations? | 13:55:44 |
| 15 | A    Yes. | 13:55:51 |
| 16 | Q    Okay. | 13:55:55 |
| 17 | So an artist singing the same | 13:55:56 |
| 18 | song at two different venues live would be | 13:55:58 |
| 19 | two versions of the same song? | 13:56:01 |
| 20 | A    Right. | 13:56:02 |
| 21 | Q    So is it your understanding that | 13:56:07 |
| 22 | fingerprinting technology at the time that | 13:56:09 |
| 23 | you wrote this email, Exhibit 63, that | 13:56:11 |
| 24 | fingerprinting technology was limited in that | 13:56:17 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 157

| | | |
|---|---|---|
| 1 | it could not determine versions of a song, | 13:56:19 |
| 2 | for instance? | 13:56:23 |
| 3 |     A     Perhaps. | 13:56:34 |
| 4 |     Q     Okay. | 13:56:35 |
| 5 |            Is that not what you were | 13:56:36 |
| 6 | saying when you said that digital | 13:56:37 |
| 7 | watermarking is -- was maybe more appropriate | 13:56:39 |
| 8 | to determining or distinguishing versions of | 13:56:46 |
| 9 | a song? | 13:56:51 |
| 10 |            MR. RAMSEY:  Objection, form. | 13:56:53 |
| 11 |     A    I think what I was trying -- the | 13:57:18 |
| 12 | point I was trying to make is digital | 13:57:19 |
| 13 | watermarking is more appropriate for | 13:57:23 |
| 14 | distinguishing versions of songs and making | 13:57:25 |
| 15 | lots of other distinctions. | 13:57:28 |
| 16 |     Q    And is it more appropriate than | 13:57:31 |
| 17 | fingerprinting because fingerprinting then | 13:57:36 |
| 18 | was not able to distinguish those versions of | 13:57:37 |
| 19 | songs? | 13:57:41 |
| 20 |     A    Right.  That was the point. | 13:57:45 |
| 21 | Digital watermarking by its nature gives you | 13:57:48 |
| 22 | a lot more flexibility in marking thinks. | 13:57:52 |
| 23 |     Q    Okay.  Thank you. | 13:57:58 |
| 24 |            I believe you said the digital | 13:58:00 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 158

| | | |
|---|---|---|
| 1 | watermarking was –– was more helpful than | 13:58:03 |
| 2 | fingerprints at the time because it could | 13:58:07 |
| 3 | distinguish versions, and then you said and | 13:58:09 |
| 4 | it could make other distinctions. | 13:58:11 |
| 5 | Can you tell me about those | 13:58:13 |
| 6 | other distinctions? | 13:58:15 |
| 7 | A    Any distinctions you want to encode | 13:58:16 |
| 8 | into the markings that you embed into the | 13:58:19 |
| 9 | code –– into the source file, into the –– the | 13:58:22 |
| 10 | digital object, it's up to you. | 13:58:25 |
| 11 | You can use it like a bar | 13:58:29 |
| 12 | code.  You can use it like version control. | 13:58:30 |
| 13 | You can use it like a Social Security number | 13:58:33 |
| 14 | if you want to identify the person who bought | 13:58:38 |
| 15 | that particular copy. | 13:58:41 |
| 16 | It's got all the flexibility | 13:58:43 |
| 17 | of any marking system you can imagine, | 13:58:45 |
| 18 | because every iteration can have a different | 13:58:48 |
| 19 | mark embedded into it. | 13:58:51 |
| 20 | By definition, fingerprinting | 13:58:53 |
| 21 | will just tell you what the object is a copy | 13:58:55 |
| 22 | of, not associated specifically with an | 13:58:59 |
| 23 | event, a person or an agency, per se. | 13:59:04 |
| 24 | Q    Okay.  Thank you. | 13:59:06 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 159

| | | |
|---|---|---|
| 1 | Mr. Cassidy, those are all the | 13:59:15 |
| 2 | questions that I have. | 13:59:17 |
| 3 | A    Yes, sir. | 13:59:17 |
| 4 | Q    I appreciate you bearing with me | 13:59:18 |
| 5 | over the phone here. | 13:59:19 |
| 6 | A    Thank you, sir. | 13:59:21 |
| 7 | MR. RAMSEY:  Okay, great.  I | 13:59:22 |
| 8 | think that's it.  Thank you for your time | 13:59:23 |
| 9 | today.  Appreciate it. | 13:59:25 |
| 10 | THE DEPONENT:  Okay. | 13:59:26 |
| 11 | THE VIDEOGRAPHER:  It is | 13:59:28 |
| 12 | 1:52 p.m.  We're going off the record on Tape | 13:59:29 |
| 13 | No. 2, end of this deposition. | 13:59:32 |
| 14 | (Proceedings adjourned.) | 13:59:34 |
| 15 | | 13:59:34 |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |

```
 1
 2                  C E R T I F I C A T E
 3    I, Jill K. Ruggieri, Registered Merit Reporter and
 4    Certified Realtime Reporter, do certify that the
 5    deposition of PETER CASSIDY, in the above-captioned
 6    matter, on April  1, 2015, was stenographically
 7    recorded by me; that the witness provided
 8    satisfactory evidence of identification, as
 9    prescribed by Executive Order 455 (03-13) issued by
10    the Governor of the Commonwealth of Massachusetts,
11    before being sworn by me, a Notary Public in and for
12    the Commonwealth of Massachusetts; that the
13    transcript produced by me is a true record and
14    accurate record of the proceedings to the best of my
15    ability; that I am neither counsel for, related to,
16    nor employed by any of the parties to the above
17    action; and further that I am not a relative or
18    employee of any attorney or counsel employed by the
19    parties thereto, nor financially or otherwise
20    interested in the outcome of the action.
21
22    _____
23         Jill K. Ruggieri, RPR, RMR, FCRR, CRR
24    Transcript review was requested of the reporter.
```

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 161

```
 1    WITNESS:  PETER CASSIDY

 2

 3                 SIGNATURE PAGE/ERRATA SHEET

 4

 5    PAGE     LINE      CHANGE OR CORRECTION AND REASON

 6    _____    _____    _____
      _____    _____    _____
 7    _____    _____    _____
      _____    _____    _____
 8    _____    _____    _____
      _____    _____    _____
 9    _____    _____    _____
      _____    _____    _____
10    _____    _____    _____
      _____    _____    _____
11    _____    _____    _____
      _____    _____    _____
12    _____    _____    _____
      _____    _____    _____
13    I have read the transcript of my deposition taken
      on April 1, 2015.  Except for any
14    corrections or changes noted above, I hereby
      subscribe to the transcript as an accurate record
15    of the statements made by me.

16    Signed under the pains and penalties of perjury.
      Deponent: _____  ___/___/2015
17    PETER CASSIDY
      On this ___ day of _____, 201__, before me,
18    the undersigned notary public, personally appeared
      PETER CASSIDY, who presented satisfactory
19    evidence of identification, to wit,
      _____ , and signed this document in my
20    presence.

21    _____
      Notary Public in and for _____
22    My commission expires _____

23

24
```

# MERRILL CORPORATION



LegaLink, Inc.

27 Maiden Lane, Suite 300
San Francisco, CA 94108 • (415) 357-4300

April 17, 2015

Peter Cassidy
c/o Kirk Anderson
Garteiser Honea
218 N. College Avenue
Tyler, Texas 75702

***In re: Spike v. Texas Instruments, et al.***

Dear Mr. Cassidy:

Please be advised that the original transcript of your deposition taken on April 1, 2015 in the above-entitled matter is available for reading and signing.  The original will be held at the offices of:

    Merrill Corporation
    27 Maiden Lane, Suite 300
    San Francisco, California 94108
    (415)357-4300

for thirty (30) days in accordance with Federal Rules of Civil Procedure Section 30 (e).   If you do not sign your deposition within 30 days from the date of this letter, it may be used as fully as though signed.

If you are represented by counsel in this matter, you may wish to ask your attorney how to proceed.  If you are not represented by counsel and wish to review your transcript, please contact our office for a mutually convenient appointment to review your deposition.

Thank you for your cooperation in this matter.

Very truly yours,

Client Services
Merrill Corporation, San Francisco

cc:     Original transcript
        All Counsel

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 1

## A

**abbreviation**
79:10
**ability**
37:6 68:19 160:14
**able**
16:11,14 84:10 87:23
102:10,18,20 116:18
119:3 127:5 137:21
143:14 146:4 150:16
150:19 153:9 157:18
**above-captioned**
160:4
**abreast**
50:21 51:9 78:21
**absolutely**
78:8 95:2 128:1
**abstract**
48:19,22 49:6 74:16
74:19 75:24 94:14
117:15,17,20,24
118:20 123:20 152:9
152:17,24 153:9,12
**abstracted**
153:18
**abstracting**
49:13 75:5,9 76:7,13
76:19 77:6,20 78:13
83:14 88:19 89:8,24
91:6 92:21 94:6,11
94:19 95:1,4,15 96:1
100:17 102:18
118:12 119:15 121:4
122:10,19 127:16,22
127:23 153:6,16
154:9,11,12,16,22
**abstraction**
17:3,19 90:7 102:9,11
129:20
**abstracts**
14:9 75:21 88:10
100:21 101:16
**AC**
112:22

**accept**
147:12
**accepted**
147:18,20
**access**
58:10 109:10 133:22
**accessible**
122:6 123:14
**accurate**
88:11 103:4 160:13
161:14
**achievement-by-ach...**
27:1
**acquirer**
63:12
**acronyms**
107:10,14
**act**
32:12
**action**
160:16,19
**active**
51:3 61:15
**activity**
28:7
**actual**
75:16,23
**ad**
113:11
**addition**
117:21,24
**additional**
47:16,21
**additive**
75:24
**addressing**
155:19
**adequate**
53:22
**adjacent**
64:3
**adjourned**
159:14
**adopting**

127:4
**adoption**
21:18
**advocate**
44:14,15
**advocates**
130:22
**aesthetic**
132:12
**agency**
17:24 29:18 37:5 59:2
82:22 83:7 158:23
**agent**
16:1,16
**aggregate**
99:10
**aggressive**
63:12
**aggressively**
60:1
**ago**
26:3 32:20 41:5 69:13
72:19
**agree**
66:22 94:17
**agreement**
3:13 9:17 10:7,8,15
32:9 113:17,22
**ahead**
119:1
**AIF**
102:3
**alert**
90:11
**algorithm**
67:1 102:8,12,24
103:6
**allow**
57:15 82:5,8 113:13
155:9
**allowed**
21:8 83:3
**Allston**
86:8 140:1

**alternative**
8:9 122:4
**alternatives**
119:13
**analogue**
13:24 17:6,7 47:4,12
101:22 154:14
**analogy**
135:11,15
**Anderson**
2:4 3:8 5:20,21 7:15
9:4 15:19 40:2,6
42:3 53:5 58:24 60:5
77:12 80:8 91:9
97:13 115:4,9,14
118:15,24 131:9,22
141:11 142:18 143:6
143:10 145:12,21
**Andreas**
18:9 23:22 24:10
**and/or**
81:17 87:1
**animate**
8:18 21:7 34:3 37:23
44:10 89:13,20
147:23
**animated**
60:23 61:24,24 62:4
70:12
**animating**
154:2
**animation**
44:15 152:1
**announcements**
23:2
**answer**
58:13
**answered**
141:5 150:4
**answers**
6:21
**anybody**
54:14 142:7
**anymore**

138:7 141:16
**apologize**
146:8
**apparently**
91:11 120:13 127:11
**appealing**
53:3
**APPEARANCES**
2:1
**appeared**
161:18
**appears**
66:11 73:9 89:6 94:9
95:1 126:2,21
**application**
48:18,22 53:1 57:20
59:20 120:8
**applications**
50:5,10 52:17 53:14
53:17 56:20 57:2
61:19
**applied**
100:24 102:8 131:14
**appreciate**
89:1 153:24 159:4,9
**appreciation**
153:19
**appreciations**
132:12
**approach**
45:18 67:24 69:22
82:20 83:10 96:22
112:4 118:23 120:7
121:3 153:21
**approaches**
68:3 79:21 81:24
120:10,22 121:2
129:5
**appropriate**
157:7,13,16
**approximately**
22:16 121:13 140:15
141:18
**April**

1:13 4:3 5:8 126:3,22
127:3 160:5 161:13
**Arbitron**
111:6 112:23
**arch**
46:17
**architectural**
67:24 68:3 69:21
79:20 81:24 82:19
96:21 153:21
**architecture**
119:6
**architectures**
131:13
**area**
101:2
**areas**
37:16 59:22
**arguments**
68:2,5
**AROD**
28:11
**arrangement**
24:9
**article**
126:22 127:2 128:4,9
132:15
**artist**
67:5 155:23 156:5,17
**artistry**
135:18
**ASCAP**
4:1 114:23 115:23
116:21 117:3,9,19
119:13 120:21,23
124:3
**asked**
17:5 69:13 70:16
76:14 84:4,9 128:8
146:10
**asking**
94:11,18
**aspect**
99:13 149:9,14

**aspects**
43:6
**assessment**
89:2
**assistant**
124:15,23
**associate**
16:15 83:6
**associated**
82:13 158:22
**associating**
17:23 82:20
**association**
16:1 41:17 59:1 83:18
**associations**
21:16
**assumed**
17:2 60:18 132:21
149:15,17
**assumption**
37:1 90:20
**assumptions**
49:24 60:8,23 75:16
131:12
**attached**
87:8 106:3 114:1
**attachment**
106:12
**attempt**
20:19
**attempting**
33:3 151:1
**attempts**
89:20
**attention**
97:3 108:2 136:20
**attorney**
9:22 160:17
**attorneys**
1:11 7:12,17
**attractive**
120:15
**attribution**
83:24

**audibility**
19:23 20:9
**audible**
2:18 5:17 10:21 12:8
**audio**
12:8 66:24 95:19
103:9
**audited**
155:10
**auditing**
154:3
**August**
3:16,17,18,19,20
27:16 39:19 48:11
56:4 64:13 65:1,6
66:9 67:14
**authentic**
37:9
**authenticity**
32:14 37:3,5,6
**authoring**
25:12
**authority**
59:3 135:22 154:5
**available**
97:12 98:17 119:7
123:4
**Avenue**
2:5
**aware**
51:7,11 53:6 60:1
63:16,19 64:1 78:4
97:15
**awkward**
143:13
**a.m**
1:13 5:9 55:11,15

---

**B**

**B**
3:11
**baby**
24:4
**back**
35:19,19 55:15 82:16

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

93:18 100:12,15 116:4 117:8 145:19 150:2
**background** 110:5 131:10
**backpack** 14:10
**backup** 121:22 122:3
**back-and-forth** 95:10
**bad** 58:6 85:2 128:8
**bah** 134:4,5,5
**bar** 12:11,12 130:2 158:11
**baseball** 49:1 112:10
**based** 12:6 13:16 75:22 76:4 97:5 103:8 117:2
**basic** 25:11,11,12
**basically** 22:2 44:18
**basis** 52:8
**Bates** 9:2 40:3 115:5
**Bates-labeled** 114:21
**BayTSP** 108:11
**Beach** 16:8
**bearer** 8:10 83:10
**bearing** 159:4
**beautiful** 126:15
**beautifully** 135:15

**beaver** 33:14
**began** 8:17
**beginning** 17:22 58:9 106:15
**begins** 5:2
**belief** 39:4 150:8,22
**believe** 50:19 63:7 66:7 67:9 76:18 77:8,24 78:12 83:21 91:20 94:4 96:16 97:5,9 112:2,5 117:3 120:21 133:12 134:17 151:7 156:10 157:24
**believes** 95:3
**bell** 18:5 110:21
**belong** 41:19 83:5
**belonged** 134:3
**bench** 63:24
**benefit** 7:4
**benefits** 68:9 131:18
**Berry** 30:3,5 39:21 48:12 64:15 87:20 104:9 116:15 124:12,21 130:12 131:24
**Berry's** 44:7 124:23
**BERRY00012976** 40:5
**BERRY00012980** 48:10
**BERRY00012990**

56:1
**Bertlesmann** 116:23
**best** 21:17 49:19 88:9 152:10 160:13
**better** 15:16 57:24 92:10 99:12 120:5 128:24 144:7 146:1
**beyond** 30:18 69:9 78:20
**big** 15:4 16:18 20:10 38:8 46:14 58:19 71:5 133:16
**Billboard** 97:23
**bit** 41:5 76:5 150:3
**blah** 138:17,17,17,17,17
**Blue** 1:5 3:15 5:4,22 7:13 7:21 8:18 9:23 10:9 10:14,23,24 12:2,4 13:4 14:13 19:16 20:4 22:7,15 24:9,21 25:24 26:14 27:15 30:7 32:17 33:2,20 34:11 35:4,16 41:21 42:20 44:8,12 45:1 45:18 46:15,22 47:1 47:16 51:18 53:2,19 54:14 56:15 57:9 58:17,23 59:7,14 60:17 61:6 62:9 64:24 67:13,22 68:5 69:1,3,14,15 70:1 73:24 74:15,18 76:11 79:16 84:21 85:5,10 86:4,18 88:5 91:4,13 98:24 105:3,19 108:19 111:13

113:17 114:8,22 115:23 117:19 118:1 118:11,21 119:12 121:7,14,23 124:13 131:1,7,17 132:18 136:3,11,17 137:12 138:12,22 139:4 140:14 141:9 142:8 142:18 147:4 148:4 150:6,9,15,23 151:5 152:4,23 153:9 154:22
**blueprint** 67:19
**BLU0118735** 23:18
**BLU0131138** 72:5
**BLU0131214** 114:21 115:8
**BLU0142561** 9:8,15
**BLU0152986** 93:9
**BLU0152989** 87:20
**BLU0160755** 116:12
**BLU0160758** 104:10
**BLU0160759** 106:7
**BLU0160760** 106:22
**BLU0160762** 113:16
**BLU0205987** 27:15
**BLU0205998** 31:10
**BLU0230657** 126:2
**BLU0376218** 64:12

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 4

board
137:6
Bob
126:10
book
67:21 83:10,14,16,16
Boston
1:16 5:12 8:6 86:7
bottom
56:18 72:20 93:19
108:3,5 126:21
bought
158:14
brass
132:10
break
17:12 54:24
breathing
133:17
Brett
139:21,24
bright
51:12
Brighton
98:2
bring
54:3 92:1
broker
109:12
brokered
110:6
brought
21:2 137:6
build
34:1 59:7 91:12
131:24
building
2:13 23:6 62:2 98:8
built
59:17 60:20
bumped
8:14
bureaus
111:6

bursting
139:16
business
25:1,11,12 26:15,21
27:3 38:20 41:23
43:22,23 44:13 51:19
51:20 53:3 56:15
59:13 64:24 70:18
74:2 76:12 85:15
86:4,19 88:3 90:2,11
98:21 105:3,12
106:16 109:24
110:12 112:6,8,8,11
118:13,22 131:7
132:18,19 136:3
137:11 149:4
businesses
141:23
busy
111:10,11,16
buy
21:10 133:11
B-E-R-R-Y
30:5,6

───── C ─────
C
5:1 160:1,1
calculations
133:18
California
2:15
call
13:20 51:14 60:22
61:10 101:20
called
8:5 12:5 18:3,21 19:2
19:7 27:2 31:13 36:7
42:15 61:2 85:7,20
86:4 87:2 98:2
125:14 131:13
137:22
calls
44:5 60:11
Cambridge

98:2
Cantometrics
19:7 108:10 134:15
capability
70:3
capable
153:1,4
capacity
155:24
capture
120:4
captured
80:16 81:6,7
cards
32:2
care
53:24 55:8 103:3
case
1:7 5:4,7 28:14 29:9
33:24 34:2 53:21
61:6 82:19
cases
126:16
cashed
136:21
Cassidy
1:12 3:5 5:4 6:5,13
7:20 9:13 143:12
145:23 159:1 160:4
161:1,17,18
ceasing
141:13
cents
134:3
CEO
44:13,17
certain
11:16 25:1
certificates
8:10
Certified
160:3
certify
160:3

cetera
97:20
challenges
132:9
chance
31:18 40:9 56:9 72:8
93:12,14 104:13
115:1,19 126:8
change
99:24 100:3 135:21
161:5
changed
21:24 47:18,22
changes
47:6 62:18 161:14
channels
110:9
character
52:20
chase
81:16
check
73:13
checks
136:21
choice
122:4
choir
130:20
choose
138:12
Circuit
135:22
claim
151:14,22
clarify
146:11
class
16:8
clear
50:14 81:22 138:8
141:4 151:17
clearly
7:5

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

clever
47:2
clip
67:2 69:11
clippings
99:17
clips
51:14 65:3 67:4 78:22
  78:24 99:17,20
closed
138:5
closer
143:19 145:1
closing
22:20
code
12:11,12 120:1 130:2
  155:8 158:9,12
codevelopment
32:9
coffee
55:1,3
College
2:5
combining
57:4 89:7 91:13,18
come
15:11 17:1 18:17
  32:20 38:11 42:12
  51:24 52:7 86:11
  99:6 116:4 134:10
comes
60:10
coming
96:13 147:5 148:4
Command
53:9
Commander
64:18 71:6,7 78:24
comment
43:6
commentary
99:15
Comments

40:17
commerce
8:5 111:18
commission
161:22
Commonwealth
160:9,11
communicated
142:3
communication
25:14 56:14 64:24
  88:3 105:3
communications
11:3,15 85:16
companies
14:13 19:13,15,19,21
  31:14 33:4 42:21
  49:12 60:16 61:8
  62:7,23 63:20 67:14
  70:11 77:6 79:24
  80:6 84:4 88:14,18
  88:22 89:24 91:5
  92:21 93:24 95:17,18
  96:1,4,17,24 98:11
  98:13 103:8 105:16
  105:19,24 107:17,19
  108:19,24 109:2,15
  111:2,21,24 112:5,13
  113:1,2 124:4 133:15
  134:2,15,19
company
8:18 11:4,6 18:3,21
  19:1,7 26:22 32:8,10
  36:16 44:21 45:1
  50:16 51:1 63:17
  65:10,12,16 66:8
  67:12 69:9,20 70:2
  75:1 76:21 78:2 85:6
  85:19 86:14 87:2
  89:7 97:3 109:18
  110:19 125:14
  127:11 133:19,23
  137:9 140:4,23 147:5
  147:7

company's
28:22
compare
107:22 120:4 153:10
  154:1
compared
50:10 53:11 67:3
  74:21 82:23
comparing
135:9 153:2,4
comparison
83:17
comparisons
152:22
compete
13:6 14:13 131:20
competitive
43:1 63:16 78:15
competitors
43:4,11,12 49:11,16
  53:11 61:8,16 84:10
  105:22
complement
91:15
complete
128:16,17 129:3
completely
12:13 52:11 63:21
  91:3
compress
76:9
compressed
102:22 103:12
compression
100:22 101:11 102:7
  102:12,19,24,24
  103:5
compressions
101:17
concern
128:14
concerning
73:14
concerns

63:17
concludes
143:3
conclusively
61:11,12,13
conducted
31:6
conference
46:4
confidential
1:11 7:12,17
conflating
39:9 86:22
conjunction
113:5
cons
69:1 130:15 131:18
consciously
60:1
consider
61:7,14,14
considered
17:21 88:23
considering
105:20 146:14
constructively
21:13
consultant
8:17
consulting
9:16 10:7,8
consumer
65:23
contemplated
24:9 91:21
contemplating
89:7
content
13:15,16 15:17 58:22
  59:7 60:17 69:14,16
  77:20 83:13,21 84:3
  112:2 117:2 120:24
  122:20 131:15 133:6
  133:11 150:20

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 6

**content-monitoring**
61:7
**contest**
61:15
**context**
37:4 39:5 49:24 72:15
  75:10,17 99:12
  118:21 128:20
**continue**
22:3 138:7
**continues**
94:14 95:16 116:23
  122:11
**continuing**
23:4 41:20 59:19
**contract**
147:6,10
**contractor**
136:22 151:5
**control**
44:24 68:11 127:6
  158:12
**controversy**
139:3
**convention**
13:13 14:20 17:24
**conventional**
110:9
**conventions**
138:11
**conversation**
6:20 7:1 8:13,15 15:5
  16:20 21:4 41:9
  49:18 50:1 52:2
  58:12 60:24 69:5
  86:11 95:7 130:17
  131:7
**conversations**
42:6,8 49:5 54:10,13
  57:12 58:16 60:11,15
  68:24 69:24 70:9
  79:16 109:20,23
  146:23 147:3 155:2
**convey**

