# EXHIBIT E-2

United States District Court for the Eastern District of Texas
Blue Spike, LLC v. Audible Magic Corp. – Case No. 6:15-cv-584
**Blue Spike's Objections to Audible Magic's Deposition Designations**

| Date | Name | Stenography Citation | Blue Spike Specific Objections |
|---|---|---|---|
| 7/16/2014 | Ingalls | 4:23-5:9 | |
| 7/16/2014 | Ingalls | 6:1-7:2 | |
| 7/16/2014 | Ingalls | 7:11-15 | |
| 7/16/2014 | Ingalls | 10:19-11:8 | Mischaracterizes, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 7/16/2014 | Ingalls | 11:9-11:17 | Competency, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 7/16/2014 | Ingalls | 11:18-12:3 | Confusing, Calls for Speculation, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 7/16/2014 | Ingalls | 13:11-25 | FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 7/16/2014 | Ingalls | 16:4-9 | |
| 7/16/2014 | Ingalls | 17:2-12 | |
| 7/16/2014 | Ingalls | 17:17-18:21 | |
| 7/16/2014 | Ingalls | 20:11-17 | Confusing, Asked and Answered, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 7/16/2014 | Ingalls | 20:18-21:4 | |
| 7/16/2014 | Ingalls | 21:12-22:3 | Narrative, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 7/16/2014 | Ingalls | 22:4-23:5 | |
| 7/16/2014 | Ingalls | 23:16-24:8 | |
| 7/16/2014 | Ingalls | 24:9-24:12 | Confusing, Calls for Speculation, Mischaracterizes, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 7/16/2014 | Ingalls | 24:13-25:12 | |
| 7/16/2014 | Ingalls | 25:13-26:4 | Confusing, vague, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 7/16/2014 | Ingalls | 26:5-13 | Confusing, compound, FRE 401, 402, 403, 602, 901a, 611a, 1002 |

| | | | |
|---|---|---|---|
| 7/16/2014 | Ingalls | 26:14-20 | |
| 7/16/2014 | Ingalls | 26:21-27:2 | Mischaracterizes, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 7/16/2014 | Ingalls | 27:3-11 | Confusing, vague, mischaracterizes, asked and answered, calls for speculation, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 7/16/2014 | Ingalls | 27:12-27:18 | Vague, calls for speculation, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 7/16/2014 | Ingalls | 27:19-28:3 | FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 7/16/2014 | Ingalls | 28:4-9 | Vague, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 7/16/2014 | Ingalls | 28:10-14 | Vague, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 7/16/2014 | Ingalls | 28:15-25 | Confusing, calls for speculation, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 7/16/2014 | Ingalls | 29:1-6 | Confusing, vague, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 7/16/2014 | Ingalls | 29:7-14 | Confusing, vague, assumes facts not in evidence, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 7/16/2014 | Ingalls | 29:15-21 | FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 7/16/2014 | Ingalls | 31:18-32:9 | Confusing, vague, assumes facts not in evidence, compound, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 7/16/2014 | Ingalls | 32:10-25 | Mischaracterizes, vague, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 7/16/2014 | Ingalls | 33:1-4 | |
| 7/16/2014 | Ingalls | 33:5-10 | Vague, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 7/16/2014 | Ingalls | 33:11-13 | |
| 7/16/2014 | Ingalls | 33:17-22 | |
| 7/16/2014 | Ingalls | 39:7-41:6 | |
| 7/16/2014 | Ingalls | 41:7-13 | Mischaracterizes, calls for speculation, FRE 401, 402, |

