# EXHIBIT F-1

Confidential - Attorneys' Eyes Only

```
 1            IN THE UNITED STATES DISTRICT COURT

 2             FOR THE EASTERN DISTRICT OF TEXAS

 3                      TYLER DIVISION

 4   - - - - - - - - - - - - - - - - - - -

 5   BLUE SPIKE, LLC,                  )

 6                    Plaintiff,    )  CASE NO.

 7   V.                              )  6:12-CV-499

 8                                   )

 9   TEXAS INSTRUMENTS, INC.,        )

10                    Defendant.    )

11   - - - - - - - - - - - - - - - - - - -

12

13           CONFIDENTIAL - ATTORNEYS' EYES ONLY

14      30(b)(6) and 30(b)(1) VIDEOTAPED DEPOSITION OF

15      ERLING WOLD, AN EMPLOYEE OF AUDIBLE MAGIC CORP.

16              MONDAY, OCTOBER 27, 2014

17              PAGES 1 - 177; VOLUME 1

18

19

20

21          BEHMKE REPORTING AND VIDEO SERVICES, INC.

22     BY: CHRISTINE L. JORDAN, CSR NO. 12262, RPR, CCRR

23                    160 SPEAR STREET, SUITE 300

24              SAN FRANCISCO, CALIFORNIA 94105

25                        (415) 597-5600
```

Confidential - Attorneys' Eyes Only

1

2

3

4

5

6

7

8

9        Deposition of ERLING WOLD, VOLUME 1, taken on

10   behalf of PLAINTIFF, at 1000 Marsh Road, Menlo Park,

11   California, commencing at 1:06 P.M., MONDAY, OCTOBER

12   27, 2014, before Christine L. Jordan, Certified

13   Shorthand Reporter No. 12262, pursuant to Notice.

14

15

16

17

18

19

20

21

22

23

24

25

Confidential - Attorneys' Eyes Only

```
 1   APPEARANCES OF COUNSEL:

 2   FOR THE PLAINTIFF:

 3       GARTEISER HONEA, P.C.

 4       BY:  RANDALL T. GARTEISER, ATTORNEY AT LAW

 5            CHRISTOPHER A. HONEA, ATTORNEY AT LAW

 6            KIRK J. ANDERSON, ATTORNEY AT LAW

 7            PETER S. BRASHER, ATTORNEY AT LAW

 8       119 W. Ferguson

 9       Tyler, Texas 75702

10       Telephone: (903) 705-7420

11       Email: rgarteiser@ghiplaw.com

12

13   FOR THE DEFENDANT and THE WITNESS:

14       ORRICK, HERRINGTON & SUTCLIFFE LLP

15       BY:  GABRIEL M. RAMSEY, ATTORNEY AT LAW

16       405 Howard Street

17       San Francisco, California 94105

18       Telephone: (415) 773-5535

19       Email: gramsey@orrick.com

20   AND

21       BY:  ALYSSA M. CARIDIS, ATTORNEY AT LAW

22       777 South Figueroa Street, Suite 3200

23       Los Angeles, California 90017

24       Telephone: (213) 612-2372

25       Email: acaridis@orrick.com
```

Confidential - Attorneys' Eyes Only

```
1   APPEARANCES OF COUNSEL - (CONTINUED):

2   ALSO PRESENT:

3       JEFREE ANDERSON, VIDEOGRAPHER

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Confidential - Attorneys' Eyes Only

```
 1                          INDEX

 2   MONDAY, OCTOBER 27, 2014

 3   ERLING WOLD - VOLUME 1                        PAGE

 4   PROCEEDINGS                                     9

 5       Examination by MR. GARTEISER              10

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Confidential - Attorneys' Eyes Only

```
 1                        EXHIBITS
 2                  ERLING WOLD - VOLUME 1
 3    Number              Description               Page
 4    Exhibit 1    Plaintiff's Rule 30(b)(1) Notice
 5                 of Oral and Videotaped
 6                 Deposition of Erling Wold, an
 7                 Employee of Audible Magic Corp
 8                 - 3 pages                          11
 9
10    Exhibit 2    Plaintiff's Rule 30(b)(1) Notice
11                 of Oral and Videotaped
12                 Deposition of Doug Keislar, an
13                 Employee of Audible Magic Corp.
14                 - 3 pages                          15
15
16    Exhibit 3    Plaintiff's Rule 30(b)(1) Notice
17                 of Oral and Videotaped
18                 Deposition of Thomas Blum, an
19                 Employee of Audible Magic Corp
20                 - 3 pages                          27
21
22
23
24
25
```

Confidential - Attorneys' Eyes Only

```
 1                  EXHIBITS - CONTINUED
 2                 ERLING WOLD - VOLUME 1
 3    Number              Description              Page
 4    Exhibit 4    Plaintiff's Rule 30(b)(1) Notice
 5                 of Oral and Videotaped
 6                 Deposition of Jim Schrempp, an
 7                 Employee of Audible Magic Corp
 8                 - 3 pages                         27
 9
10    Exhibit 5    Plaintiff's Rule 30(b)(1) Notice
11                 of Oral and Videotaped
12                 Deposition of Rob Williams, an
13                 Employee of Audible Magic Corp
14                 - 3 pages                         29
15
16    Exhibit 6    Documents titled "Audible Magic
17                 Departments" and "Audible Magic
18                 Job Responsibilities," Bates
19                 Nos. AUDMAG02627958 - 2 pages     37
20
21    Exhibit 7    Document titled "Audible Magic
22                 Employees," Bates Nos.
23                 AUDMAG02627960 thruogh
24                 AUDMAG02627962- 3 pages           60
25
```

Confidential - Attorneys' Eyes Only

```
 1                    EXHIBITS - CONTINUED

 2                   ERLING WOLD - VOLUME 1

 3   Number               Description              Page

 4   Exhibit 8    Plaintiff's Rule 30(b)(1) Notice

 5                of Oral and Videotaped

 6                Deposition of Jim Wheaton, an

 7                Employee of Audible Magic Corp

 8                - 3 pages                          70

 9

10   Exhibit 9    Plaintiff's Rule 30(b)(6) Notice

11                of Oral and Videotaped

12                Deposition Defendant Audible

13                Magic - 16 pages                  105

14

15   Exhibit 9    United States Patent, Patent No.

16                US 6,834,308 - 14 pages           134

17

18   Exhibit 10   United States Patent, Patent No.

19                US 6,834,308 - 14 pages           138

20

21   Exhibit 11   United States Patent, Patent No.

22                US 5,918,223 - 38 pages           155

23

24   Exhibit 12   Addison Fischer Wikipedia

25                description printout - 5 pages    157
```

Confidential - Attorneys' Eyes Only

```
 1              MONDAY, OCTOBER 27, 2014; 1:06 P.M.

 2

 3              THE VIDEOGRAPHER:  Here begins DVD Number 1

 4    in the video deposition of Erling Wold in the matter

 5    of Blue Spike, LLC, versus Texas Instruments, Inc.,

 6    in the United States District Court, Eastern District

 7    of Texas, Case Number 6:12-cv-00499.

 8              Today's date is Monday, October 27, 2014.

 9    The time on the video monitor is 1:06 p.m.

10              The video operator today is Jefree Anderson,

11    contracted by Behmke Reporting and Video Services,

12    Inc., at 160 Spear Street, Suite 300, San Francisco,

13    California.

14              This video deposition is taking place at

15    1000 Marsh Road, Menlo Park, California, and was

16    noticed by Randall Garteiser, Esquire, of Garteiser

17    Honeo, PLLC --

18              MR. GARTEISER:  It's Garteiser Honea.

19              THE VIDEOGRAPHER:  Please forgive me.

20              -- Garteiser Honea, PLLC.

21              MR. GARTEISER:  Close enough.

22              THE VIDEOGRAPHER:  "Close enough"?  Sorry

23    about that.

24              Counsel, please voice identify yourselves

25    and state whom you represent.
```

Confidential - Attorneys' Eyes Only

```
 1            MR. GARTEISER:  Randall Garteiser of
 2    Garteiser Honea, along with my colleague Christopher
 3    Honea, Kirk Anderson, Peter Brasher.  And we may have
 4    Molly Jones try and join us a little bit later.
 5            MR. RAMSEY:  This is Gabriel Ramsey and
 6    Alyssa Caridis with Orrick Herrington Sutcliffe for
 7    Audible Magic and the witness.
 8            THE VIDEOGRAPHER:  Thank you.
 9            The court reporter today is Christine
10    Jordan, certified shorthand reporter, contracted by
11    Behmke Reporting and Video Services, Inc.
12            Would the reporter please swear in the
13    witness.
14            (Oath administered.)
15            THE WITNESS:  Yes, I do.
16            THE VIDEOGRAPHER:  Please begin.
17
18                    ERLING WOLD,
19    having been first duly sworn, testified as follows:
20                    EXAMINATION
21    BY MR. GARTEISER:
22        Q.  Good morning.
23        A.  Good morning.
24        Q.  I'm going to be asking you a series of
25    questions.  Is there any reason why you can't testify
```

Confidential - Attorneys' Eyes Only

1    truthfully today?

