# EXHIBIT F-2

United States District Court for the Eastern District of Texas
Blue Spike LLC v. Audible Magic Corp. – 6:15-cv-584
**Audible Magic's Objections to Blue Spike's Deposition Designations**

| Date | Name | Stenography Citation | Audible Magic Specific Objections |
|---|---|---|---|
| 10/27/1914 | Wold | 12:18-12:23 | |
| 10/27/1914 | Wold | 13:5-13:21 | |
| 10/27/1914 | Wold | 17:14-17:17 | |
| 10/27/1914 | Wold | 26:13-27:2 | |
| 10/27/1914 | Wold | 30:16-30:19 | |
| 10/27/1914 | Wold | 33:10-33:16 | |
| 10/27/1914 | Wold | 34:21-34:23 | |
| 10/27/1914 | Wold | 40:8-41:2 | |
| 10/27/1914 | Wold | 57:9-57:10 | |
| 10/27/1914 | Wold | 58:6-58:9 | |
| 10/27/1914 | Wold | 60:7-60:12 | |
| 10/27/1914 | Wold | 88:11-88:20 | 402, 403 |
| 10/27/1914 | Wold | 90:9-90:11 | 402, 403 |
| 10/27/1914 | Wold | 90:14-90:19 | 402, 403 |
| 10/27/1914 | Wold | 91:1-92:7 | 402, 403 |
| 10/27/1914 | Wold | 92:20-94:3 | 402, 403 (through 92:24) |
| 10/27/1914 | Wold | 94:18-94:23 | 402, 403 |
| 10/27/1914 | Wold | 95:6-95:25 | 402, 403 |
| 10/27/1914 | Wold | 99:6-99:19 | 402, 403 |
| 10/27/1914 | Wold | 99:23-100:10 | 402, 403 |
| 10/27/1914 | Wold | 104:13-104:19 | 402, 403 |
| 10/27/1914 | Wold | 107:16-107:18 | 402, 403 |
| 10/27/1914 | Wold | 108:1-108:10 | 402, 403 |
| 10/27/1914 | Wold | 108:16-109:2 | 402, 403 |
| 10/27/1914 | Wold | 109:4-112:12 | 402, 403 |
| 10/27/1914 | Wold | 114:20-115:7 | |
| 10/27/1914 | Wold | 115:17-119:13 | 402, 403 |
| 10/27/1914 | Wold | 119:23-119:24 | 402, 403 |
| 10/27/1914 | Wold | 121:4-121:15 | |
| 10/27/1914 | Wold | 125:1-125:23 | 402, 403 |
| 10/27/1914 | Wold | 132:19-132:23 | |
| 10/27/1914 | Wold | 157:23-158:6 | 402, 403 |
| 10/27/1914 | Wold | 161:23-162:23 | |
| 10/27/1914 | Wold | 171:24-172:23 | |
| 10/27/1914 | Wold | 187:25-188:16 | 402, 403 |
| 10/27/1914 | Wold | 192:4-192:14 | 402, 403 |

| | | | |
|---|---|---|---|
| 10/27/1914 | Wold | 193:11-193:21 | 402, 403 |
| 10/27/1914 | Wold | 198:20-212:4 | 402, 403 |
| 10/27/1914 | Wold | 212:13-212:15 | 402, 403 |
| 10/27/1914 | Wold | 212:23-214:2 | 402, 403 |
| 10/27/1914 | Wold | 214:19-215:24 | 402, 403 |
| 10/27/1914 | Wold | 216:8-220:12 | 402, 403 |
| 10/27/1914 | Wold | 225:4-225:10 | 402, 403 |
| 10/27/1914 | Wold | 225:15-225:22 | 402, 403 |
| 10/27/1914 | Wold | 226:1-226:20 | 402, 403 |
| | | | Audible Magic objects to all of the Blum deposition designations as they were newly served on June 6th and were not included in Blue Spike's service of deposition designations on May 18th.  The purpose of agreeing to give Blue Spike additional time on its deposition designations was to remove irrelevant testimony from issues no longer in the case related to its infringement claims. |
| 10/28/1914 | Blum | 177:8-181:14 | |
| 10/28/1914 | Blum | 182:5-187-20 | |
| 10/28/1914 | Blum | 188:2-189:4 | |
| 10/28/1914 | Blum | 206:3-209:24 | |
| 10/28/1914 | Blum | 212:3-212:6 | |
| 10/28/1914 | Blum | 213:13-214:21 | |
| 10/28/1914 | Blum | 14:18-16:25 | 402, 403 |
| 10/28/1914 | Blum | 18:5-20:16 | 402, 403 |
| 10/28/1914 | Blum | 22:11-22:24 | |
| 10/28/1914 | Blum | 23:1-24:25 | |
| 10/28/1914 | Blum | 26:9-28:11 | |
| 10/28/1914 | Blum | 40:6-41:22 | 402, 403 |
| 10/28/1914 | Blum | 42:7-44:25 | 402, 403 |
| 10/28/1914 | Blum | 45:7-45:14 | |
| 10/28/1914 | Blum | 60:17-63:17 | 402, 403 |
| 10/28/1914 | Blum | 67:4-69:16 | 402, 403 |
| 10/28/1914 | Blum | 71:6-72:1 | 402, 403 |
| 10/28/1914 | Blum | 72:17-72:25 | 402, 403 |
| 10/28/1914 | Blum | 73:2-73:9 | 402, 403 |
| 10/28/1914 | Blum | 73:12-73:17 | 402, 403 |

