# EXHIBIT I

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, §<br>§<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>AUDIBLE MAGIC CORPORATION, §<br>§<br>*Defendant*. §<br>§<br>AUDIBLE MAGIC CORPORATION, §<br>§<br>*Counterclaim Plaintiff* §<br>v. §<br>§<br>BLUE SPIKE, LLC, BLUE SPIKE, INC. §<br>and SCOTT A. MOSKOWITZ §<br>§<br>*Counterclaim Defendants*. § | Case No. 6:15-cv-584-MHS<br><br>Jury Trial Demanded |

**[PROPOSED] JOINT JUROR QUESTIONNAIRE**

## TO PROSPECTIVE JURORS

This questionnaire is designed to obtain information from you with respect to your qualifications to sit as a juror in this case. By the use of this questionnaire, the process of jury selection will be shortened. Please answer the questions as completely as possible. The information contained within the questionnaire will become part of the Court's permanent record, but it will not be distributed to anyone except the attorneys in the case and the judge. During the questioning by the Court or the attorneys, you will be given an opportunity to explain or expand any answers, if necessary. If for any reason you do not want to answer any of the questions asked, please write the word "PRIVATE" next to the question and we will take this matter up with you in private.

This questionnaire is part of the jury selection process. The questions must be answered by you under penalty of perjury and you should fill out this questionnaire by yourself without consulting any other person.

Please use the back of the questionnaire should you wish to make further comments regarding any of your answers, and please remember to indicate the corresponding question number.

If you do not understand a question, please write "I DO NOT UNDERSTAND" and the question will be explained to you in Court. **PLEASE REALIZE THERE ARE NO RIGHT OR WRONG ANSWERS – JUST HONEST ONES**.

**JUROR QUESTIONNAIRE**  Juror No. _____

1. Name: _____ Age: _____ ❏ Male ❏ Female
2. City/town where you live, and how long you have lived there? _____
3. What is the last or highest level of school you completed (if beyond high school, indicate field of study)? _____
   _____
4. Provide the following information for the last 3 jobs you have held. If Military or Government, indicate rank or GS level:

| | Employer/Title | Duties | # Supervised | Years |
|---|---|---|---|---|
| a. | | | | |
| b. | | | | |
| c. | | | | |

5. Have you ever owned or operated a small business? ❏ Yes ❏ No   If yes, please describe: _____
   _____
6. Have you ever held a public service job or worked for the government? ❏Yes ❏No If yes, please describe (If military service, include branch and highest rank): _____
7. Do you have any special training, education, or experience in the following areas? [Check all that apply]

   ❏ Accounting              ❏ Computer software          ❏ Database technology
   ❏ Computer hardware       ❏ Law / Law enforcement      ❏ Internet advertising / marketing
   ❏ Computer programming    ❏ Music / Audio technologies ❏ Entertainment industry

8. If you have served as a juror, explain what was/were the case(s) about: _____
9. Have you or anyone close to you ever worked in the legal profession, including working for any court, judge, lawyer or law firm? ❏Yes ❏No If yes, please explain: _____
10. What is your current marital status?   ❏Single ❏Married (___ years) ❏Divorced ❏Divorced, but remarried ❏Widowed
11. Spouse's Name: _____ Spouse's Employer: _____
    _____
12. Have you, or any immediate family member, ever:   Been a witness in court?   ❏Yes   ❏No
                                                       Filed a lawsuit?           ❏Yes   ❏No
                                                       Been sued?                 ❏Yes   ❏No
13. Are there any newspapers / magazines you read regularly? ❏Yes ❏No If yes, please list them: _____
14. Have you ever used: [Check all that apply] ❏Facebook or other social networking ❏Online music websites ❏Shazam
15. Do you use the Internet for: [Check all that apply] ❏Email ❏Shopping   ❏Work ❏Entertainment ❏Other
16. Do you or anyone close to you have your/their own website? ❏Yes ❏No
17. Have you ever listed to music on the Internet? ❏Yes ❏No
18. Have you ever loaded audio files onto a website? ❏Yes ❏No
19. Do you know what a database is? ❏Yes ❏No If you use databases, please explain how: _____
20. Have you ever:   Created or developed something and had the idea taken from you? ❏Yes ❏No
                     Been accused of taking the idea of another? ❏Yes ❏No
21. Have you or anyone close to you ever applied for / obtained a patent or trademark? ❏Yes ❏No   If yes, please describe: _____
22. Do you have any familiarity or experience with the U.S. Patent and Trademark Office? ❏ Yes   ❏ No   If yes, please explain: _____
23. Do you think that people try to get away with wrongful conduct if they think they won't get caught?
    ❏Definitely   ❏Probably   ❏Unsure   ❏Probably Not   ❏Definitely Not

24. Do you think fraud is common or typical among individuals or companies these days?

    ❑ Definitely     ❑ Probably     ❑ Unsure     ❑ Probably Not     ❑ Definitely Not

25. Do you have any strong feelings concerning the protections afforded by patents, trademarks or copyrights?

    ❑ Strongly against     ❑ Against     ❑ Unsure     ❑ In favor     ❑ Strongly in favor     ❑ No feelings

26. List any organizations, clubs, or groups you are affiliated with: _____

27. Is there is anything that may affect your ability to be a fair and impartial juror in this case? ❑ Yes ❑ No

    If yes, please explain: _____


Your signature: _____       Date signed: _____