# EXHIBIT J

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>AUDIBLE MAGIC CORPORATION,<br><br>*Defendant*.<br><br>AUDIBLE MAGIC CORPORATION,<br><br>*Counterclaim Plaintiff*<br>v.<br><br>BLUE SPIKE, LLC, BLUE SPIKE, INC.<br>and SCOTT A. MOSKOWITZ<br><br>*Counterclaim Defendants*. | Case No. 6:15-cv-584-MHS<br><br>Lead Case<br><br>Jury Trial Demanded |

## [PROPOSED] JOINT PROPOSED VOIR DIRE QUESTIONS

Plaintiff Audible Magic Corp. and Defendants Blue Spike LLC, Blue Spike Inc. and Scott Moskowitz submit the following questions, which they request that the Court ask during voir dire examination of the jury panel:

1. What is your address and how long have you lived at your current residence?

2. What is the last level of education that you completed?

3. What is your current marital status?

4. Do you have children? If so, what are their ages?

5. Introduce the lawyers and witnesses. Do you know any of the lawyers and witnesses?

6. Do you know anyone else on the jury panel?

7. Have you ever served on a jury?