IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    *Plaintiff*<br><br>v.<br><br>AUDIBLE MAGIC CORPORATION<br><br>    *Defendant*<br><br>―――――――――――――<br><br>AUDIBLE MAGIC CORPORATION,<br><br>    *Counterclaim Plaintiff*<br><br>v.<br><br>BLUE SPIKE, LLC, BLUE SPIKE, INC.<br>and SCOTT A. MOSKOWITZ<br><br>    *Counterclaim Defendants*<br><br>―――――――――――――  | Civil Action No. 6:15-CV-00584-RWS-CMC |

### JOINT NOTICE OF FILING PUBLIC REDACTED VERSION OF *LIMINE* BRIEFING

Counterclaim Plaintiff, Audible Magic Corp. ("Audible Magic") and Counterclaim defendants Blue Spike, LLC, Blue Spike, Inc. and Scott A. Moskowitz (collectively "Blue Spike") (collectively "the Parties"), in light of recent orders regarding filing publically available redacted versions of previously filed under seal documents, the Parties respectfully submit this joint notice and hereby files a public redacted version of the following briefing:

- Audible Magic's Motions in *Limine,* filed under seal on June 17, 2016 as Dkt. No. 118;

- Audible Magic's Additional Attachments to Audible Magic's Opposition to Counterclaim Defendants Blue Spike LLC's, Blue Spike Inc.'s and Scott A. Moskowitz' Motion in Limine, filed under seal on June 23, 2016, Dkt. No. 132; and

- Blue Spike, LLC's Response to Audible Magic's Motions in Limine, filed under seal on Jun 23, 2016 as Dkt. No. 134.

| | |
|---|---|
| DATED:  July 5, 2016<br><br>By: */s/ Randall Garteiser*<br>Randall T. Garteiser<br> Lead Attorney<br>Texas Bar No. 24038912<br>rgarteiser@ghiplaw.com<br>Christopher A. Honea<br>Texas Bar No. 24059967<br> chonea@ghiplaw.com<br>Christopher S. Johns<br> Texas Bar No. 24044849<br>Kirk J. Anderson<br> California Bar No. 289043<br> kanderson@ghiplaw.com<br>Molly A. Jones<br> California Bar No. 301419<br> mjones@ghiplaw.com<br>Garteiser Honea, P.C.<br>119 W. Ferguson Street<br>Tyler, Texas 75702<br>(903) 705-7420<br>(888) 908-4400 fax<br><br>*Attorneys for Blue Spike, LLC, Blue Spike, Inc. and Scott A. Moskowitz* | Respectfully submitted,<br><br>By: */s/ Eric H. Findlay*<br>Eric H. Findlay<br>   Texas Bar No. 00789886<br>   efindlay@findlaycraft.com<br>Walter W. Lackey, Jr.<br>   Texas Bar No. 24050901<br>   efindlay@findlaycraft.com<br>Findlay Craft, P.C.<br>102 N. College Ave, Suite 900<br>Tyler, Texas 75702<br>(903) 534-1100<br>(903) 534-1137 fax<br><br>Gabriel M. Ramsey<br>   Lead Attorney<br>   California Bar No. 209218, admitted<br>E.D. Texas<br>   gramsey@orrick.com<br>I. Neel Chatterjee<br>   California Bar No. 173985, admitted<br>E.D. Texas<br>   nchatterjee@orrick.com<br>Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, California 94025<br>(650) 614-7400<br>(650) 614-7401 fax<br><br>Alyssa M. Caridis<br>   California Bar No. 260103, admitted<br>E.D. Texas |

2

|  | acaridis@orrick.com<br>Orrick, Herrington & Sutcliffe LLP<br>777 S. Figueroa St., Suite 3200<br>Los Angeles, California 90017<br>(213) 629-2020<br>(213) 612-2499 fax<br><br>Christopher J. Higgins<br>  Washington D.C. Bar No. 498165,<br>admitted pro hac vice<br>  chiggins@orrick.com<br>Orrick, Herrington & Sutcliffe LLP<br>1152 15th Street, N.W.<br>Washington, D.C. 20005-1706<br>(202) 339-8400<br>(202) 339-8500<br><br>*Attorneys for Audible Magic Corp.* |
|---|---|

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 5, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

                      /s/ *Eric H. Findlay*
                      Eric H. Findlay