# EXHIBIT A



PROTECTED DOCUMENTS – CONFIDENTIAL –
OUTSIDE ATTORNEY'S EYES ONLY

BLU0445056