# EXHIBIT B

Page 1417

United States Patent 7,660,700  THE UNITED STATES
DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION


| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. |
| | § | |
| VS. | § | 6:12-CV-00499-MHS |
| | § | |
| TEXAS INSTRUMENTS, INC. | § | |
| | § | |
| Defendant. | § | |
| | | |
| BLUE SPIKE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | |
| AUDIBLE MAGIC CORPORATION, | § | |
| FACEBOOK, INC., MYSPACE, LLC, | § | |
| SPECIFIC MEDIA, LLC, | § | |
| PHOTOBUCKET.COM, INC., | § | CIVIL ACTION NO. |
| DAILYMOTION, INC., DAILYMOTION | § | |
| S.A., SOUNDCLOUD INC., | § | 6:12-CV-00576-MHS |
| SOUNDCLOUD LTD., MYXER, INC., | § | |
| QLIPSO, INC, QLIPSO MEDIA | § | |
| NETWORKS, LTS, YAP.TV, INC., | § | |
| GOMISO, INC., IMESH, INC., | § | |
| METACAFE, INC., BOODABEE | § | |
| TECHNOLOGIES INC., TUNECORE, | § | |
| INC., ZEDGE HOLDINGS, INC. | § | |
| BRIGHTCOVE INC., COINCIDENT. | § | |
| TV INC., ACCEDO BROADBAND | § | |
| NORTH AMERICA, INC., ACCEDO | § | |
| BROADBAND AB, and MEDIAFIRE, | § | |
| LLC, | § | |
| | § | |
| Defendants. | § | |

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
************************************************
ORAL AND VIDEOTAPED DEPOSITION OF
SCOTT MOSKOWITZ
January 16th, 2015
VOLUME 6

Electronically signed by Daniel J. Skur (101-371-132-7809)    bd7c6918-ddfb-4936-b2f5-7103e1bfddf1

```
 1      ************************************************
             ORAL AND VIDEOTAPED DEPOSITION OF SCOTT
 2      MOSKOWITZ, produced as a witness at the instance of

 3      the Defendant Audible Magic, and duly sworn, was

 4      taken in the above-styled and numbered cause on the

 5      16th of January, 2015, from 9:22 a.m. to 2:23 p.m.,

 6      before Daniel J. Skur, Notary Public and Certified

 7      Shorthand Reporter in and for the State of Texas,

 8      reported by stenographic means, at the offices of

 9      Garteiser Honea, 218 North College Avenue, Tyler

10      Texas, pursuant to the Federal Rules of Civil

11      Procedure.

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Deposition Resources, Inc.
800.295.4109

Page 1501

1    either way, his inventive dates or his filing dates

2    are years after the filing dates of our pioneering

3    invention of signal abstracts.

4    BY MR. RAMSEY:

5         Q.    Well, maybe you misunderstood --

6                   VIDEOGRAPHER:  Counsel, we're out of

7    tape.

8                   MR. RAMSEY:  Switch the tape, okay.

9    We'll go off.

10                   Videographer:  This is end of tape

11    number 2, to be continued on tape number 3.  We're

12    off the record at 11:29 a.m.

13                   (Recess held.)

14                   VIDEOGRAPHER:  This is the beginning

15    of tape number 3 in the continued deposition of

16    Scott Moskowitz taken on January 16th, 2015.  We're

17    on the record at 11:55 a.m.

18                   MR. RAMSEY:  Could we please mark

19    this as the next exhibit.  Are we on Exhibit 32?

20                   THE REPORTER:  33.

21                   MR. RAMSEY:  33.

22                   (Deposition Exhibit 33 marked.)

23    BY MR. RAMSEY:

24         Q.    All right, Mr. Moskowitz.  You've been

25    handed Exhibit 33 which is a financial statement

The following 11 pages of deposition are redacted pursuant to the protective order.  They discuss non-public, highly confidential financial information.