# EXHIBIT F

Pages 1-28 Redacted