UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| *Plaintiff*, | § | Case No. 6:15-cv-584 -RWS-CMC |
| | § | |
| v. | § | |
| | § | |
| AUDIBLE MAGIC CORPORATION, | § | Jury Trial Demanded |
| | § | |
| *Defendant*. | § | |
| | § | |
| AUDIBLE MAGIC CORPORATION, | § | |
| | § | |
| *Counterclaim Plaintiff* | § | |
| | § | |
| v. | § | |
| | § | |
| BLUE SPIKE, LLC, BLUE SPIKE, INC. | § | |
| and SCOTT A. MOSKOWITZ | § | |
| | § | |
| *Counterclaim Defendants.* | § | |

## **ORDER**

CAME ON FOR CONSIDERATION, Audible Magic Corp.'s Motions *In Limine*.  The

Court rules on Audible Magic Corp.'s Motions *In Limine* as follows:

### **MOTIONS *IN LIMINE***

Motion *In Limine* No. 1:

Granted _____          Denied _____

Motion *In Limine* No. 2:

Granted _____          Denied _____

Motion *In Limine* No. 3:

Granted _____          Denied _____

Motion *In Limine* No. 4:

Granted _____          Denied _____

Motion *In Limine* No. 5:

Granted _____          Denied _____

Motion *In Limine* No. 6:

Granted _____          Denied _____