# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| *Plaintiff*, | § | Case No. 6:15-cv-584-MHS |
| v. | § | |
| AUDIBLE MAGIC CORPORATION, | § | Jury Trial Demanded |
| *Defendant*. | § | |
| AUDIBLE MAGIC CORPORATION, | § | **FILED UNDER SEAL** |
| *Counterclaim Plaintiff* | § | |
| v. | § | |
| BLUE SPIKE, LLC, BLUE SPIKE, INC. and SCOTT A. MOSKOWITZ | § | |
| *Counterclaim Defendants.* | § | |

## ADDITIONAL ATTACHMENT TO MAIN DOCUMENT

## AUDIBLE MAGIC'S OPPOSITION TO COUNTERCLAIM DEFENDANTS BLUE SPIKE LLC'S, BLUE SPIKE INC.'S AND SCOTT A. MOSKOWITZ' MOTION IN LIMINE

Additional Attachments to Dkt. No. 131:

- Exhibits 1-5
- Exhibit 9

Dated: June 23, 2016

Respectfully submitted,

By: */s/ Eric H. Findlay*
Eric H. Findlay (Texas Bar No. 00789886)
Walter W. Lackey, Jr. (Texas Bar No. 24050901)
FINDLAY CRAFT, P.C.
102 North College Avenue, Suite 900
Tyler, TX 75702
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com
wlackey@findlaycraft.com

Gabriel M. Ramsey– LEAD ATTORNEY
I. Neel Chatterjee
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401
gramsey@orrick.com
nchatterjee@orrick.com

Alyssa M. Caridis
ORRICK, HERRINGTON & SUTCLIFFE, LLP
777 S. Figueroa St.
Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499
acaridis@orrick.com

Christopher J. Higgins
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8418
chiggins@orrick.com

Attorneys for Defendant Audible Magic Corp.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(7)(C) on June 23, 2016.

*/s/ Eric H. Findlay*
Eric H. Findlay

## CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

I hereby certify that authorization to file this document under seal was provided by the Protective Order entered in the previously consolidated action 6:12-cv-499.

*/s/ Eric H. Findlay*
Eric H. Findlay
