# Exhibit B

**Attached hereto as Exhibit B is a true and correct copy of a May 11, 1999 email from Mike Berry, bearing Blue Spike Production numbers BLU0356162–BLU0356163.**

| | |
|---|---|
| **From:** | Mike Berry <mikeb@nmol.com> |
| **Sent:** | Tuesday, May 11, 1999 9:42 PM |
| **To:** | ▆▆▆▆▆▆▆▆▆▆▆ |
| **Cc:** | Scott Moskowitz |
| **Subject:** | Re: Blue Spike project |

▆▆▆▆▆▆▆▆▆▆▆" wrote:
>
> Sorry for the delay. Yes, we are interested. I am now available to
> discuss this with you or someone from Blue Spike. I think we should be
> able to complete the task in 8 weeks, with a prototype library being
> available within the first 3 weeks.

    Great.

> I would be interested in learning
> what kind of deal Blue Spike would prefer. I guess a sensible approach
> would be for us to ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆ But we're open to any suggestions you
> might have. I'd appreciate any comments on this.

    ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

    ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆, or for more than one?  I assume that there would be
some basic framework in common between different processes.

    ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆

---
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
---
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆

1

**CONFIDENTIAL - OUTSIDE COUNSEL ONLY**　　**BLU0356162**

[redacted]

Thanks.

--
Mike Berry
mikeb@nmol.com
http://www.nmol.com/users/mikeb

2

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

BLU0356163