# Exhibit C

**Attached hereto as Exhibit C is a true and correct copy of excerpts from the February 10, 2015 deposition of Mike Berry.**

# In The Matter Of:

*BLUE SPIKE, LLC*

*v.*

*TEXAS INSTRUMENTS, et al.*

_____

*MICHAEL W. BERRY - Vol. 1*

*February 10, 2015*

_____

*CONFIDENTIAL*
*UNDER THE PROTECTIVE ORDER*

**MERRILL CORPORATION**
LegaLink, Inc.
27 Maiden Lane
Suite 300
San Francisco, CA 94108
Phone: 415.357.4300
Fax: 415.357.4301

Page 1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BLUE SPIKE, LLC,                )
                                )
                                )
Plaintiffs,                     )
                                )
  vs.                           ) NO. 6:12-cv-576 MHS
                                )
TEXAS INSTRUMENTS, et al.,      )
                                )
                                )
Defendants.                     )

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION
OF:
MICHAEL W. BERRY

1221 2nd Avenue, Suite 500

Seattle, Washington

\* \* \* \* \* \* \*

CONFIDENTIAL - UNDER THE PROTECTIVE ORDER

DATE: February 10, 2015

REPORTED BY: Tia Reidt
             CCR #2798, RPR

SF-021137

Three Pages Redacted