# Exhibit D

**Attached hereto as Exhibit D is a true and correct copy of excerpts from the January 16, 2015 deposition of Scott Moskowitz.**

16 pages deleted pursuant to the protective order.

```
 1        United States Patent 7,660,700  THE UNITED STATES
                          DISTRICT COURT
 2                FOR THE EASTERN DISTRICT OF TEXAS
                           TYLER DIVISION
 3
      BLUE SPIKE, LLC,                  §
 4                                      §
              Plaintiff,                §  CIVIL ACTION NO.
 5                                      §
      VS.                               §  6:12-CV-00499-MHS
 6                                      §
      TEXAS INSTRUMENTS, INC.           §
 7                                      §
              Defendant.                §
 8
 9    BLUE SPIKE, INC.,                 §
                                        §
10            Plaintiff,                §
                                        §
11    VS.                               §
                                        §
12    AUDIBLE MAGIC CORPORATION,        §
      FACEBOOK, INC., MYSPACE, LLC,     §
13    SPECIFIC MEDIA, LLC,              §
      PHOTOBUCKET.COM, INC.,            §  CIVIL ACTION NO.
14    DAILYMOTION, INC., DAILYMOTION    §
      S.A., SOUNDCLOUD INC.,            §  6:12-CV-00576-MHS
15    SOUNDCLOUD LTD., MYXER, INC.,     §
      QLIPSO, INC, QLIPSO MEDIA         §
16    NETWORKS, LTS, YAP.TV, INC.,      §
      GOMISO, INC., IMESH, INC.,        §
17    METACAFE, INC., BOODABEE          §
      TECHNOLOGIES INC., TUNECORE,      §
18    INC., ZEDGE HOLDINGS, INC.        §
      BRIGHTCOVE INC., COINCIDENT.      §
19    TV INC., ACCEDO BROADBAND         §
      NORTH AMERICA, INC., ACCEDO       §
20    BROADBAND AB, and MEDIAFIRE,      §
      LLC,                              §
21                                      §
              Defendants.               §
22
           CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
23         *******************************************
                 ORAL AND VIDEOTAPED DEPOSITION OF
24                      SCOTT MOSKOWITZ
                       January 16th, 2015
25                         VOLUME 6
```

```
 1   **********************************************
         ORAL AND VIDEOTAPED DEPOSITION OF SCOTT
 2   MOSKOWITZ, produced as a witness at the instance of
 3   the Defendant Audible Magic, and duly sworn, was
 4   taken in the above-styled and numbered cause on the
 5   16th of January, 2015, from 9:22 a.m. to 2:23 p.m.,
 6   before Daniel J. Skur, Notary Public and Certified
 7   Shorthand Reporter in and for the State of Texas,
 8   reported by stenographic means, at the offices of
 9   Garteiser Honea, 218 North College Avenue, Tyler
10   Texas, pursuant to the Federal Rules of Civil
11   Procedure.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    A P P E A R A N C E S
 2     FOR PLAINTIFF:
               Christopher Honea, Esq.
 3             Garteiser Honea
               218 North College Avenue
 4             Tyler, Texas 75702
               P 415.785.3762 | F 415.785.3805
 5             chonea@ghiplaw.com
 6     FOR DEFENDANT AUDIBLE MAGIC:
               Gabriel M. Ramsey, Esq.
 7             Orrick, Herrington & Sutcliffe LLP
               The Orrick Building
 8             405 Howard Street
               San Francisco, California 94105-2669
 9             P 415.773.5535 | F 415.773.5759
               gramsey@orrick.com
10
       AND
11             Alyssa M. Caridis, Esq.
               Orrick, Herrington & Sutcliffe, LLP
12             777 South Figueroa Street
               Suite 3200
13             Los Angeles, California 90017-5855
               P 213.612.2372 | F 213.612.2499
14             acaridis@orrick.com
15     AND
               Christopher J. Higgins, Esq.
16             Orrick, Herrington & Sutcliffe, LLP
               1152 15th Street, NW
17             Washington, D.C. 20005-1706
               P 202.339.8418 | F 202.3398500
18             chiggins@orrick.com
       AND
19             Walter W. Lackey, Jr., Esq.
               Eric H. Findlay, Esq.
20             Findlay Craft
               102 North College Avenue
21             Suite 900
               Tyler, Texas 75702
22             903.534.1100 | 903.534.1137
               wlackey@findlaycraft.com
23             efindlay@findlaycraft.com
24
25     ALSO PRESENT:    Mr. Mike Mart, Videographer
```

Electronically signed by Daniel J. Skuff (101-371-132-7809)   bdfc8518-ddfb-4936-b2f5-7103e1bfddf1
You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

```
 1                    REPORTER'S CERTIFICATION

 2            I, DANIEL J. SKUR, CSR and Notary Public in
      and for the State of Texas, hereby certify that the
 3    witness was duly sworn and that this transcript is a
      true record of the testimony given by the witness;
 4
              That pursuant to Rule 30 of the Federal Rules
 5    of Civil Procedure, signature of the witness was
      reserved by the witness or other party before the
 6    conclusion of the deposition;

 7
              I further certify that I am neither counsel
 8    for, related to, nor employed by any of the parties
      or attorneys in the action in which this proceeding
 9    was taken.  Further, I am not a relative or employee
      of any attorney of record in this cause, nor am I
10    financially or otherwise interested in the outcome
      of the action.
11

12            Subscribed and sworn to by me this day, the
      _____ day of January, 2015.
13

14

15

16    _____
      Daniel J. Skur
17    Notary Public, State of Texas
      My Commission Expires 7/7/2018
18

19

20

21

22

23

24

25
```

Electronically signed by Daniel J. Skur (101-371-132-7809)
You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)
bdfc6913-dd1b-4936-b2f5-7103e1bfddf1