# Exhibit E

**Attached hereto as Exhibit E is a true and correct copy of excerpts from the January 16, 2015 deposition of Scott Moskowitz.**

15 pages of highly confidential deposition transcript is deleted.

```
 1        United States Patent 7,660,700   THE UNITED STATES
                             DISTRICT COURT
 2                 FOR THE EASTERN DISTRICT OF TEXAS
                             TYLER DIVISION
 3
          BLUE SPIKE, LLC,                    §
 4                                            §
                 Plaintiff,                   § CIVIL ACTION NO.
 5                                            §
          VS.                                 § 6:12-CV-00499-MHS
 6                                            §
          TEXAS INSTRUMENTS, INC.             §
 7                                            §
                 Defendant.                   §
 8

 9        BLUE SPIKE, INC.,                   §
                                              §
10               Plaintiff,                   §
                                              §
11        VS.                                 §
                                              §
12        AUDIBLE MAGIC CORPORATION,          §
          FACEBOOK, INC., MYSPACE, LLC,       §
13        SPECIFIC MEDIA, LLC,                §
          PHOTOBUCKET.COM, INC.,              § CIVIL ACTION NO.
14        DAILYMOTION, INC., DAILYMOTION      §
          S.A., SOUNDCLOUD INC.,              § 6:12-CV-00576-MHS
15        SOUNDCLOUD LTD., MYXER, INC.,       §
          QLIPSO, INC, QLIPSO MEDIA           §
16        NETWORKS, LTS, YAP.TV, INC.,        §
          GOMISO, INC., IMESH, INC.,          §
17        METACAFE, INC., BOODABEE            §
          TECHNOLOGIES INC., TUNECORE,        §
18        INC., ZEDGE HOLDINGS, INC.          §
          BRIGHTCOVE INC., COINCIDENT.        §
19        TV INC., ACCEDO BROADBAND           §
          NORTH AMERICA, INC., ACCEDO         §
20        BROADBAND AB, and MEDIAFIRE,        §
          LLC,                                §
21                                            §
                 Defendants.                  §
22
              CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
23        *********************************************
                  ORAL AND VIDEOTAPED DEPOSITION OF
24                        SCOTT MOSKOWITZ
                        January 16th, 2015
25                           VOLUME 6
```

Deposition Resources, Inc.
800.295.4109

Electronically signed by Daniel J. Skuh (101-371-132-7809)

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

bdfc6318-dd1b-4936-b2f5-7103e1bfddf1

```
***********************************************
```
ORAL AND VIDEOTAPED DEPOSITION OF SCOTT MOSKOWITZ, produced as a witness at the instance of the Defendant Audible Magic, and duly sworn, was taken in the above-styled and numbered cause on the 16th of January, 2015, from 9:22 a.m. to 2:23 p.m., before Daniel J. Skur, Notary Public and Certified Shorthand Reporter in and for the State of Texas, reported by stenographic means, at the offices of Garteiser Honea, 218 North College Avenue, Tyler Texas, pursuant to the Federal Rules of Civil Procedure.

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)
Electronically signed by Daniel J. Skur (101-371-132-789)

```
 1                   A P P E A R A N C E S
 2      FOR PLAINTIFF:
                Christopher Honea, Esq.
 3              Garteiser Honea
                218 North College Avenue
 4              Tyler, Texas 75702
                P 415.785.3762 | F 415.785.3805
 5              chonea@ghiplaw.com
 6      FOR DEFENDANT AUDIBLE MAGIC:
                Gabriel M. Ramsey, Esq.
 7              Orrick, Herrington & Sutcliffe LLP
                The Orrick Building
 8              405 Howard Street
                San Francisco, California 94105-2669
 9              P 415.773.5535 | F 415.773.5759
                gramsey@orrick.com
10
        AND
11              Alyssa M. Caridis, Esq.
                Orrick, Herrington & Sutcliffe, LLP
12              777 South Figueroa Street
                Suite 3200
13              Los Angeles, California 90017-5855
                P 213.612.2372 | F 213.612.2499
14              acaridis@orrick.com
15      AND
                Christopher J. Higgins, Esq.
16              Orrick, Herrington & Sutcliffe, LLP
                1152 15th Street, NW
17              Washington, D.C. 20005-1706
                P 202.339.8418 | F 202.3398500
18              chiggins@orrick.com
        AND
19              Walter W. Lackey, Jr., Esq.
                Eric H. Findlay, Esq.
20              Findlay Craft
                102 North College Avenue
21              Suite 900
                Tyler, Texas 75702
22              903.534.1100 | 903.534.1137
                wlackey@findlaycraft.com
23              efindlay@findlaycraft.com
24
25      ALSO PRESENT:    Mr. Mike Mart, Videographer
```

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)
Electronically signed by Daniel J. Skut (101-371-132-785)   bdfc6918-ddfb-4936-b2f5-7103e1bfddf1

1          REPORTER'S CERTIFICATION

2          I, DANIEL J. SKUR, CSR and Notary Public in and for the State of Texas, hereby certify that the
3    witness was duly sworn and that this transcript is a true record of the testimony given by the witness;

4
          That pursuant to Rule 30 of the Federal Rules
5    of Civil Procedure, signature of the witness was reserved by the witness or other party before the
6    conclusion of the deposition;

7
          I further certify that I am neither counsel
8    for, related to, nor employed by any of the parties or attorneys in the action in which this proceeding
9    was taken.  Further, I am not a relative or employee of any attorney of record in this cause, nor am I
10   financially or otherwise interested in the outcome of the action.

11

12         Subscribed and sworn to by me this day, the _____ day of January, 2015.

13

14

15

16   _____
     Daniel J. Skur
17   Notary Public, State of Texas
     My Commission Expires 7/7/2018

18

19

20

21

22

23

24

25

Electronically signed by Daniel J. Skur (101-371-132-7809)
You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)