# Exhibit F

**Attached hereto as Exhibit F is a true and correct copy of Defendant's Trial Exhibit 195 and also listed again as Exhibit DTX 220.  It bears Blue Spike production number BLU0445056 and was marked during the depositor of Scott Moskowitz as Ex. 33.**



**PROTECTED DOCUMENTS – CONFIDENTIAL – OUTSIDE ATTORNEY'S EYES ONLY**

**BLU0445056**