# Exhibit G

**Attached hereto as Exhibit G is a true and correct copy of Defendant's Trial Exhibit 218, a document bearing Blue Spike production numbers BLU0445047–BLU0445055. Audible Magic questioned Mr. Moskowitz about this document and labeled it during the deposition as Exhibit 31.**

Nine pages redacted pursuant to the Protective Order in this case.