IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    *Plaintiff*<br><br>v.<br><br>AUDIBLE MAGIC CORPORATION<br><br>    *Defendant* | Civil Action No. 6:15-CV-00584-RWS-CMC |
| AUDIBLE MAGIC CORPORATION,<br><br>    *Counterclaim Plaintiff*<br><br>v.<br><br>BLUE SPIKE, LLC, BLUE SPIKE, INC. and SCOTT A. MOSKOWITZ<br><br>    *Counterclaim Defendants* | |
| BLUE SPIKE, LLC,<br><br>    *Plaintiff*<br><br>v.<br><br>WIOFFER LLC, FACEBOOK INC., MYSPACE LLC, SPECIFIC MEDIA LLC, PHOTOBUCKET.COM INC., DAILYMOTION INC., DAILYMOTION S.A., SOUNDCLOUD INC., SOUNDCLOUD LTD., MYXER INC., QLIPSO INC., QLIPSO MEDIA NETWORKS LTD., YAP.TV INC., GOMISO INC., IMESH INC., METACAFE INC., BOODABEE TECHNOLOGIES INC., TUNECORE INC., ZEDGE HOLDINGS INC., HARMONIX MUSIC SYSTEMS INC., BRIGHTCOVE INC., COINCIDENT.TV INC., ACCEDO BROADBAND NORTH AMERICA INC., ACCEDO BROADBAND AB, MEDIAFIRE LLC.<br><br>    *Defendants* | Civil Action No. 6:15-CV-00585-RWS-CMC |

## JOINT NOTICE OF FILING PROPOSED FINAL JUDGMENT

Pursuant to the Court's Standing Order on Dismissal of Actions in Cases Pending Before Judge Robert Schroeder dated January 15, 2016, Plaintiff and Counter-Defendant, Blue Spike LLC, Counter-Defendants Blue Spike Inc., and Scott A. Moskowitz and Defendants Audible Magic Corp. ("Audible Magic"), on behalf of itself and on behalf of its customers WiOffer LLC, Facebook Inc., Myspace LLC, Specific Media LLC, Photobucket.com Inc., Dailymotion Inc., Dailymotion S.A., Soundcloud Inc., Soundcloud Ltd., Myxer Inc., Qlipso Inc., Qlipso Media Networks Ltd., Yap.tv Inc., GoMiso Inc., Imesh Inc., Metacafe Inc., Boodabee Technologies Inc., Zedge Holdings Inc., Harmonix Music Systems Inc., Brightcove Inc., Coincident.tv Inc., Accedo Broadband North America Inc., Accedo Broadband AB and MediaFire LLC (collectively Audible Magic and its customers are the "Defendants"), hereby file this Notice of Filing Proposed Final Judgment (attached to this notice).

The parties have met and conferred and agree to the attached Proposed Final Judgment.

Accordingly, the Parties respectfully submit the attached Proposed Final Judgment for entry by the Court.

| DATED:  July 6, 2016<br><br>By: */s/ Randall Garteiser*<br>Randall T. Garteiser<br> Lead Attorney<br>Texas Bar No. 24038912<br>rgarteiser@ghiplaw.com<br>Christopher A. Honea<br>Texas Bar No. 24059967<br> chonea@ghiplaw.com<br>Christopher S. Johns<br> Texas Bar No. 24044849<br>Kirk J. Anderson<br> California Bar No. 289043<br> kanderson@ghiplaw.com | Respectfully submitted,<br><br>By: */s/ Eric H. Findlay*<br>Eric H. Findlay<br>   Texas Bar No. 00789886<br>   efindlay@findlaycraft.com<br>Walter W. Lackey, Jr.<br>   Texas Bar No. 24050901<br>   efindlay@findlaycraft.com<br>Findlay Craft, P.C.<br>102 N. College Ave, Suite 900<br>Tyler, Texas 75702<br>(903) 534-1100<br>(903) 534-1137 fax |

| | |
|---|---|
| Molly A. Jones<br> California Bar No. 301419<br> mjones@ghiplaw.com<br>Garteiser Honea, P.C.<br>119 W. Ferguson Street<br>Tyler, Texas 75702<br>(903) 705-7420<br>(888) 908-4400 fax<br><br>*Attorneys for Blue Spike, LLC, Blue Spike, Inc. and Scott A. Moskowitz* | Gabriel M. Ramsey<br>  Lead Attorney<br>  California Bar No. 209218, admitted<br>E.D. Texas<br>  gramsey@orrick.com<br>I. Neel Chatterjee<br>  California Bar No. 173985, admitted<br>E.D. Texas<br>  nchatterjee@orrick.com<br>Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, California 94025<br>(650) 614-7400<br>(650) 614-7401 fax<br><br>Alyssa M. Caridis<br>  California Bar No. 260103, admitted<br>E.D. Texas<br>  acaridis@orrick.com<br>Orrick, Herrington & Sutcliffe LLP<br>777 S. Figueroa St., Suite 3200<br>Los Angeles, California 90017<br>(213) 629-2020<br>(213) 612-2499 fax<br><br>Christopher J. Higgins<br>  Washington D.C. Bar No. 498165, admitted pro hac vice<br>  chiggins@orrick.com<br>Orrick, Herrington & Sutcliffe LLP<br>1152 15th Street, N.W.<br>Washington, D.C. 20005-1706<br>(202) 339-8400<br>(202) 339-8500<br><br>*Attorneys for Audible Magic Corp.* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

/s/ *Eric H. Findlay*
Eric H. Findlay