**35:15**
**cool**
12:17
**cooled**
138:22
**copied**
41:15
**copies**
27:5 37:8,9 81:20 83:4
**copy**
68:12,19 82:7,10,12
  83:7,20 119:4,4,4
  128:20 130:11 156:1
  158:15,21
**copyright**
29:19 67:6
**copyrighted**
57:4 58:21
**corners**
66:4
**corporate**
3:13,15 25:2 26:18
  27:6,6,16 35:4 70:18
**correct**
66:13 106:4 128:6,12
  131:3 152:12
**CORRECTION**
161:5
**corrections**
161:14
**correctly**
146:12 154:21
**correspondence**
75:8
**costing**
133:19
**counsel**
2:9,18 5:13 160:14,17
**count**
80:3 133:20
**country**
110:1
**couple**
77:4,16 97:21 106:3

126:16 130:24
**course**
36:3 111:5 146:23
**court**
1:1 5:6 6:1
**cover**
27:15 98:7,15
**covering**
8:2
**Crab**
45:21
**crafting**
92:10
**craftsman**
28:2
**create**
91:19 116:22
**creating**
13:15 35:3 58:13
  79:17 80:19,24
**creation**
133:13 134:19 149:23
**creative**
89:11
**creativity**
81:8
**cropping**
96:17
**crowed**
84:18
**CRR**
1:18 160:22
**crypto**
66:1
**cryptographic**
8:2 135:8
**cultural**
38:18
**cultures**
38:15
**cup**
54:15
**curious**
19:11

**currently**
88:14 93:24
**customer**
30:8
**customers**
5:17 25:19 44:3 85:10
  120:16

**D**

**D**
3:1 5:1
**data**
12:7 13:17 47:16,18
  47:21 75:23 94:12
  153:17
**database**
67:3 79:17 117:15
  121:8,15,24 133:22
  134:1
**dataset**
17:17
**date**
5:8 47:8
**dated**
10:4 56:4 87:18
  104:22 126:3
**day**
20:10 161:17
**day-by-day**
43:23
**day-to-day**
88:3
**de**
123:8
**deal**
68:11
**dealing**
45:6
**deals**
109:12 114:3 152:9
**debate**
130:14 131:2,6
**December**
3:22,23 87:18 88:1
  93:8

CONFIDENTIAL – ATTORNEYS' EYES ONLY

PETER CASSIDY – 4/1/2015

**decision**
17:13
**decisions**
17:11 126:13
**decode**
47:7
**dedicated**
70:19 80:13
**Defendant**
1:9
**deferences**
76:5
**defined**
54:1
**definitely**
16:18
**definition**
76:9 158:20
**definitively**
90:9
**demand**
111:18
**demo**
30:14,19,24
**demonstrate**
92:8
**demonstrating**
30:21
**denied**
12:14
**department**
38:16
**deployment**
70:12
**Deponent**
10:3 31:20,22 40:1,7
  56:10 64:19 72:9,16
  87:24 93:13 102:2,4
  104:15,18 107:8
  111:4 115:3,16
  116:19 122:15 126:9
  126:11,17 143:21
  144:6,14,19 145:3
  159:10 161:16

**deposes**
6:6
**deposition**
1:12 5:3,11 6:16
  159:13 160:4 161:13
**describe**
30:23 44:11 46:24
  47:10 53:13,16 58:2
  95:3,11 101:14
  128:12 149:5 150:16
  154:10
**described**
12:20 82:24 101:10
**describes**
57:3
**describing**
95:24 105:11
**description**
105:9
**designate**
7:11
**Despite**
102:23
**destroy**
29:12 96:11
**destroying**
20:23
**detail**
53:13
**detailed**
6:21
**details**
26:9 123:23
**detect**
102:10
**determine**
28:5 32:13 37:3 157:1
**determined**
15:6
**determining**
157:8
**develop**
8:17
**developed**

12:17 53:7 81:5,7
  110:15 127:11
  150:14
**developer**
51:1
**developing**
8:19 29:3 36:6 54:19
  78:7 119:10 151:3
**development**
23:4,7 30:11 35:20
  50:16 52:21 63:21
  76:24 78:9 80:2
  107:13 108:9 111:13
  138:3,5 140:4 141:12
  142:13 148:14 149:9
  149:13,16,18
**diagram**
72:18
**difference**
13:11 15:9 49:8,8 89:1
**different**
17:18 26:18 38:17
  59:3 77:2 83:9 90:4
  100:21,21 101:11,16
  101:18,21 105:24
  112:13 120:7,8,22
  129:5,5 138:15
  152:19 153:5,21
  156:3,18 158:18
**differentiate**
101:16
**differentiated**
76:3
**differentiating**
101:10
**differentiator**
119:6
**differently**
102:22
**dig**
66:4 120:1
**digital**
8:5,10 12:20 13:5,7,12
  13:12,14 14:6,14,19

14:21 15:6,15 36:9
  36:15,21 42:18 46:15
  46:23 47:5,13 59:2
  61:20 69:19 80:24
  98:7,12 101:23 102:9
  111:22 112:2 119:2
  122:21 127:18
  131:15 133:5,6,11
  140:3 147:24 148:7
  149:23 150:20
  151:19 153:6,13
  154:8,14 155:7 156:5
  157:6,12,21,24
  158:10
**Digitale**
18:4,8 32:1,10,18
  43:15 108:10 111:6
  113:17 114:7
**digitally**
14:1 153:18
**dili**
53:23
**diligence**
50:24 53:24 62:18
**direct**
45:3,9 76:24 83:18
  84:9
**direction**
44:18 60:12
**directions**
54:10 59:24
**directly**
83:6
**disappeared**
98:21
**disappointing**
58:11
**discreetly**
68:20
**discrete**
12:7 14:4 15:24 47:23
  67:23 71:3 82:20
  83:7 119:4 129:24
**discretely**

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

16:24 76:15 82:12
**discuss**
98:11 130:8
**discussed**
24:1 52:8 58:3 68:9
101:1 105:24 107:6
114:1 132:17,20
**discusses**
152:17
**discussing**
59:21 67:14 100:20
118:11
**discussion**
8:7 43:10 52:21 61:1
62:14 73:11 74:6
100:19 106:16 107:2
114:11 117:14
122:10
**discussions**
15:9 44:4 51:21,24
60:11,19 68:5 89:15
90:4 99:11 108:20,23
110:13 118:5
**Disney**
72:24 73:5,5 74:11
**displaying**
134:21
**distance**
107:10,24 109:4 124:6
**distinct**
127:24
**distinctions**
157:15 158:4,6,7
**distinguish**
68:19,22 102:21
157:18 158:3
**distinguishable**
119:5
**distinguished**
131:11
**distinguishing**
68:12 157:8,14
**District**
1:1,2 5:5,6

**disturbing**
15:8 20:13
**Division**
1:3 5:7
**document**
9:14 10:3 23:17 27:18
31:20,22 35:10 39:18
39:23 40:1,7 55:24
56:6,10,22 57:2
64:11,19 72:9,16
87:24 93:11,13
104:12,15,18 106:7
106:12,15 107:8
108:8 111:4 115:2,3
115:16 116:19
121:13 122:15 126:7
126:9,11,17 161:19
**documentation**
125:17
**documents**
18:17,18 19:10 33:1
85:14 106:3
**doing**
21:6 25:8 32:17 42:22
46:23 49:12,13 53:2
55:4 57:9 60:16 73:5
74:16,18 95:17,18
96:1 118:22 120:12
134:6 140:8 142:23
**dollars**
54:4
**domain**
21:3 132:5,5,7
**doting**
71:19
**drafts**
35:11
**drifted**
147:13
**drill**
119:24 128:19
**drive**
42:8
**driving**

109:17 134:18
**drove**
133:13
**due**
50:24 53:23,24 62:18
**duly**
6:6
**duplicate**
146:9
**duty**
78:4

_____
**E**
**e**
3:1,11 5:1,1 87:7
160:1,1
**earlier**
17:5 127:17 150:3
**early**
7:23,23 11:4 98:19,19
98:20
**earnest**
120:17
**earth-striding**
139:12
**ease**
57:15
**easier**
88:11
**easiest**
93:17
**Eastern**
1:2 5:6
**easy**
134:23
**eChair**
87:9
**economy**
135:17
**ecosystem**
84:7
**edge**
16:6
**editorial**
98:14

**editors**
71:8
**effect**
17:14
**efficacy**
15:1
**effort**
33:7 74:22 84:14
89:10
**efforts**
28:24 107:3 109:17
**either**
8:13 34:24 81:16
84:11
**election**
63:22
**electronic**
111:18
**elegant**
135:10,15
**Elliot**
124:9
**eloquent**
76:8
**email**
3:14,17,18,19,20,21
3:22,23,24 4:2,3
23:19,24 32:21 39:20
40:19,22 41:8 48:12
49:20 50:4 56:2,14
60:10 62:22 64:13
65:5,7 66:12 69:11
70:24 71:3 72:4,13
75:11 79:3 87:18
88:2 89:23 93:8
99:14 104:8,21 105:9
105:17 106:4,13
114:2 116:13,17
126:3 130:7 156:11
156:23
**emailing**
50:9,20 52:16 132:15
**emails**
40:13 72:22 75:3,14

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

77:4,17 130:24 131:5
**embark**
121:18
**embed**
12:7 29:21 155:8
158:8
**embedded**
41:16 67:22 158:19
**embedding**
13:16 14:5 30:21
36:22 46:11
**emerging**
98:7 112:11
**emphasis**
43:9,10 54:2 61:22
74:21 76:18 77:9
81:19
**emphasized**
38:9
**employed**
102:13 103:1,6 122:22
151:4 160:15,17
**employee**
160:17
**employing**
103:10
**employment**
147:19 148:18
**eMusic**
87:3,4,5 95:20 96:5
103:10 111:9
**enable**
12:12 57:12
**enabling**
57:20
**encode**
158:7
**encoded**
14:1
**encoding**
47:8
**encrypted**
12:7
**ended**

8:16 22:4 141:9
**energetic**
78:17
**energies**
28:22 74:24 75:1
**energywise**
142:23
**engage**
28:15
**engaged**
10:21,22
**engineer**
44:9 82:17 125:5
151:14,21 154:4
**engineering**
29:2 45:12 46:19
59:11 75:1 90:22
91:24 121:17 124:14
133:1,2 137:1 142:13
**engineers**
20:24 45:6
**enjoying**
21:10
**enormous**
112:12
**entered**
10:8,15 20:7 32:9
**entering**
111:21
**enterprise**
38:14,17 86:24 121:18
**enticed**
147:11
**entire**
47:23 78:5 90:22
**entitled**
114:22 126:22
**entity**
83:19
**entry**
67:21 83:10,14,16,17
**enveloped**
112:15
**EPAC**

100:22
**epic**
58:10
**equate**
153:10
**equivalent**
41:14 154:15,23
156:13
**era**
58:10
**especially**
36:17 42:16 92:8,15
102:14
**Esq**
2:4,12
**essential**
155:5
**established**
8:20 37:22 138:11,12
**establishment**
28:17
**estate**
23:6 36:6 50:15 53:10
53:15 54:1
**et**
97:20
**eTable**
87:9
**eTantrum**
95:18 103:9 108:11
**evades**
75:10
**event**
82:21 158:23
**everybody**
44:19 49:20 96:7,9
141:22
**evidence**
160:7 161:19
**exact**
72:14
**exactly**
12:21 60:13 73:16
140:11 141:14

146:17
**Examination**
3:7,8 6:9 143:9
**example**
15:17 30:9 62:15 80:6
82:6 83:2 90:18 99:5
99:16 107:17 110:16
113:10
**examples**
24:23
**excerpt**
66:19
**exchange**
95:8,24 126:3
**exchanges**
51:17 78:12 79:7
99:20
**exchanging**
72:21 75:8
**excited**
140:10
**excitement**
33:13 58:17
**Excuse**
99:23
**execute**
150:18
**executed**
15:7
**Executive**
160:8
**exercised**
44:24
**exhibit**
3:13,14,15,17,18,19
3:20,21,22,23,24 4:1
4:2,3 8:23 9:1,9,14
10:7 18:14 23:12,13
23:18 24:8 27:9,10
27:14,22 31:9 32:7
35:4 39:12,14,19
40:10,12 43:19 48:4
48:5,9 50:19 51:18
51:22 53:1,18 55:18

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 10

55:19,23 56:13,19
59:19 62:13,22 64:6
64:7,12,17,23 65:6
65:13 66:16,20 69:10
71:22,23 72:3,7,12
72:21 73:10,22 75:4
75:19 79:4,11 87:12
87:13,17,22 88:1,7
89:6,23 91:21 92:5
93:2,3,7,15,18,21
94:7,22 95:14 97:5
100:15 103:8 104:2,3
104:7,21 105:10,17
106:2 107:2 109:14
114:15,16,20 115:6
115:11,20 116:5,5,8
116:11,12,20 117:2,4
117:9,11,14 121:6,21
122:17 124:3 125:20
125:21 126:1,20
130:8 135:1 155:13
156:23
**existing**
116:21
**expanded**
80:15 116:22 138:21
**expect**
137:3
**expensive**
137:2
**experience**
11:17
**expert**
110:17 119:18 151:8
151:12,18
**expertise**
91:10 151:14,22
**experts**
8:7 119:18 151:9
**expert's**
110:10
**expires**
161:22
**explain**

38:4 101:7,8 122:17
123:12 155:16
**export**
135:8
**express**
151:22
**extend**
37:15
**extension**
144:7
**extensively**
148:12
**extent**
11:16 20:21 21:8 25:2
81:5
**extraction**
41:13,14
**extraneous**
51:20
**eye**
51:3
**eyes**
1:11 7:12,17

――――――――――
**F**
**F**
160:1
**facing**
82:1
**fact**
35:18 129:10
**fail**
21:13
**failed**
133:10
**failure**
80:10
**fair**
28:21 56:15 84:1
136:17 149:21
**fallback**
122:5
**fallow**
57:14
**familiar**

87:4 96:6 151:24
152:3
**fan**
71:5
**far**
22:4 23:9 74:24 75:11
88:11 139:2 142:1,12
155:2
**fascinating**
16:14
**fascination**
12:10 57:18 147:22
**Fasullo**
139:21,22,24
**favor**
134:21
**Fax**
2:16
**FCRR**
1:18 160:22
**February**
3:24 4:2 104:8,22
106:13 116:13
**feel**
152:18 153:1,3,8
**feeling**
10:17
**fellow**
103:17
**fidelity**
15:2,8,12 20:9,13,23
29:12 36:1 43:9,11
84:18 125:8 132:9
**field**
8:8 20:8
**Fifteen**
41:4
**figure**
9:22 16:12 134:2
148:20,22
**file**
32:12,13 48:18 101:23
102:9 158:9
**filed**

88:13 93:23 101:1
**files**
94:12 100:22 101:11
**fill**
138:21
**final**
29:13
**financially**
160:18
**find**
52:13 86:16 137:6
**fine**
28:12 143:1 145:6
**fingerprint**
19:15 65:12,16 67:2,3
67:12 70:1 91:14
96:24 120:4 123:11
154:17
**fingerprinting**
13:7,13,14 14:6,15
15:10,18 16:19,22,24
17:20 19:12 33:5
40:16 41:10,22 42:9
42:12,22,24 65:10
66:24 67:14,20 68:7
68:16,18,23 69:16
70:11,17 77:7,21
78:13 79:24 83:22
90:17 91:6,19 96:17
97:7,11,19 98:12
99:5 108:18 109:1,15
113:4,13 114:8
120:14 126:23
127:12,15,21 128:4
128:15,18 129:2,20
130:9,16 131:3,19
132:1 133:14,23
151:12 152:22 153:5
153:10,22 155:3,4,18
155:21 156:22,24
157:17,17 158:20
**fingerprints**
48:17 79:17 158:2
**finger-marking**

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

154:23
**finished**
98:24 125:8,9
**first**
7:20 8:23 10:6,8,20,22
13:4 38:4 52:10
56:18 64:22 70:23
72:21 73:10,19 94:22
95:13 103:19 135:1
**Fish**
108:9 110:20
**fit**
11:22 19:16 41:23
53:18
**five**
36:5 54:23 55:3
**fizzle**
141:9
**flexibility**
156:6 157:22 158:16
**flexible**
130:6
**flow**
63:3
**flowing**
28:19
**fluid**
61:18
**fluidly**
11:9
**focus**
14:16 25:20 39:4
42:10,11,13 49:15
52:4 61:20 63:20
90:23 91:2 119:2
**focused**
28:23 29:1 76:20 78:1
78:2 83:22 149:22
**folks**
7:1 43:19
**follow**
22:6 97:22 151:9
**followed**
22:10 82:14

**following**
146:7
**follows**
6:7
**follow-up**
142:19
**fond**
139:7
**forget**
45:19 69:12 124:17
126:14
**form**
15:19 42:3 53:5 58:24
60:5 77:12 80:8 91:9
97:13 118:15 119:1
127:22 131:9,22
138:14 141:11
150:18 151:1 155:20
157:10
**formal**
47:13
**formation**
138:20
**forming**
138:9 150:12
**fortunately**
129:9
**forwarded**
127:3
**forwards**
126:21 128:3
**foul**
21:8
**found**
73:15 142:4
**frame**
89:17
**Francisco**
2:15
**free**
58:10
**frequently**
50:4 52:1 90:15
**front**

93:18 109:22 155:14
**full**
63:9 91:7
**fun**
45:6 69:5
**function**
14:10
**functional**
81:1
**functionality**
60:19 154:2
**functioning**
30:19,20
**funny**
139:8,11 140:1
**further**
92:4 160:16

_____

**G**

**G**
5:1
**Gabe**
5:15 40:2 115:4
**Gabriel**
2:12
**Garteiser**
2:3 5:21
**gather**
120:9
**general**
33:1 35:2 36:20 41:7
43:24 50:24 51:23
63:15 79:22 80:4
90:10 118:20 153:11
154:23
**generally**
77:11 99:19,21 112:6
112:7 113:24
**generating**
59:13
**generic**
67:18
**generically**
60:20
**gentleman**

124:8 136:2 139:20
**geography**
39:9
**getting**
14:9 26:4 28:10
125:12 156:9
**gift**
129:23
**gig**
142:4,11
**Giovanni**
12:5 15:1 20:7 68:14
94:13 122:23,24
123:18 148:5,10,11
148:21,23 153:13,15
153:19 154:8 155:1
**girl**
16:7
**give**
6:21 9:1 24:23 27:23
40:3 54:24 107:11
115:5,10 123:19
129:3,4,17,24
**given**
109:20
**gives**
156:6 157:21
**glad**
9:21
**GM**
43:24
**go**
6:13 19:10 21:24
28:13 35:3 52:12
55:2 71:17 85:9
100:4,15 107:11
119:1 129:11 137:18
141:22 144:11,23
145:9
**goal**
102:17
**God**
24:17 139:12
**goes**

CONFIDENTIAL – ATTORNEYS' EYES ONLY

PETER CASSIDY – 4/1/2015

24:14 108:14
**going**
6:13 8:16,22 13:6
18:16 26:2,9 28:8
33:24 39:11 40:19
41:22 43:18 50:21
51:8 54:22 58:9,23
63:11 64:2 65:3
71:15 75:18 88:7
92:4 96:11 98:23
100:4,8 114:4,9
116:4 136:23 137:1
141:5 142:19 143:4
144:2,2 150:2,6
159:12
**good**
9:18 11:19 33:16
37:14 51:10 54:5
57:22 63:2,18 68:11
91:22 99:24 103:3
110:1 116:2 128:8
142:24
**gosh**
10:2 101:24
**gotten**
23:3
**Governor**
160:9
**grab**
55:3 134:1
**grade**
16:5,8
**gramsey@orrick.com**
2:17
**granularity**
118:16
**graph**
122:13,13
**gravitate**
132:11
**gray**
110:6
**great**
6:11 42:5 115:14

118:17 135:5,17
146:2 159:7
**greater**
91:12
**Greg**
137:5
**Gregg**
39:20 40:12 43:20
45:10 48:13 64:14
70:8 87:1,19 104:9
109:21 116:14
124:12 136:2,5,10
137:21 139:3 142:11
**group**
8:7 21:15 31:7 78:19
**guess**
79:13 111:7 138:4
**guy**
29:6,7 44:10 51:11,13
109:24 132:6 136:6
139:9,11,18,22 140:1
140:6
**guys**
125:13
**guy's**
16:9
**gymnastics**
37:17

---
**H**

**H**
3:11
**hacked**
84:16
**hacking**
85:1
**hand**
9:2 143:4
**handed**
9:14 23:17 27:14
39:18 48:9 55:23
72:3 87:17 93:7
104:7 114:20 126:1
**hands**
109:21 140:2

**handset**
143:16 144:7
**hands-off**
45:2
**Hang**
145:10
**Hanse**
18:4,8 32:1,10,18
43:15 108:10 111:7
113:17 114:7,7
**Hanseatic**
18:8
**happen**
57:24 113:13 129:11
138:18
**happened**
20:14 28:12 81:4 97:4
137:8 141:14 147:1
**happening**
51:4 62:15 65:7 72:13
78:21 84:6 97:16
149:17
**happens**
17:6,9 119:24 134:24
**hard**
29:6,8 111:12
**hash**
14:10
**hawk**
51:5,6
**head**
92:18 140:2 152:5
**heads**
63:23
**hear**
143:15,17 145:5,23
146:4 149:11
**heard**
154:20
**hearing**
144:18 146:11
**held**
5:11
**hell**

37:14
**help**
24:13,21 25:10 28:5
32:16 33:19,20
143:19 147:23
**helped**
11:5 30:8 85:24 86:15
**helpful**
158:1
**helping**
22:18 150:17
**hero**
126:12
**Herrington**
2:11 5:16
**hidden**
46:12
**hired**
24:22 49:9
**history**
7:14 18:7
**Hmmm**
127:9
**HMV**
81:2
**holder**
82:6
**holding**
14:19 82:10
**home**
129:12
**Honea**
2:3 5:21
**honest**
89:2,3
**honestly**
9:4 42:11 60:7
**hoped**
138:10,10
**hot**
126:14
**hour**
54:23,24
**hours**

CONFIDENTIAL – ATTORNEYS' EYES ONLY

PETER CASSIDY – 4/1/2015

29:2
**Howard**
2:14
**human**
17:16
**hunt**
86:1,1
**H-A-N-S-E**
18:4

**I**

**IBM**
52:12
**idea**
23:8 59:17 82:11
  91:12,16 113:4
  137:10 142:10
  151:10 156:14
**ideas**
11:11,22 21:2,2 25:15
  26:16 37:15 127:16
  150:9,12
**identical**
37:10
**identification**
9:10 23:14 27:11
  39:15 48:6 55:20
  64:8 71:24 82:6,8
  83:3,23 87:14 93:4
  104:4 114:17 116:9
  117:15 121:8,15,24
  125:22 160:7 161:19
**identified**
155:11
**identifier**
129:24
**identifiers**
121:22
**identify**
29:18,22 36:23 68:17
  102:11,18 103:11
  119:4 120:24 129:18
  155:24 158:14
**identifying**
15:17 103:5 155:17

156:7
**Idioma**
108:11
**IEEE**
22:11
**IETF**
22:11
**Image**
40:14,14,19 41:2
  48:13,16 49:12,21
  50:20
**imagination**
91:17,23,24 92:1
**imagine**
158:17
**immediately**
147:2
**implement**
88:11
**import**
11:15
**important**
6:23 35:16 50:15
  68:21 102:13 131:6
  150:15
**impression**
32:24
**inasmuch**
153:17
**include**
32:22 95:18
**including**
23:21 56:3
**inconclusively**
22:5
**independent**
35:7
**industry**
51:4 96:12 97:18
  110:5 152:23
**information**
7:14 8:3,8 14:5 17:15
  29:11,15,21,22 36:22
  46:12,13 67:4,23