| | | | |
|---|---|---|---|
| | | | 403, 602, 901a, 611a, 1002 |
| 7/16/2014 | Ingalls | 41:14-43:3 | |
| 7/16/2014 | Ingalls | 43:25-45:4 | |
| 7/16/2014 | Ingalls | 45:12-46:11 | |
| 7/16/2014 | Ingalls | 47:10-48:1 | |
| 7/16/2014 | Ingalls | 48:2-7 | Confusing, asked and answered, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 7/16/2014 | Ingalls | 49:9-12 | |
| 7/16/2014 | Ingalls | 49:20-50:23 | Calls for speculation, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 7/16/2014 | Ingalls | 57:18-59:4 | |
| 7/16/2014 | Ingalls | 63:19-64:15 | |
| 7/16/2014 | Ingalls | 64:16-21 | Vague, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 7/16/2014 | Ingalls | 64:22-65:5 | Vague, mischaracterization, calls for speculation, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 7/16/2014 | Ingalls | 65:6-19 | Confusing, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 7/16/2014 | Ingalls | 65:20-24 | Calls for speculation, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 7/16/2014 | Ingalls | 65:25-66:4 | |
| 7/16/2014 | Ingalls | 66:5-66:10 | Confusing, vague, calls for speculation, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 7/16/2014 | Ingalls | 66:11-67:13 | |
| 7/16/2014 | Ingalls | 67:14-22 | Vague, calls for speculation, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 7/16/2014 | Ingalls | 69:21-23 | |
| 7/16/2014 | Ingalls | 69:25-70:1 | Vague, calls for speculation, mischaracterization, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 7/16/2014 | Ingalls | 72:2-13 | Mischaracterization, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 7/16/2014 | Ingalls | 72:14-20 | Vague, calls for speculation, FRE 401, 402, |

| | | | |
|---|---|---|---|
| | | | 403, 602, 901a, 611a, 1002 |
| 7/16/2014 | Ingalls | 72:21-73:5 | Confusing, vague, asked and answered, mischaracterization, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 12/12/2014 | Gregg Moskowitz | 6:9-18 | |
| 12/12/2014 | Gregg Moskowitz | 7:7-8:18 | |
| 12/12/2014 | Gregg Moskowitz | 9:11-22 | |
| 12/12/2014 | Gregg Moskowitz | 10:2-6 | |
| 12/12/2014 | Gregg Moskowitz | 11:7-10 | FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 12/12/2014 | Gregg Moskowitz | 11:16-12:16 | |
| 12/12/2014 | Gregg Moskowitz | 15:13-20 | |
| 12/12/2014 | Gregg Moskowitz | 16:8-14 | |
| 12/12/2014 | Gregg Moskowitz | 16:23-17:3 | |
| 12/12/2014 | Gregg Moskowitz | 19:4-5 | |
| 12/12/2014 | Gregg Moskowitz | 22:4-12 | |
| 12/12/2014 | Gregg Moskowitz | 24:3-13 | |
| 12/12/2014 | Gregg Moskowitz | 27:11-16 | Vague, calls for speculation, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 12/12/2014 | Gregg Moskowitz | 27:17-23 | |
| 12/12/2014 | Gregg Moskowitz | 28:5-13 | FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 12/12/2014 | Gregg Moskowitz | 31:4-8 | Compound, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 12/12/2014 | Gregg Moskowitz | 31:9-14 | Asked and answered, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 12/12/2014 | Gregg Moskowitz | 35:7-36:6 | |
| 12/12/2014 | Gregg Moskowitz | 36:7-10 | Vague, calls for speculation, compound, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 12/12/2014 | Gregg Moskowitz | 37:8-23 | |
| 12/12/2014 | Gregg Moskowitz | 39:23-40:4 | Vague, calls for speculation, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 12/12/2014 | Gregg Moskowitz | 40:5-10 | Calls for speculation, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 12/12/2014 | Gregg Moskowitz | 40:16-20 | Vague, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 12/12/2014 | Gregg Moskowitz | 55:9-19 | |