2       A.   No.

3       Q.   Are you on any medication?

4       A.   No.

5       Q.   Okay.  I'm going to hand you, just to keep

6    us logically in order, what's been notified -- or

7    what's been -- how we noticed this deposition.

8            And if I could get some exhibit numbers.

9    Thank you.

10           And you can kind of put these in the

11   binder --

12      A.   I see.

13      Q.   -- if you want.  You don't have to.  But if

14   you want to down the road, if it starts to get to be

15   too many.

16           Here you go.

17           (Exhibit 1 was marked for identification.)

18   BY MR. GARTEISER:

19      Q.   Have you seen that document before?

20      A.   I have not.

21      Q.   Okay.  And do you understand -- has someone

22   explained to you what a deposition entails?

23      A.   Yes.

24      Q.   Have you had your deposition taken before?

25      A.   I have been -- I've had a deposition taken

Confidential - Attorneys' Eyes Only

1    before.

2         Q.   Okay.  In the last ten years?

3         A.   Yes.

4         Q.   Last five years?

5         A.   Yes.

6         Q.   What was the name of that case or

7    controversy?

8         A.   I believe it was the MPAA versus Hotfile.

9         Q.   And what was that involving?

10        A.   Hotfile is a cyberlocker, a service where

11   you can upload content.  And I don't know the --

12   exactly the details of the suit.  I was brought in to

13   rebut a particular other expert witness.

14        Q.   Okay.  So you were utilized as an expert

15   witness --

16        A.   Yes.

17        Q.   -- in that case?

18             Are you going to appear in this case as an

19   expert witness?

20        A.   No.

21        Q.   Okay.  Did you help found -- were you one of

22   the founders of Audible Magic -- Muscle Fish?

23        A.   Yes.

24        Q.   Now, was there another company before Muscle

25   Fish?

Confidential - Attorneys' Eyes Only

1   A.   What do you mean?

2   Q.   Good question.

3        Muscle Fish became Audible Magic, correct?

4   A.   Not exactly.

5   Q.   Okay.  Well, explain to me that transition.

6   A.   Muscle Fish was a consulting company.  And

7   Audible Magic was one of our clients.  And Audible

8   Magic acquired us.

15   Q.   Okay.  Where did you work prior to that?

16   A.   For --

17   Q.   Prior to Muscle Fish.

18   A.   Yes.

19        For Yamaha Music Technologies.

20   Q.   And how long did you work for them?

21   A.   Approximately four years.

22   Q.   Okay.  And I've got a copy of your CV.

23   A.   Yeah.

24   Q.   We can get through that a little bit later.

25   I just wanted to get a little bit of the lay of the

Pages 14-176   Redacted

Confidential - Attorneys' Eyes Only

```
 1  STATE OF CALIFORNIA          )
 2                               ) ss
 3  COUNTY OF SAN MATEO          )
 4
 5          I hereby certify that the witness in the
 6  foregoing deposition, ERLING WOLD, was by me duly
 7  sworn to testify to the truth, the whole truth and
 8  nothing but the truth, in the within-entitled cause;
 9  that said deposition was taken at the time and place
10  herein named; and that the deposition is a true
11  record of the witness's testimony as reported by me,
12  a duly certified shorthand reporter and a
13  disinterested person, and was thereafter transcribed
14  into typewriting by computer.
15          I further certify that I am not interested
16  in the outcome of the said action, nor connected with
17  nor related to any of the parties in said action, nor
18  to their respective counsel.
19          IN WITNESS WHEREOF, I have hereunto set my
20  hand this 6th day of November, 2014.
21          ___X___ Reading and Signing was not
22  requested.
23
24          _____
25          CHRISTINE L. JORDAN, CSR NO. 12262
```

Restricted Source Code

1              IN THE UNITED STATES DISTRICT COURT

2               FOR THE EASTERN DISTRICT OF TEXAS

3                          TYLER DIVISION

4        - - - - - - - - - - - - - - - - - -

5        BLUE SPIKE, LLC,                    )

6                           Plaintiff,    )

7        V.                                  )  CASE NO.

8                                           )  6:12-CV-499

9        TEXAS INSTRUMENTS, INC.,            )

10                          Defendant.    )

11       - - - - - - - - - - - - - - - - - -

12

13                     RESTRICTED SOURCE CODE

14          30(b)(6) and 30(b)(1) VIDEOTAPED DEPOSITION OF

15          ERLING WOLD, AN EMPLOYEE OF AUDIBLE MAGIC CORP.

16                    MONDAY, OCTOBER 27, 2014

17                    PAGES 178 - 250; VOLUME 1A

18

19

20

21          BEHMKE REPORTING AND VIDEO SERVICES, INC.

22       BY: CHRISTINE L. JORDAN, CSR NO. 12262, RPR, CCRR

23                          160 SPEAR STREET, SUITE 300

24                    SAN FRANCISCO, CALIFORNIA 94105

25                              (415) 597-5600

Restricted Source Code

1

2

3

4

5

6

7

8

9      Deposition of ERLING WOLD, VOLUME 1A, taken on

10   behalf of PLAINTIFF, at 1000 Marsh Road, Menlo Park,

11   California, commencing at 1:06 P.M., MONDAY, OCTOBER

12   27, 2014, before Christine L. Jordan, Certified

13   Shorthand Reporter No. 12262, pursuant to Notice.

14

15

16

17

18

19

20

21

22

23

24

25

Restricted Source Code

```
 1   APPEARANCES OF COUNSEL:
 2   FOR THE PLAINTIFF:
 3       GARTEISER HONEA, P.C.
 4       BY:  RANDALL T. GARTEISER, ATTORNEY AT LAW
 5            CHRISTOPHER A. HONEA, ATTORNEY AT LAW
 6            KIRK J. ANDERSON, ATTORNEY AT LAW
 7            PETER S. BRASHER, ATTORNEY AT LAW
 8       119 W. Ferguson
 9       Tyler, Texas 75702
10       Telephone: (903) 705-7420
11       Email: rgarteiser@ghiplaw.com
12
13   FOR THE DEFENDANT and THE WITNESS:
14       ORRICK, HERRINGTON & SUTCLIFFE LLP
15       BY:  GABRIEL M. RAMSEY, ATTORNEY AT LAW
16       405 Howard Street
17       San Francisco, California 94105
18       Telephone: (415) 773-5535
19       Email: gramsey@orrick.com
20   AND
21       BY:  ALYSSA M. CARIDIS, ATTORNEY AT LAW
22       777 South Figueroa Street, Suite 3200
23       Los Angeles, California 90017
24       Telephone: (213) 612-2372
25       Email: acaridis@orrick.com
```

Restricted Source Code

```
 1   APPEARANCES OF COUNSEL - (CONTINUED):

 2   ALSO PRESENT:

 3        JEFREE ANDERSON, VIDEOGRAPHER

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Restricted Source Code

```
 1                        INDEX

 2   MONDAY, OCTOBER 27, 2014

 3   ERLING WOLD - VOLUME 1A                        PAGE

 4   PROCEEDINGS RESUMED                             184

 5       Examination by MR. ANDERSON                 185

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Restricted Source Code

```
 1                    EXHIBITS - CONTINUED

 2                  ERLING WOLD - VOLUME 1A

 3   Number              Description              Page

 4   Exhibit 13   Document labeled "Exhibit A,

 5                Content Identification Services

 6                Description and Procedure,"

 7                Bates No. AUDMAG00065187

 8                - 1 page                         224

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Pages 184-249  Redacted

Restricted Source Code

```
 1   STATE OF CALIFORNIA          )

 2                                ) ss

 3   COUNTY OF SAN MATEO          )

 4

 5            I hereby certify that the witness in the

 6   foregoing deposition, ERLING WOLD, was by me duly

 7   sworn to testify to the truth, the whole truth and

 8   nothing but the truth, in the within-entitled cause;

 9   that said deposition was taken at the time and place

10   herein named; and that the deposition is a true

11   record of the witness's testimony as reported by me,

12   a duly certified shorthand reporter and a

13   disinterested person, and was thereafter transcribed

14   into typewriting by computer.