| Date | Deponent | Pages:Lines | Objections |
|---|---|---|---|
| 10/28/1914 | Blum | 82:17-83:9 | 402, 403 |
| 10/28/1914 | Blum | 90:5-90:18 | 402, 403 |
| 10/28/1914 | Blum | 92:20-93:16 | 402, 403 |
| 10/28/1914 | Blum | 125:11-131:17 | 402, 403 |
| | | | Audible Magic objects to all of the Schrempp deposition designations as they were newly served on June 6th and were not included in Blue Spike's service of deposition designations on May 18th.  The purpose of agreeing to give Blue Spike additional time on its deposition designations was to remove irrelevant testimony from issues no longer in the case related to its infringement claims. |
| 10/29/1914 | Schrempp | 113:1-115:20 | 402, 403 |
| 10/29/1914 | Schrempp | 115:22-116:19 | 115:16-116:19 - objection to form, vague, ambiguous |
| 10/29/1914 | Schrempp | 117:1-124:25 | 402, 403 |
| 10/29/1914 | Schrempp | 125:11-125:23 | 402, 403 |
| 10/29/1914 | Schrempp | 126:5-129:17 | 402, 403 |
| 10/29/1914 | Schrempp | 129:20-131:5 | 402, 403 |
| 10/29/1914 | Schrempp | 131:19-132:25 | 402, 403 |
| 10/29/1914 | Schrempp | 133:12-136:11 | 402, 403 |
| 10/29/1914 | Schrempp | 136:17-136:19 | 402, 403 |
| 10/29/1914 | Schrempp | 140:1-140:10 | 402, 403 |
| 10/29/2014 | Schrempp | 140:23-141:17 | 402, 403 |
| 10/29/1914 | Schrempp | 142:8-142:10 | 402, 403 |
| 10/29/1914 | Schrempp | 142:14-150:18 | 402, 403 |
| 10/29/1914 | Schrempp | 151:5-152:25 | 402, 403 |
| 10/29/1914 | Schrempp | 153:4-153:14 | 402, 403 |
| 10/29/1914 | Schrempp | 196:2-196:11 | 402, 403 |
| 10/29/1914 | Schrempp | 197:13-197:22 | 402, 403 |
| 10/29/1914 | Schrempp | 198:2-198:14 | 402, 403 |
| 10/29/1914 | Schrempp | 208:1-208:5 | 402, 403 |
| 10/29/1914 | Schrempp | 211:7-211:13 | 402, 403 |
| 10/29/1914 | Schrempp | 211:17-211:25 | 402, 403 |
| 10/29/1914 | Schrempp | 212:10-212:15 | 402, 403 |
| 10/29/1914 | Schrempp | 214:13-214:19 | 402, 403 |
| 10/29/1914 | Schrempp | 215:4-216:16 | 402, 403 |