100:24 155:9
**Ingalls**
103:18
**initials**
16:7
**inject**
47:16
**Inktomi**
85:7
**innovation**
21:17 92:2 155:6
**innovations**
11:7 150:17
**innovative**
47:2
**innovator**
21:14 78:4
**innovators**
21:14 63:19
**inserted**
47:22
**inside**
48:24 112:10
**insiders**
112:17
**instance**
73:14 157:2
**instantiation**
37:10 47:5 155:8,10
  156:1,1,7
**instantiations**
156:14
**institute**
121:7,23
**instruments**
1:8 5:5 85:16 147:8
**intellectual**
11:10 36:2 37:20 38:9
  39:4 52:13 53:10
  54:1 69:22
**intelligence**
63:3
**intelligent**
59:4,5

**intended**
150:9
**intense**
14:17
**intensive**
125:10
**interact**
44:2 125:4
**interaction**
45:3 85:6
**interactions**
30:8 86:5,19 124:13
  140:23
**interceded**
47:3
**interest**
12:16 16:2 28:10
  76:23 78:7 80:13
  82:18 91:2
**interested**
42:20 67:13 86:16
  120:23 136:13
  137:22 160:19
**interesting**
12:18 22:8 59:22,24
  66:23
**interests**
136:23
**International**
1:15
**internet**
22:10 32:11 58:5
**interpret**
49:3
**interpretable**
17:17
**interpretation**
119:20,22 122:7
**interview**
34:24 35:6 45:15
**interviewed**
8:13 10:17 46:7
**interviewing**
146:15

CONFIDENTIAL – ATTORNEYS' EYES ONLY

PETER CASSIDY – 4/1/2015

**introduce**
47:6
**introducing**
17:14
**invention**
28:6
**investigate**
23:9
**investigating**
97:6,10,14
**investment**
28:7 54:4
**investor**
28:4 52:22 74:7
**investors**
25:3 27:23 28:11 49:4
50:17 53:4 76:17
136:12 137:6,22
147:8 149:6
**invoices**
141:4
**involved**
12:2 13:4 19:22 112:2
115:24 136:3,14
**involvement**
20:5 113:21
**involves**
47:9
**IP**
54:6 67:17
**irregardless**
102:23
**ISRC**
79:11,12 107:22
**issue**
67:16 84:16
**issued**
160:8
**ISWC**
107:22
**iTable**
87:9
**ITAR**
135:8

**iteration**
68:17 82:20 158:18
**iterations**
8:20
**iTunes**
80:15 81:5 112:14
138:15,21
**I-N-G-A-L-L-S**
103:18
**I-N-K-T-O-M-I**
85:7

_____

**J**

**Japan**
110:7
**Jill**
1:18 6:2 160:2,22
**job**
11:1 45:23 46:2 49:3
85:13 126:15 142:2
146:22 147:12
148:18,19 149:2
**Joe's**
45:21
**joint**
113:16
**journalist**
8:2 146:19
**Judge**
126:12 135:3
**June**
3:14 23:19

_____

**K**

**K**
1:18 160:2,22
**kanderson@ghipla...**
2:8
**keep**
83:12 111:12 136:24
**keeping**
51:3 63:3
**kept**
22:12 51:7,8,16 63:8
63:12 80:3 98:23

**key**
68:13 119:5
**kick**
139:17
**kid**
16:5
**kids**
32:3
**kind**
11:22 12:15 14:14
26:19 28:7 34:4
38:12,13 54:24 56:14
60:19 64:23 66:14
71:4 74:6,21 77:9
78:17 81:3,10 83:7
84:14 85:16 89:13
91:17,18 94:13,18,24
97:19 98:15 105:2
109:16 112:18
113:12 121:18
130:14,16 132:5,11
132:12 138:4,19
140:24 142:4
**kinds**
24:20 58:15 109:23
129:5 135:23
**Kirk**
2:4 5:20 7:10 8:24 9:8
143:3 144:24 145:11
**knew**
24:12 49:7,8 63:11
79:20 140:24
**knots**
7:23
**know**
7:22 9:5 13:21 15:11
15:20 17:6,10 18:14
20:10 22:4,5,7,8,9,12
22:14 23:1,3,5,24
24:3,4 25:6,9,15
26:23,24 28:19 29:3
29:5,10,17,18,18
30:1,17 31:18 32:3
32:21,22 33:18,24

34:7,8,16 35:9,18,19
35:19,20,21 36:1
37:22 38:1,12 39:1
39:10,23 41:5 42:16
42:23 43:7 44:3,5,13
45:4,4,6 46:22 47:20
48:1,2 49:23 50:3,7
50:24 51:8,11,12,23
52:2,3,12,14 53:21
53:22 54:16,22 56:8
57:13 58:5,16 59:4
60:6,16,23 61:18
63:21,23 65:10 68:2
68:3,6 69:17 70:13
71:11,14,19 72:7
74:12,15 75:12 76:15
78:24 79:12 80:5,19
81:16,17,21,24 82:9
82:13,15,21 83:11,18
85:24 86:20,24 87:8
87:22 88:2 89:3,16
89:17,20 90:8,8
93:11 96:5,13,21
97:22,22,24 98:22
99:6,15 101:3 104:12
105:11,23 106:22
107:18,20,24 110:1,7
110:12 113:9 115:1
116:17 118:16 120:9
120:17 123:6,20,22
126:7 129:15,19,21
129:22 130:5,23
133:20,21,23 137:12
137:16,17 138:9,13
138:13,14,15 139:20
140:6,9 141:3,4,6,13
141:15 142:9,10,13
142:13 143:13 144:4
144:11 146:5 147:3
148:12 149:3
**knowledge**
15:18 59:8 78:18
98:18 121:17 122:21
122:23

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

**knowledgeable**
110:14
**known**
12:20 112:6,7,17
  155:22

## L

**lab**
29:7
**label**
34:1
**labeled**
9:16 23:18 27:15
  31:10 39:19 48:10
  55:24 64:12 72:5
  87:20 93:9 104:10
  106:6,22 108:3 111:3
  116:11,12 126:2
**labels**
106:17
**labs**
31:6
**land**
110:10
**landed**
64:11
**landscape**
62:24 63:4 78:15
**language**
67:7
**larger**
17:23 76:23 78:18
  97:15 156:8
**late**
7:23
**laughing**
139:17
**laws**
135:8
**lawyers**
135:20
**lead**
109:5 110:12
**League**
18:8

**leaked**
82:16
**learned**
65:12,15
**left**
98:23,24 141:6 142:11
**legacy**
122:11,20 123:24
**legal**
80:7
**let's**
18:13,15 55:2 79:23
  81:9,9,11 89:23
  100:3 133:21 143:22
  145:8
**level**
129:11
**library**
123:19,24
**lie**
21:8
**lied**
57:14
**light**
135:16
**liked**
11:20 16:3 25:6,7
  37:17 50:16 63:13
**limitations**
130:9
**limited**
154:5 156:24
**LINE**
161:5
**lines**
105:12
**list**
108:15,18 109:1,14
  110:20
**listed**
43:19 109:1 111:2,24
**listen**
11:8
**listenership**

113:3
**listening**
113:11 129:10
**little**
23:2 28:1 143:12
  150:3
**live**
17:8 156:18
**living**
132:21 133:17 134:8
**LLC**
1:5 5:4
**Lock**
40:14,14,19 41:2
  48:13,16 49:13,21
  50:20
**logistics**
123:23
**long**
26:3 32:20 72:19
  110:1 136:21 137:2
**longer**
98:23
**long-suffering**
124:14
**look**
9:20 23:23 31:19 35:8
  40:9,23,23 56:6 72:7
  73:14 75:14 87:22
  93:11,14,20 100:23
  104:11 114:24
  115:19 116:16 120:9
  126:6,8
**looked**
28:13 32:2 52:9 71:18
  79:18 135:1
**looking**
11:21 22:20 40:15
  62:22 71:4 89:12
  109:14 111:1 122:9
**looks**
41:7 48:16 72:20 74:5
  107:12 117:6,18
  118:4 120:14

**lookup**
120:2
**lost**
134:4
**lot**
11:7 13:2 15:11 29:11
  29:14,20,21 35:21,22
  37:12 38:11 40:22
  42:4 44:24 45:5,8
  52:3,5 60:9 61:19
  63:19 80:12,16 81:8
  81:8,8 96:13 99:10
  105:23 107:11,11,14
  112:13 129:4,7,10,11
  136:20 150:12 156:6
  157:22
**lots**
7:6,7,9 26:16 33:8,9
  42:5 58:1,12 70:7,8
  80:5 96:17 111:20
  157:15
**Lucent**
34:12
**lying**
57:14
**lyrics**
67:5

## M

**M**
2:12
**machine**
154:8
**Magic**
2:18 5:17 10:21
**main**
41:24
**major**
106:17 149:9,13
**making**
25:24 82:10 141:15
  157:14
**manage**
111:22 131:15 133:5
  133:11 150:19

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

managed
135:17 155:11
management
38:13 67:17,22 69:22
111:17
manager
8:4 43:22,23,24,24
managing
112:2
manifest
81:23
manipulate
123:2,4
manipulated
17:14
manipulation
155:6
manipulations
123:17
map
11:13 110:10
mark
8:22 9:7 16:15 18:13
23:12 27:9 39:12
48:4 55:18 64:6
71:22 87:12 93:2
104:2 114:15 116:5
125:20 158:19
marked
9:9,14,15 23:13,18
27:5,10 39:14 48:5
55:19 64:7,12 71:23
87:13 93:3 104:3
114:16 116:8 125:21
market
11:12 12:13 21:7 27:2
28:16 44:15 50:22
57:13,15 58:13 59:23
60:12 62:19 64:2,3
78:5 80:9,10,14,20
80:24 81:2,6 83:5
89:13,20 92:2 96:14
97:1,7,11,16 110:7
111:21 133:7,9

134:22 138:9,14,16
138:20 140:4 147:23
148:21,22 149:3
150:12,13,18 152:1
153:22 154:2,17
marketing
85:15 110:8 149:5,14
149:22
marketplace
62:15 154:24
markets
57:23
market-enablement
42:6
market-making
80:11
marking
16:5 157:22 158:17
markings
158:8
Massachusetts
1:16 5:12 160:9,11
massive
75:22
masters
82:15 123:14
masthead
142:12
materials
74:7
math
38:16
Matt
103:17,20,21,22
matter
21:1 102:7,12,23
103:5,11 160:5
Mazer
124:9
MBA
38:8
mean
13:15,22 14:5 18:7
20:24 24:3,5 29:14

29:16,20,21 30:3
32:4 33:22 38:2,5
40:22 41:18 43:14
45:22 46:18 47:10
49:8 50:14 51:6 52:9
53:14 54:17 60:24
61:21 62:3 68:10
69:11 70:22 75:12
78:22 79:19 80:9,18
80:21 83:15 91:1
96:8 101:15 105:13
107:16 111:15 118:3
118:16 119:21
121:12 127:18 129:7
130:5,21 132:23
135:4 138:1 139:10
153:3 155:1,5
means
13:21 36:21 37:5 57:3
58:20 83:16 122:3
meant
60:3 89:16 136:8
measured
113:8
mechanism
18:2 32:13 113:7
mechanisms
21:20 57:15 58:14
80:11 153:5
media
12:8 132:6
Medical
136:7
meeting
34:17
meetings
85:9
members
104:23
memory
118:17
mental
37:17
mentioned

30:2 37:11 65:13
73:21 105:17
Merit
160:2
Merrill
6:2
met
45:14,19 46:4 146:13
146:17
Miami
16:8 45:20
microphone
144:20
middle
8:12
midst
111:13
mike
29:5 30:2,3,5 39:21
44:7 45:9,11 48:12
59:10 64:14 87:19
104:9 116:15 124:12
124:21,23 130:12
131:24 142:1,10
144:2,22
Miller
136:2,5 137:5,5
Miller's
136:10 139:4
million
120:10 134:4
mind
89:17 120:11
minute
55:3 56:5 64:16
104:12 116:16 126:6
minutes
54:23
mistaken
59:16
misuse
81:22
MIT
38:16

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

**Mm-hmm**
32:15 63:5,10 73:18
74:10 77:22 100:18
105:18 106:14,19
107:5 113:20 115:21
117:22 120:6 126:5
127:1 128:13 130:13
**modeling**
26:22
**models**
74:2
**moment**
9:2 12:14 14:24 18:15
39:22 60:8 72:6
78:10 87:21 93:10
100:5 114:24
**momentarily**
33:12
**money**
10:12 22:8,16,21,23
23:3 136:18 137:14
138:4,6,23
**monitor**
5:9 59:9 81:16 113:3
**monitored**
63:1
**monitoring**
57:3,9 58:20,22 59:4,8
59:14,15,20 60:17
61:21 62:6,8,18,23
69:14 73:15 77:6,20
81:15 83:1,13,22
84:4 88:10 107:3,7
107:13 111:3 112:1
**monopoly**
37:23
**month**
134:4
**Moskowitz**
8:14 23:20 38:19
39:20,21 40:12 43:21
44:17,18,24 45:15
48:12,13,15 50:3
51:2 52:16 54:9,18

56:3,19 57:10 59:21
62:21 63:7 64:14,14
66:12 72:4,22 75:3
75:21 76:20 77:5,19
78:1,20 87:19,19
88:8,17 92:6,14 93:9
94:5 95:2,14,24 97:6
97:10 99:14 100:16
100:20 103:14 104:9
104:9,23 105:14
109:17 110:14
116:14,15 124:11,12
130:11 139:6,6
141:20 142:8 146:14
146:18,22 147:9
148:3 149:3
**Moskowitz's**
44:12 94:10 110:4,4
147:18
**motion**
147:24
**motivation**
120:21
**move**
89:21 143:18,20
**movement**
127:6
**movies**
58:6 75:22 82:15
**MP3**
100:23
**MP3s**
101:23
**Muscle**
108:9 110:20
**music**
26:1 32:12,13 58:7
67:5 75:22 79:17
80:14,24 86:1,1,16
98:7 109:23 110:5,6
110:9 111:17,22
125:9 127:6 135:6
147:24
**MusicBrainz**

95:19 103:9 108:12
**musician**
132:10
**music-related**
110:15
**M-A-T-T**
103:22
**M-A-Z-E-R**
124:9

**N**

**N**
2:5 3:1 5:1
**name**
24:15,16 30:2 70:5
84:10 85:21 86:22,23
103:19 110:21
124:16,17 142:11
155:23
**named**
23:22 24:4 103:17
124:9 136:2 139:20
**names**
43:5 84:9 96:3 107:16
**Napster**
80:7 81:13 83:2 86:14
96:11,18 126:23
127:4 128:4,14 129:1
132:16,17,21 133:4,8
133:12 134:17,18
135:13,14
**Napster's**
155:18
**Napster-like**
57:5 73:1,12
**narrative**
11:6
**nascent**
8:9
**native**
12:15
**natively**
16:14 34:6
**nature**
69:17 156:5 157:21

**necessarily**
42:23
**necessary**
54:3
**need**
9:22 25:4 55:5 78:24
92:2 96:15 123:3
129:13 133:5
**needed**
21:18,19 25:10 33:23
33:23 34:2 89:14,21
136:24 142:10
**needs**
57:14
**neither**
160:14
**Netscape**
136:6,7 139:12,14
**network**
127:7
**Neural**
95:19 103:9
**never**
31:2,4 46:2 80:3
**new**
12:13 22:20,23 23:2,3
28:1 33:10 37:18
44:15 57:23 58:13
80:14 95:20 141:23
142:2,4,11 147:23
**news**
51:9,12,13 63:9,12
65:2,17,24 66:3
128:8,9,11
**newspapers**
58:4
**nice**
135:19 140:6
**Nielsen**
111:6 112:22
**Ninth**
135:22
**Nods**
57:7 105:1

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 18

noise
98:3
normal
7:1 26:21 105:2 140:7
nose
51:16
notary
160:10 161:18,21
note
24:2
noted
161:14
notice
63:23 106:2 113:15
   130:7
novel
17:15 47:8
novo
123:8
number
29:24 36:4 40:3 54:5
   56:3 59:23 88:14
   93:24 101:24 102:5
   105:16 108:4 130:3,4
   131:5 134:10,14,16
   158:13
numbers
47:14 115:5
N-A-T
103:19

_____

O

O
5:1
oath
6:6
object
15:19 16:2 29:13 42:3
   46:13 53:5 58:24
   59:2 60:5 68:17
   77:12 80:8 91:9
   97:13 118:15,24
   119:5,24 128:20
   131:9,22 141:11
   153:6 158:10,21

Objection
155:20 157:10
objects
67:17 69:23 147:24
obligations
9:23
occasional
25:13
occasionally
23:1 42:17
occupied
46:20 67:19
occurred
117:4 130:17
occurrence
52:15 89:22 90:1
offer
146:22 147:18 153:5
offered
15:3 119:16 147:5
offering
12:3 14:14 92:7
   119:12 120:22
offerings
118:1
office
54:16
officer
11:4,15
oh
10:2 13:18 30:16
   31:21 41:12 51:5,21
   58:4,5 59:1 63:1
   65:17 66:1 67:16
   68:10 69:3 78:22
   96:11 101:23 110:17
   113:2,7 126:10,12
   127:4 136:4 139:14
   139:22 147:15
okay
5:23 6:18 7:8,16 8:21
   10:11,13 11:24 12:23
   14:11 18:12,24 19:6
   19:9 21:22 24:18,19

25:17,22 26:11 27:7
27:20 30:12,22 31:3
31:8,11,21,23 34:14
35:1,13 36:13 39:2
43:17 44:1 45:13
46:8 49:2,10 50:2
52:23 55:4 56:12,17
56:24 59:18 62:12
64:4 65:4,19 66:6
70:14,21 71:13,20
72:15 73:8 74:13
75:2 79:9,14 84:12
84:20,23 85:4,18
86:12 90:13 95:12
98:16 100:6 103:2
104:19,20 105:6
106:1,20,24 109:8
110:24 111:19
112:20 114:5,13
115:17 116:3 117:7
118:8 121:19 124:1,7
124:19,24 125:3
126:18 127:13 128:2
128:22 132:3,13
136:9,15 137:4
139:19 140:12,24
141:7 142:5,15 143:2
143:6,11 144:22
145:12,22,24 146:3
146:20 148:16 149:7
149:20 150:21 151:6
151:16 152:2,6,15
153:3 154:6,19
155:12 156:16 157:4
157:23 158:24 159:7
159:10
omitted
71:11
once
50:6 147:4
ones
17:12 19:22 49:17
   81:14
ongoing

62:18 63:3 69:5
online
97:24
operate
72:24
operation
137:17,24
operations
43:23 98:24 99:1
   139:1 141:12,13
operator
5:10
opinion
21:21
opportunities
11:12 21:10 62:19
   78:6 88:23 89:12
   90:12 106:17
opportunity
27:24 28:20 107:14
   112:13,19 129:18
   149:19
opposed
91:24
opposite
102:20
orchestrate
144:24
order
131:19 135:3 160:8
ordinary
50:9,10 64:24 88:3
   130:17
organization
22:13 25:12
organizations
106:18 124:5
organize
26:17 28:16 133:10
   134:22 147:6 149:3,4
organized
27:24 38:17
organizes
133:2

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

organizing
25:8
original
123:1,13
Orrick
2:11,13 5:16
outcome
160:19
outside
83:4
overall
16:23 17:21 42:10
  52:20
overinterpreting
156:3
overseas
110:2
owned
37:19
owner
29:18
ownership
81:21

**P**

P
5:1
page
31:10,12 32:6 56:19
  72:21 73:10 93:20
  94:22 95:14 106:6,7
  106:21 107:1 108:3,6
  109:15 110:20 111:1
  113:16 117:11,13,18
  121:6,21 122:9,14
  161:5
PAGE/ERRATA
161:3
pains
161:16
paragraph
122:14
parse
107:23
part

12:16 15:4 16:18,20
  16:23 17:21 33:8,17
  38:8,9 41:19 42:9
  46:14 48:1 50:13,23
  51:18 53:2,11,15
  56:21 57:1 58:16,18
  58:19 61:22 62:17
  69:4 95:4 114:10
  118:12 131:7,10
  133:16 146:10
  148:13,17 149:1,18
  150:15
participate
134:23
participation
139:4
particular
69:9 70:23 97:1
  110:19 158:15
particularly
13:7 46:22 92:16
  117:10
parties
160:15,18
partner
33:4 62:1,4 74:8 89:12
  89:23 108:19
partnering
33:16,19 34:11 61:23
  70:1 88:18 90:4,7
  91:5 105:20 108:24
  109:16
partners
85:10 105:23 108:9
partnership
44:4 88:23 109:6
partnerships
34:4
parts
26:20 45:5
passing
60:12
passive
32:12 33:4

Patel
126:12 135:3
patent
23:2,6 36:6 48:18,22
  50:5,10,15 51:24
  52:7,17 53:1,14,14
  53:17,22 54:11,19,20
  56:20 57:2 73:15
  150:4,5,8 152:4,4,7
  152:11,14,17,24
patents
8:19 25:9 35:22 36:3,5
  36:8 37:12,18 49:1
  52:11 53:6 88:13
  93:23 101:1 150:23
  152:8
pay
97:2 134:23 136:20
paying
140:14
payment
8:9 18:2 21:20 57:16
  57:21
peace
63:22
penalties
161:16
Penn
38:23 39:8
people
21:9 23:20 32:1,4 33:9
  33:10 34:2,18,19,22
  35:6 38:11 56:3
  81:17 85:24 96:14
  129:11 134:23
perceivable
17:16
perceived
42:24 96:15
percent
37:8
perfect
100:2 133:19 135:16
performance

17:8
performances
156:4
performed
155:23
performing
106:18 124:5
Period
153:23
perjury
161:16
person
17:24 82:9,21 83:7
  128:5 158:14,23
personal
126:12
personality
16:16 59:2
personally
161:18
person's
124:16
person/event/agency
83:20
Peter
1:12 3:5 5:4 6:5 160:4
  161:1,17,18
Phoenix
29:2 124:15
phone
5:19 11:20 33:14 35:6
  44:5 45:10,10,11
  60:11 130:3 143:13
  159:5
phonetic
28:11 104:16
physical
81:2
piano
135:10
pick
35:5 99:7
picked
39:5

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 20

picture
  19:16 53:19
pictures
  32:2 148:1
piece
  21:19,19 126:13 135:5
pioneered
  110:7
piracy
  57:19 58:2,3 81:12
    82:5 83:1
pitch
  74:7,8
pitches
  25:18 147:7
pitching
  96:7,9
place
  1:15 47:24 66:2 99:11
places
  11:12,21 21:16,17
plainly
  25:5
plaintiff
  1:6 2:9 5:22
plan
  13:5 14:13 25:12
    26:15,21 27:3 28:13
    51:20 70:18 137:11
planner
  44:14,14
planning
  25:11 51:19
plans
  25:1 59:13 76:12
    85:15,15 121:7,23
    149:4
player
  132:11
please
  5:13 6:2 23:11 27:9
    31:9,17 32:21 38:6
    39:12 48:4 55:18
    64:6 71:22 87:12

93:2 94:21 104:2
  114:15 125:20
  143:14 146:5
plenty
  136:22 137:19
plugged
  63:8
point
  12:11 22:1 43:16
    76:11 79:13 84:13
    118:10 134:9 135:17
    141:8 151:7 156:8
    157:12,20
pointed
  59:23 133:8
points
  33:3
pool
  52:22
portfolio
  54:8,11
portion
  105:9 121:20
position
  54:6,8
positive
  57:23
possibility
  116:2
possible
  39:7 59:5 143:16
possibly
  74:8 86:10 118:14
    136:19
posting
  45:24 46:2
potential
  25:19 28:4 30:9 85:10
    108:8,18 109:6
potentially
  112:12 148:4
powerful
  32:10
practical