| | | | |
|---|---|---|---|
| 12/12/2014 | Gregg Moskowitz | 55:20-25 | Calls for speculation, calls for legal conclusion, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 2/10/2015 | Berry | 7:12-18 | |
| 2/10/2015 | Berry | 9:17-10:6 | |
| 2/10/2015 | Berry | 10:7-13 | Assumes facts not in evidence, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 2/10/2015 | Berry | 10:14-17 | |
| 2/10/2015 | Berry | 10:18-11:4 | Confusing, vague, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 2/10/2015 | Berry | 11:5-14 | |
| 2/10/2015 | Berry | 11:24-12:9 | |
| 2/10/2015 | Berry | 12:10-21 | Vague, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 2/10/2015 | Berry | 13:13-23 | Vague, confusing, compound, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 2/10/2015 | Berry | 13:24-14:18 | FRE 401, 402, 403, 602, 901a, 611a, 1002, 702 |
| 2/10/2015 | Berry | 15:1-15:25 | |
| 2/10/2015 | Berry | 16:1-7 | Vague, confusing, assumes facts not in evidence, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 2/10/2015 | Berry | 16:8-17:5 | FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 2/10/2015 | Berry | 17:6-10 | Confusing, vague, asked and answered, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 2/10/2015 | Berry | 20:1-10 | Assumes facts not in evidence, mischaracterization, vague, confusing, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 2/10/2015 | Berry | 20:8-21:8 | |
| 2/10/2015 | Berry | 21:9-14 | Vague, compound, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 2/10/2015 | Berry | 21:12-22:6 | FRE 401, 402, 403, 602, 901a, 611a, 1002, 702 |

| Date | Witness | Range | Objections |
|---|---|---|---|
| 2/10/2015 | Berry | 22:7-22:17 | Confusing, calls for a legal conclusion, , FRE 401, 402, 403, 602, 901a, 611a, 1002, 702 |
| 2/10/2015 | Berry | 22:19-24 | |
| 2/10/2015 | Berry | 22:25-23:5 | Vague, calls for speculation, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 2/10/2015 | Berry | 23:7-15 | FRE 401, 402, 403, 602, 901a, 611a, 1002,702 |
| 2/10/2015 | Berry | 23:16-22 | Vague, calls for speculation, FRE 401, 402, 403, 602, 901a, 611a, 1002, 702 |
| 2/10/2015 | Berry | 23:24-24:8 | Vague, calls for speculation, FRE 401, 402, 403, 602, 901a, 611a, 1002, 702 |
| 2/10/2015 | Berry | 24:9-20 | Vague, calls for speculation, confusing, , FRE 401, 402, 403, 602, 901a, 611a, 1002, 702 |
| 2/10/2015 | Berry | 24:25-26:20 | FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 2/10/2015 | Berry | 27:5-25 | |
| 2/10/2015 | Berry | 28:6-29:1 | |
| 2/10/2015 | Berry | 29:6-14 | |
| 2/10/2015 | Berry | 29:21-30:10 | |
| 2/10/2015 | Berry | 30:25-31:22 | |
| 2/10/2015 | Berry | 32:9-18 | |
| 2/10/2015 | Berry | 33:3-6 | |
| 2/10/2015 | Berry | 33:11-14 | |
| 2/10/2015 | Berry | 33:15-20 | Vague, calls for speculation, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 2/10/2015 | Berry | 34:4-21 | FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 2/10/2015 | Berry | 35:17-37:14 | |
| 2/10/2015 | Berry | 37:15-19 | Vague, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 2/10/2015 | Berry | 38:18-25 | Vague, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 2/10/2015 | Berry | 39:2-40:20 | |
| 2/10/2015 | Berry | 41:5-13 | Vague, calls for speculation, FRE 401, 402, |