15            I further certify that I am not interested

16   in the outcome of the said action, nor connected with

17   nor related to any of the parties in said action, nor

18   to their respective counsel.

19            IN WITNESS WHEREOF, I have hereunto set my

20   hand this 6th day of November, 2014.

21            ___X___ Reading and Signing was not

22   requested.

23

24

25            CHRISTINE L. JORDAN, CSR NO. 12262
```

Confidential

```
 1              UNITED STATES DISTRICT COURT

 2            FOR THE EASTERN DISTRICT OF TEXAS

 3                    TYLER DIVISION

 4   - - - - - - - - - - - - - - - - - - )

 5   BLUE SPIKE, LLC,                     )

 6              Plaintiff,               )

 7                                        )   CASE NO.

 8   vs.                                  )   6:12-CV-00499

 9                                        )

10   TEXAS INSTRUMENTS, INC., et al.,    )

11              Defendants.              )

12   - - - - - - - - - - - - - - - - - - )

13

14          CONFIDENTIAL - ATTORNEY'S EYES ONLY

15     30(B)(6) and 30(B)(1) VIDEOTAPED DEPOSITION OF

16    THOMAS BLUM, AND EMPLOYEE OF AUDIBLE MAGIC CORP.

17             TUESDAY, OCTOBER 28, 2014

18             PAGES 1 - 277; VOLUME 1

19

20

21         BEHMKE REPORTING AND VIDEO SERVICES, INC.

22       BY:  JOAN MARIE COLUMBINI, CSR NO. 5435, RPR

23                     160 SPEAR STREET, SUITE 300

24                 SAN FRANCISCO, CALIFORNIA 94105

25                         (415) 597-5600
```

Confidential

1

2

3

4

5

6

7

8

9      Videotaped deposition of THOMAS BLUM, taken on behalf

10  of PLAINTIFF, at 1000 Marsh Road, Menlo Park,

11  California, commencing at 9:48 a.m., TUESDAY, OCTOBER

12  28, 2014, before Joan Marie Columbini, Certified

13  Shorthand Reporter No. 5435, pursuant to NOTICE.

14

15

16

17

18

19

20

21

22

23

24

25

Confidential

```
 1   APPEARANCES OF COUNSEL:
 2   FOR PLAINTIFF BLUE SPIKE:
 3       GARTEISER HONEA, P.C.
 4       RANDALL T. GARTEISER, ESQUIRE
 5       CHRISTOPHER HONEA, ESQUIRE
 6       KIRK J. ANDERSON, ESQUIRE
 7       PETER S. BRASHER, ESQUIRE
 8       119 W. Ferguson
 9       Tyler, Texas  75702
10       Telephone:  (903) 705-0828
11       Email:  rgarteiser@ghiplaw.com
12
13   FOR DEFENDANT AND THE WITNESS:
14       ORRICK, HERRINGTON & SUTCLIFF, LLP
15       BY:  GABRIEL RAMSEY, ESQUIRE
16       1000 Marsh Road
17       Menlo Park, California  94025
18       Telephone:  (650) 614-7400
19       Email:  gramsey@orrick.com
20   AND
21       BY:  ALYSSA CARIDIS, ESQUIRE
22       777 South Figueroa Street, Suite 3200
23       Los Angeles, California 90017
24       Telephone: (213) 612-2372
25       Email: acaridis@orrick.com
```

Confidential

```
 1   (APPEARANCES CONTINUED):

 2       FOR DEFENDANT AND THE WITNESS:

 3       ORRICK, HERRINGTON & SUTCLIFFE, LLP

 4       BY:  JOHANNA JACOB, ESQUIRE

 5       405 Howard Street

 6       San Francisco, California 94105

 7       Telephone:  (415) 772-5700

 8       Email:  jjacob@orrick.com

 9

10   ALSO PRESENT:

11       BRIAN MONROE, Videographer

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Confidential

```
 1                    INDEX

 2   TUESDAY, OCTOBER 28, 2014

 3   THOMAS BLUM                              Page

 4   PROCEEDINGS

 5       Examination by MR. ANDERSON            8

 6   AFTERNOON SESSION

 7       Examination by MR. ANDERSON (Resumed)   105

 8                       -oOo-

 9

10       QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:

11                   PAGE  LINE

12                      None.

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Confidential

| | |
|---|---|
| 1 | EXHIBITS |
| 2 | THOMAS BLUM |
| 3 | Number          Description                    Page |
| 4 | Exhibit 14   Notes of release changes |
| 5 |              - 171 pages                    218 |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

Confidential

```
 1    PROCEEDINGS; TUESDAY, OCTOBER 8, 2014; 9:48 A.M.

 2

 3      THE VIDEOGRAPHER:  Here begins DVD No. 1 in the

 4  deposition of Tom Blum in the matter of Blue Spike,

 5  LLC versus Texas Instruments, Incorporated in the

 6  United States District Court for the Eastern

 7  District of Texas.  Case No. is 6:12-CV-00499.

 8  Today's date is October 28th, 2014.  The time on the

 9  video monitor is 9:48 a.m.

10          The video operator today is Brian Monroe

11  employed by Behmke Reporting & Video Services, Inc.

12  at 160 Spear Street, Suite 300 in San Francisco,

13  California.  This video deposition is taking place

14  at 1000 Marsh Road in Menlo Park, California and was

15  noticed by Garteiser Honea, PLLC.

16          Counsel, would you please voice identify

17  yourselves for the record?

18      MR. ANDERSON:  Kirk Anderson for Blue Spike with

19  my colleague Peter Brasher.

20      MR. RAMSEY:  This is Gabriel Ramsey with Orrick

21  Herrington, Sutcliffe for Audible Magic Corporation

22  and the witness.  I'm joined by my colleagues at

23  work Alyssa Caridis and Johanna Jacob.

24      THE VIDEOGRAPHER:  And the court reporter today

25  is Joan Columbini, certified shorthand reporter,
```

Confidential

```
 1  contracted by Behmke Reporting & Video Services,
 2  Inc.
 3          Would the court reporter now please swear
 4  in the witness?
 5                      THOMAS BLUM,
 6  having been first duly sworn, testified as follows:
 7      THE WITNESS:  I do.
 8      THE VIDEOGRAPHER:  You may begin.
 9      MR. ANDERSON:  Thank you.
10      THE WITNESS:  Sure.
11                      EXAMINATION
12  BY MR. ANDERSON
13      Q.   So, Mr. Blum, have you -- is this your
14  first time being deposed?
15      A.   Yes, it is.
16      Q.   Okay.  So, let me -- I'll begin by just
17  explaining this process a little bit.  I'm sure your
18  counsel already has.  But I'll be asking you
19  questions.  It will be transcribed.  And if you
20  could, make sure to say "yes" or "no" whenever
21  possible instead of "uh-uh" or nodding the head.
22  And I might remind you, but...
23          And you also understand that your
24  questions -- that your answers are subject to the
25  penalties of perjury?
```

Confidential

1      A.   Yes.

2      Q.   You are now under oath?

3      A.   Yes.

4      Q.   You are aware that your testimony can be

5   used later on now at trial?

6      A.   Yes.

7      Q.   If during this process you have any

8   questions about the questions that I'm asking, if

9   you don't understand anything, please let me know,

10  and I'll be happy to explain, obviously.  Will you

11  do that?

12     A.   Yes.

13     Q.   And, also, as I'm asking you questions, you

14  may know where I'm going with that question, but if

15  you could wait until the end so the record is clear.

16     A.   Okay.

17     Q.   Thank you.

18          Also, your testimony today is based on your

19  personal knowledge, so you are not here to guess or

20  speculate, but just give me the -- your answer to

21  the best of your ability and recollection.

22     A.   Okay.

23     Q.   And as you know, your counsel may object at

24  any time during this proceeding, but unless they

25  tell you not to answer, then you may proceed and

Pages 10-276  Redacted

Confidential

```
 1   STATE OF CALIFORNIA          )

 2                                ) ss

 3   COUNTY OF CONTRA COSTA       )

 4          I hereby certify that the witness in the

 5   foregoing deposition, THOMAS BLUM, was by me duly

 6   sworn to testify to the truth, the whole truth and

 7   nothing but the truth, in the within-entitled cause;

 8   that said deposition was taken at the time and place

 9   herein named; and that the deposition is a true record

10   of the witness's testimony as reported by me, a duly

11   certified shorthand reporter and a disinterested

12   person, and was thereafter transcribed into

13   typewriting by computer.

14          I further certify that I am not interested in

15   the outcome of the said action, nor connected with nor

16   related to any of the parties in said action, nor to

17   their respective counsel.

18          IN WITNESS WHEREOF, I have hereunto set my

19   hand this 10th day of November 2014.