| | | | |
|---|---|---|---|
| 10/29/1914 | Schrempp | 218:16-219:12 | 402, 403 |
| 10/29/1914 | Schrempp | 222:14-224:15 | 402, 403 |
| 10/29/1914 | Schrempp | 227:12-228:17 | 402, 403 |
| 10/29/1914 | Schrempp | 232:6-232:11 | 402, 403 |
| 10/29/1914 | Schrempp | 233:1-233:8 | 402, 403 |
| 10/29/1914 | Schrempp | 233:15-233:25 | 402, 403 |
| 10/29/1914 | Schrempp | 234:15-236:19 | 402, 403 |
| 10/29/1914 | Wheaton | 8:9-8:12 | |
| 10/29/1914 | Wheaton | 45:1-46:1 | |
| 10/29/1914 | Wheaton | 48:16-49:5 | |
| 10/29/1914 | Wheaton | 49:13-49:25 | |
| 10/29/1914 | Wheaton | 76:2-76:4 | |
| 10/29/1914 | Wheaton | 203:3-203:7 | |
| 10/29/1914 | Wheaton | 204:17-205:3 | |
| 10/30/1914 | Williams | 6:15-6:17 | |
| 10/30/1914 | Williams | 7:10-7:24 | |
| 10/30/1914 | Williams | 41:15-41:25 | 402, 403 |
| 10/30/1914 | Williams | 57:4-59:5 | 402, 403 |
| 10/30/1914 | Williams | 63:14-63:21 | |
| 10/30/1914 | Williams | 68:18-69:2 | |
| 10/31/1914 | Ikezoye | 8:9-8:12 | |
| 10/31/1914 | Ikezoye | 8:22-9:25 | |
| 10/31/1914 | Ikezoye | 12:21-12:25 | |
| 10/31/1914 | Ikezoye | 13:6-13:12 | |
| 10/31/1914 | Ikezoye | 22:16-22:22 | |
| 10/31/1914 | Ikezoye | 25:21-25:24 | |
| 10/31/2014 | Ikezoye | 40:5-40:11 | |
| 10/31/1914 | Ikezoye | 48:22-48:25 | |
| 10/31/1914 | Ikezoye | 49:11-49:16 | |
| 10/31/1914 | Ikezoye | 50:15-50:16 | |
| 10/31/1914 | Ikezoye | 53:2-53:12 | |
| 10/31/1914 | Ikezoye | 117:22-118:4 | |
| 10/31/1914 | Ikezoye | 191:18-191:23 | |
| 10/31/1914 | Ikezoye | 194:10-194:21 | |
| 10/31/1914 | Ikezoye | 195:3-195:12 | |
| 10/31/1914 | Ikezoye | 197:1-197:10 | |
| 10/31/1914 | Ikezoye | 197:23-198:4 | |
| 10/31/1914 | Ikezoye | 205:2-206:14 | |
| 10/31/1914 | Ikezoye | 207:10-207:14 | |
| 10/31/1914 | Ikezoye | 208:1-208:20 | |
| 10/31/1914 | Ikezoye | 226:7-226:24 | |
| 10/31/1914 | Ikezoye | 227:15-227:19 | |
| 10/31/1914 | Ikezoye | 232:5-232:13 | |
| 10/31/1914 | Ikezoye | 234:3-234:6 | |

| | | | |
|---|---|---|---|
| 10/31/1914 | Ikezoye | 234:20-234:23 | |
| 10/31/1914 | Ikezoye | 240:1-240:15 | |
| 10/31/1914 | Ikezoye | 247:15-247:20 | |
| 10/31/1914 | Ikezoye | 248:5-248:25 | |
| 10/31/1914 | Ikezoye | 250:1-250:14 | |
| 10/31/1914 | Ikezoye | 250:24-251:3 | |
| 10/31/1914 | Ikezoye | 251:7-250:10 | |
| 10/31/1914 | Ikezoye | 254:11-254:23 | |
| 10/31/1914 | Ikezoye | 279:7-279:11 | |
| 10/31/1914 | Ikezoye | 289:13-289:17 | |
| 11/19/1914 | Keislar | 8:15-8:24 | |
| 11/19/1914 | Keislar | 9:11-9:12 | |
| 11/19/1914 | Keislar | 9:17-9:23 | |
| 11/19/1914 | Keislar | 103:20-104:14 | |
| 11/19/1914 | Keislar | 112:20-112:22 | |
| 11/19/1914 | Keislar | 128:1-128:9 | |
| 11/19/1914 | Keislar | 163:5-163:10 | |
| 11/19/1914 | Keislar | 164:13-164:20 | |
| 11/19/1914 | Keislar | 165:1-165:5 | |
| 2/10/1915 | Berry | 7:22-8:19 | |
| 2/10/1915 | Berry | 10:2-10:6 | |
| 2/10/1915 | Berry | 11:21-12:6 | |
| 2/10/1915 | Berry | 13:6-14:3 | |
| 2/10/1915 | Berry | 15:1-15:19 | |
| 2/10/1915 | Berry | 18:7-19:1 | |
| 2/10/1915 | Berry | 19:3-19:25 | |
| 2/10/1915 | Berry | 22:19-22:24 | |
| 2/10/1915 | Berry | 139:9-139:23 | |
| 2/10/1915 | Berry | 141:9-141:14 | |
| 2/10/1915 | Berry | 141:21-142:15 | |
| 2/10/1915 | Berry | 142:25-143:4 | |
| 2/10/1915 | Berry | 142:25-143:4 | |
| 2/10/1915 | Berry | 143:7-143:9 | |
| 2/10/1915 | Berry | 144:12-144:25 | |
| 2/10/1915 | Berry | 145:7-146:12 | |
| 2/10/1915 | Berry | 146:24-147:9 | |
| 2/10/1915 | Berry | 149:3-149:22 | |