57:20 122:5,8 123:8
  123:10
practice
  90:11
precise
  103:4
precision
  113:9
preferred
  138:16
prepared
  21:12
preparing
  123:24
prescribed
  160:8
presence
  133:14 161:20
present
  31:4 53:20
presentation
  74:6
presentations
  25:19 124:2
presented
  161:18
presenting
  117:20
president
  136:7
presidential
  63:22
press
  12:24 21:3 25:13 35:9
    36:18 42:16 58:5
    85:14 99:20
presses
  71:12
presume
  7:11 22:23
pretty
  22:17 27:19 38:22
    45:1 57:11 78:23
    89:15,19 95:10

125:10
previous
  8:20 108:20
priced
  134:12
principal
  12:3
pro
  68:6,6,7
probably
  13:2 34:16,23 42:7
    71:17 73:23 74:7
    112:16 119:19
    133:24 134:6 142:19
    143:20 144:11
problem
  60:10 75:11 81:12
    83:1 92:7 96:18
    129:1 132:21,24
    133:9,13,17 134:7,8
    134:18 145:13
    155:17
problematic
  144:15
problems
  80:7
proceedings
  159:14 160:13
proceeds
  95:3
process
  16:23 17:21,23 20:2
    22:2 28:18 35:3
    42:10 47:4,7,8,15
    50:13 120:5 145:4
    154:9,11,12
processing
  41:20
produce
  102:10
produced
  160:12
product
  11:11 26:1 30:15 31:1

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

**44:14** 59:8,14,15
69:14 107:13 118:1
147:7 148:6,10,21,23
151:1
**products**
148:8 149:24
**profile**
3:16 14:9 17:13 26:19
27:6,6,16 35:4 70:18
98:15
**profiles**
25:2
**profiling**
17:20
**program**
17:10 38:8,10
**programmatically**
47:6,19
**programs**
101:22
**progress**
97:1
**promoting**
76:16
**promotion**
113:16
**proof**
133:9
**properly**
37:22
**properties**
38:9
**property**
11:10 36:2 37:20 39:4
52:14 53:10 54:1
69:23
**proponent**
20:6
**proponents**
61:13
**proportion**
52:2
**proposal**
4:1 25:24 96:20

114:23 115:23 116:1
116:22 117:3,9,19
118:13 119:13
120:22 124:3 147:10
147:11
**proposition**
68:14
**pros**
69:1 130:15 131:18
**prosecuted**
150:23
**prosecuting**
150:8
**prosecution**
54:20 150:5
**Proskauer**
1:14 5:12
**protect**
150:9,24
**protected**
50:18
**protecting**
150:17
**protection**
53:22
**proud**
35:24 36:1 37:19
84:22
**prove**
15:1,6 28:15
**proved**
20:11,22 82:19
**provide**
44:18 80:11 88:19
155:24
**provided**
28:4 34:23 62:8 160:6
**providence**
35:18
**providing**
32:10
**public**
21:3 160:10 161:18,21
**publication**

98:10
**publications**
97:18,24 99:2,8,15
**public-facing**
85:14
**pull**
11:5
**purchase**
129:18
**pure**
37:20 47:13
**purpose**
27:21 49:22
**pursuing**
78:17 90:21
**purview**
76:23 77:10
**put**
17:4 29:11,14,20,24
99:12 129:12 151:1
**putting**
37:17 74:22
**p.m**
100:8,12 145:19
159:12

**Q**

**Quakers**
39:10
**quanticized**
153:19 155:7
**quantization**
13:20,23 17:5 47:3,7
47:11,15 123:5,16
**question**
13:9 14:12 54:5 77:9
94:11,23 131:14
143:15 152:20 153:7
**questions**
6:20 142:20 143:4
146:4,8 150:4 159:2
**quick**
9:20 145:9
**quickly**
150:12,14

**quietly**
16:7
**quotation**
93:21
**quotations**
62:16
**quote**
57:1,3 62:16 73:1,12
75:18 88:7 92:4,12
94:12 95:17 100:21
107:2 116:20 121:14
**quote/unquote**
154:17
**Q/A**
7:3

**R**

**R**
5:1 160:1
**radar**
98:22
**raised**
22:24
**raising**
137:13
**Ramsey**
2:12 3:7 5:15,16 6:10
7:10,16,19 8:22 9:6
9:11 18:13 23:11,15
27:8,12 39:11,16
40:4,8 48:3,7 55:17
55:21 64:5,9 71:21
72:1 87:11,15 93:1,5
100:2,14 104:1,5
114:14,18 115:7,12
116:10 125:19,23
142:22 143:2,18,23
144:4,9,23 145:6,10
146:10 155:20
157:10 159:7
**ran**
10:12 22:7,15 31:7
**range**
115:5
**ranges**

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

115:10
**rating**
113:2
**ratings**
111:5
**rational**
81:1 134:11
**rationally**
133:10 134:12 150:18
**RCS**
19:2,3
**reaction**
128:12
**read**
7:6 9:22 10:3 18:7
31:5,17,20,22 32:7
40:1,7 41:17 48:14
51:14 56:10 62:16
64:19 66:8,16 72:9
72:16 87:24 93:13,17
104:15,18 107:8
111:4 115:3,16
116:19 122:15
125:16 126:9,11,17
161:13
**readable**
17:16
**reading**
99:4 135:2
**ready**
125:12
**real**
112:9 145:9
**realistic**
91:23
**reality**
43:1
**really**
7:22 15:11 18:6 20:17
21:1,11,24 22:4 23:9
24:2,17 26:22 32:19
34:6 37:4,8 40:20
41:11 42:13 49:7,23
52:3 54:15 58:18

60:13,24 61:11 62:11
69:20 70:13 72:17
74:3,4,11 76:11 80:3
83:6 88:24,24 89:18
97:2 107:10 114:10
118:3,6 119:17
123:22 132:7 136:20
140:17 141:2,2,21
152:5 154:13 155:4
**Realtime**
160:3
**reason**
99:9 123:16 161:5
**reasonable**
118:4
**reasons**
138:13
**recall**
22:1,15 24:11 25:24
28:8 30:7,24 33:7
34:5 37:13 40:18,20
42:2 43:13 49:5
53:17 59:10,14 60:6
60:7,15 62:10 65:11
65:14 68:4 69:24
70:17 71:14 73:24
74:3,4,12,20 76:10
79:15,22,23 81:11
86:18 87:5 89:9,11
92:16 96:23 107:15
108:22 117:23 118:3
124:2,8 131:23 135:3
140:13 141:1
**receives**
17:11
**Recess**
55:13 100:10 145:17
**recognition**
32:11 33:5
**recognize**
9:19 27:17 39:24
56:13 111:2,5,7,9
112:22
**recollection**

16:21 19:18 35:14
43:21 49:19 57:8
62:5 74:17 85:23
88:16,22 90:14
140:22 152:10
**record**
32:8 34:1 38:5 48:15
55:2,11,15 66:17
75:12 80:23 92:5
100:4,8,12 109:10
118:18 135:20
144:12,24 145:9,15
145:19 152:6 159:12
160:12,13 161:14
**recorded**
160:6
**recordings**
76:4
**records**
81:2,3 82:15
**redeveloping**
29:3
**reduce**
102:8
**reducing**
14:3 101:22
**reduction**
13:24 47:12 75:22
154:13
**reference**
74:11 129:19
**referenced**
73:20
**referred**
42:18 53:1 57:10
153:22 154:16
**referring**
92:17 153:13
**regarding**
26:1 37:5 40:14 48:15
76:12 79:16 97:11
101:10 107:7
**regardless**
102:19 120:20

**Registered**
160:2
**regular**
49:17 52:8 65:23 66:3
**regularly**
130:18
**Relatable**
127:5,8,10,15 134:16
**Relatable's**
127:20
**relate**
36:9 46:21
**related**
67:5 160:14
**relation**
136:11 149:22
**relationship**
137:8 147:6
**relative**
53:10 160:16
**releases**
25:13 85:14 122:11,20
**remarked**
135:2
**remember**
7:22 8:24 15:4 16:10
18:3,9,21 19:1,11
24:1,13,16 26:6,8,9
26:14,16,21 32:16
34:6,10,11,17,19
42:13 43:2,5,5,9,10
43:14 45:14,23 48:21
59:16 62:2,7 69:8,15
70:15,22,23 71:1,19
72:14,17,19 73:4
84:3,13,18,24 85:5
85:19,21 86:3,3,13
86:21 87:2 92:20
95:7 96:3 98:8 99:3
103:17 104:16
113:24 114:11 118:7
118:19 125:14 136:1
137:16 141:2,3
146:16 155:2

**remembering**
86:23,23 87:7
**remind**
88:8
**rendered**
94:13
**Replacing**
80:23
**report**
127:5
**reporter**
6:1 160:2,3,23
**reports**
31:5
**represent**
5:14 47:13
**representation**
13:15 14:1,4 47:17
  118:5
**representations**
154:14
**representative**
90:24
**represented**
35:21
**represents**
142:18
**requested**
160:23
**research**
35:7
**respect**
35:24 59:20 106:17
  122:19
**respectful**
145:4
**respond**
45:23 94:9 120:18
  128:11
**responded**
46:2
**responding**
80:6 96:15 149:19
**responds**

**response**
73:11 95:2
94:23 130:8
**responsibilities**
11:2
**responsibility**
148:19,20
**responsible**
54:18 81:18,20
**rest**
61:17 76:21 111:10
**retrievable**
12:7 122:8
**retrieval**
67:23 122:7
**retrieve**
47:20
**retrieved**
17:15 41:16
**review**
39:23,23 64:17 104:13
  115:2 160:23
**reviewed**
72:12 152:11,13,16
**RIAA**
14:18 19:23
**riff**
25:15
**right**
7:14,18 9:12 10:5,19
  13:18,18,18 16:11
  19:9 20:3 23:10,16
  24:6 27:7,13 39:17
  43:17 48:8 55:17,22
  62:10 64:4,10,21
  65:21 66:20,21 67:8
  72:2,23 73:3 75:5,6
  76:2 77:18 79:2
  87:10,16 90:21 92:24
  93:6,19,19 94:20
  95:6 97:14 102:4
  103:16,24 104:6,24
  107:15,24 108:13
  111:23 114:19

115:18 120:19
125:19,24 126:19,24
128:9,10 130:10,12
131:4 135:24 137:7
140:13 143:20
145:10 156:20
157:20
**rights**
16:2 106:18 124:5
**ring**
18:4 110:21
**RMR**
1:18 160:22
**Rodney**
128:5,7
**role**
10:24 43:20 44:7,12
  59:12 109:6 136:11
**rolls**
135:10
**room**
21:23
**Rose**
1:14 5:12
**routinely**
98:11
**RPR**
1:18 160:22
**Ruggieri**
1:18 6:2 160:2,22
**ruler**
16:5,10
**run**
136:17
**running**
138:23

---

**S**

**S**
3:11 5:1
**safe**
9:7
**sales**
30:9
**San**

2:15
**Sappelt**
18:10 23:22 24:10,14
**sat**
32:1
**satisfactory**
160:7 161:18
**save**
129:19
**savings**
134:10
**saw**
94:7
**saying**
24:2,4 83:12 95:15
  103:15 123:19 133:4
  157:6
**says**
6:7 35:11 73:12
  116:20 135:19
**scales**
120:5
**scenarios**
129:6 134:11
**scheme**
153:20
**school**
16:5 38:20 39:6
**Scott**
11:8,19 14:24 15:15
  20:11 23:20 26:16
  31:24 32:21 33:8
  34:23 35:11,15 37:11
  39:20 43:5 44:11,17
  44:23 45:15 48:12,15
  50:12,20 53:20 56:2
  56:19 64:1,14 70:8
  72:4,22 73:10 75:3
  76:20 77:19 78:3
  84:22 86:24 87:19
  89:2,11 90:11 93:9
  94:5,18 95:1 104:8
  104:22 105:13
  109:17,21,24 110:4

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 24

116:14 120:16
124:11 130:11 139:6
140:9,11 146:14,17
147:9,18 148:2 149:2
155:3
**Scott's**
48:22 61:10 77:10
81:19
**Scour**
85:20,22 86:5,13,19
**scout**
16:12
**scrupulous**
78:16
**SDMI**
20:2,5,15 22:2,11
25:20 28:14,18,23
29:1 30:18 31:7
33:13 43:4 49:16
52:5 61:13,15 84:14
85:1 97:22 125:12
138:2,19,22 149:19
**se**
16:24 43:3 61:21 71:3
74:21 92:3 118:7
154:18 158:23
**search**
32:12
**second**
23:24 93:20 106:7
122:14 147:14
**secretly**
16:15
**section**
31:13,17 52:11 111:3
112:1
**securing**
27:1
**security**
8:2,3,4 11:17 71:9
130:4 158:13
**see**
14:19 16:6 23:2 31:15
32:23 52:10 56:21

57:6 67:7 71:2 73:2
73:17 84:15 92:12
94:2,15 95:13,21
96:4 102:16 107:4
108:15 113:19
116:24 117:16
121:10 122:12
144:12
**seed**
28:6,11
**seeing**
12:16
**seen**
77:16 130:24 131:5
**send**
35:5 51:14 65:8
**sending**
71:1
**sense**
14:7 75:15 109:19
139:5 150:11
**sent**
65:6 66:12 69:11
99:17 128:6 147:10
**separate**
141:23
**September**
3:21 72:5 74:15
**seriously**
54:4
**service**
37:24 57:5 65:18 73:1
73:12
**services**
32:11 62:6,8 114:22
**set**
145:11
**setting**
20:19 26:23
**SF-028683**
1:24
**Shakes**
92:18
**shaping**

109:6
**shared**
60:21 66:15 78:22
**SHEET**
161:3
**shopped**
137:11
**short**
49:15
**shut**
97:3 138:24
**Sibelius**
129:12
**signal**
13:24 14:2,4,11 15:8
17:4,7,7,10,11,23
29:22 32:11 33:5
36:23 47:4,12,23
48:19,22 49:6,13
74:16,18 75:5,9,23
75:24 76:7,12,19
77:5,13,20 78:13
83:13 88:10,19 89:8
89:24 90:7 91:6
92:21 94:6,10,19,24
95:4,15 96:1 100:17
101:15 102:11,17
107:3,7,12,13 111:3
112:1 117:14,17,20
117:24 118:11,20
119:15 121:3 122:10
122:18 127:16,22,23
155:7
**signals**
12:8,8,9 20:12 57:4,9
58:21 73:15 94:13
**signal-abstract-based**
121:8,15,24
**SIGNATURE**
161:3
**signed**
161:16,19
**significant**
76:5

**similar**
76:4
**simplify**
147:15
**singing**
156:17
**single**
41:13,14
**single-digit**
29:24
**sir**
18:20 56:7 75:20
92:13 117:17 142:21
146:1,6 155:15 159:3
159:6
**sit**
59:10
**sitting**
34:5,7
**situations**
129:17
**six**
36:5
**skip**
18:15
**Slashdot**
65:17,20,20,24 66:9
66:19,22 67:10 99:7
99:7,9
**Slashdot.org**
65:22
**sleep**
125:13
**small**
29:7 33:18,21 112:9
**smart**
120:16
**snaps**
120:3
**Social**
130:3 158:13
**Society**
8:6
**software**

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 25

141:15 149:8,13,16
**solution**
15:16 41:10 82:5,24
96:12 129:1,4 133:3
134:9,12
**solutions**
81:10 84:15 96:13
108:11 136:8
**solve**
81:11 83:1 96:18
**somebody**
23:21 109:18 113:10
124:22 126:21 128:3
**somewhat**
86:14
**song**
100:22 101:11,17
102:12,19,21 103:11
113:11 129:8,11
134:3 154:18 155:22
156:4,18,19 157:1,9
**songs**
67:17 69:23 157:14,19
**soon**
145:11
**sorely**
89:14
**sorry**
10:18,21 48:2 74:12
77:14 116:11 118:24
139:14 145:13
147:13,15 149:11
**sort**
11:3,14 14:9 18:1
22:19 36:22 38:7
39:9 43:22 51:19
66:3 67:21 69:4 70:2
80:15,15 81:23 82:22
83:10 88:2 97:17
98:14 110:7 112:10
112:14 127:14
131:12 137:16
138:21 140:5 141:9
**sound**

11:15 67:2 127:12,14
**sounded**
96:5
**sounds**
87:4
**source**
47:4 57:17 101:22
102:8 123:1,3,13
153:17 154:14 155:6
158:9
**space**
11:12 12:13 27:2
28:16 34:2 43:13
46:17 51:9 62:19
64:3 67:18 70:19
77:24 78:5 80:9,10
80:14,16,24 81:2,6
89:13,21 92:2,22
96:14 97:16 98:8
111:11,14,15,16
112:12 133:7 138:21
140:4 147:23 150:13
150:18 153:23 154:2
154:17
**spaces**
44:16 57:13 64:3
80:20 83:5 138:16
152:1
**specific**
42:5 59:15 79:3 82:16
82:21 88:21 101:7
128:20 148:9
**specifically**
49:14 54:17 59:9,17
70:4,13 79:19 84:8
84:17 85:2,8 90:19
92:23 95:9 109:3
118:6 119:3 125:16
125:18 155:3 158:22
**speculate**
60:7
**speculating**
119:17 123:9,18
**speed**

119:19,21
**speedier**
120:5
**spelled**
107:21
**spend**
92:9
**spent**
45:8
**Spike**
1:5 3:15 5:4,22 7:21
8:18 9:23 10:9,15,23
10:24 12:2,4 13:4
19:16 22:7,15 24:9
24:21 25:24 27:16
30:7 32:17 33:2,20
34:11 35:16 41:22
42:21 44:8,12 45:1
45:18 46:16,23 47:1
47:16 53:2,19 54:14
56:15 57:9 58:17,23
59:7,14 60:17 61:6
62:9 65:1 67:13,22
68:6 69:1,3,14,16
70:1 74:1,15,18
79:16 84:21 85:6,11
86:4,18 88:5 91:4
98:24 105:3,20
108:19 111:13
113:18 114:8,22
115:23 117:19 118:2
118:11,21 119:12
121:7,14,23 124:13
131:1,17 136:11,17
137:12 138:12,22
139:4 140:14 141:9
142:8,18 147:5 148:5
150:6,15,23 151:5
154:22
**Spike's**
7:13 14:13 20:4 26:14
35:4 51:18 76:11
91:13 131:7 132:18
136:3 150:10 152:4

152:23 153:9
**spoke**
67:16 148:11
**spoken**
88:13 93:23
**spring**
28:22 108:23 117:4
121:13 132:14 136:1
136:16 137:23 141:8
141:18
**spring-summer**
140:19
**staff**
21:5
**stalled**
138:19
**standard**
20:2,19
**standards**
21:18 22:9 28:17
101:19,19 138:10
**standard-setting**
22:2
**start**
7:21 123:21 141:23
**started**
46:1 118:11
**starting**
106:12 113:16 136:17
**starts**
93:21
**startup**
63:20
**state**
5:14 17:22
**stated**
66:23 67:10 121:7,21
**statement**
60:4 66:19 94:5,5,10
132:22,24 133:1,17
134:8,8
**statements**
161:15
**states**

1:1 27:15 32:8 40:13
48:15 59:21 75:21
88:8 92:6,14 100:20
108:8
**status**
67:6
**stay**
78:3,21 141:19
**stayed**
142:8
**staying**
50:21
**stealing**
21:9 58:6
**steg**
10:18 28:2 42:17 46:7
**steganographically**
12:6
**steganography**
10:18 46:9,10,14,21
66:2 71:10 147:3
**steg's**
12:17
**stenographically**
160:5
**step**
7:2 123:5
**steps**
123:17
**step-by-step**
26:24
**Stone**
45:21
**stop**
29:17
**stopped**
142:14
**store**
80:23
**stories**
34:22
**story**
8:14,17 11:5 16:4,10
16:18 24:12,13 35:12

35:12 53:12,15 58:19
58:19 75:13 150:15
**strategies**
149:4,5,10,14
**Street**
2:14
**strength**
53:11
**stretch**
41:6
**strike**
152:18
**strong**
53:21
**studies**
39:6
**studio**
82:17
**stuff**
8:11 11:21,22 21:5
25:14,14 27:5 29:23
30:1 31:23 32:3,4
34:16,20,22 35:5,8
40:24 42:6 44:6 45:7
45:20,21 49:4 51:24
52:3,7,14 57:16 58:7
63:2 66:1 67:18 69:4
71:5,9,9 82:17 89:3,4
96:14 97:23 99:6
109:13 112:18 119:7
119:10,11 127:24
128:21 129:16,21
134:7 138:3 139:13
140:9 148:15
**Stupid**
128:11
**style**
67:21,23
**subscribe**
161:14
**subsequent**
28:16
**succeed**
20:19,20

**succeeded**
20:21
**successful**
137:13
**suggested**
92:11
**suggesting**
89:23
**suggests**
24:7,8
**summary**
27:6
**summer**
25:23 28:8,23 30:13
61:6
**sunsetting**
137:17,24
**superior**
15:2
**superiority**
28:15 35:17
**support**
36:2
**suppose**
43:1
**supposed**
51:13
**sure**
10:1 27:19 34:9 38:22
53:24 55:7 63:1 69:7
76:22 82:2 86:9
104:14 108:1 115:7
116:7 146:11 154:20
**surprised**
86:21
**Sutcliffe**
2:11 5:16
**swear**
6:2 24:17
**sworn**
6:6 160:10
**Symphony**
129:12
**system**

69:18 121:9,16,22
122:1,3 153:14,16
158:17
**systems**
8:10 92:8 102:10
**S-A-P-P-E-L-T**
18:10
**S-C-O-U-R**
85:20

---

**T**

**T**
3:11 160:1,1
**table**
34:8
**Taco**
64:18 71:6,7 78:24
**take**
9:19 23:23 25:6,7
31:19 38:17 39:22
54:11,23 55:3 56:5,6
64:16 72:6 81:21
87:21 93:10 104:11
114:24,24 116:16,21
123:1,10 126:6 144:2
**taken**
6:16 53:23 55:8
161:13
**takes**
52:13 67:1 137:2
**talk**
6:24 11:8 13:2 25:5
42:17 45:20 49:11
57:19,19 58:1 70:16
81:8 95:16 97:18
122:11 132:8 147:7,8
148:5,7,9 149:2,2
**talked**
19:21 33:8,9 35:22
37:11 42:4 43:2,3
77:11 83:12 86:6
132:8 134:14 140:2
150:3
**talking**
11:20 19:19 20:1 46:1

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

Page 27

48:16 49:20 50:17
56:20 60:13 62:9
72:18 75:4 77:5,19
79:4 87:1 88:18 91:5
100:16 101:4 111:7
112:18 122:18
127:17 130:19
131:23 135:12,14
148:3 154:13
**talks**
69:3 90:16
**tape**
5:3 17:7 55:11,15
100:3,9,12 145:15,19
159:12
**tapewise**
142:23
**task**
92:11
**tea**
54:16
**team**
50:4,20 52:16 66:12
88:4,17 99:21 104:24
114:3 131:1
**technical**
35:17 61:1 91:22,23
132:4 146:18
**technically**
16:23
**technique**
14:20
**technological**
131:13
**technologies**
8:3,4 11:18 20:23
22:11 44:16 53:23
58:23 60:20 69:2
71:10 78:6 97:7,12
110:15 127:19
147:22 151:4,15,24
153:2,4
**technologists**
65:18

**technology**
8:8 12:3,6,19 14:15
15:1 19:24 20:7 23:5
25:5,16 28:14 30:21
31:13 33:6 34:3
37:16 44:10 46:15
61:19,24 62:3 68:14
68:18 69:16 71:15
74:9,16,19 76:7,19
88:9,12,15 89:21
90:23 91:14,15 92:9
92:10,15 93:22 94:1
94:6,19 95:1,11,16
97:19 99:5,13 100:17
103:10 107:19 113:5
114:8,9 117:20,21,24
118:12,21 126:23
127:12,15,21 128:5
128:15,18 129:2,8
130:23 132:1 138:17
147:4 150:24 151:12
151:19,23 152:9,18
152:24 153:9,11,12
153:16 156:22,24
**telephonically**
2:4
**tell**
14:17 15:20,23,23
26:13 32:19 74:24
111:10 139:2,13
140:10 142:1 144:16
145:5 147:17 155:21
158:5,21
**telling**
51:12
**tells**
35:11,12
**ten**
55:3
**tend**
7:1
**term**
36:14,15,17 133:1
**terminology**