| | | | |
|---|---|---|---|
| | | | 403, 602, 901a, 611a, 1002 |
| 2/10/2015 | Berry | 41:22-25 | |
| 2/10/2015 | Berry | 42:23-43:11 | |
| 2/10/2015 | Berry | 43:12-16 | Vague, confusing, FRE 401, 402, 403, 602, 901a, 611a, 1002, 701 |
| 2/10/2015 | Berry | 44:6-44:22 | |
| 2/10/2015 | Berry | 44:23-45:5 | FRE 401, 402, 403, 602, 901a, 611a, 1002702 |
| 2/10/2015 | Berry | 45:7-14 | Calls for speculation, FRE 401, 402, 403, 602, 901a, 611a, 1002, 702 |
| 2/10/2015 | Berry | 45:16-46:3 | Calls for speculation, FRE 401, 402, 403, 602, 901a, 611a, 1002, 702, asked and answered |
| 2/10/2015 | Berry | 46:5-14 | |
| 2/10/2015 | Berry | 46:15-21 | Asked and answered, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 2/10/2015 | Berry | 46:23-47:6 | |
| 2/10/2015 | Berry | 47:7-17 | Vague, asked and answered, FRE 401, 402, 403, 602, 901a, 611a, 1002, 702 |
| 2/10/2015 | Berry | 47:19-25 | Vague, asked and answered, FRE 401, 402, 403, 602, 901a, 611a, 1002, 702, mischaracterization |
| 2/10/2015 | Berry | 48:1-49:8 | |
| 2/10/2015 | Berry | 49:9-18 | Vague, asked and answered, FRE 401, 402, 403, 602, 901a, 611a, 1002, 702 |
| 2/10/2015 | Berry | 49:20-50:1 | |
| 2/10/2015 | Berry | 50:2-8 | Vague, asked and answered, FRE 401, 402, 403, 602, 901a, 611a, 1002, 702 |
| 2/10/2015 | Berry | 50:10-23 | |
| 2/10/2015 | Berry | 50:24-51:6 | Vague, asked and answered, FRE 401, 402, 403, 602, 901a, 611a, 1002, 702 |

| | | | |
|---|---|---|---|
| 2/10/2015 | Berry | 51:8-13 | Vague, confusing, compound, FRE 401, 402, 403, 602, 901a, 611a, 1002, 702 |
| 2/10/2015 | Berry | 51:15-52:10 | |
| 2/10/2015 | Berry | 52:11-15 | Vague, asked and answered, FRE 401, 402, 403, 602, 901a, 611a, 1002, 702 |
| 2/10/2015 | Berry | 52:17-53:25 | FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 2/10/2015 | Berry | 54:1-6 | Vague, calls for legal conclusion, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 2/10/2015 | Berry | 54:8-11 | |
| 2/10/2015 | Berry | 54:12-18 | Vague, calls for legal conclusion, calls for speculation, compound, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 2/10/2015 | Berry | 57:3-12 | Vague, asked and answered, FRE 401, 402, 403, 602, 901a, 611a, 1002, 702 |
| 2/10/2015 | Berry | 57:14-18 | Vague, asked and answered, FRE 401, 402, 403, 602, 901a, 611a, 1002, 702 |
| 2/10/2015 | Berry | 57:20-58:1 | Vague, asked and answered, FRE 401, 402, 403, 602, 901a, 611a, 1002, 702 |
| 2/10/2015 | Berry | 58:7-21 | |
| 2/10/2015 | Berry | 59:8-20 | |
| 2/10/2015 | Berry | 59:21-23 | Compound, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 2/10/2015 | Berry | 60:2-12 | FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 2/10/2015 | Berry | 62:25-65:7 | |
| 2/10/2015 | Berry | 66:6-11 | |
| 2/10/2015 | Berry | 66:16-23 | Vague, confusing, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 2/10/2015 | Berry | 66:25-67:9 | Vague, mischaracterization, FRE |