20          Reading and Signing was:

21          ___ requested    ___ waived   XXX not requested

22

23

24

25          JOAN MARIE COLUMBINI, CSR NO. 5435
```

Restricted Source Code

```
 1              UNITED STATES DISTRICT COURT

 2            FOR THE EASTERN DISTRICT OF TEXAS

 3                      TYLER DIVISION

 4   - - - - - - - - - - - - - - - - - - )

 5   BLUE SPIKE, LLC,                     )

 6                 Plaintiff,             )

 7                                        )  CASE NO.

 8   vs.                                  )  6:12-CV-00499

 9                                        )

10   TEXAS INSTRUMENTS, INC., et al.,     )

11                 Defendants.            )

12   - - - - - - - - - - - - - - - - - - )

13

14              RESTRICTED SOURCE CODE

15     30(B)(6) and 30(B)(1) VIDEOTAPED DEPOSITION OF

16    THOMAS BLUM, AND EMPLOYEE OF AUDIBLE MAGIC CORP.

17             TUESDAY, OCTOBER 28, 2014

18          PAGES 132-192, 205-217; VOLUME 1A

19

20

21         BEHMKE REPORTING AND VIDEO SERVICES, INC.

22      BY:  JOAN MARIE COLUMBINI, CSR NO. 5435, RPR

23                   160 SPEAR STREET, SUITE 300

24                 SAN FRANCISCO, CALIFORNIA 94105

25                        (415) 597-5600
```

Restricted Source Code

1

2

3

4

5

6

7

8

9      Videotaped deposition of THOMAS BLUM, taken on behalf

10   of PLAINTIFF, at 1000 Marsh Road, Menlo Park,

11   California, commencing at 9:48 a.m., TUESDAY, OCTOBER

12   28, 2014, before Joan Marie Columbini, Certified

13   Shorthand Reporter No. 5435, pursuant to NOTICE.

14

15

16

17

18

19

20

21

22

23

24

25

Restricted Source Code

```
 1   APPEARANCES OF COUNSEL:

 2   FOR PLAINTIFF BLUE SPIKE:

 3       GARTEISER HONEA, P.C.

 4       RANDALL T. GARTEISER, ESQUIRE

 5       CHRISTOPHER HONEA, ESQUIRE

 6       KIRK J. ANDERSON, ESQUIRE

 7       PETER S. BRASHER, ESQUIRE

 8       119 W. Ferguson

 9       Tyler, Texas  75702

10       Telephone:  (903) 705-0828

11       Email:  rgarteiser@ghiplaw.com

12

13   FOR DEFENDANT AND THE WITNESS:

14       ORRICK, HERRINGTON & SUTCLIFF, LLP

15       BY:  GABRIEL RAMSEY, ESQUIRE

16       1000 Marsh Road

17       Menlo Park, California  94025

18       Telephone:  (650) 614-7400

19       Email:  gramsey@orrick.com

20   AND

21       BY:  ALYSSA CARIDIS, ESQUIRE

22       777 South Figueroa Street, Suite 3200

23       Los Angeles, California 90017

24       Telephone: (213) 612-2372

25       Email: acaridis@orrick.com
```

Restricted Source Code

```
 1  (APPEARANCES CONTINUED):

 2      FOR DEFENDANT AND THE WITNESS:

 3      ORRICK, HERRINGTON & SUTCLIFFE, LLP

 4      BY:  JOHANNA JACOB, ESQUIRE

 5      405 Howard Street

 6      San Francisco, California 94105

 7      Telephone:  (415) 772-5700

 8      Email:  jjacob@orrick.com

 9

10  ALSO PRESENT:

11      BRIAN MONROE, Videographer

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Restricted Source Code

```
 1                        INDEX
 2   TUESDAY, OCTOBER 28, 2014
 3   THOMAS BLUM                              Page
 4   PROCEEDINGS
 5        Examination by MR. ANDERSON           8
 6   AFTERNOON SESSION
 7        Examination by MR. ANDERSON (Resumed)   105
 8                        -oOo-
 9
10        QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:
11                     PAGE  LINE
12                      None.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Restricted Source Code

```
 1                    EXHIBITS

 2                  THOMAS BLUM

 3  Number            Description              Page

 4  Exhibit 14   Notes of release changes

 5                - 171 pages                   218

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Pages 132-217  Redacted

Restricted Source Code

```
 1  STATE OF CALIFORNIA          )

 2                               ) ss

 3  COUNTY OF CONTRA COSTA       )

 4

 5       I hereby certify that the witness in the

 6  foregoing deposition, THOMAS BLUM, was by me duly

 7  sworn to testify to the truth, the whole truth and

 8  nothing but the truth, in the within-entitled cause;

 9  That said deposition was taken at the time and place

10  herein named; and that the deposition is a true record

11  of the witness's testimony as reported by me, a duly

12  certified shorthand reporter and a disinterested

13  person, and was thereafter transcribed into

14  typewriting by computer.

15       I further certify that I am not interested in

16  the outcome of the said action, nor connected with nor

17  related to any of the parties in said action, nor to

18  their respective counsel.

19       IN WITNESS WHEREOF, I have hereunto set my

20  hand this 10th day of November 2014.

21       Reading and Signing was:

22       ___ requested   ___ waived   XXX not requested

23

24

25       JOAN MARIE COLUMBINI, CSR NO. 5435
```

```
 1
 2                IN THE UNITED STATES DISTRICT COURT
 3                 FOR THE EASTERN DISTRICT OF TEXAS
 4                          TYLER DIVISION
 5                            - - -
 6   BLUE SPIKE,                    )
                                    )
 7          Plaintiff,             )
                                    )
 8   vs.                            )   Case No. 12-CV-499-MHS-CMC
                                    )
 9   TEXAS INSTRUMENTS, et al,     )
                                    )
10          Defendants.            )
     _____)
11
12
13              VIDEO DEPOSITION OF JIM WHEATON
14                    1000 Marsh Road
15                 Menlo Park, California
16              Wednesday, October 29, 2014
17
18
19
20
21   Atkinson-Baker, Inc.
     Court Reporters
22   (800) 288-3376
     www.depo.com
23
24   REPORTED BY:      CARRIE HEWERDINE, CSR NO. 4579
25   FILE NO.:         A80C6D7
```

1

2                    IN THE UNITED STATES DISTRICT COURT

3                     FOR THE EASTERN DISTRICT OF TEXAS

4                            TYLER DIVISION

5                               - - -

6    BLUE SPIKE,                   )

                                   )

7          Plaintiff,              )

                                   )

8    vs.                           )   Case No. 12-CV-499-MHS-CMC

                                   )

9    TEXAS INSTRUMENTS, et al,     )

                                   )

10         Defendants.             )

     _____)

11

12

13

14           Video Deposition of JIM WHEATON, taken on behalf

15    of the Plaintiff at 1000 Marsh Road, Menlo Park,

16    California, commencing at 9:42 a.m., Wednesday,

17    October 29, 2014, before Carrie Hewerdine, CSR No. 4579.

18

19

20

21

22

23

24

25

                                                              2

```
 1
 2                    A P P E A R A N C E S
 3
 4
      For the Plaintiff:
 5    GARTEISER HONEA
      218 North College Avenue
 6    Tyler, Texas 75702
      903.705.7420
 7    E-mail:  PBrasher@ghiplaw.com
      BY:  PETER BRASHER, ESQ.
 8    and  RANDALL GARTEISER, ESQ.
      and  MOLLY JONES, ESQ.
 9
10    For the Defendants:
      ORRICK, HERRINGTON & SUTCLIFFE, LLP
11    777 South Figueroa Street
      Suite 3200
12    Los Angeles, California 90017
      213.612.2372
13    E-mail:  Acaridis@orrick.com
      BY:  ALYSSA M. CARIDIS, ESQ.
14
15
16    ALSO PRESENT:
17    DENISE KWAN, Videographer
18
19
20
21
22
23
24
25
```

3

```
 1
 2                        I N D E X
 3
 4   EXAMINEE:        JIM WHEATON
 5   EXAMINATION                                    PAGE
 6        BY MR. BRASHER                              6
 7
 8
 9
10   DEPOSITION EXHIBITS REFERENCED (not attached):   PAGE
11   10      United States Patent,                    178
             Patent Number U.S. 6,834,308 B1
12
     11      United States Patent,                    170
13           Patent Number U.S. 5,918,223
14
15
16   DEPOSITION EXHIBITS MARKED:                      PAGE
17   15      Jim Wheaton e-mail, Sent: Monday,         66
             February 21, 2000 5:11 P.M.
18           To: fish@musclefish.com
19   18      Muscle Fish Letter of Understanding dated 181
             April 1, 1998
20
     19      Software Development and License Agreement 184
21           [AUDMAG00403760 - AUDMAG00403773]
22   20      Flow design for Aaron Conti project       193
             [AUDMAG01090199]
23
24
25
```