156:10
**terms**
11:11 15:2 21:6 37:7
42:10,16,22 52:21
59:12 60:12 63:2
68:11 69:21 74:8
76:24 78:9 90:10
118:5 122:18 123:23
138:5 150:19 154:1
**test**
20:9 84:14,17,19 85:1
85:17
**testing**
11:22 29:3,4 125:6,7
**tests**
20:8,16
**Texas**
1:2,8 2:6 5:5,6
**thank**
5:24 40:6 115:9,14
143:6 155:12 157:23
158:24 159:6,8
**Thanks**
6:12
**Thayer**
128:5
**theory**
100:24
**thereto**
160:18
**thing**
6:23 9:24 11:23 16:18
16:22 22:11 29:19
31:5 33:13 36:11
41:24 42:5 43:8 46:3
50:9 54:5 58:6 66:14
81:3 83:8 85:17
97:22 98:15 113:12
120:14 123:21
129:21
**things**
13:7 17:18 20:12
21:23 24:21,24 52:10
63:13 71:10 79:20

82:14 90:5 96:7,10
109:19 113:8 120:10
135:19,23 136:24
137:18,19 138:19
143:17 144:15 145:5
**think**
14:3 15:15 16:17
19:23 20:8 21:10
26:2,8 27:4,24 28:11
35:23 37:18,20 39:12
50:23 52:24 61:5,8
85:24 86:10 90:24
93:17 98:1,20 102:6
105:8 109:10 112:7
116:21 136:13
137:10,15,20,21
138:2 140:3,8,19
142:1,2,3,16,17
143:23 144:24 147:1
147:2 157:11 159:8
**thinking**
42:21 74:1 133:2
**thinks**
15:21 157:22
**third**
16:8
**thought**
14:24 15:24 35:21
36:11 38:21 41:22
54:2 57:22
**threats**
63:16
**three**
106:8
**thrown**
40:23
**ticket**
126:15
**till**
35:11
**time**
5:9 8:1,19 12:1 13:3
14:16,22 17:1 19:13
19:17 22:24 25:21

CONFIDENTIAL – ATTORNEYS' EYES ONLY

PETER CASSIDY – 4/1/2015

26:3 30:10,17,18
32:20 33:9 35:16
36:4 37:14 41:3,4
45:8 49:15 58:18
62:21 68:4 69:4
72:19 73:6 74:2,19
75:9 76:11 77:1,14
80:15,22 81:15 82:1
84:7 89:14 91:3,4,5,8
92:10,22 96:6,9
99:24 100:23 102:15
105:4,21 107:10
108:23 109:5 110:1
110:16 111:11 112:9
112:14 118:17 119:8
122:8 124:18 125:2
125:11 131:8 132:19
136:8 137:13 139:1
140:3,23 142:3,9
143:14 146:3 147:4
148:2 149:12,17
151:4 153:23 156:22
158:2 159:8
**timing**
52:5
**title**
67:4
**today**
5:10 6:12 13:2 42:1
127:17 130:24
142:17 143:4 159:9
**Today's**
5:8
**told**
16:4,9 86:20
**Tom**
2:20 5:10
**top**
73:10 152:5
**topic**
13:1 132:18
**touch**
141:19
**Tower**

81:2
**traced**
82:16
**track**
27:23 63:8,13
**tracked**
155:10
**Tracy**
2:20 5:11
**trade**
21:3,16 35:9,9,10 58:5
66:3 71:11 99:8
129:19 133:10
150:19 151:13,21
154:5
**traded**
125:17 133:6
**tradeoffs**
68:8 69:2
**trades**
97:23
**trading**
78:18
**trajectory**
54:19
**transaction**
83:19
**transcript**
7:12 160:12,23 161:13
161:14
**transcripts**
7:6,7,9
**traveling**
24:3
**trials**
14:18 19:23,24 30:18
125:12
**tried**
120:17
**trim**
146:10
**tripped**
66:15
**trouble**

144:18
**true**
58:8 66:18 75:4 90:22
118:10 131:16
160:12
**truthful**
6:21
**try**
6:24 42:1 81:9,9
143:22 144:9 145:2
**trying**
13:3 19:14,14 40:15
41:11,21 42:7 74:14
77:23 84:5,5 96:14
101:6,8 102:6 112:18
136:12 157:11,12
**Tuneprint**
18:22 65:16 66:8,13
66:24 69:9,17 70:2
73:19,20 79:4 134:15
**Tuneprints**
95:19 103:10
**Tuneprint's**
71:15
**Tuneprint-like**
74:1
**Tuneprint.com**
73:13
**turn**
31:9 94:21 106:6,21
108:2 117:8,10
**twice**
137:1,2
**two**
54:5 81:14,23 88:13
92:8 93:23 101:1
153:2,4 156:18,19
**Tyler**
1:3 2:6 5:7
**type**
24:24 27:2 37:24
89:22 99:4 130:17
**typed**
43:15

**types**
12:9 79:6 99:19
134:19
**typical**
57:11 71:5 78:23 79:6
89:15,19 95:10
**typically**
99:7

_____
   **U**
_____

**Uh-huh**
19:4
**ultimately**
20:14
**umber**
9:1
**unauthorized**
83:4
**uncommon**
90:1,3
**undersigned**
161:18
**understand**
13:3 19:15 36:9 41:11
41:21 42:1 62:13
74:14 77:23 78:5
82:3 84:6 101:4,6,7
101:12 112:9 118:9
121:12 122:2 131:17
142:6 146:4
**understanding**
36:21 37:23 38:13
41:2 58:22 60:3
62:20 64:23 72:11
73:21 75:7 76:6
95:23 103:7 106:11
108:17 110:3 112:24
114:6 115:22 119:14
138:24 154:10
156:21
**understood**
110:8
**unfamiliarity**
107:9
**unfortunately**

129:9
**unique**
67:1
**UNITED**
1:1
**unusual**
50:12 52:15
**update**
25:3 114:3
**URLs**
67:5
**use**
33:24 34:2 37:6 82:10
101:15 114:9 126:23
130:2,2,3 153:16
154:9,22 158:11,12
158:13
**useful**
20:12,22 21:2,4 29:23
59:6 61:18
**usually**
54:6 71:11
**utility**
15:14

**V**

**vaguely**
87:4
**value**
68:13 91:13,20
**Varence**
104:16
**various**
33:2 56:20 60:16
106:16
**vast**
138:20
**venues**
156:18
**versed**
153:8
**version**
30:14 116:22 156:11
158:12
**versions**

156:19 157:1,8,14,18
158:3
**versus**
5:5 13:16 41:9 68:6
90:17 130:15 131:3
131:19
**vested**
69:21
**vibe**
38:24 86:15 139:15
**vice**
136:7
**video**
1:12 5:9,10,11 100:1
**Videographer**
2:20 5:2,18,23 55:10
55:14 99:23 100:7,11
102:1,3 142:24 144:1
144:10,17,21 145:8
145:14,18 159:11
**videotaped**
5:3
**view**
20:18 127:21 128:23
**viewership**
113:3
**virtues**
148:14
**voice-identify**
5:13
**volume**
144:5
**vs**
1:7

**W**

**walk**
129:13
**want**
7:11 13:1 18:1,18
35:15 55:7 82:2
130:1 135:20 158:7
158:14
**wanted**
26:17,18 53:20 57:12

86:2 151:9
**war**
63:22
**Warner**
25:24 26:3
**wasn't**
31:24 34:15 50:8,8,12
58:12 76:14 90:3
109:12,23 112:10
128:16 132:20
135:14 138:8 155:1
**watched**
68:1
**watermark**
15:24 41:16 42:11
70:20 76:1 78:11
81:17 82:5 117:21
121:22 134:2
**watermarked**
125:9
**watermarking**
12:20 13:6,12 14:19
14:21 15:7,10,16
16:17 19:24 20:22
26:1 28:18 30:15,24
36:10,12,15,21 37:16
41:9 42:4,14,18
43:13 44:16 46:15,23
59:1 61:2,20 68:6,10
68:22 69:20 74:23
77:1 81:15 82:4,23
83:17 84:9,15 85:1
88:9 89:8 90:17,20
90:23 91:3,13,19
95:5 97:20 98:12
114:22 119:3,15,23
121:3 122:5,6,22
127:18,24 128:24
129:16,23 130:15,22
131:3,19 148:6,8
149:24 151:19
153:14,15,20 154:8
156:5 157:7,13,21
158:1

**watermarks**
40:16
**WAV**
102:1,2
**way**
6:13 15:12 17:6 25:7
27:24 33:16 36:6
37:21 38:14,14 42:18
45:9 46:12 47:5,19
48:17 61:11 68:21
70:11 76:8 77:2 85:3
86:17 110:8 112:3
118:10 120:8 122:22
122:24 128:1 133:5
133:10 138:9,18
145:1 155:8
**ways**
59:3 141:23
**web**
66:5 98:2
**Webnoize**
98:6,10,17 99:3,16
**website**
16:11 25:4,13 52:10
65:21 67:10 71:16,18
98:9 142:12
**websites**
80:13
**Wednesday**
1:13
**week**
48:18
**weird**
96:6,9
**well-known**
97:17
**went**
35:18,19 38:19,22
45:19,21 98:20 99:9
120:17
**weren't**
21:12 33:24 135:12
141:15
**we'll**

13:2 18:17 19:10,10
33:1 123:20,20,21
145:11
**we're**
9:1,2 22:20,20 55:11
55:15 90:21 100:4,8
100:12 122:9 142:24
143:1 145:15,19
159:12
**we've**
54:22 77:16 127:16
130:24 134:14
**Wharton**
37:21 38:2,5,7,12,20
38:22
**wholesome**
140:8
**widely**
132:17
**wife**
140:7
**Wired**
126:14
**wit**
161:19
**witness**
3:3 6:3,5 34:15 160:6
161:1
**won**
20:8
**wondering**
127:20 139:16
**word**
15:6 35:10 49:6 83:14
87:9
**work**
8:16 25:18 26:14 73:4
82:10 83:23 85:17
129:16 135:18
140:14 146:18 150:5
150:5,8 156:8
**worked**
14:22 109:24 140:3
**working**

7:21 10:14 29:2,6,8
30:14 37:15 58:17
69:6 109:20 124:17
125:1 142:7 148:4
**works**
52:18 122:24
**world**
8:9 46:19
**Worldtrax**
125:15
**worshiped**
140:7
**worth**
120:12
**wouldn't**
52:19 84:10 109:22
**write**
25:1,2 76:15
**writing**
85:13
**written**
123:2
**wrong**
38:21 39:7
**wrote**
27:19 126:13 137:10
156:23
**W-E-B-N-O-I-Z-E**
98:4
**W-O-R-L-D-T-R-A...**
125:15

_____

**X**

**x**
1:4,10 3:1,11
**Xerography**
107:20
**Xerox**
107:20

_____

**Y**

**yawing**
11:20
**yeah**
69:3 86:10 98:5 116:2

130:19 139:22,22
**year**
22:18 79:23 80:4
90:15 133:13
**years**
26:4 35:19,20,20 41:5
62:11
**yields**
75:23
**young**
33:17,21 51:1

_____

**Z**

**zealous**
21:14
**zeros**
17:12
**Zift**
108:10

_____

**$**

**$15**
134:4

_____

**0**

**03-13**
160:8

_____

**1**

**1**
1:13,15 5:3,8 55:12,16
100:9 160:5 161:13
**1:29**
145:14
**1:32**
145:19
**1:52**
159:12
**10:15**
1:13 5:9
**100**
37:8
**104**
3:24
**11:03**

55:11
**11:19**
55:15
**114**
4:1
**116**
4:2
**12:10**
100:8
**12:22**
100:12
**1223**
115:8
**125**
4:3
**13**
3:21 72:5
**14**
3:14 23:19
**143**
3:8
**15**
4:2 26:4 62:11 116:13
**160758**
115:13
**160779**
115:13
**1990s**
7:23
**1999**
7:23

_____

**2**

**2**
100:13 116:11 129:13
145:16,20 159:13
**20**
126:22 127:3
**2000**
3:16,17,18,19,20,21
3:22,23 7:23 10:5,23
12:2 23:20 25:23
27:16 28:1,9,23
30:13 33:3 39:19
41:23 48:11 56:4

CONFIDENTIAL – ATTORNEYS' EYES ONLY
PETER CASSIDY – 4/1/2015

61:6 64:13 65:1,6
66:9 67:15 72:5
74:15 79:23 80:4
81:11 85:5 87:18
88:2 90:15 93:8
96:18,24 98:18 99:4
111:21 118:11 131:1
131:16 133:13
134:19 136:2 137:23
**2001**
3:24 4:2,3 22:16 33:3
90:16 104:8,22
108:23 110:16
116:14 117:5 121:14
126:3,22 131:2,16
132:14 136:16
138:23 140:16,20
141:9,19
**2002**
3:14
**201**
161:17
**2015**
1:13 5:8 160:5 161:13
161:16
**21**
4:3 126:3
**218**
2:5
**22**
3:19,20 56:4
**221**
117:11,13,18 121:6,21
122:9,14
**23**
3:14,17,18 39:19
48:11
**27**
3:15
**28**
64:13 65:6

**3**

**39**
3:17

**4**

**405**
2:14
**415.773-5700**
2:16
**415.773.5759**
2:16
**455**
160:8
**472**
152:4
**48**
3:18

**5**

**5**
3:22,23,24 87:18 88:1
93:8 104:8,22 106:13
**50**
3:13 9:7,9,14 10:7
**50s**
9:3
**51**
3:14 18:14 23:12,13
23:18 24:8
**52**
3:15 27:9,10,14,22
31:9 32:7 35:4
**53**
3:17 39:12,14,19
40:10,12 43:19
**54**
3:18 48:4,5,9 50:19
51:18,22 53:1,18
**55**
3:19,19 55:18,19,23
56:13,19 59:19 62:13
62:22
**56**
3:20 64:6,7,12,17,23
65:6,13 66:16,20
69:10 73:22 79:4
**57**
3:21 71:22,23 72:3,7

72:12,21 73:10 75:4
75:19 79:11
**58**
3:22 87:12,13,17,22
88:1,7 89:6,23 91:21
92:5 94:7
**59**
3:23 93:2,3,7,15,18,21
94:22,22 95:14 97:5
100:15 103:8

**6**

**6**
3:7
**6:12-CV-00499-MHS**
1:7 5:7
**60**
3:24 104:2,3,7,21
105:10,17 106:2
107:2 109:14 115:11
115:12
**61**
4:1 114:15,16,20
115:20 116:5 117:4,9
117:11,14 121:6,21
122:17 124:3
**62**
4:2 116:6,8,12,20
117:2
**63**
4:3 125:20,21 126:1
126:20 130:8 135:1
155:13,15 156:23
**64**
3:20

**7**

**7**
106:8
**7,346,472**
152:7
**72**
3:21
**75702**
2:6

**759**
106:9,12,15
**760**
107:1 108:4 109:15
110:20 111:1

**8**

**87**
3:22
**888.908.4400**
2:7

**9**

**9**
3:13
**93**
3:23
**94105-2669**
2:15
**99**
81:11 99:4 134:3
**998**
31:13 32:7

# In The Matter Of:

*BLUE SPIKE, LLC*
*v.*
*TEXAS INSTRUMENTS, et al.*

_____

## *MICHAEL W. BERRY - Vol. 1*

*February 10, 2015*

_____

# *CONFIDENTIAL*
# *UNDER THE PROTECTIVE ORDER*

**MERRILL CORPORATION**
**LegaLink, Inc.**

27 Maiden Lane
Suite 300
San Francisco, CA 94108
Phone: 415.357.4300
Fax: 415.357.4301

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS


|   |   |
|---|---|
| BLUE SPIKE, LLC, | ) |
|   | ) |
|   | ) |
|   | ) |
| Plaintiffs, | ) |
|   | ) |
|   vs. | )NO.  6:12-cv-576 MHS |
|   | ) |
| TEXAS INSTRUMENTS, et al., | ) |
|   | ) |
|   | ) |
| Defendants. | ) |

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION
OF:
MICHAEL W. BERRY


1221 2nd Avenue, Suite 500

Seattle, Washington

* * * * * * *

CONFIDENTIAL - UNDER THE PROTECTIVE ORDER


DATE:  February 10, 2015

REPORTED BY: Tia Reidt
             CCR #2798, RPR


SF-021137

CONFIDENTIAL – UNDER THE PROTECTIVE ORDER
MICHAEL W. BERRY – 2/10/2015

```
 1                    APPEARANCES

 2

 3     On behalf of the Plaintiff Blue Spike:

 4             GARTEISER HONEA

 5             RANDALL GARTEISER

 6             119 West Ferguson

 7             Tyler, TX 75702

 8             (903) 705-7420

 9             RGarteiser@GHIPLaw.com

10

11     On behalf of the Defendant Audible Magic:

12             ORRICK, HERRINGTON & SUTCLIFFE

13             GABRIEL M. RAMSEY

14             405 Howard Street

15             San Francisco, CA 94105

16             (415) 773-5535

17             GRamsey@Orrick.com

18

19     On behalf of the Defendant CBS Interactive and Last.fm:

20             WEIL, GOTSHAL & MANGES

21             ANDREW L. PERITO

22             201 Redwood Shores Parkway

23             Redwood Shores, CA 94065

24             (650) 802-3993

25             Andrew.Perito@Weil.com
```

CONFIDENTIAL – UNDER THE PROTECTIVE ORDER
MICHAEL W. BERRY – 2/10/2015

```
 1                    APPEARANCES CONTINUED

 2

 3    On behalf of the Defendant Adobe:

 4            FARELLA, BRAUN & MARTEL

 5            EUGENE Y. MAR

 6            235 Montgomery Street

 7            San Francisco, CA 94104

 8            (415) 954-4400

 9            EMar@FBM.com

10

11    On behalf of the third-party witness:

12            HILLIS, CLARK, MARTIN & PETERSON

13            ERIC D. LANSVERK

14            MICHAEL R. SCOTT

15            1221 2nd Avenue, Suite 500

16            Seattle, WA 98101

17            (206) 470-7634

18            EDL@HCMP.com

19            MRS@HCMP.COM

20

21

22

23

24

25
```

Page 4

```
1                    APPEARANCES CONTINUED

2

3    On behalf of the Defendant Morpho Trust USA, L-1 Identity

4    Solutions, Morpho Track, Inc., and Safran USA

5              MORGAN LEWIS

6              LINDSEY M. SHINN

7              2 Palo Alto Square

8              3000 El Camino Real, Suite 700

9              Palo Alto, CA 94306

10             (650) 843-7240

11             LShinn@MorganLewis.com

12

13   ALSO PRESENT:

14

15   NICK MARTINI,

16   Adobe inhouse counsel

17

18   NICHOLAS RAPP,

19   Videographer

20

21

22

23

24

25
```

```
 1                    EXAMINATION INDEX

 2

 3     EXAMINATION BY                    PAGE

 4     Mr. Ramsey                        8

 5                                       106

 6                                       151

 7     Ms. Shinn                         73

 8     Mr. Perito                        94

 9     Mr. Garteiser                     138

10

11                     EXHIBIT INDEX

12

13     EXHIBIT     DESCRIPTION                      PAGE

14     EXHIBIT 40  Document entitled Exhibit 6,     96

15                 Computer Vision for Music

16                 Identification.

17     EXHIBIT 41  Computer Vision for Music        97

18                 Identification Abstract.

19     EXHIBIT 42  E-mail re: Pricing for SDMI and  131

20                 Sony.

21

22

23

24

25
```

CONFIDENTIAL – UNDER THE PROTECTIVE ORDER
MICHAEL W. BERRY – 2/10/2015

Page 6

```
 1              SEATTLE, WASHINGTON, TUESDAY FEBRUARY 10, 2015

 2                      10:00 A.M.

 3

 4                  *  *  *  *  *  *

 5                                                     10:02:51

 6         THE VIDEOGRAPHER:  Here begins Volume I,     10:02:51

 7    Videotape No. 1 in the deposition of Michael Berry, in  10:02:55

 8    the matter of Blue Spike, LLC versus Texas Instruments  10:02:57

 9    in the US District Court for the Eastern District of   10:03:02

10    Texas, Case No. 6:12-cv-576 MHS.                       10:03:06

11         Today's date is February 10th, 2015.  The       10:03:14

12    time on the video monitor is 10:03 a.m.  The video    10:03:19

13    operator today is Nick Rapp, contracted by Merrill     10:03:24

14    Corporation.                                           10:03:27

15         The video deposition is taking place at 1221     10:03:28

16    2nd Avenue, Suite 500, Seattle, Washington 98101.      10:03:33

17         Counsel, please identify yourselves and state    10:03:37

18    whom you represent.                                    10:03:41

19         MR. RAMSEY:  This is Gabriel Ramsey with         10:03:43

20    Orrick, Herrington & Sutcliffe for Audible Magic       10:03:48

21    Corporation and its customers.                         10:03:49

22         MR. PERITO:  Andrew Perito from Weil, Gotshal    10:03:50

23    & Manges on behalf of CBS Interactive, Inc., and       10:03:55

24    Last.fm, Limited.                                      10:03:59

25         MR. MAR:  Eugene Mar from Farella, Braun &       10:04:00
```

CONFIDENTIAL – UNDER THE PROTECTIVE ORDER
MICHAEL W. BERRY – 2/10/2015

Page 7

| | | |
|---|---|---|
| 1 | Martel on behalf of Adobe Systems. | 10:04:05 |
| 2 | MS. SHINN:  Lindsey Shinn from Morgan, Lewis | 10:04:10 |
| 3 | & Brockius for Morpho Trust, USA, LLC, L-1 Identity | 10:04:12 |
| 4 | Solutions, Inc., Morpho Track, Inc., and Safran USA. | 10:04:18 |
| 5 | MR. GARTEISER:  Randall Garteiser on behalf | 10:04:20 |
| 6 | of Blue Spike, the plaintiff. | 10:04:24 |
| 7 | MR. SCOTT:  Michael Scott on behalf of the | 10:04:27 |
| 8 | witness, Mike Berry. | 10:04:29 |
| 9 | MR. LANSVERK:  Eric Lansverk with Hillis, | 10:04:30 |
| 10 | Clark, Martin & Peterson on behalf of the witness, Mike | 10:04:32 |
| 11 | Berry. | 10:04:34 |
| 12 | THE VIDEOGRAPHER:  The court reporter today | 10:04:40 |
| 13 | is Tia Reidt of Merrill Corporation. | 10:04:41 |
| 14 | Would the reporter please swear in the | 10:04:45 |
| 15 | witness. | 10:04:47 |
| 16 | | 10:04:48 |
| 17 | MICHAEL W. BERRY,   having been first duly sworn | |
| 18 | by the Notary, deposed as follows: | |
| 19 | | |
| 20 | | |
| 21 | MR. RAMSEY:  All right. | |
| 22 | MR. MAR:  As we begin, this is Eugene Mar for | 10:04:59 |
| 23 | Adobe. | 10:04:59 |
| 24 | I just want to get it onto the record that in | 10:05:03 |
| 25 | the case between Blue Spike and Adobe pending in the | 10:05:05 |

CONFIDENTIAL – UNDER THE PROTECTIVE ORDER
MICHAEL W. BERRY – 2/10/2015

Page 8

| | | |
|---|---|---|
| 1 | Northern District of California, we have a standing in | 10:05:10 |
| 2 | place in the court, a standing on all discovery as to | 10:05:14 |
| 3 | Adobe and its products and its technologies, so we | 10:05:15 |
| 4 | would ask the parties today to refrain from asking any | 10:05:18 |
| 5 | questions to Mr. Berry pertaining to work at Adobe or | 10:05:19 |
| 6 | any of its products or any of its technologies. | 10:05:24 |
| 7 | If that presents a problem for anyone, I | 10:05:27 |
| 8 | would ask that you speak to me offline, and if need to, | 10:05:28 |
| 9 | we can get guidance from the Court. | 10:05:31 |
| 10 | But to be clear, from Adobe's perspective, | 10:05:34 |
| 11 | Mr. Berry is free to speak about his role as a | 10:05:35 |
| 12 | coinventor on the asserted patents and any other work | 10:05:37 |
| 13 | he has done and any knowledge he has outside of what he | 10:05:41 |
| 14 | does at Adobe and any of their products. | 10:05:43 |
| 15 | MR. GARTEISER:  As a brief followup, this is | 10:05:49 |
| 16 | Randall Garteiser on behalf of Blue Spike.  Blue Spike | 10:05:51 |
| 17 | has actually voluntarily moved to dismiss Adobe, so | 10:05:53 |
| 18 | Adobe is no longer a defendant in this action, or is on | 10:06:00 |
| 19 | the way to not be. | 10:06:06 |
| 20 | | 10:06:06 |
| 21 | EXAMINATION | 10:06:06 |
| 22 | BY MR. RAMSEY: | 10:06:06 |
| 23 | Q.   Okay.  All right.  Good morning, Mr. Berry. | 10:06:08 |
| 24 | I'm Gabe Ramsey. | 10:06:12 |
| 25 | Your counsel has probably already given you | 10:06:14 |

Pages 9-154  Redacted

CONFIDENTIAL – UNDER THE PROTECTIVE ORDER
MICHAEL W. BERRY – 2/10/2015

Page 155

```
 1              MR. MAR:  No.

 2              THE COURT REPORTER:  Copy?

 3              MR. LANSVERK:  We just -- he just needs to      04:10:17

 4      read it.  We'll reserve.                                04:10:20

 5              THE COURT REPORTER:  Okay.  Do you want a       04:10:20

 6      copy of the transcript?                                04:10:20

 7              MR. LANSVERK:  I don't need a copy.  He just    04:10:20

 8      needs to read it.                                      04:10:20

 9              THE COURT REPORTER:  Okay.  Copy?              04:10:21

10              MR. GARTEISER:  No, I'm okay.                  04:10:24

11              (Whereupon, the deposition of MICHAEL W.       04:10:25

12      BERRY was concluded at 4:10 p.m.)                     04:10:25

13              (Signature reserved.)                          04:10:42

14              MR. GARTEISER:  Actually, I do need a copy.    04:10:42

15              THE COURT REPORTER:  Okay.  Thank you.

16                            ---o---

17

18

19

20

21

22

23

24

25
```

C E R T I F I C A T E

STATE OF WASHINGTON   )
                      ) ss
COUNTY OF KING        )

        I, the undersigned officer of the Court, under
my commission as a Notary Public in and for the State of
Washington, hereby certify that the foregoing deposition
upon oral examination of the witness named herein was
taken stenographically before me and thereafter
transcribed under my direction;
        That the witness before the examination was first
duly sworn by me to testify truthfully; that the
transcript of the deposition is a full, true and correct
transcript of the testimony, including questions and
answers and all objections, motions, and exceptions of
counsel made and taken at the time of the foregoing
examination;
        That I am neither attorney for nor a relative or
employee of any of the parties to the action; further,
that I am not a relative or employee of any attorney or
counsel employed by the parties hereto, nor financially
interested in its outcome.