| | | | |
|---|---|---|---|
| | | | 401, 402, 403, 602, 901a, 611a, 1002 |
| 2/10/2015 | Berry | 67:11-22 | |
| 2/10/2015 | Berry | 67:23-68:8 | Vague, FRE 401, 402, 403, 602, 901a, 611a, 1002, 701 |
| 2/10/2015 | Berry | 68:15-69:4 | Vague, compound, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 2/10/2015 | Berry | 69:25-70:13 | |
| 2/10/2015 | Berry | 95:8-11 | Vague, confusing, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 2/10/2015 | Berry | 100:15-102:12 | |
| 2/10/2015 | Berry | 102:13-18 | Vague, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 2/10/2015 | Berry | 102:20-103:3 | Vague, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 2/10/2015 | Berry | 103:4-18 | |
| 2/10/2015 | Berry | 103:19-104:3 | Vague, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 2/10/2015 | Berry | 104:4-105:11 | |
| 2/10/2015 | Berry | 105:12-18 | Compound, calls for speculation, FRE 401, 402, 403, 602, 901a, 611a, 1002, 702 |
| 2/10/2015 | Berry | 106:12-107:4 | |
| 2/10/2015 | Berry | 107:25-108:8 | Vague, confusing, compound, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 2/10/2015 | Berry | 109:13-23 | |
| 2/10/2015 | Berry | 109:24-110:5 | Confusing, FRE 401, 402, 403, 602, 901a, 611a, 1002, 702 |
| 2/10/2015 | Berry | 110:7-12 | |
| 2/10/2015 | Berry | 110:13-25 | Vague, confusing, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 2/10/2015 | Berry | 112:3-14 | Vague, asked and answered, FRE 401, 402, 403, 602, 901a, 611a, 1002, 702 |
| 2/10/2015 | Berry | 112:16-113:1 | |
| 2/10/2015 | Berry | 113:3-20 | Vague, calls for legal conclusion, FRE 401, 402, 403, 602, 901a, 611a, |

| | | | |
|---|---|---|---|
| | | | 1002, 702 |
| 2/10/2015 | Berry | 113:22-114:1 | |
| 2/10/2015 | Berry | 115:9-116:1 | |
| 2/10/2015 | Berry | 116:10-24 | Vague, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 2/10/2015 | Berry | 116:25-117:4 | |
| 2/10/2015 | Berry | 117:5-14 | Vague, calls for speculation, FRE 401, 402, 403, 602, 901a, 611a, 1002, 702 |
| 2/10/2015 | Berry | 121:21-122:2 | |
| 2/10/2015 | Berry | 122:4-12 | Assumes facts not in evidence, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 2/10/2015 | Berry | 122:14-18 | |
| 2/10/2015 | Berry | 122:19-123:7 | Vague, calls for speculation, FRE 401, 402, 403, 602, 901a, 611a, 1002, 702 |
| 2/10/2015 | Berry | 123:8-124:2 | |
| 2/10/2015 | Berry | 124:3-7 | Vague, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 2/10/2015 | Berry | 124:9-125:4 | |
| 2/10/2015 | Berry | 125:9-14 | Vague, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 2/10/2015 | Berry | 125:16-126:1 | |
| 2/10/2015 | Berry | 126:10-16 | |
| 2/10/2015 | Berry | 126:19-127:4 | |
| 2/10/2015 | Berry | 127:10-13 | |
| 2/10/2015 | Berry | 128:22-129:5 | Calls for legal conclusion, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 2/10/2015 | Berry | 129:7-11 | Vague, confusing, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 2/10/2015 | Berry | 129:14-18 | |
| 2/10/2015 | Berry | 132:2-137:6 | FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 2/10/2015 | Berry | 148:10-16 | |
| 2/10/2015 | Berry | 148:18-149:1 | |
| 2/10/2015 | Berry | 149:3-22 | |
| 2/10/2015 | Berry | 150:14-20 | |
| 2/10/2015 | Berry | 151:19-152:5 | |
| 2/10/2015 | Berry | 152:6-12 | Assumes facts not in evidence, FRE 401, 402, |