4

```
 1              MENLO PARK, CALIFORNIA,

 2        WEDNESDAY, OCTOBER 29, 2014 AT 9:42 A.M.

 3                    -  -  -

 4

 5              THE VIDEOGRAPHER:  Good morning.  My name is      09:43:32

 6   Denise Kwan, your videographer, and I represent

 7   Atkinson-Baker, Incorporated, in Glendale, California.

 8   I am not financially interested in this action, nor am I

 9   a relative or employee of any attorney or any of the

10   parties.                                                    09:43:45

11              The date is October 29th, 2014.  The time

12   is 9:42.

13              This deposition is taking place at

14   Orrick Law Office, 1000 Marsh Road, Menlo Park,

15   California, 94025.                                          09:43:59

16              This is Case Number 12-CV-499-MHS-CMC,

17   entitled Blue Spike versus Texas Instruments,

18   Incorporated.

19              The deponent is Jim Wheaton.  This deposition

20   is being taken on behalf of the Plaintiff.                  09:44:16

21              Your court reporter is Carrie Hewerdine from

22   Atkinson-Baker.

23              Counsel will now please introduce themselves.

24              After all counsel present have introduced

25   themselves, then the witness gets sworn in by the court     09:44:26
```

5

```
 1    reporter.                                            09:44:29
 2            MR. BRASHER:  My name is Peter Brasher
 3    representing Blue Spike LLC.  Later, I'll be joined by
 4    my colleagues:  Randall Garteiser and Molly Jones.
 5            MS. CARIDIS:  Alyssa Caridis of             09:44:40
 6    Orrick, Herrington & Sutcliffe, here on behalf of
 7    Audible Magic Corporation and the witness.
 8            THE REPORTER:  Would you raise your right
 9    hand, please.
10                                                         10:04:47
11                      JIM WHEATON,
12             having first been duly sworn,
13          was examined and testified as follows:
14            THE WITNESS:  Yes.
15                                                         09:45:00
16                      EXAMINATION
17    BY MR. BRASHER:
18        Q    Good morning, Mr. Wheaton.
19        A    Good morning.
20        Q    As you've been prepared today, we're going to  09:45:07
21    be taking a deposition.
22            Have you ever taken a deposition before?
23        A    No.
24        Q    Have you ever been involved in any
25    litigation, provide a declaration, or any anything of   09:45:17
```

| | | |
|---|---|---|
| 1 | that sort? | 09:45:20 |
| 2 |     A    No. | |
| 3 |     Q    But your counsel explained to you that you'd | |
| 4 | be deposed today regarding this matter, Blue Spike LLC | |
| 5 | versus Texas Instruments? | 09:45:28 |
| 6 |     A    Yes. | |
| 7 |     Q    And you understand what the deposition will | |
| 8 | entail? | |
| 9 |     A    (No audible response) | |
| 10 |     Q    You understand what a deposition is? | 09:45:36 |
| 11 |     A    I think so. | |
| 12 |     Q    Basically, what's going to happen is I'm just | |
| 13 | going to be asking you some questions related to your | |
| 14 | knowledge. | |
| 15 |     I don't want you to speculate or guess as to | 09:45:49 |
| 16 | anything.  If you know the answer to a question, you can | |
| 17 | answer the question.  If you don't know, you can say you | |
| 18 | don't know. | |
| 19 |     If there's something that you don't | |
| 20 | understand in the question that I'm asking -- I -- you | 09:45:58 |
| 21 | might get confused, or I might be trying to collect my | |
| 22 | thoughts -- tell me you don't understand, and I'll try | |
| 23 | to restate it in a way that you can understand it. | |
| 24 |     Is there any reason today that you can't | |
| 25 | testify truthfully or to the fullest of your knowledge? | 09:46:11 |

Pages 7-207  Redacted

1    STATE OF _____ )                    15:40:32

                                      )  ss.

2    COUNTY OF _____)

3

4

5

6              I, the undersigned, declare under penalty of

7    perjury that I have read the foregoing transcript, and I

8    have made any corrections, additions, or deletions that

9    I was desirous of making; that the foregoing is a true

10   and correct transcript of my testimony contained

11   therein.

12

13             EXECUTED this _____ day of _____

14   20_____, at _____, _____.

15                  (City)                    (State)

16

17

18

19

20

21

22                           _____

23

24                           JIM WHEATON

25



REPORTER'S CERTIFICATE

I, CARRIE HEWERDINE, RDR, California CSR No. 4579, Certified Shorthand Reporter, certify;

That the foregoing proceedings were taken before me at the time and place therein set forth, at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Dated this 9th day of November, 2014.


_____

CARRIE HEWERDINE, RDR

California CSR No. 4579 / Nevada CCR No. 820

1              UNITED STATES DISTRICT COURT

2          FOR THE EASTERN DISTRICT OF TEXAS

3                   TYLER DIVISION

4   - - - - - - - - - - - - - - - - - - -

5   BLUE SPIKE, LLC,                    )

6              Plaintiff,               )

7                                       )   CASE NO.

8   vs.                                 )   6:12-CV-499 MHS

9                                       )

10  TEXAS INSTRUMENTS, INC., et al.,    )

11             Defendants.              )

12  - - - - - - - - - - - - - - - - - - -

13

14

15     30(B)(6) and 30(B)(1) VIDEOTAPED DEPOSITION OF

16                 DOUGLAS F. KEISLAR,

17        AN EMPLOYEE OF AUDIBLE MAGIC CORP.

18           WEDNESDAY, NOVEMBER 19, 2014

19

20

21        BEHMKE REPORTING AND VIDEO SERVICES, INC.

22      BY:  JOAN MARIE COLUMBINI, CSR NO. 5435, RPR

23                160 SPEAR STREET, SUITE 300

24            SAN FRANCISCO, CALIFORNIA 94105

25                      (415) 597-5600

1

2

3

4

5

6

7

8

9   Videotaped deposition of DOUGLAS F. KEISLAR,

10 taken on behalf of PLAINTIFF, at 405 Howard Street,

11 San Francisco, California, commencing at 11:07 A.M.,

12 WEDNESDAY, NOVEMBER 19, 2014, before Joan Marie

13 Columbini, Certified Shorthand Reporter No. 5435,

14 pursuant to Notice.

15

16

17

18

19

20

21

22

23

24

25

```
 1    APPEARANCES OF COUNSEL:

 2    FOR PLAINTIFF BLUE SPIKE:

 3        GARTEISER HONEA, P.C.

 4        BY:  KIRK J. ANDERSON, ESQUIRE

 5        119 W. Ferguson

 6        Tyler, Texas  75702

 7        Telephone:  (903) 705-0828

 8        Email:  Rgarteiser@ghiplaw.com

 9

10    FOR DEFENDANT AND THE WITNESS:

11        ORRICK, HERRINGTON & SUTCLIFF, LLP

12        BY:  GABRIEL RAMSEY, ESQUIRE

13        1000 Marsh Road

14        Menlo Park, California  94025

15        Telephone:  (650) 614-7400

16        Email:  Gramsey@orrick.com

17

18    AND

19

20        ORRICK, HERRINGTON & SUTCLIFF, LLP

21        BY:  ALYSSA CARIDIS, ESQUIRE

22        777 South Figueroa Street, Suite 3200

23        Los Angeles, California 90017

24        Telephone: (213) 612-2372

25        Email: acaridis@orrick.com
```

```
 1   APPEARANCES OF COUNSEL - (CONTINUED):

 2   ALSO PRESENT:

 3        BRIAN MONROE, VIDEOGRAPHER

 4        MOLLY JONES

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        INDEX

 2   WEDNESDAY, NOVEMBER 19, 2014

 3   DOUGLAS F. KEISLAR                              Page

 4   PROCEEDINGS

 5        Examination by MR. ANDERSON                   8

 6   AFTERNOON SESSION

 7        Examination by MR. ANDERSON (Resumed)        48

 8                        -oOo-

 9

10        QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:

11                      PAGE   LINE

12                        None.

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                        EXHIBITS

2                   DOUGLAS F. KEISLAR

3    Number            Description            Page

4    Exhibit 25  Plaintiff's 30(b)(6) notice of oral

5                and videotaped deposition of

6                Defendant Audible Magic - 16 pages    167

7

8    Exhibit 26  Plaintiff's 30(b)(1) notice of oral

9                and videotaped deposition of Doug

10               Keislar, an employee of Audible Magic

11               - 3 pages                             172

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1  PROCEEDINGS; WEDNESDAY, NOVEMBER 19, 2014; 11:07 A.M.

 2

 3      THE VIDEOGRAPHER:  Here begins DVD No. 1 in the

 4  deposition of Doug Keislar in the matter of Blue

 5  Spike, LLC versus Texas Instruments, Incorporated,

 6  in the United States District Court for the Eastern

 7  District of Texas, Tyler Division.  Case No. is

 8  6:12-CV-499 MHS-CMC.

 9          Today's date is November 19th, 2014, and

10  the time on the video monitor is 11:07 a.m.

11          The video operator today is Brian Monroe

12  employed by Behmke Reporting & Video Services, Inc.

13  at 160 Spear Street, Suite 300 in San Francisco,

14  California.

15          This video deposition is taking place at

16  Orrick, Herrington in San Francisco, California and

17  was noticed by Kirk Anderson of Garteiser Honea.

18          Counsel, would you please voice identify

19  yourselves and state whom you represent?

20      MR. ANDERSON:  Kirk Anderson with the law firm

21  Garteiser Honea, representing Blue Spike, LLC, and

22  with me is my colleague Molly Jones.

23      MR. RAMSEY:  This is Gabriel Ramsey, along with

24  my colleague Alyssa Caridis with Orrick,

25  Herrington & Sutcliffe for Audible Magic Corporation
```