        IN WITNESS WHEREOF, I have hereunto set my hand
and seal this   day of      , 2015.

Tia B. Reidt
NOTARY PUBLIC in and for
the State of Washington,
residing in King County.
My commission expires 6-3-18.

# MERRILL CORPORATION



LegaLink, Inc.

27 Maiden Lane, Suite 300
San Francisco, CA 94108 • (415) 357-4300

February 20, 2015

Michael Berry
c/o Eric Lansverk
Hillis, Clark, Martin & Peterson
1221 2nd Avenue, Suite 500
Seattle, WA 98101

***In re: Spike v. Texas Instruments, et al.***

Dear Mr. Berry:

Please be advised that the original transcript of your deposition taken on February 10, 2015 in the above-entitled matter is available for reading and signing.  The original will be held at the offices of:

> Merrill Corporation
> 27 Maiden Lane, Suite 300
> San Francisco, California 94108
> (415)357-4300

for thirty (30) days in accordance with Federal Rules of Civil Procedure Section 30 (e).   If you do not sign your deposition within 30 days from the date of this letter, it may be used as fully as though signed.

If you are represented by counsel in this matter, you may wish to ask your attorney how to proceed.  If you are not represented by counsel and wish to review your transcript, please contact our office for a mutually convenient appointment to review your deposition.

Thank you for your cooperation in this matter.

Very truly yours,

Client Services
Merrill Corporation, San Francisco

cc:      Original transcript
         All Counsel

SF-021137 – Witness: Michael W. Berry – February 10, 2015
Spike v. Texas Instruments, et al.



Merrill Legal Solutions

MERRILL CORPORATION

INSTRUCTIONS FOR READING/CORRECTING YOUR DEPOSITION

To assist you in making changes and /or corrections to your deposition testimony, please follow the directions below.  If additional pages are necessary, please furnish them and attach the pages to the back of the errata sheet.

Please read your transcript carefully. If you find any errors or changes you wish to make, insert the changes and/or corrections on the errata sheet by listing the page and the line number reference and then the change you wish to make.

Please do not make any changes and /or corrections on the face of the transcript.

Please do NOT change any of the questions.

After completing your review, please sign the last page of the errata sheet, above the designated "Signature."

ERRATA SHEET

Page    Line

_____   _____          Change:_____

                       Reason:_____

_____   _____          Change:_____

                       Reason:_____

_____   _____          Change:_____

                       Reason:_____

Page    Line

SF-021137 – Witness: Michael W. Berry – February 10, 2015
Spike v. Texas Instruments, et al.

_____  _____     Change:_____

                Reason:_____

_____  _____     Change:_____

                Reason:_____

_____  _____     Change:_____

                Reason:_____

_____  _____     Change:_____

                Reason:_____

_____  _____     Change:_____

                Reason:_____

_____  _____     Change:_____

                Reason:_____

_____  _____     Change:_____

                Reason:_____

_____ Subject to the above changes, I certify that the transcript is true and correct.

_____ No changes have been made.  I certify that the transcript is true and correct.


_____          _____
(signature)                                                              (date)

# In The Matter Of:

*BLUE SPIKE, LLC*

*v.*

*TEXAS INSTRUMENTS INC.*

_____

## *MATT INGALLS - Vol. 1*
### *July 16, 2014*

_____

**CONFIDENTIAL - OUTSIDE COUNSEL ONLY**

**MERRILL CORPORATION**

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

--o0o--

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | 6:12-CV-499-MHS |
| TEXAS INSTRUMENTS INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| | ) | |
| BLUE SPIKE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. |
| | ) | 6:12-CV-576-MHS |
| AUDIBLE MAGIC CORPORATION, | ) | |
| ET AL., | ) | (Consolidated with |
| | ) | 6:12-CV-499) |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

CONFIDENTIAL OUTSIDE COUNSEL ONLY

DEPOSITION OF MATT INGALLS

San Francisco, California

Wednesday, July 16th, 2014

10:03 a.m.

Reported by:  Terri D. Kinser, CSR No. 4393 (SF-003538)

CONFIDENTIAL – OUTSIDE COUNSEL ONLY
MATT INGALLS – 7/16/2014

Page 2

INDEX OF EXAMINATIONS

PAGE

Examination by Mr. Ramsey                          5

--oOo--

INDEX OF EXHIBITS

EXHIBITS                                         PAGE

Exhibit 1    Handwritten note to Matt              16
             from Scott Moskowitz (Bates
             stamped MI000001 to MI000004)

Exhibit 2    Document entitled, "Consulting        17
             Agreement," effective April
             6th, 2000 (Bates stamped
             MI000199 to MI000201)

Exhibit 3    Subpoena to Testify at a              19
             Deposition in a Civil Action
             to Matt Ingalls

Exhibit 4    Handwritten notes (Bates              39
             stamped MI000005 to MI000015)

Exhibit 5    Resume of Matt Ingalls                42
             (Bates stamped BLU023644 to
             BLU023646)

Exhibit 6    Invoice from Matt Ingalls             44
             to Gregg Moskowitz, dated
             January 31, 2001 (Bates
             Stamped MI000193 to MI000198)

Exhibit 7    Internet printout from                57
             bluespike.com

Exhibit 8    Untitled document dated               59
             Friday, May 19 (Bates
             stamped BLU023643)

Exhibit 9    E-mail to mikeb@nmol.com              63
             dated 12/12/00 (Bates
             stamped MI000088

CONFIDENTIAL – OUTSIDE COUNSEL ONLY
MATT INGALLS – 7/16/2014

Page 3

A P P E A R A N C E S


For the Plaintiff, Blue Spike, LLC:

    Garteiser Honea
    119 West Ferguson
    Tyler, Texas  75701
    By:  CHRISTOPHER HONEA, Esq.


For the Defendant, Audible Magic Corporation:

    Orrick, Herrington & Sutcliffe, LLP
    1000 Marsh Road
    Menlo Park, California  94025-1015
    By:  GABRIEL M. RAMSEY, Esq.


For the Witness:

    KAO SWOPE, LLP
    268 Bush Street, Suite 4127
    San Francisco, California  94104-3503
    By:  RICHARD S. SWOPE, Esq.


Also Present:

    LARRY COSSAR, Videographer

    WHITNEY MINER


--oOo--

CONFIDENTIAL – OUTSIDE COUNSEL ONLY
MATT INGALLS – 7/16/2014

Page 4

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  Here begins Video Number 1 in | 10:02:30 |
| 2 | the Deposition of Matt Ingalls in the matter of Blue | 10:02:31 |
| 3 | Spike, LLC versus Audible Magic Corporation, in the U.S. | 10:02:34 |
| 4 | District Court, Eastern District of Texas, Tyler | 10:02:39 |
| 5 | Division.  Case number -- I'm sorry.  I didn't get that. | 10:02:42 |
| 6 | My bad.  6:12-CV-499-MSH. | 10:02:50 |
| 7 | Today's date is July 16th, 2014.  The time on the | 10:02:59 |
| 8 | video monitor is 10:03 a.m.  Today's date is July 16th, | 10:03:06 |
| 9 | 2014.  The video operator today is Larry Cossar.  The | 10:03:10 |
| 10 | deposition is taking place at Orrick Herrington Sutcliffe | 10:03:16 |
| 11 | in San Francisco. | 10:03:22 |
| 12 | Counsel, please voice identify yourselves and state | 10:03:25 |
| 13 | whom you represent. | 10:03:25 |
| 14 | MR. RAMSEY:  This is Gabriel Ramsey, with | 10:03:26 |
| 15 | Orrick, Herrington & Sutcliffe for Audible Magic | 10:03:28 |
| 16 | Corporation and its customers. | 10:03:33 |
| 17 | MR. SWOPE:  Richard Swope with Cao & Swope, | 10:03:33 |
| 18 | representing Matt Ingalls. | 10:03:36 |
| 19 | MR. HONEA:  Christopher Honea, representing Blue | 10:03:37 |
| 20 | Spike, Inc. | 10:03:41 |
| 21 | THE VIDEOGRAPHER:  The court reporter today is | 10:03:42 |
| 22 | Terri Kinser of Merrill Corporation. | 10:03:43 |
| 23 | Would the reporter please swear in the witness? | 10:03:46 |
| 24 | THE REPORTER:  Yes. | |
| 25 | /// | /// |

Merrill Corporation – San Francisco
(800) 869-9132                                www.merrillcorp.com/law

Pages 5-73  Redacted

CONFIDENTIAL – OUTSIDE COUNSEL ONLY
MATT INGALLS – 7/16/2014

Page 74

```
1              MR. HONEA:  Yes, please.                    12:25:24

2              THE REPORTER:  Do you want both?            12:25:30

3              MR. HONEA:  Yes, please.

4              THE REPORTER:  Okay.  Mr. Swope, would you like  12:25:31

5      a copy of the deposition?                           12:27:25

6              MR. SWOPE:  No, I don't need a copy.         12:27:28

7              THE REPORTER:  Okay.  Thank you.            12:27:32

8

9              (The deposition concluded at 12:24 p.m.)

10

11                        --o0o--

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    CERTIFICATE OF REPORTER

 2

 3        I, TERRI D. KINSER, a Certified Shorthand Reporter,

 4   hereby certify that the witness in the foregoing

 5   deposition was by me duly sworn to tell the truth in the

 6   within-entitled cause;

 7        That said deposition was taken down in shorthand by

 8   me, a disinterested person, at the time and place therein

 9   stated, and that the testimony of the said witness was

10   thereafter reduced to typewriting by computer, under ny

11   direction and supervision;

12        I further certify that I am not of counsel or

13   attorney for either or any of the parties to the said

14   deposition, nor in any way interested in the event of

15   this cause, and that I am not related to any of the

16   parties thereto.

17

18              DATED:  ___July 23, 2014___

19

20                      ___T. D. K.___

21              TERRI D. KINSER, CSR No. 4393

22

23

24

25
```

75

CONFIDENTIAL

Page 1

1
2           C O N F I D E N T I A L
3    IN THE UNITED STATES DISTRICT COURT
     FOR TE EASTERN DISTRICT OF TEXAS
4    TYLER DIVISION
     ---------------------------------------
5    BLUE SPIKE, LLC,
6                      Plaintiff,
7              -against-                    Case No.
                                           6:12-cv-
8    TEXAS INSTRUMENTS, INC.,               00499-MHS
                                           (Lead Case)
9                      Defendant.
     ---------------------------------------
10   BLUE SPIKE, LLC,
11                     Plaintiff,
12             -against-
13   AUDIBLE MAGIC CORPORATION, FACEBOOK,   Case No.
     INC., MYSPACE, LLC, SPECIFIC MEDIA,    6:12-cv-
14   LLC, PHOTOBUCKET.COM, INC.,            00576-MHS
     DAILYMOTION, INC., DAILYMOTION S.A.,   (Consoli-
15   SOUNDCLOUD, INC., SOUNDCLOUD LTD.,      dated)
     MYXER, INC., QLIPSO, INC., QLIPSO
16   MEDIA NETWORKS LTD., YAP.TV, INC.,
     GOMISO, INC., IMESH, INC., METACAFE,
17   INC., BOODABEE TECHNOLOGIES INC.,
     TUNECORE, INC., ZEDGE HOLDINGS,
18   INC., BRIGHTCOVE INC.,
     COINCIDENT.TV, INC., ACCEDO
19   BROADBAND NORTH AMERICA, INC.,
     ACCEDO BROADBAND AB, and MEDIAFIRE,
20   LLC,
21                     Defendants.
     ---------------------------------------
22
23            December 12, 2014
              GREGG MOSKOWITZ
24
25   Job No. 87617

CONFIDENTIAL

Page 2

1

2

3                                    December 12, 2014

                                     5:19 p.m.

4

5

6     Deposition of GREGG MOSKOWITZ, taken by

7     Defendants, pursuant to Subpoena, held at

8     830 Third Avenue, New York, New York, before

9     Joseph R. Danyo, a Shorthand Reporter and

10    Notary Public within and for the State of New

11    York.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL

Page 3

1

2   A P P E A R A N C E S :

3

4       JERRY D. GOLDSTEIN
            Attorneys for Plaintiff and the Witness
            264 Union Boulevard
5           Totowa, New Jersey 07512
6       By:   Jerry Goldstein

7

8

9       ORRICK HERRINGTON & SUTCLIFFE
            Attorneys for Audible Magic Corporation
            405 Howard Street
10          San Francisco, California 94105
11      By:   Gabriel Ramsey
12
                      -and-
13

14

15      ORRICK HERRINGTON & SUTCLIFFE
            777 S. Figueroa Street
            Los Angeles, California 90017
16

        By:   Alyssa Caridis
17

18
                      -and-
19

20

21      ORRICK HERRINGTON & SUTCLIFFE
            1152 15th Street, N.W.
            Washington, D.C. 20005
22

        By:   Christopher J. Higgins
23

24

25

CONFIDENTIAL

Page 4

1

2    A P P E A R A N C E S : (Continued)

3

     Also Present:

4

        MATT SMITH,

5          Videographer

6

                              oOo

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL

Page 5

1           Moskowitz - Confidential

2           THE VIDEOGRAPHER:  This begins tape

3      labeled number 1 of the videotaped

4      deposition of Gregg Moskowitz in the

5      matter of Blue Spike, LLC versus Texas

6      Instruments, Incorporated, et al., in the

7      United States District Court for the

8      Eastern District of Texas, Tyler Division.

9           This deposition is being held at 830

10     Third Avenue, New York, New York, on

11     December 12, 2014 at approximately 5:19

12     p.m.

13           My name is Matthew Smith for TSG

14     Reporting, Inc.  I am the legal video

15     specialist.  The court reporter is Joe

16     Danyo in association with TSG Reporting.

17           Would counsel please introduce

18     themselves for the record.

19           MR. RAMSEY:  This is Gabriel Ramsey

20     with the law firm of Orrick Herrington &

21     Sutcliffe along with my colleagues Chris

22     Higgins and Alyssa Caridis on behalf of

23     Audible Magic and its customers.

24           MR. GOLDSTEIN:  My name is Jerry

25     Goldstein.  I represent Blue Spike, and I

CONFIDENTIAL

Page 6

1          Moskowitz - Confidential

2          am here in the limited capacity of

3          representing Mr. Moskowitz as to

4          objections and any questions he may have

5          regarding this deposition.

6              MR. RAMSEY:  Very good.

7      EXAMINATION BY MR. RAMSEY:

8          Q.   Please state --

9              THE VIDEOGRAPHER:  Would the court

10          reporter please swear in the witness.

11      G R E G G   M O S K O W I T Z, having been first

12      duly sworn by Joseph R. Danyo, a Notary Public

13      for the State of New York, was examined and

14      testified as follows:

15      EXAMINATION BY MR. RAMSEY:

16          Q.   Could you please state your full name

17      for the record.

18          A.   Gregg Moskowitz.

19          Q.   Have you been deposed before in your

20      life?

21          A.   Never.

22          Q.   Just quickly the overview of the

23      process, I will ask questions and please try to

24      give me as good answers as you can based on your

25      recollection.  The most important thing by far is

CONFIDENTIAL

Page 7

1                   Moskowitz - Confidential

2        that we should try to -- you should try to let me

3        finish my questions before you begin speaking,

4        and I should let you finish your answers, please

5        remind me, before I start a new question, because

6        it is hard to take down at the same time.

7                        So at some point in history did you

8        have involvement with a company called Blue

9        Spike, Inc.?

10               A.   Yes.

11               Q.   Please describe for me when you first

12       became involved with Blue Spike, Inc.

13               A.   Approximately 1998.  I joined my

14       brother.

15               Q.   What was your role when you first

16       became involved with Blue Spike in '98?

17               A.   My role was CFO where I was

18       responsible for writing the business plan and

19       raising capital.

20               Q.   How long did you have a formal role

21       with Blue Spike, Inc. after 1998?

22               A.   Formally through approximately 2001.

23               Q.   Did you have a formal title with Blue

24       Spike, Inc. between 1998 and 2001?

25               A.   Yes, it was business development

CONFIDENTIAL

1                    Moskowitz - Confidential

2       slash -- you know, probably mostly business

3       development just because there was no CFO title.

4            Q.    Did you carry out CFO-type functions?

5            A.    Yes.

6            Q.    What was in general the business of

7       Blue Spike, Inc. between 1998 and 2001?

8            A.    It was a digital watermarking

9       company.

10           Q.    Other than digital watermark

11      products, did Blue Spike ever develop between

12      1998 and 2001 any other type of product?

13           A.    Everything that I can recall was

14      related to the digital watermarking product.

15           Q.    Did Blue Spike, Inc. ever develop a

16      digital fingerprinting technology between 1998

17      and 2001?

18           A.    I don't recall.

19           Q.    Do you recall any conversations at

20      Blue Spike between '98 and 2001 about digital

21      fingerprinting technologies?

22           A.    You know, digital watermarking,

23      digital fingerprinting, I'm not a technologist,

24      so...

25           Q.    Do you know what I mean when I say

CONFIDENTIAL

Page 9

1              Moskowitz - Confidential

2    digital fingerprinting?

3         A.   No.

4         Q.   When I say digital fingerprinting, I

5    am talking about a kind of technology that

6    analyzes a piece of content and creates some sort

7    of representation of that content so they can be

8    looked up in a database later.

9         A.   Digitized information.  That is

10   called digital watermarking, to my knowledge.

11        Q.   Okay.  So do you know what this case

12   is about, Blue Spike versus Texas Instruments?

13        A.   I do not.

14        Q.   This case has to do with technology

15   that looks at a signal and extracts features from

16   the signal and then creates a representation of

17   the signal.

18        A.   Um-hum.

19        Q.   So I am going to use that as a

20   definition of a digital fingerprint.  Is that

21   okay?

22        A.   That is okay.

23             MR. GOLDSTEIN:  Objection as to form

24        and that we don't necessarily agree with

25        that definition.

CONFIDENTIAL

Page 10

1                   Moskowitz - Confidential

2            Q.    Do you remember ever contemplating

3     Blue Spike working with any company that created

4     a digital fingerprint technology as I have

5     defined it?

6            A.    Not that I recall.

7            Q.    Do you remember ever talking about a

8     company called ███████████?

9            A.    No.

10           Q.    Do you ever remember talking to a

11    company called ████?

12           A.    I don't recall.

13           Q.    Do you ever recall talking about a

14    company called ████?

15           A.    I don't recall.

16           Q.    Do you recall anything about Blue

17    Spike, Inc.'s business relating to content

18    monitoring?

19           A.    Again, I wasn't in the technology

20    space, I was more of the CFO, so I was not a

21    technologist.  So I don't recall.

22           Q.    When you were out doing business

23    development on behalf of Blue Spike during 1998

24    and 2001, please name for me the companies that

25    you remember that you were attempting to engage

CONFIDENTIAL

Page 11

1                    Moskowitz - Confidential

2    in business development?

3            A.    Most of them were the ████████████
     ████ ████████████████████████████████. That

5    is primarily what my contact was with other

6    companies.

7            Q.    ████████████████████████████
     ████████████████████████████████████████

     ████ ████ ██████████████████████████████████

     ████ ████████████████████████████████████

     ████        ████ ████████████████████████get

12   from ████████████████

     ████         ████ ████████████████████████ and

14   they were going through a lot of testing of the

15   technology.

16           Q.    Were you involved in any

17   standard-setting process relating to digital

18   watermarking?

19           A.    Yes.  SDMI I think it was referred to

20   as.

21           Q.    What is SDMI?

22           A.    Signal Digital, I don't even recall.

23   SDMI.  It has been a while.  They were trying to

24   find -- they were trying to find a standard for

25   identifying content over the -- digitized content

CONFIDENTIAL

Page 12

1                    Moskowitz - Confidential

2       over the Internet.

3           Q.    Was Blue Spike's watermarking

4       technology under consideration to become a

5       standard within the SDMI process?

6           A.    Yes.

7           Q.    And was Blue Spike's digital

8       watermarking technology ultimately adopted as a

9       standard by SDMI?

10          A.    I don't recall.  I don't know if SDMI

11      ever finalized that approach.

12          Q.    What happened with regard to the SDMI

13      process as it relates to Blue Spike?

14          A.    I just remember we were in those

15      meetings for quite some time.  I don't think they

16      ever came to a final decision on a technology.

17          Q.    Is it fair to say that the SDMI

18      standard-setting process failed?

19          A.    I don't recall.

20          Q.    Did Blue Spike make a decision not to

21      continue participating in the SDMI process?

22          A.    At a time we did, but I don't recall

23      if we went back into it as well.

24          Q.    What do you mean?

25          A.    In other words, I don't recall if we

CONFIDENTIAL

Page 13

1                    Moskowitz - Confidential

2    pulled out for good or if it was just

3    temporarily, and then they were still monitoring

4    our technology.

5            Q.   Do you remember a moment in the

6    history of the SDMI process when there were

7    hacking tests against various watermarking

8    technologies?

9            A.   Yes, I do.

10           Q.   Describe for me your recollection of

11   that.

12           A.   Just that.  Again, I'm not a

13   technologist, so all I recall, I just know that

14   they asked for technology, and they put it

15   through a bunch of testing to determine what was

16   the best technology, and again, to my

17   recollection, I don't know if they ever made a

18   decision on that.  I don't think that went

19   anywhere.