| | | | |
|---|---|---|---|
| | | | 403, 602, 901a, 611a, 1002 |
| 2/10/2015 | Berry | 152:13-153:15 | |
| 2/10/2015 | Berry | 154:6-9 | |
| 4/1/2015 | Cassidy | 6:1-7 | |
| 4/1/2015 | Cassidy | 7:20-8:23 | |
| 4/1/2015 | Cassidy | 9:6-15:14 | |
| 4/1/2015 | Cassidy | 20:4-21:21 | FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 4/1/2015 | Cassidy | 22:1-21 | |
| 4/1/2015 | Cassidy | 24:20-25:21 | |
| 4/1/2015 | Cassidy | 26:13-30:1 | |
| 4/1/2015 | Cassidy | 32:23-34:3 | |
| 4/1/2015 | Cassidy | 35:1-37:10 | FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 4/1/2015 | Cassidy | 39:11-40:1 | |
| 4/1/2015 | Cassidy | 40:9-20 | |
| 4/1/2015 | Cassidy | 40:21-41:23 | |
| 4/1/2015 | Cassidy | 41:21-42:19 | Vague, confusing, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 4/1/2015 | Cassidy | 43:20-45:12 | |
| 4/1/2015 | Cassidy | 48:9-49:9 | |
| 4/1/2015 | Cassidy | 50:2-52:22 | FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 4/1/2015 | Cassidy | 52:23-53:12 | Vague, calls for speculation, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 4/1/2015 | Cassidy | 53:13-54:21 | FRE 401, 402, 403, 602, 901a, 611a, 1002, 701 |
| 4/1/2015 | Cassidy | 55:22-58:19 | |
| 4/1/2015 | Cassidy | 58:20-59:6 | |
| 4/1/2015 | Cassidy | 59:7-17 | |
| 4/1/2015 | Cassidy | 59:18-60:14 | Calls for speculation, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 4/1/2015 | Cassidy | 60:15-62:6 | |
| 4/1/2015 | Cassidy | 62:13-75:1 | FRE 401, 402, 403, 602, 901a, 611a, 1002, 701 |
| 4/1/2015 | Cassidy | 75:18-77:1 | |
| 4/1/2015 | Cassidy | 77:2-78:11 | Confusing, compound, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 4/1/2015 | Cassidy | 78:12-80:3 | |
| 4/1/2015 | Cassidy | 80:4-16 | Vague, calls for |

| | | | |
|---|---|---|---|
| | | | speculation, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 4/1/2015 | Cassidy | 80:17-84:2 | FRE 401, 402, 403, 602, 901a, 611a, 1002,702 |
| 4/1/2015 | Cassidy | 87:16-91:3 | FRE 401, 402, 403, 602, 901a, 611a, 1002, 701 |
| 4/1/2015 | Cassidy | 91:4-10 | Calls for speculation, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 4/1/2015 | Cassidy | 91:12-92:13 | |
| 4/1/2015 | Cassidy | 93:1-96:22 | |
| 4/1/2015 | Cassidy | 97:5-9 | |
| 4/1/2015 | Cassidy | 97:10-16 | Calls for speculation, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 4/1/2015 | Cassidy | 97:17-98:15 | |
| 4/1/2015 | Cassidy | 99:2-22 | |
| 4/1/2015 | Cassidy | 100:15-101:24 | |
| 4/1/2015 | Cassidy | 102:5-103:16 | |
| 4/1/2015 | Cassidy | 104:6-107:15 | |
| 4/1/2015 | Cassidy | 108:1-21 | |
| 4/1/2015 | Cassidy | 109:14-113:14 | FRE 401, 402, 403, 602, 901a, 611a, 1002, 701 |
| 4/1/2015 | Cassidy | 115:19-117:22 | |
| 4/1/2015 | Cassidy | 118:19-119:11 | Vague, calls for speculation, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 4/1/2015 | Cassidy | 119:12-122:8 | FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 4/1/2015 | Cassidy | 125:19-131:4 | |
| 4/1/2015 | Cassidy | 131:5-15 | Vague, calls for speculation, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 4/1/2015 | Cassidy | 131:16-22 | Vague, calls for speculation, FRE 401, 402, 403, 602, 901a, 611a, 1002701 |
| 4/1/2015 | Cassidy | 132:13-134:24 | FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 4/1/2015 | Cassidy | 136:1-139:2 | |
| 4/1/2015 | Cassidy | 140:13-141:6 | |
| 4/1/2015 | Cassidy | 141:7-16 | Vague, FRE 401, 402, 403, 602, 901a, 611a, 1002 |
| 4/1/2015 | Cassidy | 148:17-149:6 | |
| 4/1/2015 | Cassidy | 149:20-150:1 | |

| 4/1/2015 | Cassidy | 151:17-152:1 | |