1   and the witness.

2       THE COURT:  And the court reporter today is Joan

3   Columbini, certified shorthand reporter, contracted

4   by Behmke Reporting & Video Services, Inc.

5           Would the court reporter now please swear

6   in the witness?

7       THE WITNESS:  Don't rip the microphone off in

8   the meantime.

9               DOUGLAS F. KEISLAR,

10  having been first duly sworn, testified as follows:

11      THE WITNESS:  Yes, I do.

12      THE VIDEOGRAPHER:  You may begin.

13                  EXAMINATION

14  BY MR. ANDERSON

15      Q.  So can you state your full name for the

16  record?

17      A.  Douglas Fleming Keislar.

18      Q.  And, Mr. Keislar, is this the first time

19  that you've been deposed?

20      A.  Yes.

21      Q.  Okay.  So you understand that your answers

22  are given under oath and at trial they may be used

23  as evidence; is that correct?

24      A.  Yes, I do.

25      Q.  And for the court reporter's sake today, if

Pages 9-182  Redacted

1   STATE OF CALIFORNIA          )

2                               ) ss

3   COUNTY OF CONTRA COSTA       )

4          I hereby certify that the witness in the

5   foregoing deposition, DOUGLAS F. KEISLAR witness, was

6   by me duly sworn to testify to the truth, the whole

7   truth and nothing but the truth, in the

8   within-entitled cause; that said deposition was taken

9   at the time and place herein named; and that the

10  deposition is a true record of the witness's testimony

11  as reported by me, a duly certified shorthand reporter

12  and a disinterested person, and was thereafter

13  transcribed into typewriting by computer.

14         I further certify that I am not interested in

15  the outcome of the said action, nor connected with nor

16  related to any of the parties in said action, nor to

17  their respective counsel.

18         IN WITNESS WHEREOF, I have hereunto set my

19  hand this 3rd day of December, 2014.

20         Reading and Signing was:

21         _X_ requested    ___ waived    ___ not requested

22

23         _Joan Columbini_____

24

25         JOAN MARIE COLUMBINI, CSR NO. 5435

Highly Confidential - For Attorneys Eyes Only

```
 1              IN THE UNITED STATES DISTRICT COURT

 2               FOR THE EASTERN DISTRICT OF TEXAS

 3                        TYLER DIVISION

 4   - - - - - - - - - - - - - - - -

 5   BLUE SPIKE, LLC,              )

 6         Plaintiff,             )

 7                                 )

 8   V.                           )   CASE NO.

 9                                 )   6:12-CV-499-MHS-CMC

10   TEXAS INSTRUMENTS, INC.,     )

11         Defendant.             )

12   - - - - - - - - - - - - - - - -

13

14          HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

15          30(B)(6) and 30(B)(1) VIDEOTAPED DEPOSITION

16                    OF VANCE E. IKEZOYE

17                  FRIDAY, OCTOBER 31, 2014

18

19

20             BEHMKE REPORTING AND VIDEO SERVICES, INC.

21       BY:  JESSICA R. WAACK, RDR, CRR, CCRR, CSR NO. 13102

22                          160 SPEAR STREET, SUITE 300

23                     SAN FRANCISCO, CALIFORNIA 94105

24                              (415) 597-5600

25
```

Highly Confidential - For Attorneys Eyes Only

1

2

3

4

5

6

7              VIDEOTAPED DEPOSITION of VANCE E. IKEZOYE,

8        taken on behalf of Plaintiff, at Orrick, Herrington &

9        Sutcliffe, 1000 Marsh Road, Menlo Park, California,

10        commencing at 9:45 a.m., Friday, October 31, 2014,

11        before Jessica R. Waack, Registered Diplomate Reporter,

12        Certified Realtime Reporter, California Certified

13        Realtime Reporter, Certified Shorthand Reporter

14        No. 13102, pursuant to Notice.

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential - For Attorneys Eyes Only

```
1     APPEARANCES OF COUNSEL:

2     FOR PLAINTIFF, BLUE SPIKE, LLC:

3         GARTEISER HONEA, P.C.

4         BY:  RANDALL GARTEISER, ATTORNEY AT LAW

5         BY:  CHRISTOPHER HONEA, ATTORNEY AT LAW

6         BY:  KIRK ANDERSON, ATTORNEY AT LAW

7         BY:  PETER BRASHER, ATTORNEY AT LAW

8         BY:  MICHAEL I. BURTON, ATTORNEY AT LAW

9         218 North College Avenue,

10        Tyler, Texas 75702

11        Telephone:  903-705-7420

12        Email:  Rgarteiser@ghiplaw.com

13

14

15    FOR PLAINTIFF, BLUE SPIKE, LLC:

16        GARTEISER HONEA, P.C.

17        BY:  MOLLY JONES, ATTORNEY AT LAW

18        44 San Pedro Road

19        San Rafael, California  94903

20        Telephone:  415-785-3762

21        Email:  Mjones@ghiplaw.com

22

23

24

25
```

Highly Confidential - For Attorneys Eyes Only

1    APPEARANCES OF COUNSEL CONTINUED:

2    FOR AUDIBLE MAGIC CORPORATION:

3        ORRICK, HERRINGTON & SUTCLIFFE, LLP

4        BY:  GABRIEL RAMSEY, ATTORNEY AT LAW

5        BY:  ALYSSA M. CARIDIS, ATTORNEY AT LAW

6        1000 Marsh Road

7        Menlo Park, California  94025

8        Telephone:  650-614-7400

9        Email:  Gramsey@orrick.com

10

11    ALSO PRESENT:

12     JEFREE ANDERSON, Videotape Operator

13

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential - For Attorneys Eyes Only

1                              INDEX

2

3      FRIDAY, OCTOBER 31, 2014

4      VANCE E. IKEZOYE                              PAGE

5          Examination By Mr. Anderson                 8

6          Examination By Mr. Garteiser                41

7      Examination P.M. Session                       77

8          Examination By Mr. Anderson                77

9          Examination By Mr. Garteiser              198

10

11

12                            -o0o-

13          QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:

14                        PAGE    LINE

15                        None.

16

17

18

19

20

21

22

23

24

25

Highly Confidential - For Attorneys Eyes Only

```
 1                            EXHIBITS

 2                        VANCE E. IKEZOYE

 3    Number                Description                Page

 4    Exhibit 21  License Agreement Between Audible Magic

 5                and Wired Air Bates Stamped

 6                AUDMAG00048678 Through AUDMAG00048694 -

 7                17 Pages                                79

 8

 9    Exhibit 22  Organization Chart Drawn By Mr. Ikezoye

10                - 1 Page                                83

11

12    Exhibit 23  Exhibit B Entitled "Specifications,

13                Development Schedule, Deliverables,

14                Milestones" Bates Stamped AUDMAG00046603

15                - 1 Page                                84

16

17    Exhibit 24  Excel Spreadsheet With Financial Data

18                Bates Stamped AUDMAG00069300 - 18 Pages   217

19

20

21

22

23

24

25
```