20           Q.   Do you recall what happened as a

21   result of the hacking tests that we just

22   mentioned?

23           A.   I do not.

24           Q.   Do you remember any other digital

25   watermarking standard-setting processes that Blue

CONFIDENTIAL

Page 14

1                    Moskowitz - Confidential

2      Spike was involved with?

3           A.    I don't recall.

4           Q.    Do you remember something called ███

███   ███   ████████████████████████████████████

███   ████████████████████████████████████████

███   ██████████████████████████████████████

███   ████████████████████████████████████████

███   █████

10          Q.    ██████████████████████████████████

███   ████████████████████████████████████████

███   ██████████████████████████████

13          A.    I don't recall.

14          Q.    Back to content companies.  What

15     content companies do you recall that you

16     interacted with on behalf of Blue Spike?

17          A.    Universal, Sony.  Who else?  BMG.

18          Q.    Describe for me your recollection of

19     interactions with Universal.

20          A.    Just it was more for prepackaged --

21     it was for pre-releases where we were hoping that

22     they would incorporate our technology into their

23     pre-release agenda, which is when music was

24     released, you can identify that content.

25          Q.    To be precise, you were contemplating

CONFIDENTIAL

Page 15

```
 1              Moskowitz - Confidential
 2   using Blue Spike's digital watermarking
 3   technology with respect to ████████████
 4         MR. GOLDSTEIN:  Objection as to form.
 5         You can answer.
 6         THE WITNESS:  I'm sorry?
 7         MR. GOLDSTEIN:  You can answer.
 8      Q.   He is going to object to the form
 9   because sometimes my questions are not
10   understandable.
11      A.   I understand.  Can you repeat that
12   question.  I'm sorry.
13   ████ ████████████████████████████████
██   ████████████████████████████████████████
██   ████████████████████████████████
██   ████ ████████
██   ████ ████████████████████████████
██   ████████████████████████████████████████
██   ████████████████████████████
██   ████ ████████
21      Q.   Do you recall ever interacting with
22   an individual named ████████████
23      A.   I don't recall.
24      Q.   Do you ever recall interacting with
25   anybody regarding the company Napster?
```

CONFIDENTIAL

Page 16

Moskowitz - Confidential

1

2      A.   I don't recall anybody -- dealing

3   with anyone at Napster.

4      Q.   Was Blue Spike attempting to do any

5   sort of content monitoring as part of its

6   business between '98 and 2001?

7      A.   I think so.

8      Q.   Describe for me the nature of Blue

9   Spike's content monitoring efforts.

10     A.   It really never -- again most of the

11  technology that we were -- it didn't go very far

12  at that time while I was there, so I don't recall

13  exactly what was going on between the content

14  monitoring or the digital watermarking.

15     Q.   What do you mean the technology

16  didn't go very far?

17     A.   When I was there in terms of there

18  were no -- let me rephrase.  I wasn't really

19  involved in the technology per se, so it is hard

20  for me to comment on what technology was provided

21  to certain companies.  I just remember what I was

22  in charge of.

23     Q.   Okay.  In terms of business

24  development activities, did you ever have content

25  monitoring technology that was fully developed

CONFIDENTIAL

Page 17

1                  Moskowitz - Confidential

2       and sold?

3               A.    I don't recall that.

4               Q.    What did you understand Blue Spike's

5       content monitoring efforts to be?

6               A.    Again, I'm not a technologist, and

7       most of my responsibilities were again on the

8       finance side, the CFO level, capital-raising, and

9       then I did a lot with the music houses for their

10      pre-releases.

11              Q.    Right.   Just from a business point of

12      view, notwithstanding technology, how did you

13      understand content monitoring to fit into Blue

14      Spike's business?

15              MR. GOLDSTEIN:   Objection as to form.

16              A.    Just that it was, the digital signal

17      processing identified digital material as it

18      found its way into the Internet.

19              Q.    Did you ever talk with any of the

20      technologists at Blue Spike regarding content

21      monitoring technology?

22              A.    No.

23              Q.    Did there ever come a point in time

24      when you considered Blue Spike partnering with

25      other technology companies?

CONFIDENTIAL

Page 18

1                    Moskowitz - Confidential

2          A.    I don't recall.

3          Q.    Do you recall interacting with a

4    company called MuscleFish?

5          A.    I don't recall.

6          Q.    Do you recall anything about a

7    company called MuscleFish?

8          A.    I don't recall.

9          Q.    Were you ever involved in any patent

10   activities of Blue Spike, Inc.?

11         A.    No.

12         Q.    Did you ever -- were you ever

13   involved in patent prosecution, for example?

14         A.    No.

15         Q.    Were you ever involved in patent

16   monetization activities at Blue Spike, Inc.?

17         A.    No.

18         Q.    Are you presently an investor in Blue

19   Spike, LLC?

20         A.    No.

21         Q.    Are you in any way involved in this

22   litigation other than your deposition today?

23         A.    No.

24         Q.    I will just ask do you stand to have

25   any financial gain from the outcome of Blue

CONFIDENTIAL

Page 19

1                    Moskowitz - Confidential

2        Spike, LLC versus Audible Magic?

3             A.   I have no idea.

4             Q.   Your brother is Scott Moskowitz?

5             A.   He is.

6             Q.   I will represent to you that Mr.

7        Moskowitz indicated that he talked with you some

8        months before this lawsuit was filed about it.

9        Do you recall that?

10            A.   There has been many litigations that

11       my brother has discussed, but not in great

12       detail.

13            Q.   Okay.   What do you recall about the

14       conversation with your brother regarding this

15       litigation?

16            A.   Not much.

17            Q.   Do you recall anything?

18            A.   No.

19                 MR. RAMSEY:  Could we mark an

20       exhibit.  We will start with Exhibit 19.

21                 (Exhibit 19, e-mail exchange between

22       ███████████████████, was so marked

23       for identification, as of this date.)

24            Q.   All right.  You have been handed a

25       document labeled Exhibit 19.

CONFIDENTIAL

Page 20

1                    Moskowitz - Confidential

2          A.   Um-hum.

3          Q.   It is an e-mail exchange between

4    Scott Moskowitz and somebody called ███████, and

5    you are copied on the e-mail exchange.

6          A.   Okay.

7          Q.   Do you recognize this e-mail at all?

8          A.   I do not.

9          Q.   I am going to ask you to look about

10   halfway down the first page of Exhibit 19.

11         A.   Okay.

12         Q.   There is a reference to the word

13   "signal abstract."  Do you see that?

14         A.   No, I don't.

15         Q.   Sorry.  It is in the middle of the

16   document in the paragraph beginning "███████████

███  ████████████████████"

18         A.   Yes.  Okay.  Signal abstract, yes.

19         Q.   All right.  I believe this is a

20   statement by Scott Moskowitz.  Do you agree with

21   that?

22         A.   It appears that way.

23         Q.   The sentence states "We do not have

24   any particular idea if the signal abstract stuff

25   has a market."  Do you see that sentence?

CONFIDENTIAL

Page 21

1                    Moskowitz - Confidential

2          A.    I do.

3          Q.    What is your recollection of what

4    signal abstract was generally in the context of

5    Blue Spike?

6          A.    I don't know.

7          Q.    Have you ever heard the word "signal

8    abstract"?

9          A.    I am sure from what you are showing

10   me.   However, I don't recall.

11         Q.    I'm not asking as a technical matter,

12   but just in terms of I'm trying to understand the

13   business plans and activities around Blue Spike's

14   signal abstract.   Can you describe that to me?

15         A.    Very tough.   Unfortunately --

16         MR. GOLDSTEIN:   Objection to form.

17         A.    This has been since 2001.   We are in

18   2014.   My brother cc'd me probably on a lot of

19   e-mails just so I would have them.   However, that

20   was more of a formality than anything else.

21         Q.    Okay.   Give me an idea of how deeply

22   involved you were or not involved with the

23   development of business models around Blue

24   Spike's technology.

25         A.    I was not involved very heavily in

CONFIDENTIAL

Page 22

1                 Moskowitz - Confidential

2     the business models around Blue Spike.  Around

3     Blue Spike's technology.

4          Q.   Would you say that your role was

5     primarily to assist in obtaining fund-raising for

6     Blue Spike?

7          A.   That's correct.

8          Q.   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

9     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

11    ▮      ▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

12    ▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

13          Q.   Describe for me after you became

14    involved in 1998, I am trying to understand

15    chronologically the trajectory of Blue Spike,

16    Inc.  What was the first business development

17    activities that you can remember at Blue Spike,

18    Inc.?

19          A.   Again, most of the business

20    development technology that I was involved with

21    was either dealing with music labels for their

22    pre-releases or attending SDMI meetings to

23    network and meet some of the studio labels there.

24          Q.   Do you recall any technology

25    companies -- strike that.  Do you recall any

CONFIDENTIAL

Page 23

1                Moskowitz - Confidential

2        companies asking Blue Spike for any technology

3        other than watermarking?

4              A.    Again, when I was there, I considered

5        most of it all interrelated.

6              Q.    What do you mean most of it all

7        interrelated?

8              A.    Sorry.  When you are asking about

9        technology, I consider all the technology that we

10       did relating to digital watermarking, be it you

11       call it digital fingerprinting, signal abstract.

12       To me, again, I was not a technologist.  I

13       consider that all, call it part of the digital

14       watermarking technology.

15             Q.    Okay.  Do you make any distinctions

16       between digital watermarking, digital

17       fingerprinting and signal abstracts?

18             A.    Again, that is not my job to.

19             Q.    I just want to understand your

20       personal non-technical view of that.

21             MR. GOLDSTEIN:  Objection as to form.

22             A.    Again, this is over ten years ago,

23       so...

24             Q.    Okay.  Do you remember somebody named

25       Peter Cassidy?

CONFIDENTIAL

Page 24

Moskowitz - Confidential

1

2      A.    Vaguely I do, yes.

3          Q.    What is your recollection of Peter

4    Cassidy's role with Blue Spike?

5          A.    I think he helped us on marketing, if

6    I'm not mistaken.

7          Q.    Can you remember any other

8    consultants or employees of Blue Spike, Inc.

9    between '98 and 2001?

10         A.    Mike Berry, who was our CTO.   Peter

11   Cassidy was I think he helped, if I'm not

12   mistaken, was marketing, and I don't recall many

13   others.

14         Q.    Do you remember a gentleman named

15   Brett Fasulo, I believe?

16         A.    Yes, but while I was there, I don't

17   think he was a part of Blue Spike while I was

18   there.

19         Q.    What was Brett Fasulo's role with

20   Blue Spike at any point in time?

21         A.    I don't recall.   He was part of

22   another digital content company, I forget the

23   name of it, in Boston, and Scott was good friends

24   with him.   That's all I recall.

25         Q.    Do you remember a gentleman named

CONFIDENTIAL

Page 25

1                    Moskowitz - Confidential

2   Matt Silpe?

3          A.   Yes.  So Matt Silpe helped on the

4   business side with me of raising capital.

5              MR. RAMSEY:  If we could please mark

6          the next document as Exhibit 20.

7              (Exhibit 20, Document from Gregg

8          Moskowitz to Scott Moskowitz, Mike Berry

9          and Peter Cassidy dated December 5, 2000,

10         was so marked for identification, as of

11         this date.)

12         Q.   You have been handed a document

13  marked Exhibit 20 from you to Scott Moskowitz,

14  Mike Berry and Peter Cassidy dated December 5,

15  2000.  Do you recognize this document?

16         A.   I don't recall it, but it seems like

17  I wrote it.

18         Q.   All right.  If you could just take a

19  minute and read the content of Exhibit 20.

20         A.   Okay.

21         Q.   █████████████████████████████████

    █████  █████████████████████████████████

    █████  ███████████████████████████████████████

    █████  ███████████████████████████████████

25         A.   I don't recall.

CONFIDENTIAL

Page 26

1                    Moskowitz - Confidential

2              Q.   ██████████████████████████████

   ██████████████████████████████████████

   ██████████████████████████████████

   ████████████████████████████████████████████

   ████████████████████████████████████████████

   ███████████████████████████████████

   ██████████████████████████████

9              A.   I do.

10             Q.   Do you recall what you meant by that

11   sentence?

12             A.   I don't.  It has been, you know, 14

13   years ago almost to the day, so I don't recall

14   exactly what we were trying to do with ████.

   ██     ██     ████████████████████████████████with

   ██   ████

17             A.   Vaguely.  Just from this when you

18   bring up this e-mail.

19             Q.   What do you recall about ████████

   ██   ████████ from this e-mail?

21             A.   I just remember that they were

22   looking potentially for ██████████████████████

   ████████████████████████████████████████

   ██████████████████████████ I should say.

25             Q.   You mention a company called ████████

CONFIDENTIAL

1            Moskowitz - Confidential

2    in Exhibit 20.  Do you see that?

3            A.   I do.

4            Q.   What was █████████?

5            A.   I don't recall.  Just from this, it

6    seems like they reported, they did a full

7    reporting system.  From my recollection, it

8    probably was they do the reporting, we do the

9    monitoring, and together it could be a full

10   solution, but I don't recall.

11           Q.   In general, during the 2000 time

12   frame, was Blue Spike considering a monitoring

13   and reporting-type product?

14           A.   I vaguely --

15           MR. GOLDSTEIN:  Objection as to form.

16           A.   I vaguely recall that.

17           Q.   What do you recall about that?

18           A.   Just from the e-mail, I think, you

19   know, from what I remember is that they were

20   trying to identify when music is played in

21   different mediums to identify when it is played,

22   and the watermark could identify when certain

23   content is played.

24           Q.   Exhibit 20 mentions ASCAP.  Do you

25   see that?

CONFIDENTIAL

Page 28

1                Moskowitz - Confidential

2        A.    I do.

3        Q.    What do you recall regarding Blue

4    Spike, Inc.'s interactions with ██████

5        A.    ████████████████████████

6    ██████████████████████████████████

7    ██████████████████████████, so we

8    can -- so they can monitor that and identify when

9    their content was played.

10       Q.    ████████████████████████

11   ██████████████████████████████

12   ██████████

13       A.    I don't recall that.

14       Q.    Do you think that Blue Spike, Inc.

15   did not ever provide a monitoring system?

16            MR. GOLDSTEIN:   Objection to form.

17       A.    I can't recall if we did or not.   I

18   know we dealt with them in terms of, but I don't

19   know if actual technology was ever delivered.

20       Q.    Do you remember a company called

21   Liquid Audio?

22       A.    Vaguely.

23       Q.    What do you recall about Liquid

24   Audio?

25       A.    Just the name.   It sounds familiar.

CONFIDENTIAL

Page 29

1                    Moskowitz - Confidential

2          Q.   Do you remember any companies in the

3     Internet broadcasting space that Blue Spike was

4     interacting with at the time?

5                    MR. GOLDSTEIN:   Objection as to form.

6          A.   I don't recall.

7                    MR. RAMSEY:   Please mark Exhibit 21.

8                    (Exhibit 21, e-mail dated December 5,

9              2000 from Scott Moskowitz to Gregg

10             Moskowitz, Mike Berry and Peter Cassidy,

11             was so marked for identification, as of

12             this date.)

13         Q.   All right.  You have been handed

14    Exhibit 21, which is a December 5, 2000 e-mail

15    from Scott Moskowitz to you, Mike Berry and Peter

16    Cassidy.  Could you take a moment and look at

17    Exhibit 21 and let me know if you recognize this

18    e-mail.

19         A.   Okay.  I have read it.

20         Q.   So this e-mail states -- in this

21    e-mail Scott Moskowitz states "Watermarking may

22    not be the best technology for monitoring.

23    Signal abstracts might be far more accurate and

24    easier to implement."  Do you see that language?

25         A.   I do.

CONFIDENTIAL

Page 30

1           Moskowitz - Confidential

2           Q.    Does this document refresh your

3    recollection regarding any conversations at Blue

4    Spike regarding signal abstracts?

5           A.    No, it does not.

6           Q.    In general, do you recall anything

7    from your time at Blue Spike comparing the use of

8    watermarking technology versus signal abstract

9    technology?

10          A.    I don't recall.

11          Q.    Do you remember your brother Scott

12   ever talking with you about signal abstract

13   technologies at all?

14          A.    No, I don't recall.

15          Q.    Exhibit 21 states further "I have

16   spoken to a number of companies which currently

17   have the technology."  Do you see that statement?

18          A.    I do.

19          Q.    Do you remember any companies that

20   Blue Spike, Inc. was interacting with regarding

21   signal abstract technology?

22          A.    I do not.

23          Q.    Do you have any recollection of Blue

24   Spike, Inc. ever interacting with and partnering

25   with companies that would provide signal abstract

CONFIDENTIAL

Page 31

1                   Moskowitz - Confidential

2       technology?

3           A.    I don't recall.

4           Q.    Let me ask you this.  Do you intend

5       to attend the trial and testify in Blue Spike

6       versus Audible Magic?

7                   MR. GOLDSTEIN:  Objection as to form.

8           A.    No, I do not intend.

9           Q.    Do you have any reason to believe

10      that you will attend trial?

11                  MR. GOLDSTEIN:  Objection as to form.

12          A.    I guess if I am deposed like today,

13      but no, I'm not planning on it, nor do I know

14      anything about it.

15          Q.    Okay.  When you talked with your

16      brother Scott in approximately 2012, did you

17      provide any advice about --

18                  MR. GOLDSTEIN:  Objection to form.

19          Q.    -- about whether to file this lawsuit

20      or not?

21          A.    No, I did not.

22                  MR. RAMSEY:  Please mark Exhibit 22.

23                  (Exhibit 22, e-mail dated February 5,

24          2001 from Scott Moskowitz to Gregg

25          Moskowitz, Mike Berry and Peter Cassidy,

CONFIDENTIAL

Page 32

1              Moskowitz - Confidential

2              was so marked for identification, as of

3              this date.)

4              Q.    Exhibit 22 is a February 5, 2001

5      e-mail from Scott Moskowitz to you, Mike Berry

6      and Peter Cassidy.  Take a moment to review

7      Exhibit 22 and please let me know if you

8      recognize it.

9              A.    Okay.

10             Q.    Do you recognize this document?

11             A.    I recognize it from -- I don't know

12     how to answer that question do I recognize it.  I

13     mean...

14             Q.    You don't have any specific

15     recollection?

16             A.    I do not.

17             Q.    Do you have any reason to believe

18     that you were not a recipient of this e-mail?

19             A.    I do not.

20             Q.    I would actually like you to turn to

21     the second and third pages.  In general, the

22     second and third pages of Exhibit 22 discuss the

23     categories digital watermarking, content

24     scrambling and signal monitoring.  Do you see

25     that?

CONFIDENTIAL

Page 33

1                    Moskowitz - Confidential

2          A.    Yes.

3          Q.    To the best of your recollection,
4    what were meant respectively by digital
5    watermarking, content scrambling and signal
6    monitoring as a business matter?

7                MR. GOLDSTEIN:   Objection as to form.

8          A.    Again, I think for my purposes they
9    were pretty much interrelated where digital
10   watermarking again was the technology that we
11   were developing to identify digitized
12   information.

13         Q.    If you could turn particularly to the
14   third page of Exhibit 22, at the very bottom
15   under signal monitoring the exhibit states

16   ████████████████████████████████████████
     ████████████████████████████████████████
     ████████████████████████████████████████
     █████████████████████████." Do you see

20   the language I just read?

21         A.    I do.

22         Q.    Do you recognize any of the companies
23   whose names I just read?

24         A.    I don't recall.

25         Q.    You don't recall any of the companies

CONFIDENTIAL

Page 34

1                 Moskowitz - Confidential

2    listed in this list?

3         A.    Vaguely, but I mean this is 14 years

4    ago, so...

5         Q.    With the understanding that it was 14

6    years ago, please, if you could please state for

7    me, to the best of your recollection, anything

8    that you remember regarding MuscleFish?

9         A.    I do not -- I mean the name, because

10   I think you just brought up MuscleFish and

11   DigitalHanse sound familiar, but vaguely.  I

12   don't recall.  I don't recall.

13        Q.    Do you recall that MuscleFish was a

14   technical consulting company that Blue Spike

15   worked with from time to time?

16             MR. GOLDSTEIN:  Objection as to form.

17        A.    I don't recall.

18        Q.    Do you recall any technical

19   consulting companies that Blue Spike worked with?

20        A.    I do not.

21        Q.    Do you recall what Cantametrix was?

22        A.    No, and I do not.  I don't recall.

23        Q.    Just to shortcut it, do you recall

24   anything at all about any of the companies I have

25   just listed?

CONFIDENTIAL

Page 35

1          Moskowitz - Confidential

2     A.   Sorry, I do not.

3     Q.   Do you remember a company called

4  Punchee, P-u-n-c-h-e-e?

5     A.   I don't recall.

6     Q.   All right.

7          MR. RAMSEY:  If we could mark,

8     please, Exhibit 23.

9          (Exhibit 23, e-mail dated January 22,

10    2001 from Gregg Moskowitz to undisclosed

11    recipients at BlueSpike.com with copy to

12    Scott Moskowitz, was so marked for

13    identification, as of this date.)

14    Q.   Exhibit 23 is an e-mail dated

15 January 22, 2001 from you to an e-mail address

16 called undisclosed recipients at Blue Spike.com

17 and copying Scott Moskowitz.  Could you please

18 take a look, and it looks like there is an

19 attachment.  Do you agree with that?

20    A.   I do.

21    Q.   Could you please take a moment and

22 look at the entirety of Exhibit 23 and describe

23 to me, to the best of your recollection, what

24 this is.

25    A.   Sure.

CONFIDENTIAL

Page 36

1                Moskowitz - Confidential

2          Q.   Take your time.

3          A.   At times, whether it was ████████

████████████████████████████

████████████████████████████████████

████████████

7          Q.   You see at the beginning on ████████

████████████████████████████████████

████████████████████████████████████

10         A.   It appears so.

11              MR. GOLDSTEIN:  Objection as to form.

12         A.   It appears that way.

13         Q.   What is this document discussing

14    regarding Blue Spike's activities in January

15    2001?

16         A.   Let me read it.

17              Okay.

18         Q.   So let me ask a better question

19    because the question was basically the entire

20    contents of the document.  Not too good.  It is

21    true that Exhibit 23 discusses SDMI and Blue

22    Spike's participation, right?

23         A.   That's correct.

24         Q.   Do you believe that as of January

25    2001 Blue Spike was still involved in the SDMI

CONFIDENTIAL

Page 37

1                 Moskowitz - Confidential

2    process?

3                 MR. GOLDSTEIN:   Objection as to form.

4         A.   It appears that way.

5         Q.   Do you recall when Blue Spike's

6    participation in the SDMI process ended?

7         A.   I do not.  I don't recall.

8         Q.   I would like you to turn in

9    particular to the fourth page of Exhibit 23.

10        A.   This is 1, right, the first one?

11        Q.   Yes.

12        A.   Okay.

13        Q.   On the fourth page of Exhibit 23

14   there is a section entitled "The Monitoring

15   Business."  Do you see that?

16        A.   I do.

17        Q.   What is your understanding of what

18   the monitoring business was at Blue Spike?

19        A.   Again, it was to use the digital

20   watermarks to identify when digitized music was

21   played at different places, where we could

22   identify when they were played and then report

23   that to the ASCAPs and BMIs of the world.

24        Q.   Exhibit 23 states "Blue Spike has

25   also recently begun to explore strategic partners

CONFIDENTIAL

Page 38

1                    Moskowitz - Confidential

2      in the tracking and monitoring space for music,

3      commercials and promotional content being

4      broadcast over the radio, Internet or via

5      satellite."  Do you see that language?

6            A.   I do.

7            Q.   Do you recall what strategic partners

8      Blue Spike was exploring tracking and monitoring

9      with?

10           A.   I don't recall.

11           Q.   Do you believe MuscleFish LLC was a

12     strategic partner?

13                MR. GOLDSTEIN:  Objection as to form.

14           A.   I do not.

15           Q.   Do you believe that ████████████████

       ████████████████████?

17                MR. GOLDSTEIN:  Objection as to form.

18           A.   I do not recall.

19           Q.   Do you have any recollection at all

20     of any strategic partner with which -- in the

21     tracking and monitoring space that Blue Spike was

22     engaged with?