Highly Confidential - For Attorneys Eyes Only

```
 1              9:45 A.M., FRIDAY, OCTOBER 31, 2014

 2

 3         THE VIDEOGRAPHER:  Here begins DVD No. 1 in the

 4    video deposition of Vance Ikezoye in the matter of Blue

 5    Spike, LLC vs. Texas Instruments, Inc. in the U.S.

 6    District Court, Eastern District of Texas, Case

 7    No. 6:12-CV-00499.

 8              Today's date is Friday, October 31, 2014.  The

 9    time on the video monitor is 9:46 a.m.

10              The video operator today is Jefree Anderson,

11    contracted by Behmke Reporting and Video Services, Inc.,

12    160 Spear Street, Suite 300, San Francisco, California.

13              This video deposition is taking place at

14    1000 Marsh Road, Menlo Park, California, and was noticed

15    by Randall Garteiser, Esquire of Garteiser Honea, PLLC.

16              Counsel, please voice identify yourselves and

17    state whom you represent.

18         MR. ANDERSON:  Kirk Anderson of Garteiser for

19    Plaintiff Blue Spike.  With me is Peter Brasher, Randall

20    Garteiser and Chris Honea.

21         MR. RAMSEY:  This is Gabriel Ramsey with Orrick,

22    Herrington & Sutcliffe for Audible Magic and the witness

23    along with my colleague Alyssa Caridis also of Orrick.

24         THE VIDEOGRAPHER:  The court reporter today is

25    Jessie Waack, Certified Shorthand Reporter, contracted
```

Highly Confidential - For Attorneys Eyes Only

1    by Behmke Reporting and Video Services, Inc.

2           Would the reporter please swear in the witness.

3                       * * * * *

4       VANCE E. IKEZOYE, called as a witness herein, having

5    been first duly sworn on oath, was examined and

6    testified as follows:

7       THE VIDEOGRAPHER:  Please begin.

8                       EXAMINATION

9    BY MR. ANDERSON:

10      Q.   Okay.  Would you state your full name for the

11   record.

12      A.   Vance Evan Ikezoye.

13      Q.   Okay.  So it's Mr. Ikezoye?  Am I saying that

14   correctly?

15      A.   That's very good.

16      Q.   Close enough?  Okay.

17           So is this the first time that you have taken a

18   deposition?

19      A.   No.

20      Q.   Okay.  So you are familiar with this process?

21      A.   Yes.

22      Q.   Okay.  So you are aware that the answers that

23   you give today can be used in court?

24      A.   Yes.

25      Q.   And that you are subject to the same penalties

Pages 9-299  Redacted

Highly Confidential -  Attorneys Eyes Only

```
 1              IN THE UNITED STATES DISTRICT COURT

 2               FOR THE EASTERN DISTRICT OF TEXAS

 3                         TYLER DIVISION

 4     - - - - - - - - - - - - - - - - - -

 5     BLUE SPIKE, LLC,                 )

 6                     Plaintiff,       )  CASE NO.

 7     vs.                              )  6:12-CV-499-MHS-CMC

 8                                      )

 9     TEXAS INSTRUMENTS, INC.,         )

10                     Defendant.       )

11     - - - - - - - - - - - - - - - - - -

12

13

14              CONFIDENTIAL - ATTORNEYS' EYES ONLY

15         30(b)(6) and 30(b)(1) VIDEOTAPED DEPOSITION OF

16      JAMES SCHREMPP, AN EMPLOYEE OF AUDIBLE MAGIC CORP.

17                 WEDNESDAY, OCTOBER 29, 2014

18                  PAGES 1 - 259; VOLUME 1

19

20

21            BEHMKE REPORTING AND VIDEO SERVICES, INC.

22             BY:  SUZANNE I. ANDRADE, CSR NO. 10682

23                     160 SPEAR STREET, SUITE 300

24                 SAN FRANCISCO, CALIFORNIA 94105

25                          (415) 597-5600
```

Highly Confidential -  Attorneys Eyes Only

1

2

3

4

5

6

7

8

9

10              30(b)(6) and 30(b)(1) Videotaped deposition of

11    JAMES SCHREMPP, VOLUME 1, an employee of Audible Magic

12    Corp., taken on behalf of PLAINTIFF, at 1000 Marsh Road,

13    Menlo Park, California, commencing at 9:42 A.M., WEDNESDAY,

14    OCTOBER 29, 2014, before Suzanne I. Andrade, Certified

15    Shorthand Reporter No. 10682, pursuant to Notice.

16

17

18

19

20

21

22

23

24

25

Highly Confidential -  Attorneys Eyes Only

```
 1   APPEARANCES OF COUNSEL:

 2   FOR PLAINTIFF:

 3        GARTEISER HONEA

 4        BY:  RANDALL GARTEISER, ATTORNEY AT LAW

 5             KIRK ANDERSON, ATTORNEY AT LAW

 6             CHRISTOPHER HONEA, ATTORNEY AT LAW

 7             PETER BRASHER, ATTORNEY AT LAW

 8             MOLLY JONES, ATTORNEY AT LAW

 9        218 North College

10        Tyler, Texas 75702

11        Telephone: (903) 705-7420

12        Email: rgarteiser@ghlplaw.com

13             kanderson@ghlplaw.com

14             chonea@ghlplaw.com

15             pbrasher@ghlplaw.com

16             mjones@ghlplaw.com

17

18

19

20

21

22

23

24

25
```

Highly Confidential - Attorneys Eyes Only

```
1    APPEARANCES OF COUNSEL - (CONTINUED):

2    FOR THE DEPONENT and DEFENDANT:

3         ORRICK, HERRINGTON & SUTCLIFFE LLP

4         BY:  GABRIEL M. RAMSEY, ATTORNEY AT LAW

5              ALYSSA CARADIS, ATTORNEY AT LAW

6         1000 Marsh Road

7         Menlo Park, California 94025-1015

8         Telephone: (415) 773-5535

9         Email: gramsey@orrick.com

10             acaradis@orrick.com

11

12   ALSO PRESENT:

13        BRIAN MONROE, VIDEO OPERATOR

14

15

16

17

18

19

20

21

22

23

24

25
```

Highly Confidential - Attorneys Eyes Only

```
 1                        INDEX

 2   WEDNESDAY, OCTOBER 29, 2014

 3   JAMES SCHREMPP - VOLUME 1                      PAGE

 4   PROCEEDINGS                                       7

 5        Examination by MR. GARTEISER               8

 6        Examination by MR. ANDERSON               40

 7   AFTERNOON SESSION                              138

 8        Examination Resumed by MR. ANDERSON      138

 9

10

11                     ---oOo---

12

13        QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:

14                     Page    Line

15                        None.

16

17

18

19

20

21

22

23

24

25
```

Highly Confidential -  Attorneys Eyes Only

```
 1                          EXHIBITS

 2                   JAMES SCHREMPP - VOLUME 1

 3    Number                 Description                Page

 4    Exhibit 16  E-mail dated June 12, 2000, addressed

 5                to Jim Schrempp from Jim Schrempp

 6                Bates No. AUDMAG00041801

 7                - 2 pages                             220

 8

 9    Exhibit 17  SoundFisher Evaluation Agreement

10                - 3 pages                             240

11

12    Exhibit 19  E-mail string, the top e-mail dated

13                June 10, 2000, addressed to

14                j_schrempp@audiblemagic.com from

15                Karl Lemaitre

16                Bates No. AUDMAG0014877

17                - 3 pages                             250

18

19

20

21

22

23

24

25
```

Highly Confidential -  Attorneys Eyes Only

1          WEDNESDAY, OCTOBER 29, 2014, 9:42 A.M.

2

3          THE VIDEO OPERATOR:  Here begins DVD No. 1 in the

4     deposition of James Schrempp in the matter of Blue

5     Spike, LLC, versus Texas Instruments, Incorporated, in

6     the United States District Court for the Eastern

7     District of Texas.  Case number is 6:12-CV-00499.

8               Today's date is October 29th, 2014.  And the

9     time on the video monitor is 9:42 a.m.

10               The video operator today is Brian Monroe,

11     employed by Behmke Video and Reporting Services, Inc.,

12     at 160 Spear Street, Suite 300, San Francisco,

13     California.

14               This video deposition is taking place at

15     1000 Marsh Road in Menlo Park, California, and was

16     noticed by Garteiser Honea, PLLC.

17               Counsel, please voice identify yourselves for

18     the record.

19          MR. GARTEISER:  Randall Garteiser.

20          MR. RAMSEY:  This is Gabe Ramsey with Orrick

21     Herrington Sutcliffe for Audible Magic and the witness.

22          THE VIDEO OPERATOR:  And the court reporter today is

23     Suzanne Andrade, Certified Shorthand Reporter,

24     contracted by Behmke Reporting and Video Services, Inc.