23           A.   I don't recall.

24           Q.   It is true that Exhibit 23 was sent

25     by you, correct?

CONFIDENTIAL

Page 39

1                    Moskowitz - Confidential

2           A.    Correct.  Since I was the CFO, I was

3    responsible for sending all shareholder updates.

4           Q.    Did you draft the content of Exhibit

5    23 yourself or somebody else?

6           A.    I don't recall.

7           Q.    In general, do you recall whether you

8    were the one who was drafting the content of

9    shareholder reports or somebody else?

10                MR. GOLDSTEIN:  Objection as to form.

11          A.    The only thing I can recall is I was

12   definitely responsible for drafting some of it.

13   I don't know if I was responsible for drafting

14   all of this particular letter.

15          Q.    In general, do you recall were there

16   particular substantive areas that you were

17   generally tasked with drafting in this type of

18   report versus what you were not?

19                MR. GOLDSTEIN:  Objection as to form.

20          A.    The only thing I recall is anything

21   that dealt with technology I was not and on the

22   business side I drafted.

23          Q.    So is it true that in about 2001 Blue

24   Spike really slowed down operations?  Is that

25   fair?

CONFIDENTIAL

Page 40

                    Moskowitz - Confidential

1

2                   MR. GOLDSTEIN:  Objection as to form.

3           A.    I know my role sometime in 2001

4    decreased and I moved on.

5           Q.    Do you have an understanding that in

6    2001 the number of employees or consultants

7    involved with Blue Spike became much reduced

8    compared to earlier years?

9                   MR. GOLDSTEIN:  Objection to form.

10          A.    That seems reasonable.

11          Q.    Do you have a recollection of the

12   events leading to that situation in 2001?

13                  MR. GOLDSTEIN:  Objection as to form.

14          A.    No, it was more just time, it was

15   time for myself to move to a different direction.

16          Q.    Do you recall that in 2001 Blue Spike

17   had spent a substantial part of the money that it

18   had raised to try to succeed as a business?

19                  MR. GOLDSTEIN:  Objection as to form.

20          A.    We did spend money, yes.

21          Q.    Is that why in 2001 you and others

22   became less involved with Blue Spike?  In other

23   words, it ran out of funding?

24                  MR. GOLDSTEIN:  Objection as to form.

25          A.    To my recollection, it didn't run out

CONFIDENTIAL

Page 41

1           Moskowitz - Confidential

2     of funding.  It was just, again where I was in my

3     life, it was time to make a decision to look at

4     other areas of interest.

5           Q.   Okay.  Were you involved full time

6     between '98 and 2001 with Blue Spike?

7           A.   I don't recall if '98 was full time,

8     but '99, 2000 definitely full time.  2001 I don't

9     recall exactly when I started to decrease my

10    interest, my involvement, in Blue Spike.

11          Q.   Did you work for any other companies

12    other than Blue Spike during 1998 and 2000?

13          A.   '99 and 2000 I did not.  I don't

14    recall if I did in '98, and I don't recall if I

15    did in 2001.

16          Q.   So it is fair to say that between '99

17    and 2001 Blue Spike was your full-time primary

18    job?

19          A.   Yes.

20          Q.   Do you have any understanding of the

21    rights of Blue Spike, Inc. shareholders with

22    respect to the pending litigation brought by Blue

23    Spike, LLC?

24          A.   I do not.

25               MR. RAMSEY:  If we could mark Exhibit

CONFIDENTIAL

Page 42

1      Moskowitz - Confidential

2          24.

3              (Exhibit 24, Document headed "Blue

4          Spike, Inc. Corporate Profile August

5          2000", was so marked for identification,

6          as of this date.)

7          Q.    Please take a look at Exhibit 24,

8    which is a document labeled "Blue Spike, Inc.

9    Corporate Profile August 2000."  Just take a

10   moment, and once you've had a chance to take a

11   look at this document, let me know if you recall

12   it.

13             MR. GOLDSTEIN:  Have these documents

14         been produced in other depositions or is

15         this the first time --

16             MR. RAMSEY:  These are the first time

17         these have been produced in any

18         deposition, the ones that we are seeing

19         today.

20             MR. GOLDSTEIN:  Okay.  Thank you.

21         A.    I recall this document.

22         Q.    What is Exhibit 24?

23         A.    It was just an overview of the

24   company, the corporate profile of Blue Spike.

25         Q.    If you look at the page labeled at

CONFIDENTIAL

Page 43

1                Moskowitz - Confidential

2      the bottom right BLU 0205991.

3            A.   Yes.

4            Q.   I'm sorry.  Please take a look at the

5      page ending in 992 in Exhibit 24.  Are you there?

6            A.   I'm there.

7            Q.   In Exhibit 24 there is a reference to

8      something called a trusted transaction server.

9      Do you see that?

10           A.   I do.

11           Q.   Do you have a recollection of what a

12     trusted transaction server is?

13           A.   I do not.

14           Q.   If you could briefly look through

15     Exhibit 24 and just let me know if you see any

16     references to signal monitoring.

17           A.   Signal monitoring?

18           Q.   Yes.

19                MR. GOLDSTEIN:  Objection as to form.

20           A.   I do not.

21           Q.   Do you have any recollection of

22     whether as of August 2000 Blue Spike, Inc. was

23     involved in the business of signal monitoring?

24           A.   I don't recall.

25           Q.   Do you have any recollection of any

CONFIDENTIAL

Page 44

1                 Moskowitz - Confidential

2     point in time in which Blue Spike in particular

3     became involved in the business of signal

4     monitoring?

5              A.   I don't recall.

6              Q.   Were you familiar with the

7     individuals on the board of advisors of Blue

8     Spike, Inc.?

9              A.   I did not know them personally, no.

10             Q.   Have you ever interacted with David

11    Farber, Stephen Kane, J.S.G. Boggs or John

12    Kabira?

13             A.   I did not.

14             Q.   If you look at the very last page of

15    Exhibit 24, what is your understanding of what

16    the last page of Exhibit 24 represents?

17             A.   Financial projections at the time

18    that this document was created.

19             ██      ████████████████████████

██    ████████████████████████████████████████

██    ███████████████████████████████████████

██    ██████████████████████

23             A.   It appears that way.

24             Q.   Do you know if that ever happened,

25    Blue Spike ever had revenue --

CONFIDENTIAL

Page 45

1              Moskowitz - Confidential

2              MR. GOLDSTEIN:  Objection as to form.

3        Q.   -- as projected here?

4        A.   It did not have it.

5        Q.   After the point in 2001 at which Blue

6   Spike ran out of money, do you have an

7   understanding --

8              MR. GOLDSTEIN:  Objection as to form.

9        Q.   Do you have an understanding of what

10  happened to the business at that point?

11       A.   I do not.  I don't recall.

12       Q.   Do you know if the company continued

13  to operate?

14       A.   I do know, yes, it did continue to

15  operate.

16       Q.   Describe for me your understanding of

17  what Blue Spike, Inc.'s operations were after

18  2001?

19       A.   I don't recall.

20       Q.   Did you stay in touch with your

21  brother regarding Blue Spike, Inc. after 2001?

22       A.   I stayed in touch with my brother,

23  but regarding Blue Spike, we spoke, I don't

24  recall exactly what we discussed about Blue

25  Spike, but most of our conversations when we

CONFIDENTIAL

Page 46

                    Moskowitz - Confidential

1

2    spoke were not about Blue Spike.

3          Q.   Did you continue to provide any

4    guidance or advice or any type of role with

5    respect to Blue Spike after 2001?

6          A.   I don't recall.

7          Q.   Do you ever recall talking to your

8    brother Scott about his patents?

9          A.   My brother has a pretty vast

10   portfolio of patents.  Yes.

11         Q.   And do you recall ever talking to

12   Scott about his patents?

13         A.   Scott brought them up, but I don't

14   recall anything in particular.

15         Q.   Have you ever talked to your brother

16   Scott about the patents asserted in the present

17   series of lawsuits brought by Blue Spike, LLC?

18         A.   No.

19         Q.   Is it your understanding that -- do

20   you have any understanding of what Blue Spike,

21   LLC is?

22         A.   Today?

23         Q.   Yes.  Blue Spike, LLC.

24         A.   I'm sorry, can you repeat that.

25         Q.   Are you familiar that there is an

CONFIDENTIAL

Page 47

1                Moskowitz - Confidential

2      entity called Blue Spike, LLC?

3           A.    Oh.   I'm not familiar with Blue

4      Spike, LLC.

5           Q.    Are you generally aware that Blue

6      Spike, LLC is a company that was formed by your

7      brother to assert patents?

8           A.    I didn't know it was to assert

9      patents, no.

10          Q.    But in general, you do have an

11     understanding that Scott Moskowitz created an

12     entity to file lawsuits asserting patents?

13               MR. GOLDSTEIN:   Objection as to form.

14          A.    No.   Again, I do not know what Blue

15     Spike, LLC is.

16          Q.    Have you had any role at all in

17     providing advice or guidance regarding this or

18     any other lawsuit?

19          A.    I do not.

20          Q.    In particular, have you had any role

21     or involvement in providing guidance or advice to

22     your brother Scott regarding this or any other

23     lawsuit?

24          A.    No.

25          Q.    Do you think your brother Scott would

CONFIDENTIAL

Page 48

1                    Moskowitz - Confidential

2     listen to your advice regarding any lawsuit?

3                    MR. GOLDSTEIN:  Objection as to form.

4            A.   I have no comment on that.

5                    MR. RAMSEY:  Let's go off the record

6            for just a minute.

7                    THE VIDEOGRAPHER:  The time is 6:15

8            p.m.  We are off the record.

9                    (Recess taken from 6:15 p.m. to 6:19

10           p.m.)

11                   THE VIDEOGRAPHER:  The time is 6:19

12           p.m.  We are on the record.

13                   MR. RAMSEY:  If we could mark Exhibit

14           25.

15                   (Exhibit 25, e-mail dated

16           ██████████████████████████████

▆▆           ██████████████████████████, was so

18           marked for identification, as of this

19           date.)

20     BY MR. RAMSEY:

21           Q.   Exhibit 25 is a February 16, 2000

22     e-mail from you to ████████████████████████

▆▆     ████████████████████████████████████

24     Do you recognize this document?

25           A.   No, I don't recognize it.  Do you

CONFIDENTIAL

Page 49

1                Moskowitz - Confidential

2    want me to read it?

3          Q.    It appears to me that in Exhibit 25

4    ████████████████████████████████████████████

5    ███████████████████████Does that sound accurate?

6          A.    It appears that way, yes.

7          Q.    Do you think you were e-mailing about

8    patents or just general technology issues?

9          A.    General technology it appears.

10          Q.    Did you regularly review documents

11   regarding other competing technologies in the

12   space when you were with Blue Spike?

13          A.    I don't recall.

14          Q.    In Exhibit 25, you state "They claim

15   the following."  Do you know who "they" refers to

16   in Exhibit 25?

17          A.    I do not.

18          Q.    In --

19          A.    It seems Audio Track, I guess, right?

20          Q.    What is your recollection of what

21   Audio Track is?

22          A.    I don't recall.

23          Q.    In Exhibit 25 you state "They claim

24   the following:  Use psycho-acoustic compression

25   technology to provide a secure watermark."  Do

CONFIDENTIAL

Page 50

1              Moskowitz - Confidential

2    you see that?

3         A.   I do.

4         Q.   What is your understanding of what

5    psycho-acoustic compression technology is?

6         A.   I am sure I got this off -- it

7    appears I got this off of a website potentially

8    or a document that I have seen, and I passed this

9    along to Mike Berry and Scott.

10        Q.   It looks like a pretty technical

11   description in Exhibit 25.

12        A.   Correct, and it appears -- I wouldn't

13   have written something like this.  It appears

14   that I probably saw it either where there was a

15   conference or a website, but I have no idea.

16        Q.   You believe that you simply took the

17   technical description in Exhibit 25 from some

18   other source and did not generate it yourself?

19        A.   I think that is fair.

20        Q.   Is it accurate to say that you do not

21   have enough technical knowledge to discuss the

22   type of technical details in Exhibit 25?

23        A.   I think that is fair.

24        Q.   Do you have any technical background?

25        A.   Zero.

CONFIDENTIAL

Page 51

1              Moskowitz - Confidential

2         Q.   Just briefly, what is your

3    educational background?

4         A.   I am a CPA.  I am a finance guy.  I

5    am a numbers guy.

6         Q.   All right.  Do you recall a company

7    called Arbitron?

8         A.   Vaguely.

9         Q.   To the best of your recollection what

10   was Arbitron?

11        A.   I think it was similar to like a BMI

12   and an ASCAP.

13        Q.   Do you recall what Blue Spike, Inc.'s

14   interactions or business with Arbitron was?

15        A.   I don't recall.

16        Q.   Are you familiar with an entity

17   called Wisteria Trading?

18        A.   To my recollection, that was when --

19   that was pre-Blue Spike that held the patents.

20        Q.   Did you ever have any involvement

21   with Wisteria Trading?

22        A.   Just through my brother.

23        Q.   Did you ever have any involvement

24   with a company called The Dice Company?

25        A.   Again, that was pre-Blue Spike as

CONFIDENTIAL

Page 52

Moskowitz - Confidential

1    well, and that was, I think that is the evolution

2    of how Blue Spike became Blue Spike.

3           Q.    So Blue Spike, Inc. evolved from The

4    Dice Company?

5           A.    Correct.

6           Q.    But you were not personally involved

7    with The Dice Company?

8           A.    Correct.

9           Q.    I may have asked you this, I'm sorry.

10   Did you participate ever in Blue Spike, Inc.'s

11   patent prosecution activities?

12          A.    I did not.

13          Q.    Do you recall a company called

14   tunes.com?

15          A.    I do not.

16          Q.    Do you recall a company called

17   Intertrust?

18          A.    It vaguely is an encryption company.

19          Q.    Do you recall did Blue Spike, Inc.

20   consider Intertrust to be a competitor?

21          A.    A different type of technology.

22   Encryption versus watermarking.

23          Q.    What is the difference, to the best

24   of your understanding, between Intertrust's

CONFIDENTIAL

Page 53

1            Moskowitz - Confidential

2    technology and Blue Spike's technology?

3         A.    That I don't know.   I just know we

4    were not an encryption company.

5         Q.    Do you remember a company called

6    Prosoniq, P-r-o-s-o-n-i-q?

7         A.    I do not.

8         Q.    Do you remember a company called

9    Digital Music On Demand abbreviated to DMOD?

10        A.    To my recollection, that is where

11   Brett Fasulo worked, if I'm not mistaken.

12        Q.    Okay.  Do you recall what Blue

13   Spike's business with DMOD was?

14        A.    No, I don't.

15        Q.    Do you recall what was the role of

16   Mike Berry at Blue Spike, Inc.?

17        A.    He was the CTO, chief technology

18   officer.

19        Q.    Did you interact regularly with Mike

20   Berry?

21        A.    Yes.  I mean again he was in

22   Albuquerque and I was in New York.

23        Q.    Describe for me, did you ever

24   interact with Mike Berry regarding technology

25   issues?

CONFIDENTIAL

Page 54

Moskowitz - Confidential

1            A.   More so being the liaison between if

2  we were dealing with BMI or one of the music

3  labels who wanted some technology, I would

4  forward that on to Mike Berry.

5            Q.   Okay.  Was Mike Berry involved in

6  Blue Spike's standard-setting activities?

7            A.   You mean from SDMI?

8            Q.   For example, SDMI.

9            A.   Yes.

10          Q.   Did he attend SDMI meetings and the

11  like?

12          A.   He did.

13          Q.   So did Mr. Berry write code?

14          A.   I don't know.  I think so.  Yes.  He

15  is their CTO.

16          Q.   Do you recall whether there were ever

17  any subcontractors that Mr. Berry worked with on

18  behalf of Blue Spike?

19          A.   I don't recall.

20          Q.   Other than yourself, Scott Moskowitz,

21  Mike Berry and Peter Cassidy, do you recall any

22  other individuals who were regularly involved in

23  the business of Blue Spike?

24          A.   And Matthew Silpe.

CONFIDENTIAL

Page 55

1          Moskowitz - Confidential

2          Q.    Did he have any role in Blue Spike

3     other than -- did Mr. Silpe have any involvement

4     with Blue Spike other than raising money?

5          A.    No.

6          Q.    Do you recall an individual named

7     Matt Ingalls, I-n-g-a-l-l-s?

8          A.    I do not.

9          Q.    Do you recall a gentleman named Mark

10    Cooperman?

11         A.    I do.

12         Q.    Describe for me your recollection of

13    Mark Cooperman.

14         A.    Mark Cooperman used to be a work

15    colleague of my brother's.

16         Q.    And you understand that Mr. Cooperman

17    and Mr. Scott Moskowitz were involved in

18    litigation with each other, is that right?

19         A.    I do.

20         Q.    Describe for me the nature of the

21    litigation between Mr. Cooperman and Scott

22    Moskowitz.

23              MR. GOLDSTEIN:   Objection as to form.

24         A.    I just think they disagreed on who

25    owned the rights to the technology.

CONFIDENTIAL

Page 56

Moskowitz - Confidential

1

2      Q.   Do you have any understanding of how

3  the litigation between Mr. Cooperman and Scott

4  Moskowitz was resolved, if it was resolved?

5      A.   To the best of my knowledge, it was

6  resolved.

7      Q.   Do you have any understanding of

8  how -- the terms of the resolution between Mr.

9  Cooperman and Scott Moskowitz?

10     A.   I do not.

11     Q.   Do you recall Blue Spike, Inc. ever

12  engaging in the licensing of technology from

13  Lucent?

14     A.   I can't recall that.

15     Q.   Do you ever recall Blue Spike, Inc.

16  working on any type of compression technology?

17     A.   I don't recall.

18     Q.   I am going to name some names.  Do

19  you know anybody named Earl Ewald?

20     A.   I do not.

21     Q.   Do you recognize the name Tom Blum?

22     A.   I do not recall.

23     Q.   Do you recognize the name Doug

24  Keislar?

25     A.   I do not recognize it.

CONFIDENTIAL

Page 57

1                  Moskowitz - Confidential

2          Q.    Do you recognize the name Jim

3     Wheatan?

4          A.    No.

5          Q.    Who at Blue Spike, Inc. between 1998

6     and 2001 do you believe would have the most

7     knowledge of the different types of business

8     models that Blue Spike, Inc. was considering or

9     implemented?

10         A.    Scott.

11         Q.    Who at Blue Spike, Inc. between 1998

12    and 2001 do you think would have the most

13    knowledge about the technical approaches that

14    Blue Spike was taking toward its products?

15         A.    Mr. Berry and Scott.

16         Q.    Between -- comparing between Scott

17    Moskowitz and Mike Berry, who do you think was

18    most involved in actually creating technology for

19    Blue Spike?

20         A.    They both were.

21         Q.    Is it your understanding that Scott

22    Moskowitz, is he able to write software?

23         A.    I don't know.

24         Q.    Do you have any understanding of the

25    level of technical capability of Scott Moskowitz?

CONFIDENTIAL

Page 58

1                    Moskowitz - Confidential

2          A.    I do not.

3          Q.    ██████████████████████████

   ██████████████████████████████████

5          A.    To the best of my knowledge, it was

6    similar to the relationships with the rest of the

7    music labels where we were trying to provide them

8    with our technology.

9          Q.    Do you remember ever interacting with

10   a gentleman named Andreas Sappelt?

11         A.    I don't recall.

12         Q.    Do you recall a company called ███████

   ███████

14         A.    I don't recall.

15         Q.    Do you recall a company called

16   TunePrint?

17         A.    I do not.

18         Q.    Do you recall a company called Scour?

19         A.    If I'm not mistaken, I think that was

20   the Napster, if I am familiar, but I don't recall

21   any relationship with them.

22         Q.    Do you recall discussing Napster in

23   your time at Blue Spike, Inc.?

24         A.    Just that it was a very popular

25   company at the time for file sharing.

CONFIDENTIAL

Page 59

                    Moskowitz - Confidential

1

2          Q.    Did Blue Spike, Inc. believe that it

3     had technology to assist Napster?

4              MR. GOLDSTEIN:   Objection as to form.

5          A.    We never tried to reach an agreement

6     with Napster, so no.

7          Q.    Are you familiar with a company

8     called Emusic?

9          A.    No.

10         Q.    Do you recall interacting on behalf

11    of Blue Spike with the company ████████████?

12         A.    No.

13         Q.    Do you recall a company called

14    ████████████?

15         A.    I do not.

16         Q.    Did you do anything to prepare for

17    your deposition today?

18         A.    Yes.   I read whatever I was given,

19    the deposition.

20         Q.    Did you meet with Mr. Goldstein just

21    in general regarding today's deposition?

22         A.    Just today.

23         Q.    Approximately how much time did you

24    spend with Mr. Goldstein today to prepare?

25         A.    About ten minutes.

CONFIDENTIAL

Page 60

1          Moskowitz - Confidential

2          MR. RAMSEY:  I think I'm done

3     actually.  I have no further questions for

4     you.  Thank you for your time today.

5          THE VIDEOGRAPHER:  This concludes

6     today's deposition for today.  The time is

7     6:33 p.m.  We are off the record.

8          (Time noted:  6:33 p.m.)

9                              _____

10

11    Subscribed and sworn to

12    before me this____day of_____, 2014.

13    _____

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL

Page 61

1

2               C E R T I F I C A T I O N

3

4          I, Joseph R. Danyo, a Shorthand Reporter

5    and Notary Public, within and for the State of New

6    York, do hereby certify:

7               That I reported the proceedings in the

8    within entitled matter, and that the within

9    transcript is a true record of such proceedings.

10               I further certify that I am not related,

11   by blood or marriage, to any of the parties in this

12   matter and that I am in no way interested in the

13   outcome of this matter.

14               IN WITNESS WHEREOF, I have hereunto set

15   my hand this 24th day of December, 2014.

16

17                      _____

18                           JOSEPH R. DANYO

19

20

21

22

23

24

25

CONFIDENTIAL

Page 62

1                          I N D E X

2        Witness                                        Page

3        GREGG MOSKOWITZ                                  6

4                        E X H I B I T S

5      No.                                             Page

6      Exhibit 19            e-mail exchange between Scott Moskowitz and      19

7                    ████████

8      Exhibit 20      Document from Gregg Moskowitz to Scott        25

9                  Moskowitz, Mike Berry and Peter Cassidy

10                   dated December 5, 2000

11     Exhibit 21      e-mail dated December 5, 2000 from Scott       29

12              Moskowitz to Gregg Moskowitz, Mike Berry

13              and Peter Cassidy

14     Exhibit 22      e-mail dated February 5, 2001 from Scott       31

15              Moskowitz to Gregg Moskowitz, Mike Berry

16              and Peter Cassidy

17     Exhibit 23      e-mail dated January 22, 2001 from Gregg       35

18              Moskowitz to undisclosed recipients at

19                  BlueSpike.com with copy to Scott Moskowitz

20     Exhibit 24      Document headed "Blue Spike, Inc. Corporate    42

21              Profile August 2000"

22     Exhibit 25      e-mail dated February 16, 2000 from Gregg      48

23              Moskowitz to Mike Berry and Scott Moskowitz

24

25                          oOo

CONFIDENTIAL

Page 63

1

2                              ERRATA SHEET

3

4      Name of Case:  Blue Spike v. Texas Instruments

5      Date of Deposition:  December 12, 2014

6      Name of Deponent:  GREGG MOSKOWITZ

7      Page        Line          Change              Reason

8      _____    _____    _____    _____

9      _____    _____    _____    _____

10     _____    _____    _____    _____

11     _____    _____    _____    _____

12     _____    _____    _____    _____

13     _____    _____    _____    _____

14     _____    _____    _____    _____

15     _____    _____    _____    _____

16     _____    _____    _____    _____

17     _____    _____    _____    _____

18     _____    _____    _____    _____

19     _____    _____    _____    _____

20                                        _____

21                                      Signature of Deponent

22     Subscribed and sworn before me

23     this_____day of_____, 2014.

24     _____

25     (Notary Public) My Commission Expires:_____