25               Would the court reporter please swear in the

Pages 8-257  Redacted

Highly Confidential -  Attorneys Eyes Only

 1    Suite 300, in San Francisco, California.

 2              And we are going off the record.  The time on

 3    the video monitor is 5:22 p.m.

 4              (At 5:22 p.m. the deposition proceedings were

 5              adjourned.)

 6

 7

 8                    _____

 9                         JAMES SCHREMPP

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential - Attorneys Eyes Only

1  STATE OF CALIFORNIA                              )ss.

2                                                   )

3  CITY OF COUNTY OF SAN FRANCISCO                  )

4          I hereby certify that the witness in the

5  foregoing deposition, JAMES SCHREMPP, was by me duly

6  sworn to testify to the truth, the whole truth and

7  nothing but the truth, in the within-entitled cause;

8  that said deposition was taken at the time and place

9  herein named; that the deposition is a true record of

10  the witness' testimony as reported by me, a duly

11  Certified Shorthand Reporter and disinterested person,

12  and was thereafter transcribed into typewriting by

13  computer.

14          I further certify that I am not interested in

15  the outcome of said action nor connected with, nor

16  related to, any of the parties in said action, nor to

17  their respective counsel.

18          IN WITNESS WHEREOF, I have hereunto set my hand

19  this 10th day of November, 2014.

20  ading and Signing was:

21  _ requested   ___ waived  _X_ not requested

22

23

24

25          SUZANNE I. ANDRADE, CSR 10682

1

2                  IN THE UNITED STATES DISTRICT COURT

3                   FOR THE EASTERN DISTRICT OF TEXAS

4                            TYLER DIVISION

5                              - - -

6   BLUE SPIKE,                    )
                                   )
7           Plaintiff,             )
                                   )
8   vs.                            )   Case No. CV-499-MHS-CMC
                                   )
9   TEXAS INSTRUMENTAL, et al,     )
                                   )
10          Defendants.            )
    _____)

11

12

13              VIDEO DEPOSITION OF ROB WILLIAMS

14                     1000 Marsh Road

15                  Menlo Park, California

16                Thursday, October 30, 2014

17

18

19

20

21  Atkinson-Baker, Inc.
    Court Reporters
22  (800) 288-3376
    www.depo.com

23

24  REPORTED BY:      CARRIE HEWERDINE, CSR NO. 4579

25  FILE NO.:         A80C6D2

```
 1
 2                   IN THE UNITED STATES DISTRICT COURT
 3                  FOR THE EASTERN DISTRICT OF TEXAS
 4                            TYLER DIVISION
 5                              -  -  -
 6     BLUE SPIKE,                    )
                                      )
 7          Plaintiff,                )
                                      )
 8     vs.                            )   Case No. CV-499-MHS-CMC
                                      )
 9     TEXAS INSTRUMENTAL, et al,     )
                                      )
10          Defendants.               )
       _____   )
11
12
13
14          Video Deposition of ROB WILLIAMS, taken on
15     behalf of the Plaintiff at 1000 Marsh Road, Menlo Park,
16     California, commencing at 9:46 a.m., Thursday, October
17     30, 2014, before Carrie Hewerdine, CSR No. 4579.
18
19
20
21
22
23
24
25
```

```
 1
 2                    A P P E A R A N C E S
 3
 4

     For the Plaintiff:
 5   GARTEISER HONEA
     119 W. Ferguson
 6   Tyler, Texas 75702
     903.705.7420
 7   E-mail:  Kanderson@ghiplaw.com
     BY:  KIRK ANDERSON, ESQ.
 8   and  RANDALL GARTEISER, ESQ.
     and  CHRISTOPHER HONEA, ESQ.
 9
10   For the Defendants:
     ORRICK, HERRINGTON & SUTCLIFFE, LLP
11   405 Howard Street
     San Francisco, California 94105
12   415.773.5535
     E-mail:  Gramsey@orrick.com
13   BY:  GABRIEL M. RAMSEY, ESQ.
14
15
16   ALSO PRESENT:
17   DENISE KWAN, Videographer
18
19
20
21
22
23
24
25
```

1                              I N D E X

2

3    EXAMINEE:              ROB WILLIAMS

4    EXAMINATION                                      PAGE

5         By Mr. Anderson                              6

6

7

8

9    NO DEPOSITION EXHIBITS MARKED:                   PAGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              MENLO PARK, CALIFORNIA,

 2        THURSDAY, OCTOBER 30, 2014 AT 9:46 A.M.

 3                     -  -  -

 4

 5              THE VIDEOGRAPHER:  Good morning.  I am Denise     09:46:58

 6     Kwan, your videographer, and I represent Atkinson-Baker

 7     in Glendale, California.

 8              I am not financially interested in this

 9     action, nor am I a relative or employee of any attorney

10     or any of the parties.  The date is October 30th, 2014.   09:47:10

11     The time is 9:47.  This deposition is taking place at

12     the Orrick Law Office, 1000 Marsh Road, Menlo Park,

13     California, 94025.

14              This is Case Number 12-CV-499-MHS-CMC,

15     entitled Blue Spike versus Texas Instruments, Inc.  The   09:47:35

16     deponent is Rob Williams.  This deposition is being

17     taken on behalf of the Plaintiff.  Your court reporter

18     is Carrie Hewerdine from Atkinson-Baker.

19              Counsel will now please introduce themselves.

20     After all counsel present have introduced themselves,     09:47:50

21     then the witness gets sworn in by the court reporter.

22              MR. ANDERSON:  Kirk Anderson with Garteiser

23     Honea for Plaintiff Blue Spike, and with me are my

24     colleagues, Randall Garteiser and Chris Honea.

25              MR. RAMSEY:  Gabriel Ramsey with Orrick,         09:48:07
```

1    Herrington, Sutcliffe for Defendant Audible Magic and                09:48:08

2    the witness.

3              THE REPORTER:  Would you raise your right

4    hand, please.

5                                                                        09:48:14

6                   ROB WILLIAMS,

7         having previously been duly sworn,

8       was examined and testified as follows:

9              THE WITNESS:  Yes.

10                                                                       09:48:24

11                   EXAMINATION

12   BY MR. ANDERSON:

13        Q    Mr. Williams, is this your first deposition?

14        A    Yes.

15        Q    So you are aware that your testimony today               09:48:33

16   may be used in court?

17        A    Yes.

18        Q    And is there any reason why you might not be

19   able to give truthful answers today?

20        A    No.                                                      09:48:59

21        Q    Okay.  So you may feel that you understand my

22   question and know what I'm asking before I've finished.

23   If you would, wait until I finish to answer the question

24   for the reporter's sake.  Can you do that?

25        A    Yes.                                                     09:49:20

Pages 7-136  Redacted

1          THE VIDEOGRAPHER:  This marks the end of tape          15:21:03

2     labeled Number 2 of the videotaped deposition of Rob

3     Williams on October 30th, 2014.  We are now going off

4     the record.  The time is 3:21.

5          THE REPORTER:  And I will get you the rough          15:21:17

6     draft as soon as I can this evening as you requested.

7          MR. RAMSEY:  Great.  Thanks.

8          (Proceedings concluded at 3:21 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    STATE OF _____ )

                                     )  ss.

2    COUNTY OF _____)

3

4

5            I, the undersigned, declare under penalty of

6    perjury that I have read the foregoing transcript, and I

7    have made any corrections, additions, or deletions that

8    I was desirous of making; that the foregoing is a true

9    and correct transcript of my testimony contained

10   therein.

11

12           EXECUTED this _____ day of _____

13   20_____, at _____, _____.

14                  (City)                   (State)

15

16

17

18

19

20

21                              _____

22                              ROB WILLIAMS

23

24

25

138

```
 1                    REPORTER'S CERTIFICATE

 2

 3

 4          I, CARRIE HEWERDINE, RDR, California

 5   CSR No. 4579, Certified Shorthand Reporter, certify;

 6          That the foregoing proceedings were taken before

 7   me at the time and place therein set forth, at which

 8   time the witness was put under oath by me;

 9          That the testimony of the witness, the questions

10   propounded, and all objections and statements made at

11   the time of the examination were recorded

12   stenographically by me and were thereafter transcribed;

13          That the foregoing is a true and correct

14   transcript of my shorthand notes so taken.

15          I further certify that I am not a relative or

16   employee of any attorney of the parties, nor financially

17   interested in the action.

18          I declare under penalty of perjury under the

19   laws of California that the foregoing is true and

20   correct.

21          Dated this 10th day of November, 2014.

22          [Witness Signature not requested]

23

     _____

24

                 CARRIE HEWERDINE, RDR

25      California CSR No. 4579 / Nevada CCR No. 820
```

139